UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YOLANDA BURST, ET AL | * | CIVIL ACTION NO.   14-109 |
| | * | |
| Plaintiffs | * | SECTION : R (2) |
| | * | |
| VS. | * | JUDGE: VANCE |
| | * | |
| SHELL OIL COMPANY, ET AL | * | MAGISTRATE: WILKINSON |
| ET.AL | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF  MOTION FOR
## PARTIAL SUMMARY JUDGMENT

   **NOW INTO COURT,** through undersigned counsel, Plaintiff, **YOLANDA BURST**, et al respectfully files this Motion for Partial Summary Judgment on the following issues: **(1)** general causation: benzene can cause AML(Acute myeloid leukemia) in humans; **(2)** defendants Shell Oil Company, Chevron USA, Inc. f/k/a Texaco, Inc. and Chevron USA, Inc. f/k/a Gulf Oil Corporation knew that benzene could cause leukemia in humans prior to 1958; and **(3)** prior to the late 1970's Shell Oil Company, Chevron USA, Inc. f/k/a Texaco, Inc. and Chevron USA, Inc. f/k/a Gulf Oil Corporation failed to warn users (including **BERNARD BURST** ) that their products contained benzene and that exposure to benzene could cause leukemia.  In an attempt to conserve this Honorable Court and the plaintiff's limited resources the plaintiff files this motion to expedited consideration of issue to which there is no genuine issue of material fact, and in support thereof would show:

## FACTS

   Mr. Bernard E. Burst, Jr. ("Mr. Burst") worked at a Shell gas station located at 5001 4TH St., Marrero, LA in Jefferson Parish from approximately 1958 through 1961; Gulf Oil gas

station located at 601 S. Carrollton in New Orleans from approximately 1964 through 1966; a Shell Oil gas station located at 6201 S. Claiborne Ave. in New Orleans from approximately 1966 through 1967; and a Texaco, Inc. gas station located at 3000 Metairie Rd. in Jefferson Parish from approximately 1968 through 1971.

While working at these gas stations, Mr. Burst pumped gas, gauged gasoline storage tanks, and performed various mechanic tasks such as cleaning, repairing, maintenance of automobiles, and washing parts with gasoline while using Shell Oil, Gulf Oil and Texaco, Inc. products on a daily basis.  Mr. Burst preformed these activities from 1958 through 1971. As a result of these activities. The various products Mr. Burst used include, but are not limited to, leaded and unleaded gasoline which contained benzene and was manufactured, supplied, distributed and sold by defendants, Shell Oil, Gulf Oil and Texaco, Inc.  As a result of his work duties, Mr. Burst was exposed to benzene on a daily basis while working as a gas station attendant.

Mr. Charles L. Bernard Jr., a the dealer/operator of the Gulf Oil; gas station located at 601 S. Carrolton Ave, testified that Mr. Burst was a gas station attendant at his facility from approximately 1965 to 1966.[1]  During Mr. Burst employment at the gas station he pumped gasoline at the full service pumps on a daily basis, it took approximately 5 minutes to fill each car during which he was exposed to benzene fumes from the gasoline.[2]  He would pump regular gas, unleaded gas and super premium gas called "Gulf Crest" on a daily basis.[3]  Mr. Burst would gauge the stations gasoline storage tanks daily, this took approximately 2-3 minutes for each of the 3 tanks on the property, during which he was exposed to strong fumes containing benzene.[4]

---

[1] Affidavit of Charles Bernard, Jr., **Exhibit 1.**
[2] *Id.*
[3] *Id.*
[4] *Id.*

Approximately 40% of Mr. Burst's time was spent performing mechanic work in the mechanic area. Gasoline was used to soak and clean auto parts.   Mr. Burst worked 8-10 hour shifts while employed at the service stations.[5]

On May 10, 2013, Mr. Burst presented to East Jefferson Hospital and he was diagnosed with acute myeloid leukemia.[6] On December 21, 2013, Mr. Burst died of acute myeloid leukemia.[7] The Plaintiff filed suit shortly thereafter.

## LAW AND ARGUMENT

**I.    Standard for Summary Judgment**

Summary judgment is appropriate if the pleadings, depositions, answers to interrogatories, admissions on file, and any affidavits show that there is no genuine issue as to material fact, and that the mover is entitled to judgment as a matter of law. [8]   The Fifth Circuit held: A fact is "material" when its existence or nonexistence may be essential to plaintiff's cause of action under the applicable theory of recovery.[9]   "Facts are material if they potentially insure or preclude recovery, affect a litigant's ultimate success, or determine the outcome of the legal dispute."[10]  "A "material" fact is one that would matter at the trial on the merits."[11]All evidence and inferences drawn from the evidence must be construed in the light most favorable to the party opposing the motion.[12]

There are no genuine issues of material fact challenging Plaintiffs' assertion that: **(1)** general causation: benzene can cause AML(Acute myeloid leukemia) in humans; **(2)** defendants'

---

[5] *Id.*
[6] Biopsy Reports, **Exhibit 2.**
[7] Death Certificate, **Exhibit 3.**
[8] *Brock v. Marathon Ashland Oil Refinery*, 07-471 (La. App. 5 Cir. 5/13/08), 986 So. 2d 694, 697; citing La.C.C.P. art. 966(B).
[9] *Id.* Citing *Wilde v. Harrell*, 05-CA-644 (La.App. 5 Cir. 5/9/06), 930 So.2d 1095, 1097, *citing, Smith v. Our Lady of the Lake Hosp., Inc.,* 93-C-2512 (La.7/5/94), 639 So.2d 730, 751.
[10] *Id.*
[11] *Id*.
[12] *Rapp v. City of New Orleans*, 681 So.2d 433, 434 (La.App. 4 Cir. 1996).

Shell Oil Company, Chevron USA, Inc. f/k/a Texaco, Inc. and Chevron USA, Inc. f/k/a Gulf Oil Corporation knew that benzene could cause leukemia in humans prior to 1958; and **(3)** prior to the late 1970's Shell Oil Company, Chevron USA, Inc. f/k/a Texaco, Inc. and Chevron USA, Inc. f/k/a Gulf Oil Corporation failed to warn users (including **BERNARD BURST** ) that their products containing benzene and that benzene exposure could cause leukemia.

In *Benoit v. Turner Industries Group, L.L.C.* the Office of Worker's Compensation Court, considered a situation similar to the case at bar. The court found that a refinery worker developed AML as a result of exposure to benzene while working at a refinery.[13]  On review with the Louisiana Supreme Court, Justice Knoll held that **AML is a cancer known to be linked to high levels of benzene exposure**.[14]

In *Benoit v. Turner Industries Group, L.L.C.* the court described Mr. Benoit's work at the CITGO refinery as "a laborer" and routine maintenance at the facility, which consisted of the "dirty work."[15] It was noted that Mr. Benoit's duties exposed him to "any number of potentially dangerous or carcinogenic chemicals, including high levels of benzene."[16] In *Benoit*, Justice Johnson found that his employer's denial of Mr. Benoit's claim was egregious conduct, where the denial was based on its denial of Mr. Benoit's exposure to benzene and cancer causing chemicals.  In the case at bar, Mr. Burst was also exposed to petrochemical containing benzene on a daily basis.

