UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


YOLANDE BURST,                    )   CIVIL ACTION NO. 2:14cv109

individually and as the          )

legal representative of          )

BERNARD ERNEST BURST, JR.,       )

                                 )

                 Plaintiff,      )

                                 )

     vs.                         )

                                 )

SHELL OIL COMPANY;               )

CHEVRON USA, INC., et al.,        )

                                 )

                 Defendants.     )

_____)


VIDEOTAPE DEPOSITION OF DR. ROBERT J. HARRISON

_____

DATE:      Tuesday, November 11, 2014

TIME:      10:08 a.m.

PLACE:     UCSF Occupational Health Services

           2330 Post Street, Suite 460

           San Francisco, CA  94115



REPORTED BY:   Deborah Wong Brooks, CSR, License No. 5223

**Worldwide Court Reporters, Inc.**
**(800) 745 - 1101**
**EXHIBIT A**

1    summary judgment motion, that the Plaintiffs had filed in

2    this case.

3    A.        Correct.

4    Q.        How did you pick this particular part to quote in

5    your report in this case?

6    A.        This particular quote pertains to the issue of

7    warning.

8    Q.        Yes, sir.

9    A.        And so, I picked that out because the Judge

10   granted the motion, as far as I could tell, on the issue of

11   warning in particular.

12   Q.        Yes, sir.  And you're not here to testify about

13   warnings, are you?

14   A.        (Shaking head.)  That's correct.

15   Q.        That was sort of -- my curiosity was piqued.  Why

16   would you talk about a part of the order that dealt with

17   warnings, a subject on which you have not been designated

18   and are not going to testify.

19   A.        That's correct.  It was just to jog my memory and

20   perhaps our collective memory --

21   Q.        Okay.

22   A.        -- on the issue of warning.  But I don't intend

23   to testify on warnings.

24   Q.        Well, to jog -- you're correct -- your memory on

25   this subject, Judge Vance did rule on an issue that you are

1   **here to testify about, and that is specifically the**

2   **causation question in this case.  That is, what is the**

3   **causation question in this case.**

4          **Do you remember that from reading her order?**

5   A.      Not explicitly.  I was just reading the

6   conclusion that said "The Court denies summary judgment on

7   all other issues raised in the Plaintiffs' motion."  That's

8   the only sentence that I did not include in the conclusion

9   part of the Judge's order.  So, I would have to go back and

10  see.

11         I guess Mr. Williams had filed a motion for

12  summary judgment on a couple of other issues.

13  **Q.      Yes, sir.  And one of those issues was whether or**

14  **not benzene causes acute myeloid leukemia.  Do you recall**

15  **that from reading the Court's order?**

16  A.      Correct.  As I understand it, Mr. Williams asked

17  for a summary judgment on that particular issue, and the

18  Judge didn't grant it.

19  **Q.      Yes.  And did you note what the Judge said the**

20  **general causation issue in this case is?**

21  A.      I don't recall.

22  **Q.      Your report also addresses the subject of general**

23  **causation, and I want to -- the Court did tell us in her**

24  **order what general causation and specific causation mean.**

25         **And what she said, and I'm quoting from page 5 of**

1   I would encourage you to do that.

2           And I'm reading -- I'm looking now at a document

3   titled "Order and Reasons."  It has across the top of it

4   that it was filed in this case on August 8th, 2014.  It's a

5   14-page document.  Are we looking at the same one?

6   A.      Yes.

7   Q.      And if you'll go to page -- let me get to the

8   right page.  I think it's 7.  Page 7, the first full

9   paragraph.

10          "The Court concludes that the proper general

11  causation question in this case is whether exposure to

12  gasoline containing benzene can cause leukemia, not whether

13  exposure simply to benzene can cause leukemia."

14          Do you see that?

15  A.      I do.

16  Q.      Were you aware of that?

17  A.      I saw that.

18          I also saw that on the bottom of page 8, the

19  Judge furthermore concludes, and I'll quote, "The Court

20  finds that the relevant general causation question is,"

21  quote, "whether exposure to the benzene component of

22  gasoline is capable of causing AML."

