1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
- - - - - - - - - - - - - - -x
                                  :
YOLANDE BURST,                    : CIVIL ACTION NO. 2:14CV109
individually                      :
and as the legal                  : Section R(2)
representative of                 :
BERNARD ERNEST BURST, JR.,        :
                                  :
         Plaintiff,               :
                                  :
   v.                             : JUDGE:    VANCE
                                  :
SHELL OIL COMPANY:                :
CHEVRON USA, INC., ET AL.,        : MAGISTRATE: WILKINSON
                                  :
         Defendants.              :
                                  :
- - - - - - - - - - - - - - -x

                              Falls Church, Virginia
                              Friday, November 14, 2014

Videotaped deposition of PETER F. INFANTE, Ph.D., Witness, called for examination by counsel for the Defendant, at the Offices of Reed Smith, 3110 Fairview Park Drive, Suite 1400, Falls Church, Virginia, before Diana L. Cox, CCR, a stenographic reporter and notary public in and for the Commonwealth of Virginia, commencing at 9:16 a.m., when were present on behalf of the respective parties:

**EXHIBIT B**

```
 1    study showed.  And that was in 1988.  And they conclude
 2    there was some evidence or limited evidence.
 3         Q    Well, how did they classify gasoline?
 4         A    2 -- Category 2B.
 5         Q    And what does that mean?  You know, how do
 6    they --
 7         A    That means --
 8         Q    -- define 2B?
 9         A    That means it's possibly carcinogenic to
10    humans.  And that was 1988.  And that's the last time
11    they reviewed it.
12         Q    And of course -- in other words, in 1988,
13    having reviewed the available literature at that time,
14    the International Agency for Research on Cancer
15    determined that there was not sufficient scientific
16    evidence to conclude that gasoline causes leukemia, true?
17         A    Yes.
18         Q    And that was 17 years after the last claimed
19    exposure to gasoline containing benzene that is involved
20    in this case, true?
21         A    Seventeen years after what?
22         Q    The last claimed exposure to Mr. Burst of
23    gasoline -- to gasoline containing benzene.
24         A    Yes, that's right.
25         Q    Are you familiar with the Agency for Toxic
```

1  Substance Disease Registry, so-called ATSDR?
2       A    Yeah. I've reviewed a number of their
3  documents, in fact, for the agency.
4       Q    And has ATSDR published a toxicological profile
5  on -- or profiles on gasoline?
6       A    Yes.
7       Q    And does ATSDR from time to time publish these
8  days on the internet.  But publish so-called Tox FAQs,
9  T-O-X, F-A-Q, regarding the various substances that they
10 evaluate?
11      A    I don't know about the Tox FAQs, but if -- I
12 don't know about the Tox FAQs.
13      Q    When did ATSDR first conclude that gasoline
14 contained benzene, can cause leukemia?
15      A    That gasoline contained in benzene [sic] can
16 cause leukemia?  In the last review that they did, I --
17 see what year is it -- they -- in their gasoline review,
18 they -- they indicate that for further review, then they
19 refer you to their review of the toxicity of benzene.
20 And then if you go to that review on benzene, it says
21 that it causes leukemia.
22      Q    In fact, the ATSDR in June of 1995 specifically
23 stated that there was not sufficient scientific evidence
24 to conclude that gasoline causes leukemia, true?
25      A    That's only part of it.  But then they refer

```
 1    you to their benzene review for further information on
 2    the toxicity --
 3              MR. PERRY:  Objection, nonresponsive.
 4              THE WITNESS:  -- of the benzene in the
 5    gasoline.
 6    BY MR. SCOTT:
 7         Q    Object, nonresponsive.
 8              Was my statement true?  And if I need to repeat
 9    it, I will.
10         A    Then you need to repeat it.
11         Q    In June of 1995, which is the last time that
12    ATSDR published a toxicological profile on gasoline, is
13    it true that they concluded there was not sufficient
14    scientific evidence to find that gasoline causes
15    leukemia?
16         A    Well, that's part -- that's partly true.
17         Q    Can you say yes or no?  And again, if you want
18    to explain again what you've already told me, that's
19    fine, but I do need an affirmative or negative response
20    to the question as I've asked it.
21         A    Well --
22              MR. WILLIAMS:  Bob, I think he's answered your
23    question.
24              THE WITNESS:  I think as I --
25              MR. WILLIAMS:  I think he answered your
```

```
 1                COMMONWEALTH OF VIRGINIA
 2            I, Diana L. Cox, a stenographic reporter and
 3    Notary Public in and for the Commonwealth of Virginia, do
 4    hereby certify that the witness was duly sworn by me;
 5    proceedings were taken by me in shorthand and thereafter
 6    reduced to typewriting under my supervision; that said
 7    proceedings is a true and accurate transcript of same to
 8    the best of my ability.
 9            I further certify that I am neither counsel for,
10    related to, nor employed by any of the parties to the
11    action in which the proceedings were taken; and, further
12    that I am not a relative or employee of any attorney or
13    counsel employed by the parties thereto, nor financially
14    or otherwise interested in the outcome of the action.
15
16
17                           Diana L. Cox, Stenographer
18                           Notary Public in and for the
19                           Commonwealth of Virginia
20
21       My commission expires:  September 30, 2016
22       Notary Registration Number: 229703
23
24
25
```

1    CERTIFICATE OF READING AND SIGNING
2       I, _____, the deponent herein, do
3    hereby certify that I have read the foregoing deposition
4    and certify that it is a true and accurate transcription
5    of my testimony given in the above-captioned matter,
6    except for any corrections as noted on the enclosed errata
7    sheet.

10                                        _____

1               E-R-R-A-T-A

2

3         RE:  _____

4              _____

5                 Enclosed is the transcript of your

6         deposition testimony.  Please review the

7    transcript, complete and distribute the signed errata

8    sheet and acknowledgment page to all parties, including

9    this office, within 30 days.  Any changes and/or

10   corrections should be listed below and not made upon

11   the transcript itself:

12            PAGE   LINE   CHANGE OR CORRECTION           REASON

13

14

15

16

17

18

19

20

21

22         DATE  _____     SIGNATURE _____

23

24

25