```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2   ************************************************************
     YOLANDE BURST
 3
                              Docket No. 14-CV-109
 4                            Section "R"
     v.                       New Orleans, Louisiana
 5                            Tuesday, February 10, 2015

 6   SHELL OIL COMPANY, ET AL
     ************************************************************
 7

 8              TRANSCRIPT OF DAUBERT HEARING
           HEARD BEFORE THE HONORABLE SARAH S. VANCE
 9              UNITED STATES DISTRICT JUDGE
                      VOLUME I
10

11
     APPEARANCES:
12
     FOR THE PLAINTIFF:          WILLIAMS LAW OFFICE
13                               BY:  L. ERIC WILLIAMS, ESQ.
                                 433 Metairie Road, Suite 401
14                               Metairie, LA 70005

15                               SHRADER & ASSOCIATES
                                 BY:  KEITH E. PATTON, ESQ.
16                               3900 Essex Lane, Suite 390
                                 Houston, TX 77027
17
                                 RICHARD J. FERNANDEZ, ESQ.
18                               3000 W. Esplanade Ave., Suite 200
                                 Metairie, LA 70002
19

20   FOR SHELL OIL COMPANY:      JOHNSON, GRAY, McNAMARA
                                 BY:  S. SUZANNE MAHONEY, ESQ.
21                               650 Poydras St., Suite 1201
                                 New Orleans, LA 70130
22

23   FOR CHEVRON USA, INC.:      FORMAN, PERRY, WATKINS,
                                 KRUTZ & TARDY
24                               BY:  TIM GRAY, ESQ.
                                 701 Poydras St., Suite 4350
25                               New Orleans, LA 70139
```

```
 1
 2                                    BLANK ROME
                                      BY:  ROBERT P. SCOTT, JR., ESQ.
 3                                         MARQUEL S. JORDAN, ESQ.
                                      700 Louisiana St. Suite 4000
 4                                    Houston, TX 77002

 5

 6   Official Court Reporter:        Karen A. Ibos, CCR, RPR, CRR, RMR
                                      500 Poydras Street, B-275
 7                                    New Orleans, Louisiana 70130
                                      (504) 589-7776
 8

 9

10     Proceedings recorded by mechanical stenography, transcript
     produced by computer.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X


WITNESSES FOR THE PLAINTIFF:                      PAGE/LINE:


PETER INFANTE


  Direct Examination by Mr. Patton              5/20
  Cross-Examination by Mr. Scott               81/16
  Redirect Examination by Mr. Patton          247/2

```
 1                   P R O C E E D I N G S

 2              (TUESDAY, FEBRUARY 10, 2015)

 3                   (MORNING SESSION)

 4

 5          (OPEN COURT.)

 6          THE COURT:  Good morning, everyone.

 7          THE DEPUTY CLERK:  Civil Action 14-109, Burst v. Shell Oil

 8  Company, et al.  Counsel, please make your appearances for the

 9  record.

10          MR. PATTON:  Keith Patton for the plaintiff.

11          MR. WILLIAMS:  Eric Williams for the plaintiff.

12          MR. FERNANDEZ:  Rick Fernandez for the plaintiff.

13          MR. GRAY:  Tim Gray for Chevron.

14          MR. SCOTT:  Bob Scott for Chevron.

15          MS. MAHONEY:  Suzanne Mahoney for Shell Oil Company.

16          THE COURT:  All right.  Proceed.

17          MR. PATTON:  Thank you, your Honor.  We call our witness,

18  Dr. Infante.

19          THE DEPUTY CLERK:  Please raise your right hand, sir.

20      (WHEREUPON, PETER INFANTE, WAS SWORN IN AND TESTIFIED AS

21      FOLLOWS:)

22          THE DEPUTY CLERK:  Please have a seat, sir.

23          MR. PATTON:  Thank you, your Honor.  As an introductory

24  and organizational matter, I provided the Court with a copy of the

25  exhibits we intend to present and review with Dr. Infante, as well
```

08:40:56  4
08:40:56  5
09:02:47  6
09:02:48  7
09:02:52  8
09:02:54  9
09:02:55  10
09:02:55  11
09:02:55  12
09:03:00  13
09:03:02  14
09:03:04  15
09:03:09  16
09:03:09  17
09:03:11  18
09:03:37  19
09:03:39  20
09:03:41  21
09:03:41  22
09:03:47  23
09:03:50  24
09:03:54  25

09:03:58  1   as a chart and an index of those exhibits as well.  If I may

09:04:02  2   approach Dr. Infante.

09:04:03  3            THE COURT:  Sure.

09:04:04  4            MR. PATTON:  I will give him a copy of our notebook as

09:04:06  5   well, inclusive of Exhibit 1, his report and CV, all the way through

09:04:12  6   Exhibit 41, which encompasses the studies that Dr. Infante will be

09:04:16  7   relying upon in this matter.  I've also provided a copy of the

09:04:20  8   notebook and all marked exhibits properly tabbed to the defense.

09:04:24  9            I am prepared to proceed as follows:  Give a quick

09:04:27  10  introduction of Dr. Infante and who he is, show the foundation or

09:04:31  11  background of his opinions in general, and then get to the studies.

09:04:36  12           THE COURT:  Okay.  I think that as far as -- I think we

09:04:40  13  can stipulate the background maybe.  I mean, I've read that and I

09:04:45  14  think it's going to be in the record with the report.  If you want

09:04:49  15  to, go ahead.

09:04:50  16           MR. PATTON:  I'll do it very briefly.

09:04:52  17           THE COURT:  Just go through it quickly.

09:04:52  18           MR. PATTON:  Thank you, your Honor.

09:04:53  19                      DIRECT EXAMINATION

09:04:53  20  BY MR. PATTON:

09:04:54  21  Q.  Good morning, Dr. Infante.

09:04:55  22  A.  Good morning.

09:04:56  23  Q.  Please introduce yourself to the Court.

09:04:58  24  A.  Dr. Peter Infante.

09:05:00  25  Q.  Please tell us briefly about your experience -- professional

09:05:03 1    experience over the past 40 years, your work with OSHA, and your

09:05:07 2    work with benzene, briefly.

09:05:09 3    A.  Well, I began with -- well, I began with NIOSH in 1975 and

09:05:17 4    worked there for three years till '78 as an epidemiologist and then

09:05:21 5    also as acting chief of the biometry section, which is the section

09:05:24 6    that does the statistical analyses of epidemiological studies.  And

09:05:30 7    from there, in '78, I was offered a job to work at OSHA in the

09:05:37 8    federal office in Washington, D.C.  I was director of the office of

09:05:42 9    carcinogen identification and classification for five years, and

09:05:46 10   then for the last, from '83 to 2002, last 19 years I was director of

09:05:53 11   the Office of Standards Review.

09:05:56 12   Q.  In summary, you had 24 years with OSHA, correct?

09:06:00 13   A.  Yes.

09:06:01 14   Q.  You were also involved in promulgating the benzene standard,

09:06:03 15   correct?

09:06:04 16   A.  Yes, I was.

09:06:04 17   Q.  And you presented in 11 different countries, published over 100

09:06:08 18   articles and peer-reviewed literature, correct?

09:06:11 19   A.  Yes.

09:06:11 20   Q.  Tell us about -- I prepared a slide.  Does this accurately

09:06:16 21   reflect some of the recent consultant or advisory work that you've

09:06:19 22   done for governmental or other regulatory agencies or groups?

09:06:23 23   A.  Yes, it does.

09:06:24 24   Q.  Can you please highlight some of the points as they pertain to

09:06:29 25   this case for benzene and gasoline involving your work with the --

09:06:33 1   with IARC, the WHO, and the National Toxicology Program as well.

09:06:40 2   A.  Well, this has to do with my expertise in epidemiology, and in

09:06:46 3   2008, the National Toxicology Program selected me to be an expert on

09:06:51 4   their report on carcinogens related to the carcinogenicity of

09:06:56 5   styrene to workers, so I served on that committee and did the

09:07:03 6   analysis, participated in the development of that document.

09:07:07 7        In 2009, IARC, the International Agency for Research on

09:07:12 8   Cancer, invited me to participate as a working group member to

09:07:17 9   evaluate data on fibers and dust in metals in relation to their

09:07:23 10  cariogenicity to humans, and then they published Monography 100C as

09:07:30 11  a result of that evaluation.

09:07:32 12       Then just most recently last year, the Environmental

09:07:38 13  Protection Agency asked me to be on their advisory board for a

09:07:43 14  document they're producing on the risk of exposure to ethylene oxide

09:07:48 15  to workers, and I am currently participating on that advisory board.

09:07:53 16  It's the most recent.

09:07:54 17  Q.  As far as other works that -- other work that you've done in

09:07:58 18  this arena, you have with you and we've marked as Exhibit 1, is that

09:08:02 19  a true and correct copy of your report and your CV in the notebook,

09:08:06 20  sir?

09:08:07 21  A.  Yes, it is.

09:08:10 22  Q.  Very briefly, you published on numerous chemicals and

09:08:17 23  substances, including benzene and gasoline, true?

09:08:20 24  A.  Correct.

09:08:21 25  Q.  Let's talk about this case a little bit.  Tell us about your

09:08:26  1  methodology that you applied in your overall evaluation and your

09:08:28  2  ultimate opinions regarding the cariogenicity of benzene and

09:08:33  3  gasoline.

09:08:34  4  A.  Yes.  Well, to begin with, I've been familiar with the benzene

09:08:38  5  literature since 1975, when NIOSH asked me to -- when they assigned

09:08:43  6  me to the benzene task force to evaluate the data available up to

09:08:48  7  1975.  Then, for this case, I updated my review of the

09:08:52  8  epidemiological and toxicological literature, and I was also

09:08:57  9  provided with some industry documents related to exposure, and then

09:09:02  10  also I looked at other documents related to the risk of developing

09:09:06  11  blood diseases from benzene exposure.

09:09:11  12       And in doing this, I followed the methodology that we use

09:09:16  13  at IARC and also at OSHA, which has to do with evaluating

09:09:21  14  epidemiological studies, case reports, toxicological studies, dose

09:09:27  15  response analysis, and then studies related to biological

09:09:31  16  plausibility.  And also related to, of course, levels of exposure to

09:09:37  17  benzene from mixtures.

09:09:40  18       I mean, most exposure to benzene does not occur from

09:09:43  19  exposure to 100 percent or technical grade benzene, it occurs as a

09:09:48  20  result of being in mixtures containing benzene.

09:09:53  21       MR. PATTON:  Your Honor, if the Court would prefer, we can

09:09:56  22  skip over the introductory lesson, if you will, about epidemiology

09:10:00  23  and SMR's, SIR's, relative risks, or we could go through what those

09:10:06  24  are generally, but --

09:10:06  25       THE COURT:  Why don't you go through that.

09:10:06  1   BY MR. PATTON:

09:10:08  2   Q.   Okay.   Dr. Infante, please tell us what an SMR or standard

09:10:11  3   mortality ratio is in terms of measures of association and

09:10:14  4   epidemiology.

09:10:15  5   A.   Yes.   Well, these are the standard measures of association when

09:10:19  6   you do a study.   You saying, well, is there an association between

09:10:23  7   the exposure and the disease or the disease and the exposure?   So an

09:10:28  8   SMR is a standardized mortality ratio.   That's what's used in most

09:10:33  9   epidemiological cohort studies, which is when you follow a group of

09:10:38 10   workers that you identify a certain, say, a certain company or

09:10:45 11   manufacturing establishment.   You follow them prospectively to see

09:10:51 12   what they die from, and you compare the specific causes of death to

09:10:56 13   the comparison group, which, if it's an SMR, the general population

09:11:01 14   is the comparison group.

09:11:04 15          If it's another industry exposure group or other blue

09:11:10 16   collar workers, if you're studying blue collar workers, then you

09:11:14 17   generate what's called a relative risk or RR.   These are mortality

09:11:20 18   studies.

09:11:20 19          If on the other hand you're looking at incidence, these

09:11:24 20   are individuals who are still alive, then what you do is you

09:11:29 21   generate a standardize incidence ratio, so you're looking at

09:11:32 22   incidence of various diseases in the group that you're studying in

09:11:36 23   relation to the incidence of diseases in a comparison group; and

09:11:40 24   that ratio, then, is called a standardized incidence ratio, or SIR.

09:11:46 25          And then, finally, going backwards, when you do a

09:11:50 1   case-control study, you identify the cases who have the disease that

09:11:57 2   you're interested in and you evaluate their exposure to the

09:12:02 3   exposures you're interested in; and then for those cases you select

09:12:06 4   controls, you may select one control for each case.  You may select

09:12:10 5   four or five or ten controls for each case.  And then for the

09:12:13 6   controls, you're looking -- you're evaluating their exposure to what

09:12:18 7   you're interested in.

09:12:19 8          The difference between the exposure between the two groups

09:12:23 9   is called the odds ratio, the odds of exposure.  And that's

09:12:28 10  characterized as an OR.  So really in epidemiological studies for

09:12:35 11  simplicity you could say an SMR, SIR, relative risk or odds ratio

09:12:41 12  are all measures of association.  And in my report, I tried to make

09:12:45 13  them all in the same unit, so like an SMR of 2.0 would be equal to

09:12:51 14  an odds ratio of 2.0 or an SIR of 2.0, so you could see, in other

09:12:58 15  words, if the SIR was 2.0, you would say there's a twofold relative

09:13:04 16  risk, you have twice as much disease in the exposure group that

09:13:07 17  you're studying in relation to the comparison group.

09:13:11 18  Q.  And once we get into the hard numbers of some of these studies,

09:13:14 19  you're prepared, aren't you, Dr. Infante, to explain statistical

09:13:19 20  significance and how that affects opinions overall, correct?

09:13:22 21  A.  Yes, I am.

09:13:23 22  Q.  In preparing these slides, I think, we left off a mention of

09:13:26 23  the healthy worker effect.  You talked about blue collar workers

09:13:29 24  being observed in some these studies as compared to other parts of

09:13:33 25  the population.  Can you describe for us what the healthy worker

09:13:35 1   effect is?

09:13:35 2   A.  Yes.  This is a phenomenon known in epidemiology, occupational

09:13:42 3   epidemiology, and it relates to individuals that you select to be

09:13:48 4   blue collar workers are, in general, healthier than the general

09:13:53 5   population made up at that time of the sick, the infirmed

09:13:57 6   individuals who have cancer.  Because the blue collar workers have

09:14:03 7   to be healthy enough to pass a physical to work, so it's calling a

09:14:07 8   healthy worker effect and you see that in epidemiological study by

09:14:12 9   you see reduced mortality than, let's say, the blue collar

09:14:16 10  population when you compare it to the general population.

09:14:19 11      Some studies you might only have 80 percent of the

09:14:23 12  mortality for all causes that you should expect and some studies

09:14:27 13  that really, I think, have significant problems, and some we'll

09:14:31 14  point out, you might only have 50 percent of the mortality, which

09:14:35 15  tells you that's not a very good comparison population.

09:14:39 16  Q.  Are considerations of the healthy worker effect accepted

09:14:45 17  methodologies or methodology for epidemiologists?

09:14:48 18  A.  Yes, I would say that it's in most -- I don't know of a

09:14:53 19  textbook of occupational epidemiology that would not discuss the

09:14:57 20  healthy worker effect.  It's possible, but I don't know of one.  And

09:15:00 21  the reason that's important is because when you're reviewing

09:15:04 22  studies, you need to consider the healthy worker effect; because

09:15:10 23  what it does it biases the studies toward an underestimation of the

09:15:14 24  risk, and you need to try to compensate for that by making

09:15:18 25  adjustment for that healthy worker.

09:15:20  1          THE COURT:  Why wouldn't the person who did the study do

09:15:23  2  it?

09:15:23  3          THE WITNESS:  They don't usually do it because they're --

09:15:26  4  sometimes an author might say if you adjust for it, but usually they

09:15:30  5  don't in the study.  But you can --

09:15:32  6          THE COURT:  Why wouldn't they do it if it's something to

09:15:36  7  do?  If it's epidemiological study that you will rely on, why

09:15:39  8  wouldn't the author of the study do the healthy worker effect

09:15:43  9  himself instead of having it done by somebody who is looking at it

09:15:48 10  afterwards?  I mean, if it's the best way to do it.

09:15:52 11          THE WITNESS:  That's an excellent question.  But just by

09:15:55 12  tradition, it's not usually done.  But when there are reviews being

09:16:01 13  done of, say, if you want to look at all petrochemical workers or

09:16:07 14  all workers exposed to, you know, in refineries, when those reviews

09:16:12 15  are done, they systemically take into effect the healthy worker --

09:16:18 16  into account the healthy worker effect.

09:16:21 17          You can identify it in the study itself, your Honor,

09:16:24 18  because you can simply look at, okay.  What's the risk of death from

09:16:28 19  all causes, and then you can relate that to the risk of death from

09:16:33 20  specific causes.

09:16:35 21          So in other words, your point, when you're reviewing the

09:16:40 22  study, you say, well, if the all causes of death, let's say, is .75

09:16:45 23  because these are healthy workers, so then let's say you're

09:16:48 24  evaluating leukemia.  Well, then the leukemia causes of death should

09:16:54 25  only be .75 also.  But, your Honor, quite often in the studies, you

09:16:57   1    know, it's one-and-a-half or two-and-a-half rather than .75.   And

09:17:01   2    when you make that adjustment, then you see that the results, you

09:17:05   3    know, sometimes they're not statistically significant.   They become

09:17:09   4    such.

09:17:09   5    BY MR. PATTON:

09:17:10   6    Q.  And do we have some examples of those in the studies that we

09:17:13   7    can discuss when we get to that?

09:17:14   8    A.  Yes.

09:17:14   9    Q.  As a matter of foundation, Dr. Infante, does Slide A accurately

09:17:21  10    summarize the various preliminary build-up aspects, if you will, of

09:17:25  11    your opinions in this case?

09:17:26  12    A.  Yes.

09:17:26  13    Q.  Did you review Mr. Burst's occupational history?

09:17:28  14    A.  Yes, I did.

09:17:29  15    Q.  And then you also reviewed pages 12 and 13 as well as 33-39

09:17:35  16    literature related to benzene exposure and MDS and AML and related

09:17:39  17    blood diseases generally, correct?

09:17:41  18    A.  Yeah, those are the pages where this discussion occurs in my

09:17:44  19    report.

09:17:45  20    Q.  Historic case reports and series are also well laid out in your

09:17:50  21    report, or thoroughly explained in your report?

09:17:53  22    A.  I didn't go into a lot of detail on the case -- I did for

09:17:57  23    benzene, I didn't for gasoline.

09:18:00  24    Q.  I believe Exhibits 3 and 4 are your publications.   Those also

09:18:07  25    summarize some of the case reports and case series of early reports,

09:18:10  1   correct?

09:18:12  2   A.  Exhibits 4 and 5.

09:18:14  3            THE COURT:  Exhibits 4 and 5 to what?  To the report?

09:18:18  4            MR. PATTON:  Exhibits 4 and 5 in the book, your Honor.

09:18:21  5            THE COURT:  In the book, okay.

09:18:23  6   BY MR. PATTON:

09:18:23  7   Q.  And then, finally, Dr. Infante, you considered epidemiological

09:18:27  8   studies conducted prior to and after the OSHA benzene standard,

09:18:30  9   correct?

09:18:30  10  A.  Yes.

09:18:30  11  Q.  Going further through your report as a build up, as a

09:18:36  12  foundational matter to your ultimate opinions regarding benzene and

09:18:41  13  gasoline, did you also consider intermittent exposure to benzene and

09:18:45  14  toxicity to the blood?

09:18:47  15  A.  Yes.

09:18:47  16  Q.  You considered experimental studies as well as epidemiological

09:18:51  17  studies related to the mode of exposure, true?

09:18:54  18  A.  Yes, I did.

09:18:54  19  Q.  And you also discussed Wong and Raabe meta-analysis, true?

09:18:58  20  A.  Yes, I did.

09:18:59  21  Q.  One of the issues that's arisen in this case involves

09:19:04  22  co-exposure or simultaneous exposure to toluene and enhanced

09:19:08  23  toxicity of benzene, or perhaps, it's argued by the defense, reduced

09:19:14  24  toxicity.  Are you familiar with that issue, Dr. Infante?

09:19:16  25  A.  Yes, I am.

09:19:17  1   Q.  And you've reviewed that in your report as well?

09:19:18  2   A.  Yes.

09:19:19  3   Q.  You've also considered low level benzene exposure as compared

09:19:23  4   to some of the high level benzene exposure that were in a lot of the

09:19:27  5   studies, especially in the '80s, true?

09:19:29  6   A.  I've considered both, high and low-level exposure.

09:19:31  7   Q.  And you also discuss in your report, pages 44-46, modeling

09:19:36  8   leukemia risk from low level and cumulative exposure to benzene,

09:19:40  9   correct?

09:19:40  10  A.  Yes.

09:19:41  11  Q.  You further examined studies relating to benzene in low

09:19:52  12  intensity exposures on page 47 to 49, correct?

09:19:55  13  A.  Yes.

09:19:56  14  Q.  And then you also talk about the threshold; meaning, how much

09:19:59  15  it takes to damage the body and cause adverse effects on the

09:20:04  16  hematopoietic system, you discuss that on page 49 of your report,

09:20:08  17  true?

09:20:08  18  A.  Yes.

09:20:08  19  Q.  And then, finally, you summarize the literature on benzene

09:20:11  20  exposure and leukemia at pages 50 and 51 of your report.  And I

09:20:15  21  believe that's also included in Exhibits is it 4 and 5 as well,

09:20:20  22  true?

09:20:20  23  A.  Yes, I did.

09:20:21  24  Q.  What's that photograph of?

09:20:23  25  A.  That was the signing of the benzene standard in 1987, and that

09:20:29  1   person with all of the hair in the upper right-hand corner, that's
09:20:33  2   me.
09:20:33  3   Q.  Let's talk about the historical perspective of benzene toxicity
09:20:37  4   from gasoline.
09:20:41  5          Have you reviewed documents in the past that talk about
09:20:44  6   the dangers of benzene exposure in gasoline including the 1948
09:20:49  7   document by API?
09:20:50  8   A.  Yes, I have.
09:20:51  9   Q.  Is that included as Exhibit 2?
09:20:52  10  A.  Yes, it is.
09:20:53  11  Q.  And what does the API, ultimately, say about benzene in
09:20:59  12  gasoline at this early stage, 1948?
09:21:01  13  A.  Well, as I have noted there, that by far the greatest amount of
09:21:09  14  benzene -- amounts of benzene are blended into motor gasoline,
09:21:14  15  that's one of the major uses.
09:21:15  16  Q.  In 1967, the API did a review of gasoline, correct?
09:21:22  17  A.  Yes, it did.
09:21:23  18  Q.  And what does the API say about gasoline in 1967?
09:21:27  19  A.  If you look at the bottom part there that has yellow behind it,
09:21:30  20  it says, "Depending on the methods of manufacturer and on the
09:21:33  21  blending components, gasoline may contain benzene."  Well, I am not
09:21:37  22  aware of any that doesn't contain it.  "In cases of repeated
09:21:41  23  exposure to significant amounts of gasoline vapor, the potential
09:21:44  24  hazard of benzene exposure may have to be considered."  So I think
09:21:50  25  that's the important thing there.  They recognized the hazardous as

09:21:54  1   benzene in the gasoline.

09:21:56  2   Q.  "They" being industry and the American Petroleum Institute as

09:21:59  3   early as 1967, correct?

09:22:01  4   A.  Yes.

09:22:05  5        MR. PATTON:  As a housekeeping matter, your Honor, I've

09:22:07  6   identified as Exhibit 2 the 1948 API benzene document and the 1967

09:22:15  7   API document, those are both historical documents, and ask that they

09:22:19  8   be marked for the record, identified for the record, and entered

09:22:24  9   into evidence for the record.  Or how else --

09:22:27  10       THE COURT:  I mean, is that not part of his report?

09:22:29  11       MR. PATTON:  It is part of his report and part of his

09:22:31  12  opinion.

09:22:31  13       THE COURT:  Okay.  If it's already part of the report, I

09:22:34  14  don't see any reason to put it separately in the record.

09:22:36  15       MR. PATTON:  Okay.  Thank you.

09:22:37  16       THE COURT:  He is not contending that has scientific

09:22:40  17  significance, does he?

09:22:40  18  BY MR. PATTON:

09:22:41  19  Q.  Well, what is the significance as far as industry knowledge of

09:22:44  20  benzene in gasoline?  Does that date back to 1967?

09:22:49  21       THE COURT:  But that's not -- we are not doing industry

09:22:52  22  knowledge today.  We're doing general causation, right?

09:22:55  23       MR. PATTON:  Correct, your Honor.

09:22:56  24       THE COURT:  I want to know scientific basis.  I don't

09:22:59  25  care -- the API thing doesn't tell me the basis for any of those

09:23:04 1   statements -- some made statement, so I don't want -- I mean, it

09:23:11 2   doesn't seem to me to be the be-all end-all of where we are here.  I

09:23:16 3   mean, I hear it, but let's move on to something that's more

09:23:19 4   scientific.

09:23:19 5           MR. PATTON:  Understood.

09:23:20 6   BY MR. PATTON:

09:23:20 7   Q.  Dr. Infante, briefly, Slide 13 reviews additional publications

09:23:25 8   and reports that discuss the toxicity -- or do these discuss the

09:23:30 9   toxicity of benzene exposure from gasoline?

09:23:34 10  A.  Well, the 1976 revised recommended standard for benzene, I

09:23:43 11  mean, it talks -- it's an evaluation that evaluates benzene and the

09:23:48 12  risk of leukemia, but it also raises concern in there about the

09:23:54 13  hazards of benzene in the gasoline.

09:23:57 14          THE COURT:  Which one is that?

09:23:59 15          THE WITNESS:  1976, the NIOSH revised recommendation for

09:24:04 16  the standard, and I was on the committee as part of the benzene task

09:24:07 17  force that developed that document.

09:24:08 18  BY MR. PATTON:

09:24:08 19  Q.  And, I guess, my point and my question or my ultimate point is

09:24:12 20  that the significance of the toxicity of benzene in gasoline was

09:24:16 21  recognized by these groups as reported dating back to these earlier

09:24:20 22  '60s and '70s time frames; is that correct?  Is that accurate?

09:24:23 23  A.  Yes, it has benzene in it.  The gasoline I am referring to.

09:24:29 24  Q.  We've included as Exhibit 47 a document from the federal

09:24:34 25  register.  Can you identify what this is?

09:24:37  1   A.  Yes.  This is the EPA proposal to reduce the content of gas --

09:24:44  2   the content of benzene in gasoline because of concern about benzene

09:24:51  3   emissions from automobiles and fuelling and refuelling.

09:24:56  4   Q.  And this is 2006?

09:24:58  5   A.  2006, yes.  This is their proposal.

09:25:02  6   Q.  The proposal?

09:25:03  7   A.  Right.

09:25:03  8   Q.  And what else did the EPA consider in its proposal as reflected

09:25:07  9   on Exhibit 47?

09:25:09 10   A.  Well, one of the concerns about leukemia to the general

09:25:15 11   population was the risk to children.  As they indicate, they may

09:25:21 12   represent a subpopulation at increased risk due to factors like

09:25:26 13   children are out playing, so they have higher ventilation rates, so

09:25:31 14   they can have a higher intake of benzene from gasoline fumes as

09:25:38 15   compared to an adult.

09:25:40 16        And then if you look down at the last sentence, it says,

09:25:46 17   "This could entail a greater risk of leukemia and other toxic

09:25:49 18   effects to children if they are exposed to benzene at similar levels

09:25:53 19   as adults."  So in other words, they're acknowledging here that the

09:25:57 20   benzene in the gasoline is related to leukemia in children may be a

09:26:05 21   special risk, more susceptible risk.

09:26:07 22   Q.  And this is the proposed rule as of 2006, correct?

09:26:10 23   A.  Yes, it is.

09:26:10 24   Q.  And then what ultimately came of that proposed rule?

09:26:13 25   A.  The final rule was issued in 2007.

09:26:18  1          MR. SCOTT:  Your Honor, may I interrupt one moment?  I

09:26:20  2   don't know whether this is an exhibit or these are exhibits.  We

09:26:22  3   provided a set of documents we expected to use to plaintiffs

09:26:26  4   counsel.  They gave us a list -- we have it, okay.  I apologize.

09:26:31  5          THE COURT:  Go ahead.

09:26:33  6   BY MR. PATTON:

09:26:34  7   Q.  Dr. Infante, Exhibit 48, this is the final rule of the mobile

09:26:38  8   sources rule as you described it?

09:26:39  9   A.  Yes.

09:26:40  10  Q.  And going back to -- well, what was discussed in 2006, but in

09:26:45  11  the final rule, tell us about the toxicity of benzene in gasoline as

09:26:50  12  it's evaluated and provided in this rule?

09:26:53  13  A.  Well, as it states, that:  "Benzene is a known human carcinogen

09:26:57  14  and mobile sources are responsible for the majority of benzene

09:27:00  15  emissions.  The other mobile source air toxics are known or

09:27:05  16  suspected to cause cancer or other serious health effects."  It

09:27:08  17  says:  "We are limiting the benzene content of gasoline to an annual

09:27:12  18  refinery average of 0.62 percent by volume beginning in 2011."  And

09:27:19  19  then, they have a maximum average that will only be allowed per

09:27:24  20  refinery of 1.3 percent benzene.

09:27:27  21          So what they've done as part of this rule is they're

09:27:30  22  lowering the benzene content in the gasoline to lower the risk of

09:27:36  23  leukemia, including the risk of childhood leukemia to the general

09:27:40  24  population.

09:27:41  25  Q.  Does the EPA recognize the toxicity of benzene in gasoline as

09:27:46  1    set forth in this final rule in 2007?

09:27:50  2    A.  Of course, that's what they reduced -- this mobile air sources

09:27:55  3    rule, the one thing they did do and it was reduce the benzene

09:28:00  4    content of the gasoline; plus, also, require new containers for

09:28:05  5    gasoline, which isn't on this slide, so they don't leak gasoline

09:28:08  6    fumes.  Like when you go to the gas station, you want to fill up a

09:28:11  7    five-gallon container.  They have new standards for those

09:28:14  8    containers, also, as part of that rule.

09:28:16  9    Q.  And then finally, as we build up to the gasoline studies

09:28:20  10   discussed specifically at pages 66 to 82, what are your opinions,

09:28:27  11   very generally, on what the trend has been over time as far as what

09:28:31  12   is known in the scientific community regarding the hazards and

09:28:35  13   toxicity of benzene in gasoline?

09:28:37  14   A.  Well, as I've summarized on page 50 of my report states, as

09:28:43  15   epidemiological study has more recently evaluated the risk of

09:28:46  16   leukemia, other blood diseases; in other words, low blood counts,

09:28:54  17   cytogenetic damage.  That's damage to the genes of the cells or the

09:28:57  18   DNA, among populations exposed to lower and lower benzene levels and

09:29:03  19   lower and lower cumulative exposures.

09:29:07  20          And what's happened over time is that -- you know,

09:29:10  21   initially people were exposed to high levels, and so you do a study

09:29:14  22   and say, yes.  They had leukemia, they had aplastic anemia, and all

09:29:18  23   of these blood diseases that was the result of high level exposure

09:29:21  24   because that's what they saw.  Now, over time, the studies have

09:29:24  25   progressively evaluated lower and lower and lower exposures, you're

09:29:27 1  seeing these same effects on leukemia and other blood diseases at

09:29:32 2  lower and lower exposures.

09:29:34 3          THE COURT:  So you're saying that there's no safe exposure

09:29:37 4  to any degree of the benzene?  Is that what you're saying?

09:29:41 5          THE WITNESS:  That what's in the literature is now being

09:29:43 6  concluded.  There's no threshold for occupational exposure.

09:29:47 7  BY MR. PATTON:

09:29:48 8  Q.  Occupational --

09:29:49 9  A.  Occupational exposure would be above what you get from

09:29:53 10 background; like just breathing in urban air, for example.

09:29:56 11         THE COURT:  I don't understand what that means.

09:29:58 12         THE WITNESS:  That means --

09:30:01 13         THE COURT:  That you shouldn't be exposed to any benzene

09:30:04 14 in an occupational setting other than what's free floating in the

09:30:10 15 air; is that what you're saying?

09:30:11 16         THE WITNESS:  Well, another way, let me try to express it

09:30:16 17 from myself.  I don't think I did a good job of this, your Honor.

09:30:20 18 That when you're exposed in the occupational setting that you have

09:30:25 19 an elevated risk of diseases related to benzene, that there's no

09:30:29 20 threshold for those because they're over and above what you're

09:30:33 21 normally exposed to just from every day living.

09:30:36 22         THE COURT:  So you're saying you shouldn't have any

09:30:38 23 occupational exposure to benzene in any job above what's in the

09:30:44 24 regular -- in the air that people walking around that we're

09:30:48 25 breathing right now; is that what you're saying?

09:30:50  1           THE WITNESS:  Not exactly saying you shouldn't because --

09:30:53  2           THE COURT:  Isn't that the conclusion you were reaching

09:30:56  3   though?

09:30:57  4           MR. PATTON:  Perhaps I can --

09:30:58  5           THE WITNESS:  It's saying that if you are exposed to that,

09:31:00  6   there is an increased risk.

09:31:04  7           MR. PATTON:  Perhaps to put this into context, your Honor,

09:31:07  8   and with the witness here --

09:31:08  9           THE COURT:  I know, but I guess what I'm concerned is

09:31:11 10   that, that means there's a lawsuit for any exposure above the air

09:31:17 11   that we breathe would be the basis for -- and somebody gets

09:31:21 12   leukemia, that would be the basis for a lawsuit?  Is that what

09:31:23 13   you're saying?

09:31:24 14           MR. PATTON:  I believe the distinction, your Honor, is

09:31:26 15   that we talked about the OSHA benzene standard in 1970 -- 1987.  It

09:31:32 16   sets -- recognizes an exposure limit of one part per million.  And

09:31:36 17   what Dr. Infante is describing here is that since those standards --

09:31:40 18   since that standard has been in effect and considering the studies,

09:31:43 19   many of which we'll review, and like we mentioned earlier, the low

09:31:47 20   exposure studies that are discussed elsewhere in his report, show

09:31:50 21   this trend towards the recognition of the causative effect of

09:31:56 22   benzene at lower and lower levels.

09:31:58 23           Now, as far as lawsuit and causation and other matters, I

09:32:01 24   mean, the focus here is occupational exposure to benzene from

09:32:05 25   gasoline.  There's no bright line rule like a drunk driving case

09:32:10  1    where you have .08 or whatever it may be in a given state, somebody

09:32:15  2    eclipses that, and bingo you have proof and causation.

09:32:19  3              THE COURT:  Is this your testimony or is this his?

09:32:21  4              MR. PATTON:  I am trying to clarify the Court's answer --

09:32:24  5    the Court's question in the context of what's discussed earlier in

09:32:27  6    his report.

09:32:29  7              THE WITNESS:  Can I have a shot?

09:32:30  8              THE COURT:  Why don't you take a shot at it.

09:32:33  9              THE WITNESS:  Thank you.

09:32:36 10              THE COURT:  So you're saying that anybody who has any

09:32:38 11    occupational exposure above the amount in the air that I am

09:32:44 12    breathing right now is at increased risk for leukemia?

09:32:49 13              THE WITNESS:  It says that there is some risk.  That risk

09:32:51 14    can be very low.  It depends on how much extra exposure you have.

09:33:01 15    So there would be some risk, yes, but it may be very low.  I mean,

09:33:04 16    if it starts right above general background, you have a little bit

09:33:09 17    of occupational exposure, you'd have a little bit of risk.  As you

09:33:12 18    have more occupational exposure, you have more.  But by saying,

09:33:14 19    "There appears to be no threshold," it means in individuals that you

09:33:17 20    do see some effects from very low exposures.  I mean, well below,

09:33:24 21    you know, .1 part per million and even lower in some of the more

09:33:29 22    recent studies looking at effects on genes and effects on

09:33:35 23    chromosomes.

09:33:35 24    BY MR. PATTON:

09:33:36 25    Q.  And, Dr. Infante, are you prepared to discuss, I believe, six

09:33:38  1    of those studies specifically dealing with low-level damage or

09:33:45  2    low-level exposure to benzene and resulted damage to the DNA in the

09:33:50  3    context of gasoline workers that would help put this in perspective

09:33:54  4    as we proceed?

09:33:54  5         THE COURT:  I am trying to figure out what "no threshold"

09:33:57  6    means.

09:33:58  7         THE WITNESS:  All right.  Let me come back to that.

09:34:00  8         THE COURT:  That's all I'm trying to understand.

09:34:03  9         THE WITNESS:  What it means is there is some risk above,

09:34:07 10    you know, background level.  When you have exposure in the

09:34:09 11    occupational setting, there is some risk above that so that you have

09:34:13 12    some risk.  It could be low risk, you know, it could be high risk.

09:34:19 13    It depends on how much exposure there is.  But what people are

09:34:23 14    saying is that when you have some exposure, you're going to have

09:34:26 15    some risk.  And the basis for that is some of the cytogenetic

09:34:31 16    studies that are showing effects from real low benzene exposures.

09:34:36 17         THE COURT:  Okay.  Move on.

09:34:38 18         THE WITNESS:  And could I add one more thing about the

09:34:41 19    cytogenetics, your Honor?

09:34:43 20         THE COURT:  He is going to get to it.

09:34:45 21    BY MR. PATTON:

09:34:45 22    Q.  You also considered the latency issues in your opinions in this

09:34:50 23    case as far as the timing of Mr. Burst's exposures and the timing of

09:34:53 24    his resultant leukemia, correct?

09:34:55 25    A.  Yes, I did.

09:34:56  1    Q.  Finally, pages 66 to 82 of your report discuss the studies

09:35:06  2    concerning exposure to gasoline and risk of leukemia; is that

09:35:09  3    correct?

09:35:10  4    A.  Yes.

09:35:15  5           MR. PATTON:  I've marked for identification -- ask that

09:35:15  6    this be marked for identification as Exhibit 1-A.

09:35:19  7           THE COURT:  Okay.

09:35:21  8    BY MR. PATTON:

09:35:24  9    Q.  Dr. Infante, can you walk us through what was reported and

09:35:30  10   understood in the early literature about benzene exposure via

09:35:36  11   gasoline, as set forth in Exhibits 3, 4, and 5, and referenced in

09:35:40  12   your report?

09:35:40  13   A.  Yes.  These are all referenced in my report and all of these --

09:35:45  14          THE COURT:  Three, four, and five are exhibits to the

09:35:47  15   report or exhibits to the document in front of me?

09:35:50  16          MR. PATTON:  They're exhibits in the notebook and also

09:35:53  17   referenced in his report.

09:35:54  18          THE COURT:  I know but I need to know numbers on them.  Is

09:35:57  19   it three, four, and five in the exhibit binder?

09:36:00  20          MR. PATTON:  In the exhibit binder, yes, your Honor.

09:36:02  21          THE COURT:  Okay.  Gotcha.

09:36:04  22          MR. PATTON:  His report does not include footnote exhibits

09:36:06  23   by numbers.  He just sets them forth, so I've organized them in this

09:36:11  24   fashion for ease of the record.

09:36:12  25          THE COURT:  That's fine.  As long as you make sure you

09:36:14  1    tell me what we're talking about, that's fine.

09:36:17  2    BY MR. PATTON:

09:36:17  3    Q.  Okay.  Please give us an overview of what is described in the

09:36:20  4    exhibit binder of Exhibits 3, 4, and 5.

09:36:25  5    A.  Well, these are early -- these are related to case reports and

09:36:35  6    also I believe epidemiological studies, they're like summaries.

09:36:39  7    I've asked in 1928 because that was the first case report in the

09:36:42  8    literature of an individual who was using gasoline that developed

09:36:48  9    aplastic anemia, which is -- it's really a shutdown of the bone

09:36:53 10    marrow.  You have a low red cell count, low white cell count, and

09:36:57 11    low platelet count, so you hemorrhage, you're weak because you're

09:37:02 12    anemic, and you get infections because you have a low white cell

09:37:07 13    count.  You don't have any immunity.  That was 1928.

09:37:11 14           And then in Infante 2001 was a review that summarizes the

09:37:18 15    historical information on benzene exposure and blood diseases,

09:37:24 16    including case reports of workers using gasoline as a solvent and

09:37:28 17    developing what is called myelofibrosis or aplasia or

09:37:36 18    thrombocytopenia - low platelet counts, and leukemia.  And there

09:37:40 19    were a number of these case reports that I --

09:37:45 20           THE COURT:  One of the things that I've been confused on

09:37:47 21    looking at these studies, what are we talking about with solvents?

09:37:52 22    Is that -- is gasoline a solvent or does gasoline contain solvents?

09:37:58 23    Is solvents more than gasoline?  When these studies talk about

09:38:02 24    solvents, what are we talking about?

09:38:04 25           THE WITNESS:  Well, solvents, if we're talking about

09:38:07  1   solvents in this context, we're talking about solvents containing

09:38:12  2   benzene, and gasoline is also -- has, in the past, been used as a

09:38:16  3   solvent, certainly was used in the rubber industry for tire

09:38:22  4   building.  And OSHA -- the OSHA 1987 benzene standard defines

09:38:28  5   benzene as any mixture that contains more than 0.1 percent benzene.

09:38:36  6   That would fall under our benzene standard.

09:38:39  7        THE COURT:  But as to the studies that talk about

09:38:42  8   solvents, do you know if they're talking about gasoline if they're

09:38:45  9   talking about solvents?

09:38:47  10       THE WITNESS:  They could be other solvents containing

09:38:50  11  benzene besides gasoline.  There could be, like, aromatic solvents,

09:38:55  12  there could be Stoddard solvents, there's VM&P naphtha.  These are

09:38:59  13  all solvents, for example, that are used in the rubber industry that

09:39:04  14  contain benzene.

09:39:06  15       THE COURT:  Is gasoline used interchangeably with the word

09:39:10  16  "solvent"?

09:39:11  17       THE WITNESS:  No.

09:39:11  18  BY MR. PATTON:

09:39:12  19  Q.  This also raises an interesting point.  Dr. Infante, of all of

09:39:15  20  the literature you review and summarize before you get to this

09:39:19  21  gasoline section at page 66 of your report of the general refinery

09:39:23  22  studies, general exposure studies, what have you, how many of those

09:39:27  23  deal with pure benzene, pure benzene as compared to benzene in

09:39:31  24  mixtures?

09:39:32  25  A.  I think the only study that dealt with, like, technical grade

09:39:37 1  or pure benzene was the Pliofilm study that I published in 1977.

09:39:43 2  All of the rest of them are from benzene exposure through use of --

09:39:49 3  well, some could include, like, units at refineries that are

09:39:55 4  distilling out benzene, you know, toluene, there are other streams.

09:40:00 5  But like I said, most exposures to benzene are from products that

09:40:06 6  contain -- petrochemical products that contain benzene.

09:40:09 7  Q.  Even for refinery workers?

09:40:11 8  A.  Yes.  Well, I mean, gasoline is the major source of benzene

09:40:18 9  exposure.

09:40:19 10 Q.  Did you review and consider automotive filling station and

09:40:24 11 other exposures to gasoline?  Did you review and consider some of

09:40:27 12 these studies?

09:40:28 13 A.  Yes, I did.

09:40:29 14 Q.  Tell us about Exhibit 6 to the exhibit binder as referenced in

09:40:32 15 your report?

09:40:33 16 A.  This is the study that was published in '77 by Dr. Brandt from

09:40:41 17 Sweden.  It's a case-controlled study.  They looked at 50 cases

09:40:46 18 of ANLL, means acute non-lymphocytic leukemia, and for practical

09:40:52 19 purposes here, we can use it as the same as AML, acute myelogenous

09:40:58 20 leukemia, it's almost the same.  If you want me to explain the

09:41:03 21 difference, I will.

09:41:07 22        THE COURT:  For the sake of time, if the other side wants

09:41:12 23 to cross-examine you on that, they can.

09:41:13 24 BY MR. PATTON:

09:41:14 25 Q.  The term here is ANLL, acute non-lymphocytic leukemia, meaning

09:41:19  1   it's not lymphocytic, it's some type of myeloid disorder, true?

09:41:24  2   A.  Yes.  Or it could be an erythroleukemia, which is a leukemia of

09:41:28  3   red blood cells.  It's not lymphatic leukemia.  It is not lymphatic,

09:41:32  4   acute non-lymphocytic leukemia.  So it's all of the other acute

09:41:38  5   leukemias.

09:41:38  6   Q.  In our earlier epidemiology review, we did not include the "P"

09:41:42  7   value.  Can you explain to the Court what the "P" value is?

09:41:45  8   A.  Yes.  By convention and epidemiological studies, if the "P"

09:41:50  9   value is .05 or less, by convention, we say that's statistically

09:41:59  10  significant because that means that the observation would occur only

09:42:03  11  five times out of 100 due to chance alone.  So by convention, we

09:42:10  12  say, "Okay, that's the statistically significant finding."

09:42:13  13  Q.  So this being two out of 10,000, would you describe as a highly

09:42:18  14  significant finding?

09:42:19  15  A.  Yes.  It's a highly significant finding in this study, that

09:42:24  16  they had two separate control groups and the "P" value was .0002 in

09:42:29  17  relation to both control groups.  And these were -- these cases --

09:42:36  18  when they did the case-control study, they worked at filling

09:42:40  19  stations and they were bus or truck drivers, et cetera, but who were

09:42:45  20  exposed to petroleum products.  That's what the study was about and

09:42:49  21  this was an early study in 1978.

09:42:52  22  Q.  Exhibit 7 in the exhibit binder is the Spivey 1983 study.  Can

09:42:59  23  you tell us about this study, how it effects your opinions, and

09:43:03  24  describe the SS, or the statistical significance, and the confidence

09:43:07  25  intervals as well, so that we can have an understanding of this

09:43:10  1   going forward.

09:43:11  2   A.  Yes.  Well, Dr. Spivey worked for Union Oil Company, and he got

09:43:16  3   these results, I believe, from the cancer registry in Los Angeles.

09:43:20  4   And what it found was that garage and gas station attendants had an

09:43:27  5   incidence ratio of 2.52, so that's like two-and-a-half times what

09:43:32  6   you would expect.  It's a proportional incidence ratio.  And that

09:43:37  7   for auto mechanics, it was 1.5 and --

09:43:39  8              THE COURT:  What disease is this that this is elevated

09:43:44  9   for?

09:43:44 10              THE WITNESS:  I'm sorry, your Honor?

09:43:45 11              THE COURT:  You're talking about the incidence, 2.5

09:43:49 12   incidence ratio of what?

09:43:51 13              THE WITNESS:  I'm sorry, leukemia.  It's on there, of

09:43:54 14   leukemia.

09:43:55 15              And neither of those results were statistically

09:43:59 16   significant, but yet you see high risk.  So Dr. Spivey who worked

09:44:04 17   for Union Oil submitted the results to EPA under Section 8E of TSCA.

09:44:12 18   Section 8E requires manufacturers that, when they have knowledge of

09:44:16 19   a new hazard or knowledge of an existing hazard but from lower

09:44:21 20   exposures, they're required under Section 8E to report that to TSCA.

09:44:27 21   So he reported that to TSCA.

09:44:31 22              Then what I have done, I said, well, Look, if you combine

09:44:33 23   the data for both the gas station attendants and the auto mechanics,

09:44:37 24   it is statistically significant.  But even without him combining the

09:44:41 25   data, he saw it in two groups that had similar exposures to --

09:44:45 1   rather had exposures to gasoline, and he decided to make the 8E

09:44:50 2   notification to comply with the law.

09:44:52 3   Q.  And Dr. Infante, we are going to review a lot of numbers here.

09:44:55 4   Some are SS, or statistically significant, others are NS, not

09:45:00 5   statistically significant.  Can you describe for us what the impact

09:45:03 6   or practical effect of the understanding of causation is when you

09:45:09 7   have non-statistically significant studies compared to statistically

09:45:15 8   significant studies or findings?

09:45:17 9   A.  Certainly.  Statistically significant finding, you know, is

09:45:21 10  stronger evidence.  Then you can also have non-statistically

09:45:30 11  significant findings where there's an elevated risk, and that can

09:45:33 12  also provide information.  I mean, in this case with Spivey we just

09:45:37 13  talked about, those results were non-statistically significant, but

09:45:40 14  he saw this elevated risk and reported it.

09:45:43 15  Q.  In the context of methodology, do epidemiologists or other

09:45:48 16  scientists just sort of exclude the non-statistically significant

09:45:52 17  findings?

09:45:53 18  A.  No, you don't.  You look at it, you look at both significant

09:45:58 19  and non-significant findings.  You evaluate dose response in the

09:46:02 20  studies.  So there are a lot of different factors you evaluate, and

09:46:07 21  this is how we do it at IARC also.

09:46:09 22  Q.  Tell us about Exhibit 8 in the binder in the Schwartz 1987

09:46:14 23  study, which you cite in your report, and how it impacts your

09:46:17 24  opinions.

09:46:18 25  A.  This is a study of the gasoline service station industry which

09:46:21  1  demonstrated a significant increase in the proportional mortality

09:46:26  2  ratio, so it's over a threefold risk, and it resulted in

09:46:33  3  statistically significant.

09:46:34  4  Q.  And that's overall, we didn't -- that is, overall leukemia,

09:46:39  5  correct?

09:46:39  6  A.  Overall leukemias, yes.

09:46:40  7  Q.  That study or this finding is not necessarily divided into AML,

09:46:45  8  MDS, or even lymphatic, true?

09:46:48  9  A.  No, there weren't enough deaths in the study to be doing such

09:46:53 10  detailed analysis breaking it down into separate cell types.

09:46:56 11  Q.  In other words, some studies look at leukemia in a total

09:47:00 12  context, others break it down into lymphatic versus myeloid or even

09:47:06 13  further, true?

09:47:07 14  A.  More recently, yes.  And if you have large enough numbers, you

09:47:10 15  can do that.

09:47:11 16  Q.  Tell us about Exhibit 9 in the binder, the Flodin 1990 study as

09:47:18 17  included in your report, and how it affects your opinion in this

09:47:22 18  case.

09:47:22 19  A.  This is a report from Sweden where they found an increase in

09:47:26 20  AML for occupational exposure to gasoline.  The odds ratio is 2.7.

09:47:32 21  And the 95 percent confidence interval which is one that you used,

09:47:39 22  if the lower bound is 1.0 or below, the result is not statistically

09:47:48 23  significant.  So this result is not statistically significant.

09:47:52 24  Q.  Dr. Infante, just generally speaking going forward, whenever we

09:47:56 25  show this "CI" that means 95 percent confidence interval, correct?

09:48:00  1    A.  Yes, unless 90 percent CI is indicated, and, I think, this is

09:48:04  2    the only one where that's indicated because -- and that's in there

09:48:07  3    because the author did it.

09:48:09  4    Q.  The author reported that confidence interval?

09:48:13  5    A.  Yes.

09:48:13  6    Q.  And again, that was gasoline, true?

09:48:16  7    A.  Yes.

09:48:17  8    Q.  Tell us about Exhibit 10 in the exhibit binder, the Jakobsson

09:48:23  9    1993 findings?

09:48:24  10   A.  This is a study done in Sweden of petrol station attendants and

09:48:30  11   demonstrators, and it demonstrated an odds ratio of 3.6 which was

09:48:34  12   statistically significant, this is from gas station attendants.  And

09:48:43  13   this study was challenged by Swain in 1996 and then Jakobsson, et

09:48:48  14   al, responded to the methodological challenges, and concluded:  "Our

09:48:54  15   interpretation does not go further than our findings.  Benzene

09:48:58  16   exposure from petrol increased the risk of AML for petrol station

09:49:03  17   attendants."

09:49:05  18   Q.  Let's put this into context.  In 1993 this is -- is this a

09:49:11  19   significant finding, a 3.6-fold increase risk?

09:49:16  20   A.  Absolutely.

09:49:17  21   Q.  Absolutely.  And it's statistically significant, correct?

09:49:19  22   A.  Yes.

09:49:20  23   Q.  And then it was challenged in the literature; meaning --

09:49:23  24   or meaning people, specifically, Dr. Swaen challenged it in the

09:49:28  25   journal, and then Mr. -- Dr. Jakobsson responds, correct?

09:49:34  1   A.  Yes.

09:49:35  2          THE COURT:  So he basically stood by his findings, right?

09:49:39  3   Is that correct?

09:49:39  4          THE WITNESS:  Yes.

09:49:41  5   BY MR. PATTON:

09:49:41  6   Q.  Let's go to Exhibit 12 in the binder.  This is the work of you

09:49:47  7   and Schwartz and Cahill in 1990.  Can you tell us about this?

09:49:51  8   A.  Yeah.  This was a study of District of Columbia garage

09:49:58  9   mechanics.  And my coauthors were Dr. Schwartz, was from the D.C.

09:50:05 10   Department of Health; and Dr. Cahill is with hematology in the Navy.

09:50:10 11   And I think maybe he treated one of these patients and had some

09:50:16 12   discussion with him about it.

09:50:17 13          And what it found is that in a two-year period there were

09:50:21 14   three mechanics that were identified -- that were diagnosed with

09:50:26 15   leukemia in a short period of time.  And leukemia is a rare disease

09:50:29 16   with a background rate of only about eight per 100,000 annual, and

09:50:37 17   here in two years they have three among a group of about 62

09:50:41 18   mechanics.

09:50:44 19          So I did an estimate of risk and found that the risk was

09:50:49 20   somewhere between 62 times and 333 times, which you would expect.

09:50:54 21   And, of course, maybe one of the reasons the risk was so high is

09:50:57 22   because these people were drinking -- they were siphoning gasoline

09:51:02 23   by mouth.  Like, a DC vehicle would run out of the gas out on the

09:51:08 24   road.  They would drive up with another vehicle, siphon the gasoline

09:51:12 25   out of the one they were driving to put it into the other, and they

09:51:15  1   did that not infrequently.  And that's probably why you had such a

09:51:19  2   high risk of leukemia among these individuals.

09:51:23  3   Q.  But you live in D.C., correct?

09:51:24  4   A.  Yes.

09:51:25  5   Q.  And you worked with other local scientists in considering --

09:51:29  6   this was the municipal garage.  These are city or, I guess, district

09:51:33  7   employees, true?

09:51:34  8   A.  Yes, municipal employees, yes, they were.

09:51:37  9   Q.  This is published in the peer-reviewed literature, correct?

09:51:40 10   A.  Yes, in *The Lancet*, yes.

09:51:40 11   Q.  Was there a follow-up of this group of mechanics or additional

09:51:44 12   findings of the 62 mechanics?

09:51:46 13   A.  Yeah, and there was also a response to this publication.

09:51:49 14   Q.  Can you tell us briefly about that?

09:51:53 15   A.  Which do you want to hear first?  The follow-up?

09:51:57 16   Q.  The challenge and then your response.

09:52:00 17   A.  Well, there wasn't any challenge to those findings, but what

09:52:04 18   I'm saying --

09:52:04 19   Q.  I'm sorry, the new findings.

09:52:06 20   A.  There was another study done of these D.C. garage mechanics

09:52:10 21   which comprised different follow-up years, and they tried to

09:52:14 22   establish a cohort and go back and do a retrospective cohort study.

09:52:19 23   That was done by Hunting and published in 1995.

09:52:24 24          You need to go down.  It's on the next one.  So we'll do

09:52:29 25   the study of the same population by some other investigators from

09:52:33 1   George Washington University in D.C.  And what they found was, like,

09:52:37 2   a ninefold risk, the odds ratio is 9.26, and that was statistically

09:52:42 3   significant for gasoline among these vehicle mechanics.

09:52:47 4         But this risk, the ninefold risk is underestimated because

09:52:52 5   the SMR for total mortality is only .5, so it's -- the risk for

09:52:58 6   leukemia is likely, at least, twice that; at least, 18-fold.  Plus,

09:53:04 7   the study they followed up does not include one individual who was a

09:53:08 8   garage mechanic that had leukemia, that had a bone marrow

09:53:14 9   transplant, so fortunately he is still alive.

09:53:16 10  Q.  So this is a group that you and two other local scientists

09:53:19 11  identified in 1990.  It was followed for some period.  By 1995,

09:53:24 12  students or faculty -- did you say at Georgetown?

09:53:28 13  A.  Faculty, George Washington.

09:53:29 14  Q.  George Washington ultimately made the more formal publication

09:53:33 15  with all of the numbers, true?

09:53:34 16  A.  Well, I think my publication was formal.  They did another

09:53:37 17  evaluation of it, including more people and going back further in

09:53:41 18  time.

09:53:41 19  Q.  And that was Exhibit 14 that you were discussing in the exhibit

09:53:46 20  notebook, true?

09:53:47 21  A.  Yes.

09:53:47 22  Q.  Tell us about Exhibit 13, the findings by Fleming in 1990 and

09:53:52 23  the follow-up in -- by Naizi and Fleming.

09:53:59 24  A.  Yes.  Well, in response to my publication in 1990, Fleming

09:54:05 25  wrote to the journal and said, well, you know, because my article

09:54:09  1   was about gasoline and benzene, a continuing hazard.  So then, they

09:54:16  2   responded to that article and said that, well, you know, that's not

09:54:20  3   surprising as they've done the study of roadside vendors -- these

09:54:25  4   are unofficial roadside vendors in Nigeria where they're repackaging

09:54:31  5   gasoline and selling it, and they have all of these different types

09:54:35  6   of blood abnormalities, which is indicated there:  Anemia;

09:54:37  7   microcytosis, which is small blood cells; hyperchromia, where they

09:54:44  8   don't stain as dark as other cells; again, thrombocytopenia, a low

09:54:49  9   platelet counts; leukopenia, low white counts, among the unofficial

09:54:54 10   roadside vendors.

09:54:56 11          Then he referred to them, Naizi and Fleming 1989 in his

09:55:00 12   comments to the journal.  And that study, in fact, shows a highly

09:55:07 13   significant increase in neutropenia in the roadside vendors, those

09:55:13 14   that are vending gasoline.  And also, when you look at that study

09:55:17 15   you find that motor mechanics also demonstrated significantly

09:55:21 16   increased risk of anemia, which is low red blood cells.

09:55:27 17   Q.  Tell us about Exhibit 15 in the binder, the Sandler study of

09:55:32 18   1995, and how it effects your opinions, and what it tells us about

09:55:37 19   the toxicity of benzene in gasoline?

09:55:39 20   A.  Yes.  This is the study of myelodysplastic syndrome, which in

09:55:45 21   earlier years was called preleukemia, because there are a high

09:55:50 22   percentage of workers that have myelodysplastic syndrome that go on

09:55:56 23   to develop leukemia.  But today, myelodysplastic syndrome is, in

09:56:01 24   fact, considered a cancer, I think since, what, maybe around 2002.

09:56:05 25          But anyhow, what they found, they looked at exposure to

09:56:10  1  gasoline kerosene is one analysis, exposure to petroleum distillates

09:56:16  2  as a group, and then exposure to petroleum distillates with low or

09:56:21  3  with pure aromatics.  Now, benzene is an aromatic.  And they

09:56:26  4  demonstrated more than twofold risks for myelodysplastic syndrome in

09:56:31  5  all four of these analyses.  And then I have down there what the

09:56:35  6  odds ratio are, respectively, in the order in which I have them

09:56:38  7  listed above.  And they're all statistically significant.

09:56:41  8          So what this is showing is that gasoline, kerosene, and

09:56:44  9  then these petroleum distillates, the exposure to them, there is

09:56:51 10  over a twofold risk of MDS.

09:56:54 11  Q.  Tell us about Exhibit 16 in the exhibit binder as referenced in

09:56:57 12  your report, the Terry 2005 study.

09:57:01 13  A.  Yes.  This was a study of -- well, they reported an increase in

09:57:08 14  AML in gas station attendants employed for greater than one year, so

09:57:16 15  they were exposed to benzene through gasoline.  The odds ratio was

09:57:21 16  1.8 and that was statistically significant.  So these are gas

09:57:26 17  station attendants.

09:57:27 18  Q.  Employed greater than one year?

09:57:29 19  A.  Yes.

09:57:30 20  Q.  And then we also -- we also have here the PADOH and Talbott

09:57:37 21  studies which are marked -- I forget.  They're out of order.

09:57:42 22  Exhibit 26 and Exhibit 28 in the exhibit binder.  PADOH 2001, 2003,

09:57:47 23  as well as Talbott 2011.  Tell us about what this event was and what

09:57:52 24  the studies ultimately found.

09:57:54 25  A.  This is a fascinating study, in fact.  The PADOH, that's the

09:57:58  1    Pennsylvania Department of Health.  And what had happened was there

09:58:04  2    was a leaking underground storage tank that leaked somewhere between

09:58:12  3    55,000 gallons plus of gasoline.  It got into the small community's

09:58:16  4    draining system.  It backed up into their homes so the people were

09:58:19  5    starting to complain about smelling gasoline fumes in their homes,

09:58:26  6    or smelling some petroleum products in their homes.

09:58:31  7         So then, ATSDR and EPA went out and they took samples of

09:58:37  8    the areas and identified a group that had this exposure and then an

09:58:45  9    epidemiologic study was conducted, first by the Pennsylvania

09:58:48  10   Department of Health, and it showed over a fivefold risk of AML.

09:58:55  11   And then the study was updated further by Talbott in 2011.

09:59:02  12        Here's the interesting thing about the study is amazing

09:59:06  13   because a priori, you thought, well, these individuals in their

09:59:10  14   homes were smelling fumes from gasoline and you think:  Well, are

09:59:16  15   they at risk of any cancer from that?  Well, if so, what cancer do

09:59:22  16   you think they would risk they would experience?

09:59:24  17        So the a priori hypothesis was that, well, we wanted to

09:59:29  18   look at leukemia.  And, in fact, five years after the spill, they

09:59:34  19   had a significant increase of leukemia and no other cancer.  And in

09:59:40  20   fact, of the leukemias, the highest risk is for AML.  The data that

09:59:46  21   are strongest for, like, benzene exposure and AML.

09:59:52  22        And the thing about the study is that you'd say, well,

09:59:55  23   sometime you can go out and do a study in a population.  Maybe they

09:59:59  24   have an increased risk of leukemia for some reasons we don't know

10:00:02  25   about and you're just studying a population with a high risk of

10:00:06  1  leukemia.  That is not the case here, because five years prior to

10:00:09  2  the spill, five years after the spill there is no case of AML

10:00:16  3  identified in that community.  It's only five years after the spill,

10:00:20  4  which is lost for latency, you see this 11-fold risk of acute

10:00:30  5  myelogenous leukemia.  And then they identified residents that had

10:00:34  6  the highest exposure, and for those residents, the risk of AML was

10:00:41  7  16-fold.  So, I mean, I think this is a fascinating study just

10:00:48  8  because of exactly what you would expect a priori is what it turned

10:00:52  9  out to be at incredibly high risk.

10:00:55  10  Q.  And in the context of your opinions in this case, the Strom

10:01:02  11  study is not cited in your report, but you asked that we discuss it

10:01:06  12  today; is that correct?

10:01:07  13  A.  Yes.

10:01:08  14  Q.  Can you just tell us briefly what the Strom finding.  It's a

10:01:11  15  doctor at M.D. Anderson, true?

10:01:13  16  A.  Yes.

10:01:14  17  Q.  What were her findings?

10:01:16  18  A.  Well, they were studying, again, MDS, and what they found was

10:01:19  19  that for the category of exposure -- this is a case controlled

10:01:24  20  study.  The group exposed when they said, to benzene, solvents,

10:01:29  21  gasoline had a significantly elevated twofold risk of MDS overall.

10:01:35  22         Then they did a further analysis.  They said, "Okay.

10:01:38  23  Let's look at the types of MDS that transition to AML more than the

10:01:44  24  other types."  Those types are what's called RAEB, refractory anemia

10:01:52  25  with excess blasts and refractory anemia with excess blasts in

10:01:58   1   transition.  And what the transition means is that they're

10:02:01   2   transitioning from this aplastic anemia into AML because they have a

10:02:07   3   higher blast count, but it isn't high enough yet to be considered

10:02:11   4   leukemia.  Today, if it's over 20 percent blast cells, then you

10:02:16   5   would say it's AML.  So these individuals would not have had

10:02:20   6   20 percent blast cells yet.  And when they look at the types of

10:02:23   7   transition, in fact, they find a higher risk.  The odds ratio is

10:02:28   8   2.71, which is statistically significant.

10:02:30   9   Q.  Just to clarify, you have MDS is one category and you have AML

10:02:34  10   as another category, correct?

10:02:36  11   A.  Yes.

10:02:37  12   Q.  In general, in science.  And then MDS has subtypes, AML has

10:02:42  13   subtypes as well, correct?

10:02:43  14   A.  Yes.

10:02:43  15   Q.  And one of the subtypes of MDS is refractory anemia with excess

10:02:48  16   blasts; meaning, excess blast cells, that's ultimately described in

10:02:53  17   medicine as in transition; meaning, on its way to leukemia, the MDS

10:02:59  18   phase before it gets to AML.  Is that accurate?

10:03:01  19   A.  It's transitioning into leukemia, yes.

10:03:04  20   Q.  Let's go to sort of a new topic for the category at least.

10:03:18  21   Terminal and gasoline distribution workers studies.  Have you

10:03:21  22   reviewed these studies in forming your opinions in this case?

10:03:24  23   A.  Yes, I have.

10:03:24  24   Q.  In the Exhibit Binder 17, the Rushton 1993 report is cited in

10:03:30  25   your report.  Please tell us about the findings and how it affects

10:03:34  1  your opinions in this case.

10:03:35  2  A.  Yes, but should I explain to your Honor about why I am studying

10:03:40  3  terminal and gasoline distribution workers, what these people do.

10:03:44  4  Q.  Let me ask you a question.  Dr. Infante, why did you consider

10:03:48  5  terminal and gasoline distribution worker studies in forming your

10:03:52  6  opinions of general causation in this case?

10:03:55  7  A.  Because these are the individuals who go to terminals, they

10:03:59  8  load up tanker trucks, and then they deliver them to gas stations;

10:04:04  9  so they're exposed while they're loading their tanker trucks, and

10:04:08 10  then they go to the gas stations where they deliver.  It's called

10:04:12 11  distribution workers.  And, you know, there are a large number of

10:04:16 12  these that are tanker -- another way to address is tanker truck

10:04:20 13  drivers hauling gasoline.  Most tanker truck drivers are hauling

10:04:27 14  gasoline because it's the largest fuel that's used.  All of these

10:04:31 15  automobiles we're driving have gasoline in them.  Where do we get

10:04:35 16  it?  At a gas station.  It's delivered by these individuals.

10:04:37 17  Q.  You've included 12 such studies that we are going to review,

10:04:41 18  correct?

10:04:42 19  A.  I didn't count the number, whatever there are.

10:04:44 20  Q.  To be fair, Dr. Infante, not every one of these studies says

10:04:50 21  "gasoline," correct?

10:04:52 22  A.  Correct.  But they're -- well, you can't measure -- there are

10:04:58 23  no molecules of gasoline, so when you're doing a study, you don't go

10:05:02 24  out and take a sample for gasoline.  There is no such thing as a

10:05:07 25  molecule of gasoline, just like there is no molecule of air.  You

10:05:11  1  have to sample for the components of gasoline, which is benzene and

10:05:15  2  other -- the other components that it comprises.  So if you want to

10:05:21  3  look, though, at jobs where people are most likely, say, in a

10:05:26  4  refinery to have gasoline exposure, it would be in these terminal

10:05:30  5  and distribution worker jobs.

10:05:33  6  Q.  But to be fair, some of these workers could be hauling tanker

10:05:37  7  trucks of chemicals or products or mixtures besides or instead of

10:05:40  8  gasoline, to be fair, true?

10:05:41  9  A.  Some, yeah, they could be hauling diesel fuel also.  Those are

10:05:45 10  the two main ones; and, of course, gasoline is the majority of those

10:05:48 11  two.

10:05:48 12  Q.  Tell us about Exhibit 17, the Rushton 1993 study.

10:05:57 13  A.  This is a study of 700, this is done in the UK.  Lesley Rushton

10:06:02 14  is the first author.  And it's a study of 750 petroleum distribution

10:06:05 15  centers and the SMR for AML is 1.55.  It's elevated, but it's not

10:06:13 16  statistically significant.  When you make an adjustment for the

10:06:19 17  healthy worker effect in the study, the risk is little bit higher.

10:06:23 18  It's like 1.70.  It's still not statistically significant, but

10:06:27 19  nevertheless, to me, it provides some evidence of an association

10:06:32 20  between AML and work as a tanker truck driver or people that are

10:06:41 21  working in these distribution -- petroleum distribution centers.

10:06:44 22  Q.  Tell us about the next study, Exhibit 18 of the binder, the

10:06:49 23  Schnatter 1993 study, and how it affects your opinions.

10:06:53 24  A.  Yes.  Well, the Rushton study was done in the UK.  Schnatter, I

10:06:58 25  believe, was done in Canada.  What this shows is that for tanker

10:07:01  1   truck drivers employed for more than a year -- they only looked at

10:07:07  2   total leukemia.  They didn't break it down -- you have a SMR of

10:07:10  3   3.35, which is statistically significant.

10:07:16  4   Q.  The next one you cite is Exhibit 19 in the binder.  It's in

10:07:20  5   your report, Wong 1993.  Tell us about this study and how it impacts

10:07:24  6   your opinions.

10:07:25  7   A.  Yes.  This is the study of land-based and marine-based terminal

10:07:32  8   workers in the United States, and I believe -- I don't think it's in

10:07:40  9   here --

10:07:41  10          THE COURT:  What's the difference between terminal workers

10:07:44  11  and distribution workers?

10:07:45  12          THE WITNESS:  They're kind of used -- the people who are

10:07:50  13  distributing --

10:07:51  14          THE COURT:  How do I know when I look at study what these

10:07:54  15  people are doing?

10:07:57  16          THE WITNESS:  That's a good point.  I mean, the

10:08:01  17  terminal -- there are some situations where workers work at

10:08:05  18  terminals, and there can be some situations where the workers who

10:08:11  19  work at the terminals also distribute the gasoline.

10:08:15  20          THE COURT:  I guess my point is if I am reading a study

10:08:18  21  and I want to know what the people were doing, if the study doesn't

10:08:22  22  tell me, how do I know what they were doing?

10:08:25  23          THE WITNESS:  Well, if they work at terminals, they would

10:08:27  24  be loading and unloading gasoline and some other petrochemicals

10:08:33  25  because that's what you do at terminals.

10:08:35   1   BY MR. PATTON:

10:08:36   2   Q.  Including other petrochemical products?

10:08:39   3   A.  Yes.

10:08:39   4   Q.  What were the findings --

10:08:41   5   A.  But then, those who are distributing it, distribution, they're

10:08:44   6   actually driving it out to the gas stations to distribute it so

10:08:52   7   people have it to use.

10:08:52   8            THE COURT:  So the terminal workers are anybody who is

10:08:57   9   working at a terminal, is loading petroleum products on to some

10:09:04  10   means of transportation, and the distribution workers are the ones

10:09:08  11   who take it and distribute it somewhere, right?  Is that what we're

10:09:12  12   saying?

10:09:13  13            MR. PATTON:  I believe that's a correct characterization.

10:09:15  14   And, again, some of the studies are more specific than others.  Many

10:09:18  15   of these studies we've pointed out the pages of the individual

10:09:22  16   findings, but there are numerous findings, especially in this group

10:09:25  17   of studies.  And some of them break it down into drivers.  Some of

10:09:29  18   them break it down to loaders.  Some of them mention gasoline.  Some

10:09:33  19   of them use, you know, different terms such as "petroleum" or what

10:09:38  20   have you.  It varies.

10:09:39  21            THE WITNESS:  But a tanker truck driver will go to a

10:09:43  22   terminal to get their gasoline to load it up to deliver it or

10:09:47  23   their -- if it's diesel fuel, to load up the diesel fuel.

10:09:52  24            THE COURT:  Okay.

10:09:53  25   BY MR. PATTON:

10:09:54  1   Q.  And then, there are two additional exhibits that you referenced

10:09:57  2   and that we included as Exhibits 20 and 21.  Were there additional

10:10:02  3   interpretations of the Wong data from 1993?

10:10:06  4   A.  Yes.  There's Dr. Phillip Enterline and myself who were invited

10:10:12  5   in 1992, we were invited by the American Petroleum Institute to be

10:10:16  6   on the panel to evaluate the new epidemiological studies of workers

10:10:21  7   exposed to gasoline.  And Dr. Enterline's interpretation, which is

10:10:29  8   published in *Environmental Health Perspectives* in '93, was that he

10:10:34  9   thought that, you know, there was an association between exposure to

10:10:42 10   gasoline and AML.  And that was also my interpretation.  And I said,

10:10:48 11   "I don't know whether it's due to the benzene in the gasoline or

10:10:51 12   just the gasoline per se, I am not sure, but they have this elevated

10:10:56 13   risk."

10:10:57 14        But having said that, in Exhibit No. 19, we have the SMR

10:11:02 15   when I adjust for the healthy worker effect, but we don't have the

10:11:07 16   SMR in there.  I forgot to put it in for when you don't adjust.

10:11:11 17   Wong reports an SMR of 1.50 for land-based terminal workers, which

10:11:18 18   is not statistically significant.  However, in that group the all

10:11:24 19   causes of death SMR is only 0.5.

10:11:28 20   Q.  The paper by Dr. Enterline and your paper as well both in 1993,

10:11:33 21   those were each about three or four pages long and sort of give a

10:11:37 22   narrative description of the more lengthy findings in Wong, correct?

10:11:41 23   A.  Yes.

10:11:45 24   Q.  Let's move on to Exhibit 22 in the binder.  This is the

10:11:49 25   Lindquist 1991 study.  Please tell us about this report and how it

10:11:53 1   affects your opinions.

10:11:54 2   A.  These are drivers exposed to gasoline and diesel, and they

10:11:58 3   evaluated acute leukemia.  So this would also, then, include not

10:12:03 4   only acute myelogenous leukemia but the acute lymphatic leukemia.

10:12:11 5   Acute lymphatic leukemia is not real common in adults.  Acute

10:12:17 6   lymphatic leukemia is a leukemia of childhood.  So they combined

10:12:22 7   these two into a category of acute leukemia.

10:12:25 8        And what they found is for drivers exposed to gasoline and

10:12:28 9   diesel, they have an odds ratio of 3.0.  That's statistically

10:12:32 10   significant.  Then if they were exposed for five or more years, then

10:12:40 11   the odds ratio for acute leukemia goes up to fivefold, it's 5.0, and

10:12:46 12   that's statistically significant.

10:12:48 13        And the authors concluded, the results indicated, this is

10:12:54 14   in quotes, "an etiological relationship between the development of

10:12:58 15   acute leukemia and exposure to petroleum products as fuels and

10:13:04 16   exhaust."

10:13:06 17   Q.  And just to kind of recap some of this, we're in the early '90s

10:13:10 18   here, '93, '91.  And the previous slides, the previous section also

10:13:15 19   discussed a lot of this work and a lot of these findings coming out

10:13:18 20   in the early 1990's, correct?

10:13:20 21   A.  Yes.

10:13:21 22   Q.  Let's move on to Exhibit 23, 1992 by Delzell.  Tell us about

10:13:27 23   this study and how it impacts your opinions.

10:13:30 24   A.  Well, this was a study -- this was a study of transport

10:13:35 25   operatives in refining.  It's an unpublished study.  And what it

10:13:41  1   shows is, for total leukemia, there is a relative risk of 9.3, which

10:13:46  2   was statistically significant.  However, when the study was finally

10:13:52  3   published in 1995, the study for -- the analysis for transport

10:14:02  4   operatives and other workers, the leukemia odds ratio goes down to

10:14:07  5   3.8, which is still very high, but it's not statistically

10:14:11  6   significant.

10:14:13  7        And the AML odds ratio is 16.1.  That's very high.  It's

10:14:21  8   not statistically significant, but it's pretty high.  And the reason

10:14:26  9   it's not statistically significant is because the numbers are very

10:14:29 10   small, so there's not a lot of ability to demonstrate a

10:14:34 11   statistically significant increase.

10:14:35 12   Q.  You mentioned the Delzell findings were initially not

10:14:39 13   published, but then Dr. Sathiakumar, he actually published it in a

10:14:49 14   peer-reviewed journal, and these were ultimately the findings,

10:14:53 15   correct?

10:14:53 16   A.  Yes.

10:14:53 17   Q.  And that's Exhibit 23-A, true?

10:14:55 18   A.  Yes.  Those results were not statistically significant, so I

10:14:58 19   wanted to, also, report those because the unpublished version

10:15:01 20   indicates that they were.  So nevertheless, you know, in my opinion

10:15:06 21   it still provides evidence.

10:15:08 22   Q.  I believe this is cited in your report, however, I did not

10:15:11 23   include it in the tabbed exhibits -- exhibit binder.  But tell us

10:15:15 24   about the Rushton and Romaniuk findings in 1997.

10:15:22 25   A.  I guess the reason I am hesitant here, I thought this paper was

10:15:30  1   cited in my report?

10:15:32  2   Q.  I believe it was.  I think I neglected to include it in the

10:15:35  3   exhibit binder.

10:15:36  4   A.  Oh, okay.  Excuse me.  These are studies, a study of marketing

10:15:40  5   and distribution workers.  They looked at -- they combined acute

10:15:46  6   myelogenous leukemia with monocytic leukemia.  And when you look at

10:15:50  7   the data in the table, you find that there is -- the odds ratio is

10:15:55  8   2.1 for workers who had an associated cumulative exposure of between

10:16:04  9   0.45 and 44.9, and that should say parts per million years.

10:16:15 10   Q.  That was my mistake.  That's a cumulative number?

10:16:18 11   A.  Yes, that's a cumulative number.

10:16:19 12          THE COURT:  So is this statistically significant or not?

10:16:23 13          THE WITNESS:  Well, I didn't do a statistical test on it,

10:16:26 14   but from the numbers involved, it would be had I done it.

10:16:29 15   BY MR. PATTON:

10:16:30 16   Q.  To clarify, this report did not set forth actual numbers and

10:16:37 17   findings in statistical significance, you, therefore, as an

10:16:41 18   epidemiologist, calculated that, correct?

10:16:43 19   A.  It did do statistical significance by smaller intervals of

10:16:49 20   cumulative exposure.  But when I look at the two lowest cumulative

10:16:54 21   exposure groups and combine the data for those two, you have over a

10:16:57 22   twofold odds ratio.

10:16:59 23   Q.  And tell us about Exhibit 24, the Sorahan publication in 2002

10:17:06 24   and how it affects your opinions in this case.

10:17:10 25   A.  Yes.  This is a study of petroleum distribution workers from

10:17:14  1    476 centers in the UK.  And the AML odds ratio is 1.51.  And see the

10:17:25  2    lower bound goes from 0.98 then to 1.68, that would have to be at

10:17:32  3    1.0 or higher to be statistically significant and it's not; but when

10:17:37  4    you adjust for the healthy worker effect, the result is

10:17:40  5    statistically significant.  It's at 1.61.

10:17:44  6    Q.  So what's originally reported is 2/100ths away from statistical

10:17:48  7    significance, adjusting for the healthy worker effect, you get it up

10:17:53  8    5/100ths, and then you reach significance?

10:17:56  9    A.  Yeah.  It happens to be statistically significant.  But, you

10:17:58  10   know, when I interpret the study it doesn't really make any

10:18:02  11   difference if it's 1.51 without the adjustment or 1.61 with the

10:18:08  12   adjustment, which makes it statistically significant.  In terms of

10:18:12  13   all of the data we've looked at with these distribution workers, you

10:18:16  14   have an odds ratio that's -- right, there's a 50 percent increase in

10:18:21  15   AML, and that, to me, that provides evidence.

10:18:24  16   Q.  Continuing with your terminal and gasoline distribution workers

10:18:29  17   studies reviewed in your report, please tell us about Exhibit 43,

10:18:34  18   the Sorahan 2007 publication.

10:18:39  19   A.  Yes.  This is a study in a 476 petroleum distribution centers

10:18:43  20   in the UK.

10:18:45  21   Q.  Just like the earlier 2002 study, same group?

10:18:51  22   A.  Right.  This is the same centers.  They followed them for a

10:18:54  23   longer period of time.  The SMR for myeloid leukemia is no longer

10:19:03  24   statistically -- for acute myelogenous leukemia is no longer

10:19:07  25   statistically significant, for myeloid leukemias.  The early report

10:19:13  1    of his showed a significant increase for AML by itself.  In this

10:19:16  2    study, they did not separate out AML from all myeloid, you know,

10:19:22  3    from chronic myeloid leukemia.

10:19:24  4             THE COURT:  I don't understand what you just said.

10:19:27  5             THE WITNESS:  This is a follow-up of the Sorahan, I

10:19:31  6    believe, 2002 study.

10:19:31  7             THE COURT:  Right.  You said the first one was

10:19:33  8    statistically significant.

10:19:34  9             THE WITNESS:  For AML.

10:19:35 10             THE COURT:  For AML.  The second one is what?

10:19:38 11             THE WITNESS:  This is not for a category of AML combined

10:19:41 12    with chronic myelogenous leukemia.  They didn't do an analysis in

10:19:47 13    this report --

10:19:48 14             THE COURT:  When they combined it with chronic myelogenous

10:19:52 15    leukemia and AML together, those were not statistically significant?

10:19:55 16    Is that what you just said?

10:19:57 17             THE WITNESS:  That's correct, yes, I did.  So it's not --

10:20:00 18             So then I looked to see, okay.  Well, what's the risk for

10:20:02 19    AML by itself?  And they don't have one in the study.  They didn't

10:20:06 20    do it.

10:20:09 21             So you could say that while this study doesn't show an

10:20:12 22    elevated risk, you know, I'm reporting it nevertheless because

10:20:18 23    before it did.  This one doesn't.

10:20:20 24             THE COURT:  Gotcha.

10:20:22 25             THE WITNESS:  This one doesn't.

BY MR. PATTON:

Q.  Dr. Infante, tell us about Exhibit 44, the Bisby report of 1998.  And tell us about the Australian cohort, because there are a few updates to this report.  We will see the Tenth and the Eleventh and so forth.

A.  Yes.  This is the Australian petroleum industry started doing these cohort studies I think publishing them back in the early '90s.  And by 1998 -- and there were different studies.  There were cohort studies, and then there's analysis where they take the cases out of the cohort study and do what's called a nested case-controlled study.  So now, I am talking about the cohort studies of these petroleum workers.

And in the 1998 report, which is the Tenth Report from the Australian cohort, if you look at data for terminal workers, the standardized incidence ratio for total leukemia, because they don't analyze it separately for AML, for total leukemia is 2.2.  And that's statistically significant.

Q.  Let's back up here and put this in perspective.  This is an Australian cohort, meaning the industry --

A.  It's a cohort study of individuals who are employed in the Australian petroleum industry.  That's their -- that's the exposure that's being evaluated.

Now, for the analysis that I am presenting here, I've looked at the results for terminal workers because they are the ones that, you know, are -- refinery is a big place.  You don't know

10:22:07 1   which -- you have to know if you're going to evaluate gasoline, you

10:22:11 2   have to know, okay.  Which areas of the refinery is there going to

10:22:18 3   be gasoline exposure.

10:22:20 4            Well, you would think that in terminal workers, since

10:22:23 5   they're going to be loading and unloading gasoline along with diesel

10:22:29 6   fuels, you want to evaluate them, because you know that they're

10:22:35 7   going to exposed to gasoline.  All of the others outside of the

10:22:38 8   terminals, you don't know how many of them are exposed to gasoline,

10:22:43 9   nor does probably most people.

10:22:43 10  Q.  The point I was trying to make, also, Dr. Infante, is that in

10:22:47 11  Australia, industry has decided to study hundreds and hundreds and

10:22:50 12  hundreds of these petroleum workers with various classifications,

10:22:55 13  and has issued reports from time to time based on that large

10:22:59 14  population, correct?

10:23:00 15  A.  Yes.

10:23:00 16  Q.  In Australia?

10:23:02 17  A.  Yes.

10:23:02 18  Q.  So tell us about Exhibit 25, the Gun 2000 study, which, I

10:23:13 19  think, also includes -- go ahead, please.

10:23:16 20  A.  The 2000?  Okay.  This is what we call the Eleventh Report.

10:23:23 21  Q.  The Eleventh Report?

10:23:24 22  A.  This is unpublished, but it's from the Australian Petroleum

10:23:29 23  Institute cohort.  And again, for a total leukemia, if you look at

10:23:34 24  terminal workers, they have an SIR of 1.82 for total leukemia, and

10:23:43 25  that's statistically significant.  Again, they didn't evaluate

10:23:46  1    terminal workers for AML.  That's statistically significant.

10:23:49  2            Now, there's one study that's not in here that I want to

10:23:57  3    mention because it's the most recent follow-up of the Australian

10:24:02  4    cohort that was published in 2013.  It's called the Fourteenth

10:24:06  5    Report.  In that report there is no increased risk of leukemia among

10:24:14  6    terminal workers, but that does not go against the earlier findings

10:24:19  7    where there was, because there are a number of epidemiological

10:24:25  8    reasons for why this cohort -- you're going to see a decline in

10:24:32  9    risks that are related to refinery exposures as the cohort is

10:24:37 10    followed.

10:24:37 11            THE COURT:  It's the same cohort, though?

10:24:39 12            THE WITNESS:  Yes.

10:24:40 13            THE COURT:  So they're following them from going back to

10:24:42 14    when?

10:24:43 15            THE WITNESS:  They're following them out further in time.

10:24:45 16            THE COURT:  No, but starting from when?

10:24:49 17            MR. PATTON:  Starting in '98.

10:24:50 18            THE WITNESS:  No, no, that was the publication in '98.

10:24:52 19            THE COURT:  When was the exposure?

10:24:54 20            THE WITNESS:  The exposure started -- I'll have to refer

10:24:57 21    to my report to see when exposures started for this cohort.  I think

10:25:02 22    they might go back to the '40s or '50s initially.  But to be sure,

10:25:08 23    your Honor, I think it's in my report.  I would have to look back at

10:25:12 24    it.

10:25:12 25            THE COURT:  Why would it change?

10:25:17  1              THE WITNESS:  Why would the risks change?

10:25:19  2              THE COURT:  Yes.

10:25:20  3              THE WITNESS:  I am very happy you asked me that question.

10:25:23  4    Because you see that not only in this cohort, you also see it in the

10:25:29  5    Pliofilm study that I first published in 1977 of benzene exposed

10:25:33  6    workers.  You see it in the Dow cohort of benzene exposed workers.

10:25:37  7              THE COURT:  Right.  Right, but tell me why.

10:25:39  8              THE WITNESS:  Well, there are a number of reasons.  One is

10:25:41  9    that as you follow a cohort further in time, you're going to see

10:25:49 10    a -- okay.  These are stop exposure cohort studies.  They're no

10:25:54 11    longer exposed.  Like, the Health Watch cohort, right now I think

10:26:00 12    there are like, what's the percentage?  Very high.

10:26:05 13    Sixty-seven percent of the cohort has retired, so they're no longer

10:26:10 14    exposed.  So you see risks decline when you have a stopped exposure

10:26:18 15    cohort.

10:26:19 16    BY MR. PATTON:

10:26:19 17    Q.  So you have a population of workers beginning in year "X" to

10:26:23 18    year "Y," correct?

10:26:23 19    A.  Yes.

10:26:24 20    Q.  And then you follow that group of workers every five years or

10:26:27 21    so, study the incidence of leukemia, etcetera, correct?

10:26:31 22    A.  Right.

10:26:32 23    Q.  And as time goes on, so many of them retire or pass away or

10:26:35 24    what have you, and the numbers will change and you will ultimately

10:26:39 25    see a decrease in the incidence as the cohorts are followed?

10:26:42  1   A.  You will see a decrease in the incidence of the cancers that

10:26:46  2   are related to those exposures.

10:26:48  3           THE COURT:  Why is that, because of the latency period is

10:26:50  4   over?

10:26:51  5           THE WITNESS:  No, it's not because of the latency period.

10:26:55  6   It's because as you follow cohorts successively, as cohort members

10:27:00  7   die, the ones who die were exposed in earlier times when exposures

10:27:05  8   were higher, so your remaining cohort that you're following has less

10:27:10  9   total exposure.  So since they have less total exposure, you would

10:27:14 10   expect their risk to be lower.

10:27:15 11   BY MR. PATTON:

10:27:15 12   Q.  Let's clarify this because I think I can explain through a

10:27:18 13   question.  When you first start studying the cohort, you're dealing

10:27:22 14   with exposures dating back to the '50s, '60s, '70s?

10:27:25 15   A.  Yes, right.

10:27:26 16   Q.  And then as you continue watching the cohort, those workers are

10:27:29 17   being exposed in the '80s, '90, perhaps even the early 2000's when

10:27:35 18   there is a stop at some point, correct?

10:27:37 19   A.  Right.

10:27:37 20   Q.  And as time has went on, engineering controls, regulations,

10:27:42 21   safety, OSHA, et cetera, from the '80s forward are going to result

10:27:47 22   in lower occupational exposures in these facilities?

10:27:51 23           THE COURT:  But if the same people were exposed in the

10:27:55 24   '40s and '50s --

10:27:59 25           THE WITNESS:  Yeah, but they die.  The earlier cohort

10:28:01  1    members die as you follow them.

10:28:03  2            THE COURT:  I know, but the incidence rate is -- you're

10:28:06  3    still looking at the incidence rate of the same group, right?

10:28:09  4            THE WITNESS:  Yes, but the incidence rate will be among

10:28:12  5    those exposed to successively lower amounts of gasoline or benzene.

10:28:18  6            THE COURT:  So if somebody stopped in 1971, is their risks

10:28:22  7    higher or lower?

10:28:24  8            THE WITNESS:  Well, if they stopped in '71, they're being

10:28:28  9    followed through 2000, I think their risks would go down because

10:28:33 10    they don't have that continual exposure.  The risk as a group of

10:28:39 11    individuals -- as a group, let's clarify that, between an

10:28:41 12    individual.  The risk as a group goes down.

10:28:43 13            Let me give you an example.  Individuals that smoke

10:28:46 14    cigarettes have a high risk of lung cancer.  Once you stop smoking

10:28:50 15    cigarettes, your risk declines and eventually will get down to one

10:28:55 16    which means no elevated risk.  Now, nobody would take a cohort of

10:29:00 17    ex-cigarette smokers and follow them to the end of their lives and

10:29:04 18    base the risk of lung cancer on ex-smokers, because you wouldn't

10:29:09 19    see -- you wouldn't see any elevated risk of lung cancer.  And then

10:29:14 20    you conclude, well, cigarette smoking doesn't cause lung cancer

10:29:18 21    because they stopped smoking and now they don't have any elevated

10:29:21 22    risk as a group.

10:29:21 23            I mean, you see the same thing with workers exposed to

10:29:27 24    asbestos and lung cancer, and atomic bomb survivors and leukemia.

10:29:33 25    When you stop exposure, as you follow that cohort out further,

10:29:38 1  you're going to see lower and lower relative risks to that group.

10:29:41 2          THE COURT:  So if somebody gets older, the longer they're

10:29:45 3  away from the exposure, the less chance they have of getting AML?

10:29:51 4          THE WITNESS:  No, it's because you're following them as a

10:29:54 5  group.  Let's say -- let's start out early --

10:29:57 6          MR. PATTON:  She is asking about an individual in the

10:30:00 7  group and how their risk has changed over time with the cohort.

10:30:03 8          THE COURT:  Yes.

10:30:04 9          THE WITNESS:  But I am talking about risks --

10:30:07 10         THE COURT:  But I am asking you my question and you can

10:30:10 11 answer that and then your lawyer can ask you something else.

10:30:11 12         THE WITNESS:  So you're asking me about an individual?

10:30:13 13         THE COURT:  Yes.  If you're saying that the -- as the time

10:30:16 14 goes on, you're getting fewer cases because people stop getting

10:30:21 15 exposed, I guess, my question is:  If the group is showing fewer

10:30:26 16 cases, does that mean that an individual in that group whose

10:30:32 17 exposure stopped, that they have a less -- their risk is being

10:30:38 18 reduced the farther they get away from their last exposure?

10:30:42 19         THE WITNESS:  I see what you're saying.  And my answer to

10:30:45 20 that would be, no, their risk would be related to how much exposure

10:30:49 21 they had.

10:30:49 22         THE COURT:  It's not related to the time away from the

10:30:51 23 last exposure?

10:30:53 24         THE WITNESS:  No.  There was some thoughts about that

10:30:55 25 earlier, but there's some recent studies that show that it doesn't

10:31:00 1  make -- it doesn't have any impact.

10:31:02 2      THE COURT:  So the longer -- it makes no difference how

10:31:06 3  long ago you were exposed?

10:31:08 4      THE WITNESS:  Well, that's what the most recent studies

10:31:11 5  are showing, that's correct.

10:31:11 6      THE COURT:  You're going to have to show me a study that

10:31:15 7  says it makes no difference.

10:31:17 8      THE WITNESS:  All right.  I will.

10:31:17 9  BY MR. PATTON:

10:31:17 10  Q.  If I may ask you questions to attempt to clarify this point.

10:31:22 11  You're talking about risk overall within the group or of the group

10:31:25 12  of these cohorts, it goes out --

10:31:25 13      THE COURT:  But that's made up of a bunch of individual

10:31:28 14  risks, right?

10:31:28 15  BY MR. PATTON:

10:31:29 16  Q.  Can you say, though, that one individual's -- one person, that

10:31:33 17  their personal risk has changed because the studies conducted in

10:31:38 18  2013 as compared to a study in '98 or 2000?

10:31:43 19  A.  No.  Their individual risk doesn't change, but the risk to the

10:31:48 20  group that they're in changes, because the risk to that group --

10:31:51 21  that entire group comprises those who were exposed earlier plus new

10:31:58 22  people that were exposed subsequent to when they started working, so

10:32:02 23  the average exposure to the surviving cohort as you go is lower and

10:32:06 24  lower.  So the risk to that group will be lower and lower.

10:32:11 25  Q.  To the group?

10:32:12  1    A.  To the group, yes.  And that's why these relative risks decline

10:32:16  2    in these studies.  So if you had a group that was exposed, let's

10:32:20  3    say, between 1950 and 1970 and you followed them, you would say,

10:32:25  4    "Oh, they have a twofold risk, 1950 to 1970."  And now, let's say --

10:32:32  5    let's look at a group that's now exposed between 1970 and 1990.

10:32:37  6    Their exposure will be lower because exposures have generally come

10:32:44  7    down over time, so you would expect their relative risk to that

10:32:48  8    group to be lower than the group that is exposed between 1950 and

10:32:53  9    1970.  It's a reflection of how much the group is exposed to that's

10:32:59  10   left in this surviving cohort.  Plus you have the other -- you

10:33:06  11   have -- I want to go on to another point I make about this, but I

10:33:10  12   want to make sure that I am explaining this clearly to you first.

10:33:14  13             THE COURT:  Go ahead.

10:33:15  14             THE WITNESS:  The other point is, is that those who are

10:33:19  15   more susceptible in that cohort, they develop the leukemia first, so

10:33:25  16   that, now, what you have surviving also is a group that may be less

10:33:29  17   susceptible to the exposure.  So you have a group that's in the

10:33:34  18   surviving cohort that's less, generally less susceptible and plus

10:33:41  19   they're exposed to less as a group.

10:33:43  20   BY MR. PATTON:

10:33:44  21   Q.  Let's go on to Exhibit 25-A, this being a case-control study of

10:33:50  22   the Australian terminal workers, Gray 2001.

10:33:54  23             THE WITNESS:  Can I ask your Honor if she has any other

10:33:57  24   questions, because I think it's important to -- this is --

10:33:58  25             THE COURT:  You don't ask the judge questions.

10:34:01 1          THE WITNESS:  Oh, I'm sorry.  No, I want to know if you

10:34:02 2    had any questions.

10:34:03 3          THE COURT:  It goes the other way.  All right.  Proceed.

10:34:04 4          MR. PATTON:  Thank you, your Honor.

10:34:04 5          THE WITNESS:  Excuse me.

10:34:05 6    BY MR. PATTON:

10:34:06 7    Q.  Dr. Infante, tell us about Exhibit 25-A, the Gray 2001 study.

10:34:24 8    Tell us about this study and how it affects your opinions.

10:34:27 9    A.  Excuse me, Gray, yes.  Okay.  So now, what Gray did is they

10:34:38 10   took the cases of leukemia within these cohorts and did what's

10:34:41 11   called a nested case-control study.  And now they looked at the

10:34:47 12   results for the Australian terminal workers for leukemia, and what

10:34:54 13   they find is that odds ratio for the terminal workers is 7.05, and

10:35:00 14   that's highly significant.

10:35:01 15         THE COURT:  Are these the same people that were studied

10:35:04 16   before or is this another --

10:35:04 17         THE WITNESS:  They're the same cases that were in the

10:35:07 18   cohort studies, but now they've pulled the cases out and they are

10:35:11 19   going to do a case-controlled study to look at the exposure of the

10:35:17 20   cases versus the exposure of those they select as the controls.

10:35:21 21   It's called a nested case-control study because it's nested within

10:35:25 22   the cohort.

10:35:27 23   BY MR. PATTON:

10:35:27 24   Q.  There's such a large group of workers that they can be examined

10:35:30 25   in different fashions, correct?

10:35:31 1  A.  Well, they're going to do more detailed analysis on their

10:35:35 2  exposures.  You can't take, I don't know, ten, 15,000 people and do

10:35:39 3  this detailed exposure, so what you do is a case-control study where

10:35:44 4  you can just look at 20, 25 leukemias whatever, and look at the

10:35:48 5  exposure and the controls, or you can take time to focus in on that

10:35:52 6  and determine what their exposures are.

10:35:55 7  Q.  Okay.  Tell us about the Wong study in 2010, Exhibit 42, and

10:36:01 8  how this impacts your opinions.

10:36:04 9  A.  This is an interesting study to me, you know, it doesn't

10:36:09 10  provide any evidence of an association between gasoline exposure and

10:36:15 11  leukemia on the one hand; but then there are other analyses in the

10:36:21 12  study that does provide some evidence.  So what I've done here in

10:36:29 13  this chart is shown the results for three separate analyses related

10:36:36 14  to -- which would be related to gasoline or BTX exposure in this

10:36:45 15  study.

10:36:46 16        Let me start with the middle one.  When you look at the

10:36:48 17  odds ratio for gasoline, you see there is no increased risk of AML

10:36:55 18  related to gasoline odds ratio 1.07.  It's only a seven percent

10:37:01 19  increase.  That's not -- it's not statistically significant.

10:37:05 20        And then when they looked at AML with recurrent

10:37:12 21  chromosomal aberrations, there's also no increase in risk.  So you

10:37:15 22  would say, "Well, in my opinion, that analysis would show that there

10:37:20 23  is no association between gasoline exposure and AML."

10:37:28 24        On the other hand, when you look at the analysis that's

10:37:32 25  related to loading and unloading at terminals, they said depots,

10:37:36  1    marine terminals, warehouses and docks, the AML odds ratio is 2.1,

10:37:43  2    and that is statistically significant.  And then when you look at

10:37:48  3    AML with recurrent chromosomal aberrations, it goes up to 3.0, and

10:37:53  4    that's statistically significant.

10:37:56  5          So you say, "Well, why is it that you don't see it with

10:38:02  6    gasoline exposure, but that you see it with loading and unloading at

10:38:06  7    terminals?"  I guess I would say it's like, you know, loading and

10:38:12  8    unloading at terminals, in my opinion, provides some evidence.  But

10:38:16  9    the analysis specifically for gasoline doesn't, even though you know

10:38:20 10    the people loading and unloading at the terminals are also exposed

10:38:23 11    to gasoline.  It may have to do with how -- when they did their

10:38:27 12    exposure classification, how they determined where they put them.  I

10:38:31 13    don't know for sure, but I am just saying that that's a possibility

10:38:34 14    as to why do you have some differences in findings in this study.

10:38:39 15    Q.  And tell us about what the RCA or recurrent chromosomal

10:38:43 16    abnormalities are.

10:38:45 17    A.  RCA that means -- those are individuals that had AML that had

10:38:55 18    recurrent chromosomal aberrations, or cytogenetic abnormalities.

10:39:02 19    That was the analysis of that group.  That's what they did, they did

10:39:06 20    a bunch of analyses.  So it's showing that those were the recurrent

10:39:09 21    abnormalities of a higher risk.

10:39:13 22          They also did an analysis for home/workplace renovation,

10:39:19 23    and this analysis for AML it shows a 1.29 elevated risk that is not

10:39:27 24    statistically significant.  But then when they go to AML with

10:39:31 25    recurrent cytokinetic abnormalities, the risk is statistically

10:39:38  1   significant.  So you say, "Well, how is home/workplace renovation

10:39:42  2   related to gasoline?"  Well, because the authors are of the opinion

10:39:51  3   that the home/workplace renovation is a result of exposure in the

10:39:56  4   homes to BTX, which means benzene, toluene, and xylene and other

10:40:03  5   volatile organic compounds.  What's BTX?  That's -- gasoline

10:40:09  6   contains BTX; benzene, toluene, xylene.  So to me, you know, it

10:40:17  7   provides some evidence of an association with AML with those

10:40:23  8   exposures.

10:40:23  9         So I am just being complete in my evaluation.  That's what

10:40:26 10   that tells me.

10:40:27 11   Q.  Exhibit 27 is the Schnatter 2012 study cited in your report.

10:40:34 12   Tell us about this study and how it affects your opinions.

10:40:38 13   A.  Oh, yes.  These are -- this is an analysis 2012 for -- and for

10:40:48 14   those who worked as a tanker truck driver more than a year, it says

10:40:52 15   mostly at terminals, the MDS odds ratio is 7.2, and that's highly

10:41:03 16   statistically significant.

10:41:06 17         For AML, for those who worked as a tanker truck driver for

10:41:13 18   more than a year at terminals, the odds ratio is 2.2, and that's

10:41:17 19   statistically significant.

10:41:20 20         So in this study it's providing evidence that tanker truck

10:41:26 21   drivers have an elevated risk of MDS and also AML.

10:41:31 22   Q.  And finally, tell us about the Rushton 2014 study, included as

10:41:38 23   Exhibit 29 to the exhibit notebook, or binder.

10:41:41 24   A.  All right.  In Rushton 2014, this is the most recent study,

10:41:51 25   where they looked at workers from the UK, Canada -- where is the

10:42:03  1    third country?  UK, Canada -- I forget what the third one is right

10:42:09  2    now, it's in my report.  And what they found was that if you were

10:42:11  3    ever working as a tanker truck driver for more than a year, mostly

10:42:15  4    at terminals, the odds ratio is 2.02, and that's significant.  So

10:42:20  5    that's -- to me, looks like the same analysis that's in Schnatter

10:42:26  6    2012.  Looks like it's repeated, because the odds ratio and the

10:42:30  7    confidence intervals are identical.

10:42:32  8          But then what they also did, they looked at tanker truck

10:42:36  9    drivers who ever worked at terminals, and now the AML odds ratio

10:42:40 10    goes up to 2.41, and you say, "Well, what's the difference between

10:42:44 11    those two categories?"  Well, the "ever" working as a tanker truck

10:42:50 12    driver more than you're mostly at terminals shows a risk of twofold,

10:42:56 13    but then tanker truck drivers who ever worked at a terminal, so that

10:43:01 14    means they all worked at a terminal at some point in time, they have

10:43:04 15    an even higher risk of 2.4.

10:43:07 16          And now, the other interesting thing is -- in this study

10:43:10 17    is, if you turn to the discussion of Schnatter 2012 for the

10:43:16 18    population, they state that when they did an analyses looking at the

10:43:19 19    most recent 15 years of exposure versus exposures back further in

10:43:26 20    time, that had no affect at all on the odds ratios.  So your Honor

10:43:32 21    asked me a question earlier, "Well, where is a study that would show

10:43:35 22    that?"  And this is the study --

10:43:37 23          THE COURT:  No, I said that -- you said that's 15 years.

10:43:43 24    My question was:  Show me a study that says the time of exposure has

10:43:47 25    no affect on the disease, that the latency period has no effect.

10:43:55  1    Not saying 15 years -- I mean, 15 years is not forever.

10:44:01  2            THE WITNESS:  Right.

10:44:02  3            THE COURT:  You follow what I'm saying?  I see what you're

10:44:04  4    saying that this says that -- this suggests that up to 15 years

10:44:08  5    doesn't make any difference.

10:44:09  6            MR. PATTON:  We are prepared to discuss latency as well.

10:44:12  7            THE COURT:  Okay.

10:44:13  8    BY MR. PATTON:

10:44:13  9    Q.  Let's move on to a new category, and this is the almost final

10:44:19  10   group of gasoline studies upon which you rely.

10:44:23  11           Why did you consider children, the topic of children

10:44:27  12   exposed to gasoline and benzene and the risk of leukemias?  Why did

10:44:30  13   you pick this group in the first place?

10:44:32  14   A.  Children?

10:44:33  15   Q.  Yes.

10:44:34  16   A.  Because, I mean, one thing is for the reasons that EPA states

10:44:37  17   in its 2006 proposal is that children are a special group that can

10:44:43  18   be, you know, more susceptible to the toxic effects of benzene

10:44:47  19   because of their metabolism.  And also I wanted to look at, you

10:44:57  20   know, these are studies that are, in fact, related to gasoline

10:45:01  21   exposure, so is there an elevated risk to children.

10:45:05  22           I've always been interested in children.  One of my -- my

10:45:07  23   background and my training -- you didn't show it, so it's on my

10:45:11  24   CV -- is in child growth and development.  One of my first

10:45:15  25   publications in this area was leukemia rates in young children, you

10:45:25  1  know, in the state of Ohio and in other countries, is there a

10:45:28  2  decline in what's happening with treatment.  So I've always been

10:45:31  3  interested in child growth and development and in childhood

10:45:36  4  diseases.  So that's another reason that I wanted to look at the

10:45:38  5  data.

10:45:38  6  Q.  And additionally, other authors have also examined the group in

10:45:44  7  the context of childhood leukemia and benzene exposure or gasoline

10:45:48  8  exposure, correct?

10:45:49  9  A.  Yes.

10:45:50  10  Q.  Tell us briefly the difference between AML and ALL when we talk

10:45:54  11  about children, because I've heard it explained that when you hear

10:45:59  12  about a childhood leukemia or a child having leukemia, 90 percent of

10:46:04  13  the time the childhood leukemia is ALL.  So ALL is generally

10:46:08  14  considered a childhood leukemia; is that true?

10:46:12  15  A.  Yes, that's correct.

10:46:14  16  Q.  So accordingly, you're going to see more ALL's in childhood

10:46:20  17  studies, generally speaking?

10:46:21  18  A.  Just looking at childhood acute leukemia, absolutely, because

10:46:25  19  about 90 percent of childhood leukemia is ALL.  Doesn't mean they

10:46:29  20  don't get -- they also develop AML, but then when you're doing the

10:46:33  21  studies you're not going to recruit as many of them.

10:46:36  22  Q.  Okay.  Tell us about Exhibit 30 in the binder referenced in

10:46:39  23  your report, Shu 1988.

10:46:42  24  A.  This is a study that looked at, among other things, maternal

10:46:48  25  exposure to gasoline during pregnancy, and a reported odds ratio of

10:46:53  1   2.1, which is statistically significant.  And this is AML in the

10:47:00  2   children of mothers.  So it also had some other ALL, but I am not

10:47:06  3   dealing with those findings right now for this presentation.

10:47:09  4   Q.  Tell us about Exhibit 31, the Steffen 2004 publication.

10:47:15  5   A.  Yes.  Steffen 2004, the study was done in France, and they

10:47:21  6   reported an increase in childhood leukemia for children living near

10:47:25  7   gas stations, right, that would be exposed to, well, benzene through

10:47:31  8   the gasoline; but what it was is children living near gas stations.

10:47:38  9   And the odds ratio was 7.7 for AML, and that was statistically

10:47:47 10   significant; and for ALL, the odds ratio was 3.6, and that was also

10:47:53 11   statistically significant.

10:47:55 12        And then the study also shows a dose response by the

10:48:00 13   number of months living next to a gas station.  So if the children

10:48:04 14   were in a resident next to a gas station for, I think, less than

10:48:09 15   36 months, they had a certain risk that was elevated, and then when

10:48:12 16   they lived at a residence more than 36 months, then it was highly

10:48:18 17   statistically significant.  And the study shows a dose, in fact, a

10:48:23 18   significant dose response.

10:48:24 19   Q.  If children, generally speaking, more often have ALL, why is

10:48:29 20   there the gap in the 7.7 versus 3.6 odds ratio of AML compared to

10:48:36 21   ALL?  You said there'd be more childhood leukemias of ALL type in

10:48:42 22   this study?

10:48:42 23   A.  There are more.  I don't have the numbers in here, but there

10:48:46 24   are more.  There are a lot more.

10:48:47 25   Q.  ALL?

10:48:48 1    A.  ALL's in this study, yes.

10:48:50 2    Q.  But you would expect more ALL's among the general unexposed

10:48:55 3    population?

10:48:55 4    A.  Of children, yeah, because you're comparing it to, you know,

10:49:01 5    the standard population.

10:49:04 6    Q.  Okay.  A few more here --

10:49:07 7    A.  I am not saying that the AML risk from exposure to gasoline is

10:49:12 8    greater than the risk for ALL.  I am just reporting they're both

10:49:19 9    statistically significant, because probably there weren't that many

10:49:24 10   cases of AML and it was still statistically significant, but then

10:49:28 11   you see a wide confidence interval in the AML.

10:49:31 12   Q.  Tell us about the Brosselin study in 2009, which is Exhibit 32

10:49:36 13   in the exhibit binder, and how it affects your opinions.

10:49:39 14   A.  Yes.  This is another study that reports an increase in total

10:49:43 15   acute leukemia for -- this is children living next to a petrol

10:49:51 16   station -- for total child -- this is childhood leukemia.  I don't

10:49:54 17   think it says.  I guess the title of this says, "Children."

10:50:01 18          Okay.  The total would be ALL plus AML of childhood, the

10:50:06 19   odds ratio is 2.1.  That's statistically significant.  Then if you

10:50:14 20   break it down into ALL and AML, you see the odds ratio for ALL is

10:50:19 21   2.0.  That's statistically significant.  And that's based on

10:50:27 22   16 cases.  When you look at the odds ratio for AML, you see a higher

10:50:33 23   ratio of 2.5, but that is not statistically significant, and that is

10:50:38 24   based on only three cases.

10:50:40 25          So I think that it's an issue here that you don't really

10:50:44  1   have a lot of statistical power in the AML analysis because it only

10:50:48  2   included three cases of AML, but you still see a high risk.  I think

10:50:56  3   they're consistent with each other in my opinion.

10:50:57  4   Q.  And I think we mentioned earlier, but the specific tables or

10:51:03  5   the specific pages are referenced on the exhibit.  But, for

10:51:07  6   instance, you reference page 602, and this is the actual chart where

10:51:11  7   you're driving these numbers.  And this would show different periods

10:51:16  8   of exposure; intrauterine, childhood, both, or missing information.

10:51:23  9   It looks at ALL, looks at AML.  There are various findings in this

10:51:28 10   study and in most all of the studies we've talked about, beyond what

10:51:31 11   you're just citing, correct?

10:51:33 12   A.  Yes.

10:51:33 13   Q.  These are the ones that you've chosen to focus on?

10:51:40 14   A.  The ones that I identified in the literature showing elevated

10:51:44 15   risks, yes, related to gasoline.

10:51:47 16   Q.  Exhibit 45 is Nordlinder and Jarvholm, 1997.  What is this

10:51:55 17   study?

10:51:55 18   A.  What this study did it examined the risk of leukemia to

10:51:59 19   children and young adults, so it was ages 0 to 20.  Usually

10:52:04 20   childhood leukemia is considered ages 19 or younger, or in some

10:52:09 21   studies it's 15 or younger; but childhood leukemia would be defined

10:52:15 22   as below the age of 20.  So this is called childhood and young

10:52:19 23   adults because it goes up to 24 years of age at the time of

10:52:23 24   diagnosis.

10:52:26 25              And what they found was that -- they looked at the

10:52:29  1    incidence rate per million in relation to car density, and in it

10:52:37  2    they found for, like, the lower car density, the incidence rate was

10:52:42  3    3.4 per 100,000; and for the highest category of car density it was

10:52:49  4    5.5 for 100,000.  And the authors concluded there was a dose

10:52:55  5    response --

10:52:55  6            THE COURT:  I don't understand what this means.  What is

10:52:58  7    car density?

10:52:59  8            THE WITNESS:  They looked at number of cars per square --

10:53:05  9    that were per square meter in the area where they did the study.

10:53:11 10    BY MR. PATTON:

10:53:11 11    Q.  Does this go along with the earlier EPA rule in 2006 and 2007

10:53:17 12    final rule where they talk about mobile sources?  You discussed in

10:53:21 13    the 2006 and 2007 EPA documents talk about living near gas stations

10:53:27 14    and also talks about vehicle emissions and, again, mobile sources,

10:53:31 15    right?

10:53:33 16    A.  Well, yes, related to that, of course.  But what they did is

10:53:36 17    they said, "Well, let's see a surrogate for exposure to" --

10:53:48 18    Q.  To mobile emissions?

10:53:50 19    A.  -- "to exhaust, mobile emissions."  How can we determine that?

10:53:53 20    You can't go out today and take a sample and say, "This represents

10:53:57 21    what's been going on for the last two or three or five years."  So

10:54:02 22    their means of determining the exposure was by the number of cars

10:54:09 23    per square meter -- I mean, square kilometer in various areas of

10:54:19 24    Sweden.

10:54:20 25    Q.  But the risks were 3.4 and 5.5, that's not the number of cars?

10:54:25  1    A.  Right, that's the risk of childhood --

10:54:28  2              THE COURT:  Is that significant?

10:54:30  3              THE WITNESS:  They're both statistically significant from

10:54:34  4    background in the study.

10:54:36  5              I mean, this isn't as strong as the other studies, but I

10:54:40  6    thought it was pretty interesting to say, "Well, we don't really

10:54:43  7    know exactly how to measure it, so let's look at car density and see

10:54:47  8    if there's any association."

10:54:48  9    BY MR. PATTON:

10:54:48  10   Q.  And it goes along with, as you pointed out, the 2006-2007 --

10:54:52  11             THE COURT:  That's repetitive.  I am hearing a lot, I

10:54:56  12   don't need to hear it twice.  Go ahead.

10:54:57  13   BY MR. PATTON:

10:54:57  14   Q.  Dr. Infante, Exhibit 49 is the final one of this group.

10:55:01  15   Whitworth 2008, tell us about this study.

10:55:04  16   A.  This was a study that was done in the area of Houston, Texas.

10:55:08  17   And it showed that children living in census tracts with the highest

10:55:14  18   benzene exposure which was determined from EPA data on fugitive

10:55:20  19   emissions.  Those that lived in the census tracts with the highest

10:55:25  20   benzene exposure, their relative risk of AML was 2.2, and that was

10:55:31  21   statistically significant.  And the relative risk of ALL was 1.24,

10:55:38  22   and that was not -- it's close, but it's not statistically

10:55:43  23   significant.  So it's kind of another way of where one measured the

10:55:47  24   car density, the one above, now they're looking at census tracts

10:55:51  25   with the highest benzene exposure of fugitive emissions.

10:55:56  1          So its data kind of are consistent.  These are like

10:56:00  2   indirect means of measuring, you know, gasoline and gasoline

10:56:04  3   exhaust.

10:56:06  4   Q.  If I may go back to the laptop.

10:56:09  5          THE DEPUTY CLERK:  The last exhibit you said 49, but I

10:56:11  6   think you meant 46; is that right?

10:56:13  7          MR. PATTON:  I meant 46 and it is marked as 46.  Forgive

10:56:17  8   me.

10:56:17  9          If I may go back to the presentation.

10:56:17  10  BY MR. PATTON:

10:56:22  11  Q.  Dr. Infante, in forming your opinions in this case regarding

10:56:27  12  the toxicity of benzene, did you also consider gasoline -- in

10:56:31  13  gasoline, did you also consider studies involving gasoline and DNA

10:56:36  14  damage?

10:56:36  15  A.  Yes.

10:56:36  16  Q.  In fact, Mr. Burst exhibited chromosomal damage of five, seven,

10:56:41  17  but there are additional studies in the literature which

10:56:44  18  specifically talk about DNA damage from benzene in gasoline, and

10:56:49  19  those are cited in your report, correct?

10:56:51  20  A.  Yes.

10:56:52  21  Q.  Tell us about Exhibit 33 of the binder, the Hogstedt study.

10:57:02  22  A.  Yes.  This study was done in Sweden and they evaluated gasoline

10:57:08  23  pump mechanics, and what they found was that they had a

10:57:13  24  significantly higher rate of -- the leukocyte count was elevated.

10:57:23  25  And they had evidence in this study of effects on DNA from exposures

10:57:32 1  of around one milligram per cubic meter of benzene, but they say

10:57:37 2  there were peaks up to 20 milligrams.  Now, one milligram per cubic

10:57:43 3  meter of benzene is the equivalent of about 0.3 parts per million.

10:57:48 4  Q.  So this is showing at the very moment that people are being

10:57:53 5  exposed this type of effect of benzene on the DNA, correct?

10:57:56 6  A.  Of pump mechanics, yes.

10:57:58 7  Q.  Of pump mechanics?

10:58:01 8  A.  Right.

10:58:01 9  Q.  Gasoline pump mechanics?

10:58:01 10  A.  Yes.

10:58:01 11  Q.  What is 34, the Santos-Mello study from Brazil regarding gas

10:58:09 12  station attendants?

10:58:10 13  A.  Well, again, this is a cytogenetic study on gasoline station

10:58:14 14  attendants.  What they found was that there was a significantly

10:58:16 15  higher frequency of chromosome deletions among gas station

10:58:23 16  attendants in the control group.  It's taking into account the

10:58:28 17  relationship between clastogenicity -- which means chromosomal

10:58:31 18  breakage -- and increased cancer risk, we may consider these workers

10:58:35 19  to form a risk group.  So these are gas station attendants again.

10:58:40 20  Q.  Gas station attendants, 1992, chromosomal deletions, correct?

10:58:44 21  A.  Yes.

10:58:44 22  Q.  Exhibit 35 is the Oesch study from 1995.  Tell us about this

10:58:57 23  study and how it impacts your opinions.

10:59:00 24  A.  Again, they found an increase in single strand breaks between

10:59:06 25  Monday and Friday, the workers.  So I think they evaluated their

10:59:12  1  blood on Monday and also looked for other measures of exposure to

10:59:21  2  benzene, actually, metabolism of benzene in these workers.  Then

10:59:25  3  they looked at them on Friday again.  And this was a non-smoking

10:59:29  4  petrol pump attendants.  And they found, you know, an increase in

10:59:34  5  single strand breaks in the DNA, which means that you've got two

10:59:40  6  chromosomes, so like one chromosome was broken, not both.  That's

10:59:45  7  what it means by a single strand break.

10:59:47  8  Q.  And then Exhibit 36 of the exhibit binder is the Nilsson 1996

10:59:52  9  report.  Tell us about this study as it pertains of your opinions of

10:59:57 10  benzene from gasoline.

10:59:59 11  A.  Again, they're measuring DNA damage to workers that are exposed

11:00:04 12  to gasoline.  And if you look at the conclusion, it says, "Multiple

11:00:11 13  linear analyses adjusting for smoking showed a significant

11:00:15 14  association between the exposure level of benzene during the shift

11:00:20 15  and the increase of," they've got 80 HDQ.  This is -- I think it's

11:00:29 16  defined up above -- in the urine over the shift.  So over the shift

11:00:36 17  they're seeing an increase in this metabolite and saying that these

11:00:42 18  findings indicate a genotoxic effect in humans of benzene at

11:00:50 19  relatively low exposure levels, that is about 0.1 ppm.

11:01:00 20  Q.  Tell us about Exhibits 38 and 39, the Fracasso 2009 and

11:01:05 21  Chanvaivit 2007 study.

11:01:09 22  A.  Well, the Fracasso, again, they evaluated DNA damage, this is

11:01:16 23  among African gas station attendants, and found significantly higher

11:01:20 24  DNA damage as compared to the controls.  And then, the Gerthal, et

11:01:27 25  al, 2014 study, again, evaluated genotoxicity of benzene among gas

11:01:32  1   station attendants in Brazil.  And the authors demonstrated a

11:01:37  2   significant association between a bio marker of benzene exposure and

11:01:42  3   genotoxicity and oxidative DNA damage among the exposed workers.

11:01:50  4   Q.  Same thing for Thailand involving chromosomal deletions?

11:01:55  5   A.  I'm sorry?  Oh, you're talking about the last study?

11:01:59  6   Q.  Yes, sir.

11:02:00  7   A.  Yes, right.

11:02:01  8   Q.  Let's go to Exhibits 40 and 41, Keretetse 2008 and Goethel

11:02:11  9   2014.  These both evaluate gas station attendants as well, correct?

11:02:15 10   A.  Yes.

11:02:15 11   Q.  And the findings are consistent with what you explained before,

11:02:19 12   talks about benzene exposure and genotoxicity.  Again, DNA damage in

11:02:25 13   the context of gasoline workers, correct?

11:02:29 14   A.  Yes.

11:02:30 15   Q.  These studies that you've just reviewed in Exhibits 34, 35, 36,

11:02:35 16   38, 39, 40, and 41, I neglected to include one more study that was

11:02:41 17   cited in your report; but in any event, these are all post 1992,

11:02:46 18   correct?

11:02:46 19   A.  Yes.

11:02:46 20   Q.  As current as 2014, correct?

11:02:49 21   A.  Yes.

11:02:49 22   Q.  And consistently show that type of effect and damage from a

11:02:53 23   toxicological standpoint of benzene as a component in gasoline,

11:03:00 24   true?

11:03:00 25   A.  Yes.

11:03:00  1    Q.  Of workers while they're pumping the gasoline, true?

11:03:03  2    A.  Yes.

11:03:03  3    Q.  Let's talk about latency.  Dr. Infante, what -- you discuss it

11:03:09  4    in your report at pages 51 through 54, and I think a little beyond.

11:03:20  5    Tell us, generally, what your opinions are on latency as it affects

11:03:24  6    the risk of developing AML or leukemia from benzene in gasoline.

11:03:32  7    A.  Most of the data on latency is really related to benzene

11:03:37  8    exposure and the -- I have the studies listed in there by what the

11:03:45  9    average latency is and the range of latencies; but specifically, if

11:03:51 10    you look at the Shell Wood River refinery workers that has,

11:03:56 11    essentially, a large component is a study of retirees.  They have a

11:04:03 12    fourfold elevated risk of AML, which is statistically significant.

11:04:10 13    And if you look at the latency for the cases from the Shell Wood

11:04:15 14    River refinery, you have an average of 36 years latency with a range

11:04:21 15    of 17 to 54 years of latency.

11:04:26 16          So my point is that all of those AML's that are identified

11:04:31 17    in that group, in that whole group, they're at an elevated risk of

11:04:36 18    leukemia and you're seeing a long latency period.

11:04:40 19          Now, a lot of studies don't show as long a latency period

11:04:46 20    because the workers aren't followed for as long a time period.  So

11:04:52 21    you can't possibly have a long latency period; depends on how long

11:04:57 22    they're followed.  And I go through all of that literature in my

11:05:00 23    section on latency.

11:05:02 24          If you look at MDS, myelodysplastic syndrome, if you look

11:05:06 25    at Honda study of Shell workers, they have a sixfold risk of MDS.

11:05:13  1    They identified six versus one expected, highly significant.  And
11:05:18  2    when you look at when the -- the cases were all employed before
11:05:24  3    1949.  And when you look at when they were diagnosed, the minimum
11:05:27  4    latency period has to be from 36 to 45 years, then the maximum
11:05:34  5    latency period has to be between 51 and 60 years, to a group that
11:05:40  6    shows a sixfold risk of MDS.

11:05:43  7            So that's the best I can do from that study because they
11:05:46  8    don't have it exact.  In other words, you have to take that data out
11:05:50  9    from the study to estimate what the latency is.

11:05:54  10           But I have a lot of other -- I have all of the benzene
11:05:56  11   cohort studies in here and what the average latency is, how long
11:06:00  12   they were followed.  And some of it, as I said, is related.  The
11:06:03  13   latency period is related to how long they are followed.  So you can
11:06:07  14   have a short lateen period, you can one or two years and get
11:06:13  15   leukemia, or you can have it decades later, up to 50 or more years;
11:06:18  16   but workers usually aren't followed that long to look at the risk.

11:06:22  17           But in the Shell Wood River Plant, in fact, a large
11:06:26  18   portion of retirees, and that's probably why you see a fourfold risk
11:06:31  19   of AML, which is very high, and you see the longer latency period.
11:06:35  20   Q.  To wrap up in your opinions in this case, Dr. Infante, do you
11:06:39  21   have an opinion as to whether or not benzene exposure from gasoline
11:06:43  22   is carcinogenic?
11:06:45  23   A.  Yes.
11:06:45  24   Q.  What is that opinion?
11:06:46  25   A.  My opinion is that it is, and, specifically, it's a cause of

11:06:50  1   AML.

11:06:51  2   Q.  And is that opinion held to a reasonable degree of medical and

11:06:55  3   scientific certainty?

11:06:56  4   A.  Yes.

11:06:56  5   Q.  Is that based on the Exhibits 1 through 48, which we've

11:07:01  6   included in the tabbed binder for the Court, and as referenced in

11:07:06  7   your report?

11:07:06  8   A.  Yes.

11:07:07  9   Q.  And that would also include the findings and additional

11:07:11  10  explanation in your report, Exhibit 1, correct?

11:07:13  11  A.  Yes.

11:07:14  12         MR. PATTON:  Your Honor, as a matter of housekeeping, I

11:07:17  13  would ask for the opportunity to supplement the record with what

11:07:19  14  would be Exhibit 49, the Strom 2015 study, and Exhibit 50, the

11:07:24  15  Rushton and Romaniuk 1997 study, which are my clerical errors.

11:07:29  16         THE COURT:  That's fine.

11:07:32  17         MR. PATTON:  With that, I think I pass the witness.

11:07:34  18         THE COURT:  We are going to take a 15-minute break and

11:07:38  19  come back for cross.

11:07:39  20         THE DEPUTY CLERK:  All rise, please.

11:07:41  21     (WHEREUPON, A RECESS WAS TAKEN.)

11:24:33  22     (OPEN COURT.)

11:24:34  23         THE DEPUTY CLERK:  Court's in session.  Please be seated.

11:24:37  24         THE COURT:  Are we ready?

11:24:39  25         MR. SCOTT:  I am, your Honor, thank you.  And your Honor,

11:24:43  1   with the Court's permission and indulgence, we provided last week a

11:24:48  2   fairly thick notebook of many of the materials we will rely upon.  I

11:24:54  3   expect before these hearings are over, we will have gone through

11:24:59  4   every one of the exhibits in them.

11:25:01  5              THE COURT:  Okay.

11:25:02  6              MR. SCOTT:  For ease of use today, we would like to mark

11:25:05  7   that notebook as Defendant's Exhibit 1; and then, to the extent we

11:25:09  8   don't discuss any of them during the hearing, we would certainly

11:25:12  9   withdraw those.

11:25:13 10              THE COURT:  Okay.

11:25:21 11              MR. SCOTT:  I have been corrected.  Mine is one notebook

11:25:24 12   because it's double sided, I think the Court's may be two notebooks.

11:25:28 13              THE COURT:  Right.

11:26:01 14              MR. SCOTT:  Your Honor.

11:26:02 15                         CROSS-EXAMINATION

11:26:02 16   BY MR. SCOTT:

11:26:02 17   Q.  Good morning, Dr. Infante.

11:26:04 18   A.  Good morning.

11:26:06 19   Q.  You spoke a lot about a fascinating study that related to

11:26:12 20   ground water contamination in Pennsylvania in children, and you gave

11:26:17 21   us some fairly big relative risk numbers.  Do you recall that?

11:26:21 22   A.  No, no, that was not about children, that was adults exposed.

11:26:30 23   And it was contamination of their homes, not from ground water.

11:26:36 24   Q.  Is that -- the study to which you refer, Talbott, was one of

11:26:41 25   the authors on that study?

11:26:41 1    A.  Yes, 2011, correct.

11:26:44 2    Q.  Right, that's what's called an ecological study; is that true?

11:26:49 3    A.  Well, I am not sure you could define it as a cohort of

11:27:01 4    residents exposed to gasoline fumes.  That's what it was.

11:27:09 5    Q.  So is it your position that the Talbott study done in

11:27:15 6    Pennsylvania with regard to gasoline in the water or gasoline coming

11:27:19 7    up into people's homes is some evidence that gasoline is a cause --

11:27:25 8    benzene exposure in gasoline is a cause of AML in people?

11:27:29 9    A.  Yes.  And I believe that was the author's conclusions also.

11:27:33 10   Q.  That is certainly not an opinion -- well, actually, that's not

11:27:37 11   quite right, is it?  Talbott said that it showed a possible

11:27:42 12   association between gasoline exposure.  The authors did not conclude

11:27:46 13   that there was any association; true?

11:27:48 14   A.  No, I don't recall that aspect of it, but, I guess, if we

11:27:54 15   pulled the study, then we would be clear on it.

11:27:56 16   Q.  I'll show it to you in just one moment.

11:27:59 17          THE COURT:  I think it's in the last paragraph.  I am not

11:28:02 18   sure.  Go ahead.  Which one is this?

11:28:23 19          MR. SCOTT:  This would be -- it's in the abstract.

11:28:23 20   BY MR. SCOTT:

11:28:49 21   Q.  So in the conclusions in the abstract, Ms. Talbott says the

11:28:55 22   results suggest, suggest a possible association, true?

11:29:00 23   A.  Yes, between chronic low-level benzene exposure and increased

11:29:05 24   risk of leukemia, correct.

11:29:07 25   Q.  And it is your view that the only benzene exposure in this

11:29:11 1  group came from gasoline that had vapors coming up into people's

11:29:16 2  homes, true?

11:29:17 3  A.  That was being evaluated.  I mean, when you say, "the only

11:29:21 4  benzene exposure in that group," I suppose if some of those

11:29:24 5  residents, you know, were out somewhere else, they could have had

11:29:28 6  some exposure to gasoline, you know, that other people have in the

11:29:32 7  general environment.

11:29:33 8  Q.  Sure.

11:29:34 9  A.  But with that caveat, I would say that, you know, there are

11:29:41 10  ones that were defined by, you know, smelling the gasoline vapors as

11:29:46 11  those are the ones that were -- the residences that were exposed.

11:29:50 12  Q.  The use of the Talbott paper in the way you have used it in

11:29:58 13  this hearing has been criticized by some people who are very

11:30:01 14  knowledgeable about toxicology, would you agree?

11:30:03 15  A.  I don't know who you mean.  I don't know who -- I think it's a

11:30:09 16  very strong study.  It was peer-reviewed by a very good group of

11:30:15 17  investigators at the University of Pittsburgh.  You know, I don't

11:30:18 18  know who you're talking about.

11:30:20 19  Q.  Sure.  Let me help you.  Casarett & Doull, do you know what

11:30:24 20  that is?  You've seen this book before, haven't you, Dr. Infante?

11:30:35 21  A.  Not that particular version, no.

11:30:37 22  Q.  This is the latest version so you may not have that one.

11:30:40 23  A.  I don't.

11:30:41 24  Q.  But you've seen Casarett & Doull.  This book has been referred

11:30:45 25  to as the Bible of toxicology for years and years, true?

11:30:50 1   A.  I don't know that it is, no.

11:30:51 2   Q.  Have you read what Casarett & Doull said about using the

11:30:58 3   Talbott study in the way you did?

11:31:00 4   A.  No, I haven't.  And are they the ones who said it or is it

11:31:04 5   someone that authored a chapter in the book?

11:31:06 6   Q.  Sure.  Fair question.  And, in fact, this may be a little hard

11:31:19 7   to read.  But in the Chapter 24 in Casarett & Doull -- I am just

11:31:24 8   doing this so you can see the authors -- it is Bruckner, Anand, and

11:31:31 9   Warren, they wrote the chapter on *Toxic Effects of Solvents and*

11:31:37 10  *Vapors*.  Have you seen that?

11:31:38 11  A.  No.  And is that the chapter that includes the discussion of

11:31:41 12  the Talbott study?

11:31:43 13  Q.  Yes, sir, it is, and I am about to get there.

11:31:45 14  A.  Okay.  And are they epidemiologists?

11:31:48 15  Q.  You would have to ask them.  Casarett & Doull is probably the

11:31:53 16  most well-respected text on toxicology, true, you know that?

11:31:56 17  A.  You know, I don't know that it is, but I won't argue with you

11:31:59 18  about that.

11:32:00 19  Q.  We'll have a toxicologist address that later, but let's see

11:32:03 20  what they said.  I want to start at the bottom left-hand column.

11:32:19 21  This is fuels and fuel additives, and the column is titled

11:32:24 22  "Automotive Gasoline."  Between 1986 and 2004, EPA --

11:32:28 23          THE COURT:  Can you blow that up because I am having

11:32:31 24  trouble focussing on where you are, and kind of point me to where

11:32:36 25  we're reading.

11:32:41  1  BY MR. SCOTT:

11:32:41  2  Q.  And I am reading right down here beginning at the last

11:32:45  3  paragraph of the left-hand column.

11:32:48  4        And they are talking about EPA tracking of these various

11:32:54  5  releases of gasoline into the environment, true?

11:32:57  6  A.  I don't know.  I haven't read this chapter before.

11:32:59  7  Q.  Well, were you aware that Casarett & Doull discussed the

11:33:07  8  Tranguch gasoline spill cohort study?  That's the retrospective

11:33:12  9  cohort study.  That's the study you were talking about with Talbott,

11:33:16 10  true?

11:33:16 11  A.  Yes.

11:33:17 12  Q.  Let's go on to the top of the next column.  There are actually

11:33:20 13  two authors, I think Patel was first and then Talbott was the second

11:33:24 14  one that followed up -- and they describe some of the same numbers

11:33:27 15  that you described.  It's SIR of all types of leukemia,

11:33:33 16  significantly elevated, 4.4.  And then they say, "However, the

11:33:38 17  excess was based on only four cases, two of which had a history of

11:33:43 18  smoking."  Why is that important?

11:33:45 19  A.  Well, that's not the same -- those aren't the same numbers that

11:33:48 20  are -- do they cite the Talbott study in there?  I don't see Talbott

11:33:53 21  cited because they have more than four cases in the Talbott study.

11:33:57 22  Q.  Was Talbott a follow-up of Patel?

11:34:00 23  A.  Talbott was, yes.  But it followed for, you know, an additional

11:34:04 24  few years.  And so there are more cases, but there are three cases

11:34:10 25  of AML in the Talbott study and there are not in the Patel study.

11:34:14  1   Q.  Fair enough.  The cases in Patel, there were three different

11:34:18  2   kinds of leukemia, true?

11:34:19  3   A.  There are three different types of leukemia among the -- what

11:34:25  4   is it?  How many there are now, five or how many -- there are three

11:34:28  5   different types of leukemia, yes, but three of them happened to be

11:34:31  6   AML.

11:34:32  7   Q.  Let me go back to my question.  Why is it important, as they

11:34:35  8   point out, that the excess was based -- in Patel, was based on four

11:34:40  9   cases, two of which were smokers?

11:34:50 10   A.  Well, I don't know.  I don't know how important that is from

11:34:59 11   that small cohort.  If they were all smokers, you wouldn't expect as

11:35:04 12   much leukemia risk as you identify.  Because from cigarette smoking,

11:35:11 13   you're talking about, what, parts, you're talking about parts per

11:35:18 14   billion atmospheric exposure to benzene, so it's much less.  I

11:35:24 15   think, you know, that's interesting, but you certainly would not

11:35:28 16   discount the cases because two of them were cigarette smokers.

11:35:30 17   Q.  You would not discount them?

11:35:32 18   A.  I don't think any epidemiologist would.

11:35:34 19   Q.  The Surgeon General of the United States says that cigarette

11:35:37 20   smoking is a cause of acute myeloid leukemia; true?

11:35:40 21   A.  I agree with that, yes.

11:35:42 22   Q.  Now, that's not particularly relevant in the Burst case other

11:35:46 23   than using studies where smokers were included as support for the

11:35:49 24   notion that gasoline caused AML.  Do you understand?

11:35:55 25   A.  Yes.  But I don't think it's important in that study is what I

11:35:59 1    am saying.  Because if two of them were smokers, in order to look at

11:36:04 2    the risk from smoking in that cohort, you would have to know what

11:36:09 3    the percentage of smoking was in the entire cohort.  And what I am

11:36:14 4    suggesting is that even if it were 100 percent smokers, you would

11:36:17 5    not expect such a high relative risk of AML.  You could not point me

11:36:21 6    to a study of cigarette smokers -- high dose cigarette smokers that

11:36:27 7    would show a risk anywhere for AML anywhere near 11-fold or 16-fold,

11:36:32 8    and I challenge you to do that.

11:36:34 9           Based on the surgeon general's report, any study that you

11:36:37 10   want to try to find, you will not find a risk that's probably above

11:36:42 11   twofold for heavy cigarette smokers and AML, and yet this study

11:36:48 12   shows a risk of 11 to, what, 16-fold for AML.  So I think the

11:36:53 13   cigarette smoking, to me, is a non-issue because two of the four

11:36:58 14   were cigarette smokers.

11:36:59 15   Q.  So, apparently, it was an issue to the authors of the Casarett

11:37:04 16   & Doull chapter, but let's go on to see what they say about this

11:37:06 17   study, the one you relied on.

11:37:07 18          "Such a study exemplifies the problem with inferring

11:37:11 19   causation for environmentally exposed populations based on limited

11:37:17 20   data."  You would have to acknowledge this was limited data,

11:37:21 21   wouldn't you?

11:37:22 22   A.  I don't think the Talbott study is limited data.  Furthermore,

11:37:27 23   they are not commenting on the Talbott study.  The Talbott study has

11:37:31 24   another case of AML.  The Talbott study did an analysis by the very

11:37:38 25   highest exposure, which shows a higher risk, which shows a dose

11:37:42 1   response.  The Talbott study also shows there was no leukemia in the

11:37:46 2   area five years prior to the spill, none five years subsequent to

11:37:51 3   the spill.  They are not evaluating the Talbott study.  They're

11:37:56 4   evaluating an earlier study that does not have nearly the

11:38:00 5   information in it that Talbott does.

11:38:01 6   Q.  Talbott added one case of leukemia, true?

11:38:04 7   A.  Yes, but she also did other analyses that were very impressive

11:38:08 8   and, I think, very -- shows dose response.  In fact, Patel doesn't

11:38:13 9   do any dose response analysis, for example.  So it's a different

11:38:16 10  study.  To characterize it as them reviewing the Talbott study is

11:38:21 11  incorrect.

11:38:22 12  Q.  And not to be repetitive, but Talbott herself said it's

11:38:26 13  suggested a possible association, true?

11:38:29 14  A.  Did you read the rest of the abstract right after that?  I

11:38:34 15  think she makes other statements, too.

11:38:36 16  Q.  I'll be happy to put it back up there.  I thought that was in

11:38:39 17  the conclusion part.

11:38:40 18  A.  It's not all of it.  "Our study provides additional support to

11:38:46 19  the growing body of evidence implicating low-level benzene exposure

11:38:51 20  and cancer risk.  We recommend that other communities contaminated

11:38:55 21  with gasoline vapor through leaking underground storage vessels be

11:38:59 22  monitored for elevated risk of leukemia."

11:39:02 23  Q.  Yes, sir.

11:39:03 24  A.  So I think that's a pretty strong statement.

11:39:05 25  Q.  Did I misread Talbott?

11:39:08   1   A.  You didn't misread Talbott, no.  But what I am saying is, what

11:39:12   2   you're characterizing as a review of Talbott is not.  And also, I am

11:39:16   3   not aware of who the authors are of that chapter and what their

11:39:22   4   training is in epidemiology, because I've never heard of them, quite

11:39:26   5   frankly.

11:39:26   6   Q.  What is the largest -- in terms of number of people studied, I

11:39:31   7   believe you have previously told me that if we really wanted to know

11:39:36   8   what Mr. Burst's exposures were, the best evidence would be if he

11:39:41   9   had a monitor and walked around with it on all of the days he

11:39:45  10   worked, true?

11:39:46  11   A.  Well, I don't know if I told you that or not, but that would be

11:39:50  12   one way, yes, you could monitor his every day exposure.  That would

11:39:54  13   be excellent to determine what his exposure was.

11:39:57  14   Q.  And the second best way would be to look at people who do what

11:40:02  15   he did, to look at studies which studied people who were service

11:40:07  16   station attendants and mechanics and those sorts of things.  We

11:40:10  17   wanted to find out how much benzene from gasoline he was exposed to.

11:40:14  18   True?

11:40:14  19   A.  No.  We had that discussion during the deposition.  And I said

11:40:18  20   he, as I recall, used gasoline to clean, and you don't know that

11:40:23  21   other people involved, say, in the general group of -- say, out of

11:40:28  22   mechanics do that same thing.

11:40:32  23   Q.  Is it your belief that Mr. Burst was unique among auto

11:40:37  24   mechanics?

11:40:37  25   A.  That I don't know.  But what I am saying is that he did use

11:40:43 1    gasoline in a way that should never have been used and that is as a

11:40:47 2    solvent.  So what I'm saying is, you can't exactly compare him to

11:40:51 3    other motor mechanics because you don't know that as a group being

11:40:56 4    studied, you know, other motor mechanics all used gasoline as a

11:41:02 5    solvent.  That's all I'm saying.

11:41:04 6    Q.  And as I recall, it was your view that it would be better to

11:41:06 7    make some assumptions and model his exposure rather than use these

11:41:12 8    studies that showed what people who are service station attendants

11:41:16 9    and auto mechanics are exposed to in terms of benzene from gasoline;

11:41:20 10   that's your opinion, true?

11:41:21 11   A.  I don't remember making that comment about modeling, but I

11:41:25 12   think that, as you mentioned earlier, if you had a monitor on him

11:41:27 13   and you measured his every day exposure, that would be the best.

11:41:31 14   Q.  Now, what is -- if we were interested in service station

11:41:35 15   attendants, what is the largest study that has ever been done in

11:41:41 16   terms of number of people studied who were service station

11:41:45 17   attendants and mechanic, people who worked in the service stations?

11:41:51 18   A.  You know, there could have been one in Scandinavia or the

11:41:55 19   Nordic countries.

11:41:55 20   Q.  Yes, sir, there could have been.

11:41:57 21   A.  That's one.

11:41:57 22   Q.  How many people were studied in that cohort?

11:42:00 23   A.  Could you refer me to the study, and then I'll know what we're

11:42:03 24   talking about.

11:42:03 25   Q.  Happy to.  Let me put it on the monitor here.  This is a study

11:42:10  1   that appeared in the *American Journal of Epidemiology* in 1997, "Risk

11:42:18  2   of Cancer and Exposure to Gasoline Vapors."   That's exactly what

11:42:21  3   we're looking at here, true?   That's the question here?

11:42:26  4   A.  Yes.

11:42:27  5   Q.  And it was by Dr. Elsebeth Lynge.  You know Dr. Lynge, true?

11:42:32  6   A.  Yes.

11:42:33  7   Q.  How many people did Dr. Lynge and her coauthors look at in the

11:42:40  8   cohort or cohorts that they studied?

11:42:43  9   A.  Says 19,000 service station workers in Denmark, Norway, Sweden,

11:42:49 10   and Finland.

11:42:50 11   Q.  What were her conclusions about whether gasoline was causing

11:42:55 12   acute myeloid leukemia, or even an association?

11:42:59 13   A.  Could I see the study, please, to refresh my memory?

11:43:04 14          MR. SCOTT:  May I approach the witness, your Honor?

11:43:08 15          THE COURT:  Sure.

11:43:48 16   BY MR. SCOTT:

11:43:49 17   Q.  Just let me know when you're ready.  I think the abstract tells

11:43:53 18   it all.

11:44:17 19   A.  I am ready to discuss the abstract with you, but I don't think

11:44:20 20   that it tells it all, but I'll discuss the abstract with you.

11:44:23 21   Q.  Let's see what Dr. Lynge said about her study.  Do you agree

11:44:29 22   with the numbers, the 19,000 service station workers?

11:44:32 23   A.  Yes.

11:44:32 24   Q.  In four countries:  Denmark, Norway, Sweden, and Finland; true?

11:44:37 25   A.  Yes.

11:44:37 1   Q.  Were any of the Swedish workers included in the earlier Flodin

11:44:42 2   and other -- or Jakobsson, not Flodin, Jakobsson study, do you know?

11:44:47 3   Would those have been the same workers?

11:44:49 4   A.  No.  There may be some overlap.  I don't know exactly.

11:44:52 5   Q.  You cited Jakobsson in this list that was provided to us and to

11:44:56 6   the Court of studies that support your opinion that benzene from

11:45:01 7   gasoline causes AML.

11:45:03 8   A.  Well, it demonstrates a high risk of AML, yes.  The Jakobsson

11:45:10 9   study.

11:45:11 10  Q.  Did you include the Lynge study in your list of studies, upon

11:45:21 11  which you relied?

11:45:22 12  A.  I believe it is referenced in my report.  Let's take a look.

11:45:25 13  Q.  In your report, but not what was put on with the Court this

11:45:28 14  morning.  That's true, it was in your report.

11:45:33 15  A.  That's right.  Yeah, it wasn't.  I was looking for it, in fact.

11:45:37 16  I didn't see it.  I have a note here to put it in, but somehow it

11:45:41 17  didn't get included.

11:45:42 18  Q.  So you meant to include the Lynge study, it just didn't happen

11:45:45 19  to end up in the presentation this morning?

11:45:47 20  A.  Correct.

11:45:48 21  Q.  In any event, do you disagree with the findings that Lynge had

11:45:52 22  that among these 19,000 workers -- and I think they were followed

11:45:56 23  for 20 years, and they compared these two cancer indices that are,

11:46:03 24  apparently, kept in some of the Scandinavian countries; is that

11:46:08 25  true?  They compared the cases they had, the number of cases?

11:46:11 1   A.  Yes, it's cancer incidence study.

11:46:14 2   Q.  Do we have that sort of cancer registry in this country?

11:46:18 3   A.  No, not like they have there, no.

11:46:20 4   Q.  So that would be a real advantage if you were trying to do a

11:46:24 5   study on whether gasoline workers had a higher incidence of leukemia

11:46:30 6   or AML, to have this cancer registry so that you could compare them

11:46:35 7   to the population, true?

11:46:36 8   A.  It would be excellent if we had such a cancer registry in the

11:46:41 9   United States, but we don't.

11:46:42 10  Q.  In any event, Dr. Lynge found that the incidence was not

11:46:46 11  increased for leukemia.  Actually, observed a slight deficit; .9 is

11:46:53 12  a deficit, true?  Do you see the SIR right in the middle of the

11:47:00 13  abstract?

11:47:06 14  A.  Oh, yes, I do.

11:47:08 15  Q.  That's not an indication that gasoline is protected for

11:47:13 16  leukemia, is it?

11:47:13 17  A.  No.

11:47:14 18  Q.  If that finding, .9 finding was statistically significant,

11:47:18 19  would that be a finding that gasoline was protective for acute

11:47:25 20  leukemia?

11:47:25 21  A.  No.  I think it wouldn't make sense to think that you could be

11:47:32 22  exposed to toxic chemical and gives you a health benefit.  I would

11:47:36 23  say it might indicate there's some problem with the study.

11:47:39 24  Q.  Sure.  Pharmaceuticals are exactly that, toxic chemicals that

11:47:44 25  give a health benefit.

11:47:46 1    A.  That's different because pharmaceuticals are made specifically

11:47:49 2    to try to provide health benefits, so when you evaluate them, you're

11:47:52 3    looking at both the benefits side and the health risk side.

11:47:55 4    Q.  I just want to talk about the biology here, though, so let's

11:47:58 5    move on.

11:47:59 6          Dr. Lynge also found that there was incidence of acute

11:48:09 7    myeloid leukemia was not increased.  There she says 1.3 is the SIR,

11:48:14 8    so that is increased, isn't it?

11:48:17 9    A.  Yes.

11:48:18 10   Q.  Why would she say it's not increased?

11:48:20 11   A.  Well, it's not statistically significantly increased.

11:48:26 12   Q.  Exactly.

11:48:29 13   A.  However, as I pointed out to you in the deposition, when you

11:48:32 14   look at Sweden, since you were talking about the Jakobsson study

11:48:35 15   which was of Swedish attendants, they say that based on the

11:48:40 16   quantitative risk assessment done by Crump and Allen you would have

11:48:44 17   expected four extra cases of AML in the Swedish population from

11:48:49 18   benzene exposure, and that's exactly what they find.  It's four

11:48:52 19   extra cases of AML.  And they point that out in the discussion.  And

11:48:57 20   they also talk about this is a very low exposure study.

11:49:00 21         So what I am saying is while the overall results aren't

11:49:03 22   statistically significant and overall they're not statistically

11:49:06 23   significant for AML, the Swedish portion of this cohort shows over a

11:49:14 24   twofold risk for AML based on eight versus three point something

11:49:20 25   expected, so that's four -- a little over four extra cases.  And the

11:49:24  1   authors do this analysis saying that, well, based on benzene

11:49:28  2   exposure from risk assessment, you would expect four extra cases in

11:49:32  3   the Swedish, and that's exactly what you found from benzene.  So to

11:49:35  4   me, that provides -- still provides some evidence of exposure to

11:49:41  5   gasoline and elevated risk of AML among Swedish portion of this

11:49:49  6   cohort.

11:49:50  7         I am not saying that about the other portions of the

11:49:52  8   cohort, but I am saying the Swedes -- the Swedish portion of the

11:49:57  9   population still shows an elevated risk.  And based on quantitative

11:50:02 10   dose response analyses, you would have expected four extra, and they

11:50:06 11   got four extra, so it's right on the mark.

11:50:08 12         And they state that in their discussion.  You have to

11:50:11 13   read more than the abstract of a paper.

11:50:15 14   Q.  I agree.

11:50:15 15   A.  You have to read it all.

11:50:16 16   Q.  I agree.  So let's see if we can break down what you're saying.

11:50:20 17   A.  Yes.

11:50:20 18   Q.  If you carve out one part of this huge 19,000 service station

11:50:27 19   worker study, you can find some part of them that had an excess,

11:50:33 20   right?

11:50:33 21   A.  Well, some part, happens to be the same part from Sweden that

11:50:37 22   Jakobsson presented like, what, a three point something fold

11:50:41 23   elevated risk.

11:50:42 24   Q.  And so what that tells you is that with regard to Finland and

11:50:46 25   Norway and Denmark, they had a deficit, right?

11:50:53  1   A.  Well, I wouldn't exactly call it -- in Denmark, yes, they had a

11:50:57  2   deficit.  They had none observed for AML, 0.57 expected.  Not a lot

11:51:03  3   of power to that.  So they almost have no data at all for Denmark.

11:51:08  4          If you look at Norway expected for acute myeloid

11:51:14  5   leukemia, they've got only .26 of a case expected.  So this is not a

11:51:19  6   very powerful study at all.

11:51:21  7          If you look at -- oops, wait a minute.  I'm sorry.  I'm

11:51:27  8   in the wrong -- I was reading from the wrong table in the report.  I

11:51:35  9   apologize.

11:51:36 10   Q.  That's all right.

11:51:42 11   A.  Let me get the right table.  They are higher -- yes, I agree

11:51:55 12   they don't have any elevated risk in the other countries, but they

11:51:58 13   do in Sweden.

11:52:00 14   Q.  So as an epidemiologist, how do you deal with this?  Four

11:52:04 15   different countries that are lumped together in the Lynge study, one

11:52:08 16   of which shows an excess, the Jakobsson group that you discussed

11:52:12 17   earlier, and three of which don't.  Does that prove benzene in

11:52:20 18   gasoline causes AML?

11:52:22 19   A.  No, I am not saying that.  What I am saying is they still

11:52:26 20   demonstrate an elevated risk in the Swedish portion of this cohort

11:52:32 21   that's right in tune with how much extra leukemia you would expect

11:52:35 22   from what their benzene exposures were.  So I am saying it still

11:52:39 23   provides some evidence on gasoline exposure in AML in the Swedish

11:52:45 24   portion of the cohort, yes.  And that discussion takes place, you

11:52:49 25   know, in this paper.  They're the ones who raised it.  They're the

11:52:52  1  ones who did the analysis.

11:52:54  2  Q.  And so my question is:  As an epidemiologist, if what you're

11:52:59  3  interested in finding out is whether benzene in gasoline causes AML,

11:53:05  4  how do you deal with that?

11:53:08  5  A.  I would look at all of the literature, which is what I did.

11:53:11  6  Q.  Lynge does not support the idea that gasoline -- that benzene

11:53:17  7  in gasoline causes AML, true?

11:53:19  8  A.  For overall, yes.  But for the Swedish cohort, no.

11:53:24  9  Q.  We can cherry pick out part of it and find an excess, but

11:53:28 10  overall, the Lynge study doesn't show that?

11:53:29 11  A.  I am not cherry picking out a part of the cohort.  I am saying

11:53:33 12  that was the country that previously showed the elevated risk of AML

11:53:37 13  in relation to gas station work, and it still shows an elevated.

11:53:42 14  It's over two full risks still in this cohort study.  And, you know,

11:53:48 15  these exposures are low.  Don't they conclude by saying, you know,

11:53:52 16  really to get at the answer of this question, we should be studying

11:53:55 17  workers with higher exposures to gasoline.  Because the Swedes --

11:54:00 18  the Nordic countries are much better than the U.S. in keeping

11:54:04 19  exposures low.

11:54:06 20  Q.  Although the benzene content of the gasolines that they are

11:54:12 21  referring to in the Lynge study and in Jakobsson were higher than

11:54:17 22  U.S. benzene content, true?

11:54:20 23  A.  In general, yes.  But it's not the benzene in the gasoline,

11:54:24 24  it's the benzene to which workers were exposed.  What I'm saying is,

11:54:28 25  the Nordic countries, they've always been way ahead of us in terms

11:54:31  1   of reducing exposures to gasoline as well as other substances in the

11:54:36  2   workplace.

11:54:37  3   Q.  Okay.  Lynge should have been included in your review for the

11:54:40  4   Court; is that true?  You should have included --

11:54:44  5   A.  Yes.  And it was in my report.  I just missed it in this

11:54:48  6   review.

11:54:48  7   Q.  I see.  Now, one of the other things I don't see in your list

11:54:51  8   of evidence, scientific evidence about benzene in gasoline and

11:54:56  9   whether that causes AML, are the reports and evaluations done by

11:55:02 10   regulatory bodies, such as EPA, National Toxicology Program, OSHA

11:55:09 11   and others, and advisory bodies like the International Agency for

11:55:15 12   Research on Cancer.

11:55:19 13   A.  I believe I did.  I thought I did include those in my report.

11:55:23 14   Q.  Well, let's talk about ATSDR.  The ATSDR is the Agency for

11:55:30 15   Toxic Substances Disease Registry, correct?

11:55:34 16   A.  Yes.

11:55:34 17   Q.  And that is a part of the United States Department of Public

11:55:39 18   Health, true?

11:55:40 19   A.  Yes.

11:55:42 20   Q.  And ATSDR publishes what they call "toxicological profiles" on

11:55:49 21   a number of chemicals; is that true?

11:55:51 22   A.  Yes.

11:55:51 23   Q.  And other agents.  Gasoline, as you pointed out, there is not a

11:55:56 24   gasoline molecule.  Gasoline is a combination of alkanes and

11:56:02 25   alkenes, and toluene, and xylene, and ethyl benzene, and benzene,

11:56:07  1   and probably other things, true?

11:56:09  2   A.  Yes.

11:56:09  3   Q.  All of those other substances that I just mentioned, setting

11:56:12  4   aside benzene, that are in gasoline, are toxic, true?

11:56:16  5   A.  Yes.

11:56:16  6   Q.  Now, are you familiar with the Agency For Toxic Substances

11:56:23  7   Disease Registry toxicological profile on gasoline?

11:56:28  8   A.  Yes.

11:56:28  9   Q.  When was that done?

11:56:29 10   A.  You know, I don't recall the year.  Was it 2007, perhaps?  It's

11:56:39 11   in my report.  If I can look at my report, I can tell you what year.

11:56:43 12   Q.  I think you're thinking of the one on benzene which is in your

11:56:46 13   report.  I'm talking about gasoline.  If you don't remember, that's

11:56:55 14   fine.

11:56:56 15   A.  I don't remember the year.

11:56:57 16   Q.  1995 was when ATSDR last did a tox profile on gasoline.

11:57:05 17   A.  Okay.

11:57:06 18   Q.  What does ATSDR do, if you'll tell the Court, when they

11:57:11 19   evaluate whether a substance causes cancer in humans, how do they go

11:57:16 20   about doing that?

11:57:17 21   A.  They review the literature.

11:57:18 22   Q.  Just what you've done, true?

11:57:20 23   A.  Yes.

11:57:20 24   Q.  The ATSDR came up with a very different conclusion with regard

11:57:24 25   to whether gasoline causes AML or any leukemia, true?

11:57:30  1    A.  Well, there are two answers to that question.  They did that in
11:57:35  2    1995, right, that was 20 years ago.  Most of the studies I presented
11:57:40  3    data on today were published subsequent to 1995.
11:57:46  4         Second, ATSDR has been criticized and there were
11:57:50  5    congressional hearings on the quality of their reports, in fact.
11:57:53  6    And, I think, I may have mentioned that in my report, there are
11:57:57  7    congressional hearings on it.
11:57:59  8         And third, that I believe the ATSDR toxicological profile
11:58:07  9    on gasoline says, "For more information on the toxicity of gasoline,
11:58:11 10    we refer you to our profile on benzene."  And their profile on
11:58:16 11    benzene concludes that benzene is a cause of AML.
11:58:20 12    Q.  Yes, sir.  First point that you made.  Most of the studies you
11:58:25 13    cited were after 1995.  I think if you'll look down the index we
11:58:30 14    were provided, it might be 50/50, but most are -- just reading down
11:58:36 15    these '78, '83, '87, '90, '93, '90, '90, '95, '95, '93, '93.  I
11:58:46 16    don't need to go on, it's obvious.  Most of the studies you cited
11:58:49 17    were not after 1995, were they, Dr. Infante?  That's all right.  We
11:59:00 18    can count them.
11:59:01 19    A.  Whatever they are, there are a number of them.  There are a
11:59:04 20    number of them that are.  So my point still stands that, you know,
11:59:09 21    it's a 20-year old review, and, also, as part of their tox review on
11:59:16 22    gasoline, they refer the readers to the toxic review on benzene
11:59:21 23    because benzene is in gasoline.  And the benzene review says benzene
11:59:25 24    causes leukemia.  And that's exactly why EPA reduced the benzene
11:59:30 25    content in gasoline because they're concerned about leukemia in the

11:59:34  1    general population.

11:59:35  2           So to pick out a report and say, ATSDR in '95 didn't

11:59:43  3    conclude it caused leukemia, that's what they concluded.  But they

11:59:46  4    also refer you to the benzene review, which says it does cause AML,

11:59:50  5    benzene does.

11:59:51  6    Q.  Let's move on to the National Toxicology Program.  What is

11:59:53  7    that?

11:59:53  8    A.  That is a program that was set up, you know, by U.S. Congress.

11:59:59  9    And as part of that, they have their report on carcinogens, which is

12:00:05 10    a congressionally mandated report to evaluate data to determine what

12:00:09 11    the cancer risk is to humans.

12:00:14 12    Q.  And if we look in the most recent NTP report on carcinogens,

12:00:18 13    will we see that benzene is a human carcinogen?

12:00:22 14    A.  Yes.

12:00:22 15    Q.  Will we see that gasoline is a human carcinogen?

12:00:27 16    A.  They've never reviewed gasoline and that's why you won't see

12:00:29 17    it.  However, when you review the report on benzene, they state that

12:00:33 18    a major source of exposure to benzene is from gasoline.

12:00:37 19    Q.  So the answer to my question is, no, National Toxicology

12:00:42 20    Program has not concluded that gasoline causes leukemia in humans?

12:00:47 21    A.  They haven't concluded because they haven't reviewed the data.

12:00:52 22    Q.  International Agency for Research on Cancer, what is that?

12:00:55 23    A.  That is the expert cancer committee of the World Health

12:01:00 24    Organization, for which I've served on a number of their expert

12:01:03 25    working groups.

12:01:04  1    Q.  And I think you cited the IARC report.  IARC is the shorthand

12:01:10  2    for International Agency for Research on Cancer, true?

12:01:17  3    A.  Yes.

12:01:17  4    Q.  I think you cited the IARC report on benzene in your report,

12:01:21  5    but not on gasoline, true?

12:01:23  6    A.  You know, I don't recall.

12:01:26  7    Q.  It doesn't matter.  The question is:  Has IARC -- IARC has

12:01:34  8    looked at gasoline, haven't they?

12:01:36  9    A.  Yes, in 1988.  That's, what, 30 something years ago.

12:01:40 10    Q.  I think it was 1998.

12:01:42 11    A.  No, you're incorrect.  It was 1988.  If you look at Monograph

12:01:47 12    42 or 45, it was published in 1989.  The review took place in 1988.

12:01:57 13    Q.  It was last updated in 199 -- yeah, 1998, true?

12:02:04 14    A.  No, that's incorrect.  That means -- what happened at IARC --

12:02:10 15    and I had the exchange of e-mails with the person who is currently

12:02:15 16    head of the IARC monograph program -- before they published the full

12:02:18 17    monographs, they used to publish summaries.  So these were summaries

12:02:22 18    of the different evaluations they had done that was updated, and the

12:02:25 19    summaries were updated and -- were published in 1998 on the

12:02:32 20    internet.  But the gasoline review is from -- still from the 1989

12:02:38 21    publication, which took place in 1988.  And if you want my exchange

12:02:42 22    of e-mail with the director of that program, I'll be happy to

12:02:45 23    provide it to you.

12:02:48 24    Q.  Let's get to what IARC found.

12:02:53 25    A.  Okay.

12:02:54 1    Q.  When IARC evaluated all of the gasoline literature, in whatever

12:02:59 2    year, and published their monograph on occupational exposures in

12:03:04 3    petroleum refining, crude oil and major petroleum fuels, did they

12:03:08 4    find that gasoline was a human carcinogen?

12:03:12 5    A.  No, and that was 1988.  What I'm saying there's been a lot of

12:03:17 6    water over the dam since then.  And if you look at the reports that

12:03:21 7    I cited today, you can see almost all of them except one, two, three

12:03:27 8    were published after 1988.  So they didn't have access to this data.

12:03:32 9    Q.  What is the American Conference of Governmental Industry

12:03:35 10   Hygienist, ACGIH?

12:03:40 11   A.  Just like what the title indicates.  It's a consensus

12:03:46 12   organization that meets periodically and evaluates what they call

12:03:51 13   their threshold limit values for what exposures should be to various

12:03:56 14   substances found in the workplace.

12:03:58 15   Q.  And in addition to publishing threshold limit values, that is

12:04:07 16   the levels to which people may be safely exposed to certain

12:04:08 17   chemicals, do they also make designations for human carcinogens?

12:04:13 18   A.  I think as part of that evaluation.  I don't believe they

12:04:17 19   separately make designations for carcinogenicity.  I think it would

12:04:22 20   be part of a review.

12:04:24 21   Q.  And they publish a book every year called the TLV, *Threshold*

12:04:31 22   *Limit Value* and BEI, *Biological Exposure Indices*, book.  TLV/BEI,

12:04:40 23   every year, true?

12:04:40 24   A.  They may -- yeah, I think they probably do.

12:04:43 25   Q.  And if a chemical listed in the book or a substance listed in

12:04:48  1   the TLV/BEI book is thought to be a carcinogen by ACGIH, they put a

12:04:56  2   designation that it is a human carcinogen, true?

12:05:00  3   A.  Well, if it's -- that's the evidence, that's human carcinogen,

12:05:06  4   then I think they would indicate that, yes.

12:05:07  5   Q.  What do they say about gasoline in the most recent ACGIH

12:05:15  6   TVL/BEI booklet?

12:05:18  7   A.  To what year are you speaking?

12:05:20  8   Q.  2014.

12:05:20  9   A.  You know, I don't know, but they certainly haven't reviewed it,

12:05:23 10   to my knowledge, in quite awhile.  So it would just be their recent

12:05:27 11   publication of their booklet on what they categorized and what the

12:05:31 12   TLV is for what gasoline for whenever they did it.  It doesn't mean

12:05:36 13   they just reviewed it last year at all.  You shouldn't imply that.

12:05:40 14   Q.  You do know ACGIH has not designated gasoline as a human

12:05:45 15   carcinogen, don't you, sir?

12:05:47 16   A.  I don't believe they have.

12:06:00 17   Q.  You mentioned earlier the healthy worker effect.

12:06:04 18   A.  Yes.

12:06:05 19   Q.  And did -- I saw on your index here that several indicated that

12:06:12 20   when the study was adjusted for the healthy worker effect on several

12:06:16 21   of these, you found a statistically significant excess for leukemia

12:06:22 22   or AML.  Do you recall that?

12:06:23 23   A.  Yes.

12:06:24 24   Q.  Now, any place that appears on this index, the authors of the

12:06:29 25   study didn't make that adjustment, true?

12:06:31 1   A.  That's correct.  And that's what I discussed earlier.

12:06:34 2   Q.  You made the adjustment?

12:06:35 3   A.  Yes, I did.

12:06:36 4   Q.  The authors didn't conclude, as you do, that if you use the

12:06:40 5   healthy worker effect, then you would have a statistically

12:06:44 6   significant excess where you didn't have that before, true?

12:06:48 7   A.  No authors in individual studies don't usually do that.

12:06:52 8   Because I mentioned in my report, when you're evaluating, you know,

12:06:55 9   a large body of literature that is an adjustment that's made in

12:07:00 10  almost every textbook of epidemiology -- occupational epidemiology

12:07:07 11  shows how you do the adjustment for the healthy worker effect.

12:07:11 12  Q.  There is a substantial dispute in the scientific community

12:07:14 13  about whether or not the healthy worker effect has anything to do

12:07:21 14  with cancer incidence, true?

12:07:23 15  A.  That's an old discussion.  That's not current.

12:07:27 16  Q.  It's not current, that's your view.  Okay.

12:07:32 17        Do unemployed people have a lower -- a higher incidence

12:07:39 18  of cancer than employed people?  Do you know?

12:07:44 19  A.  Unemployed people, yes, because they -- among the general

12:07:49 20  population is included the unemployed who -- some of the reasons

12:07:55 21  they're unemployed is because they have cancer.  That's why when you

12:07:59 22  compare a blue collar population to the general population, you're

12:08:03 23  going to see the healthy worker effect because you are comparing

12:08:07 24  them to a group in the general population that, you know, right now,

12:08:11 25  the day you're doing the comparison, they already have cancer and

12:08:15  1    are dying from cancer.

12:08:17  2    Q.  So it's your opinion, then, that with regard to cancer, the

12:08:21  3    healthy worker effect means the people who have a job are less

12:08:26  4    likely to get cancer than people who are otherwise identical but

12:08:31  5    don't have a job?

12:08:36  6    A.  Let me see if I'm understanding the question.

12:08:39  7    Q.  Age, race, sex?

12:08:41  8    A.  I am saying that the general population, yes, has a higher rate

12:08:46  9    of cancer and cancer mortality than a newly hired population of blue

12:08:53 10    collar workers, absolutely.

12:08:54 11    Q.  Now, how about people who work at home, don't work outside of

12:09:00 12    the home?

12:09:01 13    A.  You know, I don't know.  I haven't done such an analysis on

12:09:05 14    that issue.

12:09:05 15    Q.  They would certainly be included in the general population.

12:09:08 16    And the question so it's clear, because I wasn't very clear.  Do

12:09:11 17    people who work inside the home, but not outside the home have a

12:09:16 18    higher incidence of cancer than people who work outside of the home?

12:09:21 19    A.  I haven't done that analysis.  I don't know.  The point I am

12:09:24 20    making is that blue collar workers have a much lower incidence of

12:09:31 21    cancer than the general population.  That's what's called the

12:09:36 22    healthy worker effect.

12:09:37 23    Q.  And the question here, though, is whether or not that applies

12:09:41 24    to cancer and leukemia specifically.  And it's your testimony that

12:09:45 25    it does?

12:09:46  1    A.  Yes.  And other people that review studies make the adjustment

12:09:50  2    for the healthy worker effect.  I think don't I cite Stinemos, and I

12:09:55  3    have seven or eight references in my report for that if you don't

12:09:59  4    make the adjustment for the healthy worker effect, you're

12:10:02  5    underestimating the risk of disease of cancer.

12:10:06  6    Q.  You testified in a case very similar to this one called

12:10:10  7    Henricksen.  Are you familiar with that?  You provided a report.

12:10:13  8    A.  A little bit.  It's been awhile ago, but, you know, a little

12:10:17  9    bit.

12:10:17  10   Q.  And I got a copy of your report in Henricksen, and I went down

12:10:25  11   and I compared the various studies that you listed as your

12:10:28  12   references in your Henricksen report to those that you listed in

12:10:33  13   your report in the Burst case.  And I found that with the exception

12:10:35  14   of two or three studies, they were identical.  Do you agree with

12:10:40  15   that characterization?

12:10:42  16   A.  Well, I don't know.  I don't make such a comparison.

12:10:44  17   Q.  But you do know that you copied wholesale blocks of your report

12:10:48  18   from Henricksen in your report in Burst, don't you, sir?

12:10:53  19   A.  You know, I don't know.  That could be, but I don't know.  But

12:10:58  20   certainly to prepare the Burst report, I didn't pull up the

12:11:01  21   Henricksen report and block anything to make it.

12:11:04  22   Q.  Well, if it was word for word, you must have just taken it out

12:11:09  23   of the prior document, would you agree?

12:11:12  24   A.  Yeah.  The prior document may not have been Henricksen case?

12:11:17  25   That's my point.  It could be similar.  I am just saying that I

12:11:21  1    haven't -- what year was the Henricksen report?

12:11:24  2    Q.  I think it was 2009 was the date of the Court's opinion.  Give

12:11:33  3    me one second and I'll find it here.  Specifically, in the section

12:11:58  4    in your Burst report beginning at page 66, "Historically, case

12:12:04  5    reports provided evidence that gasoline causes AA."  That's aplastic

12:12:09  6    anemia, correct?

12:12:12  7    A.  Yes.

12:12:13  8    Q.  "MDS, myelodysplastic syndrome, and AML, acute myeloid

12:12:19  9    leukemia" that section for several pages was identical, literally

12:12:24 10    copied page for page.

12:12:27 11    A.  Well, I don't know.  But are we talking about the historical

12:12:30 12    aspects or what?

12:12:31 13    Q.  That's the first part.

12:12:32 14    A.  Okay.  Well, that wouldn't change.  The history is the same.

12:12:36 15    Q.  And then when we get to the section -- well, that was your

12:12:39 16    gasoline section, though, wasn't it, sir?  That's where you cite the

12:12:45 17    various studies you cited here today; Brandt, Spivey, Schwartz,

12:12:50 18    Flodin, Jakobsson, Hunting, Terry, Sandler.  I don't remember that

12:13:00 19    you cited Lagorrio today to the Court.  Those sections were all the

12:13:04 20    same, and that is the gasoline literature, isn't it, sir?

12:13:08 21    A.  That's not all of it.  Talbott's not in there and whatever was

12:13:13 22    published since then isn't in there.

12:13:14 23    Q.  Fair enough.  We talked about Talbott, the vapors into the

12:13:19 24    houses study, talked about Casarett & Doull.  My point here is the

12:13:23 25    Court in Henricksen reviewed the same information you're presenting

12:13:28   1   to the Court here, true?

12:13:30   2   A.  Well, not exactly, no.

12:13:34   3   Q.  Can you add anything that occurred since 2009 that would tell

12:13:39   4   us that benzene in gasoline causes AML?

12:13:50   5   A.  Well, there's the Schnatter 2012, Rushton 2014.

12:13:57   6   Q.  Those are the petroleum refinery --

12:14:00   7   A.  Those are the case-control studies of MDS and AML.

12:14:04   8   Q.  Mr. Burst did not have myelodysplastic syndrome, did he, sir?

12:14:11   9   A.  I thought there was some reference to that in the medical

12:14:13   10  records, that he may have had that.  Or when he was diagnosed, he

12:14:20   11  was transitioning from -- I can't recall exactly because I prepared

12:14:23   12  for this hearing really to general causality, so I didn't go back

12:14:27   13  and look at my notes on that.  But whatever I said in my written

12:14:31   14  report, I'll go by that right now.

12:14:33   15  Q.  My only question is:  Several of the studies that you have

12:14:38   16  presented to the Court talk about myelodysplastic syndrome.  In

12:14:45   17  fact --

12:14:46   18  A.  Which Court?  Do you mean this Court or do you mean the

12:14:48   19  Henricksen Court?

12:14:49   20  Q.  This Court.  Today.

12:14:51   21  A.  Okay.

12:14:51   22  Q.  You talked about myelodysplastic syndrome, and remember you

12:14:57   23  talked about RAEB, refractory anemia with excess blasts, and RAEB-T,

12:15:08   24  refractory anemia with excess blasts in transition?

12:15:08   25  A.  Yes, I do.

12:15:08  1   Q.  Are you aware that that's not a classification hematologists

12:15:11  2   use today, that if it's RAEB-T it's AML.  Did you know that?

12:15:19  3   A.  I am not sure about that.  It depends on what the cut off is

12:15:23  4   for "T" in transition.  If "T" in the past meant above 20 percent,

12:15:30  5   then today that would be considered AML.  I haven't gone back and

12:15:34  6   made an analysis.

12:15:36  7          But my point is, those that are RAEB and RAEB-T, those are

12:15:45  8   the types of MDS that most frequently transition to AML.  So if

12:15:48  9   you're telling me that RAEB-T is AML, then the analysis then would

12:15:52 10   relate to AML, which is what we're talking about, I guess, mostly in

12:15:56 11   this case.

12:15:57 12   Q.  Let me try to get back on track.  Why have you cited

12:16:00 13   myelodysplastic syndrome literature to the Court?  Myelodysplastic

12:16:06 14   syndrome is not leukemia and it's not acute myeloid leukemia, true?

12:16:11 15   A.  Because it's -- it develops by essentially -- if you look at

12:16:20 16   the IARC 2012 review of benzene, they talk about AML and MDS

12:16:26 17   simultaneously, so I think it's, essentially, considered, you know,

12:16:30 18   almost the same disease.

12:16:36 19   Q.  Okay.  That's your opinion.

12:16:38 20   A.  Yes.

12:16:39 21   Q.  MDS is almost, essentially, the same disease as myelodysplastic

12:16:43 22   syndrome?

12:16:44 23   A.  I am saying --

12:16:45 24          THE COURT:  Wait.  MDS is myelodysplastic syndrome, you

12:16:50 25   mean AML?

12:16:52  1            MR. SCOTT:  I'm sorry.  Thank you, your Honor.  I got

12:16:53  2   ahead of myself.

12:16:53  3   BY MR. SCOTT:

12:16:54  4   Q.  Your opinion is that myelodysplastic syndrome is essentially

12:16:58  5   the same disease as acute myeloid leukemia; is that true,

12:17:01  6   Dr. Infante?

12:17:01  7   A.  I am saying it's very closely associated with it, and I will go

12:17:05  8   by what IARC says about MDS AML in its 2012 monograph on benzene and

12:17:13  9   leukemia, which also that same chapter discusses MDS as well.

12:17:17 10   Q.  Are you familiar with the World Health Organization

12:17:20 11   classification of lymphohematopoietic tumors?

12:17:24 12   A.  I've looked at it.

12:17:25 13   Q.  And there have been two published so far, one in 2001, and I

12:17:30 14   think the last one in 2008 or '9, true?

12:17:34 15   A.  Yes.

12:17:35 16   Q.  And in both of those documents, myelodysplastic syndrome or

12:17:41 17   syndromes, because there are a number of them, are described as very

12:17:46 18   different than as acute myeloid leukemia, aren't they?

12:17:50 19   A.  I don't know that they're very different, but the

12:17:52 20   classification keeps changing for how you define these blood

12:17:59 21   diseases of AML and MDS and myelodysplasia, myeloproliferative

12:18:07 22   diseases.  Every time they meet, they switch categories a little

12:18:11 23   bit.  But essentially, these are both, you know, AML and MDS appear

12:18:17 24   to be stem cell diseases that are very closely related I would say.

12:18:28 25   Q.  I think it was clear earlier, you are not a hematologist; is

12:18:30  1   that true?

12:18:31  2   A.  Correct, yes.

12:18:32  3   Q.  Has IARC looked at a substance called naphtha, N-A-P-T-H-A?

12:18:50  4   A.  No, I don't recall.  They may have.  I don't know.  I don't

12:18:53  5   remember.

12:18:53  6   Q.  Do you know that naphtha is essentially the same cut from

12:18:59  7   petroleum refining as gasoline?

12:19:03  8              THE COURT:  I don't understand that question.

12:19:05  9              MR. SCOTT:  I'm sorry, your Honor.

12:19:07 10   BY MR. SCOTT:

12:19:08 11   Q.  When crude oil is refined, Dr. Infante, a number of products

12:19:13 12   are refined out of it, correct?

12:19:14 13   A.  Yes.

12:19:15 14   Q.  Gasoline is one of them, true?

12:19:17 15   A.  Yes.

12:19:18 16   Q.  Sometimes if there are hydrocarbon units, they may have pure

12:19:23 17   benzene and toluene and xylene, and those sorts of things, true?

12:19:27 18   A.  Those are distilled out also, yes.

12:19:30 19   Q.  And the refining people call those cuts.  So some cuts you have

12:19:36 20   gasoline and another cut you would have these other substances,

12:19:41 21   true?

12:19:41 22   A.  Yes.

12:19:41 23   Q.  Do you know whether or not naphtha is essentially the same cut

12:19:47 24   as gasoline, same boiling points and chemical makeup?

12:19:51 25   A.  Well, it doesn't contain as much benzene as gasoline does,

12:19:57  1   certainly not.

12:19:59  2   Q.  But it contains some benzene?

12:20:00  3   A.  Yes, it does, yes.

12:20:02  4   Q.  And toluene and xylene?

12:20:03  5   A.  Yes.

12:20:05  6   Q.  Has IARC looked at naphtha to see if that is a human

12:20:09  7   carcinogen?

12:20:11  8   A.  No, I didn't look at the data on naphtha.

12:20:15  9   Q.  I want to start with the studies that were on your list, No. 3.

12:21:06 10   Do you have that in front of you --

12:21:09 11   A.  Okay.

12:21:09 12   Q.  -- in your notebook.  Aplastic anemia due to Bensal poisoning.

12:21:19 13   Is aplastic anemia a leukemia or a form of leukemia?

12:21:26 14   A.  No, it isn't.  It's a complete shutdown -- represents complete

12:21:30 15   shutdown of the bone marrow.  Usually, individuals that quite often

12:21:34 16   cases of benzene-induced aplastic anemia then transition into acute

12:21:41 17   myelogenous leukemia, and, in fact, that's how it was recognized

12:21:44 18   that benzene was a cause of acute myelogenous leukemia prior to the

12:21:50 19   conduct of any epidemiological study.

12:21:53 20   Q.  We'll get to that.  What's a case report?

12:21:56 21   A.  It's a report of a case of a disease, usually related to

12:22:01 22   something.

12:22:02 23   Q.  Can scientists or epidemiologists infer causation from a case

12:22:08 24   report?

12:22:11 25            THE COURT:  Can they, is that the question?

12:22:12 1          MR. SCOTT:  Yes, I'm sorry, your Honor.

12:22:12 2    BY MR. SCOTT:

12:22:15 3    Q.  Do epidemiologist -- is it accepted methodological --

12:22:21 4    epidemiologic methodology to infer causation from a case report?

12:22:31 5    A.  Well, there are a couple of answers to that question.  One is,

12:22:33 6    in general, no.  But IARC in its evaluation, they always state, "We

12:22:39 7    review epidemiological studies and case reports because they can

12:22:43 8    provide supportive evidence."

12:22:45 9          And in fact, specifically with the case of benzene and

12:22:49 10   leukemia, case reports of workers with aplastic anemia, these are

12:22:55 11   case reports, or case series, that went on to develop acute

12:23:01 12   myelogenous leukemia was responsible for the knowledge that benzene

12:23:04 13   was the cause of AML before any epidemiological study was conducted.

12:23:09 14   Q.  How about IARC's consideration of gasoline?

12:23:16 15   A.  What's the question?

12:23:17 16   Q.  The question is:  Your opinions in this case are that benzene

12:23:21 17   causes acute myeloid leukemia, something that nobody is disagreeing

12:23:26 18   with.  The question here is:  Does benzene in gasoline cause acute

12:23:31 19   myeloid leukemia?

12:23:31 20   A.  My opinion, yes.  I mean, why wouldn't it?  It's covered by the

12:23:35 21   OSHA standard.  Benzene in gasoline is covered by the OSHA standard

12:23:39 22   because it contains more than .1 percent benzene.  And furthermore,

12:23:44 23   the dispensing of gasoline indoors is specifically covered by the

12:23:51 24   OSHA standard.  Why?  Because we are trying to reduce the risk of

12:23:54 25   leukemia and other benzene related diseases.

12:23:57 1              If OSHA felt that benzene content of gasoline all of a

12:24:05 2   sudden when benzene was in gasoline had lost its toxicity, then why

12:24:10 3   would we have needed to cover an operation that includes the

12:24:15 4   dispensing of gasoline indoors.

12:24:17 5   Q.  Are you familiar with -- looking at all of the literature, are

12:24:22 6   you familiar with some of the animal toxicology that's been done on

12:24:27 7   gasoline and compared to benzene exposures?

12:24:30 8   A.  The animal toxicology on benzene?

12:24:34 9   Q.  Here is the specific question:  If a rat is exposed to 20 parts

12:24:44 10  per million benzene, the rat will have certain hematologic effects,

12:24:48 11  would you agree?

12:24:52 12  A.  It could, yes.

12:24:53 13  Q.  If a rat is exposed to sufficient gasoline to cause a 20-part

12:25:02 14  per million benzene exposure, does the rat have the same effects?

12:25:08 15  Do you know the answer to that?

12:25:10 16  A.  Well, I haven't done a review of the animal -- of the animal

12:25:18 17  studies, except for the competitive inhibition argument on animal

12:25:24 18  studies related to gasoline -- or animal studies related to

12:25:28 19  gasoline -- to benzene or gasoline, you know.  However, I will say

12:25:35 20  that with benzene exposure to animals, no one has ever done a study

12:25:41 21  that's demonstrated an elevated risk of AML in animals, and yet,

12:25:46 22  that's the major disease that's caused by people.  So the exposure

12:25:52 23  of benzene to animals is induced what's called lymphomas or leukemia

12:25:58 24  lymphomas or whatever, but it's never induced AML in an experimental

12:26:03 25  animal.  So there might be one study that had one or two

12:26:05  1   granulocytic leukemias, but that's it.

12:26:08  2   Q.  My question is different though.  My question is:  Does the way

12:26:10  3   the carrier, I think you called it, matter?  If you get 20 parts per

12:26:18  4   million, based on the animal work, 20-parts per million benzene from

12:26:21  5   gasoline, does it have the same effects as 20 parts per million

12:26:27  6   benzene?

12:26:27  7   A.  I didn't review that literature.

12:26:29  8   Q.  Now, going back to ask you, that was one case, true?

12:26:35  9   A.  Yeah, that was the first case that I am aware of.

12:26:37  10  Q.  And do you know what the -- they described the chemical as

12:26:44  11  Bensal poison, and then later there's a comment at the end in which

12:26:51  12  it is referred to as gasoline.  Do you know what the benzene content

12:26:57  13  of that substance, whatever solvent this worker was using was?

12:27:02  14          THE COURT:  Which study?

12:27:03  15          MR. SCOTT:  It's Askey, Exhibit 3, from Dr. Infante's

12:27:07  16  index.  And the right-hand column -- it's actually two articles, but

12:27:15  17  the right-hand column is the one that I think they were pointing

12:27:18  18  out, aplastic anemia due to Bensal poisoning.

12:27:23  19          THE COURT:  Okay.

12:27:25  20          THE WITNESS:  And your question to me is how much --

12:27:26  21  BY MR. SCOTT:

12:27:27  22  Q.  Do you know what the benzene content is?

12:27:28  23  A.  How much benzene was in the --

12:27:30  24  Q.  Yes, sir.

12:27:31  25  A.  -- in the gasoline?  I don't think they indicated in here, that

12:27:43 1    I can recall.  Here it says, "Soaked rags in gasoline."

12:27:47 2    Q.  Yes.  And I am interested in the benzene content to what they

12:27:51 3    were calling gasoline.

12:27:53 4    A.  I don't think it provides that information.

12:28:01 5    Q.  I want to go down the list of these various studies, almost

12:28:07 6    every one of them that you cited, starting with Spivey, your

12:28:12 7    Reference 7.

12:28:13 8    A.  Seven?

12:28:14 9    Q.  Yes, sir.

12:28:19 10    A.  Yes.

12:28:20 11    Q.  I want to be sure I understand what this is.  First, is Spivey,

12:28:25 12    this two-page document, is that something that was published in

12:28:29 13    peer-reviewed literature?

12:28:30 14    A.  No, this was an internal Union Oil document.

12:28:33 15    Q.  So it was not peer-reviewed?

12:28:39 16    A.  Correct.

12:28:41 17    Q.  And I think you said that -- in fact, I think your index shows

12:28:51 18    that if you looked that at garage and gas station attendants, it was

12:29:00 19    2.52, 2.52 PIR.  What is PIR?

12:29:06 20    A.  Proportional incidence ratio.

12:29:09 21    Q.  How is that different than standardized incidence ratio?

12:29:14 22    A.  Well, standardized incidence ratio would be the number of cases

12:29:20 23    compared to the comparison group.  Here you're looking at portions.

12:29:23 24    You're looking at the proportionate incident ratio.  You're

12:29:29 25    looking -- it's based on the proportionate number of leukemia cases

12:29:36  1    you would expect.

12:29:36  2    Q.  Where do you get the expected number?  That's what I'm trying

12:29:39  3    to find out.  Or where did --

12:29:44  4    A.  From the comparison population.

12:29:48  5    Q.  Do they tell us which comparison population was used in this

12:29:55  6    Spivey letter?

12:29:55  7    A.  Well, if you look at the second-to-last paragraph on this page,

12:29:58  8    it says, "The portion of incidence ratio is an expression of the

12:30:02  9    proportion of all cases represented by an individual type of cancer.

12:30:07  10   This is compared to the expected proportion.  Any PIR greater than

12:30:12  11   100 represents a higher number of observed cases than would be

12:30:16  12   expected.  A PIR of 200 can be interpreted indicated as indicating

12:30:21  13   twice as many cases as expected."

12:30:23  14   Q.  So expected based on what?  That was my question.  Is it a

12:30:30  15   general population?  Is it a control group of some sort?

12:30:38  16   A.  Well, he is citing the data that he got from John Peters at the

12:30:41  17   University of Southern California.  And so Peters must have done the

12:30:48  18   calculations, gave them to Spivey, and Spivey, then, made an AD

12:30:53  19   notification to EPA.

12:30:57  20   Q.  And then, under Auto Mechanics there is a PIR of 150, correct?

12:31:06  21   A.  Yes.

12:31:09  22   Q.  And there were actually higher PIR's for painters and petroleum

12:31:15  23   engineers and forklift and tow motor operators, true?

12:31:22  24   A.  Yeah, bu the petroleum engineers is only based on one case.

12:31:26  25   Q.  Okay.

12:31:27 1  A.  If you look at auto mechanics, it's based on 20.

12:31:31 2  Q.  Sure.  Only six cases for garage and gas station attendants,

12:31:37 3  true?

12:31:37 4  A.  Yes.

12:31:37 5  Q.  Same as painters?

12:31:39 6  A.  Yes.

12:31:39 7  Q.  So here is the question:  Neither of those, Spivey, whatever

12:31:45 8  comparison he was making, he did not find either the garage and gas

12:31:51 9  station attendants or the auto mechanics to be statistically

12:31:53 10  significant, true?

12:31:54 11  A.  That's what I indicated in my chart.

12:31:56 12  Q.  And then you, not Spivey, you combined those groups and did

12:32:01 13  some calculation that we don't have in front of us now, in which you

12:32:04 14  found statistical significance, true?

12:32:07 15  A.  Yes.  All you have to do is add the number of cases and

12:32:11 16  calculate the number of expecteds, so you can take the number of

12:32:15 17  cases, divide them by the number of expecteds, you come up with a

12:32:18 18  PIR for the garage -- with the data combined for garage and gas

12:32:21 19  station attendants and auto mechanics, it's pretty simple.

12:32:22 20          THE COURT:  How do you know what the number expected is?

12:32:26 21          THE WITNESS:  You have to -- for example, see the 20 auto

12:32:30 22  mechanics with a PIR of 150?  Let's say that -- you would take the

12:32:37 23  20 and divide it by 1.5, and that would give you the expected number

12:32:41 24  of leukemia cases.

12:32:41 25          THE COURT:  So you kind of back into it?

12:32:44  1          THE WITNESS:  Yeah, you can calculate it from the PIR and

12:32:46  2   knowing the number of cases.  It's exactly how you do it.

12:32:51  3   BY MR. SCOTT:

12:32:52  4   Q.  Can we tell whether of these were -- these numbers were

12:32:56  5   adjusted for age, race, gender from the reports that you presented?

12:33:08  6   A.  Well, I would -- I know Dr. Peters or have known him in the

12:33:12  7   past pretty well, he is a very good epidemiologist and who I think

12:33:17  8   was chairman of the department there.  If he is going to calculate a

12:33:21  9   PIR, I don't think he is going to make it up.  I think he is going

12:33:25  10  to have the appropriate comparison group, even though it doesn't

12:33:28  11  indicate here, you know, what they used.

12:33:29  12  Q.  That's not something that you know, that's just you assume

12:33:34  13  that's the case, true?

12:33:36  14  A.  The report does not indicate how -- what the comparison --

12:33:44  15  let's see.  What the comparison group was.  But if it was out of the

12:33:52  16  cancer registry, I can only assume that it was from the other data

12:33:56  17  in the cancer registry, then that's how they calculated a

12:34:00  18  proportionate incidence ratio.

12:34:02  19  Q.  Was it adjusted for smoking?

12:34:06  20  A.  You know, I don't know.

12:34:08  21  Q.  Was this AML's or all leukemias?

12:34:12  22  A.  All leukemias.

12:34:15  23  Q.  Do you have any idea from this report or from any other source

12:34:20  24  how many of those were chronic myelogenous leukemias, chronic

12:34:24  25  lymphocytic leukemias, acute lymphocytic leukemias as opposed to

12:34:30  1   acute myeloid leukemias?

12:34:30  2   A.  No.

12:34:31  3   Q.  Now, I want to go to Schwartz and be sure I understand.

12:34:47  4   Schwartz is a study of New Hampshire white male residents, correct?

12:34:57  5   A.  Yes.

12:34:58  6   Q.  Is it an AML study?

12:35:05  7   A.  It's a study of total leukemia.

12:35:10  8   Q.  So again, much like Spivey, we don't know how many of those

12:35:17  9   were acute lymphocytic leukemias, chronic myeloid leukemias, or some

12:35:24 10   other variety of AML?

12:35:25 11   A.  You can actually figure that out from one of the tables.  I

12:35:29 12   think he indicates the types of leukemia.  If you go to Table 3, see

12:35:40 13   acute myelogenous leukemia in the footnote of Table 3 --

12:35:45 14              THE COURT:  Which study is this?

12:35:47 15              THE WITNESS:  This is the Schwartz.

12:35:50 16              THE COURT:  I know but you have to give me the number.

12:35:50 17              MR. SCOTT:  No. 8 is Dr. Infante's book.  And it's Table 3

12:36:09 18   on page 95 to which Dr. Infante is referring.

12:36:11 19              THE COURT:  I got it.

12:36:12 20   BY MR. SCOTT:

12:36:14 21   Q.  If I understand this table -- I'll put it up here.  Among auto

12:36:25 22   mechanics, how many AML's were included in the eight total cases of

12:36:33 23   leukemia?

12:36:33 24   A.  Two.

12:36:37 25   Q.  One in the age 20 to 29 age group, and where is the other one?

12:36:45  1    A.   The 50 to 59 -- oh, they're in the gasoline.

12:36:50  2    Q.   Right, I think that's a different one.  So out of those eight

12:36:53  3    leukemias, only one was an AML, the disease that we're here talking

12:36:58  4    about today, true?

12:36:59  5    A.   Correct.

12:36:59  6    Q.   If we look at gasoline service industry occupation, how many of

12:37:04  7    the three totals -- total leukemias were AML?

12:37:08  8    A.   One.

12:37:09  9    Q.   Does cell type matter here?  You've talked about AML a lot

12:37:14  10   today.  It matters, doesn't it, in the analysis we're doing?

12:37:19  11   A.   Well, that's the issue is gasoline exposure and AML, so that's

12:37:26  12   important, yes.  But the data here he did his analysis with all

12:37:30  13   leukemias combined, so that's all I can report on.  Shows an

12:37:34  14   elevated risk of leukemia among garage mechanics including AML.

12:37:40  15   Q.   It's not an AML study, true?

12:37:42  16   A.   It's a study of all types of leukemias that include AML, that's

12:37:48  17   what I said.

12:37:48  18   Q.   And of the 11 leukemias, only two were AML's, true?

12:37:55  19   A.   Correct.

12:37:55  20   Q.   Would you be prepared to say that this study demonstrates a

12:37:59  21   statistically significant excess of AML from gasoline exposure based

12:38:06  22   on what we just looked at?

12:38:08  23   A.   Well, you know, without doing that the calculation, I kind of

12:38:12  24   intuit -- overall, if you want to look at overall, you would have to

12:38:17  25   pick out, okay.  What portion of the expected would be due to AML,

1    and then look at that versus the observed.

2            But when you've only got eight cases and three cases to

3    split out cell type to look at the risk by cell type, there was an

4    article published in response, my initial Pliofilm study and the

5    challenge to that saying that to try to dismiss an elevated risk of

6    leukemia related to exposure by splitting out the cell types from

7    such small numbers -- in fact, I had eight in my study -- they said

8    was statistically unethical analysis, and that's published in the

9    *British Medical Journal*.  Because, because you don't have enough

10    statistical power for each individual cell type alone.

11    Q.  As I recall your -- this is a benzene study that we're talking

12    about now.  I just want that clear.  In 1977, you and others, who

13    were working with NIOSH at the time, published a study in *The Lancet*

14    that dealt with leukemia among some Pliofilm workers, rubber

15    hydrochloride workers in Ohio, true?

16    A.  Yes.

17    Q.  And as I recall, there were only seven cases, not eight,

18    included in your analysis; is that true?

19    A.  Initially, yes, there were eight cases in there, but --

20    Q.  Ultimately --

21    A.  There were seven cases, right.

22    Q.  Ultimately there were 25 or 30 total cases reported by you and

23    other authors over the years with regard to benzene, true?

24    A.  Whatever the number is, yes.

25    Q.  Right.

12:39:51  1    A.  But initially, you're correct.  There were seven in my initial

12:39:54  2    publication, so I published those.  It was challenged in the

12:39:56  3    literature by someone.  I think someone from the API or the chemical

12:40:03  4    industry said, "Oh, wait a minute.  If you breakdown those seven

12:40:06  5    leukemias by cell type, you no longer find a statistically

12:40:10  6    significant excess."  And they published that in *The Lancet*.

12:40:14  7         In response to that, a statistician from the UK published

12:40:18  8    an article saying it was an unethical analysis to break down seven

12:40:22  9    leukemias by cell type and expect to find a statistically

12:40:26 10    significant increase because that number is too few.  If you want me

12:40:30 11    to provide you with that report, I'll be happy to.

12:40:33 12    Q.  I've seen it.  That's not my question.  My question is this:

12:40:37 13    Of the seven reported cases of benzene-induced leukemia in your

12:40:43 14    Pliofilm study, this is benzene, how many were AML's?

12:40:47 15    A.  There might have been five.

12:40:52 16    Q.  Six.  True?

12:40:55 17    A.  I don't remember.

12:40:56 18    Q.  There was one chronic myeloid leukemia and six acute myeloid

12:41:02 19    leukemias.  You don't remember your own landmark study?

12:41:05 20    A.  I do remember it, yes, but there were two monocytic leukemias

12:41:09 21    and there can be argument, "Well, are you going to include the

12:41:12 22    monocytic leukemia as AML's or is that a different subtype of

12:41:15 23    leukemia?"  And the arguments go on and on and on.

12:41:18 24         So it isn't that I am not familiar with the study, I am.

12:41:22 25    How you want to categorize them, you can.  But I am just saying to

12:41:28  1    split out seven leukemias by cell types, this statistician from the

12:41:33  2    UK was impressed enough by someone trying to do that and dismiss the

12:41:38  3    findings saying they thought it was an unethical analysis, and

12:41:42  4    you're aware of that study, in fact, you just told me.

12:41:44  5    Q.  Based on two cases of AML out of a total of 11 leukemia cases

12:41:49  6    in the Schwartz study, you certainly wouldn't say that Schwartz

12:41:54  7    demonstrates that benzene in gasoline causes AML, would you, sir?

12:41:59  8    A.  No, I wouldn't say that because that's not what they reported.

12:42:03  9    They reported total leukemia.  But on the basis of any one study, I

12:42:07 10    wouldn't say that gasoline or benzene causes leukemia or AML.

12:42:16 11    There's a lot of literature on these issues, on this subject.

12:42:19 12    Q.  Now, I next want to go to Flodin, which is No. 9 in your book.

12:42:41 13    I am just going to put on the screen here this index, and I'm sorry

12:42:47 14    for my notes here.  Get to Flodin, reference nine.  Reported an

12:42:55 15    increase in AML for occupational exposure to gasoline.  Odds ratio

12:43:00 16    2.7; .9 to 7.7 was the confidence interval, correct?

12:43:07 17    A.  Yes.

12:43:08 18    Q.  When you were talking about confidence interval earlier, there

12:43:15 19    were a couple of questions that came to mind.  We've seen numbers

12:43:18 20    that range from on the low end, .8 to 1.5 or .8 to 35 or something

12:43:26 21    like that in the confidence interval.  What does the range, the

12:43:31 22    breadth of that range indicate with regard to a specific study and

12:43:36 23    the finding?

12:43:37 24    A.  It tells you that you're 95 percent confident that the risk is

12:43:42 25    somewhere between those two numbers.

12:43:44  1   Q.  So if the range is brought, for instance under Flodin, instead

12:43:51  2   of .9 to 7.7, which isn't statistically significant, it had been .9

12:43:56  3   to 30, you would be a lot less confident that the actual number was

12:44:00  4   the odds ratio reported, true?

12:44:02  5   A.  I'm sorry.  I don't understand your question.

12:44:06  6   Q.  If you have a broad range, confidence interval, .8 or .9 to 30,

12:44:14  7   are you more or less confident in the result than if you have a

12:44:19  8   narrow range?

12:44:22  9   A.  It depends on a lot of things about the study.  You can't

12:44:28 10   just -- you have to look at the study to answer that question.

12:44:30 11   Q.  Let me try it this way.  What does the breadth, the width of

12:44:34 12   that confidence interval tell us about the reliability of the study,

12:44:39 13   or the results of the study?

12:44:41 14   A.  Well, like I was saying, the 95 percent confidence interval is

12:44:51 15   telling you that that is the range.  Like, for example, in here, you

12:44:55 16   know, it would say the range is between what those two confidence

12:44:59 17   intervals are.  Your estimate of relative risk is somewhere between

12:45:04 18   there.  And if you have smaller numbers involved, you're going to

12:45:07 19   have a larger range; if you have larger numbers involved, you're

12:45:11 20   going to have a smaller confidence interval.

12:45:15 21   Q.  So if you have a study with small numbers, the likelihood is

12:45:20 22   you will have a broader confidence interval, true?

12:45:24 23   A.  Yes.

12:45:24 24   Q.  Does that tell us anything about how much we can rely on the

12:45:29 25   finding when you have this broader confidence interval?

12:45:33 1   A.  It depends -- you have to look at the nature of the study.  For

12:45:37 2   example, as you point out, my Pliofilm study, there are only seven

12:45:42 3   leukemias identified.  You can say, "Well, there was a broad

12:45:47 4   confidence interval," but the entire world has relied upon that

12:45:50 5   study to evaluate benzene and leukemia.

12:45:53 6   Q.  The next thing on Flodin that I wanted to ask you about was

12:46:00 7   also reported an increase risk statistically significant at the

12:46:06 8   90 percent confidence interval.  Now, 95 percent is the standard

12:46:11 9   that epidemiologist use for statistical significance, typically,

12:46:16 10  isn't it?

12:46:17 11  A.  Typically, yes.  Sometimes they use 90 percent because it's

12:46:21 12  related to, like, a one-tailed test.  So, quite frankly, in the

12:46:25 13  occupational setting, you know, it's always been my opinion that

12:46:29 14  90 percent confidence intervals should be used because it's the same

12:46:33 15  as the one-tailed test.  Because in the occupational setting, you're

12:46:37 16  looking for the hazards from toxic exposures, not the health

12:46:42 17  benefits.

12:46:44 18          On the other hand, when you're in pharmaceutical industry,

12:46:45 19  you're looking at the health benefits from taking medication and

12:46:47 20  you're also looking at the hazards.  So there you want to look in

12:46:51 21  both tails.  So there's appropriate to use 95 percent confidence

12:46:56 22  intervals.

12:46:57 23          So I have done studies where I've published 95 percent

12:47:05 24  confidence intervals, and in the same studies was told by NIOSH that

12:47:09 25  I should use 90 percent confidence intervals because there was prior

12:47:14   1   knowledge of the association.  So that would be like a one-tailed

12:47:18   2   test.

12:47:19   3   Q.  Last questions on Flodin.  Where did Flodin get the information

12:47:24   4   on exposure to -- they actually looked at several things, I think

12:47:31   5   radiation and styrene and a number of things.  Where did Flodin get

12:47:37   6   the information on exposure?

12:47:40   7   A.  Where it says, "All cases involved were able to answer a

12:47:43   8   nine-page questionnaire about different exposures.  Those too ill to

12:47:49   9   answer the questionnaire were not included in the study.  A check

12:47:52  10   for completeness achieved by comparing the number of cases of acute

12:47:56  11   myeloid leukemia in the study with the number reported to the

12:47:58  12   regional cancer registry revealed that one-half the number of

12:48:03  13   incidence cases identified during this study period were enrolled in

12:48:05  14   the study."  So they identified it from a questionnaire.

12:48:09  15   Q.  They mailed them out and people sent back their exposure

12:48:13  16   information.  Is that a reliable method that epidemiologists usually

12:48:20  17   rely upon for exposure information?

12:48:26  18   A.  Where does it say -- you just said they mailed them out?

12:48:28  19   Q.  In the abstract.  "Exposure information was obtained through a

12:48:31  20   questionnaire mailed to each subject."

12:48:36  21   A.  All right.  And now, what's your question about that?

12:48:42  22          THE COURT:  Is that a reliable way to measure exposure?

12:48:51  23          THE WITNESS:  It can be.  You know, it would be

12:48:56  24   preferable, perhaps, to do and in-person interview, I think that

12:48:59  25   would be better.  But then it also depends on the degree of the

12:49:05  1  questions and how finely detailed the questions are about an

12:49:05  2  exposure.

12:49:12  3         So, it's not just a question about a mailed questionnaire

12:49:15  4  isn't as good as an interview questionnaire.  It could be a case

12:49:18  5  where a personal interview questionnaire was administered, but you

12:49:22  6  only asked a few questions, and on the mailed one you asked more

12:49:27  7  detailed question.  So you have look at the questionnaires

12:49:30  8  themselves to answer that question.

12:49:31  9         In general, I think it would be better to do, you know, a

12:49:35 10  personal interview.

12:49:36 11  Q.  In general, epidemiologist prefer measured quantitative data

12:49:43 12  rather than self-reported data with regard to exposure, don't they,

12:49:47 13  sir?

12:49:48 14  A.  Yeah, if you have that, but usually you don't.

12:49:50 15  Q.  And in general, in epidemiology self-reported data is

12:49:55 16  considered to be less reliable than measured quantitative data?

12:50:00 17  A.  It's impossible to have measured quantitative data when you're

12:50:04 18  doing a case-controlled study in a population because you have

12:50:07 19  someone that's been diagnosed with leukemia in the last three or

12:50:11 20  four years, how are you going to go out and measure their exposure?

12:50:15 21  They were diagnosed three or four years ago in the general

12:50:19 22  population; so you have to look at exposure, not their exact

12:50:23 23  measurements of exposure.

12:50:25 24         If you're doing a study in the occupational setting, there

12:50:30 25  you could narrow it down and say, "Okay.  These are the jobs they

12:50:33  1    had and this is the type of -- you know, they had, and we estimate

12:50:36  2    this is what their exposures were."  But you're always going to have

12:50:39  3    errors in exposure estimation, which bias you towards the null of no

12:50:45  4    association.  So in these types of studies where it's a population

12:50:48  5    study, it's unlikely you're ever going to have measured exposure

12:50:54  6    data, which would be, which would be preferable to have, but it's

12:51:00  7    impossible or essentially impossible to have, except for an

12:51:05  8    occupational case-controlled study.

12:51:07  9    Q.  So the answer to my question is:  In general, quantitative

12:51:14 10    measurements are considered to be more reliable by epidemiologist in

12:51:20 11    exposure assessment than self-report?

12:51:22 12    A.  Well, I would say in general, yes.  Depends on the nature of

12:51:28 13    how those are done.

12:51:29 14    Q.  I've now put up -- this is, your Honor, No. 10 from

12:51:35 15    Dr. Infante's book.  This is the Jakobsson study.  And this is the

12:51:38 16    study that we discussed earlier when I was talking about Lynge.

12:51:44 17    This group of workers was a subgroup of the group that was reported

12:51:49 18    by Lynge, true?

12:51:50 19    A.  Some of them may have been included.  I don't know how many, I

12:51:58 20    haven't done the comparison.  I mean, since they're Sweden, some of

12:52:02 21    them may have been included.

12:52:03 22    Q.  So first, Jakobsson reports that Swedish gasoline, at least at

12:52:11 23    that time, had three to five percent benzene, true?

12:52:14 24    A.  Whatever is in the report.

12:52:15 25    Q.  It's in the abstract, right in the middle.

12:52:18  1    A.  Okay.  Yes, that's right.

12:52:21  2    Q.  And work histories, again, were -- this time they were based on

12:52:30  3    personal interviews, which you mentioned a minute ago.  Is that

12:52:34  4    true?

12:52:36  5    A.  Well, I haven't read yet the materials and methods.

12:52:42  6    Q.  At least with the cases there were interviews with the actual

12:52:46  7    cases or their relatives?

12:52:49  8          THE COURT:  Cases, you mean cases of?

12:52:51  9          MR. SCOTT:  Leukemia.

12:52:59  10         THE WITNESS:  All right.  If you say they were personal

12:53:01  11   interviews, I'll take your word for it unless you want to point me

12:53:04  12   to a place and you want me to read it.

12:53:04  13   BY MR. SCOTT:

12:53:05  14   Q.  I am reading right there in the emphasis, "The work histories

12:53:07  15   of the ten cases were reconstructed through interviews with

12:53:10  16   surviving relatives."  Actually, it wasn't even with the cases, I

12:53:14  17   was incorrect.  "And were compatible with the hypothesis, which was

12:53:17  18   that benzene had contributed to the excess risk."  Correct?

12:53:34  19   A.  (WITNESS READS.)  Yes.

12:53:38  20   Q.  The last sentence, "Because the air benzene exposures at petrol

12:53:42  21   stations" --

12:53:42  22   A.  I'm sorry.  The last sentence in what?

12:53:43  23   Q.  The last sentence in the abstract.  "Because the air benzene

12:53:48  24   exposures at petrol stations always have been lower than benzene

12:53:54  25   exposures associated previously with an increased risk of AML, the

12:53:59 1  leukemogenic effect of benzene may have been potentiated by other

12:54:05 2  petrol or vehicle exhaust components."  What does that mean?

12:54:14 3  A.  Well, what they're saying is they're finding an elevated risk

12:54:18 4  of AML from lower levels of benzene exposure than what you've seen

12:54:23 5  in other epidemiological studies.  So they're saying that, you know,

12:54:31 6  perhaps, leukemogenic effect of benzene may have been potentiated by

12:54:37 7  other petrol or vehicle exhaust components.  And that's exactly what

12:54:43 8  some of the burden of what the Whitmore study showed, that toluene,

12:54:47 9  which is a component of benzene, potentiates the genetic damage

12:54:51 10  caused by benzene; whereas, by the toluene alone, it doesn't.  So

12:54:55 11  this is consistent with what you see later on.

12:54:57 12  Q.  So let's go to page 257 of the Jakobsson study.  This is in the

12:55:10 13  discussion section where the question is:  Is there an increased

12:55:13 14  risk for AML among the petrol station attendants?

12:55:17 15  A.  Where are you?  I'm sorry.

12:55:19 16  Q.  Right here (INDICATING).  Page 257 in the left-hand column,

12:55:24 17  third paragraph under "Discussion."  "Is there an increased risk?"

12:55:32 18  And the part I am interested in is their conclusion paragraph there

12:55:36 19  on the second column.  "Therefore, our data accord with the

12:55:42 20  hypothesis that work at petrol station attendant involves an

12:55:46 21  increased risk of AML."  Is that saying causation?

12:55:51 22  A.  It says it's in accord with that hypothesis.

12:55:54 23  Q.  And then they say, "Because petrol contained benzene in the

12:55:59 24  times from first exposure to diagnosis are in keeping with

12:56:03 25  benzene-induced AML, it appears possible that benzene exposure may

12:56:07 1   contribute to this risk."  That was the conclusion of Jakobsson,

12:56:14 2   correct?

12:56:15 3   A.  Yes.  And that report, but then in the letter to the editor

12:56:20 4   when he responds, he says that benzene exposure from petrol

12:56:27 5   increased the risk of AML for petrol station attendants.  That's a

12:56:32 6   little stronger.  But, you know, whether or not -- either phrasing,

12:56:36 7   the study demonstrates an elevated risk.  However you want to

12:56:41 8   characterize it, he characterizes it.

12:56:46 9   Q.  Now I want to go to Exhibit 12 in your book, which is the D.C.

12:56:51 10  mechanics study.  And I have a couple of -- this one may be very

12:57:07 11  difficult to read.  First, this is in 1990 in *The Lancet*.  Was there

12:57:24 12  a published report with tables and all of that other than this

12:57:33 13  report benzene and petrol, a continuing hazard?

12:57:39 14  A.  No.

12:57:39 15  Q.  What is this?  Is this a report?  Is it a scientific study?

12:57:44 16  A.  It's an analysis, yeah.  It's a study of what the risk would be

12:57:49 17  among these D.C. garage mechanics.

12:57:52 18  Q.  And so what was the rigorous protocol that you went through on

12:57:57 19  this study to be sure you were getting exposure information and

12:58:02 20  getting correct diagnoses and all of that sort of thing that goes

12:58:06 21  into a proper epidemiology study?

12:58:11 22  A.  They were all of these workers worked at the D.C. garbage; they

12:58:15 23  were all black males; they all siphoned gasoline by mouth

12:58:21 24  periodically; and there were three of them that were diagnosed in a

12:58:28 25  short period of time.  And so then I said, Well, okay.  There were

12:58:32  1    three diagnosed, how many worked there over whatever period it was,

12:58:37  2    I don't recall, how many ever could have worked there.  So then what

12:58:40  3    I did was like a life table analysis where I said, Okay.  Given the

12:58:45  4    number that would have worked here in this period of time, how many

12:58:48  5    leukemia deaths would you expect?  And I compared that to the

12:58:51  6    expected.

12:58:53  7    Q.  Was there a more complete report?  I mean, I can go to the next

12:58:58  8    page, but it pretty much ends on the following page.  Is there a

12:59:06  9    more complete report than this where you set out the protocols and

12:59:11  10   how you determine that the diagnoses were correct and the exposure

12:59:16  11   information was correct and all of that?

12:59:23  12   A.  Well, I -- at one time I had the medical records on them, yes.

12:59:28  13   I don't know.  Does it say that in here?  And also I think Richard

12:59:32  14   Cahill was from the medical -- Naval Medical Research Institute, I

12:59:37  15   think he treated some of these.  It's been a long time ago.  And

12:59:42  16   then Dr. Schwartz was with the D.C. Department of Health.  So I had

12:59:46  17   the information, the diagnoses of the cases, yes.

12:59:50  18   Q.  So was this peer-reviewed?

12:59:53  19   A.  Absolutely.  *The Lancet* is a very rigorous -- I think it's one

12:59:57  20   of the most prestigious journals in the world.

13:00:00  21   Q.  So this is a case report, right, or actually a report of three

13:00:04  22   cases?

13:00:05  23   A.  Yeah, with an analysis.  It's more than a case report.  There

13:00:10  24   was a statistical analysis of relative risk included in it.

13:00:15  25   Q.  And so, if our question is:  Does work in a gasoline station,

13:00:21  1   even siphoning gasoline and the things that you've described, cause

13:00:25  2   AML, what does this study tell us?

13:00:29  3   A.  Well, it tells us there is an incredibly high risk of leukemia

13:00:34  4   among these workers, right --

13:00:36  5   Q.  And my question was --

13:00:39  6   A.  Like, what did they have?

13:00:42  7   Q.  -- AML?

13:00:43  8   A.  How many cases of AML were in here?

13:00:45  9   Q.  I think one.

13:00:46  10  A.  One was AML and the other -- I don't recall what the other,

13:00:50  11  whatever, it's in here.  So there's one case of AML among the three.

13:00:54  12  Q.  And you've already told us that based on one case you couldn't

13:00:57  13  have much power, right?  You have some huge numbers --

13:01:00  14  A.  Right.

13:01:00  15  Q.  -- but so far as power and reliability, this doesn't provide

13:01:04  16  very much, does it?

13:01:05  17  A.  No, I disagree with you.  I mean, in terms of AML or leukemia?

13:01:09  18  Q.  Yes, AML.

13:01:11  19  A.  In terms of AML.  Well, you know, I published what was

13:01:14  20  available.  To me, it demonstrates a very high risk of leukemia.

13:01:16  21  One of the three happened to be AML; the other was acute leukemia

13:01:22  22  and one chronic leukemia.

13:01:23  23  Q.  Yes, sir, I am not faulting for what you published.  I am only

13:01:27  24  asking whether this report provides very much helpful information

13:01:32  25  that working in a gas station causes AML?

13:01:36  1   A.  I think it provides some information, yes, because it's -- and

13:01:41  2   with the high relative risk that I have in there, you know, it's

13:01:45  3   only -- if you want to split it out into AML, there's one observed

13:01:50  4   and the expected is going to be very, very low since the relative

13:01:54  5   risk overall is between, what, 60 something and 133 times what you

13:02:01  6   would expect.  So is this, you know, by itself does it stand alone

13:02:06  7   and say, "Hey, this proves that gasoline causes AML"?  No, it

13:02:11  8   doesn't.  But it provides information that, you know, that exposure

13:02:15  9   to gasoline is associated with an elevated risk of leukemia, of

13:02:18  10  which one of them is AML.

13:02:23  11  Q.  Did you do a statistical analysis on this, do confidence

13:02:29  12  intervals?  They're not reported, if you did.

13:02:31  13  A.  No.  I mean, one could do that.  I didn't do that.

13:02:35  14  Q.  It would be a very broad confidence interval, wouldn't it?

13:02:42  15  Very wide?

13:02:42  16  A.  Yes.  It would be highly significant also.

13:02:45  17  Q.  Well, you've reported the 333 time risk for people who siphon

13:02:52  18  gasoline, or whatever the number was, but the confidence interval

13:02:56  19  had you calculated and reported it would have been very wide?

13:03:00  20  A.  It would have been a wide confidence interval, but it also

13:03:02  21  would have demonstrated there was a significant increase.  When you

13:03:04  22  have a risk that high based on three cases, you're going to have a

13:03:11  23  significant elevation in that risk.

13:03:14  24  Q.  Well, let's talk about that.  If we had a group of ten people

13:03:19  25  and exposed to whatever, electromagnetic fields, and one of them

13:03:26  1    developed AML and -- that's a whole lot more than you would expect

13:03:31  2    in a group of ten people, right, one AML?

13:03:34  3    A.  Yes.

13:03:34  4    Q.  So whatever the agent is, that's a huge number.  It doesn't

13:03:40  5    tell us very much about whether electromagnetic fields caused that

13:03:45  6    case of leukemia, does it?

13:03:45  7    A.  Correct.  And if this were the only information on gasoline and

13:03:51  8    leukemia, you know, it wouldn't -- it provides some information to

13:03:58  9    go along with all of the other information.  You don't simply

13:04:02 10    isolate out one study at a time.  You look at all of the information

13:04:06 11    that's available.

13:04:06 12          And even, in fact, in response to this article, there were

13:04:08 13    the two articles I mentioned earlier.  The guys wrote in and said,

13:04:13 14    "Hey, look these roadside vendors and motor mechanics, they're

13:04:17 15    demonstrating significant increases in anemia, neutropenia."

13:04:23 16          And there was an article on the hazards of benzene in

13:04:27 17    gasoline.  So these were scientists.  There was also a response from

13:04:33 18    England also by Dr. Wombly.  So it isn't, like, gee, this isn't

13:04:37 19    surprising.

13:04:43 20    Q.  How did the Hunting case -- report -- I'm sorry -- study, which

13:04:47 21    is No. 14 in your book, how did that relate to the Infante, Schwartz

13:04:54 22    and Cahill garage mechanics?

13:04:57 23    A.  It's the same general population, but I think they went back

13:05:03 24    further in time and followed them for a longer period of time.  And

13:05:07 25    they filed -- looked at deaths only from a very specific follow-up

13:05:13  1   period, whatever it was, I don't recall.  And they find that --

13:05:20  2   well, whatever their numbers are.

13:05:21  3   Q.  That's where I was headed.  If you go to Table 5 in Hunting on

13:05:25  4   page 676, I think you'll see it.  First question, there's one acute

13:05:32  5   myeloid leukemia case listed there.  Is that the same acute myeloid

13:05:38  6   leukemia case as was reported in your earlier D.C. mechanics report?

13:05:43  7   A.  I don't know.  It could be.  Well, let's see.  They have a

13:05:50  8   footnote.  "These three cases included in SMR analysis.  See Tables

13:06:01  9   3 and 4."

13:06:03 10   Q.  Well, I think the asterisk --

13:06:06 11   A.  It doesn't tell you whether or not it was also -- it could have

13:06:06 12   been.

13:06:12 13   Q.  I'm sorry.  Go ahead.

13:06:13 14   A.  It could be, it could be the same one, one of them -- the AML

13:06:16 15   that they're identifying could have been the same AML that was in my

13:06:21 16   analysis.

13:06:21 17   Q.  In fact, if you look at very the first on Table 5, right under

13:06:25 18   the table, there is an asterisk that says, "Index cases part of

13:06:31 19   initial cluster," and there is an asterisk next to Case 2, which is

13:06:35 20   the acute myeloid leukemia case.  Doesn't that indicate that that is

13:06:37 21   the same case as reported in your D.C. mechanics report?

13:06:42 22   A.  Well, the index case, the chronic myeloid leukemia, is not

13:06:47 23   included in their analysis because the individual had a bone marrow

13:06:51 24   transplant and he was still alive.  This is a mortality study, so

13:06:55 25   it's not included.  No, it's not included in the Hunting analysis.

13:07:00  1  Q.  I think if you look on Table 5 at the acute myeloid leukemia

13:07:05  2  case, not the chronic myeloid leukemia case, you'll see that in that

13:07:09  3  case, that person had died and would have been included.

13:07:14  4  A.  That person has died, yes.

13:07:16  5  Q.  Is that the same case as you reported?

13:07:19  6  A.  I don't know.  It may have been.  I didn't make such a

13:07:27  7  comparison.

13:07:28  8  Q.  And will you confirm that Hunting in this nine times odds ratio

13:07:35  9  reported for all leukemia had a confidence interval of 1.12 to

13:07:42 10  33.43?

13:07:43 11  A.  Where are you?  What page?

13:07:47 12  Q.  That's on your index.  I'm sure we can find it.  I'm assuming

13:07:50 13  you've reported it correctly.

13:07:52 14  A.  All right.

13:08:13 15  Q.  May just be in his -- yeah, if you'll just look in the

13:08:19 16  abstract.

13:08:28 17  A.  Yes.

13:08:29 18  Q.  SMR for leukemia and aleukemia was 9.26, two deaths; so that

13:08:38 19  was based on two deaths, correct?

13:08:39 20  A.  Yes.

13:08:42 21  Q.  And in your index you said it was reported an increase in

13:08:47 22  leukemia.  What is aleukemia?

13:08:50 23  A.  Well, this is the category they generate the expected based on

13:08:54 24  leukemia and aleukemia.

13:08:57 25  Q.  What is --

13:08:58  1    A.  These are two deaths from leukemia as indicated in Table 5.

13:09:02  2    Q.  Is aleukemia leukemia?

13:09:09  3    A.  You know, it's kind of like an old categorization of it, and so

13:09:15  4    when you calculate an expected, you use the category of leukemia or

13:09:21  5    aleukemia, or you can do that.  So I think that it's -- you know, I

13:09:28  6    am not sure.  It's probably a leukemia or preleukemia.  Though, what

13:09:36  7    I am saying in this study they were both leukemia deaths.

13:09:36  8    Q.  I understand.

13:09:40  9    A.  So they've calculated really a little bit more expected than

13:09:46 10    what's apparent in the study because they're also including

13:09:48 11    aleukemia, but I would think it would be a very small portion of the

13:09:52 12    leukemia, aleukemia.  I think aleukemia would be a very small

13:09:56 13    portion of that category.

13:09:57 14    Q.  So looking at the confidence interval right by my finger here,

13:10:03 15    1.12 to 33.43, that's a very broad confidence interval, isn't it?

13:10:11 16    A.  Yes.

13:10:38 17    Q.  So the next study in your set here is Sandler, Exhibit 15.  I

13:10:43 18    don't think this is the order that you covered them in, but I'll

13:10:47 19    come back to these others.  Sandler's Exhibit 15.  It appears to be

13:10:56 20    a set of PowerPoint slides.  Can you tell us what that is?

13:11:00 21    A.  This is a presentation that she made at this meeting.

13:11:08 22    Q.  And what do you take from the Sandler study?

13:11:15 23    A.  What do I take from it?  I take from it that she's demonstrated

13:11:20 24    a significantly elevated risk of MDS related to the categories of --

13:11:28 25    what is it, gasoline, kerosene exposure, and petroleum distillates

13:11:39  1    of low, medium, and high aromatic content.

13:11:44  2    Q.  So Sandler is not just a guessing study; isn't that true?

13:11:51  3    A.  It's a case-controlled study.

13:11:53  4    Q.  I'm sorry, the agent -- chemical agent that Sandler was

13:12:00  5    evaluating wasn't just gasoline, was it?

13:12:02  6    A.  It was gasoline, kerosene.  We don't have knowledge that, you

13:12:05  7    know, kerosene causes leukemia; so whatever risk was imparted from

13:12:12  8    the gasoline and kerosene, I would think it came from the gasoline,

13:12:17  9    even though she's analyzed, you know, what the data combined.

13:12:22  10   Q.  How can petroleum distillates?  What are those?

13:12:26  11   A.  That's what you were talking about earlier.  When you take

13:12:30  12   crude oil and you distill it.  So they are looking at total

13:12:34  13   petroleum distillates, and then they look low, high, and pure

13:12:37  14   aromatic content.  You get pure -- benzene is an aromatic, so you

13:12:45  15   see from both low, high, and pure aromatics you have significantly

13:12:52  16   elevated risks of MDS.

13:12:57  17   Q.  Now, Sandler didn't look just at MDS, did she?

13:13:06  18              MR. SCOTT:  Your Honor, I'm sorry, I need to grab a

13:13:08  19   Kleenex.

13:13:09  20              THE WITNESS:  I thought she did.

13:13:33  21   BY MR. SCOTT:

13:13:34  22   Q.  Sandler looked at AML also, true?

13:13:35  23   A.  Yes, she has one analysis for AML, that's correct.

13:13:39  24   Q.  You didn't report that in your index here.  Why not?

13:13:42  25   A.  Well, I don't see any analysis related specifically to

13:13:49 1    gasoline.

13:13:52 2    Q.  Well --

13:13:54 3    A.  And it's really looking at --

13:14:01 4            THE COURT:  Where is it?

13:14:01 5            MR. SCOTT:  It's on the next-to-last page, your Honor.

13:14:04 6    The page doesn't appear to be numbered.

13:14:07 7            THE COURT:  It says "AML Study"?

13:14:11 8            MR. SCOTT:  It's the very last page with the tables on it.

13:14:30 9    BY MR. SCOTT:

13:14:30 10   Q.  I did ask you about petroleum distillates earlier, like

13:14:34 11   naphtha, whether IARC had looked at naphtha as well as gasoline.

13:14:39 12   A.  Yes, you did.

13:14:40 13   Q.  What's the difference between petroleum distillates and

13:14:43 14   gasoline?

13:14:44 15   A.  Well, I mean, gasoline could be considered a petroleum

13:14:49 16   distillate.

13:14:50 17   Q.  Right.

13:14:50 18   A.  It would come under that category, but you can't just -- but

13:14:54 19   they're not all petroleum distillates aren't, you know, all of the

13:14:58 20   same.  It's kind of a cocktail of petrochemical.

13:15:01 21   Q.  Gasoline is sort of a cocktail, isn't it?

13:15:04 22   A.  Yes, it is.

13:15:05 23   Q.  So why did you not include in your description the AML study,

13:15:17 24   risk from solvent exposures.  The very first entry here is petroleum

13:15:22 25   distillates and the odds ratio for everybody was 1.1 and for people

13:15:30  1   45 plus it was 1.3.  Is that just because it was petroleum

13:15:41  2   distillates?

13:15:42  3   A.  You know what?  I didn't -- I overlooked this analysis.

13:15:48  4   Q.  Fair enough.

13:15:50  5   A.  But it doesn't really tell you a lot anyhow.

13:15:52  6   Q.  It does tell you something, though, about this whole chromosome

13:15:56  7   issue, doesn't it?

13:15:57  8   A.  Well, on that issue, yes.

13:15:58  9        THE COURT:  What does it tell you?

13:16:00  10  BY MR. SCOTT:

13:16:01  11  Q.  Do you see the bottom left-hand corner table AML study, toxic

13:16:07  12  exposures and chromosome abnormalities.  And under "Petroleum

13:16:11  13  Distillates" under "None," that is no chromosomal aberrations, it

13:16:16  14  has 1.1 odds ratio.  Under "Any" it has 1.0, which is exactly what

13:16:24  15  you would expect, correct?

13:16:25  16  A.  Yes.

13:16:26  17  Q.  But then it has minus five and minus seven and 7q minus.  Those

13:16:32  18  are the chromosomal abnormalities that you talked about in your

13:16:35  19  report.  At least minus five and minus seven are, true?

13:16:40  20  A.  Yes.

13:16:40  21  Q.  And under "Petroleum Distillates" what does this study tell us

13:16:45  22  about whether they are causing minus five and minus seven?

13:16:48  23  A.  It will tell you that there is no association with minus five,

13:16:52  24  but, I believe, there's a significant association with minus seven.

13:16:56  25  Q.  And 7q minus?

13:16:59  1   A.  Yes.

13:16:59  2   Q.  Where do you get the significance?

13:17:01  3   A.  Well, it's underlined.

13:17:05  4   Q.  So should we include Sandler in the AML analysis, the petroleum

13:17:32  5   distillates where there was no significant excess?

13:17:35  6   A.  Well, if you want to include it in petroleum distillates, you

13:17:39  7   can.  I missed the study.  What it shows is that petroleum

13:17:42  8   distillates are associated with minus seven, but they're not with

13:17:46  9   minus five.

13:17:47  10           THE COURT:  What does it show with AML?  Is it

13:17:54  11   significant?

13:17:54  12           MR. SCOTT:  Petroleum distillates.

13:17:57  13           THE WITNESS:  That chart.

13:17:59  14           THE COURT:  I just want to know if it's significant or

13:18:02  15   not.

13:18:02  16           MR. SCOTT:  Your Honor, it is our position that gasoline

13:18:04  17   and petroleum distillates are very, very similar.  They're both

13:18:07  18   cocktails as Dr. Infante suggested.  They have, essentially, all of

13:18:13  19   the same substances, chemical makeup.  -

13:18:16  20           THE COURT:  I understand that, but what does that show?  I

13:18:19  21   am having trouble seeing these number.  I'm sorry.

13:18:22  22           MR. SCOTT:  I'm sorry, let me blow it up a little bit more

13:18:25  23   here.  Dr. Sandler looked at the risk from solvent exposures and she

13:18:30  24   broke it down into different types of solvents, all of those things

13:18:34  25   on the left-hand column -- instead of me testifying, I'm sure

13:18:37  1    Dr. Infante can confirm -- all of those things are solvents;

13:18:41  2    alcohol, pine oil those sorts of things.  And the odds ratio for

13:18:46  3    petroleum distillates is 1.1.  In other words, they had 64 cases of

13:18:53  4    AML among the people -- patients exposed to petroleum distillates,

13:19:00  5    and they had 63 among their control group that they compared to,

13:19:05  6    which is essentially one, which is where they got the 1.1 ratio.

13:19:10  7    And, apparently, they did -- Dr. Infante, correct me if I'm wrong --

13:19:14  8    but apparently they did a subanalysis of people over 45 years of age

13:19:18  9    and found the odds ratio there was 1.3.  Neither was statistically

13:19:25  10   significant.

13:19:25  11   BY MR. SCOTT:

13:19:26  12   Q.  Did I state that more or less correctly?

13:19:28  13   A.  Yes, for AML, right.

13:19:30  14   Q.  While we're talking about AML and this age issue, why would

13:19:35  15   they look at people over 45?

13:19:45  16   A.  Well, just to see with an increase in age, you know, which

13:19:49  17   could probably -- well, you know, I am not quite sure.  I am not

13:19:53  18   quite sure.

13:19:53  19   Q.  Okay.  Would you agree that with regard to this age incidence

13:19:59  20   concept that people in their 20s -- and I am just giving you some

13:20:04  21   rough numbers here -- the incidence of AML on people in their 20s is

13:20:11  22   1/40th of the incidence of AML among people in their 70s, like

13:20:18  23   Mr. Burst?

13:20:20  24   A.  I don't know what the comparisons are, but you see an increase

13:20:24  25   with an increase in age.

13:20:24  1    Q.  And it's a dramatic increase, isn't it?

13:20:27  2    A.  Yes.  But, I mean, you shouldn't associate gasoline with

13:20:41  3    petroleum distillate even though petroleum -- even though gasoline

13:20:47  4    is a petroleum distillate.  If you have an analysis for petroleum

13:20:52  5    distillate, that doesn't mean that that's gasoline.  Just means it's

13:20:55  6    a petroleum distillate that contains, certainly, some of the

13:20:58  7    components of gasoline.

13:21:01  8    Q.  Petroleum distillates by definition, just as gasoline, contain

13:21:06  9    some benzene, don't they?

13:21:07  10   A.  Yeah, but much less than gasoline.

13:21:09  11   Q.  Could be less, could be more?

13:21:11  12   A.  You talked about naphtha before, I think that's way below.

13:21:14  13   Q.  Naphtha would be below?

13:21:17  14   A.  Yeah, you could move the decimal point over for the amount.

13:21:19  15   Q.  But it could be more, it could be less depending on what the

13:21:22  16   petroleum distillate was, true?

13:21:24  17   A.  Not your example of naphtha, for example.  Or mineral spirits,

13:21:27  18   that would be lower.

13:21:27  19   Q.  How about an example of BTEX, benzene, toluene, ethyl benzene

13:21:39  20   and xylene, that would be much higher, right?

13:21:42  21   A.  If you had a combination of those three?

13:21:44  22   Q.  Sure.

13:21:44  23   A.  It could be, yes.

13:21:45  24   Q.  BTEX would be another petroleum distillate, true?

13:21:50  25   A.  It would be a combination of distillates.

13:22:02 1    Q.  I want to turn to No. 16 on your list, Terry.  The analysis you

13:22:25 2    mentioned in your index is an increase in AML in gas station

13:22:33 3    attendants employed for greater than one year exposed to benzene

13:22:36 4    through gasoline, correct?

13:22:38 5    A.  Yes.

13:22:39 6    Q.  Where in the Terry report, what page is that evaluation on?

13:23:02 7    A.  If you look at page 1,121, gasoline station attendant, equal to

13:23:08 8    or more than one year of exposure, the odds ratio is 1.8.

13:23:24 9    Q.  1,121?

13:23:26 10   A.  Pardon me?

13:23:27 11   Q.  I see it.  I see it.  There's this entry gasoline station

13:23:52 12   attendant, I think you've underlined here the 1.8.  What is

13:24:03 13   multivariate odds ratio?

13:24:05 14   A.  What they've done is taken in to consider other variables in

13:24:10 15   this study.

13:24:10 16   Q.  Is that because these people have other exposures beyond just

13:24:15 17   gasoline station attendants?  Is there a way to take out the

13:24:19 18   confounders?

13:24:19 19   A.  Well, it's a way to not take them out but adjust.

13:24:23 20   Q.  Adjust for confounders?

13:24:25 21   A.  For potential confounders, yes.

13:24:32 22   Q.  What did they do here in this study?  That's what I am trying

13:24:35 23   to find.  What does it mean with regard to gasoline station

13:24:39 24   attendants, the multivariant analysis?

13:24:43 25   A.  What it means is that they have this elevated odds ratio that's

13:24:48 1  statistically significant.  The multivariant analysis means that

13:24:53 2  they're adjusting for other factors.  I will have to look in the

13:24:57 3  paper to see what they adjusted for.  They've adjusted for those and

13:25:02 4  they've come up with that risk when they make that adjustment.

13:25:07 5  Q.  Did Terry report those strengths and weaknesses of the study?

13:25:13 6  Going to page 1,127 right toward the end.

13:25:16 7  A.  Well, I suppose.  Usually authors do.  Where are you?

13:25:20 8  Q.  1,127, right-hand column at the bottom.  Very first thing they

13:25:34 9  say is that several strengths, including the large size.  So like

13:25:38 10  the Lynge study, it was a big study, true?

13:25:41 11  A.  Yes.

13:25:42 12  Q.  Use of population based controls, is that the comparison group?

13:25:48 13  A.  Yes.

13:25:48 14  Q.  So that would be national average or something like that?

13:25:53 15  A.  Well, this is a case-controlled study, so they're looking at

13:25:58 16  exposure.

13:25:58 17  Q.  It would be the non-exposed group?

13:26:00 18  A.  It would be the exposure in the non-disease group.

13:26:04 19  Q.  "Our ability to interview patients shortly after diagnosis

13:26:10 20  minimizing, but not eliminating, the need for proxy interviews."

13:26:15 21  What's that?  Proxy interviews, what are those?

13:26:18 22  A.  That would be like the next of kin.

13:26:20 23  Q.  So the point there is when you interview the next of kin, it's

13:26:25 24  not the best method from a reliability perspective?

13:26:28 25  A.  Well, you're better off interviewing the individuals.

13:26:34  1   Sometimes in these studies, the individuals with the leukemia are

13:26:37  2   too sick to be interviewed, so you have to interview the wife or

13:26:43  3   another family member.

13:26:44  4   Q.  Sure.  Then they talk about the limitations, potential

13:26:49  5   limitations for the study.  "Low numbers in several occupational

13:26:53  6   categories limited our ability to estimate risk with precision, and

13:26:58  7   in some instances, no estimates were generated."  That doesn't apply

13:27:04  8   with regard to gas station attendants here, but that is an issue

13:27:09  9   from an epidemiology perspective, true?

13:27:13 10   A.  Can be, yes.

13:27:14 11   Q.  "Second, proxies were involved in about one-third of patient

13:27:19 12   interviews and it is possible that proxies reported exposures

13:27:22 13   differently from self-responding participants."  Again, that's the

13:27:25 14   whole issue we talked about earlier, self-reporting?

13:27:27 15   A.  Yes.

13:27:28 16   Q.  What do we take from Terry?  What do you take from Terry with

13:27:43 17   attendants employed for greater than one year exposed -- do they use

13:27:48 18   the term "exposed to benzene through gasoline" in this studies or is

13:27:53 19   that your term?

13:27:54 20   A.  No, it's my terminology.  It says, gasoline station attendants.

13:27:58 21   Q.  So in your index where it says, "exposed to benzene through

13:28:01 22   gasoline," they just said, "gasoline"?

13:28:02 23   A.  Correct.

13:28:03 24   Q.  I would like to go to No. 17, the Rushton '93 study.  Seventeen

13:28:35 25   in your book.

13:28:57  1    A.  Yes.

13:28:58  2    Q.  This describes a study of --

13:29:05  3    A.  I'm sorry.  What page is it in the book?

13:29:07  4    Q.  It's Exhibit 17 and the very first page of the study, I think,

13:29:11  5    is 77.  This is a refinery worker study, correct?

13:29:30  6    A.  This is a study of petroleum distribution workers.

13:29:41  7    Q.  Well, let's see.  Let's look at the abstract on page 77.

13:29:54  8    A.  If you look at the last sentence of the abstract.

13:29:57  9    Q.  Before we get to the last sentence, "As a result of mortality

13:30:02 10    analysis of a cohort of workers employed for at least one year

13:30:05 11    between 1950 and 1975 at eight oil refineries, at approximately 750

13:30:13 12    distribution centers in the UK."  So it's refineries and

13:30:18 13    distribution workers?

13:30:19 14    A.  Yes.

13:30:30 15    Q.  Why do they --

13:30:41 16              THE COURT:  What's a distribution center?

13:30:46 17    BY MR. SCOTT:

13:30:47 18    Q.  Do you know, Doctor?

13:30:48 19    A.  I'm sorry.  I didn't hear.  What was the question?

13:30:51 20              THE COURT:  What is a distribution center?

13:30:53 21              THE WITNESS:  Center, well, the distribution center would

13:30:56 22    be the center where individuals would go to load the fuels that

13:31:04 23    they're going to be delivering.

13:31:09 24    BY MR. SCOTT:

13:31:09 25    Q.  So would that be like what you've called a terminal?  Is that

13:31:13  1   the same thing?

13:31:15  2   A.  I think it's similar, yes.

13:31:37  3   Q.  So I want to be sure we're clear on what they actually found

13:31:41  4   with regard to the workers that you believe are relevant here.  For

13:31:47  5   AML -- and I am going to get to the table.  Table 7 for AML, in this

13:32:21  6   study your index and the study report an odds ratio -- actually, an

13:32:30  7   SMR, this is a mortality study, of 155, correct?

13:32:34  8   A.  Yes.

13:32:34  9   Q.  Was it statistically significant?

13:32:35 10   A.  No.

13:32:36 11   Q.  And then your index --

13:32:41 12   A.  And this is among leukemia and drivers.

13:32:43 13   Q.  So this is drivers.  This is not service station attendants?

13:32:47 14   A.  Correct.

13:32:47 15   Q.  Have you seen studies in which truck drivers have been reported

13:32:53 16   to have increased risks for leukemia, even if they were hauling milk

13:33:02 17   not gasoline or some petroleum product?

13:33:05 18   A.  I don't recall.

13:33:08 19   Q.  There certainly is in the literature some association with

13:33:13 20   truck driving separate and apart from the notion of hauling

13:33:16 21   petroleum products, true?

13:33:18 22   A.  In relation to what?  I don't understand.

13:33:21 23   Q.  Leukemia, higher incidence.  There are truck driver studies --

13:33:27 24   A.  Of drivers who haul milk?

13:33:29 25   Q.  Whatever, but not petroleum products.

13:33:31 1   A.  But not petroleum.  I don't know the answer to that.

13:33:35 2   Q.  Now, Rushton is one that there was an adjustment, this was not

13:33:41 3   statistically significant, and you did the healthy worker effect

13:33:48 4   adjustment, correct?

13:33:49 5   A.  Yes.

13:33:49 6   Q.  And even when you did that adjustment, you still didn't find a

13:33:54 7   statistically significant increased risk for AML in the Rushton

13:34:00 8   study?

13:34:00 9   A.  Exactly, and that's exactly what I reported.  But even so,

13:34:04 10  without having -- as my point is -- you don't always need to have a

13:34:07 11  statistically significant increase for a study to provide meaningful

13:34:11 12  information.  That's why when you look at the last sentence of her

13:34:14 13  abstract, it says, "Mortality is also raised in distribution center

13:34:19 14  drivers, particularly for myeloid leukemia, including acute myeloid

13:34:24 15  leukemia."

13:34:24 16  Q.  That's the number we just looked at, 155 not statistically --

13:34:27 17  A.  Right.  And my point is, she is still drawing attention to that

13:34:31 18  observation even though it is not statistically significant.  That's

13:34:39 19  the only point I was trying to make.

13:34:48 20       THE COURT:  I think we are going to take a break now for

13:34:51 21  lunch.  I have a pretrial conference at 2:30, so we'll come back at

13:34:56 22  a quarter to three.

13:34:57 23       THE DEPUTY CLERK:  All rise, please.

13:34:59 24     (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

13:34:59 25

P R O C E E D I N G S

(AFTERNOON SESSION)


13:34:59  1

13:34:59  2

13:34:59  3

14:51:55  4     (OPEN COURT.)

14:51:55  5          THE DEPUTY CLERK:  Court's in session.  Please be seated.

14:51:57  6          THE COURT:  Good afternoon, everyone.  Let's proceed.

14:52:02  7          MR. Gray:  Your Honor, Tim Gray for Chevron.  May I take

14:52:04  8     care of a quick housekeeping measure?

14:52:04  9          THE COURT:  Sure.

14:52:04 10          MR. Gray:  Mr. Scott earlier referenced some binders of

14:52:06 11     articles we would like to move into evidence for the hearing, and I

14:52:09 12     would like to go ahead and tender Exhibit 1-A and 1-B which are the

14:52:13 13     two volumes of articles.  These are identical to the courtesy copies

14:52:17 14     we sent to the Court on Friday, except we switched two articles out,

14:52:21 15     so if I may approach the bench, I have to new Tab 3 and new Tab 37

14:52:25 16     for the Court's copy.

14:52:25 17          THE COURT:  Are they different articles or just different

14:52:27 18     versions of that?

14:52:28 19          MR. GRAY:  My understanding, they're different articles.

14:52:31 20     We had the wrong article in the original binder.

14:52:32 21          MR. SCOTT:  I think we had the right name, but the wrong

14:52:36 22     year, that kind of thing.

14:52:37 23          THE COURT:  Okay.

14:52:39 24          MR. GRAY:  May I approach?  I'd offer these.

14:52:45 25          THE COURT:  Those are admitted.

14:52:48  1          MR. GRAY:  Thank you, your Honor.

14:53:53  2          MR. SCOTT:  Your Honor, we would like to -- we have the

14:53:57  3  most recent update of the Australian Health Watch study which we

14:54:04  4  discussed but had not included in our book, frankly, because it was

14:54:07  5  so thick.  We have a copy that we have marked as Exhibit 2 that I

14:54:10  6  would like to hand to the witness with a copy to the Court.

14:54:13  7          THE COURT:  Okay.

14:54:13  8  BY MR. SCOTT:

14:54:37  9  Q.  Dr. Infante, I've handed you Exhibit 2, what's been marked as

14:54:41 10  Defendant's Exhibit 2.  Have you seen that document before?

14:54:43 11  A.  Yes.

14:54:44 12  Q.  And is that the most current version of the Australian Health

14:54:50 13  Watch study?

14:54:50 14  A.  Of the cohort study, yes.

14:54:53 15  Q.  And the population, the cohort that was studied by the

14:55:01 16  researchers in Australia began work in 1980, I think; is that your

14:55:08 17  memory?

14:55:08 18  A.  I believe that's when they enrolled them, but I think that they

14:55:13 19  started work before then.

14:55:14 20  Q.  Sure.  Fair point.  Many of them worked before that.  Were

14:55:19 21  there years before 1980 included in the evaluation?  Presumably they

14:55:25 22  had the exposures or whatever while they were working before the

14:55:28 23  study started, so was their exposure calculated pre-1980 or when the

14:55:35 24  study started?

14:55:36 25  A.  I mean, when did they have exposure monitoring data on them

14:55:46  1    that they used to calculate their exposures?

14:55:49  2    Q.  Exactly right.

14:55:49  3    A.  I would have to look back in the report to answer that detailed

14:55:53  4    question.

14:55:53  5    Q.  You mentioned something called the "healthy worker effect," and

14:55:56  6    you and I had a discussion about whether that applied to cancer.  Do

14:55:59  7    you recall that?

14:55:59  8    A.  Yes.

14:56:00  9    Q.  Incidentally, do you know -- you probably know several of the

14:56:04 10    researchers on this Australian Health Watch study including Deborah

14:56:12 11    Glass.  She's published a lot on this study, true?

14:56:14 12    A.  I know Deborah Glass, yes.

14:56:16 13    Q.  In fact, you didn't cite any of the studies that she was the

14:56:19 14    lead author on; is that true?

14:56:22 15    A.  Didn't cite any of the studies, they're in my report.

14:56:25 16    Q.  In your index list here today, you didn't have any of those

14:56:28 17    listed?

14:56:28 18    A.  That's correct, because those were mostly studies of benzene.

14:56:34 19    Q.  Will you turn to page 36 of Exhibit 2, and she has this

14:56:50 20    discussion of the healthy worker effect.  As is pointed out in the

14:57:03 21    12th and 13th report, a healthy worker effect is clearly

14:57:07 22    demonstrable when mortality is used as the outcome measure.  She is

14:57:11 23    referring to total mortality, right?

14:57:14 24    A.  No, she is referring to when you're doing a mortality study.

14:57:22 25    Q.  Okay.  But not when cancer incidence is used.  Why would that

14:57:32  1    be?  Why wouldn't she apply -- those investigators apply a healthy

14:57:39  2    worker effect when they were looking at cancer?

14:57:43  3    A.  I'm sorry.  I missed your question.

14:57:45  4    Q.  Why would they not use the healthy worker effect?  Why would

14:57:49  5    they say it's not demonstrable when looking at cancer incidence?

14:58:00  6    A.  I don't know where you're saying they say that.

14:58:02  7    Q.  Well, the last part of the sentence I was reading from, the

14:58:05  8    very first sentence at the top of the screen there.  "As was pointed

14:58:10  9    out in the 12th and 13th report, a healthy worker effect is clearly

14:58:14 10    demonstrable when mortality is used as the outcome measure, but not

14:58:20 11    when cancer incidence is used."

14:58:30 12    A.  Well, I don't know.  I would have to think about that like when

14:58:35 13    they're doing cancer incidence, are they comparing who is the -- I

14:58:43 14    don't recall who the comparison group is.  Are they other Australian

14:58:49 15    workers?  If they compare them to, you know, certain operations to

14:58:53 16    other workers in the cohort, then those would be other workers, so

14:58:57 17    that wouldn't be comparing them to the general population.  So you

14:59:01 18    wouldn't have much of a healthy worker effect.

14:59:03 19    Q.  Was the incidence reporting all done by others in the cohort

14:59:07 20    against, that is controls all of the others in the cohort?

14:59:11 21    A.  For the incidence analysis?

14:59:13 22    Q.  Yes, sir.

14:59:14 23    A.  I don't remember.  I would have to look back at the

14:59:17 24    methodology.

14:59:17 25    Q.  Would you turn to page 64 of Exhibit 2.  Now, this is the most

14:59:31  1   current version, the longest follow-up of the Australian Health

14:59:36  2   Watch cohort, and at page 64 the authors begin their discussion of

14:59:44  3   leukemia.  Do you see that?

14:59:47  4   A.  Yes.

14:59:47  5   Q.  And they evaluate leukemia in several ways.  Time since first

14:59:55  6   employment, make these cuts five to nine years, 10 to 15 and so on,

15:00:01  7   correct?

15:00:01  8   A.  Yes.

15:00:01  9   Q.  Now, I want to go down to the bottom here where they have a

15:00:04  10  table on acute non-lymphocytic leukemia.  That is the same as acute

15:00:12  11  myeloid leukemia, true?

15:00:13  12          THE COURT:  Which one is that?

15:00:15  13          MR. SCOTT:  This is page 64 in Exhibit 2.  It's the Table

15:00:20  14  45.

15:00:22  15          THE COURT:  How are you describing leukemia?  What were

15:00:24  16  the words you used to describe it?

15:00:26  17          MR. SCOTT:  I'm sorry.  Acute non-lymphocytic leukemia.

15:00:31  18  And, Dr. Infante, can you confirm that, at least in some English

15:00:37  19  journals and so on, they do report acute myeloid leukemia and its

15:00:42  20  varieties as acute non-lymphocytic leukemia.

15:00:47  21          THE WITNESS:  It's pretty much the same, yes.

15:00:48  22  BY MR. SCOTT:

15:00:50  23  Q.  Now, you have focused so much on terminal workers as being the

15:00:54  24  highly exposed to gasoline and benzene in gasoline workers.  What

15:00:59  25  were the findings on the most recent Australian Health Watch study

15:01:06  1   for terminal workers alone?

15:01:07  2   A.  Well, in the terminal workers looking at the incidence

15:01:11  3   analysis, which is based on just seven cases, they no longer have a

15:01:18  4   significant increase; and that's what I testified to earlier, that

15:01:21  5   in the most recent follow-up, they don't.  And what I was saying was

15:01:25  6   that I would expect over time the risk of leukemias that are related

15:01:32  7   to the exposures to decline because the exposures decline over time.

15:01:37  8   And there are -- that's one reason.  And also, you use more

15:01:41  9   engineering controls over time and that results in a reduction of

15:01:45 10   exposure, so the cohort that survives as you continue to follow,

15:01:50 11   they're exposed to lower levels, so you see lower and lower risks.

15:01:55 12   Q.  Well, some of the people in this cohort, the terminal workers,

15:01:59 13   began work way back when, 1980's, for instance, true?

15:02:04 14   A.  Yeah, some did.  But relatively, there are going to be more

15:02:08 15   that were hired more recently than in the, you know, initial

15:02:12 16   follow-ups of the cohort.

15:02:14 17   Q.  The Court asked you earlier during your direct whether latency

15:02:19 18   was an issue here.  You pretty quickly said, "No," but it certainly

15:02:24 19   would be an explanation for why you wouldn't see leukemias, if as

15:02:28 20   you say, these exposures are gone down and so on.  One reason you

15:02:33 21   wouldn't see it is because those who are going to get it had already

15:02:37 22   got it?

15:02:37 23   A.  That doesn't relate to latency.  They don't do any latency

15:02:42 24   analysis for those that are included in this follow-up.

15:02:44 25   Q.  Isn't that an explanation for what we see here?

15:02:47  1   A.  Absolutely not.  My point is this is a stop exposure cohort.

15:02:55  2   So you would expect -- as you follow a stop exposure cohort over

15:03:00  3   time, you see the relative risks to the group -- to the group that

15:03:03  4   you're following to decline over time.

15:03:05  5        You see it in my Pl, ofilm study, which no one argues,

15:03:10  6   Pliofilm is associated with an elevated risk of leukemia.  Since I

15:03:13  7   published my initial in '77 and it was published '81, then '87, then

15:03:17  8   2002, you see a continual decline in the relative risk of leukemia

15:03:21  9   from the Pliofilm workers because they are no longer exposed.  You

15:03:26 10   see the same thing in the Bond study.  This is a phenomenon that you

15:03:30 11   see in these cohort studies that are stop exposure studies.

15:03:33 12   Q.  It's not quite right.  It's not stop exposure with the

15:03:36 13   Australian Health Watch workers, is it?

15:03:39 14   A.  Well, 67 percent of them are retired, so I would say a vast

15:03:43 15   majority of them, they no longer have exposure.

15:03:46 16   Q.  But those doctor --

15:03:47 17   A.  There's another aspect of this also, and that is that, if you

15:03:52 18   read this report, it indicates that those that are involved in

15:03:56 19   terminal work, they are now contracting those work out, so, now,

15:04:03 20   those people don't get replaced with people that are being followed

15:04:07 21   as part of this cohort study because they're contract employees.

15:04:11 22        THE COURT:  I am not clear what the cohort is.  Is this a

15:04:19 23   group of people that when they started studying this, however long

15:04:23 24   ago it was, are the same people that they're studying now, or are

15:04:28 25   people coming in to study, feeding into it as you go along?

15:04:34  1          THE WITNESS:  Could I answer that question?

15:04:36  2          MR. SCOTT:  Sure.

15:04:37  3          THE WITNESS:  They had the cohort initially that was

15:04:39  4    established.  And then, as they kept adding people to the cohort as

15:04:44  5    new people were hired as they went along.  But then in I don't know,

15:04:52  6    2,000 and something then they stopped entering people into the

15:04:55  7    cohort.  So, now the cohort is such that most of them have now

15:05:06  8    retired, so you're following a group that in large portion, is

15:05:10  9    retirees and no longer --

15:05:12 10          THE COURT:  They stopped adding people when?

15:05:14 11          THE WITNESS:  I don't know the exact year.  Let me look.

15:05:16 12    It might be in my report.  Let me see.

15:05:22 13          THE COURT:  I don't think it's in your report.

15:05:24 14          THE WITNESS:  Where I start talking about the Australian

15:05:28 15    studies, what page?  Here we go on page 25 of my report, I describe

15:05:40 16    the Australian Institute of Petroleum cohort.

15:05:46 17          THE COURT:  What does it say?

15:05:48 18          THE WITNESS:  It says, "Employees must have five years of

15:05:50 19    employment to enter the program, which was initiated in 1980.  After

15:05:54 20    termination of employment, the members of the cohort can choose to

15:05:57 21    stay in the program or opt out.  The cohort was closed to new

15:06:02 22    members for a period of time, but now and more recently been

15:06:06 23    reopened.  So -- but there aren't that many that have gone -- new

15:06:14 24    entrants into the cohort.  So initially, you had this cohort of

15:06:18 25    these refinery workers that was being followed, and you periodically

15:06:24  1  update the follow-up while you're doing that.

15:06:26  2          THE COURT:  My question is:  Who are we looking at?  Are

15:06:31  3  we looking at the same people over time or looking at a moving group

15:06:35  4  of people over time?

15:06:36  5          THE WITNESS:  It's a moving group of people because some

15:06:39  6  die and new cohort members are added to the cohort.  So it gets

15:06:46  7  mixed in.

15:06:47  8  BY MR. SCOTT:

15:06:47  9  Q.  If somebody started in 1980 and worked until 1995 and was,

15:06:51  10  then, retired.  That person will still be followed, so if he dies of

15:06:58  11  leukemia the investigators will know that, true?

15:07:03  12  A.  That person will still be followed, but they're no longer

15:07:06  13  exposed.

15:07:07  14  Q.  So if his exposures as a terminal worker during 1980 to 1995

15:07:15  15  were sufficiently high to cause this increased risk of leukemia, he

15:07:20  16  would be followed until he got leukemia, or died from something

15:07:23  17  else?

15:07:24  18  A.  You're following a group of individuals and estimating the

15:07:27  19  relative risk to the group, not to an individual.  And so, as you

15:07:31  20  follow them in the scenario that you just gave, yes, that individual

15:07:36  21  would be followed provided that after he retires he fills out the

15:07:41  22  questionnaire and sends it back in.  So they've also had a big

15:07:45  23  decline in the number of people that are filling out the

15:07:48  24  questionnaires, which the authors state is further reason that the

15:07:56  25  risk can be underestimated.  That's what the authors state in this

15:08:00 1   Fourteenth Report.  So there are a lot of reasons why you should

15:08:03 2   expect to see the risk in this cohort decline as it's followed.

15:08:08 3   Q.  Let me try it this way.  Once in the cohort, you will be

15:08:13 4   followed until you die, unless they don't return the questionnaire?

15:08:17 5   A.  After they retire, unless they don't return the questionnaire,

15:08:20 6   that's correct.

15:08:21 7   Q.  And the numbers about who didn't return the questionnaire are

15:08:24 8   in here, correct?

15:08:25 9   A.  Yes.

15:08:25 10  Q.  And they call it lost to contact, correct?

15:08:28 11  A.  Whatever, I don't recall the exact nomenclature that they used;

15:08:33 12  but, yes, we're talking about the same thing.

15:08:35 13  Q.  So if these terminal worker exposures in the earlier years

15:08:40 14  before engineering controls and all of the issues that you raised

15:08:43 15  earlier apply, the workers who have retired will still be followed

15:08:50 16  so that if they're still in the cohort and if they die of leukemia,

15:08:55 17  they will be followed, we'll know that?

15:08:57 18  A.  That's correct.  But then as you follow them they're mixed in

15:09:01 19  with new members that are exposed then to lower levels over time.

15:09:06 20  Plus, early on some of the members, obviously, die that had the

15:09:10 21  earlier exposures.  So the later and later that you follow-up the

15:09:14 22  cohort, the lower and lower will be the average exposure to that

15:09:19 23  cohort.  So one would expect, then, the relative risk of diseases

15:09:24 24  related to their exposure to decline.  That's the point that I am

15:09:27 25  trying to make.  And you see it in a lot of these, a lot of the

15:09:33  1   benzene cohorts also.  It's not, you know, specific to the

15:09:36  2   Australian cohort.

15:09:38  3   Q.  And if these long, 30, 40, 50-year latencies that you testified

15:09:44  4   about apply and people are developing leukemia from exposures they

15:09:48  5   had back in the 1970's or 80s, those will show up, correct?

15:09:53  6   A.  The what will show up?

15:09:56  7   Q.  The leukemia cases.

15:09:57  8   A.  Yes.  Yes, if they die from leukemia, then it will be recorded

15:10:00  9   if they're still participating, that's right.

15:10:02 10   Q.  Now --

15:10:04 11   A.  But they should be dying of leukemia from a lower rate, you

15:10:10 12   know, the group should have a lower rate of leukemia mortality for

15:10:13 13   the reasons that -- several of the reasons I just mentioned.

15:10:16 14   Q.  Did Glass do exposure assessments of any sort?

15:10:21 15   A.  Yes.

15:10:21 16   Q.  And did they change from the old days to the new days; that is,

15:10:29 17   their method of calculating exposures?  Did they account for this

15:10:34 18   thing you've described as the exposures are lower in 1990's and

15:10:38 19   lower in 2000's?

15:10:40 20   A.  I think they would just estimate the exposures for what they

15:10:43 21   thought they were at the time.  And my point is that, you know, in

15:10:48 22   general, in refineries, exposures have been lowered over time

15:10:53 23   through regulations and new engineering controls.

15:10:56 24   Q.  My point is, if that's true and if Glass, the Australian Health

15:11:05 25   Watch workers did exposure assessments, they would account for that

15:11:08  1  in their exposure criteria, wouldn't they?

15:11:11  2  A.  On a level or cumulative exposure?

15:11:18  3  Q.  On a cumulative exposure.  I understand you don't agree with

15:11:22  4  cumulative exposure, but many authors use that in these types of

15:11:27  5  epidemiology studies, don't they?

15:11:28  6  A.  I've published on cumulative exposure and benzene and risk of

15:11:32  7  leukemia.  I would not characterize my opinion in this subject is

15:11:35  8  that I don't agree with it.  My testimony has always been is that it

15:11:40  9  depends on how you receive your cumulative exposure, how much bang

15:11:45 10  you're going to get for your buck in terms of developing leukemia or

15:11:49 11  the diseases related to benzene.

15:11:54 12  Q.  So what we know about Glass is that the longer -- when they

15:11:59 13  follow these, I think, 14 now reports, the ultimate report, the most

15:12:04 14  recent report reflects a .81 SIR for the terminal workers.  And if

15:12:10 15  we look down through these other workers, all of those are under one

15:12:15 16  and well under one SIR's?

15:12:18 17  A.  And so is leukemia in the general cohort population, that's my

15:12:22 18  point.  I've always acknowledged that.  But that does not discount

15:12:28 19  what the risks were earlier on.  Just as when you follow a group of

15:12:33 20  ex-smokers and their relative risk of lung cancer is low, it may not

15:12:37 21  be significantly elevated, that doesn't discount what the risk of

15:12:41 22  lung cancer would be to a group of individuals who are smoking.

15:12:46 23  Q.  It's interesting you raise that because it is generally

15:12:49 24  thought, and the numbers may be slightly off, that for cigarette

15:12:54 25  smokers after five years of not smoking, stopping exposure for five

15:12:58  1   years or more, the increase in lung cancer essentially goes back to

15:13:05  2   just about zero, doesn't it?

15:13:07  3   A.  I don't think in five years, no.  I think if you follow them

15:13:11  4   over time, it will decline.

15:13:13  5   Q.  How long?

15:13:13  6   A.  Again, that's the risk to the group.

15:13:16  7   Q.  Right.

15:13:17  8   A.  There's still individuals in there that are going to develop

15:13:20  9   lung cancer.  But that group that no longer smokes, their rate of

15:13:25 10   developing lung cancer is going to be lower than it was when they

15:13:31 11   were part of the group that was an every day cigarette smoker.

15:13:35 12   Q.  Just as some people who've never smoked develop lung cancer,

15:13:39 13   some people who have never worked around benzene or gasoline develop

15:13:43 14   leukemia, true?

15:13:45 15   A.  Yes.  People who never smoke getting lung cancer is extremely

15:13:49 16   rare.

15:13:49 17   Q.  People get it, though?

15:13:51 18   A.  Yeah, but it's very rare.

15:14:11 19   Q.  With regard to the last question, people who have never been

15:14:14 20   occupationally exposed to benzene or to gasoline with benzene in it

15:14:18 21   develop acute myeloid leukemia every day, true?

15:14:22 22   A.  Yes.

15:14:23 23   Q.  In fact, if we look at the text from the people who write about

15:14:27 24   these things and incidence of acute myeloid leukemia, we will learn

15:14:32 25   that something like 85 to 90 percent of acute myeloid leukemia cases

15:14:39  1   are of unknown cause or etiology or idiopathic or one of those terms
15:14:46  2   the scientists use; is that true?
15:14:48  3   A.  I would challenge the numbers, but I will agree with you that,
15:14:51  4   yes, there are individuals that, say, aren't occupationally exposed
15:14:56  5   to benzene obviously that develop AML.
15:14:58  6   Q.  Please give the Court your number for unknown cause or
15:15:02  7   idiopathic.
15:15:03  8   A.  Well, this isn't a number, and the people that generate those
15:15:06  9   estimates, they're really looking at mostly at individuals who had
15:15:10 10   chemotherapeutic agents to treat them for other cancers.  And they
15:15:14 11   say, "Okay.  How many of those individuals then go on to develop
15:15:18 12   acute myelogenous leukemia from that therapy?"  So they try to make
15:15:23 13   estimates from that, because no one has ever done -- well, for a
15:15:27 14   long time that I've seen, has done a study of looking at, like, a
15:15:31 15   group of 500 consecutive individuals that developed leukemia and
15:15:36 16   done a complete, let's say, occupational environmental history on
15:15:39 17   them.  That's the only way.  And if you did, if you did do that,
15:15:44 18   Mr. Burst would be put into the exposure group.  He wouldn't be put
15:15:50 19   into the idiopathic group.
15:15:53 20   Q.  Let's walk through the causes of leukemia according to
15:15:56 21   Dr. Infante.  And I am going to count as a cause unknown cause or
15:16:02 22   idiopathic.  There is no cause that can be determined.  What is that
15:16:10 23   number?
15:16:10 24   A.  That's what I'm saying.  I don't think anyone knows what that
15:16:14 25   number is.  I think it's a large portion, but no one knows what it

15:16:18  1   is.  And anyone that tries to generate such a number, I think that

15:16:22  2   they're flying by the seat of their pants.

15:16:24  3   Q.  Lots of very respected scientists and medical doctors have done

15:16:28  4   just that and generated such numbers, haven't they?

15:16:31  5   A.  Yes.  But they don't have a real basis for that because they

15:16:35  6   haven't thoroughly evaluated, you know, all of the exposures to

15:16:39  7   those individuals.  It's mostly related to chemotherapeutic agents

15:16:45  8   in these reports that come out like that.

15:16:47  9   Q.  Let me step back.  I want to separate out chemotherapeutic

15:16:52 10   agents from we don't have a cause.  We don't know whether the person

15:16:55 11   smoked, we don't know that the person had some prior blood disorder,

15:17:00 12   we don't know that they had chemotherapy.  All of those, separate

15:17:03 13   those out.  Do you have a number for unknown cause?

15:17:06 14   A.  No -- well, unknown just means you didn't know.  It's called

15:17:11 15   idiopathic.  No one has made a determination, and a large portion of

15:17:17 16   those are unknown -- let me rephrase it.  An unknown portion of

15:17:22 17   those you don't know what it is because no one's done a thorough

15:17:30 18   occupational environmental history on them.

15:17:33 19   Q.  Do you have a number for the portion, a number, percentage of

15:17:37 20   the AML's that develop in this country every year that are caused by

15:17:44 21   cigarette smoking?

15:17:45 22   A.  No.  I mean, there might be.  I don't know.  Maybe someone's

15:17:50 23   done that estimate.  And I would say from cigarette smoking you

15:17:54 24   could probably -- I think you could probably get in the ball park

15:17:58 25   and derive a reasonable estimate from cigarette smoking.

15:18:01  1    Q.  How about chemotherapy?

15:18:04  2    A.  I think from chemotherapy you could also.

15:18:07  3    Q.  Do you know the number?

15:18:08  4    A.  No.

15:18:09  5    Q.  It is published though, true?

15:18:11  6    A.  Well, there are different estimates related to those two that

15:18:15  7    are published; but, again, they're general estimates.  I am just

15:18:20  8    saying I think that it's easier to come up with an estimate for

15:18:28  9    chemotherapy because all of those people are being treated in

15:18:30 10    hospitals, so you can then follow them because they're in the cancer

15:18:37 11    registry to see how many of them go on to develop AML.  So probably

15:18:41 12    the best data are related to cancer chemotherapy treatment.

15:18:45 13            And then, secondly, you know, with cigarette smoking,

15:18:51 14    which is more of a crude estimate to estimate how many leukemias

15:18:56 15    might be related to cigarette smoking.  I don't know what the number

15:19:01 16    is.  I'm sure someone has come up with an estimate, but I am saying

15:19:05 17    it could be in the ball park.

15:19:06 18    Q.  I want to walk through some other risk factors for the

15:19:09 19    development of acute myeloid leukemia; specifically, pernicious

15:19:15 20    anemia.  Do you know what that disorder is?

15:19:27 21    A.  No, I don't know how many people.  I haven't seen that data.

15:19:30 22    Q.  My question now --

15:19:32 23            THE COURT:  I'm sorry.  I didn't hear what you said.

15:19:34 24            THE WITNESS:  I don't know how many people with pernicious

15:19:36 25    anemia may go on to develop AML, or if there's even a confirmed

15:19:45  1   association.

15:19:46  2   BY MR. SCOTT:

15:19:46  3   Q.  In your deposition I believe you said there was an association

15:19:49  4   between pernicious anemia and subsequent development of acute

15:19:54  5   myeloid leukemia.  Do you recall that?

15:19:55  6   A.  No.  But if I looked at it at that time, then I'll stick with

15:20:00  7   that.  But I am saying I don't think there's a number on -- you

15:20:05  8   think someone actually could generate that in a treatment center,

15:20:10  9   they had information on how many people were treated with pernicious

15:20:14 10   anemia.

15:20:14 11   Q.  Mr. Burst had pernicious anemia preceding the development of

15:20:19 12   his acute myeloid leukemia, true?

15:20:22 13   A.  He may have.  Like I say, to prepare for this hearing, I

15:20:26 14   thought it was on the general causality of gasoline and leukemia and

15:20:33 15   AML.  I didn't look back at Mr. Burst's medical records and all of

15:20:36 16   that before I came here.

15:20:38 17   Q.  Fair enough.  I do want to talk about other risk factors for

15:20:43 18   acute myeloid leukemia.

15:20:43 19   A.  Okay.

15:20:44 20   Q.  Monoclonal gammopathy of undetermined significance.  And for

15:20:52 21   everyone's benefit, we call that MGUS.  There is an association

15:20:56 22   between MGUS and the subsequent development of acute myeloid

15:21:04 23   leukemia, true?

15:21:04 24   A.  I know there is with multiple myeloma.  I can't recall the data

15:21:10 25   on that and AML.

15:21:11  1    Q.  So you're not saying it doesn't happen, you just don't know?

15:21:15  2    A.  I am saying if it is, that I don't know what percentage of them

15:21:20  3    go on.  I am more familiar with that as related to multiple myeloma.

15:21:25  4    Q.  I am not asking you the percentage now.  I'm just asking you if

15:21:29  5    there is an association in the scientific literature between having

15:21:32  6    the hematological disorder MGUS and the subsequent development of

15:21:37  7    acute myeloid leukemia.  That's true, isn't it?

15:21:39  8    A.  You know, I don't recall.  Like I say, I didn't look back over

15:21:42  9    that data to prepare for this hearing.

15:21:44 10    Q.  You testified earlier about latency.

15:21:48 11    A.  Yes.

15:21:49 12    Q.  And to bring us back to that point, will you tell the Court

15:21:53 13    what your view of latency with regard to gasoline exposure and the

15:21:59 14    subsequent development of acute myeloid leukemia is.

15:22:03 15    A.  Well, there's not a lot of data on gasoline exposure,

15:22:06 16    specifically in acute myeloid leukemia in terms of latency, because

15:22:12 17    a lot of studies have been case-controlled studies, so I don't know

15:22:16 18    what the latency is for them.  You may see it in some studies.

15:22:20 19    However, with benzene and AML, you can see you have a very short

15:22:25 20    latency or have a very long latency.  And with the AML I'll include

15:22:31 21    MDS.

15:22:31 22    Q.  Let me go back to your testimony about gasoline.  If I

15:22:36 23    understood what you're saying is, there aren't studies of gasoline

15:22:40 24    exposed workers that show an increase in AML from which you can take

15:22:47 25    a latency period, there is not sufficient data to do that?

15:22:51  1   A.  I would use the data on benzene and leukemia.

15:22:54  2   Q.  I know you would.  But we're here talking about gasoline with

15:22:58  3   benzene in it, and we've already established that all gasoline has

15:23:04  4   benzene in it, true?

15:23:04  5   A.  Yes.

15:23:05  6   Q.  So am I correct that there aren't studies of gasoline exposed

15:23:09  7   workers who show an increased incidence or mortality from acute

15:23:15  8   myeloid leukemia that provide sufficient information to even have a

15:23:19  9   latency figure?

15:23:20 10   A.  I am saying it hasn't been studied to the extent that benzene

15:23:25 11   and leukemia has.  And there's no reason that I can see why benzene

15:23:32 12   and gasoline should be any different than benzene and other refinery

15:23:37 13   products.  And there are refinery studies that show long latency

15:23:44 14   for, you know, working in a refinery and AML specifically.  And

15:23:48 15   they're cited in my report.

15:23:50 16   Q.  Can you name a single gasoline study, knowing that benzene is

15:23:55 17   always in gasoline, that reports a latency period?

15:24:07 18   A.  I think you're limited in the gasoline studies because they

15:24:11 19   haven't followed workers for as long as the benzene cohort studies

15:24:16 20   have.  So, for example, like when you look at the initial study done

15:24:23 21   by -- who was it?  Villani in Italy when he is studying these

15:24:30 22   workers at the two hematology clinics in Pavia and Milano.  In one

15:24:33 23   the median latency period for benzene exposure in AML was 11 years.

15:24:37 24   Q.  That's benzene, not gasoline.

15:24:39 25   A.  Okay.  But that's a reflection.  He only followed them for

15:24:43   1   15 years, so the longest anyone could ever have is, like, a 15-year

15:24:47   2   latency period.  So a lot of -- in order to evaluate exposure and

15:24:58   3   latency, you have to then look at studies that follow people for a

15:25:02   4   long enough period of time to see what the latency is.  You can say,

15:25:07   5   Well, here's the longest latency in the study, the average latency

15:25:10   6   in the study.  But my point is, gasoline per se has not been studied

15:25:15   7   as long even though you had some data on refinery workers that show

15:25:20   8   very long latency.  Like the Shell study that people presumed that

15:25:25   9   they were exposed to benzene.  They have an average of 36 years

15:25:29  10   latency and, what, up to 50-something years.  The range is somewhere

15:25:34  11   between, what did I say, fourteen and 50-something years latency.

15:25:38  12   Whatever I testified to earlier.

15:25:38  13   Q.  You said over 50.

15:25:42  14   A.  I said it was --

15:25:45  15            THE COURT:  Somebody said 60.

15:25:45  16            MR. SCOTT:  That was Dr. Infante I believe.

15:25:48  17            THE WITNESS:  This was the MDS, yes.  I said the maximum

15:25:50  18   from the Honda study of MDS was 51 to 60, and a minimum in that

15:25:55  19   study was 36 to 45.  And I said from the Shell Wood River study, the

15:26:04  20   average latency was 36 years with a range of 17 to 54 years.  And

15:26:10  21   that's in my report, those data points are in my report.

15:26:13  22            And the Shell Deer Park facility, the latencies were --

15:26:18  23   there were just three AML's there that represented a high risk, and

15:26:24  24   their latencies were 24, 38 and 45 years respectively.

15:26:32  25   BY MR. SCOTT:

15:26:32 1   Q.  Would you agree that in order for a study of gasoline exposed

15:26:36 2   workers to demonstrate a latency period, it would first have to show

15:26:43 3   an excess of AML?  They would have to show that positive

15:26:49 4   association?

15:26:49 5   A.  Yes.

15:26:50 6   Q.  Not going to get a latency --

15:26:52 7   A.  Yes, right.

15:26:52 8   Q.  -- about a disease that's not caused by gasoline, right?

15:26:55 9   A.  Yes.  The study would have to show an elevated risk.  And the

15:27:02 10  studies I referred to, these studies all show a significant

15:27:06 11  elevation in the risk of AML or MDS.

15:27:09 12  Q.  Are you familiar with latency periods for other leukemogens?

15:27:14 13  There are other leukemias other than benzene, aren't there?

15:27:18 14  A.  Well, for the anti-neoplastic agents.

15:27:21 15  Q.  That's one that we want to talk about.

15:27:22 16  A.  There you have a very short latency period, because people are

15:27:27 17  getting hit with a knock out dose to zap their bone marrow.  So when

15:27:31 18  you have something like that happen, you can have the leukemia occur

15:27:35 19  in just a few years.  Just as individuals with benzene-induced

15:27:40 20  aplastic anemia can convert to leukemia within a year or two.  It's

15:27:45 21  in the literature.  Their bone marrows is getting knocked out.  When

15:27:50 22  you have lower exposures, then you can have longer latencies.

15:27:54 23  Q.  So is it your testimony that if you have high dose benzene

15:27:59 24  exposure, then you'll develop AML very quickly; and if you have low

15:28:03 25  dose, it takes longer.  Is that what you're saying?

15:28:07  1    A.  What I'm saying is that when you receive a leukemogen in a dose

15:28:13  2    that's going to zap the bone marrow, and then you can have a very

15:28:19  3    short latency period.

15:28:22  4         Same with like the atomic bomb survivors.  I think the

15:28:25  5    median latency period there was -- I don't know what it was,

15:28:29  6    11 years or something for AML, maybe longer for CML.  That's because

15:28:35  7    the people that were in Hiroshima and Nagasaki when the bomb was

15:28:40  8    dropped got quite a dose.

15:28:42  9    Q.  How about radiation in generally?  Radiation is a known

15:28:43 10    leukemogen, not just atomic bombs.  But radiation.

15:28:46 11    A.  Radiation, right.

15:28:47 12    Q.  The latency period for radiation is what?

15:28:50 13    A.  I don't know what it is.

15:28:50 14    Q.  Very short, true?

15:28:54 15    A.  Could be, yeah.  If you're looking at the studies of people

15:28:57 16    that received radiation for various, you know, medical conditions,

15:29:04 17    again, they have quite a dose so you would expect a shorter latency

15:29:09 18    period.

15:29:09 19    Q.  Let me go back to the question that I don't think you answered

15:29:12 20    before.  Are you testifying that high doses have short latencies and

15:29:16 21    low doses have long latencies?

15:29:19 22    A.  I am testifying that high doses that, whatever high is, that

15:29:23 23    knock out the bone marrow, you can expect a shorter latency, even

15:29:30 24    though there's a case by DeGowin published in, what, 1960 where an

15:29:35 25    individual had a benzene-induced aplastic anemia, recovered from it,

15:29:39 1   and developed acute myelogenous leukemia 15 years later.

15:29:44 2   Q.  So you don't make the connection that high dose must be short

15:29:47 3   latency and low dose must be long latency?

15:29:50 4   A.  You know, you can't simplify things to try to put everything

15:29:56 5   into a box and say, "This is how it is."  That just isn't how nature

15:30:00 6   works.

15:30:01 7   Q.  So let's talk about nature.  There's a substance called

15:30:08 8   Topoisomerase II.  Do you know that substance?

15:30:12 9   A.  Yes.

15:30:13 10  Q.  It is a leukemogen, true?

15:30:16 11  A.  Topoisomerase II inhibiters you're talking about?

15:30:21 12  Q.  Inhibiters, yes.

15:30:22 13  A.  Yes, there's an association with that.

15:30:25 14          THE COURT:  Can you speak up a little bit, please.

15:30:29 15          THE WITNESS:  There is an association.

15:30:30 16  BY MR. SCOTT:

15:30:30 17  Q.  Topoisomerase II is used in cancer treatment?

15:30:32 18  A.  I don't know.  I haven't looked at the data on Topoisomerase

15:30:38 19  II.

15:30:38 20          THE COURT:  Can you spell what that is?

15:30:39 21          MR. SCOTT:  Yes, I'm sorry.  It's

15:30:46 22  T-O-P-O-I-S-O-M-E-R-A-S-E.  Everybody that knows in the back of the

15:30:48 23  room is shaking their head yes, so I got it right.

15:30:48 24          THE COURT:  Okay.

15:30:48 25  BY MR. SCOTT:

15:30:53  1   Q.  Topoisomerase II inhibitors are used in cancer treatment, true?

15:31:00  2   A.  They may be.  You're getting out of my area of expertise here.

15:31:03  3   Q.  I want to talk about the latency periods, though, that are

15:31:06  4   involved with Topoisomerase II.  Those are very different than the

15:31:10  5   alkylating agent type chemotherapy drugs, right?

15:31:14  6   A.  Different in terms of what?

15:31:16  7   Q.  In the way they act.  The way they --

15:31:19  8   A.  The mechanism is different, but what is the affect on the bone

15:31:23  9   marrow and then the sequelae of that, no, I haven't studied that, so

15:31:28  10  I can't answer your question about the latency.

15:31:30  11  Q.  Other than benzene with this 50 and 60-year latency period, can

15:31:36  12  you name anything else, any other agent that causes acute myeloid

15:31:40  13  leukemia that has this -- anything more than a five or ten-year

15:31:44  14  latency period?

15:31:47  15  A.  Well, yes, I think that probably if you were to look at the

15:31:54  16  data on ethylene oxide.  Even ethylene oxide is a very potent

15:32:02  17  alkylating agent that attacks DNA.  You would see more than five or

15:32:06  18  ten years latency from the ethylene oxide studies.  And then, you

15:32:11  19  could look at formaldehyde, 1,3 Butadiene is another one.  I think

15:32:16  20  you would have a longer latency period.

15:32:19  21       I am generally familiar with the data, but, you know, I

15:32:22  22  haven't evaluated the data in terms of what is "the latency,"

15:32:27  23  because there's not going to be any "the latency" any more than

15:32:31  24  there is a white male that's average of such and such.  That's the

15:32:35  25  average height, then you have a range of heights all around that.

15:32:41 1   Q.  So you think formaldehyde has a long latency, 1,3 Butadiene,

15:32:46 2   and is it your testimony that ethylene oxide is a recognized

15:32:50 3   carcinogen by any of these advisory bodies or regulatory agencies

15:32:53 4   that I've discussed?

15:32:54 5   A.  Ethylene oxide?

15:32:54 6   Q.  Yes.

15:32:56 7   A.  Yes, IARC considers it a human carcinogen based on limited

15:33:02 8   epidemiological data and sufficient experimental data.  So they

15:33:11 9   consider mechanistic information and classified it as a human

15:33:15 10  carcinogen, even though they said there was limited epidemiological

15:33:19 11  data.

15:33:19 12  Q.  I want to go back and try to get through the remainder of the

15:33:30 13  studies that you discussed earlier quickly.  We had stopped, I

15:33:38 14  think, with Rushton, which was Exhibit 17 on your list.  Schnatter,

15:34:02 15  No. 18 in your book.

15:34:06 16  A.  Are we finished with this, so I don't get it mixed up?  Are you

15:34:11 17  finished asking about the Australian study?

15:34:11 18  Q.  Yes, Exhibit 2 I am.

15:34:13 19  A.  Would you like it back?

15:34:15 20  Q.  If you'll just set it down there, it may be used later.

15:34:19 21  A.  Okay.

15:34:19 22  Q.  Schnatter was petroleum marketing and distribution workers,

15:34:47 23  correct?

15:34:47 24  A.  Yes, sir, that's correct.

15:34:49 25  Q.  And again, these were tanker truck drivers?

A.  Yes.

Q.  What type of leukemia did Schnatter report?

A.  He reports all leukemias.

Q.  Is there an AML break out?

A.  Not in his table, but then he also -- he has myeloid/lymphoid leukemias.  He has a risk of 3.87, which I didn't mention earlier, which is also statistically significant.  So whether those are acute or chronic myeloid leukemias, I don't know.

Q.  Did you say myeloid/lymphoid?

A.  Yes.

Q.  That, by definition, is not just acute myeloid leukemia.  That would include the lymph node leukemias as well, true?

A.  Yes, that's what he generated the expected for, so -- but he doesn't indicate of those leukemias how many are acute myeloid leukemia.  So I think I expressed the findings as an elevated risk of leukemia because that's what he analyzed in the 1993 study.

Q.  So am I right?  No break out of acute myeloid leukemia?

A.  Not in his table that I see, no.

Q.  Or anywhere else?

A.  Well, I am looking to see if maybe in the text he might say how many might be different subtypes.  No, he doesn't have it in his analysis for tank truck drivers.

Q.  Going to Exhibit 19 in your book, the Wong study, 1993, land-based terminal workers.

A.  Yes.

15:36:45  1    Q.  Wong does break out AML, correct?

15:36:51  2    A.  Yes.

15:36:51  3    Q.  But finds no statistically significant association between

15:36:57  4    exposures in that study and AML?

15:37:02  5    A.  Yeah, the SMR is 150 based on 13 cases of AML and it's not

15:37:11  6    statistically significant.  But his overall SMR is only .75.  That

15:37:14  7    means that this population is only dying at half the rate of the

15:37:18  8    comparison populations.  So I made an adjustment for the healthy

15:37:23  9    worker effect to account for him -- I guess I would say that he's

15:37:28  10   used the incorrect comparison population, because when you have an

15:37:32  11   SMR for all causes of mortality, that's only 50 percent of what you

15:37:37  12   should expect, you know that you're not using the appropriate

15:37:40  13   comparison population.  Because when you're doing a study and you're

15:37:44  14   looking at, let's say, these are drivers of gasoline.  You want to

15:37:50  15   compare them to a group as close to them as you can, but don't drive

15:37:55  16   trucks.  Right?  Well, the group you compare it to the U.S. general

15:38:00  17   population is not very close, because, you know, as Dr. Enterline

15:38:06  18   said, who was invited to the meeting where this study was presented,

15:38:09  19   and I was invited also by API to review these studies and comment, I

15:38:14  20   was on the panel with Dr. Enterline.  Enterline said that this study

15:38:18  21   clearly shows selectivity factors like there is some selection bias

15:38:21  22   in it.  But nevertheless, he concluded that he thought that the Wong

15:38:27  23   study demonstrated an elevated risk of AML among workers exposed to

15:38:34  24   gasoline, and that he thought that elevated risk was probably due to

15:38:39  25   the benzene and gasoline.

15:38:40  1          THE COURT:  Are we talking about a study or are we talking

15:38:42  2  about something somebody said at a meeting?

15:38:44  3          THE WITNESS:  We're talking about this study --

15:38:47  4          THE COURT:  No, no, no.  I know we're talking about this

15:38:49  5  study.  But the critique of it, are we talking about in another

15:38:53  6  study?  Are we talking about something somebody said at a

15:38:57  7  conference?

15:38:57  8          THE WITNESS:  This was at a conference to review this

15:39:00  9  study.

15:39:00  10          THE COURT:  Okay.

15:39:01  11          THE WITNESS:  Because I was on the panel along with

15:39:04  12  Dr. Enterline.

15:39:05  13          And I am saying that even though the result that Wong

15:39:08  14  produced shows a 50 percent increase in AML, it's not statistically

15:39:14  15  significant.  Dr. Enterline concluded that the study demonstrated an

15:39:19  16  association between gasoline exposure and AML, and his

15:39:24  17  interpretation was probably due to the benzene in the gasoline.  And

15:39:28  18  those comments are also in Enterline 1993.

15:39:34  19  BY MR. SCOTT:

15:39:35  20  Q.  Let's look at those comments.  But before we do, I wanted to be

15:39:40  21  clear, on your index, the adjustment for the healthy worker effect

15:39:45  22  was something you did, Dr. Wong did not do that, correct?

15:39:49  23  A.  That's correct, yes.

15:39:50  24  Q.  And you just told the Court that Dr. Enterline said the

15:39:55  25  gasoline -- there was this positive association between gasoline and

15:40:00  1   acute myeloid leukemia in these meetings you had, true?

15:40:02  2   A.  Based on the Wong study.

15:40:04  3   Q.  And when Dr. Enterline, if we turn to your next study, No. 20

15:40:09  4   in your book, which is the Enterline paper where he published --

15:40:19  5   A.  Let me get there.

15:40:21  6   Q.  He described for gasoline distribution workers -- let's back

15:40:31  7   up.  "A focus of these studies was whether there is a relationship

15:40:34  8   between gasoline exposure and kidney cancer and leukemia.  For

15:40:40  9   gasoline distribution workers, who have a relatively high exposure,

15:40:44  10  there was some evidence for a kidney cancer relationship in three

15:40:48  11  studies, but none in the fourth.  There was evidence for an acute

15:40:53  12  myelocytic leukemia relationship in three studies.  The fourth study

15:40:58  13  dealt only with kidney cancer.  It is possible --" He is not saying

15:41:02  14  it did.  He says, "It is possible that the benzene content of

15:41:06  15  gasoline was responsible for the leukemia findings."

15:41:08  16          That's the strongest thing that Dr. Enterline published?

15:41:12  17  A.  But he is saying -- here he is saying there is evidence of a

15:41:16  18  relationship between gasoline exposure and acute myelogenous

15:41:22  19  leukemia, and it's possible that this is due to the benzene content

15:41:25  20  of the gasoline.  The possibility refers to is this elevated risk of

15:41:29  21  AML due to the benzene content, or is it just due to the gasoline by

15:41:33  22  itself.  That was the -- that's what possibility relates to there.

15:41:38  23          I am reading on page 102 of Dr. Enterline's report.  If

15:41:43  24  you turn to his conclusion on the section related to leukemia, page

15:41:48  25  102.

15:41:49 1  Q.  Let's start at the top of Dr. Enterline's comments and see what

15:41:55 2  he said.  "The Wong study of distribution workers is important

15:42:00 3  because of its size and because it deals with gasoline exposure in a

15:42:04 4  quantitative fashion."  That's not something that had not been done

15:42:08 5  a lot before 1993 when Wong did it, true?

15:42:11 6  A.  Right.

15:42:12 7  Q.  "Overall, this is a negative study for kidney cancer and,

15:42:16 8  perhaps, for leukemia as well."  This is the study you're saying

15:42:19 9  shows positive for leukemia, right?

15:42:21 10 A.  Yes.  And that's -- you have to keep reading.

15:42:24 11 Q.  I promise I will.  "There is some question; however, as to

15:42:29 12 selected factors in the study population and the possibility that

15:42:34 13 health related covariates were quite different from those in the

15:42:38 14 reference population used in calculating SMR's."  What's that about?

15:42:42 15 That's healthy worker effect?

15:42:44 16 A.  Yes.  Because for the land-based terminals, the overall SMR is

15:42:49 17 only 50.  And that's what I was trying to explain earlier.  That's

15:42:52 18 really not an appropriate comparison population for them.

15:42:57 19 Q.  And he contrasts it with the SMR of 91 in the Rushton study,

15:43:03 20 that's still a negative study, right?  Rushton.  You contrast Wong

15:43:08 21 with Rushton, says we have 51 relative risks in Wong and 91 or 55 --

15:43:17 22 I may have the number wrong -- 51 and 91 in the Rushton study and 88

15:43:21 23 in the Schnatter study.  Those are three studies you've talked

15:43:24 24 about, and Enterline describes all of them as having a negative

15:43:29 25 finding.

15:43:30  1   A.  Well, that's overall.  But not when you get to the drivers.

15:43:34  2   And that's the same in Wong, when you get to the drivers, you see

15:43:37  3   this elevated risk.  And they're the ones that would have the

15:43:41  4   highest exposures to gasoline.

15:43:43  5   Q.  Now, is it your understanding Mr. Burst was a driver?

15:43:46  6   A.  No, it's not.

15:43:47  7   Q.  If there's some other part of this you think we should read, I

15:43:57  8   am happy for you to.

15:43:58  9   A.  Look to the conclusion.  You're reading the commentary.  Look

15:44:02 10   at the conclusion.

15:44:02 11   Q.  I highlighted it.

15:44:05 12   A.  All right.

15:44:06 13   Q.  "The question as to whether or not gasoline exposure is

15:44:09 14   associated with kidney cancer has not been answered by the four new

15:44:12 15   or updated sets of epidemiologic data presented at the Miami

15:44:17 16   meeting.  On the other hand, there is evidence of a relationship

15:44:20 17   between gasoline exposure and acute myelogenous leukemia, and it is

15:44:25 18   possible that it is due to the benzene content of gasoline."  That

15:44:28 19   was the strongest thing that Dr. Enterline was prepared to say in

15:44:32 20   the publication, true, whatever you think he said at the meeting?

15:44:35 21   A.  Yeah, and that's pretty strong.  He is saying it's possible

15:44:38 22   that it's due to the benzene content.

15:44:40 23   Q.  Is possibility as a scientist good enough for you on causation?

15:44:45 24   A.  Well, what he is saying is there is this elevated risk related

15:44:48 25   to gasoline.  And then, the question is:  Well, is it due to the

15:44:52  1  benzene content or is it just due to gasoline per se?  That's what

15:44:55  2  the possibility refers to.

15:44:57  3  Q.  There's not anybody --

15:45:00  4  A.  You can't really, from an epidemiological standpoint, you can't

15:45:05  5  separate that out epidemiologically.  You have to interpret that

15:45:08  6  finding in terms of what else you know, you know, about benzene.

15:45:13  7  Q.  Dr. Infante, there is not a single scientist who is published,

15:45:16  8  including you, who thinks a pure gasoline, if you could get it

15:45:21  9  without benzene, causes leukemia, is there?

15:45:26  10  A.  I'm sorry.  Say that again.

15:45:27  11  Q.  You just made a distinction saying what Enterline was saying

15:45:30  12  was, "Well, it could be the gasoline or it could be the benzene in

15:45:33  13  the gasoline."  Nobody thinks that gasoline causes leukemia.  You

15:45:37  14  take the position that benzene in gasoline causes it.  Nobody thinks

15:45:41  15  that pure gasoline, if you could get it, causes leukemia?

15:45:44  16  A.  You mean without benzene in it would it cause leukemia?

15:45:49  17  Q.  Right, right.

15:45:50  18  A.  I think people would be hesitant about that.  Right, you

15:45:56  19  qualified it when you said if you could get it.  I don't think you

15:45:59  20  can.  If you could get it, then why would EPA issue a rule where

15:46:06  21  they lowered the average content to .6 percent if you could get it

15:46:11  22  down to the zero?

15:46:17  23  Q.  I want to move to Exhibits 23 and 23-A, Delzell and

15:46:25  24  Sathiakumar.  And just for perspective --

15:46:30  25  A.  Did you not want to discuss Lindquist on purpose or -- I'm

15:46:35  1   sorry.  Because it's next on the list.

15:46:36  2   Q.  The way it goes here, as the Court said, I get to ask the

15:46:39  3   questions.  I appreciate your comment.

15:46:41  4   A.  Sorry.  Excuse me.

15:46:42  5   Q.  I think we've got more to say about Lindquist and will, but not

15:46:47  6   through you.

15:46:47  7   A.  Okay.

15:46:48  8   Q.  Dr. Delzell, Elizabeth Delzell is a long time epidemiology

15:46:53  9   professor at the University of Birmingham at Alabama, correct?

15:46:56  10  A.  Yes.

15:46:58  11  Q.  And Dr. Sathiakumar, I don't know how long he's been there, but

15:47:02  12  he also works in her group, correct?

15:47:03  13  A.  Well, at least he was in 1992 and may be in the '93 -- yeah, it

15:47:09  14  looks like they're in the same group down in --

15:47:11  15  Q.  I think he is still there.

15:47:12  16  A.  -- Birmingham, okay.

15:47:13  17  Q.  Now, with regard to what you report here with Delzell is 9.3

15:47:21  18  relative risk for transport operatives in refining.  What is an

15:47:27  19  operative?

15:47:29  20  A.  Well, I assume the operatives were people who were like

15:47:33  21  transporting, transport operatives.

15:47:35  22  Q.  Truck drivers?

15:47:36  23  A.  I don't know how clearly they define it.  It says, "Transport

15:47:42  24  operatives and mechanics and refining."

15:47:47  25  Q.  One of the reasons you don't know is because the Delzell paper

15:47:50 1  is not published, is it?

15:47:51 2  A.  It's not published, but, you know, if I went -- I don't recall

15:47:56 3  now.  I would have to look back, this is a very long paper, and see,

15:48:01 4  you know, if -- how they defined it.  I don't recall.

15:48:04 5  Q.  Delzell is not published, correct?

15:48:06 6  A.  That's correct, that's what I stated.  It's unpublished --

15:48:10 7  Q.  In --

15:48:11 8  A.  It's unpublished --

15:48:12 9  Q.  If we look at Sathiakumar, did Sathiakumar find a statistically

15:48:22 10  significant odds ratio for either leukemia or for acute myeloid

15:48:31 11  leukemia?

15:48:31 12        THE COURT:  Is that a different study?  I'm confused.  Is

15:48:35 13  that 23-A?

15:48:36 14        MR. SCOTT:  It's 23 and 23-A, and I think that's what's

15:48:40 15  happened is Delzell had a paper that Sathiakumar picked up on and

15:48:45 16  published.

15:48:47 17        THE COURT:  Okay.  Would you ask your question again,

15:48:54 18  please?

15:48:55 19        MR. SCOTT:  Sure.

15:48:55 20  BY MR. SCOTT:

15:48:56 21  Q.  In the published paper that Sathiakumar was the lead author

15:49:02 22  on -- in fact, Delzell was one of the authors on the Sathiakumar

15:49:05 23  Exhibit 23-A, correct?

15:49:06 24  A.  Yes.

15:49:07 25  Q.  And in that --

15:49:12  1   A.  So was Gary Spivey, we talked about him earlier, he is a

15:49:16  2   co-author.

15:49:16  3   Q.  And Dr. Phillip Cole, who is a long time epidemiologist at the

15:49:23  4   University of Alabama at Birmingham and others, that's right?

15:49:23  5   A.  Yes.

15:49:25  6   Q.  Did those authors, those long time epidemiologists who studied

15:49:27  7   this at some length, find a statistically significant association

15:49:32  8   between gasoline exposure and leukemia or acute myeloid leukemia?

15:49:39  9   A.  Well, with myeloid leukemia the risk is 3.8, but that's not

15:49:45  10  statistically significant, and I pointed that out in my

15:49:48  11  presentation.  It says, "NS" means "not significant" after the 3.8.

15:49:54  12  Then, I also pointed -- and this is the transport and other workers.

15:49:59  13      Then I also pointed out that the specific risk for AML is

15:50:03  14  16.1, and the lower bound of that confidence interval was .85, so

15:50:08  15  that's not statistically significant.  But nevertheless, it's a high

15:50:12  16  risk.  And I indicated that it's not statistically significant in my

15:50:17  17  presentation earlier today.

15:50:18  18  Q.  So let's look at what Sathiakumar and Delzell and Phil Cole,

15:50:26  19  and all of these other scientists, actually wrote in the published

15:50:32  20  study.  And I am looking at the abstract, and we can go into the

15:50:36  21  body if you want.  "No clear association was observed for refining

15:50:42  22  division work and leukemia."  What's that about?  This is not just

15:50:46  23  transport operatives, is it?

15:50:49  24  A.  That's correct.  But I was presenting an analysis that had to

15:50:55  25  do with transport and other workers, because they present -- on

15:51:02  1    Table 9, they present an analysis odds ratio for myelogenous

15:51:07  2    leukemia and AML by division and job group.

15:51:11  3    Q.  Sure.  Let me pull that table up.

15:51:20  4    A.  Table 9 on page 1,276.

15:51:32  5    Q.  I have it.  Before I take this off -- I'm sorry.  This is in

15:51:35  6    1995.  This is the first epidemiologic study reporting a positive

15:51:42  7    association between oil and gas field work and acute myelogenous

15:51:48  8    leukemia.  Those aren't service station operators, are they?

15:51:51  9    A.  That's correct.

15:51:51  10   Q.  Do you agree with that statement that that was the first --

15:51:56  11   A.  I don't know if it's the first or not, but they demonstrate a

15:51:58  12   high risk.  And, you know, in fact, if you look at some of the data

15:52:02  13   in the tables -- you were wondering about latency earlier.  You see

15:52:05  14   those that had the longest exposure period have the highest risk of

15:52:10  15   AML in this cohort.  So it doesn't go down with length of exposure,

15:52:16  16   it goes up.

15:52:21  17   Q.  I'm sorry.  I don't follow that because I thought you just told

15:52:25  18   us about the Australian Health Watch that you expected to and it did

15:52:27  19   go down after all of these years?

15:52:30  20   A.  That's with stoppage of exposure.

15:52:32  21   Q.  Okay.

15:52:33  22   A.  This isn't stoppage of exposure.  What this shows is the --

15:52:39  23   when you increase the exposure, you look at duration of employment

15:52:45  24   on Table 7.  As you go from more than 0 to 19 years, well, you don't

15:52:57  25   have an increase.  When you 21 to 30 years, your risk is 3.1 --

15:53:02  1    Q.  Since you're going to talk about it, let me put the table up.

15:53:07  2    A.  All right.

15:53:11  3    Q.  So let's walk through this.  All myelogenous leukemia.  That's

15:53:16  4    not just acute, that's chronic as well, true?

15:53:19  5    A.  Well, there are two.  In this table, it also says AML.

15:53:23  6    Q.  I am going to get to that.

15:53:25  7    A.  Okay.

15:53:25  8          THE COURT:  Why don't you answer his question, and then

15:53:27  9    you can expound on your answer; but it's confusing for me when

15:53:32 10    you're answering something that he is not asking.

15:53:34 11          THE WITNESS:  I'm sorry.

15:53:35 12    BY MR. SCOTT:

15:53:35 13    Q.  So with all myelogenous leukemia, was there a statistically

15:53:39 14    significant excess in any of these duration of employment groups?

15:53:46 15    A.  Yes.

15:53:48 16    Q.  One, correct?

15:53:49 17    A.  Yes, those that had the highest exposure from 30.99 to

15:53:59 18    40.07 years, the adjusted odds ratio is 3.9 and that's statistically

15:54:07 19    significant.

15:54:07 20    Q.  Is that -- incidentally, is that at the 05 level?

15:54:13 21    A.  I would think so, yes.

15:54:15 22    Q.  What does that mean when it says, ".06"?

15:54:18 23    A.  That's the trend analysis.  That's a different analysis.

15:54:26 24    Q.  Got it.  What does that tell us about latency, if anything?

15:54:29 25    A.  Well, it tells you that -- well, if they were exposed between

15:54:33  1   30 and 40 years and they've got almost a fourfold risk, clearly the

15:54:38  2   latency period has to be more than 40 years because they were

15:54:42  3   exposed that long.  So they had to be -- if they were exposed that

15:54:47  4   long, they had to have lived at least that long from the time

15:54:51  5   exposure began.  So if their exposure is up to 40.7 years, then

15:54:58  6   their latency has to be longer than 40.7 years.

15:55:01  7   Q.  Latency, in your view, is from first exposure?

15:55:04  8   A.  Yes.

15:55:05  9   Q.  Do some people use from last exposure?

15:55:10  10  A.  That's not latency.

15:55:11  11  Q.  Let's go to AML.

15:55:13  12  A.  Okay.

15:55:23  13  Q.  Incidentally, this is duration of employment.  This is not a

15:55:29  14  direct exposure metric.  It's how long you worked there?

15:55:30  15  A.  Correct.

15:55:31  16  Q.  So it's not like they knew the people working there were

15:55:34  17  exposed to one part per million eight hours a day for all of those

15:55:39  18  years.  There really is no exposure information.  Duration is a

15:55:43  19  surrogate for exposure in this study, correct?

15:55:45  20  A.  Yes, that's right.

15:55:46  21  Q.  And again, was there a significant excess in anything other

15:55:53  22  than in the last group?

15:55:54  23  A.  I'm sorry.  Was there a question?

15:56:00  24  Q.  Yes.  Was there a significant association, statistically

15:56:05  25  significant association in anything other than the 31.57 years to

15:56:12  1   39.80 tertile?

15:56:15  2   A.  Yes, when you look at the adjusted odds ratio in the column to

15:56:17  3   the right, the odds ratio is 8.7 and that's highly statistically

15:56:23  4   significant.  And then, also, you see a dose response by duration of

15:56:27  5   employment.  So my point is, if they were -- if that group of 31.57

15:56:36  6   to 39.8 years of exposure has that high risk, then they have to have

15:56:42  7   been -- the latency has to be longer than 39.8 years.

15:56:46  8   Q.  My question actually assumed -- I said anything other than that

15:56:51  9   one that you just pointed out, is there any other statistically

15:56:55 10   significant association?

15:56:55 11   A.  Yes, the trend analysis P equals .01.  That means there is a

15:57:01 12   significant dose response relationship between employment in the oil

15:57:05 13   and gas division and risk of AML.

15:57:08 14   Q.  So what work --

15:57:09 15          THE COURT:  By dose response, you just mean how long they

15:57:11 16   worked, not some real measure of how much they've gotten, right?

15:57:14 17          THE WITNESS:  That means as you increase the dose or

15:57:17 18   increase the exposure, the risk significantly increases.

15:57:20 19          THE COURT:  And what are these people doing?  Do we know?

15:57:24 20          THE WITNESS:  Well, in oil and gas division, they're --

15:57:29 21          THE COURT:  Oil and gas division of what?

15:57:33 22          THE WITNESS:  It's the oil and gas division of Union Oil

15:57:37 23   company.

15:57:39 24          THE COURT:  So do we have any kind of idea of what their

15:57:45 25   job was?  I mean, whether they're refinery workers or they're

15:57:55  1    selling futures?  I mean, do we know what they're doing?

15:58:01  2            THE WITNESS:  Yes.  The ten divisions were:  Oil and gas,

15:58:04  3    refining, marketing, pipeline, petrochemicals, other chemicals,

15:58:08  4    geothermal science, technology, corporate staff.  Table 1 it says --

15:58:18  5    those indicate the job group classifications.

15:58:23  6            THE COURT:  So oil and gas -- on page 1 it says, "Oil and

15:58:27  7    gas, production field operations."

15:58:30  8            THE WITNESS:  So these people are out in the fields.

15:58:33  9            THE COURT:  What does BNPR mean, the next column?

15:58:39  10           THE WITNESS:  It says, "Non-production related."  So the

15:58:43  11   APR would be production related.

15:58:47  12           THE COURT:  And the B is non?

15:58:49  13           THE WITNESS:  They have a group that's non-production.

15:58:49  14           MR. SCOTT:  It's two groups; "A" group, "B" group.  "A"

15:58:52  15   group is production related; "B" is non-production related.

15:58:55  16           THE COURT:  And are the statistics for the production

15:58:58  17   related people?

15:58:59  18           THE WITNESS:  Yes.

15:59:04  19   BY MR. SCOTT:

15:59:04  20   Q.  None of these are service station attendants or mechanics,

15:59:07  21   true?

15:59:08  22   A.  Correct.

15:59:17  23   Q.  Let me go to table -- the table we were reading from -- is

15:59:51  24   there an AML table?  I don't think so.

15:59:53  25   A.  It's Table 7.  And if you'll notice in the heading of that

16:00:02  1   table, it says, "Employment in oil and gas division production

16:00:07  2   related activity."

16:00:07  3   Q.  What are those jobs, production related?  Is that drilling and

16:00:15  4   finding oil?

16:00:16  5   A.  Yes.

16:00:16  6   Q.  Is that pumping oil?  The one thing we know it's not is service

16:00:24  7   station workers, right?

16:00:25  8   A.  Yeah.  It's production and field operations, right.  So they're

16:00:30  9   exploring and they're out in the fields pumping crude oil and

16:00:36 10   exploring for gas and for oil.

16:00:40 11          THE COURT:  Gas, is that natural gas or if that gasoline?

16:00:43 12          THE WITNESS:  No, it would be natural gas in with the

16:00:46 13   crude oil.

16:00:47 14   BY MR. SCOTT:

16:00:47 15   Q.  My next question, not only are they not service station

16:00:50 16   workers, we're talking about crude oil exposure, not gasoline

16:00:55 17   exposure, true?

16:00:55 18   A.  Correct.  Which has less benzene in it.  It's only about

16:00:59 19   .2 percent versus gasoline which has much more.

16:01:02 20   Q.  Dr. Infante, my issue is we sort of pick and choose, we take

16:01:05 21   some studies that had crude oil exposure --

16:01:07 22          THE COURT:  That's not necessary, that's just argument.

16:01:11 23   BY MR. SCOTT:

16:01:11 24   Q.  What does this study tell us about gasoline station service

16:01:16 25   attendants or mechanics exposed to gasoline with benzene?

16:01:26  1   A.  Well, what it tells you is that individuals that are exposed

16:01:30  2   to, like, you know, oil and natural gas out in the fields have this

16:01:35  3   dose response for those exposures and risk of AML.  And they

16:01:45  4   demonstrated in a dose response manner, which in this case dose is

16:01:50  5   being measured by duration of employment.  So what it tells you is

16:01:55  6   that products that contain benzene demonstrating elevated risk of

16:02:03  7   AML is statistically significant.  And is dose related and has a

16:02:09  8   long latency period associated with it.

16:02:12  9   Q.  Can you name a single published epidemiologic study that

16:02:18 10   find -- consistently finds an excess of acute myeloid leukemia with

16:02:23 11   exposure to crude oil?  Not even talking about gasoline now, crude

16:02:29 12   oil.

16:02:30 13   A.  Well, I think there are -- there are several.  There are

16:02:35 14   several of them that show people involved in oil exploration having

16:02:40 15   an elevated risk of AML, non-Hodgkin's lymphoma and multiple

16:02:46 16   myeloma.

16:02:46 17   Q.  Is it your opinion that this study deals with workers that did

16:02:51 18   the same tasks and had the same types of exposures as Mr. Burst?

16:02:55 19   A.  It's my opinion that these workers have exposures to petroleum

16:03:05 20   products containing benzene.  And I am making the analogy there to

16:03:12 21   the gasoline as a petroleum product that contains benzene, because

16:03:18 22   the point is, it's not just pure benzene.  Most people are exposed

16:03:22 23   to benzene from mixtures.  That's where the exposure occurs.

16:03:35 24        THE COURT:  Can I ask a question?  People who work in oil

16:03:38 25   and gas exploration are exposed to all kinds of things.  They're out

16:03:44  1    on the platform, there's oils.  I mean, we see cases in Court where

16:03:50  2    people are there all kinds of things out on a platform or in an oil

16:03:54  3    field besides crude oil.  I mean, how do you isolate what it is that

16:04:06  4    is making the association when you don't measure what else they're

16:04:11  5    exposed to?

16:04:13  6           THE WITNESS:  Well, you raise a good point is that there

16:04:16  7    are other materials that are used, that they're putting down into

16:04:19  8    the ground to force out the oil; but none of those materials

16:04:24  9    demonstrate any evidence of leukemia, so they should not be a

16:04:31  10   confounding factor in these studies.  If they were, certainly the

16:04:34  11   authors from the School of Public Health would have pointed that

16:04:38  12   out.

16:04:39  13          THE COURT:  Like solvents?  I mean, on an oil platform,

16:04:43  14   they don't have solvents and other kinds of petroleum products

16:04:50  15   besides -- I guess -- okay.

16:04:55  16          THE WITNESS:  They are exposed.  You're right, they are

16:04:57  17   exposed to other products; but the only product from those exposures

16:05:02  18   known to cause leukemia, AML, is benzene.  From where we stand

16:05:08  19   today.

16:05:09  20   BY MR. SCOTT:

16:05:09  21   Q.  Workers on these platforms -- first, your title is "Terminal

16:05:13  22   and Gasoline Distribution Worker Studies."  This is neither a

16:05:16  23   terminal for a gasoline distribution worker study, is it?  Delzell

16:05:21  24   and Sathiakumar.  This is crude oil we're talking about?

16:05:25  25   A.  Yes.  And the reason I had this in here, initially, was because

16:05:29 1   they did an analysis for transport and other workers.

16:05:35 2   Q.   Transporting what?

16:05:36 3   A.   Pardon me?

16:05:37 4   Q.   Transporting what?

16:05:40 5   A.   Transporting whatever the petroleum products were there.

16:05:44 6   Q.   That's the question:   What were they?

16:05:46 7   A.   Well, it's natural gas and crude oil.

16:05:49 8   Q.   Not gasoline?

16:05:51 9   A.   Right.   But they contain gasoline -- I mean, natural gas

16:05:56 10  contains more benzene or will contain more benzene than the crude

16:06:00 11  oil, but the crude oil contains about .2 percent.   So if you can get

16:06:05 12  an effect or see this from exposure to crude oil, you certainly

16:06:08 13  should see it from exposure to gasoline which contains, right, over

16:06:12 14  the years, one-and-a-half to two percent benzene.   That's my point.

16:06:37 15  Q.   Rushton and Romaniuk, we don't have that paper.   It wasn't in

16:06:42 16  your book.   These are petroleum and marketing distribution workers.

16:06:47 17  What's the substance that exposures claimed -- to which exposure is

16:06:50 18  claimed?

16:06:51 19  A.   Well, they would be the distribution workers that would be

16:06:54 20  distributing gasoline and diesel.

16:06:56 21  Q.   Is this is all gasoline and diesel in Rushton and Romaniuk?

16:07:02 22  A.   Well, unless there were -- that's the majority of it; there

16:07:07 23  might have been some other products that were transported, but that

16:07:11 24  would certainly be -- gasoline would be the majority of it.

16:07:14 25  Secondly, diesel fuel; and then there are going to be some other

16:07:19 1  products also.

16:07:20 2  Q.  On your index there's no -- and I don't have the study in front

16:07:23 3  of me -- there is no statistical significance reported.  Did the

16:07:29 4  authors report one?

16:07:32 5  A.  I had mentioned that earlier that they have the data in the

16:07:38 6  report by cumulative benzene exposure for AML combined with

16:07:44 7  monocytic leukemia.  And when you combine the two lower dose --

16:07:50 8  cumulative dose groups, you have, like, a twofold risk.

16:07:54 9  Q.  How about if you look at each one of them together -- each one

16:07:57 10 of them alone, particularly AML.  Was there a statistically

16:08:04 11 significant association?

16:08:05 12 A.  I have the paper.  Let's look.

16:08:07 13         THE COURT:  Do I have the paper?  Do I have the one we're

16:08:10 14 talking about?  Is that in the materials?

16:08:14 15         MR. PATTON:  This was one that was missing as indicated on

16:08:18 16 the table.  I do have a copy.

16:08:27 17         THE COURT:  Okay.

16:08:27 18         MR. SCOTT:  Probably more important the Court has it than

16:08:30 19 me.

16:08:31 20         THE COURT:  If you put it up on the ELMO and enlarge it,

16:08:35 21 it's probably easier for me to see than trying to blind myself.

16:08:38 22         THE WITNESS:  If you go to Table 5.

16:08:41 23         MR. SCOTT:  Let's look at what it is first here.  This is

16:08:44 24 Rushton Romaniuk.  Risk of leukemia in the petroleum distribution

16:08:50 25 industry who are exposed to low levels of benzene.

16:08:53  1   BY MR. SCOTT:

16:08:53  2   Q.  Where does it say they were exposed to gasoline?  Can you tell

16:08:56  3   us?

16:08:56  4   A.  Well, these are marketing and distribution workers, so that's

16:08:59  5   what we're going to be distributing.

16:09:01  6   Q.  So the authors don't say that?

16:09:05  7   A.  Well, let's look and see.  I mean, those are major products

16:09:12  8   that are, you know, petroleum marketing and distribution.  Those are

16:09:18  9   the major products that come out of refineries.  Number 1 is

16:09:21 10   gasoline.  And then, as I said, there would be diesel fuel.

16:09:46 11   Q.  Let's take a look at Table 5.  Is that the one you wanted me to

16:09:50 12   look at?

16:09:51 13   A.  Yes.

16:09:53 14   Q.  Before we look at numbers here, it may be helpful to look at

16:09:57 15   the bottom.

16:09:57 16          THE COURT:  Why don't you blow that up because I am going

16:10:01 17   blind.

16:10:06 18          MR. SCOTT:  I am not sure that I can get it much bigger

16:10:09 19   than that.

16:10:10 20          THE COURT:  Okay.  That's good enough.

16:10:13 21   BY MR. SCOTT:

16:10:13 22   Q.  Now, you say this is a gasoline study, but the products listed

16:10:18 23   under "Odds Ratio" are white oil and black oil.  Do you know what

16:10:27 24   those are?

16:10:27 25   A.  That's over to the right that odds ratio.

16:10:31   1    Q.   Okay.

16:10:31   2    A.   That's not the analysis that I am -- that I am citing -- that I

16:10:36   3    cite in my report, nor is it the analysis that I showed on my slide

16:10:41   4    earlier.  If you go down to cumulative exposure working lifetime

16:10:50   5    parts per million years -- I believe this is parts per million

16:10:57   6    benzene.  If you look at those, who were exposed between 0.45 and

16:11:06   7    4.49 parts per million years of benzene cumulative exposure.  You

16:11:09   8    have an odds ratio of 2.17, and that's not statistically

16:11:15   9    significant.  And when you have cumulative exposures between 4.5 and

16:11:21  10    44.9, you have an odds ratio of 2.82, that's not statistically

16:11:28  11    significant, but they're both well over two.

16:11:30  12          So I combined the data for both of them and said it was an

16:11:35  13    exposure between 0.5 and 4.9 ppm years, and you have an odds ratio

16:11:43  14    of 2 -- what did I say in my report?  Was it 2.1?  That's not a lot

16:11:52  15    of cumulative exposure when you have a twofold risk of what's called

16:11:58  16    acute myeloid and monocytic leukemia.  So most people would put

16:12:04  17    monocytic leukemia in with myeloid today.

16:12:06  18    Q.   Let's be clear about what you did.  I am going to point right

16:12:09  19    here (INDICATING).  This is cumulative exposure working lifetime in

16:12:13  20    ppm years.  That's what you've been working with and wanted us to

16:12:17  21    look at, true?

16:12:18  22    A.   Yes.  To benzene.

16:12:20  23    Q.   That's to benzene.  That's not gasoline?

16:12:22  24    A.   Right.

16:12:23  25    Q.   Is this benzene from gasoline or is this just pure benzene?

16:12:27  1    A.  Well, it's not pure benzene.  It's benzene that's estimated

16:12:32  2    from the exposures to these individuals that are involved in

16:12:39  3    distributing petroleum products, distribution workers.  So they're

16:12:45  4    calculating their benzene exposure.

16:12:47  5            No, it's not pure benzene exposure, no.

16:12:50  6    Q.  Is it gasoline -- benzene from gasoline exposure?  That's the

16:12:55  7    important question.

16:12:55  8    A.  What I'm saying is that the majority of it would come from

16:13:01  9    gasoline because, because that's what -- that's the majority of what

16:13:05 10    they transport.  It's the majority of what's made in these

16:13:08 11    refineries.

16:13:08 12    Q.  So let's be clear about what happened here.  Zero to 45 -- is

16:13:15 13    that 4.5?

16:13:18 14    A.  Yes, 4.49.  There is a relative risk of 2.17.

16:13:23 15    Q.  I am working on the exposure amount now.  It's actually 0.45.

16:13:30 16    It's less than half a part per million year exposure in the first

16:13:34 17    category, right?

16:13:35 18    A.  Yes, it's almost a half a part per million year.

16:13:39 19    Q.  And the odds ratio there is one, right, that's normal

16:13:41 20    population?

16:13:41 21    A.  They're setting that odds ratio to one to evaluate a response

16:13:46 22    from higher cumulative exposures.

16:13:48 23    Q.  The next exposure category was .45 ppm years to 4.49 ppm years,

16:13:57 24    correct?

16:13:57 25    A.  Correct.

16:13:58  1   Q.  And they had a non-statistically significant excess of 2.17?

16:14:03  2   A.  Correct.

16:14:03  3   Q.  And the next -- and incidentally, that's AML's and monocytic

16:14:09  4   leukemias?

16:14:11  5   A.  Right.  That's correct, that's how they categorized it.  Which

16:14:15  6   is essentially AML today.

16:14:17  7   Q.  Third category is 4.5 ppm years to 44.9 ppm years, correct?

16:14:25  8   A.  Yes.

16:14:26  9   Q.  It had a non-statistically significant excess of 2.82.  Did I

16:14:31 10   get that right?

16:14:32 11   A.  Yes.

16:14:35 12   Q.  Then you did something that the authors didn't do.  You

16:14:38 13   combined those two middle categories, the .45 to 44.9, correct?

16:14:43 14   A.  Correct.

16:14:43 15   Q.  Where did you do that calculation?

16:14:45 16   A.  Where did I do it?  Well, I have a sticky where I've done it

16:14:50 17   right here.  So what you do to determine what the expected is from

16:14:54 18   where you see the 15 year cases is divide that by 2.17, which is the

16:15:01 19   odds ratio, and that can give you an expected of 6.91.  And then for

16:15:07 20   the nine cases, you develop that by 2.82 and you come up with 3.89

16:15:17 21   expected.  So then, your total expected is 10.10 and your observed

16:15:22 22   is 24.  So that's an odds ratio that's 2.1.

16:15:30 23   Q.  Why did you do what the authors didn't do?

16:15:32 24   A.  Why did I do it?  Because I'm combining -- because you can see,

16:15:36 25   in essence, what looks like a dose response, so I just combined,

16:15:40 1   essentially, all of the exposure above.  In other words, exposure --

16:15:47 2   cumulative exposure of benzene above .45 ppm years.  You see there's

16:15:54 3   twofold risk of AML and monocytic leukemia, and that's not very much

16:15:59 4   exposure.  It's a high risk.

16:16:00 5   Q.  Did you include the final category of greater than 45 ppm

16:16:07 6   years?

16:16:07 7   A.  No.  I couldn't include that one because no case was observed,

16:16:10 8   so do I divide zero by one and get zero.

16:16:14 9   Q.  So in other words, in the highest exposed group, there were no

16:16:19 10  cases.  This is benzene?

16:16:21 11  A.  And there's only one control, right?  So they don't have a very

16:16:26 12  big -- in other words, most of the people were exposed to much lower

16:16:29 13  than that.  If you look at the next category down, 4.5 to 4.99, you

16:16:36 14  see there are 23 controls.

16:16:39 15  Q.  So just to be clear, the authors didn't report what you're

16:16:42 16  reporting to the Court.  You did your own calculations and combined

16:16:45 17  these groups to get a statistically significant excess, which the

16:16:49 18  study didn't show in the way that it was originally designed?

16:16:53 19  A.  I said that I didn't test it for statistical significance; but

16:16:57 20  if I had, it would be significant.  And I also presented it as when

16:17:04 21  I look -- where is it.  I said in my presentation, I said,

16:17:12 22  "Calculated from."  It should have said "from the data in Table 5."

16:17:19 23  If that somehow got dropped out, that's what I did.  But that would

16:17:22 24  be the 0.5 to 44.9 parts per million years.

16:17:29 25  Q.  Again, my question to you, though, is you basically reran the

16:17:35  1    numbers in a way different than the authors did when they designed

16:17:41  2    the study?

16:17:41  3    A.  No, I didn't rerun the numbers.  You can forgot the odds ratio

16:17:45  4    that I calculated.  Just take their numbers at face value at only

16:17:51  5    .45 to 4.49 parts per million years you have over a twofold risk of

16:17:57  6    AML.  And then as you go up to the next exposure category, the odds

16:18:03  7    ratio increases to 2.8, almost to threefold.  That, in and of

16:18:08  8    itself, provides evidence that low cumulative exposure to benzene is

16:18:15  9    associated with an elevated risk of AML.

16:18:17  10   Q.  How much exposure to gasoline -- I realize this is benzene,

16:18:22  11   this isn't gasoline.  How much exposure to gasoline would you have

16:18:26  12   to have, would a person have to have to get 44.9 ppm years of

16:18:33  13   benzene exposure?

16:18:37  14   A.  Well, you would have to be exposed to quite a bit at 44.9 ppm

16:18:44  15   years of benzene exposure.  But this is a pretty low exposure study.

16:18:53  16   This is a pretty low exposure setting.

16:18:55  17   Q.  My question is:  Do you know?  And if you don't, that's fine.

16:18:57  18   A.  I suppose one could calculate that, but I didn't calculate

16:19:00  19   that.

16:19:01  20   Q.  Sure.  But here is what we know:  We know the gasoline has --

16:19:06  21   domestic gasolines during the relevant time period had half a

16:19:09  22   percent to, say, three percent, or three-and-a-half percent, let's

16:19:14  23   say four, percent benzene in it, true?  In that range.  Some of them

16:19:20  24   had half a percent, some had one percent, some may have had two or

16:19:20  25   three percent.

16:19:22  1    A.  You're talking about the benzene from where?

16:19:25  2         THE COURT:  Gasoline.

16:19:26  3    BY MR. SCOTT:

16:19:27  4    Q.  Benzene in gasoline.

16:19:28  5    A.  Yeah, okay.  I use one to two percent average with excursions

16:19:33  6    up to five percent.

16:19:34  7    Q.  Fair enough.  You can't calculate or can you calculate how much

16:19:39  8    gasoline exposure you would have to have to get 44.9 ppm years from

16:19:49  9    gasoline?

16:19:49 10    A.  I suppose one could make that calculation.  And you could also

16:19:52 11    calculate it from that .45 to 4.49 parts per million years as well,

16:19:58 12    which shows over a twofold risk.  So what I am saying is it's a

16:20:02 13    showing that low --

16:20:04 14         THE COURT:  You need to stay with the question.  You're

16:20:07 15    starting to kind of meander off the question.  Stay focused on what

16:20:11 16    he asked you, if you would, please.

16:20:13 17    BY MR. SCOTT:

16:20:13 18    Q.  Let me focus the questions a little more.  It is true that in

16:20:18 19    order to get very much benzene exposure from gasoline a person has

16:20:22 20    to have a very high gasoline exposure, true?

16:20:26 21    A.  To get how much benzene?

16:20:28 22    Q.  Whatever number you would like to pick; say, five parts per

16:20:31 23    million or one part per million.  We're talking about 50 or 100

16:20:35 24    times as much gasoline exposure as benzene exposure if all of your

16:20:40 25    benzene exposure comes from gasoline.

16:20:44  1    A.  I don't follow your statement.  In what situation?

16:20:48  2    Q.  Let me simplify this.  If you were exposed to benzene from

16:20:54  3    gasoline -- and I am going to say one percent just to make the

16:20:57  4    numbers easy.  One percent benzene in the gasoline, and you're

16:21:01  5    exposed to benzene from gasoline, you're simultaneously exposed to

16:21:07  6    the other 99 percent of what is in gasoline, right?

16:21:12  7    A.  Yes.

16:21:12  8    Q.  And the other 99 percent of what is in gasoline has very

16:21:20  9    serious toxicological affects, acute affects, true?

16:21:24  10   A.  Some components of it do, yes.

16:21:26  11   Q.  In fact, the organization for which you used to work, NIOSH,

16:21:33  12   National Institute of Occupational Safety and Health, publishes a

16:21:37  13   book every year or two that has something called IDLH's in it, and

16:21:43  14   that's immediately dangerous to life and health.  Correct?

16:21:46  15   A.  Yes.

16:21:47  16   Q.  And what does that mean, IDLH?

16:21:50  17   A.  Just what it says, immediately dangerous to life and health.

16:21:56  18   So I don't know how exactly, I can't recall what the length -- if

16:21:58  19   it's one hour to that exposure.  I don't know what they define as

16:22:03  20   immediately dangerous to life and health.

16:22:05  21   Q.  Would you agree that certainly there are instances you could

16:22:13  22   theorize in which an exposure to benzene -- high exposure to benzene

16:22:18  23   from gasoline would result in narcotic, if not lethal affects

16:22:23  24   immediately within a few minutes to gasoline?

16:22:27  25   A.  Meaning, if someone were hypothetically exposed to, like, a

16:22:31  1   whopping exposure level of gasoline?

16:22:33  2   Q.  Yes.

16:22:34  3   A.  Is that your question?

16:22:35  4   Q.  Yes, exactly.

16:22:36  5   A.  Yes.

16:22:37  6   Q.  And that really sets a limit on how much benzene you can get

16:22:43  7   from gasoline exposure because you're going to simultaneously get

16:22:47  8   the gasoline exposure?  Here is an example, can you get 100 part per

16:22:58  9   million exposure to benzene from gasoline without being knocked over

16:23:01 10   dead?

16:23:01 11   A.  You know, I haven't done the calculation.  I don't know the

16:23:08 12   answer to the question.

16:23:09 13   Q.  But you do know that there is some level of gasoline exposure

16:23:14 14   which is not only narcotic, but lethal in a few minutes?

16:23:18 15   A.  Yes, or in 15 minutes or half an hour.

16:23:24 16   Q.  And in addition, do you know what the lower explosive limit of

16:23:29 17   gasoline is?

16:23:30 18   A.  I don't recall.

16:23:31 19   Q.  1.1 percent, does that sound familiar?  It's also in the NIOSH

16:23:38 20   book.

16:23:38 21   A.  No, I don't.

16:23:39 22   Q.  At some level, you run the risk of exploding things from high

16:23:43 23   levels of gasoline while you're getting this benzene exposure?

16:23:47 24   A.  If it were to be ignited, you know.  If there was an ignition

16:23:52 25   source around.  I guess that's periodically why some of these

16:23:55  1    refineries blow.

16:23:56  2    Q.  I want to run on through Sorahan, Exhibit 24, petroleum

16:24:18  3    distribution workers.  Those are drivers.  The authors reported --

16:24:22  4    A.  I'm sorry.  What year are we talking?

16:24:25  5    Q.  2002.

16:24:28  6    A.  Okay.

16:24:29  7    Q.  The authors reported a non-statistically significant 1.51 odds

16:24:38  8    ratio, correct?

16:24:42  9    A.  Is that what I have?

16:24:44 10    Q.  It's in your index.

16:24:45 11    A.  Yes, that's correct.

16:24:46 12    Q.  And you, again, adjusted it for this healthy worker effect and

16:24:51 13    that made it slightly statistically significant?

16:24:54 14    A.  Right.  And I think as I testified, it really doesn't make any

16:24:58 15    difference to me in terms of interpreting the study, whether the

16:25:03 16    odds ratio is 1.51 or 1.61, it still provides evidence of an

16:25:10 17    increased risk.

16:25:11 18    Q.  Sorahan 2007, your Exhibit 43.  That study reports a

16:25:24 19    non-statistically significant 1.17 standardized mortality ratio in

16:25:32 20    drivers of petroleum distribution centers.

16:25:35 21    A.  Yeah, that's right.  And that's exactly what I have in my

16:25:39 22    chart, and I put that in there to show that, right, when it was

16:25:43 23    further updated that, you know, you don't see an elevated risk in

16:25:49 24    that particular study.

16:25:52 25    Q.  Your Exhibits 44 and 25 on your index are Bisby and Gun.  I am

16:25:58  1  not going to spend much time on this because this is the Australian

16:26:03  2  Health Watch study.  You reported -- you took numbers from the Tenth

16:26:07  3  and Eleventh reports, but not from the Twelfth, Thirteenth, or

16:26:11  4  Fourteenth Report, correct?

16:26:12  5  A.  Yes.  But in my report I indicate that the risks have declined

16:26:17  6  as the cohort has been followed over time.  And when I made my

16:26:21  7  presentation today, I raised that the -- in fact, Fourteenth Report,

16:26:26  8  which is the most recent one, shows an elevated risk, even among the

16:26:32  9  terminal workers, and I think we had a lot of discussion about why

16:26:35 10  that may be.

16:26:37 11  Q.  We did.  And again, the reporting you've done here on these

16:26:44 12  studies relates only to terminal workers.  You pulled the terminal

16:26:47 13  workers out.  They looked at a lot of different groups of gasoline

16:26:51 14  exposed workers, didn't they?

16:26:53 15  A.  Who is the "they"?

16:26:54 16  Q.  The authors, Bisby, Gun and --

16:26:56 17  A.  No, they didn't look at a lot of different groups of gasoline

16:26:59 18  exposed workers.  They looked at refinery workers.  So if you want

16:27:04 19  to say, "Okay.  Which ones were exposed to gasoline?"  A good place

16:27:10 20  to find that is to look at the terminal workers because they are

16:27:12 21  loading and unloading it.

16:27:13 22  Q.  Didn't you just tell us the refineries, their primary product

16:27:16 23  is gasoline, and that's why you included refinery workers in other

16:27:22 24  studies?

16:27:22 25  A.  The primary product they put out is gasoline, yes.  But that

16:27:27  1   doesn't mean that the majority of those employees at the refinery

16:27:29  2   are exposed to gasoline.

16:27:31  3   Q.  Were other -- were employees outside of the terminal group in

16:27:37  4   the Health Watch study exposed to gasoline?  Whether all of them

16:27:41  5   were or whether it was more or IPSS, were they exposed to gasoline?

16:27:43  6   A.  All of them wouldn't be, but, yeah, there would be some others

16:27:46  7   that were, of course.

16:27:46  8   Q.  There would be a lot of others that would be, wouldn't there?

16:27:49  9   A.  I don't know that there are a lot of others.  When you look at

16:27:52  10  some of these reports, they state that they don't know how many were

16:27:55  11  exposed to gasoline in the refineries.  So a way of narrowing it

16:28:00  12  down is to say, "Okay.  What is a job in the refinery where, in

16:28:03  13  fact, they are likely to be exposed to gasoline?"  And that would be

16:28:07  14  in the tanker truck drivers and those working at terminals because

16:28:12  15  they're loading and unloading.  And that's why I pulled out that

16:28:16  16  section to evaluate what the risk is.

16:28:18  17  Q.  I want to go to the Wong studies of 2010 and see if we can sort

16:28:26  18  of walk through this.  You have three entries there.

16:28:29  19          THE COURT:  What number is that?

16:28:30  20          MR. SCOTT:  I'm sorry, your Honor.  Forty-two from

16:28:35  21  Dr. Infante's notebook.

16:28:54  22  BY MR. SCOTT:

16:28:55  23  Q.  So I think the way that you walked through it with Mr. Patton

16:28:58  24  was you first took page 119 -- let me pull the study out, I think

16:29:06  25  that will help.

16:29:06  1         THE COURT:  This is microscopic, so you're going to have

16:29:14  2    to --

16:29:43  3         MR. PATTON:  Mr. Scott, you included this as Exhibit 37 in

16:29:47  4    yours, so that's why I printed a shorter version.

16:30:41  5         MR. SCOTT:  I apologize, your Honor.

16:31:08  6    BY MR. SCOTT:

16:31:08  7    Q.  So the entries on your index under Exhibit 42, the three Wong

16:31:15  8    entries that relate to a 2010 study performed by Dr. Otto Wong,

16:31:22  9    correct?

16:31:23  10   A.  Yes.

16:31:23  11   Q.  And you have three different entries, and I think we need to go

16:31:26  12   through them by page number to see if we can understand what's going

16:31:30  13   on here.  But first, what was the study, this Wong, Hua, Harris

16:31:38  14   Armstrong?

16:31:39  15   A.  It's stated in the title, "A hospital-based case-control study

16:31:43  16   of acute myeloid leukemia in Shanghai:  Analysis of environmental

16:31:47  17   and occupational risk factors by subtypes of the WHO

16:31:52  18   classification."

16:31:53  19   Q.  So the WHO classification is the classification of

16:31:58  20   lymphohematopoietic tumors that I referred to earlier, correct?

16:32:02  21   A.  One of them I think you referred to.

16:32:04  22   Q.  There are two.  I think it was the 2008, but I am not positive.

16:32:13  23   This hospital-based case-control study, what is that?  How does that

16:32:16  24   work?  How does one do a hospital-based --

16:32:18  25   A.  You identify the cases of leukemia at the hospital -- in this

16:32:23  1   case it would be acute myeloid leukemia -- and then you select

16:32:27  2   controls for those cases; and then you look at differences in

16:32:35  3   exposure, who in this particular study a lot of different variables,

16:32:40  4   and see if there are differences in exposure.  And from that, you

16:32:43  5   estimate the odds of exposure or the odds ratio.

16:32:47  6   Q.   Okay.  Let's do it in steps.  First, you go to hospitals and

16:32:52  7   find people that have acute myeloid leukemia, correct?

16:32:56  8   A.   Right.

16:32:56  9   Q.   And in this case, they went to 29 hospitals in Shanghai,

16:33:00  10  correct?

16:33:00  11  A.   Yes.

16:33:01  12  Q.   Incidentally, this study is part of what's been called the

16:33:04  13  Shanghai Health Study; is that right?

16:33:06  14  A.   Yes.

16:33:06  15  Q.   That's a study that was sponsored by five major oil companies

16:33:12  16  that went on for years and years in Shanghai, China, true?

16:33:17  17  A.   Yes.

16:33:17  18  Q.   And it was really a benzene study, would you agree?  They

16:33:21  19  looked at workers that had a lot of different occupations, but the

16:33:24  20  focus was benzene?

16:33:26  21  A.   Yes.

16:33:31  22  Q.   So you've got the 29 hospitals, and they are going to give the

16:33:35  23  investigator information about all of their cases of acute myeloid

16:33:41  24  leukemia.  What's the next step?

16:33:43  25  A.   Well, then you -- once you've identified those cases of acute

16:33:49  1    myeloid leukemia, then the investigators select controls for those

16:33:54  2    cases.

16:33:54  3    Q.  How do they do that?

16:33:56  4    A.  Well, let's see how they said they did it.  All right.

16:34:27  5    "Potential cases were identified as patients, aged 18 and older, and

16:34:31  6    newly diagnosed with AML, you know, our provisional diagnosis, at

16:34:36  7    any of 29 participating hospitals in Shanghai between August 2003

16:34:46  8    and June of 2007."  So that's how they identified the cases.

16:34:50  9    Q.  And they used a questionnaire for each of the cases; is that

16:34:55 10    correct?

16:34:56 11    A.  I haven't gotten to the controls yet.  Yeah -- well, yeah.

16:35:01 12    Pardon me.  They used the questionnaire, yes, to evaluate the

16:35:06 13    exposures to the cases and then the exposures to the controls.

16:35:10 14    Q.  So in this case, they used a 17-page questionnaire to obtain

16:35:16 15    information on demographics, medical history, family history,

16:35:21 16    life-style risk factors, employment history, residential history,

16:35:25 17    and occupational and non-occupational factors.  I think I read that

16:35:32 18    correctly.  For exposures.

16:35:37 19    A.  Okay.

16:35:38 20    Q.  I am just reading from the abstract.

16:35:41 21    A.  All right.

16:35:41 22    Q.  And then they collected controls, which are people that

16:35:46 23    presumably match up based on demographics and residential history

16:35:50 24    and employment history and age, gender, race and so on.  I am just

16:35:58 25    trying to figure out how the study worked.

16:36:02  1   A.  Do what?

16:36:03  2   Q.  I am just trying to have you explain how the study worked.  You

16:36:06  3   have the cases of AML, and then you're trying to match them up with

16:36:10  4   some people that are just like the cases except they don't have

16:36:14  5   exposure to benzene or pesticides or all of the other things they

16:36:19  6   were looking at here.

16:36:21  7   A.  Yeah.  And right now I am looking to see how they selected the

16:36:24  8   controls.  This is a case-control study.  (WITNESS READS.)  I don't

16:36:42  9   seem to have found it.  If you see it here where they say about the

16:36:46  10  controls.

16:36:47  11  Q.  Let me back up.  Let's go to the conclusions.  And, again, I am

16:36:52  12  just reading from the abstract.  We can go through the tables here

16:36:55  13  in a minute.

16:36:58  14        About six lines up from the bottom they say, "Exposures

16:37:05  15  associated with an increased risk of AML."  It's all the subtypes,

16:37:12  16  and there are a number of subtypes of AML combined and/or individual

16:37:17  17  subtypes including benzene, diesel fuel, metals, insecticides,

16:37:23  18  fertilizers, glues and adhesives, paints and other coatings, and

16:37:28  19  inks and pigments.  Did they look at gasoline station attendants?

16:37:34  20  A.  Not in this study, no.

16:37:35  21  Q.  Now, we go to page 119, which is cited in your index.  This one

16:37:53  22  is going to be a little tough.  Table 6.  Am I in the right place --

16:38:05  23  and we will have to move across as we go -- but am I in the right

16:38:09  24  place -- let's see if I can make this a little bigger -- for your

16:38:16  25  reference to gasoline exposure on your index?

16:38:24  1   A.   Okay.  I am with you.

16:38:25  2   Q.   And the odds ratio for gasoline is about eight down, right here

16:38:30  3   (INDICATING) is 1.07?

16:38:33  4   A.   Correct.

16:38:34  5   Q.   That's not an excess, correct?

16:38:40  6   A.   Correct.

16:38:40  7   Q.   And then we look across on gasoline in the AML with RCAP.  You

16:38:51  8   described that for us earlier, what is that?

16:38:53  9   A.   That's defined below the table there.  AML with recurrent

16:38:59  10  cytogenetic abnormalities.

16:39:00  11  Q.   So did they see an excess of these recurrent cytogenetic

16:39:06  12  abnormalities that you discussed earlier?

16:39:08  13  A.   No, they di not.

16:39:08  14  Q.   Didn't see minus five, didn't see minus seven, didn't see any

16:39:11  15  of that?

16:39:11  16  A.   Well, that analysis, they're all combined; so they didn't see

16:39:14  17  an excess AML with recurrent cytogenetic abnormalities.  And that's

16:39:19  18  exactly what I presented earlier today.

16:39:21  19  Q.   I want to understand how these all go together because you have

16:39:24  20  three presentations out of this study.

16:39:26  21  A.   Okay.

16:39:27  22  Q.   So we're looking, now, at the gasoline.  Are these employees,

16:39:35  23  who are around gasoline?  Are these people with gasoline exposure?

16:39:37  24  A.   Well, they're controls and they're evaluating, doing a

16:39:41  25  questionnaire on them to see what their various exposures are.

16:39:44 1    Q.   Right.   Are these occupational exposures?

16:39:56 2    A.   Yes.

16:39:56 3    Q.   APL is a specific type of acute myeloid leukemia called acute

16:40:06 4    promyelocytic leukemia, right?

16:40:08 5    A.   APL, yes.

16:40:09 6    Q.   And again, as to APL, there was no significant excess of APL's

16:40:14 7    among these gasoline exposed people?

16:40:16 8    A.   Correct.

16:40:16 9    Q.   Go over on AMLMD, which is AML with acute multilineage

16:40:23 10   dysplasia.   What is that?

16:40:29 11   A.   The multilineage dysplasia means that there are different cell

16:40:38 12   lines that are abnormal.   It's not just one, it's multilineage.

16:40:45 13   Q.   And again, no significant excess among those gasoline exposed

16:40:50 14   workers, correct?

16:40:51 15   A.   Yes, correct.

16:40:51 16   Q.   In the last column, "AML not otherwise classified."   That's

16:40:56 17   another World Health Organization subtype, if you will, of AML,

16:41:00 18   correct?

16:41:00 19   A.   Yes.

16:41:02 20   Q.   And once again, there was no gasoline; 1.31 not statistically

16:41:09 21   significant relative risk, gasoline exposed workers, right?

16:41:14 22   A.   Correct.

16:41:15 23   Q.   So that part of the study shows -- adds nothing to the

16:41:22 24   picture -- nothing positive to the picture that gasoline exposure or

16:41:26 25   benzene from gasoline causes AML, correct?

16:41:28  1   A.  Correct.

16:41:30  2   Q.  Now, you then send us back to page 116 and 117, distribution of

16:41:57  3   demographic -- this is Table 3.  Distribution of demographic

16:42:01  4   personal variables of AML cases selected by major WHO subtypes.  And

16:42:06  5   I think they list the same subtypes that we just went through, all

16:42:11  6   AML's, APL, AML with recurrent cytogenetic aberrations, multilineage

16:42:18  7   dysplasia, and not otherwise classified.  What is it that this table

16:42:25  8   adds to our information about whether gasoline exposure or benzene

16:42:29  9   in gasoline exposure causes AML?

16:42:32  10  A.  Well, it isn't what's in that table.  If you read just the last

16:42:37  11  sentence at the end of that paragraph, beginning with "Significant

16:42:43  12  associations."  Do you see that?

16:42:47  13  Q.  I may not be in the right place.

16:42:49  14  A.  Below Table 3 on the left-hand column.  Right where your

16:42:53  15  fingers are now, right above that last sentence of that paragraph,

16:42:57  16  it says, "Significant increases in risk were found among loading and

16:43:02  17  unloading workers at train stations, truck depots, airports, marine

16:43:07  18  terminals, and warehouse loading docks for AML total, odds ratio

16:43:13  19  2.11, ninety-five percent confidence interval, 1.22 to 3.64."  So

16:43:20  20  that's statistically significant.  "And for AML with recurrent

16:43:24  21  cytogenetic abnormalities, odds ratio 3.0, 95 percent confidence

16:43:31  22  interval 1.07 to 8.43."

16:43:36  23  Q.  I apologize.  I can't find it.  I just got lost here.  Can you

16:43:39  24  tell me where we are?

16:43:40  25  A.  Do you see the paragraph that begins "Analysis"?

16:43:42 1   Q.   Yes.

16:43:43 2   A.   Go to the paragraph right above that.  Look at the last

16:43:46 3   sentence in that paragraph which begins, "Significant increases in

16:43:50 4   risk," and that's what I just read.

16:43:54 5   Q.   Loading and unloading workers at train stations.  What were

16:43:56 6   they loading and unloading?  Truck depots, airports, marine

16:44:03 7   terminals, warehouse loading docks.  Is this gasoline?

16:44:10 8   A.   Pardon me?

16:44:11 9   Q.   Was it gasoline?

16:44:13 10  A.   Well, some of it would be gasoline.  Marine terminals, that

16:44:16 11  would be gasoline.  You know, they can unload at airports because

16:44:20 12  you need fuels there.

16:44:22 13         THE COURT:  How would you possibly know what they're

16:44:23 14  talking about at an airport?  I mean, they unload packages.  They

16:44:29 15  unload --

16:44:29 16  BY MR. SCOTT:

16:44:32 17  Q.   Warehouse loading dock, they don't unload a lot of gasoline at

16:44:35 18  warehouse loading docks, do they?

16:44:37 19  A.   Not at warehouse loading docks, no.

16:44:40 20  Q.   So all of those occupations and tasks are included in the

16:44:45 21  numbers that you presented here with this significant 2.1 odds ratio

16:44:51 22  for AML?

16:44:53 23  A.   Correct.

16:44:59 24  Q.   You then send us to page 117, and this table will make your

16:45:07 25  head spin.  I am going to try to just start on the left-hand side

16:45:12  1   here, and then we'll work through it.

16:45:17  2          Where are the gasoline station attendants here?

16:45:20  3   A.  Well, 117 is the same category what you just read the results

16:45:24  4   from, loading and unloading workers.

16:45:26  5   Q.  I'm sorry.  Say that again.

16:45:28  6   A.  Table 4 on page 117 contains the data that you just read about

16:45:36  7   in that paragraph, so this is the same data.

16:45:38  8   Q.  Okay.  So we don't know what they were loading or unloading or

16:45:41  9   using or not using?

16:45:43  10  A.  Well, you know that among that there would be some gasoline and

16:45:47  11  other fuels.

16:45:48  12  Q.  For --

16:45:49  13  A.  Right.

16:45:49  14  Q.  For which ones of these -- they have health related workers,

16:45:54  15  physicians, teachers, managers, clerks, police officers, chefs, farm

16:46:00  16  workers, metal workers, chemical workers.

16:46:04  17  A.  No, I'm looking at the entry where it says, "Loading and

16:46:06  18  unloading workers," that's what we were just talking about.  That's

16:46:10  19  down five from the bottom.

16:46:16  20  Q.  And again, those are the same loading and unloading workers

16:46:19  21  that we just looked at on the previous page, correct?

16:46:22  22  A.  Yes.

16:46:22  23  Q.  Now, let's go to the final entries you had, which is on page

16:46:35  24  121, Table 8.  What does Table 8 tell us about whether gasoline --

16:46:48  25  benzene in gasoline causes AML?

16:46:52  1    A.  I don't think I cited anything in Table 8.

16:46:54  2    Q.  I am not sure, you've got home/workplace renovation.

16:46:59  3    A.  That's on page 126, in the text.

16:47:04  4    Q.  There's also a reference to page 121.  Maybe that's

16:47:10  5    unintentional, on the index.

16:47:11  6    A.  Where do you see that?

16:47:13  7    Q.  On the third entry for your Exhibit 42, it says 121 and 126 are

16:47:19  8    the two page numbers.  I may be in the wrong place on 121.

16:47:31  9    A.  What's page 126?

16:47:34  10            MR. SCOTT:  I'm sorry, your Honor.  May I approach the

16:47:36  11   witness?

16:47:38  12            THE COURT:  Yes.

16:47:39  13            THE WITNESS:  I see what you mean.  That's page 126.

16:47:42  14            MR. SCOTT:  So 121 is just a typo?

16:47:53  15            THE WITNESS:  I believe it is.

16:47:53  16            THE COURT:  Home/workplace renovation is elevated.  Is

16:47:58  17   that what we're looking at?

16:48:06  18            THE WITNESS:  I'm sorry.  That's a typo.

16:48:09  19            MR. SCOTT:  Okay.

16:48:10  20   BY MR. SCOTT:

16:48:11  21   Q.  Page 126, tell me if I am in the right place for this last

16:48:16  22   entry.  The home/workplace renovation referencing BTEX and other

16:48:25  23   VOC's.  I may not have it all.

16:48:31  24   A.  The paragraph begins, "Residential exposure to home

16:48:35  25   renovation."

16:48:35 1    Q.  Yes.

16:48:37 2    A.  Right there.  It says, "Those related to increased risks of

16:48:42 3    AML-RCA --" for recurrent chromosomal abnormalities -- "risk 1.91

16:48:50 4    and that's statistically significant.  And the more specific subtype

16:48:54 5    APL, which I wasn't going into, which is 2.0.  So when the authors

16:49:03 6    report this observation, then they talk about other studies in China

16:49:08 7    that had shown this elevated risk of leukemia related to home

16:49:15 8    renovation or moving in after a home is renovated.  And they're

16:49:20 9    saying that their results are in agreement with previous studies in

16:49:24 10   China.

16:49:25 11          And then they go on to state, it says, "For example, in

16:49:31 12   China benzene levels in the range of several hundred milligrams per

16:49:38 13   cubic meter are associated with the commercial painting have been

16:49:41 14   reported.  With no mandatory regulations, the renovation of private

16:49:46 15   homes could likely be even worse.  Elevated levels of formaldehyde,

16:49:52 16   benzene, toluene, xylene, and other organic chemicals, VOC, and

16:49:57 17   newly renovated homes have been reported in China.  Given the

16:50:03 18   elevated risk found in our investigation, exposure to new or newly

16:50:08 19   renovated homes or workplaces can be a serious public health issue

16:50:13 20   in China."

16:50:15 21          So what they're saying is that -- this is their

16:50:20 22   interpretation of that observation.  They're saying that -- to me,

16:50:27 23   they're saying it's associated with, you know, you have elevated

16:50:31 24   levels of formaldehyde and BTX in the homes, and, perhaps, that's

16:50:36 25   what this elevated risk is due to that they're seeing repeatedly in

16:50:40 1   China.  And my point was that BTX, that's all, you know, that's a

16:50:45 2   large portion of -- well, BTX is in gasoline, right, it's benzene,

16:50:52 3   toluene, and xylene is in all gasoline.

16:50:55 4   Q.  But if it's just BTX, it's benzene, toluene, ethyl benzene, and

16:51:05 5   xylene, and in gasoline, that component is typically seven to ten

16:51:07 6   percent of the total.  And you've got 90 percent of alkanes,

16:51:12 7   alkenes, and all of these other things, correct?

16:51:15 8   A.  Yes, correct.

16:51:15 9   Q.  This isn't talking about gasoline, is it?

16:51:18 10  A.  No, it's not.  It's talking about components of BTX, which is,

16:51:22 11  like you just said, a component of gasoline to, what, maybe nine

16:51:27 12  percent.

16:51:27 13  Q.  And it's talking about formaldehyde, which is, as of a couple

16:51:31 14  of years ago, considered to be a human carcinogen by IARC, correct?

16:51:37 15  A.  Yes.

16:51:38 16  Q.  So when we see your number, your AML odds ratio of 1.29, which

16:51:44 17  is not significant, and the AML with recurrent cytogenetics --

16:51:48 18  cytogenetic aberrations of significant 1.91, that includes all of

16:51:53 19  these exposures to benzene, toluene, xylene, ethyl benzene, and

16:51:59 20  formaldehyde and perhaps other things, correct?

16:52:01 21  A.  Yes.

16:52:52 22  Q.  I want to go to your Exhibit 30, Shu report.  What were the

16:53:05 23  chemicals involved in this 1988 report, Shu, S-H-U.

16:53:12 24  A.  The analysis that I presented was the analysis for maternal

16:53:19 25  exposure to gasoline.  Occupational -- maternal occupations with

16:53:35 1    occupational exposures during pregnancy.

16:53:38 2    Q.  So let's be clear.  The mother did not develop leukemia,

16:53:42 3    correct?

16:53:43 4    A.  No, it's in the children of the mothers that were exposed while

16:53:48 5    they were pregnant.

16:53:48 6    Q.  Children were in utero at the time of the exposure; is that

16:53:53 7    right?

16:53:53 8    A.  Yes.

16:53:53 9    Q.  And what type of leukemia did the children develop?

16:53:59 10   A.  If you look to Table 8.  Okay.  If you go down to occupational

16:54:20 11   exposure, if you look at gasoline, the second entry.  It goes

16:54:24 12   benzene, gasoline.  If you look over to the right, the odds ratio is

16:54:28 13   2.1, and that's statistically significant.

16:54:32 14   Q.  It toluene considered to be a human leukemogen?

16:54:44 15   A.  Pure toluene I would think not; but to me its carcinogenicity

16:54:51 16   in terms of leukemia would be related to how much contamination of

16:54:56 17   benzene there is in it.

16:54:57 18   Q.  Is kerosene considered to be a human leukemogen?

16:55:05 19   A.  No, I don't think so, no.

16:55:07 20   Q.  How about pesticides?

16:55:08 21   A.  There are some studies that show elevated risks, but --

16:55:12 22   Q.  Of lymphoma, not leukemia, true?

16:55:15 23   A.  I don't think of leukemia, right.

16:55:22 24   Q.  Now, what occupations were these, the women whose children

16:55:26 25   developed leukemia?

16:55:39  1   A.  Well, they don't describe the occupations, but they describe it

16:55:42  2   as maternal occupational exposure during pregnancy.  So it's

16:55:50  3   occupational exposure to gasoline during pregnancy.

16:55:53  4   Q.  Maybe I am misunderstanding.  What are the top one, two, three,

16:55:58  5   four, five categories?  Chemical processors, agricultural workers,

16:56:05  6   metal refining, what are those?

16:56:05  7   A.  Those are different categories of analysis that they did.

16:56:06  8   Q.  So the occupational exposure below doesn't have anything to do

16:56:10  9   with the people above?

16:56:11  10  A.  Those are different analyses.

16:56:15  11  Q.  Okay.  I want to point to the end here of the study, what the

16:56:35  12  author said about it.  "Certain limitations should be mentioned,

16:56:39  13  particularly since incidence cases were diagnosed over a 12-year

16:56:44  14  period; whereas, controls were all healthy children selected in 1985

16:56:48  15  to 1986."  What is that about?  Why would they mention that as a

16:56:54  16  limitation of the study?

16:56:56  17  A.  I'm sorry.  Where are you?  I didn't find it.

16:56:58  18  Q.  I'm sorry.  Right here, left-hand column, next-to-last

16:57:03  19  paragraph.  "Certain limitations" (INDICATING).  We can short

16:57:34  20  circuit --

16:57:35  21  A.  You know, I am not quite sure.

16:57:36  22  Q.  What is recall bias in terms of epidemiology studies?

16:57:40  23  A.  Well, you mean -- well, there are two kinds; there can be

16:57:44  24  differential and undifferential recall bias.

16:57:46  25  Q.  What does that mean?

16:57:47  1   A.  Well, a study could have recall bias if those who -- let's say,

16:57:57  2   the mothers.  You could have recall bias in the study if the mothers

16:58:02  3   of children with leukemia recalled more exposures, you know, because

16:58:10  4   their children had leukemia than in the control or comparison group.

16:58:18  5   Q.  In other words, if you're being asked about whether you had

16:58:21  6   exposures to things that may cause leukemia, you may remember more

16:58:24  7   of it if you have a child that developed leukemia?

16:58:27  8   A.  Yeah, but I don't think people know that gasoline is a cause of

16:58:31  9   leukemia.

16:58:31 10   Q.  Yes, sir, I agree.

16:58:33 11   A.  So there that bias shouldn't be functioning in this.

16:58:39 12   Q.  They knew they had some chemical exposure, apparently, by the

16:58:42 13   table we just looked at.  We went through benzene and toluene and

16:58:46 14   xylene and all of that.

16:58:47 15   A.  Well, they recorded what exposures they had.

16:58:51 16   Q.  Okay.  Second part, "The level of recall may be different with

16:58:56 17   recall by case parents being in greater or perhaps distorted,

16:59:02 18   especially if parental guilt is involved."  What is that about?

16:59:05 19   What does that mean?

16:59:06 20   A.  That, actually, distortion goes two ways.  If a mother, let's

16:59:11 21   say, had a child that developed leukemia could say she was feeling

16:59:18 22   guilty, she might -- she might deny some exposure, some hazardous

16:59:27 23   behavior that she thought might be related to it.  On the other

16:59:34 24   hand, you can say, "Well, if a mother had a child with leukemia,

16:59:38 25   maybe she's just going through every possible thing and reports

16:59:42  1    more."

16:59:42  2            But like I am saying, at this point in time, I think there

16:59:46  3    was not awareness, certainly wouldn't be in China, that, you know,

16:59:52  4    exposure to gasoline is associated with leukemia.  And besides, this

16:59:58  5    isn't something where you elect -- you're not -- it's not like some

17:00:03  6    soft drink or something where you can elect to drink coffee or you

17:00:08  7    can select to drink more.  These are jobs.  These are occupational

17:00:13  8    exposures.

17:00:13  9            THE COURT:  Are people checking a box?  Are they recalling

17:00:17 10    I was exposed to toluene or whatever it is, I was exposed to

17:00:22 11    kerosene, or are they checking a box?

17:00:25 12            THE WITNESS:  Well, they would be answering a

17:00:28 13    questionnaire in terms of what their exposures were.

17:00:36 14            THE COURT:  And who are these women?

17:00:37 15            THE WITNESS:  These are Chinese women.

17:00:39 16            THE COURT:  These are Chinese women?

17:00:41 17            THE WITNESS:  Yes.  Wait a minute.  Wait a minute.  Oh,

17:00:46 18    yeah.  Childhood leukemia have been reported conducted in China and

17:00:51 19    in Shanghai.  So, yes, it was conducted in China.

17:00:57 20    BY MR. SCOTT:

17:00:57 21    Q.  Now, just to follow-up on this potential bias or limitation of

17:01:01 22    the study.  "Interviewer bias also might have influenced some

17:01:05 23    results."  Interviewer bias means the person who is actually

17:01:10 24    interviewing, taking the questionnaire and filling out the form for

17:01:13 25    them, right, for these mothers?  Do you see it the at the bottom of

17:01:20  1    the left column and going up to the top.  Because they weren't --

17:01:25  2    "Could not be blinded to case control status."  What does that mean

17:01:28  3    and why is it important for an epidemiology perspective?

17:01:32  4    A.  It's a possibility the people doing the interviews might,

17:01:35  5    might, might record more of an association that's related to

17:01:42  6    childhood leukemia.  That would be interview bias.  But in order to

17:01:49  7    have interview bias about gasoline, you would have to have some

17:01:52  8    knowledge that gasoline could cause childhood leukemia and I don't

17:01:55  9    think there was that knowledge.

17:01:55 10    Q.  In fairness, it goes on say, "Although they were generally

17:01:58 11    unaware of the hypotheses under study."  But they knew that they

17:02:03 12    were interviewing mothers whose children had developed leukemia,

17:02:07 13    correct?

17:02:07 14    A.  Yes, that's right.  But that doesn't mean that they would

17:02:14 15    report more gasoline -- well, first of all, it's an occupational

17:02:18 16    exposure to gasoline.  It isn't something they chose to go out and

17:02:21 17    be exposed to.

17:02:22 18    Q.  And insofar as what the authors say we can take from this

17:02:26 19    study, going on down in this last right-hand column, "Multiple

17:02:30 20    comparisons in the study and the lack of validation for parental

17:02:35 21    X-ray, drug, or occupational exposures also indicate the need for

17:02:40 22    cautious interpretation.  Most of the questions about particular

17:02:45 23    chemicals concerned suspected leukemogens; failure to include

17:02:54 24    exposures unrelated to leukemia made it difficult to determine

17:02:57 25    whether the relationships found were real or due to bias."  That's

17:03:00   1   what the authors say, correct?

17:03:02   2   A.  Yes, correct.

17:04:02   3   Q.  Dr. Infante, one of the studies that has been cited by

17:04:06   4   Dr. Natelson, who the Court will hear later in these proceedings, is

17:04:10   5   a review article by Keenan and some others.  And the article is an

17:04:17   6   evidence-based analysis of epidemiological associations between

17:04:22   7   lymphatic and hematopoietic cancers and occupational exposure to

17:04:26   8   gasoline.  I think it's 2013.

17:04:31   9   A.  Yes.

17:04:32  10   Q.  Do you have that?

17:04:33  11   A.  Yes, it's a review article.

17:04:35  12   Q.  Yes.  So, first, what is a review article?

17:04:40  13          MR. SCOTT:  And, your Honor, let me tell you which of

17:04:45  14   our tabs that is.

17:04:45  15          THE COURT:  I have it.  It's on the screen.

17:04:48  16   BY MR. SCOTT:

17:04:48  17   Q.  So what is a review article?

17:04:50  18   A.  Well, they're reviewing, you know, at least some of the

17:04:55  19   literature related to lymphatic and hematopoietic cancers and

17:05:05  20   occupational exposure to gasoline.

17:05:07  21   Q.  When you say, "At least some," you believe they didn't consider

17:05:09  22   all of the relevant studies?

17:05:11  23   A.  I don't think so, no.

17:05:12  24   Q.  Is it important to consider all of the relevant studies,

17:05:15  25   whether positive or negative, when you are doing an evaluation, such

17:05:19 1   as the one you did in this case, and presented it to the Court this

17:05:22 2   morning?

17:05:23 3   A.  Well, you certainly, you know, evaluate as many as you can.  I

17:05:32 4   mean, you always miss some.  I don't -- myself, I don't have a

17:05:37 5   problem with -- I read this review.  I don't have a problem with the

17:05:40 6   review because of the studies they left out, even though they left

17:05:43 7   out, I think, about a half dozen that I am aware of.  It's not --

17:05:46 8   that's not the problem I have with it.

17:05:48 9   Q.  Did they leave out Lynge, the 19,000 gasoline station

17:05:54 10  attendants?

17:05:57 11  A.  Well, let me look and see.  They don't have -- they don't have

17:06:05 12  them in alphabetical order, so, I guess, if you know the answer to

17:06:10 13  it.  Do you want me to look?

17:06:12 14  Q.  We'll see it as we go through.

17:06:14 15           So what did these authors do, Keenan and the others?

17:06:20 16  A.  What about them?

17:06:21 17  Q.  What did they do?  They did this review article.  They say they

17:06:25 18  collected 67 epidemiologic studies.  Among them, 67 initially

17:06:31 19  identified.  They ranked 54 according to specific criteria relating

17:06:36 20  to relevance and robustness of each study for answering the research

17:06:40 21  question.  What does that mean?

17:06:43 22  A.  Well, I mean, they say they evaluated them for robustness in

17:06:48 23  terms of -- I think they said they looked at strength of study; the

17:06:54 24  target cancer robustness, the gasoline exposure score, dose response

17:06:59 25  score, latency, and confounding score.  And then they categorized

17:07:05  1  them into tiers; like, Tier 1 studies were considered the most

17:07:09  2  robust, and then Tier 3 studies were the least robust.

17:07:15  3  Q.  So they weighted them?

17:07:16  4  A.  Yes, that's what they said they did.

17:07:18  5  Q.  And that's a fairly common epidemiologic technique these days,

17:07:24  6  isn't it?  Collect all the studies, if there's some that really

17:07:27  7  don't address the question you're interested in, you discard those.

17:07:30  8  But then to rank in terms of how helpful the study is to answer the

17:07:36  9  question that has been posed; that's a fairly common epidemiologic

17:07:42 10  technique today, isn't it?

17:07:43 11  A.  I wouldn't say it's common because I would say there are more

17:07:46 12  reviews that I've seen that haven't done that.  And really, not so

17:07:50 13  many that have done it.

17:07:51 14  Q.  In any event, this one did?

17:07:53 15  A.  Yes.

17:07:55 16          THE COURT:  Is this a meta-analysis?

17:07:57 17          MR. SCOTT:  Well, not exactly.

17:07:57 18  BY MR. SCOTT:

17:07:59 19  Q.  I think, Dr. Infante, is this a meta-analysis?

17:08:02 20  A.  No.

17:08:03 21  Q.  What's the difference between this review article and a

17:08:06 22  meta-analysis?

17:08:07 23  A.  Well, in a meta-analysis you would have a summary meta risk and

17:08:11 24  come up with, well, what's the risk ratio from all of the studies

17:08:15 25  that you thought met Tier 1, and what is it for Tier 2 and Tier 3?

17:08:20 1    Then you would come up with an actual statistic.  And I don't recall

17:08:26 2    seeing that.

17:08:26 3    Q.  And in order to do a meta-analysis on the research question

17:08:29 4    which they had, which is whether or not the available epidemiologic

17:08:34 5    studies demonstrate a strong and consistent association between

17:08:44 6    occupational exposure to gasoline and lymphatic/hematopoietic

17:08:50 7    cancers.  That was their question, correct?

17:08:51 8    A.  Yes.

17:08:52 9    Q.  To do a meta-analysis with all of these studies that they

17:08:55 10   collected, what would you have to do?

17:08:59 11   A.  Well, you would sum up what all of the -- what the risks were

17:09:08 12   from the various studies.  Sum all of that information up and come

17:09:13 13   up with a summary relative risk.

17:09:16 14   Q.  So, let's say you've got ten studies that you want to combine

17:09:22 15   in a meta-analysis, and in three of those studies, the original

17:09:26 16   studies, the investigators didn't adjust for cigarette smoking.  And

17:09:32 17   we're looking at leukemia.  How do you combine those with the other

17:09:37 18   seven studies in which they did adjust for cigarette smoking?

17:09:46 19   A.  Well, you could combine them with them and then do an analysis

17:09:49 20   with it separately and show what the results are for both ways.

17:09:53 21   Q.  The studies need to have some similarities in order to do a

17:09:57 22   meta-analysis, don't they?

17:09:58 23   A.  One of the things you do, yeah, and also in terms of the

17:10:01 24   results, you test for heterogeneity to see whether or not there are

17:10:06 25   some studies that are weighting the results.  Another analysis that

17:10:11  1  you could do.

17:10:11  2  Q.  Another challenge that you would have if you were trying to do

17:10:15  3  a meta-analysis is that you may have five studies in which their

17:10:19  4  exposure criteria were zero to five, five to 20, 20 to 80 ppm, and

17:10:24  5  so on.  And another ten where they had different exposure criteria.

17:10:30  6  That's a challenge combining those studies, isn't it?

17:10:33  7  A.  Yeah.  And you could do that and just put them into the

17:10:37  8  categories.  Here are the ones that had dose response data, so we

17:10:40  9  did dose response analysis.  Here are the ones that had no

17:10:46 10  information on cigarette smoking, if you want to use that variable,

17:10:49 11  and say, "So we analyzed those separately" or, "So we excluded them

17:10:54 12  from other analysis where they did adjust for that."  There are

17:10:56 13  various ways.

17:10:56 14          THE COURT:  The point is, the more different the studies

17:11:01 15  are, the harder is it on makeup, okay, I get it.

17:11:03 16          MR. SCOTT:  I think that's correct.

17:11:04 17  BY MR. SCOTT:

17:11:05 18  Q.  Wouldn't you agree that the more different the studies are, the

17:11:08 19  study parameters are for those studies you're trying to combine, the

17:11:12 20  more difficult it is to do a meta-analysis with any reliability?

17:11:20 21  A.  Well, yes.  I mean, you know, you could -- like I say, you

17:11:26 22  could do it; like use them all and then say, okay, when we separate

17:11:30 23  these studies and we add less confidence in, here is what it is.

17:11:33 24  And we separate further; here is what our risk was and see what the

17:11:37 25  data indicate.

17:11:38 1 Q.  In any event, this is not a meta-analysis.  This is a review

17:11:42 2 where they collected the studies and they didn't statistically

17:11:46 3 combine them, correct?

17:11:47 4 A.  Correct.  But it's not a review of gasoline exposed workers.

17:11:52 5 That's the first problem with this review.

17:11:54 6 Q.  Okay.  Let me ask the questions, please.

17:11:59 7        The conclusion of these authors was that the

17:12:02 8 evidence-based analysis did not confirm any strong and consistent

17:12:06 9 association between occupational exposure to gasoline and

17:12:11 10 lymphatic/hematopoietic cancers based on the epidemiological studies

17:12:17 11 available to date.

17:12:18 12 A.  That's right.  That's what they concluded, correct.

17:12:20 13 Q.  That's what they concluded.

17:12:21 14        I understand you have some criticisms of this study.

17:12:24 15 A.  Quite a few as a matter of fact.

17:12:26 16 Q.  I know you do.  One of the things that they report on page 1008

17:12:36 17 in the Keenan study is a recent review and meta-analysis done by

17:12:45 18 Kane and Newton of occupational exposure to gasoline and the risk of

17:12:50 19 non-Hodgkin's lymphoma.  This isn't leukemia, it's lymphoma.

17:12:53 20 Reported no increase.  Have you read the Kane and Newton

17:12:58 21 meta-analysis and review?

17:12:59 22 A.  You know, I may have at one time.

17:13:01 23 Q.  Table 1 Keenan and others list the various components or

17:13:21 24 constituents of gasoline in American and European gasolines.  The

17:13:26 25 sevens and eights, this is really just -- I suppose, in a general

17:13:32  1   sense, do you agree that there are many, many components or

17:13:36  2   constituents in gasoline?

17:13:37  3   A.  Yes.

17:13:38  4   Q.  Is there anything that jumps out at you with regard to the

17:13:44  5   amount, the composition in the liquid as being wrong that Keenan and

17:13:50  6   others put up?

17:13:52  7   A.  Well, is benzene in this?

17:13:54  8   Q.  I've highlighted it.

17:13:56  9   A.  Pardon me?

17:13:56  10  Q.  I highlighted it.

17:13:58  11  A.  Oh, I see.  Gasoline vapor compositions.

17:14:06  12  Q.  I'm sorry.  I actually said that wrong.  It's not in the

17:14:11  13  liquid, it's the vapor that is put off above the liquid is what this

17:14:16  14  analysis is.  So if we measured -- took a sample above liquid

17:14:26  15  gasoline, these are the vapor constituents by percentage that they

17:14:33  16  measured.  Is there anything there that looks out of whack to you?

17:14:38  17  A.  Well, you know, I haven't memorized what all of these vapor

17:14:43  18  components are to be able to answer that question right now.  I

17:14:46  19  mean, the benzene might be a little bit -- I don't know.  I would

17:14:50  20  have to look back.  I can't recall what the 20 constituents of

17:14:55  21  gasoline is and how much the vapor level should be for isobutylene

17:15:03  22  and all of this.  Sorry.

17:15:05  23  Q.  I want to go first to the Tier 1 studies as listed by Keenan

17:15:23  24  and coauthors.

17:15:25  25          THE COURT:  Let me stop you for a second.  I know there's

17:15:28  1   going to be redirect when you're finished.  Does Dr. Infante need to

17:15:33  2   leave tonight?  I mean, I am willing to stay if he wants to go home

17:15:40  3   and get finished tonight.

17:15:41  4            MR. PATTON:  How much time do we have remaining?  We

17:15:44  5   understood there were two days for these hearings.

17:15:46  6            THE COURT:  Right, but we have three more people tomorrow,

17:15:49  7   too.

17:15:49  8            MR. WILLIAMS:  And Mr. Scott has been going about five

17:15:52  9   hours and 15 minutes and we did ours in two hours.  I wanted to ask

17:15:56 10   you that question, how much time were we going to have?  Dr.

17:16:01 11   Natelson and Dr. Pyatt have been sitting here all day, too, with

17:16:02 12   their experts.  I don't want to get into a situation where we don't

17:16:04 13   have any left.  I think if Mr. Scott is not going to be much longer,

17:16:08 14   we probably can finish it today.

17:16:09 15            THE COURT:  How much more do you have?

17:16:11 16            MR. SCOTT:  I think we are nearing the end.  I want to

17:16:13 17   talk about Keenan, I have one other study I want to talk about, and

17:16:16 18   some very general things.  I think 20 or 30 minutes.

17:16:19 19            THE COURT:  How much is your redirect?

17:16:20 20            MR. PATTON:  Ten minutes.

17:16:22 21            THE COURT:  Okay.  Let's finish him tonight then.

17:16:27 22            MR. PATTON:  Any chance of a five-minute recess?

17:16:29 23            THE COURT:  Sure, do you want to do it right now?  That's

17:16:32 24   fine.

17:16:33 25            MR. PATTON:  Thank you.

17:16:34  1          THE DEPUTY CLERK:  All rise, please.

17:16:35  2      (WHEREUPON, A RECESS WAS TAKEN.)

17:25:18  3      (OPEN COURT.)

17:26:03  4          THE COURT:  Let's go.

17:26:08  5  BY MR. SCOTT:

17:26:12  6  Q.  Dr. Infante, I have put up here Table 4 from the Keenan review.

17:26:18  7  This is the list of Tier 1 studies.  And just to sort of explain how

17:26:26  8  they tiered these studies, I don't want to go through all of it, but

17:26:33  9  at page 1021, and it carries on for many pages after that, the ranks

17:26:43 10  assigned based on study, design, and population characteristics.

17:26:46 11  And they go through several factors as they evaluate these studies

17:26:48 12  for the research question they have.  Strength of design, robustness

17:26:52 13  for L and H, that's lymphatic and hematopoietic cancers.

17:26:57 14  Specificity to gasoline, that would be very important, wouldn't it?

17:27:01 15  A.  Yes.

17:27:02 16  Q.  Dose response rigor, confounding control rigor.  Would that be

17:27:08 17  things like adjusting for cigarette smoking or prior hematologic

17:27:14 18  disorders, that sort of thing?

17:27:15 19  A.  That might be.  I don't know what they mean by it there in this

17:27:18 20  table.

17:27:18 21  Q.  I am just talking about the methodology they use, not the

17:27:21 22  details of it; but this is the type of rigorous evaluation that

17:27:25 23  ought to be done in evaluating and ranking studies that address your

17:27:30 24  research question, isn't it?

17:27:32 25  A.  Well, I am not saying it's a rigorous evaluation, no.

17:27:35  1   Q.  I understand you disagree with the results, but I am trying to

17:27:40  2   find out whether this is the right methodology to go through, to

17:27:43  3   look at all of these factors that they've listed here, study by

17:27:46  4   study by study?

17:27:48  5   A.  Well, it's one methodology that can be used.

17:27:51  6   Q.  Certainly an accepted methodology, true?

17:27:53  7   A.  Yes, if you apply all of those factors appropriately.

17:27:58  8   Q.  Let's try to move through these fairly quickly.  This is their

17:28:03  9   Tier 1 studies, which, I take it, are those that are the most

17:28:09 10   robust, most relevant, and important to the research question that

17:28:13 11   they had.  And I see a lot of these names look very familiar from

17:28:18 12   some of studies you cited, Rushton and Romaniuk, I don't know

17:28:23 13   whether you cited Wong and Raabe, you mentioned it, but I don't

17:28:26 14   think you included it in your evaluation, did you?

17:28:28 15   A.  I think I mentioned -- I have mentioned their meta-analysis.

17:28:36 16   Q.  Right.  You did cite Wong, which is the fourth or fifth, maybe,

17:28:43 17   I think fourth and fifth, which was the Wong land-based -- Wong,

17:28:59 18   U.S. petroleum workers with gasoline exposure, land-based only,

17:29:03 19   relative risk for cumulative exposure.  That was one of the studies

17:29:06 20   you relied on, right?

17:29:08 21   A.  Where is that in this table?

17:29:09 22   Q.  It's the next-to-the-last one -- I'm sorry.  Third to the

17:29:13 23   bottom from the footnotes.  But if you look up in the table, it

17:29:19 24   is -- there are two entries for it.  They were two things?

17:29:25 25   A.  I'm sorry.  Are you talking about Wong, et al, Reference 50?

17:29:32  1    Q.  Yes.  And that would be your Reference 19, Exhibit 19,

17:29:37  2    land-based terminal workers -- I'm sorry.  It's 41 above that.  Not

17:29:43  3    50.

17:29:46  4    A.  Wait a minute.  Reference 50 is Rushton and Romaniuk.

17:29:50  5    Q.  You see -- let me see if I can pull it up a little bit.  Right

17:29:55  6    here, this is 41, land-based only.  That's exactly the same study

17:30:06  7    you cited to the Court earlier, isn't it?

17:30:09  8    A.  Well, which reference number are you referring to?

17:30:12  9    Q.  It would be your Reference 19.  And if you look on the table,

17:30:17 10    it would be -- I have to look up to get 41 --

17:30:24 11    A.  Reference what, 41?

17:30:50 12    Q.  May have to look through the table with me here.  U.S.

17:31:18 13    petroleum workers with gasoline exposure, land-based only.

17:31:25 14    A.  Where is that in this table?

17:31:27 15    Q.  I'm looking for it.  I can't find little "I".

17:31:34 16          MR. PATTON:  It's 19.

17:31:36 17          MR. SCOTT:  Well, it's Dr. Infante's 19, but I think he is

17:31:40 18    asking me where is it on this table.

17:31:40 19    BY MR. SCOTT:

17:31:53 20    Q.  Let's move on.  You did refer to Wong's land-based terminal

17:31:56 21    workers studies.  That was one on your index, correct?

17:31:59 22    A.  Yeah.  My only comment on this is that included in the Tier 1

17:32:04 23    findings, but I can't find it in the table here because what he has

17:32:09 24    as Wong 50 is Rushton, Romaniuk.  So I am confused by this table.

17:32:22 25    Q.  Well, 50-J is Wong here, I am not seeing the "I" either.  Let's

17:32:28  1    just move on, though.

17:32:29  2             You included Wong's land-based terminal workers in your

17:32:34  3    index that you presented to the Court, correct?

17:32:36  4    A.  Yes.

17:32:37  5    Q.  Now, do you have -- this is the Tier 1 studies.  Do you

17:32:43  6    criticize the studies that are included here?  Do you think they

17:32:46  7    included the wrong studies?

17:32:49  8    A.  Well, if Wong is in here -- and it's difficult for me to see --

17:32:54  9    I don't see where they made any adjustment for the healthy worker

17:32:58  10   effect.  And we already talked before about what appears to be

17:33:02  11   selectivity problems because they don't have the appropriate

17:33:06  12   comparison group in that study.  So the study that they're saying is

17:33:10  13   a Tier 1 study is actually a very poor quality study.

17:33:15  14            And No. 2, the Wong and Raabe 51-D, which is a

17:33:22  15   meta-analysis, that meta-analysis was rejected by the International

17:33:27  16   Agency for Research on Cancer when they evaluated benzene because of

17:33:32  17   methodological flaws.  So that's part, only part of my criticism of

17:33:37  18   this.  They're including studies that they think are the best

17:33:40  19   studies, that expert working group of the World Health Organization

17:33:44  20   threw it out and said they couldn't consider it at all.

17:33:48  21   Q.  Studies or one study?  Assuming what you say is true, one

17:33:51  22   study?

17:33:51  23   A.  They threw out all of the Wong, Raabe meta-analysis.  They

17:33:57  24   didn't include any of them in the review of benzene.

17:34:00  25   Q.  Of benzene.  This is a gasoline paper, right?  Keenan is a

17:34:06 1    gasoline paper.   True?

17:34:11 2    A.  IARC looked at it in terms of -- because they had implications

17:34:16 3    for benzene exposure according to the authors, and the IARC threw

17:34:22 4    out all of the petrochemical meta-analyses done by Wong and Raabe

17:34:27 5    because of poor methodology.

17:34:30 6    Q.  Their benzene analysis, correct?

17:34:32 7    A.  No, it's not their benzene analysis.  It was their study, their

17:34:36 8    meta-analysis of petroleum refinery workers.

17:34:38 9    Q.  Sorry, the question was not clear.  Assuming what you say is

17:34:42 10   true, IARC's rejection, if you will, of the Wong and Raabe

17:34:49 11   meta-analysis -- and I am not agreeing with you about that, but

17:34:51 12   just --

17:34:53 13   A.  I'll show you out of the IARC --

17:34:54 14          THE COURT:  Let him get the question out.

17:34:57 15   BY MR. SCOTT:

17:34:57 16   Q.  It was about benzene.  Keenan's review paper is about gasoline.

17:35:01 17   A.  It's supposed to be.  But that's one of the problems I had with

17:35:05 18   it is that they aren't looking at gasoline exposed workers, they're

17:35:09 19   looking at refinery workers; and they don't what percentage of the

17:35:16 20   refinery workers actually received their hydrocarbon exposures from

17:35:22 21   gasoline.

17:35:22 22          THE COURT:  Didn't you do the same thing?

17:35:25 23          THE WITNESS:  Pardon me?

17:35:27 24          THE COURT:  Didn't you do the same thing?  I thought

17:35:29 25   that's what I was hearing all morning.

17:35:31  1          THE WITNESS:  That's why I looked at the -- those refinery

17:35:37  2  studies.  I limited my analysis, for the most part, to the terminal

17:35:41  3  and distribution workers because those are the ones that are loading

17:35:44  4  and unloading gasoline.  Because, as I mentioned earlier, you can't

17:35:49  5  really measure gasoline.  You have to measure the components of

17:35:53  6  gasoline.  So by taking those jobs, you're more assured that those

17:35:56  7  jobs have exposure to gasoline than you are the general refinery

17:36:01  8  workers.

17:36:01  9          THE COURT:  But you took airport unloaders and people like

17:36:05  10  that and included them.  I mean, it seems like everybody is doing

17:36:11  11  the same thing.  But go ahead.

17:36:13  12  BY MR. SCOTT:

17:36:14  13  Q.  So with regard to Keenan, they set out the factors they looked

17:36:19  14  at and they quantified them.  I showed you just a minute ago the

17:36:25  15  robustness, whether it focused on gasoline instead of other things.

17:36:30  16  They set all of those factors out.  You may not agree with how they

17:36:35  17  did it, but their methodology was correct, it was appropriate.  They

17:36:38  18  may not have implemented it the way you would have, but the

17:36:41  19  methodology that they set out and described in this published recent

17:36:45  20  paper was appropriate.  Do you agree?

17:36:51  21  A.  No, I don't.

17:36:53  22  Q.  Okay.  So it's not appropriate to look at the strength of the

17:36:57  23  study design, or the robustness for lymphatic and hematopoietic

17:37:02  24  cancers, or specificity to gasoline, or dose response rigor, or

17:37:07  25  confounding control rigor, those -- all of those are appropriate

17:37:11  1   factors to look at in ranking these studies in evaluating whether

17:37:16  2   they're appropriate for this question?

17:37:17  3   A.  I think those are appropriate factors to look at.  But what I

17:37:21  4   am objecting to in the studies is their application of those factors

17:37:25  5   to the data.

17:37:25  6   Q.  I thought that's what I just asked you.  You may disagree with

17:37:28  7   how they did it, but what they said they did --

17:37:32  8           THE COURT:  I get what he is saying, so move on.

17:37:37  9   BY MR. SCOTT:

17:37:37 10   Q.  Let's look at the Tier 2 studies.  And all I want to do is go

17:37:42 11   down this list.  Many of these studies are the very same ones you've

17:37:47 12   cited.  This is Tier 2 for Keenan.  This is Gun, you have a couple

17:37:53 13   of Guns, this is the Australian Health Watch; Sathiakumar, we talked

17:37:56 14   about with Delzell; Schnatter, I'm pretty sure that's the 2012

17:38:00 15   paper; I don't know whether you list -- Sorahan at the bottom you

17:38:06 16   listed; and I think, did you use Tsai, the Tsai study?

17:38:15 17   A.  I don't have -- I don't recall that I did.

17:38:18 18   Q.  And then, finally, let's look at the Tier 3 studies.  I don't

17:38:31 19   know how many of these you used; you mentioned Honda, which was the

17:38:36 20   Shell Wood River, study, correct?

17:38:38 21   A.  Well, I don't know if that's the same one there or not.

17:38:41 22   Q.  You didn't list it in your index, but that was one of the

17:38:44 23   studies you mentioned.  I think --

17:38:50 24   A.  That's Honda what, 64?

17:38:59 25   Q.  Let me look.  Cohort mortality study in white males at U.S.

17:39:02  1   petroleum -- petrochemical plant in Illinois, overall cohort.

17:39:08  2   That's the Shell Wood River, true?

17:39:12  3   A.  Yes, I think I did use that.

17:39:14  4   Q.  And they listed Lynge, one that you did not put in your report,

17:39:20  5   but didn't talk about this morning.  You used Jakobsson instead, the

17:39:24  6   subpart, correct?

17:39:25  7   A.  Yes.

17:39:26  8   Q.  Now, at the end on page 1019 of the Keenan paper, actually

17:39:52  9   starts at the bottom of the left-hand column.  "Finally, IARC, U.S.

17:39:57  10  EPA, and ACGIH either do not consider gasoline to be a carcinogen or

17:40:03  11  state that there is insufficient evidence to determine its

17:40:06  12  carcinogenicity."  And they list about five references for EPA,

17:40:11  13  IARC, and ACGIH?

17:40:11  14  A.  Yes, they do.

17:40:14  15  Q.  Do you agree with that?

17:40:15  16  A.  No.

17:40:16  17  Q.  You think that IARC has found gasoline to be a carcinogen, that

17:40:18  18  EPA has found it --

17:40:20  19  A.  Yes, EPA regulated benzene and gasoline to reduce risks of

17:40:27  20  leukemia to the general population.  I think that would explain to

17:40:31  21  anybody with any amount of intelligence that they're reducing the

17:40:36  22  benzene content in the gasoline to reduce the risk of leukemia to

17:40:40  23  the general population, including children.

17:40:42  24  Q.  I think you just insulted me, but that's okay, because I didn't

17:40:46  25  read it that way.

17:40:47 1   A.  I'm sorry.

17:40:49 2   Q.  Not a problem.  You quoted Schnatter 2012 and you cited

17:40:56 3   Schnatter 2012.  Table 2 is what you cited.  But they say here,

17:41:04 4   "After the current analysis was in press, Schnatter, et al,

17:41:08 5   published additional relevant data on AML among gasoline exposed

17:41:12 6   workers in the *Journal of National Cancer Institute*."  And that's

17:41:16 7   the Schnatter study you talked about earlier, correct?

17:41:19 8   A.  Yes.

17:41:20 9   Q.  They seem to have a little different view of it than you do.

17:41:24 10  They reported no increase in AML risk for occupationally exposed

17:41:29 11  gasoline workers in a cohort that would have been classified under

17:41:33 12  Tier 2 in our analysis; that is, they didn't include it because it

17:41:37 13  wasn't out.  You said that working as a tank truck driver greater

17:41:44 14  than one year had a statistically significant excess of AML and MDS.

17:41:52 15  A.  That's correct.  That's exactly what is shown in the Schnatter

17:41:57 16  study.  So it's really -- what Keenan is saying is contradicted by

17:42:01 17  the results in Schnatter study.

17:42:02 18  Q.  So we will have to look at Schnatter's 2012 study to do that?

17:42:08 19  A.  Yes.

17:42:34 20  Q.  Keenan was a peer-reviewed paper, wasn't it?

17:42:37 21  A.  Well, I guess it was.

17:42:42 22  Q.  You don't know?

17:42:47 23  A.  I suppose it was.

17:42:49 24  Q.  And peer review means that if people had problems,

17:42:55 25  methodological problems or application or misciting studies, the

17:42:59  1    peer reviewers are supposed to pick up those kinds of things, aren't

17:43:02  2    they?

17:43:02  3    A.  Yes.

17:43:02  4    Q.  We talked of the National Toxicology Program a little earlier.

17:43:09  5    Do you know whether -- and you said National Toxicology Program, I

17:43:13  6    think you said was congressionally mandated to evaluate potential

17:43:20  7    carcinogens, and that they go through -- they select some to study

17:43:25  8    and some not to study, correct?  NTP does.

17:43:30  9    A.  Selects them not to study.  It takes awhile to evaluate them,

17:43:33  10   so they've done so, you know, "X" number.

17:43:36  11   Q.  Are you aware that NTP had nominated the substance gasoline to

17:43:46  12   study, but didn't study it for whatever reasons?

17:43:50  13   A.  No.

17:43:51  14   Q.  You're not aware of that?

17:43:53  15   A.  Correct.

17:43:53  16   Q.  How does that nomination process work?  Can anybody nominate a

17:43:59  17   chemical to be evaluated?

17:44:00  18   A.  Yes.  But you have to support the nomination with, you know,

17:44:05  19   some evidence.  Why are you -- because you know, it costs a lot of

17:44:09  20   money to do the evaluation.  So, yeah, with supporting evidence,

17:44:13  21   anybody could nominate a chemical or substance or agent for study.

17:44:18  22   Q.  Same sort of questions with regard to IARC.  Has IARC fairly

17:44:24  23   recently put together a list of substances to which there is wide

17:44:29  24   exposure for which they think that they ought to go back and relook

17:44:34  25   at their monographs?

17:44:38  1   A.  They may have.  Periodically they do such things.

17:44:41  2   Q.  Within the last two or three years.  Are you aware of that?

17:44:45  3   A.  Well, I know I think that they list agents that they need to

17:44:49  4   evaluate, and I suppose among those some could be some they've

17:44:53  5   already evaluated and they think they need to update the

17:44:56  6   evaluations.

17:44:56  7   Q.  My question really relates to updating those they have already

17:45:00  8   written monographs on.  Are you familiar with the fact that they

17:45:03  9   have such a list of chemicals to which a lot of people are exposed

17:45:08 10   and they think a reevaluation is appropriate, and gasoline is not on

17:45:12 11   that list?

17:45:13 12   A.  I am not aware of that, no.

17:45:16 13   Q.  I promise this is the last question.  I asked you earlier about

17:45:27 14   truck drivers and whether or not, generally, truck drivers had some

17:45:31 15   of these same issues that you've been discussing.  This is a paper

17:45:36 16   that you provided.  I think it's your Exhibit 6.  The author is

17:45:43 17   Brandt.  I don't see his name on here, but I'm pretty sure this is

17:45:56 18   Brandt.  Can you confirm that this is your Exhibit 6?  I'm sorry.  I

17:46:04 19   am not seeing Brandt's name on it.

17:46:07 20   A.  Right where your finger just was.

17:46:09 21   Q.  Occupational exposure to petroleum products in men with acute

17:46:14 22   non-lymphocytic leukemia.  And then in the discussion section -- we

17:46:19 23   talked about this earlier a little bit -- workers at filling

17:46:22 24   stations, bus or truck drivers, operators of excavating machines or

17:46:27 25   power saws, and road haulers were typical occupations recorded for

17:46:30  1   these patients.  Now, Brandt was your very first reference under

17:46:35  2   "Automotive filling station and other exposures to gasoline."

17:46:38  3   A.  It was the earliest study, I think I have them in chronological

17:46:42  4   order.

17:46:42  5   Q.  1978.  And I asked you earlier about the truck drivers chronic

17:46:50  6   exposure to -- reading under the "Discussion" section on the

17:46:53  7   right-hand column.  "Chronic exposure to benzene will increase the

17:46:57  8   risk of ANLL."  That's benzene, not gasoline, correct?

17:47:01  9   A.  Yes.

17:47:02  10  Q.  And then, they say, "Petrol may contain six to eight percent

17:47:06  11  benzene."  That's a lot more than what is typical in this country,

17:47:09  12  but certainly in European gasolines that could be true, agreed?

17:47:14  13  A.  That's pretty high, but, you know, whatever it says I'll go

17:47:18  14  along with.

17:47:18  15  Q.  Then they point out "The hematologic hazards of benzene in

17:47:23  16  petrol have been pointed out by Verwilghen and Vigliani.

17:47:29  17  Nevertheless, other leukemogenic agents must be considered in

17:47:33  18  individuals exposed to petrol or its combustion products.  For

17:47:37  19  example, road tanker drivers show an increased frequency of

17:47:42  20  lymphocyte chromosome breakage irrespective of whether they

17:47:46  21  transport petrol or milk."  That's your reference.  And the

17:47:50  22  chromosome breakage is just what you were talking about earlier with

17:47:53  23  regard to the genotoxic affects, isn't it?

17:47:59  24  A.  Correct.

17:47:59  25          MR. SCOTT:  Your Honor, I pass the witness.

                          REDIRECT EXAMINATION

BY MR. PATTON:

Q.  Dr. Infante, I would like to pick up on one of the areas where
Mr. Scott left off, and he was discussing with you the IARC review
of benzene.  And this was most recently in 2012.  In reviewing my
notebook and the two notebooks from the defense, this was omitted,
so I would ask for the opportunity to supplement the record with
this since both sides are talking about it.  And actually, I think
it will come up tomorrow as well with Dr. Pyatt.

        But in any event, IARC reviewed benzene in 2012, correct?
A.  Well, they reviewed it in 2009, it was published in 2012,
correct.
Q.  How does IARC define exposure to benzene in its benzene
document?  How do they define it?
A.  What they're saying is it's exposure that would likely exceed
significantly non-occupational exposure due to inhaling urban air or
filling stations.  And then they have in parentheses, "Long-term
exposure usually below .01 parts per million."
Q.  So they define benzene exposure in the context of gasoline,
correct?
A.  Yes.
Q.  There was some mention about the Wong and Raabe meta-analysis.
We did not include this in the approximately 50 studies that we went
through today.  However, it was referenced earlier in the PowerPoint
that, in fact, in your report you do discuss the Wong and Raabe

17:49:39  1   meta-analysis, correct?

17:49:40  2   A.  Yes.

17:49:42  3   Q.  And you said that you take exception with that meta-analysis

17:49:46  4   because of your own concerns.  But IARC chose to disregard that --

17:49:54  5   decided not to take into consideration that series of meta-analysis

17:49:57  6   '95, '97, 2000-A and B.  And then they explained their reasons for

17:50:04  7   concerns with methodological concerns.  Is that what you were

17:50:09  8   talking about?

17:50:09  9   A.  Yes.  That's -- go down on the bottom, it's on page 258 of the

17:50:14 10   IARC monograph.

17:50:20 11   Q.  The Court raised a good point or Mr. Scott raised a good point.

17:50:23 12   There is a lot going on in epidemiology by you, yourself, and by

17:50:30 13   others as far as combining data from time to time, performing

17:50:35 14   meta-analysis, combining two groups to get additional data.  Those

17:50:39 15   are all typical methodologies employed by an epidemiologist,

17:50:45 16   correct?

17:50:45 17   A.  Yes.

17:50:46 18   Q.  So just as you applied some of your own math and calculations

17:50:50 19   to certain groups to look at statistical significance where it was

17:50:55 20   missing by a couple of points or a couple of 100ths, those are

17:50:59 21   typical methodologies applied, true?

17:51:01 22   A.  Well, particularly the adjustment for the healthy worker effect

17:51:04 23   when you're doing reviews.

17:51:05 24   Q.  And it also came out in the questioning by Mr. Scott that when

17:51:08 25   we review this literature, there are always going to be strengths

17:51:13  1   and weaknesses from various studies, correct?

17:51:16  2   A.  Exactly.

17:51:16  3   Q.  Exactly.  You can have interview bias, you can have problems

17:51:19  4   with questionnaires, what are they asking for in the questionnaires,

17:51:24  5   I didn't even hear it come up, but what percentage of the mail comes

17:51:28  6   back on questionnaires; these are all natural and normal issues that

17:51:31  7   come up in epidemiology, true?

17:51:32  8   A.  Yes.

17:51:33  9   Q.  Likewise, a lot of studies deal with death certificates and

17:51:38  10  death certificates are oftentimes incomplete.  In fact, they're not

17:51:42  11  always filled out by a doctor in many states, correct?

17:51:45  12  A.  Yes.  And there are errors in them.

17:51:47  13  Q.  So let me just finish this IARC document real quick.  IARC also

17:51:57  14  discussed exposure to non-occupational exposure to benzene and it

17:52:03  15  put it in the context of gasoline, and it talked about it in the

17:52:07  16  environment of parts per billion, correct?  That's the unit of

17:52:12  17  measurement that you often look at for environmental exposures and

17:52:16  18  things of that nature, true?

17:52:19  19  A.  Yes.

17:52:19  20  Q.  And the occupational setting, however, we're in the part per

17:52:24  21  million range, true?

17:52:25  22  A.  Yes.

17:52:25  23  Q.  And IARC ultimately concludes, consistent with what I think I

17:52:30  24  heard Mr. Scott explain, as the universally accepted notion that

17:52:38  25  benzene causes AML.  Once again, in 2012, IARC repeated that there

17:52:44  1  is sufficient evidence, that's the word they chose when

17:52:47  2  characterizing the carcinogenicity of benzene, and they say myeloid

17:52:54  3  leukemia and acute -- or ANLL, correct?

17:52:57  4  A.  Yes.

17:52:58  5  Q.  Now, IARC, what's interesting about this document, is it not,

17:53:03  6  Doctor, that it talks about a positive association here for some of

17:53:07  7  these other diseases, the lymphocytic leukemias.  So the myeloids

17:53:12  8  are higher than the lymphocytic leukemias, the causative

17:53:15  9  relationship, and that's always kind of been understood by you and

17:53:18 10  other scientists, true?

17:53:19 11  A.  Well, AML, particularly, there's more data on that than any

17:53:23 12  other type of leukemia.

17:53:24 13  Q.  We're almost to my transition here, but I want to bring up one

17:53:29 14  final point.  It talks about in this study, "In multiple studies in

17:53:34 15  different occupational populations in many countries, over more than

17:53:37 16  three decades of a variety of genotoxic changes, including

17:53:41 17  chromosomal abnormalities, have been found in the lymphocytes of

17:53:45 18  workers exposed to benzene."  Did I read that correctly?

17:53:47 19  A.  Yes.

17:53:48 20  Q.  Would that include the approximately eight studies that you

17:53:52 21  reviewed -- that we reviewed in your direct examination that talk

17:53:55 22  about actual observations of damage to the blood and blood forming

17:54:02 23  organs while people are working with gasoline; is that what this

17:54:07 24  includes?

17:54:08 25  A.  Yes.  Yes, it was benzene exposure from gasoline.

17:54:10  1  Q.  I believe Mr. Scott asked you, he said that as epidemiologists

17:54:16  2  you prefer measurable data.  Is that accurate?  As an

17:54:20  3  epidemiologist, do you prefer measurable data?

17:54:23  4  A.  We're talking about exposure data, of course.

17:54:25  5  Q.  Yes.

17:54:25  6  A.  If you can get it.

17:54:26  7  Q.  This is preferred measurable data, the genotoxic information,

17:54:30  8  correct?

17:54:31  9  A.  When they evaluate metabolites to determine exposure, that's

17:54:35  10  like -- can be a biological index of exposure.

17:54:39  11  Q.  Coming back to the transition I was trying to make with the

17:54:42  12  term "positive association," "sufficient evidence," and I apologize

17:54:48  13  to the Court and counsel for my crude note here, but I want to make

17:54:52  14  a good point.  Something that -- the language that kept coming up in

17:54:57  15  these studies, it is possible, the term "probable" comes up,

17:55:04  16  demonstrates an elevated/increased risk.  You hear terms like

17:55:07  17  "suggests" or "shows" or "indicates" or "associated with" sometimes

17:55:12  18  "not associated with."  Why -- it's hard for me -- can you explain

17:55:17  19  to the Court, explain to us how do you consider these terms as an

17:55:21  20  epidemiologist when you're looking at, you know, 51 percent

17:55:25  21  likelihood, 75 percent likelihood?

17:55:29  22  A.  Well, when you're -- first of all, studies are evaluating the

17:55:34  23  strength of the association, and you either, you know, you find an

17:55:38  24  association that's, you know, strong, can be statistically

17:55:43  25  significant.  You can find an association that provides a dose

17:55:47 1   response, which is probably the strongest type of study because

17:55:50 2   that's showing an increase in the exposure increases the risk.

17:55:54 3         And then when -- I mean, when you -- is it possible, is it

17:55:59 4   probably associated, I think whether or not one wants to conclude

17:56:04 5   that there is a causal relationship, that is a matter of

17:56:09 6   interpretation of the epidemiological studies; because the

17:56:14 7   epidemiological studies measure the association, and then how that

17:56:19 8   association -- well, is interpreted determines on whether or not --

17:56:26 9   determines whether or not you think there's a causal association,

17:56:28 10  the association was causal or not.

17:56:30 11  Q.  So in the field of epidemiology, it's rare or unusual to see

17:56:34 12  terms like "absolute" or "100 percent" or "unequivocal" or "without

17:56:38 13  a doubt" or "universally reported"?

17:56:41 14        THE COURT:  I get that.  I mean, what about "statistically

17:56:44 15  significant" and words like that.  I mean, that's jury argument.

17:56:52 16  BY MR. PATTON:

17:56:53 17  Q.  Let's talk about -- we talked a little bit about IARC benzene

17:56:59 18  2012 in the context of benzene.  This is Exhibit 46 with Dr. Pyatt

17:57:07 19  tomorrow.  This is the ATSDR profile of gasoline.  This is cited in

17:57:13 20  your report, correct, among your 250 citations?

17:57:18 21  A.  This is -- what year is it?

17:57:21 22  Q.  This is ATSDR 1995 toxicological profile for gasoline.

17:57:29 23  A.  I believe I cited it.

17:57:31 24  Q.  And how does ATSDR as of 1995 define or explain the level --

17:57:37 25  the strength of association with regard to gasoline?

17:57:41  1    A.   Probable carcinogen.

17:57:51  2    Q.   Without going back through too many studies, I wanted to point

17:57:55  3    out the Sandler materials in Exhibit 15 because I think this was

17:58:00  4    moved through in a quicker fashion.   Sandler examined damage to the

17:58:07  5    seventh chromosome among myelodysplasia, that's a type of blood

17:58:12  6    disease within that spectrum of MDS and AML, correct?

17:58:16  7    A.   Yes.

17:58:16  8    Q.   And they found a 7.2 percent increased risk for that specific

17:58:22  9    chromosomal damage, correct?

17:58:24 10    A.   Well, 7.2, that's a sevenfold increase.   It would be 700, not a

17:58:29 11    7.2 increase.

17:58:31 12    Q.   Sevenfold increase?

17:58:32 13    A.   Yes.

17:58:33 14    Q.   Meanwhile, when they looked at AML, the petroleum distillates,

17:58:39 15    the odds ratio was a 1.3 increased risk again from solvents.   But I

17:58:45 16    really wanted to point to this one here.   This looks at petroleum

17:58:47 17    distillates and shows a 1.9-fold increase risk as well.   Is that

17:58:52 18    correct?

17:58:53 19    A.   For minus seven.

17:58:54 20    Q.   For minus seven?

17:58:55 21    A.   Yes.

17:58:56 22    Q.   The same type of damage Mr. Burst had?

17:59:02 23    A.   Yes.

17:59:05 24    Q.   There was some time spent with Exhibit 16, which is the Terry

17:59:11 25    study.   Mr. Scott went over some of the tables.   And this Terry

17:59:21  1    study also examines the 7q deletion.  It shows an 11.4-fold increase

17:59:30  2    risk, which is statistically significant.  I'm sorry.  Those are

17:59:36  3    beauticians, forgive me.  We're at that point in the day.

17:59:40  4            With respect to automobile manufacturing, this study

17:59:44  5    showed a 9.9 statistically significant increased risk of that

17:59:50  6    deletion, that's for the seventh chromosome; and it also looks at

17:59:55  7    the fifth chromosome, and also shows a statistically significant

17:59:59  8    6.2-fold increased risk, correct?

18:00:02  9            THE COURT:  Automobile manufacturing?

18:00:04 10            MR. PATTON:  In automobile manufacturing.

18:00:06 11            THE COURT:  Why do we care about that?

18:00:09 12            MR. PATTON:  Automobiles and gasoline.  It was the only

18:00:11 13    point I was trying to make, and that this study also examines

18:00:15 14    Chromosome No. 7.

18:00:18 15            THE COURT:  Okay.

18:00:26 16    BY MR. PATTON:

18:00:27 17    Q.  Considerable time was also spent with Exhibit 17.  This was the

18:00:30 18    Rushton study.  This was included in our direct examination and

18:00:36 19    reviewed by Mr. Scott.  Can you tell us what journal this article

18:00:42 20    came from?

18:00:44 21    A.  It indicates *Environmental Health Perspectives*.

18:00:47 22    Q.  And that's Volume 101, Supplement 6.  And this is, again, the

18:00:52 23    context of gasoline.  And they're looking at refinery -- oil

18:00:59 24    refinery and distribution centers; again, gasoline, and it's the

18:01:02 25    same edition.

18:01:04  1              So that brings me to my almost final point.  We heard a

18:01:10  2     lot of terminology like "refinery workers" or "transport workers" or

18:01:15  3     "terminal workers" throughout many of the studies discussed today,

18:01:19  4     correct, Dr. Infante?

18:01:20  5     A.  Yes.

18:01:20  6     Q.  OSHA, their own definition of benzene in the standard that you

18:01:28  7     helped promulgate, which became the law in '87 and remains the law,

18:01:32  8     the definition of benzene includes products or mixtures with .1

18:01:37  9     percent or more of benzene in the product, correct?

18:01:40  10    A.  Yes.

18:01:41  11    Q.  So if I had a product that -- let's say, I made a new product

18:01:45  12    and wanted to market it, and it had .3 percent benzene in it.  That

18:01:53  13    product would be subject to the standard, correct?

18:01:55  14    A.  The manufacturing of that product would be, yes.

18:01:58  15    Q.  That mixture would be recognized as significant for regulatory

18:02:03  16    and other purposes because it contains more than .1 percent of

18:02:07  17    benzene, correct?

18:02:08  18    A.  Yes.

18:02:09  19    Q.  You've reviewed refinery studies, but you've also testified in

18:02:14  20    cases involving refinery exposures as well, correct?

18:02:17  21    A.  Yes.

18:02:17  22    Q.  If benzene is in mixtures and the only pure benzene study is

18:02:23  23    the one that you initiated, the Pliofilm cohort, how do you reach

18:02:29  24    the causative link where someone's working in a refinery, they're

18:02:34  25    not working with pure benzene, there are all of these other

18:02:37 1   chemicals at issue, I mean, how can you just focus on benzene among

18:02:42 2   all of the other chemicals and why?

18:02:44 3   A.  I guess I am not quite following the question.  Focussing on it

18:02:49 4   in terms of what?

18:02:50 5   Q.  Well, for example, you described earlier when the term

18:02:54 6   "petroleum distillates" arose on numerous occasions, that gasoline

18:03:00 7   .3 or .5 percent, one percent or two percent benzene in it, I think

18:03:05 8   you testified the only real product coming out of the refineries

18:03:08 9   with more benzene is BTX, which is about nine percent benzene, if my

18:03:13 10  notes were correct.  But my question is:  Those workers in

18:03:17 11  refineries are not being exposed to pure benzene, are they?

18:03:21 12  A.  No -- well, the atmospheric exposure is not derived from pure

18:03:29 13  benzene, no.  It's derived from mixtures.

18:03:31 14  Q.  It's derived from benzene and mixtures.  Whether those men or

18:03:35 15  women are refinery workers, transport workers, or terminal workers,

18:03:39 16  in that industry the exposures come from mixtures, correct?

18:03:43 17  A.  Yes.

18:03:44 18  Q.  I think you testified earlier that no single study provides all

18:03:50 19  of the information that you would need to get to absolute or more

18:03:55 20  definitive causation; is that correct?

18:03:57 21  A.  Yes.

18:03:58 22  Q.  Is that why you cite 250 articles in your study or in your

18:04:02 23  report, and is that why you review so much of the literature?

18:04:05 24  A.  Yes.

18:04:07 25  Q.  And is that why you reviewed today with us the numerous studies

18:04:10 1 specific to the gasoline context, some of them being different than
18:04:14 2 service station attendants, but these are all part of the larger
18:04:17 3 picture upon which scientists reach their conclusions, correct?
18:04:20 4 A.  Yes.  And it's where you would have to evaluate risk from
18:04:24 5 gasoline exposure.
18:04:28 6 Q.  Okay.  Mr. Scott discussed with you other potential risk
18:04:32 7 factors.  He talked about the atomic bomb, cancer drugs, radiation,
18:04:38 8 formaldehyde.  He talked about it in the context of latency, do you
18:04:43 9 recall that testimony or that line of questioning?
18:04:45 10 A.  Yes.
18:04:46 11 Q.  Is there -- how would you compare the volume of literature on
18:04:53 12 benzene in mixtures causing leukemia as compared to the literature
18:04:58 13 of atomic bomb, cancer drugs, radiation, and formaldehyde as telling
18:05:05 14 us about the causative link between benzene and leukemia?
18:05:08 15 A.  I think benzene is one of the most studied substances that
18:05:16 16 there is.
18:05:17 17 Q.  It's right up there with asbestos?
18:05:19 18 A.  Yes.  And, as a matter of fact, I think there are probably more
18:05:23 19 studies on benzene than asbestos.
18:05:26 20 Q.  There was a discussion about short latency periods; especially,
18:05:31 21 in the context of cancer drugs.  Now, in the hospital setting, when
18:05:36 22 a clinician diagnoses someone a new type of cancer, they can
18:05:42 23 immediately take a medical history, find out if there was a prior
18:05:47 24 chemotherapy drug, and reach the conclusion of the causal
18:05:50 25 relationship, correct?

A.  Well, I think if there was prior use of the chemotherapy drug, they would have already been in the register because they would have already been treated for cancer.

Q.  And more importantly, it would also already be in the patient's medical records such that the doctor could look at it and say, "Well, this AML would not be a de novo or an idiopathic.  We know right here, right now, with dose information, with measurements, with time periods, with medical records what that time frame is." And then they can draw the conclusion of a secondary leukemia, if you will, correct?

A.  Yes.

Q.  There's nothing in the standard practice of medicine, is there, Doctor, by which physicians, unless they choose to, would be able to make that type of definite conclusion unless they ask the questions about:  Were you exposed to benzene?  Did you work in a refinery? Were you a terminal worker?  There's no way for someone to make those connections unless they ask the questions, correct?

A.  That's correct.  And they don't do it.  In fact, if I could add to my answer.  I was invited by the cancer registrars of the United States to make a presentation at their annual meeting in Florida one year, and they had money that was being made available from Congress trying to get registries to ask information on occupational exposures as part of enrolling a cancer patient into a registry. They weren't interested in doing it at all.

Q.  You have -- have you applied normal and customary and usual and

18:07:26 1   appropriate methodology in reaching your conclusions here today?

18:07:29 2   A.  Yes.

18:07:30 3           MR. PATTON:  Your Honor, I would only, as a housekeeping

18:07:33 4   matter, formally move to enter my exhibits as part of the final

18:07:37 5   record.

18:07:38 6           THE COURT:  The document that you were using on the --

18:07:47 7           MR. PATTON:  IARC 2012?

18:07:49 8           THE COURT:  Yeah, where is that?

18:07:51 9           MR. PATTON:  That would be Exhibit 51, and I'll bring it

18:07:54 10  first thing in the morning, that's 46 pages.  Actually, I think it's

18:07:56 11  included already in the notebook with Dr. Pyatt tomorrow, but I'll

18:07:59 12  bring a new copy for my record.

18:08:01 13          THE COURT:  Okay.  And that's the one that talks about

18:08:02 14  Wong and Raabe thing?

18:08:03 15          MR. PATTON:  Yes.

18:08:04 16          THE COURT:  Let me just -- tell me what they rejected that

18:08:10 17  study -- what was the study offered for and why was it rejected?

18:08:13 18  With all of the back and forth, I really couldn't follow.

18:08:17 19          THE WITNESS:  Well, they were studies of -- meta-analysis

18:08:20 20  of petroleum refinery workers.  Like the first one was related to

18:08:25 21  AML and other leukemias.  The next one was related to non-Hodgkin's

18:08:29 22  lymphoma.  The next one was related to multiple myeloma.

18:08:34 23          Well, in the first issue of doing a study related to

18:08:38 24  leukemias and not finding an elevated risk of AML, then triggered

18:08:45 25  the concern that, well, if in a study you cannot identify an

18:08:52  1    elevated risk of AML that you say is related to benzene, then how

18:08:56  2    can you say that any of these -- how can you, then, evaluate whether

18:09:02  3    or not any of these other lymphohematopoietic cancers are related to

18:09:11  4    benzene.  There were comments in the literature saying that, well,

18:09:13  5    it would be, for example, taking the study of cigarette smokers that

18:09:17  6    did not show an elevated risk of lung cancer, and then evaluating

18:09:21  7    that population to see what other cancers cigarette smoking caused.

18:09:27  8    It's like fishing in sterile waters.

18:09:30  9              THE COURT:  Oh, okay.

18:09:32  10             THE WITNESS:  And then there were other methodological

18:09:34  11   aspects, also, that the same cohorts that were being followed in the

18:09:40  12   same companies for the same periods of time in different analyses,

18:09:45  13   they had different numbers of people from those same refineries.

18:09:48  14   So, like, why are there a few hundred missing in this analysis and

18:09:52  15   they appear in the next analysis?  So there were a lot of

18:09:55  16   inconsistencies.  And those are some of the reasons that IARC

18:10:02  17   decided.

18:10:03  18             THE COURT:  Okay.  Thank you.

18:10:03  19             MR. PATTON:  And I have one final point I wanted to make

18:10:06  20   with the Keenan analysis that Mr. Scott reviewed near the end of his

18:10:10  21   presentation.

18:10:10  22   BY MR. PATTON:

18:10:11  23   Q.   In the Keenan paper, Keenan discusses gasoline vapors;

18:10:18  24   obviously, the paper talks about gasoline.  But he talks about

18:10:21  25   "Because of the well recognized volatility and flammability of

18:10:24  1   gasoline vapors, the vast majority of workplace exposures (primarily

18:10:29  2   at refineries) are inherently limited by engineering controls and

18:10:34  3   procedures in place to limit explosion and fire risks.  And it talks

18:10:39  4   about how refineries use virtually closed systems with vapor

18:10:45  5   recovery."  Did I read that correctly?

18:10:48  6   A.  Yes.

18:10:49  7   Q.  As time has went on, you described earlier in your testimony,

18:10:54  8   exposures have decreased because of improved engineering controls,

18:10:58  9   correct?

18:10:58 10   A.  Yes.

18:10:59 11   Q.  When Mr. Burst in the '60s and '70s was working with gasoline,

18:11:03 12   that was before the days of vapor recovery, correct?

18:11:06 13   A.  Yes.

18:11:06 14   Q.  And there were certainly no sophisticated engineering controls

18:11:10 15   in place at that type of -- that decade of service station, correct?

18:11:16 16   A.  Correct.

18:11:17 17   Q.  And then, finally, have you seen this part of the Keenan paper?

18:11:27 18   A.  Yes.

18:11:27 19   Q.  Was this document prepared by ChemRisk, authors from ChemRisk?

18:11:37 20   A.  Yes.

18:11:38 21   Q.  And this is 2013?

18:11:40 22   A.  Yes.

18:11:40 23   Q.  And the authors specifically knew and recognized that this

18:11:45 24   would be used in litigation.  In fact, they repeated the paragraph,

18:11:51 25   and it's a typo, but they repeated it?

18:11:53  1   A.  Yes.

18:11:56  2   Q.  We talked about other biases, biases plural, that are inherent

18:12:01  3   in epidemiological studies.  Again, the strength of the information

18:12:06  4   you get from the people involved, but is this another type of bias

18:12:10  5   that comes into play in the epidemiological world when evaluating

18:12:15  6   causation?

18:12:16  7   A.  Well, I would think it indicates a bias.  And I've never seen

18:12:20  8   in 40 years I've been in this field for the authors to put a note in

18:12:26  9   and say that this paper can be used for defense -- well, for

18:12:30 10   litigation.  But since it doesn't show any association, I mean it

18:12:34 11   obviously would be used for defense litigation.  And it's repeated

18:12:37 12   twice in there.  I mean, I think that's ridiculous.  I've never seen

18:12:42 13   it.

18:12:44 14          To me, it like tips a hand that the paper was prepared for

18:12:48 15   defense litigation.

18:12:48 16   Q.  Tips the hand.

18:12:50 17   A.  It's like an advertisement, quite frankly.

18:12:52 18          MR. PATTON:  Thank you, Dr. Infante.  And thank you to the

18:12:54 19   Court.

18:12:55 20          THE COURT:  All right.  Nine o'clock tomorrow.

18:12:57 21          THE DEPUTY CLERK:  All rise, please.

18:12:59 22       (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED FOR THE DAY.)

         23

         24                         *  *  *  *  *  *

         25

1

2

3                          REPORTER'S CERTIFICATE

4

5          I, Karen A. Ibos, CCR, Official Court Reporter, United

6     States District Court, Eastern District of Louisiana, do hereby

7     certify that the foregoing is a true and correct transcript, to the

8     best of my ability and understanding, from the record of the

9     proceedings in the above-entitled and numbered matter.

10

11

12                          /s/ Karen A. Ibos

13                     Karen A. Ibos, CCR, RPR, CRR, RMR

14                     Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25