In *Clark v. Kellogg Brown & Root, LLC,* the Fifth Circuit affirmed the district court judgment finding the plaintiff's AML was caused by exposure to benzene. The Fifth Circuit

---

[13] *Benoit v. Turner Industries Group, L.L.C,* 85 So. 3d. 629, 630 (21012)
[14] *Id*. at 640,  citing  *Sutera v. Perrier Group of America, Inc.,* 986 F.Supp. 655, 659 (D.Mass.1997). (The link between benzene and AML is also recognized in the jurisprudence. [B]enzene is a known carcinogen and an established cause of AML.) *Accord, Wademan v. Concra,* 13 F.Supp.2d 295, 298 (N.D.N.Y.1998), *Parker v. Mobil Oil Corp.,* 7 N.Y.3d 434, 449–450, 824 N.Y.S.2d 584, 857 N.E.2d 1114 (2006)(the link between benzene and AML is "not in dispute").
[15] *Benoit v. Turner Indus. Grp., L.L.C.,* 2011-1130 (La. 1/24/12), 85 So. 3d 629, 636
[16] *Benoit v. Turner Indus. Grp., L.L.C.,* 2011-1130 (La. 1/24/12), 85 So. 3d 629, 640

opined that the defendant did not dispute general causation in that benzene can cause AML in humans.[17]

In *Baker v. Chevron USA, Inc.,* the Sixth Circuit affirmed the district court judgment finding it is "**medically accepted that benzene exposure can cause AML**."[18]

## II.     General Causation: Exposure to Benzene Causes AML

### Government And Industry Publications

Numerous government and industry publications have identified benzene exposure as causative of leukemia.

The **American Petroleum Institute (API), in its Toxicological review of Benzene in 1948** states "reasonably well documented instances of the development of **leukemia** as a result of chronic benzene exposure have been cited"[19] The document further states, "**by far the greatest amounts of benzene are blended into motor gasolines.**"[20]

The **API's 1960 Toxicological review of Benzene** states "The toxic action is exerted mainly on the hematopoietic system.  It may take months or even years to show harmful effects" and that "...**leukemia** as a result of chronic exposure has been reported."[21] Shell, Texaco ( now (Chevron) and Gulf Oil  (now Chevron) were all members of the American Petroleum Institute and would have received the published toxicological reviews of benzene in 1948 and 1960.

A Publication of the **U.S. Department of Health, Education and Welfare** entitled: "*Occupational Disease, a Guide to their Recognition*", published in 1964 stated **"All forms of**

---

[17] *Clark v. Kellogg Brown & Root, LLC*, 414 Fed. Appx. 623(2011) "General causation is whether a substance is capable of causing a particular injury or condition in the general population, while specific causation is whether a substance caused a particular individual's injury." *Knight v. Kirby Inland Marine Inc.,* 482 F.3d 347, 351 (5th Cir.2007) (quoting *Merrell Dow Pharms. v. Havner,* 953 S.W.2d 706, 714 (Tex.1997) (Owen, J.)). KBR does not appeal the district court's finding of general causation.

[18] Baker v. Chevron USA, Inc. 533 Fed.Appx. 509, 512,520 (6th Cir. 2013).

[19] API, Toxicological review, Benzene, 1948, pg. 1 ,SHELL BISHOP- 11351-11356, at 11353, **Exhibit 4.**

[20] API, Toxicological review, Benzene, 1948, pg.2, SHELL BISHOP-11351-11356, at 11352, **Exhibit 4**

[21] API, Toxicological review, Benzene, 1960, pg. 4, SHELL BISHOP 13012-13018, at 13015, **Exhibit 5.**

**acute and chronic leukemia have been observed in workers with benzene intoxication."** .[22]

Defendants Shell, and Chevron  (formerly Gulf Oil and Texaco) were well aware of the OSHA published information on benzenes toxic nature.    In 1977, the American Petroleum Institute (API)  and its members (including Chevron, Texaco, Gulf Oil and Shell) filed suit to halt the newly promulgated emergency temporary benzene standard of  1 ppm TWA set by OSHA.[23]  The API and oil companies were successful in halting the implementation of lower Permissible Exposure Limits (PEL) for benzene in 1977. As a result, OSHA was not able to reduce  the Permissible Exposure Limits for benzene until 1987.  OSHA detailed its findings regarding the toxicity and carcinogenicity of benzene in the **OSHA 29 CFR Part 1910 Occupational Exposure to Benzene 1987,** which states:

> An association between occupational exposure to benzene and the occurrence of leukemia was suggested in 1928 by Delore and Borgomano ... who described acute lymphoblastic leukemia in a worker who had been exposed to benzene for five years. Since that time, numerous reports of cases and case series have described leukemia in workers exposed to benzene, either alone or in combination with other chemicals ... The **leukemia cases reported have been myelogenous,** monocytic, erythroblastic, and lymphocytic leukemias.[24]

In the **National Cancer Institute's, 2008-2009 Annual Report, *President's Cancer Panel, Reducing Environmental Cancer Risk, What We Can Do Now?,*** the NCI reported there is **strong evidence of a causal link between benzene and leukemia**.[25]

The official opinion of the United States government through OSHA, is as follows:

> **"**Epidemiologic studies demonstrate that **benzene** exposure **can cause leukemia**, multiple myeloma and perhaps other hematopoietic neoplasms"[26]

---

[22] U.S. Dept. of Health, Education and Welfare, Occupational Disease, a Guide to their Recognition, pg.VI and 88. (1964)., **Exhibit 6.**
[23] *Am. Petroleum Inst. v. Occupational Safety & Health Admin.,* 581 F.2d 493, 496 (5th Cir. 1978) *aff'd sub nom. Indus. Union Dep't, AFL-CIO v. Am. Petroleum Inst.,* 448 U.S. 607, 100 S. Ct. 2844, 65 L. Ed. 2d 1010 (1980)
[24] Occupational Exposure to Benzene, 52 FR 34460-01, 34468 Final Rule,  29 CFR Part 1910 (1987)
[25] Reuben, 2010, *2008-2009 Annual Report, President's Cancer Panel, Reducing Environmental Cancer Risk, What We Can Do Now?,, pg.* A-43, **Exhibit 7**
[26] Occupational Exposure to Benzene, 52 FR 34460-01, Final Rule, **29 CFR Part 1910**,(1987), **Exhibit 8.**

The **OSHA** Final Benzene standard demonstrated that the literature **unequivocally establishes that benzene causes AML** (Acute Myeloid Leukemia) and its variants, as well as aplastic anemia and bone marrow suppression."[27] OSHA concluded:

> The large volume of published medical literature on benzene toxicity unequivocally establishes that chronic exposure to this chemical is causally associated most commonly with acute myelocytic leukemia (**AML**) and its variants, as well as aplastic anemia and varied combinations of suppression of the erythrocyte count (anemia) and/or the leukocyte cell count (leukopenia) and/or the thrombocyte count (thrombocytopenia).[28]

*IARC 2009, Vol.100F Summary of Evaluations, Section* 5. Evaluation – Benzene states: **"There is sufficient evidence in humans for the carcinogenicity of benzene."** and **" <u>Benzene causes acute myeloid leukaemia/acute non-lymphocytic leukaemia."</u>[29]**

The industry and government publications described above demonstrate that both petroleum industry groups and the federal government recognize that exposure to benzene can cause AML.