23  Q.      Fair enough.  Fair enough.  But it's gasoline.

24          Is there any gasoline that you're aware of that

25  doesn't contain some amount of benzene?

1    A.        No.

2    **Q.        Never ever, ever.  True?**

3    A.        Correct.

4    **Q.        And so the various -- you know, of course, that**

5    **there are many epidemiologic studies in which workers were**

6    **exposed to gasoline, and the hematologic effects, if any,**

7    **of such exposures were studied.**

8    A.        Correct.

9    **Q.        Yet there is no consistent pattern among those**

10   **studies that those workers developed hematologic**

11   **malignancies as a result of exposure to gasoline.  Would**

12   **you agree with that?**

13   A.        Not without looking at those studies in detail.

14   **Q.        Can you name a single study in which workers**

15   **exposed to gasoline -- which, as we've acknowledged, all**

16   **contains benzene -- workers exposed to gasoline have**

17   **developed hematologic malignancies at a rate higher than**

18   **expected or the general population or the control group?**

19   A.        Again, I didn't organize my studies.  I have a

20   whole -- I have several hundred papers here in front of me.

21   I didn't organize it by the gasoline epidemiological

22   literature.  I have it organized by AML and benzene.  And

23   within those, I'm sure there are papers on gasoline.

24            So, before I agree or disagree with your

25   question, I'd have to look at those.

1    Q.        This is not a question asking you to agree or

2    disagree.  It's asking you to name a single study in which

3    workers exposed to gasoline developed hematologic

4    malignancies at a higher rate, relative risks or odds

5    ratio, whichever, than general population or the control

6    group or expected.

7    A.        You know, again, I don't know.  I'd have to

8    examine the papers.  I'm not prepared to answer your

9    question here.

10   Q.        Okay.  You are not prepared to answer that

11   question as we sit here today.  Is that correct?

12   A.        Not specifically on the way you asked the

13   question, which is the gasoline epidemiological literature.

14   Q.        Yes, sir.

15   A.        I am prepared to answer the question, as I

16   understood the Judge ruled, on the benzene issue and AML.

17   It seems frankly a little bit dancing on the head of a pin,

18   if you don't mind me saying, to parse out gasoline

19   containing benzene from benzene and AML.

20   Q.        You're not offending me.  You may be offending

21   the Court.  That's not --

22   A.        I mean, that just seems to be -- from a causation

23   point of view, when I have a patient who's exposed to a

24   complex mixture containing benzene, and I know benzene

25   causes AML, I look at the benzene literature.

1    Q.        Sure.  Well, benzene's in strawberries.  True?

2    A.        I don't know.

3    Q.        Really?  You don't know that.

4    A.        I don't know.

5    Q.        Do you know that benzene is in food?  In many

6    foods?

7    A.        I understand that it may be in soda and in

8    certain other foods.  I don't know about strawberries.  If

9    it's in strawberries, it's in a relatively small amount,

10   relatively trivial, compared to exposure of someone in a

11   gas station or as a painter or in a number of other

12   occupations containing -- with benzene-containing solvents.

13   Q.        So, you acknowledge --

14   A.        Exposure to strawberries is trivial.

15   Q.        Yes, sir.

16             You acknowledge that those matters -- you may

17   describe strawberries as trivial.  But in your view,

18   gasoline, with regard to benzene, is not trivial.  True?

19   A.        It depends on what the circumstances of exposure

20   are.  But in a gas station attendant or someone who's using

21   gasoline to clean parts, it can be substantial.

22   Q.        We'll get to that.

23             When did the United States Environmental

24   Protection Agency first conclude that gasoline containing

25   benzene can cause leukemia?