### III.   Epidemiological Evidence and Causation for Benzene and AML

#### A.  Historical Knowledge of Benzene and Leukemia

There is no debate in the scientific literature: exposure to benzene causes leukemia. By 1928, **Delore and Borgomano (1928)** published what has become widely recognized in the scientific literature as the first reported case of benzene-induced leukemia."[30] This individual had been diagnosed previously with "benzene poisoning," and his disease subsequently progressed to acute leukemia.  In 1939, **Hunter and Mallory et al. "**reported 89 cases of "poisoning" and three cases of leukemia among workers exposed to benzene in a variety of occupations."[31] Two

---

[27] Occupational Exposure to Benzene, 52 FR 34460-01, 34549  Final Rule,  29 CFR Part 1910 (1987)
[28] Occupational Exposure to Benzene, 52 FR 34460-01, 34549  Final Rule,  29 CFR Part 1910 (1987)
[29] *IARC 2009, Vol.100F Summary of Evaluations*, at 285, **Exhibit  9.**
[30] **Delore P and Borgomano C.** (1928) <u>*Acute leukemia in the course of benzene poisoning: the toxic origin of certain acute leukemias and their relationship to severe anemia*</u>. J Med Lyon 9, 227-233.
[31] **Hunter and Mallory et al.,** <u>*Chronic Exposure to Benzene (Benzol) II. The Clinical Effects,*</u> Selected Studies, **Exhibit 10, in globo**

of the "poisonings" were associated with benzene levels of less than 25 ppm and 10 ppm. (**Bowditch and Elkins 1939**)."

In 1965, **Browning** in _Toxicity and Metabolism of Industrial Solvents_ reported 65 cases of benzene induced leukemia from the literature. She concluded that leukemia in relation to benzene exposure "is now recognized by most authorities as an established fact."[32] Two years later, **Goguel et al. (1967)** reported 44 cases of benzene-induced leukemia from the Paris region of France that occurred between 1950-1965.[33]

### B. Epidemiological Studies

Benzene is a recognized component of the petroleum refinery product streams. Benzene is present in gasoline and in many of the refinery process streams. Based on the studies described below exposure to benzene can cause acute myeloid leukemia (AML):[34]

- _**Rinsky, et al., 1987**_(NIOSH study), _Benzene and Leukemia_, reported an excess of leukemia deaths, **SMR= 337 _(95% CL_, 154-641)** in workers exposed to 10.16 to 639.84 ppm years of benzene with latency periods ranging from _3.5_ to 37 years.

- _**Wong, et al., 1995**_, _Cell-type –specific leukemia analyses in a combines cohort of more than 208,000 Petroleum workers in the United Sates and the United Kingdom,_ reported an excess of Acute myeloid leukemia deaths in workers exposed to benzene ranging from an **SMR= 27.21 (95% CI, 3.29-98.24)** for 200-400 ppm years; **SMR=98.37 _(95% CL_, 20.28 - 287.65)** for > 400 ppm years of benzene exposure; and **SMR=5.03(95% CL, 1.84-10.97)** for all Acute myeloid leukemia.

- _**Hayes**_ **1997**, (NCI Study_), Benzene and the Dose-Related Incidence of Hematologic Neoplasms in China,_ reported a **RR=5.6 (95% , CI 1.7-1 8.75)** for less _<5_ years of exposure and a **RR=4.3 _(95%,_ CI 1.1-16.0)** for 40-99 ppm years of benzene exposure. The authors further reported that benzene is a widely distributed environmental contaminant known to cause leukemia, particularly acute non-lymphocytic leukemia, and perhaps other hematologic neoplasms and disorders.

---

[32] **Browning (1965)**, _Toxicity and Metabolism of Industrial Solvents_, pp. 42. Elsevier Publishing Company, Library of Congress 65-13228, **Exhibit 10, in globo**

[33] **Goguel(1967)** _Benzene and Leukemia in the Paris Area between 1950 and 1965 (Study of 50 case)._ Nouv. Rec. Fr. d'Hematol, 7:4; 465-480,1967, France, **Exhibit 10, in globo**

[34] **Selected Studies, Exhibit 10, In globo**

- ***Divine, et. al, 2000,*** <u>*Update of a study of crude oil production workers 1946-94*</u>, this study which followed a cohort of Texaco crude oil production workers from 1946 to 1994 to determine patterns of mortality reported an excess of AML leukemia in crude oil workers: for development of AML the authors found an **SMR= 192 *(95%,* CL 110 to 313).** *Divine* further reported that there was an apparent excess of death for some of the leukemia cell type specific causes of death, including acute myelogenous leukemia.

- ***Rinsky 2002*** (NIOSH study), <u>*Benzene exposure and hematopoietic mortality:  A long-term epidemiologic risk assessment*</u>,  (a study of three plants in Ohio that manufactured natural rubber film)  reported an excess of Acute myeloid leukemia deaths in workers exposed to benzene, **SMR= *2.56 (95%* CL, 1.43-4.22).** Rinsky reported that this study is a follow-up of Rinsky 1987 and these findings reaffirm the leukemogenic effect of benzene and the risk may diminish over time.

- ***Heubner  2004***, <u>*Mortality Updates (1970-1997) for Two Refinery / Petrochemical Plant Cohorts at Baton Rouge, Louisiana and Baytown, Texas,*</u> reported the Baytown has an **SMR =2.13 *(95%* CL, 1.10 -3.73)** for acute nonlymphocytic leukemia (ANLL) and Baton Rouge has **a SMR= 3.1 2 *(95%* CL, 1.01 -7.28)** for acute non-lymphocyctic leukemia (ANLL) for workers hired before 1940.

- ***Guenel***  et al, *2002,* <u>Leukemia in Relation to Occupational Exposures to Benzene and Other Agents: A Case-Control Study,</u>  reported that the risk of leukemia was increased in workers with an estimated cumulative exposure to benzene ≥ 16 .8 ppm-years **(OR. 3.6; *95%* CI 1.1 - 11.7).**

- ***Kirkeleit 2008***, <u>*Increased risk of acute myelogenous leukemia and multiple myeloma in a historical cohort of upstream petroleum workers exposed to crude oil.*</u> reported an excess in deaths of acute myelogenous leukemia in workers exposed to benzene levels with a 0.037(mean) up to 2.6-ppm in an 8 hour time weighted average in upstream petroleum workers exposed to crude oil. *Kirkeleit* reported an increase in the risk of acute rnyelogenous leukemia (RR *2.89,95%* CI: 1.25-6.67) and RR= 3.26 *(95%* CL, 1.28-8.30) for upstream offshore operators. This study provides strong evidence of a causal relationship between benzene exposure at low levels (0.037 mean 8.hr TWA) and acute myelogenous leukemia.

- **Sathiakumar et al. (1995)** case-control study of Union Oil workers engaged in oil and gas production demonstrates a significantly elevated risk for AML. For those employed in production work for 32-40 years (the longest employment period evaluated in the study), the adjusted odds ratio (OR) = 8.7 (95% CI = 2.0-37.2). The data also demonstrated a significant dose response between duration of employment and risk of AML; workers demonstrating the highest risk of AML were employed for the longest time (2-40 years).