1    A.        I don't know.

2    Q.        **Do you know that they have?**

3    A.        I don't know.

4    Q.        **In fact --**

5    A.        The US EPA considers benzene a carcinogen.  I

6    don't know if it determined or reviewed the issue of

7    gasoline containing benzene.

8    Q.        **In fact, you know that they have not found**

9    **gasoline to be a human carcinogen.  True?**

10   A.        I don't know.

11   Q.        **Have you read the paper by James Keenan and**

12   **others at ChemRisk or Cardno ChemRisk?**

13   A.        I don't know.  I don't recall.  I may have it on

14   my laptop.

15   Q.        **Okay.  I'll show it to you here in one minute and**

16   **we'll see.**

17             **When did the International -- tell me first, what**

18   **is the International Agency for Research on Cancer?**

19   A.        It's part of the World Health Organization.  It's

20   an international scientific research body.

21   Q.        **And their focus is on assessing the**

22   **carcinogenicity or potential carcinogenicity of different**

23   **chemicals and agents.  True?**

24   A.        Correct.

25   Q.        **In fact, I think you have -- I don't think you**

1    referred to it in your report by reference, but I think you

2    may have mentioned the International Agency for Research on

3    Cancer's monograph on benzene.

4    A.        Yes.

5    Q.        Are you aware that the International Agency for

6    Research on Cancer has a monograph on gasoline?

7    A.        I don't know.

8    Q.        You've not looked at that.

9    A.        I've not looked at the monograph on gasoline.  I

10   didn't consider it particularly relevant.  I was focusing

11   on benzene.

12   Q.        Yes, sir.

13   A.        And to the extent that there is evidence in this

14   case that the gasoline that Mr. Burst was exposed to

15   contains benzene, the relevant issue in this case, in my

16   view, is did that exposure to benzene cause his AML.

17   Q.        Now again, all gasoline contains benzene at some

18   level, whether it's half a percent or two percent, or in

19   the European gasolines at some point in time it was

20   probably over five percent.  True?

21   A.        Correct.  It depends how it's used; what you do

22   with it; how long you're exposed to it; how much benzene

23   exposure has there been.

24   Q.        In short, you have not looked at the

25   International Agency for Research on Cancer's monograph on

```
 1    gasoline.  True?

 2    A.        Correct.

 3    Q.        So, you can't tell me whether or not it is true

 4    that IARC has concluded that gasoline, with regard to

 5    carcinogenicity, belongs in Group 2B.  Do you know that?

 6    A.        I don't know one way or the other.  I don't know

 7    whether, for example, IARC, in their monograph on gasoline,

 8    in concluding that, was looking at pure gasoline, or

 9    whether they were considering gasoline contaminated with

10    benzene or containing benzene.

11    Q.        Yes, sir.  You wouldn't know because you haven't

12    read it.  True?

13    A.        I haven't it because I didn't think it

14    particularly pertinent to the central question in this

15    case.

16    Q.        Okay.  Let me show you the Keenan articles.

17    A.        I would just add, I would say that -- I will

18    testify that pure gasoline with no benzene in it doesn't

19    cause AML.

20    Q.        Well, let me read from you about what IARC in

21    1989, in Monograph 45 which dealt with gasoline, said about

22    what gasoline contains.

23              "It is a complex mixture of volatile hydrocarbons

24    predominantly in the C4 to C12 range."

25              Now, you would agree with that statement.
```

 1    A.        Correct.

 2    Q.        And C6 is benzene.  True?

 3    A.        Correct.

 4    Q.        So, apparently they anticipated or concluded that

 5    gasoline, at least what they were looking at, contained

 6    benzene.

 7    A.        I don't know what they discussed.  I'd have to

 8    take a look at the monograph.

 9    Q.        Would you agree that most automotive gasoline is

10    produced by blending naphtha processed streams such as

11    light, straight-run, reformed, alkylate, isomerization, and

12    thermally and catalytically cracked naphthas?

13    A.        Now you've challenged the limits of my

14    petrochemical engineering knowledge, but I'll accept what

15    you read.