- ***Vlaanderen 2011****,* (NCI Study) <u>*Occupational benzene exposure and the risk of lymphoma subtypes: a meta-analysis of cohort studies incorporating three study quality dimensions,*</u> performed a Meta- analysis studying benzene exposure in the petroleum industry, chemical industry,  and other industries. This powerful meta-analysis study used the following types of studies: A studies = quantitative exposure assessment for benzene; and

B studies=semi quantitative estimate of benzene exposure or quantitative estimates *of* exposures containing benzene and by stratification by AML significance level. The results of the NCI meta-analysis were the pooling of studies with known benzene exposure (A-E studies). The results of the NCI meta-analysis were as follows:

**Table 3: Stratification by AML-Significance Level**

| | |
|---|---|
| **A studies** | **RR=2.48 (95% CL, 1.94-3.18)** |
| **A-B studies** | **RR=2.20 (95% CL, 1.77-2.72)** |
| **A-C studies** | **RR=1.88 (*95% CL, 1.56-2.27)** |
| **A-D studies** | **RR=1.68 (95% CL, 1.35-2.10)** |
| **A-E (all studies)** | **RR=1.68 (95% CL, 1.35-2.10)** |

**Table 4: Stratification .by Exposure Assessment Quality**

| | |
|---|---|
| **A studies** | **RR=2.32 (*95% CL, 1.55-3.47)** |
| **A-B studies** | **RR=1.82 (*95% CL, 1.25-2.66)** |
| **A-C studies** | **RR=1.73 (*95% CL, 1.26-2.38)** |
| **A-D (all studies)** | **RR=1.68 (*95% CL, 1.35-2.10)** |

Not only do these studies link benzene exposure to increased risk of developing AML, they also link benzene exposure from petroleum products to increased risk of AML. *Kirkeleit 2008 (see below)* studied upstream petroleum workers exposed to benzene in crude oil.[35] *Vlaanderen 2011* is meta- analysis studying benzene exposure in the petroleum industry, chemical industry, and other industries.[36] *Glass 2003* (discussed below) is a case control study of Australian petroleum workers, and *Divine and Hartman (2000)* followed a cohort of Texaco crude oil production workers from 1946 to 1994. [37]   Additionally, the studies of refinery, petrochemical and crude oil exploration workers demonstrate significantly elevated risks of AML (**Cole 1983; Sathiakumar et al. 1995; Divine and Hartman 2000; Huebner et al. 2004**) and are associated with very low average benzene exposure levels, e.g., 0.1-1.0 ppm (**Runion**

---

[35] **Kirkeleit J, et al. (2008a)** *Increased risk of acute myelogenous leukemia and multiple myeloma in a historical cohort of upstream petroleum workers exposed to crude oil.* Cancer Causes Control 19, 13-23, **Exhibit 10, in globo.**

[36] **Vlaadderen J, et al. (2011)** *The impact of saturable metabolism on exposure-response relations in 2 studies of benzene-induced leukemia.* Am J Epid 174(5), 621-629.

[37] **Selected Studies, Exhibit 10, In globo**

**1988**)[38] accompanied with intermittent peak benzene exposures.[39]  **Cole 1983** is an unpublished study performed on behalf of Shell Oil Company, in response to the propose OSHA benzene standard in 1987.[40] (Once again demonstrating that Shell was well aware of OSHA's published conclusions regarding the toxic and carcinogenic nature of benzene).

### C.  Low Dose Exposure and Cumulative Exposure

Numerous studies link low cumulative exposures of benzene to AML, and demonstrate that benzene exposure as low as 0.037 ppm in an 8 hr. TWA (time weighted average) can cause AML.

**Kirkeleit 2008,** *Increased risk of acute myelogenous leukemia and multiple myeloma in a historical cohort of upstream petroleum workers exposed to crude oil,* found benzene induced cases of AML in individuals with 8 hr. Time Weighted Average exposures ranging from a mean of 0.037 ppm up to  a peak value of 2.6 ppm.[41]  *Kirkeleit* reported an increase in the risk of acute myelogenous leukemia[42] for upstream operators offshore of **RR= *2.89 (95%* CI: 1.25-6.67**) and a **RR= 3.26** *(95%* **CI, 1.28-8.30**) for the portion of workers receiving their first exposures between 1981 -1985. The **Kirkeleit 2008** study indicates a high risk of AML in relation to very little cumulative exposure to benzene. The cohort was followed for  22 years and had an average benzene exposure level estimated at 0.037 ppm. This amount is equivalent to a maximum cumulative benzene exposure of 0.814 ppm-years.

---

[38]**Phillip Cole,** *Acute Meylogeneous Leukemia and other forms of Leukemia at Wood River,* July 6, 1986, (unpublished) **Exhibit 30**;  **Sathiakumar et al. (1995)** A case-control study of leukemia among petroleum workers. J Occup Environ Med 37, 1269-1277; **Divine BJ, Hartman CM. (2000)** Update of a study of crude oil production workers 1946-94. Occup Environ Med, 57: 411-417; **Huebner WW, et al. (2004)** Mortality updates (1970-1997) of two refinery/petrochemical plant cohorts at Baton Rouge, Louisiana, and Baytown, Texas. J Occup Environ Med, 46: 1229-1245; **Runion HE(1988)** Occupational exposures to potentially hazardous agents in the petroleum industry. Occupational Medicine, The Petroleum Industry: State of Art Reviews 3(No.2), 431-444, **Exhibit 10, in globo**
[39] **Selected Studies, Exhibit 10, In globo**
[40] **Phillip Cole**, Acute Meylogeneous Leukemia and other forms of Leukemia at Wood River, July 6, 1986, (unpublished), **Exhibit 30**
[41] **Kirkeleit J, et al. (2008a, Exhibit 10, in globo**.
[42] Acute myeloid leukemia is also known as acute myelogenous leukemia, acute myelocytic.

**Glass 2003,** <u>Leukemia Risk Associated With Low-Level Benzene Exposure,</u> a case control study of Australian petroleum workers, reported the following increase risk of AML from benzene exposure:

Odds Risk (OR) of 3.9 (CI .9-17.1) for exposures between >1 to 2 ppm years;

**OR = 6.1 (CI 1.4-26.0)** for exposure from >2 to 4 ppm years;

OR= 2.4 (CI 0.4-13.6) for exposures from > 4 to 8 ppm years;

**OR=5.9 (CI 1.3-27.0)** for exposures from >8 ppm and 16 ppm;

**OR=98.2 (CI 8.8-1090)**[43]

The authors further reported that they found an excess risk of leukemia associated with cumulative benzene exposures and intensities that were considerably lower than reported in previous studies. This data demonstrates a strong association between benzene exposure and the risk of acute and chronic leukemia.

**Rushton, et al. 1997**<u>, Epidemiological survey of oil distribution Centres in Britain</u> reported a statistically significant elevated risk of leukemia, in particular for acute myeloid leukemia, from exposure to benzene; SMR=3.67 (95% CI, 1.03 to 13.07) for a cumulative exposure of **4.5 to 44.9 ppm** years,  after 10 years. [44]

**Gray 2001,** <u>Lympho-hematopoietic Cancer and Exposure to Benzene in the Australian Petroleum Industry</u> reported and excess of leukemia in workers with low dose exposures as well:

**OR=6.58 (1.69-25.72)** benzene exposure from 0.80 to 1.56 ppm

**OR= 5.62 (CI 1.01-31.21)** for benzene exposure from 1.6 and 3.2 ppm

**OR = 20.43 (CI 1.5-270.2)** for benzene exposure from 3.49 to 4.88 pm.[45]

---

[43] **Selected Studies, Exhibit 10, In globo**
[44] **Selected Studies, Exhibit 10, In globo**
[45] **Selected Studies, Exhibit 10, In globo**