16    Q.        Would you agree with what IARC said in 1980 in

17    Monograph 45 on gasoline that automotive gasoline may

18    contain zero to seven percent and typically contains two to

19    three percent benzene?

20    A.        Sounds right to me.

21    Q.        And if --

22    A.        But again, I don't know.  You'd have to show me

23    the whole document.  I don't know, when they classified it

24    as a 2A, were they classifying it taking into account the

25    benzene, or were they just talking about the non-benzene

```
 1   fraction.  I have no idea without reading it.
 2   Q.        Actually, it was 2B, not 2A.
 3   A.        Excuse me.  2B.
 4   Q.        That's all right.
 5             And do you recall what the IARC classifications
 6   are; 1, 2A, 2B, so on?
 7   A.        Yes.
 8   Q.        What is 1?
 9   A.        1 is the highest level.  IARC has concluded that
10   there is substantial or a significant amount of data that
11   that chemical causes cancer in humans.
12   Q.        A known human carcinogen --
13   A.        Correct.
14   Q.        -- in their terms.
15             And what is 2A?
16   A.        2A is -- oh, I think there is -- you know, I have
17   the definition.  I haven't committed them from memory.
18   Q.        Fair enough.
19   A.        But I have them on my laptop if you want me to
20   dig them out.
21   Q.        That's all right.  I don't want you to --
22   A.        It's a very precise definition.
23   Q.        It is indeed.
24   A.        And I don't want to misquote.
25   Q.        It is indeed.
```

1          If I didn't ask, I want to be sure I've ask this

2   question.

3          When did IARC first conclude that gasoline

4   containing benzene can cause leukemia?

5   A.       I don't know one way or the other.

6   Q.       And you don't --

7   A.       I haven't looked at the IARC monograph on

8   benzene.  I'm sorry.  On gasoline.

9   Q.       Sure.

10          Are you familiar with the Agency for Toxic

11  Substances and Disease Registry?

12  A.       Yes.

13  Q.       Have your worked with that group?

14  A.       I've done field studies with that group related

15  to cancer clusters and the like.

16  Q.       I talked to you about the IARC 1989 monograph on

17  gasoline.  Are you familiar with the ATSDR toxicological

18  profile on gasoline in June of 1995?

19  A.       I am not.  Again, I haven't looked at the ATSDR

20  monograph on gasoline or the general gasoline agency

21  monographs.

22  Q.       And to put it in perspective, the ATSDR is part

23  of the United States Department of Public Health.  True?

24  A.       Correct.

25  Q.       And what they do with these ATSDR toxicological

1    profiles is evaluate all of the evidence, the epidemiology,

2    the case reports, the animal data, the mechanistic data,

3    all of that at a point in time about a substance and reach

4    some conclusion about whether or not it is -- it has

5    certain health effects, including cancer.

6    A.       As a general matter, that's correct.

7    Q.       So, again, the same questions.  You don't know

8    whether ATSD -- when, if ever, ATSDR has concluded that

9    gasoline which contains benzene is a human carcinogen.

10   A.       You know, again, you're asking me a question

11   about a document that I'm familiar with but I have not

12   specifically reviewed for this case.  I don't know one way

13   or the other if and how the ATSDR has commented on the

14   issue of benzene and gasoline; whether they, for instance,

15   might acknowledge or state in that article that benzene

16   causes AML; and that if a worker is exposed to gasoline

17   containing benzene, they're at a risk of developing AML.