In **Gray 2001**, the <u>maximum exposure</u> in the highest exposure job category was just 4.88 ppm. Those workers who had estimated exposures between <u>0.80 and 1.56</u> ppm had a nearly 7-fold increased leukemia risk; those workers who had exposures between <u>1.6 and 3.2 ppm</u> had a 5-1/2-fold increased leukemia risk, and those workers who had exposures between <u>3.49 and 4.88 ppm</u> had a 20-fold increased leukemia risk."[46]

    **Talbott et al. (2011**) followed residents exposed to benzene in their homes as a result of leaking gasoline underground storage tanks. ... leukemia, was the only cancer significantly elevated, and AML demonstrated the highest risk.[47] Five years after the spill, the AML SIR = 11.54 (95% CI = 2.38-33.69).[48] In addition, residents living in the highest exposure area demonstrated the highest risk of AML, SIR = 16.81 (95% CI = 2.02- 60.67) based on total leukemia rates.[49] The residents were exposed to an estimated average benzene level of 0.03 ppm with a range of <u>with a range of non-detectable to 0.04 ppm, for a 3-year period  of exposure prior to remediation.</u> The <u>maximum</u> cumulative benzene exposure to the residents was <u>2 ppm-years.</u>"

    The Australian Institute of Petroleum (AIP) periodically publishes the results of its medical surveillance program referred to as Health Watch. These studies of Australian petrochemical workers demonstrate that very low <u>level</u> benzene exposure (> 0.8 ppm) and very low <u>cumulative</u> benzene exposure (> 2 ppm-years) experienced through exposure to low benzene concentrations in mixtures such as gasoline and BTX (benzene, toluene and xylene) carries with it an elevated risk of developing leukemia.[50]

    The cohort studies of Australian refinery workers (**Christie al. 1991; Bisby et al. 1992;**

---

[46] **Selected Studies, Exhibit 10, In globo**
[47] **Selected Studies, Exhibit 10, In globo**
[48] **Selected Studies, Exhibit 10, In globo**
[49] **Selected Studies, Exhibit 10, In globo**
[50] **Selected Studies, Exhibit 10, In globo**

**Bisby et al. 1998; Gun 2000)**[51] demonstrate elevated risks for all leukemias as well as for myelogenous leukemia. For the entire cohort, the <u>average intensity</u> of benzene exposure was only 0.2 ppm and was equal to or less than 0.50 ppm for 90% of the subjects studied **(Gun et al. 2000; Gray et al. 2001)**.[52] The mean <u>cumulative benzene exposure</u> for the entire cohort was 4.9 ppm-years and nearly 85% of the subjects had estimated cumulative benzene exposures of less than or equal to 10 ppm-years **(Gray et al. 2001**.)"[53]

## IV.    Workers at filing stations

**Brandt 1978,**  a study of the Swedish population near University Hospital in Lund Sweden found that a large portion (36%) of the male patients between 20 and 65 with ANLL (acute non-lymphocytic leukemia which is another name for acute myeloid leukemia) were occupationally exposed to petroleum product or their combustions results.[54] These includes workers at filling stations, bus or truck drivers, operators of excavating machines, and road haulers.[55] The authors concluded that "occupational exposure to motor fuels is unduly common among working men who develop ANLL..."  and that "Chronic exposure  to benzene will increase the risk of ANLL, and petrol may contain 6-8% benzene."[56]

**Huntington (1995)** <u>*Heamatopoietic cancer mortality among vehicle mechanics*</u>, the study investigated the causes of death of car and mobile equipment mechanics in the District of

[51] **Christie , et al. (1991)** <u>A prospective study in the Australian petroleum industry. II Incidence of cancer</u>. Br J Indust Med, 48: 511-514; **Bisby, et al (1992),** <u>Health Watch: The Australian Institute of Petroleum Surveillance Program, Ninth Report</u>, Univ Melbourne, Dept Pub Health Comm Med, Carlton, Victoria, 1993; pp 1-97.; **Bisby et al (1998)**, <u>A. Health Watch, The Australian Institute of Petroleum Health Surveillance Program, Tenth Report</u>, Univ Melbourne, Dept General Practice and Public Health, 83 p, 1999; **Gun R. et al. (2000)** <u>Health Watch. The Australian Institute of Petroleum Health Surveillance Program. Eleventh Report</u>, University of Adelaide, Department of Public Health, 75 p., **Exhibit 10, in globo**

[52]**Gun R. et al. (2000)** pp.75; **Gray C,** *et al.* **(2001),** <u>Lympho-haematopoietic Cancer and Exposure to Benzene in the Australian Petroleum Industry.</u> Monash University and Deakin University, 221 pages, **Exhibit 10, in globo**

[53] **Gray 2001**, **Exhibit 10, In globo**

[54] **Brandt 1978**, <u>*Occupational exposure to Petroleum product in med with acute non-lymphocytic leukemia*</u>, British Medical Journal 4 March 1978, pp. 553, **Exhibit 10, in globo**

[55] *Id.*

[56] *Id.*

Columbia's public works department.[57]   The author's found that in the subgroups with the highest potential exposure to fuels and solvents the SMR (standardized mortality ratio) for leukemia increased to **9.26 (95% CI 1.12-33.43).[58]**  When the study participants' jobs were classified into high medium and low exposure categories, they found that the male fleet maintenance workers had the highest potential exposure to fuels and solvents.  Additionally, although not included in the calculations, the authors note that one worker died of leukemia shortly after the study follow-up, and a second worker was diagnosed with leukemia during the study period – but had a bone marrow transplant in 1989, and was still alive at the time of the follow-up.[59]

The authors noted that several earlier studies "have reported an excess of hematological malignancy in garage mechanics and petrol station attendant.  The authors note that in **Milham (1983)**, _Occupational mortality in Washington State 1950-1979,_ found car mechanics to have excesses of lymphocytic leukemia (PMR 283).[60]      **Jakobson, et al**, (1993) _Acute Myeloid leukemia among petrol station attendants_ "linked occupational data and mortality groups in Sweden to identify occupational groups at increased risk of acute myeloid leukemia, and found a relative risk of **3.6 (95% CI 1.7-6.6)** for petrol attendants.[61]

**Schwarts (1987)** _Proportionate mortality analysis of automobile mechanics and gasoline service station workers in New Hampshire_, found a PMR (Proportionate mortality ratio) of 176 for leukemia and aleukemia.  Workers in the "gasoline service station industry experienced a leukemia mortality excess" of  **PMR of 328 (p<0.05)**  for all workers in the

---

[57] **Huntington (1995)** _Heamatopoietic cancer mortality among vehicle mechanics_, Occup Environ Med 1995; 52-673-678, **Exhibit 10, in globo**

[58] _Id_.

[59] _Id_.

[60] **Milham (1983)**, _Occupational mortality in Washington State 1950-1979,_ Cincinnati, OH, National Institute of Occupational Safety and Health, DSHEFS, 1983 (NTIS NO. PB84-199769, **Exhibit 10, in globo**

[61] **Jakobson, et al,** _Acute Myeloid leukemia among petrol station attendants_. Arc Environ Health 1993; 48:255-9,

petrol service station industry combined.[62] The study notes "The workers are potentially exposed to a variety of substances including gasoline vapor, benzene, solvents, lubricating oils, greases, asbestos as well as welding fumes and car and truck exhaust."[63]

A state-wide population- based PMR analysis revealed patterns of mortally for automobile mechanics and workers in the gasoline service station industry, suggesting that these men experience an increased leukemia risk, a **PMR of 211 (95% CI 116-400).**[64]

The authors reported:

> The benzene content of gasoline is between 1% and 3% by volume and is higher in unleaded than leaded fuels [McDermott and Voss 1979]. Industrial hygiene studies of service station employees have found the time- weighted average (TWA) exposure to benzene among service station workers to range from below 1 ppm to 2.09 ppm (mean range 0.02 -0.24 ppm)[McDermot and Voss 1979]. The TWA exposure to total gasoline vapor ranged from below 1 ppm to 113 ppm. Exposure levels were influenced by the workload, weather conditions, work practices, and presence of a vapor recovery system.