18   Q.       Let me -- are you familiar with what are called

19   ToxFAQs that come out related to ATSDR's?  It's

20   T-O-X-F-A-Q, ToxFAQs?

21   A.       I think it's sort of a summary of the ATSDR.

22   Q.       And in fact, were you aware that in 1996, the

23   ATSDR published a ToxFAQ on gasoline?

24   A.       I don't know.

25   Q.       And I assume, then, that you're not aware that

```
 1    A.         No.

 2    Q.         Are you an oncologist?

 3    A.         No.

 4    Q.         Are you a toxicologist?

 5    A.         I'm not Board certified in toxicology.  But based

 6    on my experience, training, and research, I believe I'm

 7    qualified to testify in areas of toxicology.

 8    Q.         You're familiar with the American Board of

 9    Toxicology.

10    A.         Yes.

11    Q.         Have you ever taken the American Board of

12    Toxicology's exam?

13    A.         No.

14    Q.         Have you ever taken any qualifying exam in the

15    field of toxicology?

16    A.         No.

17    Q.         From your medical experience, do you know what

18    Schnitzler, S-c-h-n-i-t-z-l-e-r, syndrome is?

19    A.         No, I am not.  I saw that in one of the defense

20    expert reports that were forwarded to me last night.  I

21    didn't have a chance to look that up.

22    Q.         That was in Dr. Nadelson's report; his

23    supplemental affidavit.  Did you have an opportunity to

24    review his earlier affidavit?  I think it was back in May

25    of 2014.
```

1   A.          I have two affidavits from Dr. Nadelson I just

2   got last night.  Was the first one from May?

3   **Q.          Yes.  Give or take.**

4   A.          If it was -- I have two.  So, then I probably

5   reviewed the May affidavit.

6   **Q.          Do you believe you reviewed it prior to**

7   **yesterday?**

8   A.          I did not.  I received all the defense reports

9   yesterday.  Pretty late last night, actually.

10  **Q.          Do you know that Schnitzler syndrome is an**

11  **autoimmune disorder?**

12  A.          I'll take your word for it.  I didn't have a

13  chance to look it up.

14  **Q.          Do you have any information that Schnitzler**

15  **syndrome is or can be caused by exposure to gasoline or**

16  **even benzene?**

17  A.          I don't know.

18  **Q.          Do you know what Waldenstrom's macroglobulinemia**

19  **is?**

20  A.          I do.  It's a disorder of the immune system.

21  Causes an abnormal protein production.  I believe it's a

22  disorder of the plasma cell.

23  **Q.          Do you have any information that Waldenstrom's**

24  **macroglobulinemia is caused by exposure to gasoline or even**

25  **pure benzene?**

1  A.          I specifically looked that question up when I saw

2  that Mr. Burst had Waldenstrom's macroglobulinemia as a

3  diagnosis.  I did not find any evidence connecting

4  Waldenstrom's macroglobulinemia to gasoline or benzene.

5          I also did not find any connection between

6  Waldenstrom's and AML per se.

7          So, it looked to me like this diagnosis of

8  Waldenstrom's was some indication of a blood system

9  disorder that may have been sort of an earlier -- an early

10  indication of his AML, or the two are just simply

11  unconnected.  I'm not sure which.

12  **Q.          Waldenstrom's -- I'm going to save you this time**

13  **and just say "Waldenstrom's" -- is a form of non-Hodgkin's**

14  **lymphoma.  True?**

15  A.          Correct.

16  **Q.          And it is an autoimmune or immune-related**

17  **disorder.  True?**

18  A.          Correct.

19  **Q.          And both Mr. Burst's Schnitzler syndrome and**

20  **Waldenstrom's preceded his diagnosis of AML.**

21  A.          Correct.

22  **Q.          Are you familiar with a disorder known as**

23  **monoclonal gammopathy of undetermined significance or --**

24  **we're going to make your life easy after this, Ms. Court**

25  **Reporter -- MGUS, M-G-U-S?**

1   A.        Yes.

2   Q.        And what is that?

3   A.        It's another immunological disorder.  The body

4   produces an abnormal protein from a plasma cell.  It's

5   considered a predecessor of multiple myeloma.  I think

6   about 5 percent of the MGUS cases proceed each year to

7   multiple myeloma.

8         Many individuals can live their whole life with

9   this abnormal protein spike, and they have no symptoms.

10  But a certain proportion go on to multiple myeloma, which

11  is a malignant condition.