> In addition to inhalation, these workers likely risked exposure through skin absorption if hands were immersed in gasoline or other solvent during the process of auto repair and related degreasing operations or if gasoline was used as a solvent to aid in hand washing.[65]

The study goes on to suggest that: "a finding of a leukemia excess among automobile mechanics and workers in the gasoline service station industry is consistent with exposure to benzene, a known component of gasoline."[66]   The authors concluded that  "**prudent public health practices requires the need to inform auto mechanics, gas station employees, and other individual who pump gasoline of the potential hazard**s."[67]   The recommendation should including discontinuing the use of gasoline as a solvent for removing grease from auto parts and

---

[62] **Schwarts,** _Proportionate mortality analysis of automobile mechanics and gasoline service station workers in New Hampshire_. Am J In Med, 1987; 12:91-9, **Exhibit 10, in globo**
[63] _Id._
[64] _Id._
[65] _Id._ pp,97
[66] _Id._
[67] _Id._

for hand cleaning and cautioning against any siphoning gasoline by mouth."[68]

**Terry (2005),** *Occupational, Hobbies and acute leukemia in adults*, Leukemia Research 29, 117-1130, studied the occupational risk of acute leukemia.[69]  The authors found a statistically significant increase in leukemias for gas station attendants, for those working more than one year total leukemia had an **OR =1.7  (95% CI 1.0-2.7)** (OR  = Odds Ratio), and an increase of AML of **OR=1.8 (95% CI 1.1-2.9).**[70]  The study notes that of the five occupations that generally involve exposure to petroleum product:  Automobile manufacturing; auto mechanics; gas station attendant; petroleum manufacturing; and taxi, bus, truck drivers. Three of these occupations were associated  with increased acute leukemia (AML)  risk –automobile manufacturing, gas station attendant and petroleum manufacturing. [71]  The study also notes that recently, in Glass 2003, "increased leukemia risk has been observed among petroleum workers with a benzene exposure level of 2 ppm-years and higher."

**Lagorio (1994)**, *Mortality of filling station attendants* 20:331-8, studies filling station attendants from a region of central Italy, the cohort consisted of 2665 service station managers, average age at the beginning of the study as 46 yrs.  The study found managers of large service stations showed and increased risk of leukemia with a SMR=196 (90% CI 35-617) for men and a total SMR=177 (90% CI 31-557)(for both men and women), these individual exposure profiles suggest that in addition to refueling, they were also involved in mechanical, electrical and tire repair.[72]

**Lynge (1997)** <u>*Risk of Cancer and Exposure to Gasoline Vapors*</u>. Vol. 145, No. 5. A study

---

[68] *Id* pp.98
[69] **Terry (2005),** *Occupational, Hobbies and acute leukemia in adults*, Leukemia Research 29, 117-1130, **Exhibit 10, in globo**
[70] **Terry (2005),** *Occupational, Hobbies and acute leukemia in adults*, Leukemia Research 29, 117-1130
[71] *Id* at 1123
[72] **Lagorio (1994)**, *Mortality of filling station attendants* 20:331-8, pp.335, **Exhibit 10, in globo**

of 19,000 service station workers from Denmark, Norway, Sweden and Finland.  The study

found an increase in cases of acute myeloid leukemia in Norway SIR=17 , Sweden SIR=21, a

total SIR for all four countries of 1.4 (95% CI 0.8 -2.4).[73]  The authors noted:

> Leukemia cases, representing an excess risk, have been found among garage workers who used gasoline to clean vehicle parts and hands and often syphoned gasoline by mouth from one vehicle tank to another (48, 49) Studies of oil distribution workers show some indication of risk of leukemia(50), primarily of acute myeloid or monocytic leukemia (51, 52), or of acute myeloid leukemia only (53).  An increase mortality from leukemia was found among service station attendants in New Hampshire (54)."[74]

## V.    Shell Oil Company, Chevron USA, Inc. f/k/a Texaco, Inc. and Chevron USA, Inc. f/k/a Gulf Oil Corporation's Causation Experts Routinely Testify and Have Published Papers Reporting That Benzene Causes AML.[75]

Experts for all three defendants have testified in litigation on behalf of the defendants that

benzene causes AML. Ethan Natelson, MD, a hematologist for the defendants testified that

benzene can cause AML.[76]  Dr. Natelson authored an article titled, "Benzene induced acute

myeloid leukemia: a clinician's perspective," and reports "AML is the only human neoplasm

proven to be potentially caused by benzene."[77]  David Pyatt, PhD, the defendants Toxicologist

has testified that benzene can cause AML.[78]  Dr. Pyatt authored an article titled, "Benzene and

---

[73] *Id* pp. 355

[74] Id. **(48) Infante,** _Benzene in petrol- a continuing hazard_(letter) Lancet 1990; 336:814-15 (**49) Lumley**, _Benzene in petrol._ Lancet 1990; 336 1318-19;  **(50) Schnatter,** _A Retrospective Mortality study among Canadian petroleum marketing and distribution workers._ Enviorn Health Persepect 1993; 101 (suppl 6) 85-99; **(51) Rushton,** _A 39-year follow-up of the UK refinery and distribution center studies: results for kidney cancer and leukemia_ , Evnrion Health Persect 1993; 101(sup 6) 77-84; **(52) Rushton,** _Results of a case-control study to investigate the risk of leukemia associated with exposure to benzene in petroleum marketing and distribution workers in the United Kingdom_, Nottingham: The University of Nottingham, 1995;  **(53) Wong,** _Health effects of gasoline exposure II, Mortality patterns of distribution workers in the United States,_ Environ Health Perspect 1993, 101 (suppl 6): 63-76; **(54) Schwarts,** _Proportionate mortality ratio analysis of automobile mechanics and gasoline service station workers in New Hampshire_, Am J Ind Med 1987, 12:91-9, **Exhibit 10, in globo**

[75] Dr. Ethan Natelson, and Dr. David Pyatt have testified for Chevron, Texaco and Texaco as the successor to Gulf Oil in _Wallace v. Chevron USA, Texaco, Inc. et al,_ LAED docket No. 09-4202; _Singleton v. Chevron USA, et al,_ LAED Docket No 11-1199; _Bryan Morin v. Chevron USA(as successor to Gulf Oil Co.), et al,_ LAED Docket No 11-00045; _Chris Cologne v. Shell Oil co., et al_ LAED Docket No. 12-00735.