12  Q.        And in fact, it's not only a known risk factor

13  for multiple myeloma but also a known risk factor for

14  Waldenstrom's and for myelodysplastic syndrome and for

15  acute myeloid leukemia.  Were you aware of that?

16  A.        That I don't know.  You know, I examined this

17  question because of this prior diagnosis of Waldenstrom's

18  and this abnormal protein spike.  I'm not sure where the

19  diagnosis of MGUS was made in his medical records.  I did

20  not really see that.

21        If it was -- if the diagnosis of MGUS was made --

22  I am not certain that MGUS is a risk factor for AML.

23  Q.        Are you saying it's not?

24  A.        I'm not sure --

25  Q.        Sure.

```
 1   A.          -- that MGUS is considered a risk factor for AML.
 2   Q.          What did I do with it.
 3               Did you review the medical records in this case?
 4   A.          I did.
 5   Q.          Did you review the medical records of Dr. Raymond
 6   Alexanian at the M.D. Anderson Cancer Center in Houston?
 7   A.          Let me see.  I certainly reviewed all the M.D.
 8   Anderson records.  Let me see if it has the --
 9               Yeah.  I saw that when he came in to M.D.
10   Anderson, that there was a history of a monoclonal IgM
11   kappa peak.  That doesn't mean he has MGUS.  He had a type
12   of vasculitis, probably from an immune system disorder, and
13   he was diagnosed with Waldenstrom's or a type of
14   lymphoplasmacytic lymphoma, and I think that was in 2011,
15   2012.
16               And then by 2013, when he got to M.D. Anderson,
17   he had -- pretty clearly had AML.
18   Q.          In fact, in 2011, he had a skin rash that was
19   thought to be related to some of these autoimmune disorders
20   or disorder.
21   A.          Correct.
22               Did you find the medical records back in 2011-12,
23   because I have the M.D. Anderson report of all that, but
24   those medical records don't seem to be available either to
25   myself or the defense experts.
```

1   **Q.        The M.D. Anderson records?**

2   A.        No.  We have the M.D. Anderson records.

3   **Q.        The East Jefferson records?**

4   A.        We have the East Jefferson records.

5            But that diagnosis in 2011 with the vasculitis,

6   the skin rash, what was going on, I don't think anybody

7   has, to be honest with you.

8   **Q.        If I have it, I didn't bring it with me today.**

9   A.        I didn't see it.  I was looking at Dr. Nadelson's

10  report.  I don't believe he had it either.

11  **Q.        I think he referred to reports from M.D. Anderson**

12  **that recited other medical records.**

13  A.        I have the same.  And I was looking to see what

14  Dr. Nadelson made of that; Waldenstrom's; the vasculitis;

15  the monoclonal peak.

16           Dr. Nadelson, in my reading of his affidavits and

17  report, doesn't appear to me to connect that Waldenstrom's

18  to either gasoline, benzene, or his subsequent diagnosis of

19  AML.

20  **Q.        Yeah.  I think you're absolutely correct about**

21  **gasoline or benzene.  But again, that's a discussion that**

22  **perhaps we'll have with Dr. Nadelson.**

23           **Are you familiar with any scientific literature**

24  **that demonstrates that exposure to gasoline or even pure**

25  **benzene is a cause of or related in any way to -- you call**

1    it "MGUS"; M-G-U-S?

2    A.        Yes.  There's a lot of literature, and I've

3    reviewed this in another case on multiple myeloma and

4    benzene.  Excuse me.  And benzene.

5             I don't know about the gasoline and multiple

6    myeloma literature.  But certainly benzene, as I've

7    testified in some other cases, I believe is a cause of

8    multiple myeloma.

9             MGUS is considered to be a precursor to multiple

10   myeloma.  So, I would consider MGUS to be benzene-related

11   also.

12   Q.        So, let's ask the question this way.

13             Are you familiar with any scientific literature

14   in which exposure to gasoline which contains benzene has

15   been demonstrated to cause MGUS?