[76] Deposition of Ethan Natelson, MD, *Boutian vs. Radiator Specialty Co., et al,* Feb. 25, 2013, pg,87, **Exhibit 11.**

[77] *Benzene induced acute myeloid leukemia: a clinician's perspective*, American Journal of Hematology, 82:826-830, 2007, **Exhibit 12.**

[78] Deposition of David Pyatt, PhD, *Boutian vs. Radiator Specialty Co., et al,* Feb. 21, 2013, pg,121 E**xhibit 13.**

hematopoietic malignancies" and reports "Human toxicity associated with exposure to benzene has been observed for more than 100 years. Early reports in occupational settings clearly established that chronic high dose exposure to benzene could result in aplastic anemia and other blood dyscrasias and the development of acute myelogenous leukemia." "Although the causal relationship between benzene and acute myelogenous leukemia is unequivocal……." "Probably the best studied and most feared  consequence of long-term benzene exposure is the development of myelodysplasia and  acute myelogenous leukemia AML)." [79] "Beginning as early as 1897, case reports appeared in the scientific and medical literature linking or attempting to link chronic occupational benzene exposure with leukemia, specifically AML."[80]  Gulf Oil Corporation and Texaco, Inc. admit in their answers that by the mid-1970's it was widely accepted in the scientific community that benzene could cause acute myeloid leukemia(Rec. Doc. 14, Pg. 6, pr. 15 and Rec. Doc. 15, pg. 6. Pr.15).

VI. **Defendants' Shell Oil Company, Chevron USA, Inc. f/k/a Texaco, Inc. and Chevron USA, Inc. f/k/a Gulf Oil Corporation knew that benzene could cause leukemia in humans prior to 1958;**

   A. **Shell Oil Company's Knowledge Regarding Benzene and Its Ability to Cause Leukemia Prior to 1958.**

On September 07, 1943, M.H Soley, of the University of California Medical School issued a report to Shell titled "*Report to Shell Development Company on Benzenes, Nitrobenzenes, Anilines, and Xylidine (their Toxic Effect and Suggested Safeguard in Manufacturing Processes)"* This report informed Shell that chronic benzene poisoning can cause variable blood changes including: "Leucemia" (also known as Leukemia), polycythemia, anemia, leukocytosis, leucopenia, Eosinophilia, Megalocytosis, or microcytosis.  Shell was also informed that protective equipment should be used when handling products that contain

---

[79] *Benzene and hematopoietic malignancies,* Clin Occup Environ Med, 4(2004) 529-555, pg. 529, 535, **Exhibit 14.**
[80] *Benzene and hematopoietic malignancies*, Clin Occup Environ Med, 4(2004) 529-555, pg.537 **Exhibit 14.**

benzene.[81]   On September 13, 1943, a memorandum from W. J. Hund of Shell reported that chronic benzene poisoning can cause Leukemia.[82] On April 28, 1950, C. H. Hines, Shell's consulting toxicologist, informed Shell that benzol (benzene) had an established carcinogenic quality affecting the blood forming organs.[83] On May 15, 1973 Shell Oil Company's Medical Director, Dr. Roy Joyner, reported that benzene exposure causes leukemia[84] even though Shell Oil Company denied there was sufficient evidence of a causal relationship for benzene and leukemia at the 1977 OSHA Emergency Benzene Hearings. Shell Oil cannot seriously dispute that it knew benzene could cause leukemia prior to 1958.

### B.  Chevron USA, Inc. f/k/a Texaco Inc.'s Knowledge Regarding Benzene and It's Ability to Cause Leukemia Prior to 1958.

On June 24, 1953, Texaco, Inc. formerly known as the Texas Company reported an alarmingly high incidence of leukemia and blood cancer in employees exposed to slight concentrations of benzene vapors over a long period of time.[85] On January 19, 1954, Texaco, Inc. f/k/a the Texas Company' Manager of Industrial Hygiene and Toxicology, Allan Dooley, reported the API (American Petroleum Institute) Toxicological Review on Benzene gives a good summary on the Physiological Effects of Benzene.[86] As explained above the API reported in 1948 "reasonably well documented instances of the development of **leukemia** as a result of chronic benzene exposure have been cited.

---

[81] Report to Shell Development Company on Benzenes, Nitrobenzenes, Anilines, and Xylidines(Their Toxic Effects and Suggested Safeguards in Manufacturing Processes, M.H. Soley, September 07, 1943. SHELL TANNER 000005, 000011, **Exhibit 15.**
[82] Toxicity of Aromatics and Amino Aromatics, WJ Hund, September 13, 1943, Shell Bishop 239069-239074, at 239070, **Exhibit 15-1.**
[83] Certain Problems of Environmental Cancers in the Petroleum Industry, April 28, 1950, SHELL SILVA 4184-4187, at 4184 **Exhibit 16.**
[84] Shell Oil Company, Medical Surveillance of Benzene Workers, May 15, 1973, Roy Joyner, MD, SHELL BISHOP 13309-13310, at 13309, **Exhibit 17.**
[85] Texaco, Inc. f/k/a The Texas Company, Physiological Properties Benzene, June 23, 1953, LOVELADY 5/3R/P 0134, **Exhibit 18**.
[86] Texaco, Inc. f/k/a the Texas Company, Benzene Physiological Properties, January 19, 1954, LOVELADY 5/3R/P 0134, **Exhibit 19.**

**C.  Chevron USA, Inc. f/k/a Gulf Oil Corporation's Knowledge Regarding Benzene and It's Ability to Cause  Leukemia Prior to 1958.**

In 1964, Roy Gibson, MD, the Medical Director of Gulf Oil Corporation co-authored a publication for the US Department of Health, Education and Welfare Public Health Service, titled "Occupational Diseases A Guide to Their Recognition" in which he reported that benzene is a suspected carcinogen and that all forms of acute and chronic leukemia have been observed in workers with benzene intoxication.[87] Gulf Oil Corporation was a member of the American Petroleum Institute (API) prior to 1948 and knew API reported leukemia as a consequence of benzene exposure in its Toxicology Review of Benzene in 1948.

**VII.  Defendants' Shell Oil Company, Chevron USA, Inc. f/k/a Texaco, Inc. and Chevron USA, Inc. f/k/a Gulf Oil Corporation Failed to Warn Users of Their Benzene Containing Products That Benzene Could Cause Leukemia  Prior to 1972.**

In *Warren v. Sabine Towing, et al,* The Louisiana Court of Appeal, Third Circuit held that: "(1) evidence was sufficient to support finding that seaman's myeloproliferative disease evolved into AML, which  was caused by  his occupational exposure to manufacturers' products; and (2) the manufacturers had a duty to directly warn the seaman of the dangers of exposure to their products."[88] In *Warren,* Shell Oil, Chevron USA, Inc., Gulf Oil Corporation, and Texaco, Inc. were defendants. The Court further held that:

> "Additionally, in 1948, the American Petroleum Institute (API) published a review on benzene which stated the following concerning the chronic effects of benzene exposure: "[R]easonably well documented instances of the development of **leukemia** as a result of chronic benzene exposure have been cited." Dr. Bingham  testified  that the cost of obtaining this document at the time it was published was twenty-five cents."[89]

---

[87] US Department of Health, Education and Welfare Public Health Service, titled ,*Occupational Diseases A Guide to Their Recognition,* Roy Gibson, MD, Medical Director of Gulf Oil Corporation, 1964, **Exhibit 6**.
[88] *Warren v. Sabine Towing, et al,* 831 So.2d 517, (La.App. 3 Cir. 10/30/02), at 517.
[89] *Id,* at 530.