16   A.        I'd have to look and see whether the literature

17   on MGUS/multiple myeloma, if you'd permit me, since they're

18   really a spectrum of the same disorder, has been studied in

19   relation to gasoline containing benzene.

20   Q.        As we sit here today, you cannot cite literature

21   which reflects that exposure to gasoline which contains

22   benzene is a cause of or associated with MGUS or multiple

23   myeloma.

24   A.        Correct.  I just didn't look.  I just don't have

25   the literature.  I have a lot of literature on benzene,

```
 1    MGUS, and multiple myeloma.
 2    Q.        I'm not sure I asked this.  Would you agree that
 3    MGUS is a disorder that is -- that increases in frequency
 4    with age?
 5    A.        Correct.
 6    Q.        And in the age group at which Mr. Burst developed
 7    that disorder, one would expect -- that is an age group
 8    with a much increased frequency of MGUS.
 9    A.        I'm just reminding myself of his age.  He was 59,
10    plus -- he was about 70 when he was diagnosed.
11    Q.        Yes, sir.
12    A.        So, I would agree that the frequency of MGUS and
13    hematological malignancies increases in the 60's.
14    Q.        What is pernicious anemia?
15    A.        It's an autoimmune disorder of the red blood
16    cells.
17    Q.        And would you agree that pernicious anemia is a
18    hereditary defect in vitamin B12 absorption?
19    A.        Is that pernicious anemia?  I take your word for
20    it.
21    Q.        I'm not a doctor.  I'm just repeating what
22    someone else told me.
23    A.        Okay.  I think I might have been confusing it
24    with something else.
25    Q.        I don't think it is an immune disorder, but I
```

1   think it is a B12 -- vitamin B12 absorption problem.

2   A.        Okay.  I would agree with you.

3   Q.        Would you also agree that pernicious anemia, like

4   MGUS, is a disorder that is much more frequent at higher

5   age, for instance at age 70, the age at which Mr. Burst

6   developed it?

7   A.        I don't know.

8   Q.        Manifested it?

9   A.        That I don't know.

10   Q.        Are you aware that pernicious anemia is a known

11   risk factor not only for gastric cancers, but also for

12   acute myeloid leukemia?

13   A.        I don't know.  I'm aware of the gastric cancer

14   risk.  I'm not aware of the AML risk.  I have not come

15   across that before.

16   Q.        One of the things in your report that you say is

17   that you have applied the Sir Austin Bradford Hill -- you

18   called them viewpoints, but -- factors or criteria some

19   people call them; we can call them whatever you like -- in

20   your analysis in this case.

21           One of -- would you agree that one of the factors

22   or viewpoints in the Bradford Hill criteria relates to

23   exclusion of alternative cause?

24   A.        Correct.

25   Q.        What have you done -- we've gone through several

```
1                           DECLARATION

2            I declare under penalty of perjury that the

3       foregoing is true and correct.

4

5                 DATED: _____

6

7                 BY: _____

8                     SIGNATURE OF WITNESS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      / / /
```

1                    CERTIFICATE OF REPORTER

2          I, DEBORAH WONG BROOKS, a Certified Shorthand

3    Reporter in the State of California, hereby certify that

4    the witness in the foregoing deposition was by me duly

5    sworn/affirmed to testify to the truth in the

6    within-entitled cause;

7          That said deposition was taken down in shorthand

8    by me, a disinterested person, at the time and place

9    therein stated, and that the testimony of said witness was

10   thereafter reduced to typewriting, by computer, under my

11   direction and supervision;

12         I further certify that I am not of counsel or

13   attorney for either or any of the parties in the foregoing

14   deposition and caption named, or in any way interested in

15   the outcome of the cause named in said caption, and that I

16   am not related to any of the parties thereto.

17

18        DATED: _____

19               _____

                         DEBORAH WONG BROOKS

20                       CSR No. 5223

21

22

23

24

25