**A. Shell Failed to Warn Users of Its Benzene Containing Products That Benzene Could Cause Leukemia Prior to 1972.**

Mr. Burst worked with benzene containing products from approximately 1958 through 1971. Shell did not begin warning users of its products containing benzene until the late 1970s. In the case of *Sanderson v. Shell Oil Co., et al*, Shell Oil testified through its 30(b) (6) Corporate witness, Carolyn Phillips that Shell Oil did not warn users of benzene containing products until the late 1970's that benzene could cause leukemia.[90] As of 1971, Shell did not warn users that gasoline contained benzene or that benzene could cause leukemia as indicated in the Shell gasoline MSDS dated 1971[91] and the benzene MSDS dated 1971.[92] Shell knew that its gasoline contained up to 4% benzene in the 1958-1971 period as identified in a 1982 Shell Oil MSDS for gasoline but failed to warn users that benzene causes leukemia in its MSDS for gasoline as of 1982.[93] Furthermore, Shell reported in a document tilted, "*Benzene in Gasoline*" April 1992 that **prolonged benzene exposure may cause leukemia** and customers filling their cars with gasoline can be exposed up to 1 ppm.[94] In a Shell Oil document titled, *Safe Handling of Benzene and Liquids Containing Benzene*, March 1980 Shell reported:

**Part 2-Health Hazards**

The chief route of entry by benzene into the body is by inhalation of its vapor. **Whether in its pure state or as part of a mixture such as gasoline, benzene may give rise to the following health hazards:**

**Vapor**
**2. Long-term**

Inhalation of benzene vapor over a period may cause
(i) bone marrow damage, leading to blood disorder of varying severity which are usually reversible after removal from exposure, and more rarely

---

[90] Deposition of Shell Oil Company through its 30(b)(6) Corporate Witness Carolyn Phillips, *Sanderson v. Shell Oil, et al*, September 16, 2010, at 13, **Exhibit 20.**
[91] Shell Oil MSDS for Gasoline, 1971, SHELL-SANDERSON 217-218, **Exhibit 21.**
[92] Shell Oil MSDS for Benzene, 1971, SHELL-BISHOP 46392-46393, **Exhibit 22.**
[93] Shell Oil MSDS for Gasoline 1982, SHELL-MORIN 43859-43862, **Exhibit 23.**
[94] Shell Oil, Benzene in Gasoline, April 1992, SHELL-BISHOP 133189-133192, at 133189, **Exhibit 23-1.**

**(ii) leukaemia(cancer of the blood) which may occur long after exposure has ceased.**[95]

**B. Gulf Oil Corporation Failed to Warn Users of Its Benzene Containing Products That Benzene Could Cause Leukemia Prior to 1972.**[96]

In the case of *Morin v. Chevron USA, Inc. et al*, Chevron USA, Inc. f/k/a Gulf Oil Corporation testified through its 30(b)(6) Katherine Kraft, PhD, that neither Chevron or Gulf Oil Corporation warned that benzene containing products could cause leukemia or cancer as of 1976.[97]  As of May 1977, Gulf was not warning users of benzene that it could cause leukemia as shown in the Gulf 1977 benzene MSDS.[98] Gulf Oil knew that it's gasoline contained up to 5% benzene in the 1958-1971 period as identified in a 1983 Gulf Oil MSDS for gasoline but failed to warn  users that benzene in its gasoline could cause leukemia as of 1983.[99]

**C. Texaco, Inc. Failed to Warn Users of Its Benzene Containing Products That Benzene Could Cause Leukemia Prior to the Late 1970s.**

In the case of *Cologne  v. Chevron USA, Inc. et al*, Chevron USA, Inc. f/k/a Texaco, Inc. testified through its 30(b)(6) Corporate Witness Ronald Richards, that Texaco, Inc. knew that benzene could cause leukemia  as early as 1953, which was demonstrated by Texaco's internal memoranda previously identified.[100]  He also testified that Texaco's MSDS sheets through 1976 did not warn that benzene containing products could cause leukemia or cancer.[101]  As of March 15, 1975, Texaco did not warn users of gasoline containing benzene that benzene could cause

---

[95] Safe Handling of Benzene and Liquids Containing Benzene, March 1980, Shell Bishop 64364-64411, at 64372, **Exhibit 23-2.**

[96] *Id.*

[97] Deposition of Chevron USA, Inc. f/k/a Gulf Oil Corporation through its 30(b)(6) Corporate Witness Katherine Kraft, *Morin v. Chevron USA., Inc., et al,* February 07, 2012, at 23-25, **Exhibit 24.**

[98] Gulf Oil MSDS for Benzene, May 1977, HF 013546-013547, **Exhibit 25.**

[99] Gulf Oil MSDS for Gasoline 1983, GULF-MORIN 001-002, **Exhibit 26.**

[100] Deposition of Texaco, Inc. through its 30(b)(6) Corporate Witness Ronald Richards, Cologne v. Shell Oil Company, et al, October 08, 2013, at 35-42, 122-123, **Exhibit 27.**

[101]  Deposition of Texaco, Inc. through its 30(b)(6) Corporate Witness Ronald Richards, Cologne v. Shell Oil Company, et al, October 08, 2013, at 35-42, 122-123, **Exhibit 27.**

leukemia.[102]   Precautionary Labeling for Texaco Products failed to include warnings that the benzene in the products could cause blood disorders and leukemia.[103] Texaco knew that it's gasoline contained up to 3.99% benzene in the 1958-1971 period as identified in a 1985 Texaco, Inc. MSDS for gasoline but failed to warn users that benzene in its gasoline could cause leukemia as of 1985.[104]


## Conclusion

The plaintiff request that this Honorable Court grant their Motion for Partial Summary Judgment as follows: **(1)** epidemiological studies, case reports, and government and international publications, and corporate testimony of the defendants demonstrating unequivocally that benzene can cause AML in humans; **(2)** defendants' Shell Oil Company, Chevron USA, Inc. f/k/a Texaco, Inc. and Chevron USA, Inc. f/k/a Gulf Oil Corporation knew that benzene could cause leukemia in humans prior to 1958; and **(3)** prior to the late 1970's Shell Oil Company, Chevron USA, Inc. f/k/a Texaco, Inc. and Chevron USA, Inc. f/k/a Gulf Oil Corporation failed to warn users (including BERNARD BURST) of their benzene containing products, including gasolines, could cause leukemia.

Respectfully Submitted:

*s/ Richard J. Fernandez, LLC*
Richard J. Fernandez (La. Bar No. 5532)
Amber E. Cisney (La. Bar. No. 28821)
**Law Offices of Richard J. Fernandez, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana 70002
Telephone:   (504) 834-8500
Facsimile:    (504) 834-1511
E-mail: rick@rjfernandez.com

---

[102] Texaco Precautionary Labeling of Texaco Products, March 15, 1975, OC3420-3431, **Exhibit 28.**
[103] Texaco Precautionary Labeling of Texaco Products, March 15, 1975, OC3420-3431, **Exhibit 28.**
[104] Texaco, Inc. MSDS for Gasoline 1985, **Exhibit 29**.

/s/ **L.  Eric Williams, Jr.**
Lynn Eric Williams, Jr. (La. Bar No. 26773)
**Williams Law Office, LLC**
433 Metairie Road, Suite 302
Metairie, LA 70005
Telephone: (504) 832-9898
Facsimile: (504) 832-9811
eric@amlbenzene.net

**Attorneys for Plaintiffs**


### Certificate of Service

The foregoing First Amended Complaint has been served on all counsel of record by electronic notice thought the courts CM/ECF system on the 9th day of April, 2014.


*Richard J. Fernandez, LLC*