```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2   ************************************************************
     YOLANDE BURST
 3
                                 Docket No. 14-CV-109
 4                               Section "R"
     v.                          New Orleans, Louisiana
 5                               Wednesday, February 11, 2015

 6   SHELL OIL COMPANY, ET AL
     ************************************************************
 7

 8              TRANSCRIPT OF DAUBERT HEARING
          HEARD BEFORE THE HONORABLE SARAH S. VANCE
 9              UNITED STATES DISTRICT JUDGE
                        VOLUME II
10


11
     APPEARANCES:
12
     FOR THE PLAINTIFF:          WILLIAMS LAW OFFICE
13                               BY:  L. ERIC WILLIAMS, ESQ.
                                 433 Metairie Road, Suite 401
14                               Metairie, LA 70005

15                               SHRADER & ASSOCIATES
                                 BY:  KEITH E. PATTON, ESQ.
16                               3900 Essex Lane, Suite 390
                                 Houston, TX 77027
17
                                 RICHARD J. FERNANDEZ, ESQ.
18                               3000 W. Esplanade Ave., Suite 200
                                 Metairie, LA 70002
19

20   FOR SHELL OIL COMPANY:      JOHNSON, GRAY, McNAMARA
                                 BY:  S. SUZANNE MAHONEY, ESQ.
21                               650 Poydras St., Suite 1201
                                 New Orleans, LA 70130
22

23   FOR CHEVRON USA, INC.:      FORMAN, PERRY, WATKINS,
                                 KRUTZ & TARDY
24                               BY:  TIM GRAY, ESQ.
                                 701 Poydras St., Suite 4350
25                               New Orleans, LA 70139
```

1

2
                                        BLANK ROME
                                        BY:  ROBERT P. SCOTT, JR., ESQ.
3                                            MARQUEL S. JORDAN, ESQ.
                                        700 Louisiana St. Suite 4000
4                                        Houston, TX 77002

5

6    Official Court Reporter:          Karen A. Ibos, CCR, RPR, CRR, RMR
                                        500 Poydras Street, B-275
7                                        New Orleans, Louisiana 70130
                                        (504) 589-7776
8

9

10     Proceedings recorded by mechanical stenography, transcript
     produced by computer.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        I N D E X

2

3   WITNESSES FOR DEFENDANTS:                    PAGE/LINE:

4

5   DAVID PYATT

6

7     Direct Examination by Mr. Gray            267/18

8     Cross-Examination by Mr. Patton           349/16

9     Redirect Examination by Mr. Gray          407/18

10

11

12   DR. ETHAN A. NATELSON

13

14    Direct Examination by Mr. Scott           414/24

15    Cross-Examination by Mr. Williams         454/7

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>

(WEDNESDAY, FEBRUARY 11, 2015)

(MORNING SESSION)

09:01:06  5      (OPEN COURT.)

09:01:06  6          THE DEPUTY CLERK:  Court's in session, please be seated.

09:01:09  7          THE COURT:  Proceed.

09:01:11  8          MR. GRAY:  Your Honor, the defendants would call Dr. David

09:01:15  9   Pyatt.

09:01:24 10          THE DEPUTY CLERK:  Good morning, Doctor, please raise your

09:01:28 11   right hand.

09:01:28 12      (WHEREUPON, DAVID PYATT, WAS SWORN IN AND TESTIFIED AS

09:01:29 13       FOLLOWS:)

09:01:29 14          THE DEPUTY CLERK:  Please have a seat, sir.  State your

09:01:44 15   name for the record, please.

09:01:45 16          THE WITNESS:  David Pyatt.

09:01:48 17                      DIRECT EXAMINATION

09:01:49 18   BY MR. GRAY:

09:01:49 19   Q.  Dr. Pyatt, where are you from?

09:01:51 20   A.  I live in Colorado now, I was born in Florida.

09:01:56 21   Q.  What do you do, sir, what is your occupation?

09:02:00 22   A.  I am a toxicologist.

09:02:03 23   Q.  Have you prepared a set of slides to assist the court in your

09:02:07 24   testimony today?

09:02:08 25   A.  Yes.

09:02:10  1          MR. GRAY:  Your Honor, I have premarked some studies,

09:02:13  2  collections of studies that Dr. Pyatt is going to refer to.  I would

09:02:16  3  like to go ahead and mark them now and put them in if that's okay.

09:02:19  4          THE COURT:  That's fine.

09:02:19  5  BY MR. GRAY:

09:02:20  6  Q.  So I've marked as Exhibit 3 the animal studies of toxicity of

09:02:24  7  benzene and gasoline is there in your PowerPoint, a set of these

09:02:27  8  studies --

09:02:28  9  A.  Yes.

09:02:28  10  Q.  -- that you've referenced.

09:02:30  11          And then I've marked as Exhibit 4 IARC 2010 research

09:02:34  12  recommendations for selected IARC classified agents.  Is that

09:02:38  13  another document you intend to testify about today?

09:02:41  14  A.  Yes.

09:02:41  15  Q.  And then as Exhibit in globo 5 competitive inhibition studies.

09:02:46  16  Do you intend to discuss that issue today?

09:02:49  17  A.  Yes.

09:02:49  18  Q.  Exhibit 6, the ATSDR toxilogical profile of benzene

09:02:58  19  August 2007.  Is that a document you intend to testify about today?

09:03:01  20  A.  Yes.

09:03:01  21  Q.  And then finally, Exhibit 7 is a study by Dr. Wong from 1999

09:03:08  22  nested case-control study of leukemia, multiple myeloma and kidney

09:03:13  23  cancer in a cohort of petroleum workers exposed to gasoline.  Is

09:03:16  24  that also a study you may reference if your testimony today?

09:03:20  25  A.  Yes.

09:03:20  1          MR. GRAY:  And then last, your Honor, I apologize with all

09:03:22  2   of the confusion on the binders, we realized the copy of Rushton's

09:03:27  3   2014 study AML and CML and exposure to low level benzene among

09:03:34  4   petroleum workers that was tab 1B-2 in in globo, Exhibit 1A was

09:03:39  5   incomplete.  I would like to offer all of these up to the clerk, if

09:03:42  6   I may approach, your Honor.

09:03:44  7          THE COURT:  All right.

09:03:45  8          MR. GRAY:  Thank you.

09:03:57  9                      DIRECT EXAMINATION

09:03:58 10   BY MR. GRAY:

09:03:58 11   Q.  Dr. Pyatt, can you tell us a little bit about your educational

09:04:02 12   background, sir.

09:04:02 13   A.  Got an undergraduate degree in 1980 in biology/chemistry,

09:04:09 14   science education degree in 1981, taught school for awhile.  Went

09:04:16 15   back to graduate school in 1990, earned my Ph.D. in toxicology in

09:04:24 16   1995.

09:04:24 17   Q.  And we've already submitted your CV into the record, so we are

09:04:29 18   not going to go into your publications at this time.  But can you

09:04:32 19   tell the Court a little bit about your teaching experience,

09:04:35 20   particularly the a the college and graduate level?

09:04:39 21   A.  So at the graduate level I've taught an immunology class, I

09:04:45 22   currently teach -- I've taught toxicology, I've taught environmental

09:04:53 23   epidemiology, currently I am teaching in the School of Public Health

09:04:58 24   in a toxicology class and a risk assessment class, and I am teaching

09:05:04 25   a risk assessment class in the School of Pharmacy.  And at some

09:05:09  1   point I expect to teach a toxicology class again at the downtown

09:05:14  2   Denver campus, the Aria campus.

09:05:17  3   Q.  And when you've taught your toxicology courses, have you used

09:05:22  4   the Casarett & Doull toxicology textbook we've been discussing in

09:05:26  5   this hearing today?

09:05:26  6   A.  I have, yes.

09:05:27  7   Q.  Is this a well-recognized, well-respected treatise on

09:05:30  8   toxicology?

09:05:32  9   A.  It is as far as I know.  It's the one that everyone uses in

09:05:38 10   every class that I've ever seen or been involved in.

09:05:41 11   Q.  So what is toxicology, Dr. Pyatt?

09:05:49 12   A.  So it's a science and the science of trying to understand

09:05:55 13   poisons, like on the title cover, *The Basic Science of Poisons*.  So

09:06:01 14   we are interested in what things are toxic, we are interested in

09:06:06 15   dose response information, which would tell us at what levels do

09:06:10 16   things become toxic.  Almost every toxicologist that I know is

09:06:16 17   interested in mechanistic and molecular studies to try to understand

09:06:21 18   how and why things are toxic, and the basic idea behind that is so

09:06:26 19   that we can understand toxicity better so that we can either avoid

09:06:29 20   it or treat it.

09:06:32 21   Q.  And what is the distinction between toxicity and cariogenicity?

09:06:37 22   A.  Well, carcinogenicity would be a form of toxicity, but toxicity

09:06:44 23   involves lots of other things that wouldn't necessarily be a

09:06:47 24   malignant transformation.

09:06:49 25   Q.  So a substance can be toxic yet not carcinogenic?

09:06:53  1   A.  Absolutely, yes.

09:06:54  2   Q.  And have you conducted original research in toxicity, in

09:07:00  3   particular with respect to the bone marrow?

09:07:02  4   A.  Yes.

09:07:03  5   Q.  Can you briefly describe that research to the Court and

09:07:06  6   particularly the time periods in which you were involved in that

09:07:09  7   research.

09:07:11  8   A.  Well, so my thesis was on heavy metal exposure and the

09:07:16  9   immunological and hematopoietic effects of that.  And then as a post

09:07:22  10  doctoral fellow I was working on the immunological toxicity of

09:07:30  11  specific metabolites of benzene, specifically the effects of benzene

09:07:35  12  on T and B lymphocytes.

09:07:39  13          And then since I left the university, I mean, I've been

09:07:43  14  interested in secondary leukemia for a long time, that's actually

09:07:48  15  how I got interested in benzene to start with.  I was interested in

09:07:51  16  people that were developing leukemia secondary to chemotherapy, and

09:07:59  17  benzene was a convenient tool to poke at these cells and try to

09:08:03  18  understand what molecular events were happening in the bone marrow

09:08:08  19  that predisposed these patients to developing a secondary

09:08:14  20  malignancy, typically AML.

09:08:19  21  Q.  We've been talking a lot about epidemiological studies.  As a

09:08:25  22  toxicologist are epidemiological studies something that you use,

09:08:29  23  refer to, and rely on?

09:08:30  24  A.  Yes, yes.  I mean, I consider that toxicity data in people.

09:08:37  25  It's just done in a more -- in a different fashion and it has its

09:08:43  1    own name epidemiology, but basically we're looking at the adverse

09:08:49  2    effects of chemicals on populations of people that have been

09:08:51  3    exposed.

09:08:52  4    Q.  Of course today here we're talking about gasoline.  Briefly,

09:08:59  5    what is gasoline?  I have on here on slide; if you could, describe

09:09:02  6    the slide for the record and what it tells us.

09:09:05  7    A.  Well, basically it's gasoline is a complex mixture of a bunch

09:09:09  8    of different hydrocarbons, one of which is benzene, but there's lots

09:09:15  9    and lots of other things in gasoline.  And this came from the ATSDR

09:09:23 10    profile for gasoline.  You can also find it in MacFarland 84, which

09:09:29 11    is an animal study.  Basically it's just showing that there are lots

09:09:32 12    of different hydrocarbons that make up what is collectively known as

09:09:36 13    gasoline.

09:09:37 14    Q.  I believe on this slide it says the number of hydrocarbons that

09:09:42 15    account for a certain percentage of the fuel, what are those

09:09:45 16    numbers?

09:09:46 17    A.  So that's going to be the percentage by volume.

09:09:50 18    Q.  Okay.  And how many hydrocarbons are there in this example in

09:09:54 19    the ATSDR?

09:09:56 20    A.  I didn't count them up.

09:09:57 21    Q.  I'm sorry, does it say there at the bottom?

09:10:04 22    A.  I don't know -- oh, 43, 43 specific hydrocarbon listed account

09:10:09 23    for 78 percent of the fuel.  So there's more than 43, but I don't --

09:10:15 24    I mean, we can count it up if you want, but I don't know the number.

09:10:18 25    Q.  It's a complex mixture?

09:10:19  1    A.   That's for sure.

09:10:20  2    Q.   And it has unique toxilogical characteristics, true?

09:10:24  3    A.   That is true, yes.

09:10:25  4    Q.   This next slide just illustrates the benzene content of

09:10:31  5    gasoline.  Roughly, historically, what has been the historical

09:10:35  6    benzene content in gasoline and has it been trending over time?

09:10:39  7    A.   Well, I am not sure about the trending, but I think basically

09:10:45  8    one to two percent benzene is a fair representation of what the

09:10:50  9    benzene has been in gasoline through the years.

09:10:54 10            THE COURT:  What do you mean by "through the years"?

09:10:57 11            THE WITNESS:  Well, that if you go back and you look, say,

09:11:00 12    from the 80s, 90s, and forward.  It may have been a little higher at

09:11:04 13    some points and you can have excursions like Dr. Infante talked

09:11:08 14    about up to three percent or four percent.  But generally I think

09:11:12 15    most studies like the MacFarland study, which was a gasoline study

09:11:18 16    in animals, in the gasoline that they used, it was .8 percent, and

09:11:23 17    this was in 84.  But at that point the highest level that they knew

09:11:28 18    about was two percent benzene, so they actually added benzene to the

09:11:32 19    gasoline to bring it up to that level.

09:11:39 20    BY MR. GRAY:

09:11:40 21    Q.   So have the health effects of gasoline been extensively

09:11:43 22    studied?

09:11:44 23    A.   They have.

09:11:45 24    Q.   We have here on this slide some organizations that have looked

09:11:50 25    at the health effects of gasoline.  Will you briefly go through each

09:11:55  1   of these entities and tell us what that entity is?

09:11:58  2   A.  Sure.  I mean, we talked about some of these yesterday.  But,

09:12:05  3   so NIOSH, the National Institute For Occupational Safety and Health,

09:12:08  4   that's kind of the research arm of OSHA.  OSHA, the Occupational

09:12:14  5   Safety and Health Administration, they set the permissible exposure

09:12:19  6   limits in the workplace.  The ACGIH, the American Conference of

09:12:26  7   Governmental Industrial Hygienists, they also evaluate chemicals and

09:12:33  8   set what they call a TLV, threshold limit value, which is

09:12:39  9   essentially what they consider to be an okay level in the workplace.

09:12:42 10          The World Health Organization, they have a cancer branch

09:12:49 11   which is called IARC, the International Agency For Research on

09:12:52 12   Cancer, and they evaluate all of the carcinogenicity data associated

09:12:57 13   with the chemical and then they publish monographs and they classify

09:13:01 14   those chemicals based on their carcinogenicity.  The Health Effects

09:13:07 15   Institute is a research arm, or a research organization that

09:13:13 16   receives money from private, the private sector as well as from the

09:13:17 17   USEPA.  And then the Environmental Protection Agency, they are

09:13:23 18   concerned with protecting the environment and the general

09:13:30 19   population.

09:13:32 20   Q.  And lastly we've also listed OSHA, which is?

09:13:37 21   A.  Right, I threw that in there.  But, yes, OSHA is Occupational

09:13:41 22   Safety and Health Administration, and they set the legally binding

09:13:48 23   permissible exposure limits in the workplace.

09:13:51 24   Q.  And have each of these organizations analyzed or promulgated

09:13:58 25   publications which acknowledge that gasoline has distinct

09:14:02  1   toxilogical characteristics from benzene?

09:14:05  2   A.  Yes, I think they have.

09:14:06  3   Q.  And we'll go through some of those in a little more detail.

09:14:10  4        Have researchers also conducted studies of benzene in

09:14:17  5   gasoline to analyze their distinct toxilogical characteristics?

09:14:22  6   A.  Yes.

09:14:22  7   Q.  And on this slide here that's titled "Experimental Animals" are

09:14:27  8   listed the studies that we referenced in Exhibit 3.  Would you

09:14:31  9   briefly describe for the Court some of the differences between the

09:14:34 10   toxilogical characteristics of gasoline as opposed to the

09:14:37 11   characteristics of benzene?

09:14:39 12   A.  So in the list on the bottom that's a partial list, there is

09:14:44 13   tons and tons of studies, particularly for benzene; but the

09:14:50 14   toxilogical profile for benzene is pretty well documented, and you

09:14:57 15   see a consistent series of blood disorders and hematological effects

09:15:04 16   associated with specific levels of benzene exposure.  So --

09:15:08 17        THE COURT:  Were those benzene exposures from mixtures?

09:15:16 18        THE WITNESS:  No, ma'am, pure benzene.

09:15:18 19        THE COURT:  Okay.

09:15:20 20        THE WITNESS:  So you see lymphocytopenia, which is a

09:15:23 21   decrease in lymphocytes.  Other cytopenias, so there are other

09:15:28 22   changes in blood; you can see morphological and cellular changes in

09:15:34 23   the bone marrow, if you give them enough they'll develop aplastic

09:15:39 24   anemia which the bone marrow basically is just wiped out.  And

09:15:47 25   certain species they get a zymbal gland tumor, doesn't have much

09:15:53  1    relevance to humans, but that is what they get.  And they get this

09:15:58  2    aggressive T cell lymphoma/leukemia which arises in the thymus and

09:16:03  3    also doesn't have much of a disease in analogy in humans.

09:16:09  4          Then if you look at gasoline, which as I just described,

09:16:14  5    had two percent benzene in it, these effects are not observed.  So

09:16:22  6    the point is that in these experimental animal studies, the benzene

09:16:27  7    in the gasoline is clearly not driving the toxicological profile of

09:16:33  8    gasoline.  They don't get this zymbal gland tumors, they do get the

09:16:40  9    kidney tumors in male rats, gasoline exposed animals do which will

09:16:45 10    show up in some of the regulatory discussions, but benzene doesn't

09:16:49 11    cause that.

09:16:49 12          So there's really very little overlap between what we know

09:16:55 13    benzene can do and what we know gasoline can do, even though

09:17:01 14    gasoline has some benzene in it.

09:17:03 15    BY MR. GRAY:

09:17:03 16    Q.  What if the benzene content of gasoline is altered, are there

09:17:07 17    studies that say, well, if you have this much benzene in the

09:17:09 18    gasoline, it does have a particular tox effect; but if you have

09:17:13 19    another level of benzene in gasoline, it doesn't.  Has that ever

09:17:18 20    been shown in the literature?

09:17:19 21    A.  Not that I know of.  I mean, you've got studies of things like

09:17:23 22    toluene and mineral spirits and napthas and other hydrocarbon

09:17:29 23    mixtures which have typically less benzene in them.  But, no, I've

09:17:34 24    not seen a specific comparison like you just asked.

09:17:38 25          THE COURT:  Wait a minute.  I am trying to understand what

09:17:40  1   you said.  Are you saying that if you change the benzene level of

09:17:45  2   gasoline it doesn't affect its toxicity, or you're saying you

09:17:50  3   haven't seen any studies that measured toxicity behavior in gasoline

09:17:57  4   with change in benzene levels?

09:17:58  5        THE WITNESS:  The latter.

09:18:02  6   BY MR. GRAY:

09:18:02  7   Q.  Earlier you said the studies on this slide and there are many

09:18:06  8   more.  That would be -- the documents we submitted as Exhibit 3,

09:18:11  9   there's a lot more studies that backup your testimony, correct?

09:18:16  10  A.  Oh, sure.

09:18:17  11  Q.  You have listed there the Kuna study in 1984.  That was an

09:18:33  12  inhalation study of rats and monkeys; is that correct?

09:18:36  13  A.  I think so, yes.

09:18:37  14  Q.  And they were given very high exposures to gasoline?

09:18:47  15  A.  Yes -- well, they were given a range, the upper dose was a very

09:18:53  16  high exposure.

09:18:53  17  Q.  And did they observe any hematological effects on those rats

09:19:00  18  after high exposure to gasoline?

09:19:02  19  A.  No.

09:19:02  20  Q.  We've done a slide for this one.  What about the MacFarland

09:19:10  21  study from 1984, can you tell the Court about that study?

09:19:13  22  A.  Well, so this was a two-year bioassay, a chronic study, so they

09:19:19  23  were exposed for basically the lifetime of the animals.  And you can

09:19:25  24  see that the gasoline employed was typical of gasoline used in the

09:19:30  25  U.S. and contained two percent benzene.  They actually had to add a

09:19:34  1    little benzene to it because the gasoline they had didn't have that

09:19:37  2    much.  And then they exposed them to 67, 292 and about 2,000 ppm

09:19:45  3    benzene -- sorry, gasoline, 2056 ppm gasoline.  And there were no

09:19:54  4    hematological changes that were observed in these animals.

09:20:00  5            Why I put it here is that if you assume two percent

09:20:05  6    benzene, then this would equate to about a 40 ppm exposure to

09:20:12  7    gasoline -- okay.  If you assume two percent benzene in the

09:20:17  8    gasoline, then this exposure to gasoline would equate to about a 40

09:20:21  9    ppm exposure to benzene.  Where we know that amount of benzene can

09:20:27 10    start negatively affecting the animal's blood and you'll start

09:20:33 11    seeing the things that I described on the previous side,

09:20:36 12    lymphocytopenias and things like that.  So you don't see that in the

09:20:41 13    gasoline, which indicates that they're different, that the benzene

09:20:46 14    exposure from gasoline, at least in animals, doesn't have the same

09:20:51 15    effect as it does just pure benzene.

09:20:55 16    Q.  Each when you expose that animal to such a high dose of

09:20:59 17    gasoline that they're getting a significant dose of benzene within

09:21:02 18    the gasoline mixture, right?

09:21:04 19    A.  That's right.  So they would be getting at the highest dose

09:21:07 20    level, they would be getting about 40 ppm benzene, which on its own

09:21:11 21    you will certainly see hematological effects in these experimental

09:21:17 22    animals.

09:21:22 23    Q.  We marked earlier as Exhibit 6 the ATSDR toxilogical profile

09:21:27 24    for benzene, and I have on the screen here Figure 3.1 from that

09:21:33 25    study.  And I'm going to the next screen and show Figure 2-1 from

09:21:39  1    the ATSDR toxilogical profile for gasoline from 1995.

09:21:44  2            So I'll first go back to the ATSDR for benzene.  But what

09:21:48  3    do these two figures from the ATSDR tell us about gasoline toxicity?

09:21:53  4            THE COURT:  Wait a minute.

09:21:55  5            THE WITNESS:  This is benzene.

09:21:56  6            THE COURT:  This is benzene.

09:21:57  7            THE WITNESS:  Right.  So in the previous slide if the

09:22:02  8    animals were exposed to 40 ppm benzene from gasoline, there was

09:22:08  9    nothing that were happening, nothing was observed in their blood.

09:22:12 10    But here on this slide you can see that for benzene and the box

09:22:17 11    are -- these are studies where they've shown adverse effects, you

09:22:21 12    can see that they start seeing adverse effects at about one ppm and

09:22:26 13    then at ten you start seeing it in lots and lots of studies.  So 10

09:22:31 14    to 50 ppm is where benzene is where you always see hematology

09:22:38 15    effects start occurring in these experimental animals.  And then the

09:22:43 16    next slide --

09:22:44 17            THE COURT:  This is on animals?

09:22:46 18            THE WITNESS:  Yes.

09:22:47 19    BY MR. GRAY:

09:22:48 20    Q.  Just to set the slide up.  So on the left side here, you've got

09:22:52 21    parts per million, and it ranges from 0.01 all the way up to 1,000,

09:22:57 22    correct, Dr. Pyatt?

09:22:58 23    A.  Yes.

09:22:58 24    Q.  And those are the levels at which ATSDR is reporting that

09:23:04 25    animal studies have been conducted, right?

09:23:06   1   A.  Right, for benzene, yes.

09:23:07   2   Q.  For pure benzene.  And then across the top you have columns for

09:23:12   3   the different types of effects, you have death, respiratory,

09:23:15   4   hematological and others, but we're focused on hematological for

09:23:19   5   today, right?

09:23:20   6   A.  Yes.

09:23:20   7   Q.  So then under hematological you see these different triangles

09:23:24   8   and half filled in triangles and circles and then there's numbers

09:23:28   9   next to them.  I assume these numbers next to the icons represent

09:23:30  10   the references that the ATSDR is referring to, right?

09:23:35  11   A.  That's right.  So those are going to be specific animal studies

09:23:38  12   that are reporting some level of hematotoxicity associated with

09:23:42  13   those levels of benzene.

09:23:43  14   Q.  And in the ATSDR's evaluation of this literature, what they're

09:23:48  15   showing on Figure 3-1 is when these animals were exposed to pure

09:23:52  16   benzene, you start to see effects at doses over one ppm; is that

09:23:59  17   right?

09:23:59  18   A.  Actually you can see some at less.  But in general, because

09:24:03  19   I've looked at all of this literature, you start seeing consistent

09:24:07  20   evidence of hematotoxicity in animals at about ten ppm benzene.

09:24:13  21   Q.  Now, let's go to ATSDR's separate analysis of gasoline.  And by

09:24:22  22   the way, when the ATSDR does these analyses -- I am holding up an

09:24:30  23   extra copy of Defense 6 which is the ATSDR for benzene, this is

09:24:35  24   about six inches thick of data and references, would you agree?

09:24:39  25   A.  That doesn't look to be six --

09:24:43  1   Q.   Three or four inches?

09:24:44  2   A.   Yeah, it's a thick document.

09:24:46  3   Q.   Big document.  Now, we're look at Figure 2.1 ATSDR 1995 for

09:24:56  4   gasoline.  The heading of this slide or the heading of Figure 2.1

09:25:00  5   "Levels of Significant Exposure to Automotive Gasoline Inhalation."

09:25:05  6   So again, on the side here we have milligrams per --

09:25:11  7   A.   Milligram cubed, so it's just another measure of an air

09:25:15  8   concentration.

09:25:16  9   Q.   And we're showing between ten and 10,000 on the left and then

09:25:21 10   across the top are the columns, which include hematological,

09:25:25 11   correct?

09:25:25 12   A.   Right.  And this is in a chronic bioassay, so they expose these

09:25:29 13   animals to gasoline for a year or more.

09:25:31 14   Q.   And these -- many of these icons are simply blank circles,

09:25:40 15   correct?

09:25:40 16   A.   Right.

09:25:40 17   Q.   And I've written on the top of the slide, what does this blank

09:25:46 18   circle, empty circle stand for on Figure 2.1?

09:25:49 19   A.   Means they didn't see anything.  The open circle stands for

09:25:53 20   what they call a NOAEL, which is no observable adverse effects

09:25:59 21   level.  So those exposures in monkeys and rats, that's what the

09:26:06 22   little "M" stands for and the little "R" stands for, basically it's

09:26:10 23   what I just told you, there wasn't any hematology that they could

09:26:13 24   observe these animals after exposed to really high levels of

09:26:18 25   gasoline.

09:26:18   1    Q.  Let's talk a little bit -- oh, no, excuse me.  Yesterday

09:26:34   2    Dr. Infante discussed a series of studies that ranged from -- well,

09:26:51   3    they're out of order, is ranged from about 31 to 43.  I am looking

09:27:06   4    at Exhibit 1A and I am not finding those on here.  Let me set this

09:27:10   5    down for a second.  Maybe they weren't listed on Exhibit 1A.

09:27:26   6             Let me ask you this.  Do you remember a discussion of the

09:27:28   7    studies Dr. Infante was referring to where he was describing changes

09:27:33   8    in humans that were exposed to gasoline?

09:27:37   9    A.  Changes, the genotoxicity studies?

09:27:42  10    Q.  Yes.

09:27:42  11    A.  Yes.

09:27:43  12    Q.  There was about 15, 20 minutes of testimony on these studies,

09:27:47  13    true?

09:27:47  14    A.  Yes.

09:27:48  15    Q.  Those studies that Dr. Infante was referring to, what were the

09:27:52  16    investigators looking at in those studies?

09:27:55  17    A.  So they have taken gas station attendants and traffic police

09:28:03  18    and safety personnel that are out on the roads and a bunch of

09:28:09  19    different occupations, and looked at oxidative damage or other

09:28:13  20    evidence of toxicity in peripheral blood; and there's a lot of

09:28:19  21    these, there's a lot of these studies, and they find changes.  These

09:28:24  22    are healthy workers, they don't have leukemia, they don't have any

09:28:29  23    disease, per se, but they are finding evidence of oxidative stress

09:28:36  24    typically is what they're seeing.  So you might see a micronuclei,

09:28:41  25    you might see other forms of genotoxic events in peripheral

1 lymphocytes.

2            THE COURT:  It would help if you would identify which

3 studies you're talking about.

4            MR. GRAY:  Sure.  My notes show they were references 33 to

5 41, but I am looking at Exhibit 1A, but it's not in order.  Perhaps

6 counsel could be gracious enough to help me.

7            MR. PATTON:  Those were included, they were included

8 within the exhibit notebook, they were not included in Exhibit 1A,

9 there were separate slides for those.  And I can identify which

10 exhibits they were.  They were Exhibits 33, 34, 35, 36, 37, 38, 39,

11 40 and 41.

12            THE COURT:  So 33 to 41?

13            MR. PATTON:  Yes.

14            THE COURT:  Okay.  Thank you.

15            MR. GRAY:  Thank you, Mr. Patton.

16 BY MR. GRAY:

17 Q.  For example, the first study that Dr. Infante referred to was

18 Hogstedt, gasoline pump mechanics with increased frequency and sizes

19 of micronuclei in lymphocytes stimulated by pokeweed mitogen.  Is

20 this one of the studies in that range that Dr. Infante referred to?

21 A.  Yes.

22 Q.  In all of these studies -- in any of those studies were the

23 investigators looking at a particular effect that has some relation

24 to leukemia as a precursor, for example?

25 A.  Well, I think the way most people interpret this data is that

09:30:26  1   it's a biomarker of exposure, so it's evident that there has been

09:30:32  2   some type of exposure that they could measure in one of these

09:30:38  3   biological indices.  They didn't have leukemia, it's a complicated

09:30:43  4   literature; but, no, I am not aware of anyone that is saying micro

09:30:50  5   nuclei formation in a lymphocyte means that you're going to get

09:30:56  6   acute myeloid leukemia.  I mean, these are lymphocytes which is the

09:31:01  7   wrong cell really for that disease.

09:31:02  8            So the relevance that it has to leukemia is highly

09:31:05  9   questionable.  But it does indicate that there's been some type of

09:31:09 10   exposure.

09:31:11 11   Q.  And you say type of cell because AML is a myeloid leukemia,

09:31:17 12   which refers to what type of cell?

09:31:19 13   A.  It refers to a myeloid cell.

09:31:30 14   Q.  And were some of the animal studies you referred to earlier

09:31:30 15   focused on indicia of bone marrow damage as opposed to just indicia

09:31:37 16   of exposure in proof or blood?

09:31:38 17   A.  I don't understand that word, indicia?  What did you say?

09:31:40 18   Q.  Some of the animal studies that we referred to earlier in your

09:31:42 19   slide and that were part of the Exhibit 3, the investigators were

09:31:45 20   looking at whether or not those animals actually had damage to the

09:31:48 21   bone marrow, either by analysis of the bone marrow or by analysis of

09:31:52 22   blood effects that would be related to a damaged bone marrow; is

09:31:56 23   that right?

09:31:56 24   A.  Yes.  Yes, they definitely look, they definitely did biopsies

09:32:01 25   and looked at the marrow.

09:32:02  1   Q.  And in none of the studies that Dr. Infante referred to

09:32:06  2   beginning at Exhibit 33 were the investigators in those studies

09:32:09  3   looking at actually biopsies of bone marrow?

09:32:13  4   A.  No.

09:32:14  5            THE COURT:  Looking at biopsies of what?

09:32:18  6            MR. GRAY:  Bone marrow.

09:32:19  7   BY MR. GRAY:

09:32:19  8   Q.  Where are these myeloid cells?

09:32:20  9   A.  They're all over, but the ones that we think are probably the

09:32:24  10  most relevant in terms of developing a myeloid leukemia are in the

09:32:33  11  bone marrow.

09:32:33  12  Q.  We had prepared or you had prepared several slides related to

09:32:41  13  epidemiology.  I think we can probably skip a lot of them based upon

09:32:46  14  conversation we had yesterday.  But if we could just step back, and

09:32:49  15  as a scientist when you're confronted with a body of literature,

09:32:51  16  some of which has negative studies, some of which includes positive

09:32:55  17  studies, some of which includes statistically significant positive

09:32:59  18  studies, what is the recognized scientific method for evaluating

09:33:04  19  that body of epidemiologic literature to determine whether or not

09:33:09  20  general causation has been established?

09:33:10  21  A.  Well, I think the most widely accepted, certainly widely used

09:33:17  22  is what are referred to as the Bradford Hill criteria, and it was a

09:33:23  23  publication that came out of 1965; and specifically, what Dr. Hill

09:33:29  24  was describing are ways of determining causation from association or

09:33:36  25  distinguishing between association and causation.  And in doing

09:33:41  1   that, he set forth a standard though methodology that would allow

09:33:46  2   people to go through and make the determination is there sufficient

09:33:51  3   evidence to really think that there is a causal link between

09:33:56  4   exposure and disease or is it simply just an association.

09:34:02  5          Now, there are others, Evans published one; and I mean,

09:34:07  6   there are other methodologies, what IARC uses is very similar, they

09:34:12  7   don't call it the Hill criteria or Hill viewpoints or whatever he

09:34:19  8   calls them, but there are lots of versions, but they're all pretty

09:34:23  9   similar.

09:34:23 10   Q.  And in terms of the Bradford Hill criteria that we have up on

09:34:27 11   the screen now, which in the case of gasoline to you are

09:34:32 12   particularly important in determining whether or not the literature

09:34:36 13   establishes that gasoline or gasoline that contains benzene can

09:34:42 14   cause AML, or which of these are particularly important to you?

09:34:47 15   A.  Well, I think they're all, they all have some value in

09:34:51 16   considering.  But the way that I've always looked at it is the

09:34:55 17   strength of the association because that gets to statistical

09:34:59 18   significance and how large the odds ratio is and how wide the

09:35:05 19   confidence intervals are and all those kinds of things.  As well as

09:35:09 20   the replication of findings, that consistency among the literature.

09:35:13 21   That to me is the most important and it was when I was doing

09:35:16 22   experiments in the lab, no different.  You have to keep doing it and

09:35:21 23   get the same results from independent investigators or repeated

09:35:27 24   experiments before you really can rely that your conclusions are

09:35:32 25   justified.

09:35:34  1    Q.  And briefly, can you describe the distinction between an

09:35:37  2    association as opposed to an association that establishes causation?

09:35:46  3    Or are those two concepts distinct?

09:35:51  4    A.  An association is just a mathematical relationship that you

09:35:55  5    would observe in a study.  Causation is what you do when you have a

09:35:58  6    whole bunch of studies -- some that report some association, some

09:36:01  7    that don't -- and you look at this literature collectively and you

09:36:06  8    make a determination as to whether or not it fulfills this

09:36:12  9    methodology.  And again, to my way of thinking, the consistency, are

09:36:17 10    you seeing a consistent pattern of positive or not positive results.

09:36:26 11         The dose response as a toxicologist, that's always been

09:36:28 12    very important to me.  If you have workers that are very highly

09:36:32 13    exposed to whatever it is you're concerned about, then you would

09:36:37 14    think they're going to have a higher incidence of disease than

09:36:40 15    workers that are not highly exposed.  If you don't see that and it's

09:36:45 16    converse, well, then you have to take a step back and think, well,

09:36:49 17    maybe we don't really know what's going on.

09:36:52 18         So a dose response type of analysis is also important.

09:36:56 19    Q.  And applying these Bradford Hill factors, what is your opinion

09:37:01 20    as to whether or not it was established by the epidemiological

09:37:05 21    literature that gasoline causes AML?

09:37:08 22    A.  I think it's not been established, and I think that is

09:37:13 23    consistent with all of the regulatory and scientific bodies that

09:37:16 24    have evaluated this exact issue and are using something very

09:37:21 25    comparable to what's on this slide.

09:37:22  1   Q.  And we're about to go through, briefly, some of the literature

09:37:25  2   and some of what those organizations have said.  But do you rely for

09:37:29  3   your opinion both on what those agencies and entities have said, as

09:37:33  4   well as your own review of the literature?

09:37:34  5   A.  Yes.  I mean, I am going to look at literature and I am going

09:37:38  6   to think whatever I think based on the totality of those studies.

09:37:43  7   And then if they have evaluated it in these regulatory and

09:37:48  8   scientific bodies, for sure I am going to compare what I think with

09:37:52  9   what they think.  If there are differences and I think one thing and

09:37:56  10  IARC says something else, then I take a step back and go, okay.

09:38:00  11  Well, why are they different?  What is it that they think that I

09:38:04  12  haven't seen or they interpreting something differently.  But with

09:38:08  13  gasoline and leukemia, that was not necessary because their view is

09:38:15  14  100 percent consistent with mine.

09:38:16  15  Q.  I am going to skip through.  Next question, I've put it on the

09:38:28  16  slide.  Have gasoline and benzene been separately study in the

09:38:32  17  epidemiological literature?

09:38:38  18  A.  Sure.

09:38:38  19  Q.  And I think we've showed on the screen here, we are going to

09:38:38  20  have three studies we're going to go through, this is actually the

09:38:39  21  Richardson study from 1992.  And we have table five on the study.

09:38:45  22  What does that show in terms of epidemiologists' analysis of benzene

09:38:51  23  carcinogenicity as opposed to fuel carcinogenicity which are listed

09:38:56  24  in the first column there on the left?

09:38:58  25  A.  That's why I put this there because they're both on it.

09:39:01  1   They're see a statistically significant increase in benzene

09:39:05  2   associated with acute leukemia; but fuel, could be diesel, could be

09:39:12  3   gasoline, but petroleum based fuels, there is no statistically

09:39:17  4   significant increase.

09:39:19  5   Q.  And Dr. Wong in 2010, did Dr. Wong also in the Shanghai study

09:39:26  6   that we referred to earlier analyze gasoline separately from pure

09:39:31  7   benzene exposure?

09:39:31  8   A.  Right.  I know they went through this some yesterday, but the

09:39:35  9   first blue arrow points to a statistically significant increase in

09:39:41  10  total AML's from benzene, which is elevated; and then with gasoline

09:39:46  11  you don't see that same effect.  So clearly in this large

09:39:50  12  case-controlled study they were very different.  The risk profiles

09:39:54  13  for AML were very different for benzene and gasoline.

09:40:00  14  Q.  And we can find other studies that separately analyze benzene

09:40:03  15  and gasoline in the literature, true?

09:40:05  16  A.  There are a few, yes, where they have them both together.

09:40:08  17  Q.  For example, this is the last one, but this is from Table 3 of

09:40:14  18  Adegoke 2003 paper --

09:40:15  19            THE COURT:  Who is that?

09:40:16  20            THE WITNESS:  That did not come out very clear.

09:40:18  21            THE COURT:  Who is that?

09:40:20  22            MR. GRAY:  Adegoke.

09:40:20  23  BY MR. GRAY:

09:40:23  24  Q.  This is article one at tab 1B of Defendant's Exhibit 1.  It's

09:40:30  25  from 2003.  And that did not come out very well.

09:40:36  1        But did Adegoke also separately analyze gasoline and

09:40:41  2   benzene?

09:40:41  3   A.  They did.  And the first blue arrow is statistically

09:40:44  4   significant increase and they found associated with benzene and then

09:40:48  5   the bottom blue arrow they did not find that same increased risk

09:40:52  6   when these workers were exposed to gasoline.  And I can't read the

09:40:56  7   numbers so I can't tell you what they were.

09:40:58  8        MR. GRAY:  Okay.  Your Honor, just making a point of the

09:41:02  9   separate studies won't dwell on that article.

09:41:05  10       THE COURT:  Okay.

09:41:07  11  BY MR. GRAY:

09:41:11  12  Q.  Okay.  So we've look at this before so I am going to skip.

09:41:13  13  This is just -- these are the cover pages of the toxic profiles for

09:41:17  14  benzene and gasoline from the ATSDR, correct?

09:41:19  15  A.  Right.  I mean, they thought it was important to distinguish

09:41:24  16  between these and not just talk about gasoline as it if were a

09:41:29  17  carrier for benzene.  It has its own unique toxicology and so they

09:41:34  18  have separate ATSDR profiles to illustrate that.

09:41:41  19  Q.  I now have a repeat of the slide we showed earlier where you

09:41:44  20  went through NIOSH, WHO, ACGIH, the entities that would have looked

09:41:51  21  at potential health effects from gasoline.  And just in general when

09:41:55  22  each of these entities has looked at potential health effects of

09:41:58  23  gasoline, would they review the available literature?

09:42:02  24  A.  Sure, absolutely.

09:42:03  25  Q.  Did any of these entities make a conclusion that gasoline is

09:42:13  1  carcinogenic?

09:42:13  2  A.  No.  In fact the converse.

09:42:17  3  Q.  They generally found inadequate evidence of something to that

09:42:20  4  effect, right?

09:42:21  5  A.  Yes.

09:42:21  6  Q.  Yesterday we talked some about the healthy worker effect.  Did

09:42:27  7  these entities go back and recalculate the data from the original

09:42:32  8  epidemiological work as in the manner Dr. Infante did?

09:42:37  9  A.  Not that I've ever seen, no.

09:42:42  10       THE COURT:  Is that something that is a legitimate

09:42:47  11  undertaking by when an epidemiologist is reviewing a body of

09:42:56  12  literature to adjust data results that they think should be applied

09:43:04  13  to the data in the study that the study, the people who did it

09:43:08  14  didn't do?

09:43:09  15       THE WITNESS:  I don't think so.  I mean, once they publish

09:43:11  16  it then you've got the authors and their trained epidemiologists and

09:43:18  17  they didn't make that adjustment and then they submit it to the

09:43:21  18  journal and it goes out for peer review, and those are also

09:43:24  19  epidemiologist that understand and they didn't make the adjustment.

09:43:28  20  The editor of the journal is an epidemiologist and they didn't make

09:43:33  21  that adjustment.  So, no, I don't think that once the study has been

09:43:36  22  published to post hoc go back in and make changes in the data is at

09:43:40  23  all scientifically appropriate.

09:43:43  24  BY MR. GRAY:

09:43:44  25  Q.  Now, you're not contending that there's no such thing as the

09:43:47  1    healthy worker effect, are you?

09:43:49  2    A.  No, no.  From my understanding, and an epidemiologist, my

09:43:54  3    understanding is most clearly evident with cardiovascular disease

09:44:00  4    where in, say, refinery workers they are active and they are

09:44:05  5    generally more healthy with regard to stroke and heart attack and

09:44:11  6    that kind of thing.  But with cancer it doesn't make much sense, and

09:44:16  7    I've never seen it applied to cancer the way Dr. Infante did,

09:44:24  8    leukemia specifically.

09:44:25  9         THE COURT:  Why wouldn't it make sense to apply it with

09:44:29  10   cancer workers.

09:44:30  11        THE WITNESS:  Well, because I don't think we understand

09:44:31  12   what it is that people might have that would cause them to get

09:44:36  13   cancer.  So why would they be screened out of the work force.  So

09:44:41  14   with the healthy worker effect if there's some issue, the idea is

09:44:46  15   that the people that are going to get that disease don't get hired.

09:44:52  16   But we don't know why people get breast cancer or why they get

09:44:57  17   leukemia specifically so there would be no reason for that bias to

09:45:00  18   occur.  That's my understanding.

09:45:07  19   BY MR. GRAY:

09:45:07  20   Q.  And, in fact, we won't walk back through it, but yesterday we

09:45:10  21   looked at some language from the health watch study where the

09:45:14  22   researchers in Australia were making a distinction between a

09:45:18  23   mortality study as opposed to the incidence studies and the

09:45:21  24   applicability of the healthy worker effect, right?

09:45:24  25   A.  For cancer, yes.

09:45:25  1    Q.  For cancer, correct.

09:45:26  2          Do you regularly see in the epidemiological literature

09:45:31  3    researchers go back and recalculate healthy worker effect adjusted

09:45:35  4    numbers that others have published, is that something you commonly

09:45:38  5    see

09:45:38  6    A.  I've only seen it one other time.

09:45:40  7    Q.  And who have you seen do that?

09:45:42  8    A.  It was Martin Smith's group out of Berkley and he did it with a

09:45:47  9    group of studies for benzene and NHL and then went and listed them

09:45:55 10    and said, "If you make this adjustment for the healthy worker

09:45:58 11    effect, here is what the answer is."  That's the only time I've ever

09:46:04 12    seen it done.

09:46:04 13    Q.  And this hearing isn't about Dr. Smith, he is certainly well

09:46:10 14    credentialed, fair?

09:46:11 15    A.  I think so, yes.

09:46:11 16    Q.  Also regularly testifies for plaintiffs in benzene litigation

09:46:15 17    cases, true?

09:46:16 18    A.  Yes.

09:46:16 19    Q.  So let's go through some of these regulatory entities.  We

09:46:34 20    discussed them briefly yesterday, but I think it's worth going back

09:46:39 21    into.  So the first slide is volume 45 of a publication call by

09:46:43 22    IARC.  What did IARC do with respect to its analysis of gasoline?

09:46:51 23    A.  Well, they looked at all of the data, they looked at all of the

09:46:56 24    available epidemiology, they looked at all of the available

09:46:59 25    toxicology and animal studies, and they evaluated it the same way

09:47:05  1    that we just described with the Bradford Hill, you know, consistency

09:47:11  2    and dose response analysis and those kinds of criteria that really

09:47:16  3    most every, all of these regulatory bodies, scientific organizations

09:47:23  4    look at.  And their conclusion was there's inadequate evidence for

09:47:29  5    the carcinogenicity of in humans of gasoline.

09:47:32  6    Q.  What conclusion did they reach with respect to the animals,

09:47:35  7    animal studies?

09:47:36  8    A.  Well, they said there's limited evidence for the

09:47:39  9    carcinogenicity in experimental animals for unleaded automotive

09:47:43 10    gasoline, which is based on the male rat kidney tumor that EPA and

09:47:51 11    most everyone has said there is a specific mechanism as to why that

09:47:56 12    happens in a male rat, not a female rat, not a male mouse, not

09:48:00 13    humans, and so it's very specific to that species and that gender.

09:48:08 14    And so it's not really relevant to humans.

09:48:13 15    Q.  Yesterday Dr. Infante was asked if he was aware of whether or

09:48:19 16    not IARC had, in the last few years, gone back and come up with a

09:48:24 17    list of agents that it wanted to do more analysis of; do you

09:48:29 18    remember that line of questioning?

09:48:30 19    A.  No.

09:48:31 20    Q.  Well, we won't worry about what Dr. Infante did or didn't say,

09:48:34 21    the record will speak for itself.

09:48:36 22            This is a study I have up on the slide, we have marked

09:48:40 23    this as Defense Exhibit 4.  It is, "Research Recommendations for

09:48:47 24    Selected IARC-Classified Agents," did I read that title correctly?

09:48:50 25    A.  Yes.

09:48:51  1    Q.  And there's, I don't know, there's over ten authors of this

09:48:57  2    document.  What is this document in and generally who were these

09:49:00  3    people who wrote it?

09:49:02  4    A.  Well, this is the scientific panel that had been invited and

09:49:08  5    gathered for this, I don't know, two-year period, I am not quite

09:49:14  6    sure how that works; but these are the investigators that have been

09:49:19  7    invited to come and sit on this panel and re-evaluate or do new

09:49:26  8    analyses of new chemicals that IARC thinks is important.

09:49:33  9    Q.  One of the names I see on here over on the right by note 12 is

09:49:40  10   Elsebeth Lynge.  Who is Dr. Lynge and what is her relevance to the

09:49:44  11   study of gasoline and carcinogenicity?

09:49:48  12   A.  Dr. Lynge in 1997 published the largest study of gasoline

09:49:55  13   station attendants and did not see an increase in AML, statistically

09:50:03  14   significant increase or any meaningful increase.  And so the reason

09:50:08  15   why that would have some relevance here -- well, the bottom line is,

09:50:11  16   they didn't say we need to start evaluating -- we need to evaluate

09:50:15  17   gasoline again.  And I think had Dr. Lynge seen an increase in the

09:50:23  18   service station attendants, then she would say, well, we missed it.

09:50:28  19   We didn't get it right in 1987 or 1988, whenever Volume 45 was

09:50:33  20   published, and we need to redo it and put it on this priority list,

09:50:40  21   and that didn't happen.

09:50:41  22            THE COURT:  What is the date of this?

09:50:46  23            THE WITNESS:  It's 2010.

09:50:48  24            MR. GRAY:  It's published in *Environmental Health*

09:50:49  25   *Perspectives* in 2010, October.

09:50:53   1    BY MR. GRAY:

09:50:55   2    Q.  So the way these authors are listed here, there's basically a

09:50:58   3    footnote next to their name, and then just below it list where the

09:51:02   4    author is from, correct?

09:51:04   5    A.  Yes.

09:51:04   6    Q.  So I am going to read where some of these people are from, tell

09:51:08   7    me if I am getting any of these wrong.  American Cancer Society,

09:51:12   8    NIOSH, IARC, EPA, ATSDR, a professor at the University of

09:51:20   9    Pittsburgh, the Finnish Institute of Occupational Health, National

09:51:25  10    Institute of Environmental Health Sciences, National Institute of

09:51:28  11    Health, National Cancer Institute, another person from the National

09:51:32  12    Institute of Health, and a whole bunch more of other people,

09:51:35  13    correct?

09:51:35  14    A.  Yes.

09:51:36  15    Q.  Well-credentialed group?

09:51:38  16    A.  For sure.

09:51:39  17    Q.  And so in their objectives they wanted to get together and

09:51:46  18    identify research gaps and needs for 20 agents prioritized for

09:51:51  19    review based on evidence of widespread human exposures and potential

09:51:56  20    carcinogenicity in animals or humans, right?

09:51:59  21    A.  Correct.

09:51:59  22    Q.  And they were focussing on:  "Chemicals, metals, dust and

09:52:03  23    physical agents for which there is widespread human exposure,

09:52:07  24    predominantly in occupational settings, and we address unresolved

09:52:11  25    questions regarding carcinogenicity."  Did I read that right?

09:52:17  1    A.  Yes.

09:52:18  2    Q.  So did these researchers when they put this list of 20 agents

09:52:27  3    together that they thought IARC should look at in more detail, did

09:52:33  4    they list gasoline?

09:52:34  5    A.  No, they did not.

09:52:34  6    Q.  I am looking here on page 1358, they list styrene, they list

09:52:40  7    propylene oxide, they list formaldehyde.  Gasoline did not make the

09:52:45  8    top 20, according to this group, of things that IARC really needs to

09:52:49  9    go back and look at because we're not really sure about gasoline and

09:52:53 10    carcinogenicity, didn't make that list, did it?

09:52:57 11    A.  That's true.

09:52:58 12         THE COURT:  Let me ask you a question.  They keep reducing

09:53:01 13    the benzene content of gasoline and reducing workplace exposures to,

09:53:10 14    seems like to lower than they were during the time period where the

09:53:16 15    exposures in this case took place.  I guess my question is, why

09:53:21 16    would, if they've sort of taken care of the problem, why would they

09:53:25 17    go back and look at gasoline?  Do you follow what I'm saying?

09:53:31 18         THE WITNESS:  If they've taken care of the problem by

09:53:33 19    reducing the benzene levels in the air?

09:53:36 20         THE COURT:  Yes.  In the air and workplace exposures now,

09:53:40 21    why would they go back and do a gasoline study when current

09:53:48 22    exposures are so much less -- current benzene content in gasoline is

09:53:57 23    so much less now than it was way back when?

09:54:01 24         THE WITNESS:  Well, they probably wouldn't.  I think if

09:54:04 25    Dr. Lynge found an increase in those gasoline station attendants

09:54:11 1   that she looked at some 19,000 and they went back for a long way,

09:54:15 2   and the European gasoline had three to five percent benzene in it,

09:54:20 3   so I don't think there's ever been a time when we had more benzene

09:54:23 4   in gasoline.  Had she seen an increase in leukemia in those workers,

09:54:27 5   I think she would have absolutely brought it to this panel, but she

09:54:31 6   didn't.  So it was really no basis for them to think that gasoline

09:54:34 7   exposure in the workplace was a concern.

09:54:40 8   BY MR. GRAY:

09:54:40 9   Q.  This follows a question the Court just had.  The entity that

09:54:45 10  Dr. Infante described as wanting to reduce the benzene content of

09:54:50 11  gasoline, that was the USEPA, right?

09:54:53 12  A.  That's correct.

09:54:53 13  Q.  And I have on the screen a document that was tabbed, I believe

09:55:01 14  it's 1B-3 in defense Volume 1A exhibits.  This is an evaluation of

09:55:11 15  the carcinogenicity of gasoline.  When was this published?

09:55:15 16  A.  Sorry.

09:55:17 17          THE COURT:  Do you need some water?

09:55:18 18          THE WITNESS:  That's the problem.

09:55:22 19          THE COURT:  Oh, can't help you then.

09:55:27 20          THE WITNESS:  This was -- it was published in 1987.

09:55:32 21  BY MR. GRAY:

09:55:33 22  Q.  So as of 1987, what did the EPA conclude about the

09:55:41 23  carcinogenicity of gasoline?

09:55:44 24  A.  So the EPA Science Advisory Board and Health Effects Institute,

09:55:50 25  which is on the other paragraph up there, they reviewed everything

09:55:54  1  they could find; and their basic conclusion was the evidence for

09:55:57  2  evaluating gasoline as a potential carcinogen is considered

09:56:01  3  inadequate under the EPA guidelines for the criteria for

09:56:07  4  epidemiologic evidence.

09:56:08  5  Q.  And you're reading there from the last page of the document,

09:56:11  6  page 3 in the last two and three paragraphs, correct?

09:56:15  7  A.  Right.

09:56:15  8  Q.  Now, what is the EPA, what is it tasked with, what is its job?

09:56:25  9  A.  It's tasked with protecting the environment and the general

09:56:27 10  population.

09:56:28 11  Q.  And how does the EPA go about assessing risk to the environment

09:56:36 12  or the general population from potentially harmful materials?

09:56:41 13  A.  Well, I worked for the agency for a couple of years, and they

09:56:46 14  basically do a risk assessment.  And then kind of set bright lines

09:56:54 15  based on the calculated risk as to whether or not you can

09:56:59 16  essentially ignore it, whether you need to discuss it more, gather

09:57:05 17  more data, or whether the risks are high enough to where you really

09:57:08 18  need to take action and try to mitigate those risks.

09:57:12 19  Q.  And when the EPA makes a determination that a substance is

09:57:20 20  carcinogenic, like benzene for example, how does the EPA go about

09:57:28 21  determining the levels of that carcinogen that are potentially

09:57:33 22  harmful?

09:57:34 23  A.  Well, the USEPA for benzene, their risk assessment is based on

09:57:39 24  a linear extrapolation model; and what that means in simple terms is

09:57:46 25  that any increased exposure carries with it an increased risk of

09:57:52  1    leukemia.  That's just the way they do it, it's a precautionary

09:57:57  2    principle kind of position, it's a policy position.  And they

09:58:01  3    regulate it -- they regulate all carcinogens linearly unless there

09:58:07  4    is evidence of mechanism that would indicate that that's not

09:58:10  5    appropriate.

09:58:11  6             There is some evidence on benzene that maybe that's not

09:58:15  7    the best way to do it, but whatever, that's the way EPA does it.  So

09:58:20  8    they are saying any increase in exposure based on their internal

09:58:25  9    risk assessment process carries with it an increase in risk.

09:58:29 10    Q.  And that risk assessment is basically reduced to a mathematical

09:58:33 11    formula, right?

09:58:34 12    A.  Correct.

09:58:35 13    Q.  So for every .001-part per million of benzene you can get

09:58:42 14    someone at the EPA with a calculator to calculate the number of

09:58:47 15    excess leukemias that might occur from that .001 ppm exposure,

09:58:51 16    right?

09:58:51 17    A.  Absolutely.

09:58:52 18    Q.  And that number of cancers might be .000001 cancers from that

09:58:57 19    exposure, right?

09:58:58 20    A.  Or even less, yeah.

09:59:00 21    Q.  Or even less.

09:59:01 22             So when EPA says, well, we want to reduce risks by

09:59:05 23    reducing potential exposures to a carcinogen, there is always

09:59:09 24    someone at EPA that can do that mathematical calculation and say,

09:59:13 25    well, we're reducing the risk by reducing the exposure from the

09:59:16 1  carcinogen and they can point to a calculation that supports that,
09:59:19 2  right?
09:59:19 3  A.  Oh, for sure, for sure.
09:59:21 4  Q.  What the EPA hasn't done is said it's established in epi
09:59:27 5  studies that gasoline, whether it has benzene or not, causes
09:59:33 6  leukemia or another type of cancer in humans?
09:59:35 7  A.  No, no.
09:59:36 8  Q.  And as we just saw, the EPA has done an independent analysis of
09:59:42 9  whether or not it can even say gasoline is carcinogenic at all,
09:59:46 10 right?
09:59:46 11 A.  Right.  In '87, yes.
09:59:48 12 Q.  So, for example, there is benzene in strawberries and bananas,
09:59:54 13 right?
09:59:55 14 A.  Yes, low levels.
09:59:55 15 Q.  And if you go to the EPA scientists and give that scientist the
10:00:00 16 level of benzene in that strawberry, he'll run you a calculation to
10:00:04 17 show you the cancer risk from eating the strawberry, won't he?
10:00:08 18 A.  For sure.  I do that in my risk assessment class.  I teach them
10:00:11 19 how they do it and then we talk about interpreting what that data
10:00:15 20 means.
10:00:15 21 Q.  Just while we're picking on the EPA, the reason they do that is
10:00:20 22 so they can have some kind of an objective basis they can point to
10:00:24 23 when they make their decisions, right?
10:00:25 24 A.  Right.
10:00:26 25 Q.  Now, would you say that since the EPA has decided it's good to

10:00:32  1    reduce exposure to benzene that the EPA has concluded that those

10:00:36  2    strawberries cause cancer?

10:00:39  3    A.  That -- no, I would not think that that's been their

10:00:43  4    conclusion.

10:00:43  5    Q.  Now, I am going to skip ahead a little bit.  We talked about

10:00:55  6    the ATSDR yesterday.

10:00:59  7              MR. GRAY:  Your Honor, could where ask Mr. Patton if I

10:01:02  8    could show on the ELMO the slide, I think it was 46, that he showed

10:01:08  9    to Dr. Infante that had the call out?

10:01:11 10              MR. PATTON:  Sure.

10:01:11 11              THE COURT:  Is that the last thing we looked at yesterday?

10:01:14 12              MR. GRAY:  It was very late in the day, yes, your Honor.

10:01:18 13    Do you have that with you?

10:01:19 14              THE COURT:  The one that said probable?

10:01:22 15              MR. GRAY:  Yes, your Honor.

10:01:37 16              MR. PATTON:  Actually that's in the slides I have for

10:01:41 17    Dr. Pyatt.

10:01:43 18              MR. GRAY:  Do you have a hard copy?

10:01:48 19              THE COURT:  Do we have one of those?  Why don't we have it

10:01:52 20    in the exhibits?

10:02:04 21              MR. PATTON:  It's Exhibit 46 in my notebooks of materials

10:02:07 22    for Dr. Infante.

10:02:08 23              MR. GRAY:  It's not the article itself, I want to show the

10:02:11 24    court the slide and show Dr. Pyatt the actual slide that was

10:02:14 25    presented.

10:02:16  1        THE COURT:  Go ahead.

10:02:17  2        MR. PATTON:  The slide that was presented reflects page 86

10:02:20  3   of Exhibit 46 in my notebook.

10:02:24  4   BY MR. GRAY:

10:02:24  5   Q.  I am just very briefly going to show this.  This was a slide

10:02:28  6   that was shown to Dr. Infante yesterday.  It has a picture of the

10:02:32  7   ATSDR toxilogical profile for gasoline from June '95, and there is a

10:02:36  8   callout box that says:  "Based on the weight-of-evidence from the

10:02:40  9   animal data discussed above, EPA classified gasoline as a Group B2

10:02:46 10   (probable) carcinogen."  First, did I read that correctly?

10:02:49 11   A.  Yes.

10:02:50 12   Q.  Do you remember seeing the testimony about that in

10:02:56 13   Dr. Infante's discussion yesterday?

10:02:58 14   A.  Yes.

10:02:58 15   Q.  So now I have on the overhead camera here the full copy of the

10:03:04 16   tox profile for gasoline June '95, I think both sides have marked

10:03:08 17   this as an exhibit.  And I am going to go to page 86 where there is

10:03:16 18   this discussion, and I am going to reread what I just read from

10:03:23 19   Mr. Patton's slide.  "Based on the weight-of-evidence from the

10:03:26 20   animal data discussed above, EPA classified gasoline as a Group B2

10:03:32 21   (probable) carcinogen."  But then there's a footnote.  Correct?

10:03:35 22   A.  Yes.

10:03:36 23   Q.  What does the footnote say?

10:03:39 24   A.  "This classification has not been verified by EPA's

10:03:43 25   Carcinogenic Risk Assessment Verification Endeavor (CRAVE)

10:03:52  1   workgroup, is not on IRIS, and is currently undergoing review by

10:03:57  2   EPA."

10:04:01  3   Q.  I think we already talked about these studies.  What came out

10:04:04  4   around this time period in '87 when EPA made this decision that gave

10:04:10  5   EPA some concerns that gasoline might be carcinogenic?

10:04:14  6   A.  It was both Kuna and the MacFarland study where they saw an

10:04:20  7   increase in kidney cancer in male rats.

10:04:22  8   Q.  And then other investigators looked at that finding of

10:04:27  9   increased kidney cancer in male rats and could they replicate that

10:04:31 10   finding in female rats?

10:04:32 11   A.  No.

10:04:33 12   Q.  Could they replicate that finding in other animals?

10:04:36 13   A.  No.

10:04:37 14   Q.  What did those researchers conclude about whether or not that

10:04:42 15   finding in male rats is applicable to humans?

10:04:44 16   A.  Well, Jim Sternberg at the University of North Carolina did a

10:04:50 17   really eloquent series of experiments to understand why it is that

10:04:57 18   gasoline in male rats causes this tumor, and that mechanism is not

10:05:03 19   operational in human males, nor in female rats or mice or any other

10:05:11 20   species.  So it seemed to be quite unique to the male rat.

10:05:15 21          And then EPA now has said, okay.  If it looks like it's

10:05:19 22   acting through this mechanism, then it's not applicable or relevant

10:05:27 23   to human carcinogenicity evaluations.

10:05:31 24   Q.  And as we see here in footnote one, if the EPA wants to

10:05:37 25   classify gasoline as carcinogenic, it actually has a means to do so,

10:05:41 1   doesn't it?

10:05:42 2   A.  Oh, yes.

10:05:43 3   Q.  EPA can classify something as group B two or in some other

10:05:48 4   group if it's even more confident that it's carcinogenic, right?

10:05:52 5   A.  Yes, for sure.

10:05:53 6   Q.  To this day has the EPA classified gasoline as carcinogenic?

10:05:57 7   A.  No.

10:05:57 8   Q.  This statement that was on the slide yesterday was from page

10:06:06 9   86, show the court that, and then we're going to go to page 87 and I

10:06:18 10  am going to focus on what's on the top of the page here.  First

10:06:21 11  there's a statement:  "Benzene, a component of gasoline, is a known

10:06:26 12  human carcinogen."  Do you agree with that?

10:06:29 13  A.  Yes.

10:06:30 14  Q.  And then a little further down ATSDR says:  "The evidence for

10:06:35 15  an association between increased incidence of cancer (including

10:06:40 16  leukemia) and exposure to gasoline in humans is inadequate."  Did I

10:06:44 17  read that right?

10:06:44 18  A.  Correct, yes.

10:06:45 19  Q.  Would it be fair to say that ATSDR's official position on

10:06:50 20  gasoline is evidence is inadequate that it causes leukemia?

10:06:54 21  A.  Yes, yes.  I think there's even a stronger statement in there

10:06:58 22  somewhere, but, yes, that is their position.

10:07:03 23          THE COURT:  And that was 1995?

10:07:05 24          THE WITNESS:  Yes.

10:07:06 25          MR. GRAY:  Yes, your Honor, that was June '95.

10:07:10   1   BY MR. GRAY:

10:07:11   2   Q.   Does ATSDR still publish toxilogical profiles?

10:07:17   3   A.   I don't know the answer to that.

10:07:20   4   Q.   What we've seen they published one for benzene but not gasoline

10:07:29   5   as recently as 2007, right?

10:07:31   6   A.   Right.   There were some budget issues they had in the last two

10:07:35   7   or three years, so I don't really know what's going on within that

10:07:38   8   agency right now.

10:07:39   9   Q.   Let's look at the ACGIH.   Has the ACGIH studied gasoline?

10:07:49   10   A.   Yes.

10:07:50   11   Q.   And has it recommended a TLV for gasoline?

10:07:58   12   A.   It has.

10:07:59   13   Q.   Has the ACGIH determined that gasoline is carcinogenic to

10:08:07   14   humans, causes leukemia in humans?

10:08:10   15   A.   No, no.   They classified it as an A3, which they define as a

10:08:16   16   confirmed animal carcinogen, back to the male kidney tumors, the

10:08:21   17   kidney cancer in male rats, confirmed animal carcinogen with unknown

10:08:27   18   relevance to humans.

10:08:28   19   Q.   And there was some discussion of this yesterday, the National

10:08:40   20   Toxicology Program releases reports on carcinogens periodically,

10:08:43   21   right?

10:08:43   22   A.   Yes.   I think they have to do it every year.

10:08:46   23   Q.   That's a congressionally mandated duty?

10:08:49   24   A.   That was my understanding, yes.

10:08:50   25   Q.   And in 2014 when the National Toxicology Program, which is I

10:08:56  1   guess a division of the U.S. Department of Health and Human

10:09:00  2   Services, published its list of carcinogens, did the NTP identify

10:09:06  3   gasoline as a carcinogen?

10:09:07  4   A.  No.

10:09:07  5   Q.  Here is a slide from our old friend Casarett & Doull.  When

10:09:21  6   toxicology students are learning about toxicology or graduate

10:09:24  7   students or medical school students are learning about toxicology,

10:09:27  8   what are they learning as of the most recent edition of Casarett &

10:09:32  9   Doull in terms of gasoline carcinogenicity?

10:09:35 10   A.  They're going to learn that it's not an established human

10:09:39 11   carcinogen.  And if they want to learn more about it, they're being

10:09:45 12   referred to the 1995 ATSDR tox profile for gasoline.

10:09:52 13   Q.  And there's also a reference there to IARC's classification,

10:09:55 14   right?

10:09:55 15   A.  Yes.

10:09:55 16   Q.  Now, this next slide -- we are not going to go through each of

10:10:11 17   these articles.  For the record, this slide is labeled:  "Studies DO

10:10:16 18   NOT Show There is an Elevated Risk Between Occupational Exposure to

10:10:19 19   Gasoline and AML/leukemia."

10:10:22 20        THE COURT:  Is that an exhibit number?

10:10:24 21        MR. GRAY:  That is not an exhibit number, your Honor, but

10:10:27 22   the articles that are referenced on this slide, as well as the next

10:10:31 23   slide, are included in Defense Exhibit 1.

10:10:40 24        THE COURT:  Can we have a copy of the slide just for

10:10:43 25   reference?  It won't be an exhibit but just an organizational

10:10:49  1  document.

10:10:49  2          MR. GRAY:  Your Honor, I brought a complete copy of the

10:10:53  3  PowerPoint for the court's convenience.  If you'd like, I can pass

10:10:55  4  that up.

10:10:56  5          THE COURT:  Well, okay.  Whatever.

10:10:59  6          MR. PATTON:  Mr. Gray, I would ask if you have copies, can

10:11:02  7  we all have a copy of that slide with those charts, comparable to my

10:11:06  8  1A?

10:11:06  9          THE COURT:  Sure.  These are more demonstratives, they're

10:11:11  10  not really -- unless they're admitted somewhere else in evidence.

10:11:20  11          MR. GRAY:  I am going to at least mark this for

10:11:23  12  identification, if that's okay, as D-8, just so we keep track of it.

10:11:29  13          THE COURT:  Make it a court exhibit.

10:11:31  14          MR. GRAY:  Your Honor, I would ask if I lay the foundation

10:11:35  15  with Dr. Pyatt that slides 25 and 26 that I just showed, I would ask

10:11:39  16  that they be admitted separately as summary.

10:11:42  17          THE COURT:  As a summary?  Which is slide 25, is that

10:11:48  18  this?

10:11:49  19          MR. GRAY:  Yes, your Honor, it's the slide we have up,

10:11:52  20  which is slide 25, and the hard copies are numbers; and slide 26, a

10:11:55  21  summary of the literature that Dr. Pyatt has reviewed.

10:11:58  22          MR. PATTON:  We marked 1A, which was my chart of the

10:12:01  23  studies, and so these exhibits, demonstrative slides 25 and 26 I

10:12:07  24  think that would make everybody, including the court's job, easier,

10:12:11  25  so I am fine with those being included in the record.

10:12:13   1          THE COURT:  Okay.  So as soon as he does his testimony on

10:12:19   2   this and I determine that he's summarized them, will admit 25 and

10:12:25   3   26, and will be admitted as Plaintiff's -- it was 1A, right, was

10:12:30   4   your summary?

10:12:31   5          MR. PATTON:  Yes.

10:12:32   6          THE COURT:  Will admit these two and then Plaintiff's 1A

10:12:35   7   summary exhibits.

10:12:42   8          MR. GRAY:  So to keep the record as clean as we can, your

10:12:45   9   Honor, I am going to mark just slides 25 and 26 as Defense 9.  And I

10:12:50  10   would like to approach Dr. Pyatt if I may?

10:12:53  11          THE COURT:  All right.

10:13:03  12   BY MR. GRAY:

10:13:04  13   Q.  Dr. Pyatt, in front of you is Defense Exhibit 9, which is also

10:13:07  14   slides 25 and 26 on this table.  Can you tell the court what you did

10:13:17  15   in putting these studies together?

10:13:20  16   A.  So this slide and the next, these are all of the studies that I

10:13:26  17   could find that had data relevant to AML/leukemia that was

10:13:33  18   associated with being a mechanic, being a service station attendant,

10:13:38  19   being a distribution worker, or exposed to gasoline through some

10:13:45  20   undefined way where they just did a specific epidemiological

10:13:50  21   comparison between gasoline and AML/leukemia.  As far as the colors,

10:13:56  22   so the I guess that's kind of yellow, those are studies where there

10:14:05  23   is not a statistically significant increase in AML or leukemia

10:14:11  24   associated with that gasoline exposure.

10:14:13  25          THE COURT:  Say that again, I was writing and I didn't

10:14:15  1    hear what you said.

10:14:15  2            THE WITNESS:  So the yellow, the one that's the

10:14:17  3    predominant color, maybe tan, those are the --

10:14:22  4            THE COURT:  I don't see it, am I color blind, because I

10:14:25  5    see green, I see red.

10:14:27  6            MR. GRAY:  Your Honor, I would correct or suggest to

10:14:30  7    Dr. Pyatt that some of these are basically unshaded so you have some

10:14:33  8    shaded green, some shaded red, some shaded purple, and then there's

10:14:38  9    everything else.

10:14:39  10            THE COURT:  So is it the everything else that he is

10:14:42  11    talking about?

10:14:42  12            THE WITNESS:  Yes, your Honor.  So everything elsewhere

10:14:44  13    are the ones where they have done a specific comparison between

10:14:49  14    service station attendants or distribution workers or mechanics and

10:14:56  15    specifically made an epidemiological comparison to AML or leukemia.

10:15:04  16            The green ones are positive in that they are

10:15:07  17    statistically significantly elevated.  The red ones are the ones

10:15:12  18    that Dr. Infante discussed yesterday.  And then so, you know, he

10:15:19  19    discussed pretty much all of the green ones, he discussed all of the

10:15:25  20    positive ones.  And then the purple, or blue, purple up there, I

10:15:32  21    don't know how it comes out, but the purple are the studies where

10:15:36  22    Dr. Infante made a change in the originally published data and came

10:15:46  23    up with his own relative risk values according to, you know, his

10:15:52  24    interpretation of the healthy worker effect.

10:15:56  25            MR. GRAY:  Your Honor, as we're discussing these slides, I

10:16:00  1    am realizing I did not bring a color copy for Exhibit 9.

10:16:04  2             THE COURT:  I realize that, too.

10:16:05  3             MR. GRAY:  May I supplement the record with a color copy

10:16:08  4    of these slides?

10:16:09  5             THE COURT:  Yes, that's fine.

10:16:09  6             MR. GRAY:  Okay.  Thank you.

10:16:09  7    BY MR. GRAY:

10:16:10  8    Q.  So of the positive studies that you show on 25 and 26, did you

10:16:18  9    tally up the number of positive studies that Dr. Infante talked

10:16:21 10    about yesterday, the number of statistically significant positive

10:16:24 11    studies?

10:16:24 12    A.  I think there were six or seven, I don't remember the number.

10:16:29 13    Q.  Did he basically discuss every positive study that was out

10:16:34 14    there that he could find?

10:16:35 15    A.  Yes.

10:16:36 16    Q.  And then there are the studies in purple that were not positive

10:16:41 17    but he made some adjustment to the data to obtain a result that

10:16:48 18    suggested a stronger association, fair?

10:16:50 19    A.  Yes.

10:16:50 20    Q.  So that's Rushton '93, Wong '93, Rushton '97, and Sorahan 2002.

10:16:58 21    So he did that four of the studies that weren't positive, right?

10:17:02 22    A.  Correct.

10:17:02 23    Q.  And then there was another batch of studies that weren't

10:17:05 24    positive and those are the one that you've marked in red here that

10:17:08 25    don't have a green or purple next to them.  And do you recall the

10:17:13  1  number of those that you counted that he cited that were not

10:17:17  2  positive where he didn't make any adjustments to the data?

10:17:20  3  A.  No, there were three or four, something like that.  I am not

10:17:24  4  sure.

10:17:24  5  Q.  Could it be as many as seven of the fields here?  That met that

10:17:29  6  criteria, remember we're on two pages of the slide.

10:17:32  7  A.  Okay, yes.

10:17:33  8  Q.  So about seven?

10:17:34  9        THE COURT:  I don't mean to be dumb, but I am just trying

10:17:37 10  to follow you.  We're talking about the red ones?

10:17:37 11  BY MR. GRAY:

10:17:41 12  Q.  So the red is what Dr. Infante reviewed, correct?

10:17:44 13  A.  Yes.

10:17:44 14  Q.  And yesterday during his testimony he told the court about

10:17:49 15  seven of those red studies that were positive, right?

10:17:51 16  A.  Yes.

10:17:52 17        THE COURT:  Four he changed, the third category you're

10:17:52 18  talking about?

10:17:52 19  BY MR. GRAY:

10:17:57 20  Q.  The third category were not positive studies he didn't change

10:18:00 21  and told the court about seven of those, fair?

10:18:03 22  A.  Yes.

10:18:03 23  Q.  Then I counted earlier, and the record will speak for itself,

10:18:06 24  but there's 25 or more other studies that were not positive that

10:18:10 25  Dr. Infante didn't talk about during his analysis yesterday, right?

10:18:14  1    A.  That's correct.

10:18:14  2    Q.  And if you're looking at whether or not there is a strong and

10:18:20  3    consistent association between the potential carcinogen and a

10:18:25  4    particular cancer, isn't it important to look at all of the studies

10:18:30  5    that have relevant data?

10:18:31  6    A.  Sure.  I mean, that's the whole basis for what we've been

10:18:35  7    talking about with the Bradford Hill.

10:18:38  8    Q.  And you feel like that's what you've done here?

10:18:40  9    A.  Yes.  I mean, each -- I mean, many of these studies will have

10:18:45 10    lots of epidemiologic comparisons within them, so you can take issue

10:18:52 11    and say, well, this one is not the most relevant or maybe you should

10:18:55 12    have put this one in there.  So I put the one that I felt like after

10:18:59 13    reading the paper was the most relevant.

10:19:03 14              And if I could find any positive finding that made sense,

10:19:09 15    then I colored it green.

10:19:13 16    Q.  Fair enough, because some of these studies may have 10 or 12

10:19:17 17    tables, right?

10:19:17 18    A.  And each of those tables may have lots and lots of

10:19:21 19    epidemiologic comparisons, particularly when you get on the next

10:19:24 20    page and you start looking at the Health Watch, the Eleventh Report

10:19:28 21    and the Fourteenth Report.  The Eleventh Report, it probably has 75

10:19:32 22    or 80 tables.  Each one of those tables might have five or six

10:19:39 23    epidemiologic comparisons.  I could have listed all of those, but

10:19:43 24    that would have been fairly tedious to do.

10:19:46 25              THE COURT:  How many statistically significant studies

10:19:49 1    would it take to convince you that there was an association?

10:19:58 2    Compared to, you know, say there's a mix.  Is it half, is it all, is

10:20:05 3    it 90 percent?  I mean, when do you stop and say, okay.  Enough is

10:20:11 4    enough?

10:20:12 5              THE WITNESS:  That's a good question.  There is not a

10:20:16 6    bright line 50 percent, 60 percent, that I am aware of.  I think

10:20:22 7    when you look at the overall picture, to me this says it's very

10:20:28 8    inconsistent.  You know, the majority of these studies do not

10:20:33 9    support that there is an association.

10:20:34 10             So then you look at the positive studies.  Hunting, for

10:20:39 11   example, there was one AML in that study.  Jakobsson, there were a

10:20:45 12   few more, but those are relatively small.

10:20:48 13             And then you have Lynge '97 where they looked at 18 or

10:20:54 14   19,000 service station attendants.  You have Wong 1999 where he

10:20:59 15   looked at 18,000 distribution workers.  So if Hunting was real in

10:21:10 16   that you had a ninefold increase in AML associated with being a

10:21:15 17   mechanic, well, then -- if that were really related to gasoline

10:21:21 18   exposure, then it would have shown up in Lynge or it would have

10:21:26 19   shown up in Wong or these Rushton '93, Schnatter 93, these other

10:21:34 20   large cohorts of distribution workers.

10:21:36 21             So it doesn't show up in these really large studies, so to

10:21:40 22   that makes you take a step back and think, okay, well, why is it

10:21:45 23   that it's happening in these little studies.  And I don't have an

10:21:48 24   explanation for that, but that is part of the weighing of this data.

10:22:02 25             THE COURT:  What about the confidence levels that have big

10:22:09  1    ranges?  If you have a statistically significant association like

10:22:18  2    this Hunting thing has 1.12 to 33 as the confidence interval, do you

10:22:29  3    evaluate that when you evaluate studies, or what difference does

10:22:36  4    that make?

10:22:37  5              THE WITNESS:  Well --

10:22:38  6              THE COURT:  Are there any criteria that say the confidence

10:22:42  7    interval is better if it's, you know, within five points of each

10:22:48  8    other, and if it's within 20 points of each other, it's not as good

10:22:55  9    so you wouldn't look at it?  Is there any objective thing that says

10:22:59  10   something about the confidence interval and when it would cause you

10:23:03  11   not to put much credence in the study?

10:23:06  12             THE WITNESS:  No.  The confidence interval is going to

10:23:09  13   give you an idea as to the stability of the data set, which is going

10:23:14  14   to be directly very relevant or directly related to the size.  So if

10:23:17  15   it's a small study like Hunting where they looked at one AML and one

10:23:23  16   other kind of leukemia, they found a ninefold increase, which is

10:23:26  17   really, that's a very high risk.  But then when you look at the

10:23:31  18   confidence interval, it's one to 33.  Well, that's relative to the

10:23:35  19   fact that Hunting is very small.  There's just not a lot of data

10:23:40  20   that they were analyzing.  If they did it for AML, they would only

10:23:45  21   have one case; and it wouldn't make any sense to do -- I mean, you

10:23:49  22   just couldn't do that, that epidemiologically wouldn't make any

10:23:55  23   sense.

10:23:56  24             If you look at Lynge with the service station attendants,

10:23:59  25   the odds ratio or relative risk is 1.3 but then the confidence

10:24:04   1   interval is 0.9 to 2.1, so that means that you were pretty sure that

10:24:11   2   that 1.3 is real, that it's a stable data set, that there's lots of

10:24:17   3   workers, that it's a large powerful study, and that that's depicted

10:24:22   4   by the confidence interval.  I don't know of any criteria that would

10:24:25   5   allow you to say, I am not going to think about this one or count

10:24:30   6   because it's too wide, it just has to do with the size of the study.

10:24:37   7            THE COURT:  So where is Lynge on here?

10:24:39   8            THE WITNESS:  It's on the first page, it's right

10:24:42   9   underneath Schnatter '96.

10:24:48   10           THE COURT:  They aren't alphabetical?

10:24:51   11           THE WITNESS:  They were.

10:24:52   12           THE COURT:  I have Wong under Schnatter.

10:24:54   13           THE WITNESS:  There's lots of Schnatters.

10:24:57   14           THE COURT:  Right, right, right.  Okay.

10:24:57   15           THE WITNESS:  Oh, yeah, so I am pointing that one out

10:24:59   16   because that's the biggest.  And staying with Wong '99, that's a

10:25:03   17   really big study.

10:25:05   18           THE COURT:  So I thought Lynge was not statistically

10:25:09   19   significant?

10:25:09   20           THE WITNESS:  It's not.  I mean, it's elevated 1.3 but

10:25:13   21   that's totally within normal variation in a study.  So it's not

10:25:18   22   statistically significant, but the confidence interval is very

10:25:21   23   tight; and that's because they were looking at a lot of cases and

10:25:27   24   they were looking at a very large group of workers.  So they had a

10:25:31   25   lot of data.

10:25:32  1          THE COURT:  Not to prolong this.  But I thought if it was
10:25:37  2   over one that meant it was elevated?
10:25:41  3          THE WITNESS:  It is elevated.
10:25:42  4          THE COURT:  Okay.  So what's making this not statistically
10:25:45  5   significant, that one is included in the confidence level?
10:25:49  6          THE WITNESS:  Exactly.  That means, so what's inside those
10:25:52  7   parentheticals, that's if you did the experiment 100 times, 95 times
10:25:58  8   it would be within that range.  That's the 95 percent confidence
10:26:02  9   interval, you are 95 percent sure that the real answer is somewhere
10:26:07 10   within that range.
10:26:08 11          Since somewhere within that range lies 1.0 which means
10:26:15 12   there is nothing going on, there is no difference between the
10:26:18 13   exposed and the control, then this is not a statistically
10:26:20 14   significant finding.
10:26:24 15          THE COURT:  Okay.  Go ahead and move on.
10:26:26 16   BY MR. GRAY:
10:26:27 17   Q.  So when you said the Lynge finding is real, you're referring to
10:26:31 18   the confidence interval, that the actual number is probably within
10:26:35 19   those intervals, correct, not referring to the exact 1.3?
10:26:39 20   A.  Right, right.  That if Hunting or Schwartz, you know, if
10:26:45 21   Schwartz was real meaning there was really this risk associated with
10:26:49 22   being a service station attendant, to my way of thinking it would
10:26:54 23   have shown up in a study of way more service station attendants than
10:26:58 24   what they evaluated in Schwartz.  When it doesn't, I think you have
10:27:02 25   to take a step back and wonder if it's just an artifact of the fact

10:27:06 1   that the Schwartz group or Hunting or Jakobsson are looking at

10:27:10 2   relatively small groups of data.

10:27:13 3            And all of this is caveated with that I am not an

10:27:18 4   epidemiologist but that's my interpretation of these studies.

10:27:22 5   Q.  And you regularly use epidemiology in your work, correct?

10:27:26 6   A.  I do.

10:27:26 7   Q.  And it's your understanding that IARC, EPA, ATSDR, these other

10:27:32 8   entities that have looked at potential of carcinogenicity of

10:27:36 9   gasoline are looking at the very things you've discussed, are the

10:27:38 10  findings in these studies consistent and strong in a statistically

10:27:44 11  significant association between gasoline and cancer, correct?

10:27:48 12  A.  That's exactly right.  I mean, I look at it and I think

10:27:51 13  whatever I think.  But since there are all of these regulatory

10:27:54 14  documents on gasoline, I am not arrogant enough to think that I

10:27:59 15  would just ignore all of those and go off on my own.  I am going to

10:28:04 16  review what they say and what they think; and if I am completely

10:28:08 17  contrary to all of other regulatory bodies, then I would have to

10:28:11 18  take a step back and try to understand why that is.

10:28:15 19            THE COURT:  I have another question, I'm sorry.  When

10:28:19 20  these regulatory bodies say that something is a carcinogen, exactly

10:28:22 21  what are they saying?  What does that mean?

10:28:25 22            THE WITNESS:  So they have different classifications.  If

10:28:28 23  it's a human carcinogen they will specify, they'll say it's a 1A or

10:28:34 24  a Group A or Group 1, so they all have their own little code.

10:28:38 25            But if it's a human carcinogen then they make that

10:28:42  1   determination.  If it's an animal carcinogen --

10:28:44  2           THE COURT:  What is it that they're determining, that it

10:28:47  3   can cause?

10:28:48  4           THE WITNESS:  Yes.  That it can.

10:28:50  5           THE COURT:  And what level -- I mean, is it a more

10:28:59  6   probable than not standard or -- I mean, what am I to draw from

10:29:05  7   that, if they did find it?

10:29:07  8           THE WITNESS:  That I don't know how to --

10:29:08  9           THE COURT:  You don't know, okay.

10:29:10 10           THE WITNESS:  I don't know how to answer that.  Just that

10:29:11 11   when they evaluated all of the data, they felt that it was a

10:29:15 12   sufficient amount for them to say we believe this chemical, under

10:29:20 13   some kinds of exposure conditions, can cause cancer in humans.

10:29:24 14           And then the more recent ones have been a little bit more

10:29:29 15   precise and they talk about which kind of cancer the chemical can

10:29:35 16   cause, which is far more useful from an evaluation point of view.

10:29:41 17           And then down from that, from this top category of a

10:29:48 18   "known human carcinogen," then you have different grades of

10:29:53 19   evidence.  It's positive in animals and we think that data might be

10:29:58 20   relevant to humans, so then it might be a 2A, a probable human

10:30:04 21   carcinogen.  It's positive in animals, we don't really understand

10:30:10 22   it.  Then it might be a 2B, possible human carcinogen -- or yeah.

10:30:16 23   And then C, we don't know what to say about it.  D there's evidence

10:30:22 24   that it's not a carcinogen, which they pretty rarely use.

10:30:27 25           So that's the way, that's at least the way the EPA does

10:30:31  1    it.  IARC has its own classification system.  But now they use

10:30:36  2    terminology for benzene, for example, they say benzene causes AML,

10:30:44  3    myelodysplastic syndrome, and aplastic anemia.  And then they use

10:30:50  4    different language when they're discussing some of the other

10:30:54  5    hematopoietic diseases.

10:30:55  6                THE COURT:  Okay.  Move on.

10:30:55  7    BY MR. GRAY:

10:31:01  8    Q.  We're not going to go back into the Talbott study, I think we

10:31:05  9    covered that yesterday.  I've reproduced here on slide 29 the

10:31:08  10   plaintiff's motion to exclude your testimony, and the motion said

10:31:11  11   that you have ignored the epidemiological studies of service station

10:31:16  12   attendants exposed to gasoline.  You've seen that pleading that was

10:31:22  13   filed with the court?

10:31:22  14   A.  Yes.

10:31:23  15   Q.  So on this table they list seven studies there, right?

10:31:26  16   A.  Yes.

10:31:27  17   Q.  So on the next slide you've actually gone back and analyzed the

10:31:31  18   extent to which you ignored the studies they said you had ignored,

10:31:35  19   right?

10:31:35  20   A.  Yes.

10:31:35  21   Q.  And am I correct that Schwartz, Jakobsson, Lagorrio, Hunting,

10:31:42  22   Lynge and Terry were on that table that you actually ignored, you

10:31:45  23   actually discussed them in your report, right?

10:31:46  24   A.  I am not sure that I discussed them specifically, but I

10:31:49  25   certainly had them referenced.

10:31:50    1    Q.  I'm sorry, you referenced them.  You considered them in their

10:31:52    2    analysis?

10:31:52    3    A.  Sure.

10:31:53    4    Q.  And that was disclosed to the plaintiffs in your report as far

10:31:56    5    as you know?

10:31:56    6    A.  Yes.

10:31:57    7    Q.  And then also on that table from the motion to exclude your

10:31:59    8    testimony were these first two studies, Dubrow and Milham, do you

10:32:05    9    see those on slide 29 there?

10:32:06   10    A.  Yes.

10:32:07   11    Q.  Dubrow and Milham, did Dr. Infante cite either of those

10:32:13   12    documents?

10:32:14   13    A.  No.

10:32:14   14    Q.  What are those documents?

10:32:14   15    A.  Well, so the first one, this Dubrow 1984 with the title that

10:32:20   16    was described in that motion, that doesn't exist.  I couldn't find

10:32:24   17    that.  There is a 1983 publication or non-published report, it's a

10:32:31   18    report that has that title, so perhaps that's what they were

10:32:35   19    referring to.  Dubrow '84 has a different title, so I am, you know,

10:32:42   20    really not sure which one they were talking about.  But the

10:32:45   21    non-published NIOSH report, I didn't know that existed.  So, yes,

10:32:51   22    that was not in included in my report because there was no way for

10:32:55   23    me to track that down.

10:32:57   24             That's the same way with this Milham 1983 study, I don't

10:33:03   25    know how you would find it, it's not peer reviewed, so it's not

10:33:06  1    going to show up in any standard review of the literature.

10:33:14  2    Q.  Well, Dr. Infante used to work for NIOSH, did he include Dubrow

10:33:19  3    and Milham in his report?

10:33:20  4    A.  No, he didn't.  And there could potentially be hundreds of

10:33:24  5    unpublished NIOSH reports that are out there.  I don't know of an

10:33:28  6    index that would allow you to get to those and look at the ones that

10:33:33  7    you care about.  I just don't know if that exists.

10:33:36  8    Q.  Fair enough.  And the last study that you allegedly ignored was

10:33:39  9    Steffen 2004.  Does that study have relevance in your mind to the

10:33:44 10    question of whether or not gasoline causes AML?

10:33:47 11    A.  Well, I mean, he's right about that, I did ignore that because

10:33:51 12    I didn't consider that to be relevant.  This is childhood AML and

10:33:55 13    they live next to a gasoline station.  And if we're going to talk

10:34:00 14    about Steffen 2004, there are dozens and dozens of childhood

10:34:05 15    leukemia papers that would be relevant to that discussion.  You

10:34:09 16    can't just pick out one or two and then, you know, ignore that body

10:34:13 17    of literature.  But I just didn't think that it had any relevance to

10:34:16 18    an occupational exposure.

10:34:18 19    Q.  That's actually been an area of research interest to you,

10:34:21 20    correct, childhood leukemia?

10:34:23 21    A.  It was up until, say, 2010.

10:34:28 22    Q.  And your review of that literature suggests, what, about its

10:34:31 23    relevance to the question of whether or not gasoline causes AML?

10:34:36 24    A.  That doesn't have much relevance to that question.

10:34:44 25    Q.  We talked about the Lynge study, I think you already referenced

10:34:47  1   before, the largest study of service station workers, and the

10:34:53  2   potential of gasoline causing AML is that your understanding?

10:34:57  3   A.   Yes.

10:34:57  4   Q.   And that was 1997?

10:34:59  5   A.   Correct.

10:35:00  6   Q.   And did not find a statistically significant excess?

10:35:04  7   A.   No.   They discussed what the benzene concentrations were in the

10:35:07  8   air, they discussed what the benzene levels were in the gasoline.

10:35:12  9   So I mean, Dr. Lynge was clearly aware that there's benzene in

10:35:19 10   gasoline and that's one of the things that she was interested in.

10:35:22 11   Q.   And just very briefly, you mentioned it but it wasn't on the

10:35:26 12   slide.   Exhibit 7 that we premarked was a study by Dr. Wong of

10:35:31 13   distribution workers, correct?

10:35:32 14   A.   Yes.

10:35:32 15   Q.   And how many distribution workers were studied by Dr. Wong in

10:35:40 16   this study in, is it 1998?

10:35:44 17   A.   '99.   That's when it was published, I don't know when he did

10:35:47 18   the analysis but that's when it was published.

10:35:50 19   Q.   How many distribution workers did he study?

10:35:52 20   A.   18,000.

10:35:53 21   Q.   And did he find a statistically significant excess of leukemia

10:35:59 22   among those 18,000 workers?

10:36:00 23   A.   No and it wasn't an elevation in mechanics or drivers.   And he

10:36:05 24   specifically looked at AML, which was the most relevant.

10:36:11 25   Q.   Is that the largest work, largest study of distribution workers

10:36:17  1    you're aware of?

10:36:18  2             THE COURT:  You just asked him that -- oh, distribution

10:36:20  3    workers.

10:36:20  4             MR. GRAY:  Yes, distribution.

10:36:21  5             THE COURT:  Okay.  I'm sorry.

10:36:21  6             THE WITNESS:  I am not sure.

10:36:22  7    BY MR. GRAY:

10:36:23  8    Q.  Very large though?

10:36:23  9    A.  Yes, it's a big study for sure.

10:36:27  10   Q.  Let's move on.  You're a toxicologist who uses epidemiology, we

10:36:37  11   spent a lot of time talking about epidemiology.  But as a

10:36:40  12   toxicologist, why would it make sense, I mean gasoline has benzene

10:36:45  13   in it.  How could it be that gasoline doesn't cause cancer?  What is

10:36:51  14   your thinking and the thinking of other scientists out there on

10:36:54  15   that?

10:36:54  16   A.  Well, I mean ultimately I don't think we know why.  It's just

10:36:59  17   an empirical finding in the epidemiological data that seems pretty

10:37:05  18   clear.  So there have been efforts to understand that dichotomy to

10:37:12  19   understand why they seem to be different, and the simplest

10:37:18  20   explanation is that there just isn't enough benzene in the gasoline

10:37:25  21   to make anyone sick, to increase their risks or to damage their

10:37:31  22   blood or give them hematotoxicity effects.

10:37:37  23            There's also a concept known as competitive inhibition

10:37:40  24   where you're talking about a complex interaction between the various

10:37:45  25   components of gasoline.  So that may be playing a role.  It

10:37:52  1   certainly is a real phenomenon, if that's what's underlying why we

10:37:57  2   don't get leukemia from gasoline, I can't answer that.  But I know

10:38:01  3   that this interaction does occur at certain exposure levels.  Or the

10:38:07  4   third is some combination of the two.

10:38:10  5          So the short answer is I really can't answer that

10:38:13  6   question.  I can provide some hypothesis if that's what we want to

10:38:18  7   do.

10:38:22  8   Q.  Let's talk about competitive inhibition.  And this slide 34 is

10:38:31  9   complex.

10:38:33  10  A.  It is.

10:38:33  11  Q.  But please take a moment and describe competitive inhibition.

10:38:41  12  And maybe just begin with, how is benzene metabolized and then move

10:38:46  13  to how would the metabolization of another material at the same time

10:38:50  14  impact the metabolization of benzene, recognizing also that we

10:38:54  15  probably need to explain what it is about benzene that hurts people.

10:38:56  16  Is the benzene or the metabolite.  So, please go ahead.

10:39:01  17  A.  So the first piece of this discussion is that we've known for a

10:39:06  18  long time through a series of really elaborate and experiments that

10:39:13  19  benzene has to be metabolized in order to be toxic.  So benzene by

10:39:19  20  itself is not thought to be toxic.  It has to be metabolized.

10:39:24  21  Q.  And does metabolized --

10:39:26  22  A.  It's changed in the liver.  So it's absorbed into the blood, it

10:39:30  23  travels to the liver as benzene, and then on the very top of that

10:39:35  24  slide you see this CYP2E1, that stands for cytochrome P450 2E1,

10:39:46  25  doesn't matter, that's the enzyme that starts the metabolic

10:39:49  1    processing of benzene and that's in the liver.

10:39:52  2             Then once that occurs in the liver, then you go through a

10:39:57  3    whole bunch of other metabolic changes and you end up with all of

10:40:02  4    these things down at the bottom that I've illustrated with those

10:40:05  5    arrows.  P-Benzoquinone on the left, HQ is hydroquinone, phenol,

10:40:14  6    catechol, 1,2 p-Benzoquinone, these are the known metabolites of

10:40:20  7    benzene that are formed potentially in the bone marrow, or in the

10:40:23  8    liver, that most scientists believe underlie the toxicity of

10:40:29  9    benzene.

10:40:29  10            So whatever it is that you think benzene is doing, just

10:40:33  11   about all of the experimental data indicates that it's one of these

10:40:39  12   metabolites that is or a combination of these metabolites that

10:40:45  13   affect it.

10:40:46  14            So the bottom line of this slide is that anything that

10:40:51  15   influences the metabolism of benzene can affect its toxicity.

10:40:59  16   Positively or negatively.  If you inhibit its metabolism, then you

10:41:06  17   will decrease its toxicity; if you increase its metabolism, then you

10:41:11  18   will increase its toxicity.  So the way that it's handled in the

10:41:17  19   liver and the bone marrow is part and parcel of understanding how

10:41:23  20   benzene can be toxic.

10:41:27  21   Q.  Let's go to the next slide then.  When you're talking about the

10:41:31  22   metabolization of benzene while toluene or xylene or some other

10:41:38  23   hydrocarbon is being metabolized, have science study the extent to

10:41:44  24   which when they're both being metabolized at once there's this

10:41:49  25   existence of competitive inhibition, this reduction in the

10:41:52  1   metabolization of benzene, has that been studied?

10:41:55  2   A.   Yes.   This is just a cartoon to illustrate that.   And along

10:41:59  3   that top box I just tabled these things like the little Pac-Man

10:42:04  4   looking thing is the enzyme CYP2E1, and then it's not what benzene

10:42:11  5   looks like, but it illustrates the point that benzene slots into a

10:42:17  6   specific place on the enzyme, 2E1, and then that enzyme breaks it

10:42:22  7   apart and releases the little triangle and the little other little

10:42:28  8   Pac-Man looking thing and those are the toxic metabolites that we

10:42:33  9   were just discussing on the previous slide.

10:42:36  10        Now, how this interaction occurs is that toluene binds

10:42:40  11  into that same slot.   So the idea is that if there's lots of toluene

10:42:46  12  around and it binds into that slot, then benzene can't be

10:42:53  13  metabolized.   So if you have enough toluene around to where it's

10:42:58  14  filling up those locations on the enzyme -- and there are technical

10:43:04  15  terms for the enzymology that's going on here, but I don't think we

10:43:09  16  need to get into it -- so it's basically inhibiting the ability of

10:43:14  17  benzene to be metabolized.

10:43:16  18        And that's why we call it or its called competitive

10:43:20  19  inhibition because you are inhibiting the metabolism of benzene and

10:43:24  20  you're doing it in a competitive fashion.   The toluene is out

10:43:32  21  competing for these spots in the enzyme that are necessary in order

10:43:37  22  to metabolize benzene.

10:43:42  23  Q.   And is there toluene in gasoline?

10:43:45  24  A.   Yes.

10:43:46  25  Q.   Xylene as well?

10:43:49  1   A.  Yes.  I mean, I am using toluene as an example, there are a lot

10:43:55  2   of aromatic hydrocarbons that go through the same pathway.

10:44:01  3   Q.  Am I right that if benzene is not metabolized in the liver it

10:44:04  4   may be just exhaled right after it was breathed in; is that right?

10:44:07  5   A.  Yes.

10:44:08  6   Q.  Or it could be otherwise excreted?

10:44:11  7   A.  I don't know how -- yeah, I mean, it would be in the blood and

10:44:16  8   it could come out in urine and other.  But, yeah, if it's not

10:44:20  9   metabolized pretty quickly, then you exhale it, kind of like

10:44:26 10   ethanol.  If you were metabolizing ethanol, then it gets into you;

10:44:31 11   if you don't metabolize it quickly enough, then you just blow it

10:44:35 12   off, it just comes out in your breath.

10:44:38 13   Q.  And your thinking and the thinking of others who have looked at

10:44:41 14   it is that it's the metabolites, not the unmetabolized benzene that

10:44:46 15   actually can cause cancer?

10:44:47 16   A.  It's clear from all of the studies that have been done that it

10:44:53 17   is the benzene metabolites that are -- that underlie the toxicity of

10:44:58 18   benzene.  You can't do those kinds of experiments in occupationally

10:45:04 19   exposed workers, so you have to just by analogy assume that the same

10:45:09 20   thick has to be going on.

10:45:10 21   Q.  Slide 36, we won't go into detail on it, but the ATSDR actually

10:45:20 22   published another one of these big thick tomes on the Interaction

10:45:24 23   Profile For:  Benzene, Toluene, Ethylbenzene and Xylene in May 2004,

10:45:30 24   correct?

10:45:30 25   A.  Right.  This is just to illustrate that this an important

10:45:32 1   enough concept to have all of these various aromatic hydrocarbons

10:45:36 2   interact with one another is worthy of consideration to the point

10:45:40 3   where the ATSDR published, I don't know, what, 250-page report on

10:45:44 4   it.

10:45:45 5   Q.  And when humans have been studied, has it been shown that when

10:45:51 6   they're co-exposed to toluene and benzene that the benzene

10:45:54 7   metabolization is inhibited as you just described?

10:45:57 8   A.  Yes, it has.

10:45:58 9   Q.  And has that also been shown in animal studies?

10:46:03 10  A.  Yes.  We understand it a lot better in animal studies because

10:46:07 11  we can control the experiments and we can measure the metabolites

10:46:11 12  more directly and quicker.  But, yes, it has been pretty clearly

10:46:18 13  shown to be occurring in both humans and experimental animals.

10:46:22 14  Q.  I can bring these studies to you if you like, but I think there

10:46:37 15  were two or three of those that we wanted to talk about.  This first

10:46:39 16  slide is Inoue from 1988.  Would you want to see that paper to make

10:46:44 17  a few comments on it?

10:46:46 18  A.  That depends on what you ask me.

10:46:48 19  Q.  Well, will you tell the Court what were they looking at in any

10:46:52 20  way, and what did the results show?

10:46:53 21  A.  So in any way, these were -- these were Chinese workers that

10:46:59 22  were exposed to benzene and they were measuring the benzene

10:47:03 23  metabolites in their urine.  And so that was an indication that the

10:47:07 24  benzene that they were exposed to in the workplace was being

10:47:11 25  metabolized because they were looking at the presence of these

10:47:15  1  metabolites in their urine.

10:47:17  2       They found that when the people were exposed to benzene at

10:47:22  3  a certain level, there was a certain level of the metabolite; when

10:47:28  4  they were co-exposed to that same amount of benzene and an amount of

10:47:32  5  toluene, then the amount of benzene metabolites in the urine was

10:47:38  6  decreased.  So the conclusion and the title was that you had

10:47:44  7  metabolic suppression, you were suppressing the metabolism of

10:47:49  8  benzene because they were being co-exposed to toluene.

10:47:54  9  Q.  And another study is the Travis study from 1992.

10:48:01  10      MR. GRAY:  And, your Honor, these studies are in tab 2B of

10:48:04  11  Defendant's Exhibit 1, Volume A.

10:48:04  12  BY MR. GRAY:

10:48:08  13  Q.  Travis co-exposure to gasoline vapor decreases benzene

10:48:13  14  metabolism in Fisher-344 rats.  What did the researchers in Travis

10:48:17  15  do in that study?

10:48:20  16  A.  Well, in general what they did was they looked at how benzene

10:48:25  17  was metabolized when these animals were being exposed to gasoline.

10:48:32  18  And what the ultimate conclusion was that there was more

10:48:38  19  alterations, suppression of benzene metabolism from the gasoline

10:48:42  20  that could be explained simply by the toluene concentrations alone.

10:48:49  21  But the bottom line is, they are reporting this phenomenon

10:48:53  22  associated with exposure to gasoline in this strain of rat.

10:48:59  23  Q.  Because with those rats they would expose one group to pure

10:49:04  24  benzene and then they'd come back and do another analysis of

10:49:07  25  gasoline, right, and they were measuring the extent to which the

10:49:10   1    benzene and gasoline was metabolized?

10:49:12   2    A.   That's right.  And so in the first group they would have some

10:49:15   3    concentration of benzene and the second group they would have that

10:49:18   4    same concentration of benzene but it would be from gasoline.

10:49:25   5    Q.   And are there other studies that -- we're doing this as

10:49:31   6    illustrations, but I think we submitted, let me reference that, as

10:49:37   7    Exhibit 5, a collection of competitive inhibition studies, you

10:49:43   8    collected several for this case, right?

10:49:44   9    A.   Yes.

10:49:44  10    Q.   This last study we're going to talk about on this topic is the

10:49:48  11    Plappert.  Can you tell the court about that study?

10:49:50  12    A.   Same thing.  It was done in mice and the little box there you

10:49:54  13    can read the abstract, "The co-exposure to toluene reduced the

10:49:58  14    degree of anemia.  These results confirm previous studies where

10:50:03  15    toluene was found to reduce benzene toxicity."  They saw a decrease

10:50:09  16    in DNA damage.  And the last sentence in the abstract:  "This result

10:50:16  17    is considered a clear indication for protective effect of toluene on

10:50:19  18    the genetic toxicity of benzene."  This was published in 1994.

10:50:27  19            THE COURT:  We are going to take the morning break.

10:50:30  20    15 minutes.

10:50:30  21            THE DEPUTY CLERK:  All rise, please.

10:50:31  22        (WHEREUPON, A RECESS WAS TAKEN.)

11:07:05  23        (OPEN COURT.)

11:07:06  24            THE DEPUTY CLERK:  Court's in session, please be seated.

11:07:12  25            THE COURT:  All right.

11:07:13  1          MR. GRAY:  Thank you, your Honor.

11:07:14  2   BY MR. GRAY:

11:07:14  3   Q.  Briefly, Dr. Pyatt.  We have collected a group of studies that

11:07:19  4   we previously marked as Exhibit 5 and they're now here on the

11:07:24  5   screen, other studies on competitive inhibition or other --

11:07:28  6          THE COURT:  Where is my slide presentation?  I'm sorry,

11:07:36  7   where are we?

11:07:36  8          MR. GRAY:  This is slide 41, and I think I numbered those

11:07:40  9   slides.

11:07:41  10  BY MR. GRAY:

11:07:42  11  Q.  Dr. Pyatt, the articles we have listed here on slide 41, we

11:07:47  12  collected those earlier as Exhibit 5, is that your understanding?

11:07:50  13  A.  Yes.

11:07:51  14  Q.  Assuming I copied them correctly?

11:07:53  15  A.  Sure.

11:07:54  16  Q.  Are these other studies you've relied upon about -- in support

11:07:58  17  of your opinion that co-exposure to other hydrocarbons, such as

11:08:04  18  toluene, can inhibit the metabolization of benzene?

11:08:08  19  A.  Yes, this is a variety of studies that have looked at that.

11:08:11  20  The ones in red, so if it's black and white you won't be able to see

11:08:15  21  it, but the ones in red are where they have data in humans.  And

11:08:19  22  there are a lot more, this is not an all inclusive list.  This is

11:08:24  23  something that people have been reporting on for 40 or more years.

11:08:27  24  Q.  This is probably the last time at least I'll probably refer to

11:08:36  25  Casarett & Doull, but when we're teaching graduate students and med

11:08:42  1   school students and undergrads about toxicology as of the 8th

11:08:46  2   edition of Casarett & Doull published in 2013, are students being

11:08:50  3   taught that competitive inhibition of benzene is a real phenomena?

11:08:55  4   A.  Yes.  And hopefully by that point they understand enough about

11:09:03  5   enzymology where they recognize how that happens and why.

11:09:06  6   Q.  Because competitive inhibition isn't a phenomena that's unique

11:09:10  7   to benzene, right?

11:09:11  8   A.  No, no, absolutely not.  Any time you have two substrates that

11:09:16  9   are fighting for the same spot in an enzyme, then they can

11:09:22 10   theoretically out compete one another for that spot on the enzyme

11:09:25 11   and thereby influence each other's metabolism.  It's a

11:09:29 12   well-established phenomenon in enzymology.

11:09:38 13   Q.  I want to switch topics briefly.  There has been some

11:09:43 14   discussion over the course of this hearing about chromosome changes,

11:09:46 15   and particularly chromosome changes at chromosomes five and seven.

11:09:52 16   Is it fair to say there's a fair amount of literature out there on

11:09:55 17   that topic?

11:09:55 18   A.  Yes.

11:09:56 19   Q.  And has that literature evolved over the years?

11:10:01 20   A.  For sure it has, yes.

11:10:03 21   Q.  First, just briefly explain to the court how is it that

11:10:09 22   chromosomes are tested in people who have cancer such as leukemia

11:10:13 23   and why are they tested?  At 50,000 feet.

11:10:21 24   A.  So they usually look, they do -- I mean, I am not the best

11:10:25 25   person to ask, Dr. Natelson because he does them, so.  But they

11:10:31 1   collect bone marrow cells or leukemia cells, the ones that they're
11:10:34 2   primarily interested in, and then they do a cytogenetic analysis of
11:10:39 3   them where they spread the chromosomes out and then a cytogeneticist
11:10:46 4   can go through and look and say, well, there's an extra chromosome
11:10:50 5   here, there's a part missing.  So that's the easiest way and the way
11:10:53 6   that it has historically been done.  Then there's more sophisticated
11:10:58 7   analysis using molecular techniques that allow you to evaluate
11:11:05 8   specific translocations or more precise molecular changes in the
11:11:10 9   chromosomes.
11:11:10 10  Q.  And we'll let Dr. Natelson go into more detail.  But is it fair
11:11:14 11  to say that chromosomes are analyzed because they can be important
11:11:18 12  for both prognosis and diagnosis in lymphohematopoietic cancers?
11:11:26 13  A.  That's correct.
11:11:27 14  Q.  And am I right that certain chemotherapeutic agents, drugs
11:11:33 15  given to people to fight cancer, can actually cause certain
11:11:37 16  chromosome damage?
11:11:39 17  A.  Yes.
11:11:40 18       THE COURT:  Is this your area?  I mean, is this something
11:11:42 19  that he has to testify on?  I mean, is this his area of expertise?
11:11:47 20       MR. GRAY:  Your Honor, I only bring it up because the
11:11:50 21  plaintiffs in their briefing made a big deal about what Dr. Pyatt
11:11:53 22  says about five and seven.  I am happy not to ask him any questions,
11:11:56 23  but I am anticipating they are going to want to go into it.  I don't
11:11:59 24  know that it's appropriate either.
11:11:59 25       THE COURT:  Is five and seven in his opinion?  I can't

11:12:04   1   remember at this point because I've seen so many opinions in the

11:12:06   2   last few days.  Did he opine on five and seven in the opinion that

11:12:10   3   he put in his report?

11:12:12   4         MR. GRAY:  I would have to look back because I've been

11:12:15   5   focused on the general causation issues.  I don't think he said five

11:12:18   6   and seven have anything to do the general causation, but, Dr. Pyatt,

11:12:22   7   am I misstating?

11:12:23   8         THE WITNESS:  It doesn't have anything to do with general

11:12:25   9   causation.

11:12:26  10         MR. PATTON:  Your Honor, I would point out that the topic

11:12:27  11   of 5, 7 and the significance of bone marrow -- toxicity to the bone

11:12:31  12   marrow from benzene and gasoline that is the topic that was covered

11:12:35  13   in general causation with Dr. Infante.  It's obviously a topic that

11:12:39  14   they prepared slides for.

11:12:41  15         THE COURT:  I guess my point is that is it part of his

11:12:44  16   opinion on general causation that's being offered today?

11:12:47  17         MR. PATTON:  Yes.  As it associates to the entire case.

11:12:53  18         THE COURT:  In general or specific?

11:12:54  19         MR. PATTON:  Both.

11:12:54  20         MR. GRAY:  Your Honor, I don't think we are offering it

11:12:56  21   for that.  But I don't want to skip this issue and then hear three

11:13:00  22   hours of cross-examine over it from the plaintiffs, which is my

11:13:02  23   thinking.

11:13:02  24         THE COURT:  I guess what I'm trying to figure out is, is

11:13:05  25   he supposed to testify on this at trial?  Is this part of his

11:13:10   1   opinion at trial?

11:13:11   2                MR. PATTON:  Yes.

11:13:12   3                THE COURT:  Let him tell me.

11:13:13   4                MR. PATTON:  Sorry.

11:13:14   5                MR. GRAY:  No, your Honor, his opinion is whether or not a

11:13:17   6   person has --

11:13:18   7                THE COURT:  Let me see what he wrote because what he wrote

11:13:22   8   is --

11:13:33   9                MR. PATTON:  And I have page 14 of his report where this

11:13:36  10   is discussed.

11:13:38  11                THE COURT:  I know but he gave an opinion -- is he talking

11:13:42  12   about specific causation, too?

11:13:43  13                MR. PATTON:  At page 14 of his report he talks about this

11:13:46  14   subject in general causation context.  Halfway through the first

11:13:51  15   paragraph on page 14.

11:14:08  16                MR. GRAY:  Your Honor, I will be happy to bring the report

11:14:10  17   up, the court can look at page 14.  It's pretty clear there they're

11:14:15  18   talking about Mr. Burst's chromosome changes and the relevance of

11:14:18  19   what was found in his chromosome changes.  I would not anticipate

11:14:21  20   that this testimony would influence the court's thinking on general

11:14:24  21   causation.  Again, we're bringing it up because they made such a big

11:14:29  22   deal about it in the briefing.

11:14:31  23                THE COURT:  Is Dr. Infante relying on five and seven

11:14:35  24   chromosome changes for general causation?

11:14:38  25                MR. PATTON:  We reviewed those materials in the context of

11:14:41 1  gasoline exposed workers and of the other studies for -- in the

11:14:46 2  context of general causation.  We reviewed that.  It was all part of

11:14:50 3  yesterday later in the day.  It was also part of the eight key DNA

11:14:54 4  slides that have been discussed.

11:14:55 5          And it's also mentioned in the general context in the

11:14:58 6  middle paragraph of page 14 of Dr. Pyatt's report.  I think the 5, 7

11:15:03 7  issue is not -- you can't split it from the specific or general.  It

11:15:09 8  starts with general.

11:15:12 9          And my suggestion would be, because I know that it's

11:15:15 10 brief, I looked at your slides, that we just finish this part.

11:15:20 11         MR. GRAY:  Your Honor, we are happy to do this part, I'll

11:15:22 12 predict we are going to have two or three hours of

11:15:24 13 cross-examination.

11:15:24 14         THE COURT:  I am not listening to two or three hours of

11:15:27 15 cross-examination on something that, you know, if the point is he

11:15:30 16 said something different before, I don't need two hours to tell me

11:15:34 17 that.  Just tell me, point out, just show this, this, and this, and

11:15:41 18 we can take that into account and he can either explain it or he

11:15:46 19 can't.  Go ahead.

11:15:47 20         MR. GRAY:  Your Honor, I think I'll spend less than ten

11:15:50 21 minutes on this on direct then.

11:15:52 22         THE COURT:  Okay.

11:15:52 23 BY MR. GRAY:

11:15:55 24 Q.  So has it been shown that certain chemotherapeutic agents can

11:16:00 25 cause changes at five and seven?

11:16:02  1    A.  Yes.  Okay.  Yes.  So what we know about the chromosome changes

11:16:06  2    associated with therapy-related AML's has to do with the class of

11:16:12  3    chemicals that the patients are being treated with.  An alkylating

11:16:24  4    agent chemotherapy creates a constellation of cytogenetic changes

11:16:28  5    that has been reported, and fairly consistently through the years;

11:16:31  6    topoisomerase II inhibitors, totally different class of

11:16:37  7    chemotherapeutic agents, produce a quite different constellation of

11:16:41  8    cytogenetic changes.  So some types of chemotherapy can cause

11:16:47  9    changes at chromosomes five and seven but not all.

11:16:50 10    Q.  And was there a belief among investigators that benzene may act

11:16:57 11    in the same manner as alkylating agents in causing leukemia at one

11:17:01 12    point in time?

11:17:02 13    A.  Yes.  And I still think that's out there.  You know, there are

11:17:07 14    still people that, you know, we've always known that benzene is not

11:17:10 15    an alkylating agent, so there's always been a disconnect in how it's

11:17:14 16    working.  But there were some historic studies that have found that

11:17:21 17    occupational exposures associated or AML's where the patient at

11:17:27 18    least had some type of occupational exposure, some of those cases

11:17:33 19    had a constellation of effects that was comparable to alkylating

11:17:37 20    agents, including chromosomes five and seven.

11:17:41 21         And so then people started thinking, well, is chromosome

11:17:44 22    five and seven how -- changes in chromosomes five and seven, is that

11:17:50 23    how benzene causes AML.  So then there were a whole series from the

11:17:55 24    laboratory that I worked in, Dr. Irons' lab and Martin Smith's lab

11:18:01 25    in Berkley where they were doing test tube experimentation; and they

11:18:06 1   found that the benzene metabolites in certain cells, lymphocytes,

11:18:13 2   bone marrow cells, other kinds of cells, could under certain

11:18:17 3   conditions cause changes in chromosomes five and seven.  So that

11:18:22 4   kind of strengthened this argument, well, maybe five and seven does

11:18:26 5   tell us something about the etiology.

11:18:30 6          Then the same group, Martin's group -- this is a third

11:18:34 7   point -- they've collected peripheral blood out of a bunch of

11:18:41 8   workers that were highly exposed to benzene in China and they

11:18:45 9   brought that home, and then they've done lots of cytogenetic studies

11:18:50 10  on that peripheral blood; and some of that has shown in these

11:18:54 11  healthy workers benzene exposure caused changes in chromosome five

11:19:01 12  and seven.  So again, it looked like, all right, well, it's at least

11:19:06 13  painting a fairly consistent picture.

11:19:10 14  Q.  And you thought at that point in time that it was painting a

11:19:14 15  picture that looked like it might be plausible, fair?

11:19:17 16  A.  Yes.  And I mean, I still would argue that the evidence

11:19:20 17  suggests that benzene can cause these cytogenetic lesions.  Whether

11:19:27 18  or not it tells you anything about the disease process, now that is

11:19:31 19  the thing that has changed, but I do believe that the evidence, you

11:19:35 20  know, is pretty clear that benzene, not gasoline, but benzene can

11:19:39 21  cause these cytogenetic abnormalities.

11:19:43 22  Q.  And were there some studies published in the last five years

11:19:47 23  that changed your thinking on that?

11:19:50 24  A.  Yes.  So in 2010, the publication came out of China --

11:19:58 25  Q.  We're going to go through them individually.

11:20:00  1    A.  Okay.  So yes.

11:20:02  2    Q.  And what about gasoline and its ability to cause changes at

11:20:09  3    chromosomes five and seven, has that been studied?

11:20:12  4    A.  Well, the only time that I've ever seen it in any kind of

11:20:17  5    quantitative epidemiological comparison and not just a case report

11:20:24  6    where they say here is an AML and he had exposure to gasoline and

11:20:28  7    here is what his disease looks like.  But the only time that it's

11:20:31  8    been evaluated statistically is in this Narod study from '92 or

11:20:37  9    when -- I can't remember when it was published.  They didn't see a

11:20:42 10    change in chromosomes five and seven.  And this is relevant to

11:20:48 11    gasoline, petroleum products.

11:20:50 12              MR. GRAY:  Your Honor, I have marked as Defense Exhibit 10

11:20:52 13    a collection of four studies labeled chromosome studies, that I've

11:20:57 14    also handed to counsel, that Dr. Pyatt will rely upon.  May I

11:21:01 15    approach?

11:21:02 16              THE COURT:  Yes.

11:21:06 17    BY MR. GRAY:

11:21:06 18    Q.  So Dr. Pyatt, Table 4 of Narod's 1989 paper, which is now a

11:21:11 19    part of Exhibit 10 that we just submitted, found that for exposures

11:21:15 20    to petroleum products, there was not statistically significant

11:21:21 21    deficit changes at chromosomes five or seven, correct?

11:21:24 22    A.  Right.  And this is the only one that I know of where they've

11:21:27 23    actually evaluated chromosomal changes in leukemia/AML that had

11:21:33 24    exposure to gasoline.

11:21:34 25    Q.  Now, the studies that Mr. Patton referred to that Dr. Infante

11:21:40 1  was talking about yesterday where Dr. Infante discussed DNA damage

11:21:45 2  with gasoline, did Dr. Infante, did you hear him testify that there

11:21:50 3  was a study of gasoline exposure that showed that gasoline exposure

11:21:54 4  caused five and seven changes?

11:21:56 5  A.  No.  I mean, there was that one thing he talked about from

11:21:58 6  Terry 2005 automotive manufacturing, I think they saw something.

11:22:02 7  But in that study they reported data on gasoline and mechanics, so

11:22:07 8  they clearly didn't see it in gasoline station attendants and

11:22:12 9  mechanics or that's what they would have reported.

11:22:16 10  Q.  Let's talk about the studies out of Dr. Irons' office or lab

11:22:21 11  that began in 2010.

11:22:24 12  A.  The publication happened in 2010.  The actual analysis probably

11:22:32 13  started in 2001.  Started collecting data.

11:22:34 14  Q.  And what kind of data was Dr. Irons looking at, and in

11:22:37 15  particular, where did he get the material he studied?

11:22:41 16  A.  Well, so this was in China, and what he did was he took a

11:22:48 17  series of MDS patients -- so they had been diagnosed myelodysplastic

11:22:56 18  syndrome -- that had documented exposure to benzene.  And then he

11:23:04 19  took the same number of MDS cases that had no documented exposure to

11:23:10 20  benzene.  And then they compared the pathological characteristics of

11:23:15 21  those two groups, he called it a case-case analysis.  I am not

11:23:21 22  epidemiologist but it seemed like a clever idea.  But basically what

11:23:25 23  he is doing is saying, well, here is some MDS's that have benzene

11:23:29 24  exposure, here is some MDS's that don't.  Do they differ?  Can we

11:23:35 25  tell them apart?

11:23:36 1          And one of the things that he looked at in this earlier

11:23:39 2    study was chromosome changes in number seven.  And as you can see,

11:23:46 3    the odds ratio is 1.0, really wide confidence interval.  So there

11:23:53 4    was no difference in his analysis in MDS cases with benzene exposure

11:23:58 5    versus MDS cases without.

11:24:00 6          Now, he is not saying that benzene can't do it and that

11:24:04 7    if you see chromosome changes at seven that means, well, it couldn't

11:24:08 8    have been benzene; all he is saying is that when you make

11:24:11 9    comparisons between the two, there was no statistical

11:24:15 10   significantly -- there was no difference.

11:24:17 11   Q.  And am I correct, in this study he was looking at 611 cases of

11:24:27 12   MDS, correct?  I have my finger there under the 611.

11:24:36 13   A.  Yes.  I mean, his study that went on for, I don't know, ten

11:24:40 14   years was definitely the largest in terms of the number of AML and

11:24:45 15   MDS cases that anyone has been able to collect with quantitative

11:24:50 16   exposure data.

11:24:51 17   Q.  And so was this the first study of its kind where someone took

11:24:57 18   actual chromosome analysis of people with MDS, with benzene exposure

11:25:04 19   and without, and looked at their chromosomes?  Or was it the largest

11:25:08 20   at the time?

11:25:08 21   A.  It was definitely the largest.  And he had a very sophisticated

11:25:12 22   laboratory that he had built in Shanghai that allowed him to do very

11:25:17 23   thorough job of characterizing the molecular changes.

11:25:23 24   Q.  Did your thinking on whether -- or did your thinking on the

11:25:29 25   relevance of chromosome changes at five and seven in determining

11:25:33 1  benzene causation, did it begin to change after you read Dr. Irons'

11:25:37 2  article in 2010?

11:25:38 3  A.  It certainly did for MDS.

11:25:47 4  Q.  Now, in 2013 Dr. Irons published another paper.  What did

11:25:52 5  Dr. Irons look at in 2013?

11:25:54 6  A.  So they finally got the cytogenetic data from the AML's that

11:26:05 7  Wong published in 2010, and he was comparing those to

11:26:11 8  therapy-related AML and all of the clinical data that exists out

11:26:14 9  there in the world's literature.  So he was saying, okay.  Do the

11:26:19 10  benzene-related AML's, do they look like therapy-related AML's by

11:26:26 11  cytogenetic comparison?  And as you can read in the title, his

11:26:30 12  conclusion in 2013 was that AML following exposure to benzene most

11:26:38 13  closely resembled de novo than therapy related.  So again, he did

11:26:43 14  not see an increase in changes in chromosomes five and seven in

11:26:50 15  benzene AML's like you see with therapy-related AML's.

11:26:54 16          So at this point it seemed that also in AML there really

11:27:02 17  wasn't much etiological value in chromosomes five and seven in terms

11:27:07 18  of telling you where it came from.

11:27:09 19  Q.  And I didn't have -- we didn't have it highlighted, but the

11:27:14 20  second sentence there, I am going to read that and ask you if I read

11:27:18 21  it correctly.  "It is widely assumed that initiation and

11:27:21 22  pathogenesis of AML following benzene exposure is similar or

11:27:25 23  identical to therapy-related AML, in which clonal cytogenetic

11:27:30 24  abnormalities, including aneuploidy are initiating events.  However,

11:27:35 25  this assumption is not supported by studies reporting actual disease

11:27:38  1    outcomes together with cytogenetic analysis."

11:27:43  2            Is the assumption that Dr. Irons is talking about here in

11:27:46  3    2013, is that the same assumption that you were talking about that

11:27:49  4    existed prior to 2010?

11:27:50  5    A.  Yes.

11:27:51  6    Q.  And did Dr. Irons' 2010 and 2013 papers change people's

11:27:56  7    thinking on whether or not benzene preferentially causes changes at

11:28:04  8    chromosomes five and seven?

11:28:04  9    A.  I can only tell you that changed my view of the value in those

11:28:09 10    cytogenetic changes.

11:28:10 11    Q.  Also changed Dr. Irons' very view, fair?

11:28:17 12    A.  Sure, yes.

11:28:19 13    Q.  This is another paper of Dr. Irons', we briefed this, your

11:28:19 14    Honor.

11:28:22 15            In 2014 Dr. Irons published yet one more paper,

11:28:27 16    "Cytogenetics in benzene-associated MDS and AML:  New insights into

11:28:34 17    a disease continuum."  And here when Dr. Irons compares the changes

11:28:37 18    at five and seven in people with benzene-related AML as opposed to

11:28:41 19    therapy-related AML, what did he see?

11:28:44 20    A.  Well, so in this analysis comparing benzene to the

11:28:47 21    therapy-related AML's, there was actually a statistically

11:28:51 22    significant decrease in changes at -- with monosomy 5, interstitial

11:29:00 23    deletion at 5q, or monosomy 7, and a deletion at 7q.  So it was

11:29:05 24    really a follow-up of the analysis from 2013 but it was clearer.

11:29:18 25    Q.  So what is your current thinking about the relevance of changes

11:29:21  1  at five and seven, if there's an allegation that someone has a

11:29:26  2  benzene-related AML and they have changes at chromosome five or

11:29:31  3  seven, what does that mean to you today after having looked at that

11:29:35  4  literature?

11:29:36  5  A.  Well, I wouldn't say that that means that it could not have

11:29:39  6  been benzene; if you see five and seven, well, then that means it

11:29:42  7  couldn't have been benzene any more than I have ever said if it has

11:29:46  8  five and seven that means it has to be benzene.  I would say that,

11:29:50  9  yeah, benzene can -- there are definitely data that suggests benzene

11:29:54 10  can cause those, but I don't think that it's informative any longer

11:29:58 11  in terms of etiology.  Understanding where the disease came from.

11:30:09 12  Q.  And last topic.  There was some discussion yesterday of latency

11:30:19 13  and/or the time period of exposure that is relevant in determining

11:30:23 14  benzene causation.  Do you remember that discussion?

11:30:25 15  A.  Yes.

11:30:37 16  Q.  So Dr. Pyatt, there are three studies I would like to ask you

11:30:41 17  about.  I've marked them collectively as Exhibit 11.  The first

11:30:45 18  study is Hayes from 1997, "Benzene and the dose-related incidence of

11:30:52 19  hematologic neoplasms in China;" and the second study is Richardson,

11:30:57 20  "Temporal variation and association between benzene and leukemia

11:31:01 21  mortality;" and third is Glass, "Leukemia risk and relevant benzene

11:31:08 22  exposure period re:  Follow-up time on risk estimates."

11:31:11 23          Are those studies you've looked at in connection with your

11:31:14 24  opinions?

11:31:15 25  A.  Yes.

11:31:15  1          MR. GRAY:  May I approach, your Honor?

11:31:17  2          THE COURT:  Yes.

11:31:18  3   BY MR. GRAY:

11:31:18  4   Q.  Those are all marked as Exhibit 11.  Let's walk through these

11:31:29  5   very quickly.  Let's start with Hayes.  Where was Dr. Hayes

11:31:36  6   conducting his research?

11:31:37  7   A.  The patient in the benzene exposed people came from China.

11:31:46  8          THE COURT:  Why are all of the studies done in China?

11:31:49  9          THE WITNESS:  Because of their manufacturing process and

11:31:52 10   the industrial hygiene, they have much higher benzene exposures than

11:31:57 11   anyone in the U.S. typically has.

11:32:04 12   BY MR. GRAY:

11:32:06 13   Q.  Did Hayes analyze the extent to which recent exposure as

11:32:12 14   opposed to more distant exposure can be a cause of -- exposure to

11:32:16 15   benzene can cause AML?

11:32:18 16   A.  Yes.

11:32:18 17   Q.  And what did Hayes conclude?

11:32:20 18   A.  Well, he concluded that the only exposures that really matter

11:32:24 19   have to happen within ten years of diagnosis, because he found that

11:32:29 20   even if you had very, very high exposures but they occurred longer

11:32:34 21   than ten years prior to the diagnosis of ten years in the distance,

11:32:40 22   that it didn't influence the AML risk.  So really the only exposures

11:32:46 23   that seemed to influence the AML risk had to have happened within

11:32:50 24   the preceding ten years of when the patient was diagnosed.

11:32:53 25   Q.  And this Hayes study it was just over 74,000 workers who were

11:33:00  1    benzene exposed in that cohort, correct?

11:33:03  2    A.  It's the biggest cohort that I am aware.

11:33:05  3    Q.  And the highlighted language that I have here on the abstract

11:33:08  4    says there was not a statistically significant excess of leukemia or

11:33:14  5    MDS related to exposures that occurred more than ten years prior to

11:33:19  6    diagnosis, correct?

11:33:20  7    A.  Correct.

11:33:20  8    Q.  Let's briefly look at the next one.  We've talked about the

11:33:26  9    health watch study and some of the investigators there.  Who is

11:33:31  10   Deborah Glass?

11:33:33  11   A.  Deborah Glass is a researcher, investigator.  She is with some

11:33:39  12   university in Australia, and she has been an architect and

11:33:45  13   investigator through out the Australian health watch studies.

11:33:50  14   Q.  And in her -- this is a letter to the editor of the *American*

11:33:54  15   *Journal of Industrial Medicine* where she is describing some of the

11:33:57  16   research she has done, right?

11:33:58  17   A.  Yes.  Some analysis that she's done on her data set, yes.

11:34:04  18   Q.  What did she find with respect to benzene causing leukemia when

11:34:10  19   you compared recent and distant exposures?

11:34:13  20   A.  It was fairly consistent.  She wrote:  "We found that leukemia

11:34:16  21   was most strongly associated with benzene exposures in the period

11:34:21  22   15 years prior to diagnosis and exposures more than 15 years before

11:34:25  23   diagnosis make little contribution to the risk."

11:34:29  24   Q.  And in fact on page 2 of this letter she suggested that you

11:34:33  25   really don't even need to analyze exposures that occurred more than

11:34:36  1   15 years prior to diagnosis because they don't really tell you

11:34:39  2   anything about causation; is that a fair summary of what she said,

11:34:43  3   what she wrote?

11:34:44  4   A.  She said that was one interpretation of the data, one

11:34:47  5   implication of that analysis.

11:34:49  6   Q.  Well, not just -- it's an implication, not just an

11:34:51  7   interpretation, right?

11:34:52  8   A.  Yes.

11:34:52  9   Q.  It's the implication that she describes.

11:34:57  10              And lastly, Richardson, what cohort of workers is

11:35:03  11  Richardson looking at in this paper from -- published in 2008?

11:35:11  12  A.  This was his temporal analysis of the Pliofilm cohort so this

11:35:17  13  was the hydrogen chloride, rubber workers that we talked about

11:35:23  14  yesterday, the Pliofilm cohort.

11:35:26  15  Q.  And was he also trying to answer the question of what role do

11:35:32  16  distant exposures play in causing leukemia?

11:35:35  17  A.  Yes.  He basically I think what he did was that he did a

11:35:40  18  sensitivity analysis in that he tried to determine which exposures

11:35:48  19  very distant, ten to 20 years, more recent than ten, how that

11:35:53  20  influenced the AML risk.  And if you subtracted those exposures out,

11:35:57  21  does that change the overall result.  So he was trying to understand

11:36:02  22  the relative contribution that these different exposure time periods

11:36:07  23  had on AML risk.

11:36:09  24  Q.  And here -- there are many tables in this paper and we won't go

11:36:13  25  through all of them.  But is it fair to say in Table 4 Richardson

11:36:17 1    reports that exposures accrued before 45 years of age that were more

11:36:24 2    than 20 years prior to diagnosis have no real impact on analysis of

11:36:28 3    causation?

11:36:29 4    A.   Yes.  He is saying that there is no risk if the exposures

11:36:33 5    occurred longer than 20; and there's really not much if it was ten

11:36:37 6    to 20 years previous, that most of the risk associated with AML in

11:36:43 7    the Pliofilm cohort was associated with very recent exposures,

11:36:50 8    within ten years of diagnosis.

11:36:55 9    Q.   Dr. Pyatt, have you given all of your opinions today to a

11:36:58 10   reasonable degree of professional and scientific certainty?

11:37:01 11   A.   Yes.

11:37:04 12            MR. GRAY:  Your Honor, I have no further questions.  Thank

11:37:07 13   you.

11:37:07 14            THE COURT:  Cross-examination.  Thank you.

11:37:19 15                      CROSS-EXAMINATION

11:37:19 16   BY MR. PATTON:

11:37:20 17   Q.   Dr. Pyatt, just to pick up on one of the points you just made

11:37:23 18   on latency.  Dr. Infante yesterday pointed out in the context of

11:37:29 19   latency and he cited certain studies showing up to 55 years of a

11:37:33 20   latency period.  You have some other studies that you find credible

11:37:37 21   and that you give weight to as well, so you have differing opinions

11:37:41 22   on that subject, correct?

11:37:42 23   A.   We have differing opinions, yes.

11:37:44 24   Q.   And again, as scientists may have from time to time.

11:38:01 25            MR. PATTON:  If I may approach, your Honor.

11:38:04  1                    THE COURT:  Sure.

11:38:04  2    BY MR. PATTON:

11:38:05  3    Q.  Dr. Pyatt, in an over-inclusive, grossly overinclusive fashion

11:38:08  4    for the record, I have prepared three notebooks of exhibits that I

11:38:15  5    may review with you.  Again being overinclusive.  I've also provided

11:38:19  6    a copy to counsel and to the court.  I'll also point out that the

11:38:24  7    pertinent pages of those exhibits that are marked in the slide

11:38:28  8    presentation are marked before the blue sheet.

11:38:31  9            In other words, if there's a 20-page document and two

11:38:34 10    pages that I want to focus on, it's before the blue sheet.

11:38:43 11            I want to talk a little bit about, first of all, you said

11:38:46 12    you're not an epidemiologist, correct?

11:38:48 13    A.  That's correct.

11:38:49 14    Q.  Are you a board certified toxicologist?

11:38:56 15    A.  No.

11:38:56 16    Q.  There is an academy that provides for and allows for board

11:39:01 17    certification of toxicologists, correct?

11:39:03 18    A.  An academy, well, there's something called the American Board

11:39:09 19    of Toxicology and you can pay money and take a test and then they'll

11:39:12 20    call you a diplomat.

11:39:15 21    Q.  And they talk about certification has become a key hallmark of

11:39:20 22    one's ability to offer expert opinions even in the context of

11:39:24 23    litigation, so that academy gives great weight to its board

11:39:28 24    certification; do you agree or disagree?

11:39:29 25    A.  Well, I think they do because they want people to take it.

11:39:32  1   Q.  And you have not taken that --

11:39:34  2          THE COURT:  So the question is the academy values its own

11:39:37  3   certification?  Is that what you're asking him?

11:39:39  4          MR. PATTON:  Well, let me ask it a little more

11:39:42  5   specifically.

11:39:43  6   BY MR. PATTON:

11:39:43  7   Q.  The academy you recognize -- let's just look at it.  This is

11:39:58  8   the American Board of Toxicology, correct, they provide for

11:40:03  9   certification process, correct?

11:40:04 10   A.  Okay.  What are you asking me?  I don't know what this paper

11:40:10 11   is.  The American Board of Toxicology does offer a certification in

11:40:16 12   toxicology.  It was intended to allow people that don't have Ph.D.'s

11:40:21 13   in the discipline, or do, but that they can read Casarett & Doull,

11:40:26 14   learn all of the stuff that they need to learn, sit for the test,

11:40:29 15   and then call themselves a toxicologist.

11:40:33 16   Q.  And they consider it, at least, a certification would offer a

11:40:37 17   key hallmark of one's ability to offer expert opinions in

11:40:40 18   litigation?

11:40:42 19   A.  Well, I am not even sure if that's true.  I think these two

11:40:45 20   authors of this paper might think that.

11:40:48 21   Q.  Certain regulatory agencies require that their reviewers be

11:40:52 22   certified by this group, true, including the Consumer Products

11:40:56 23   Safety Commission, true?

11:40:57 24   A.  I am not sure.

11:41:05 25   Q.  I would like to review what you said and published in the

11:41:08 1    literature on the topic of general causation before, and I'd also

11:41:11 2    like to talk about what you've testified to regarding general

11:41:15 3    causation in chemical mixtures previously.

11:41:29 4         Okay.  Here we go.  And the way I've organized this,

11:41:32 5    Dr. Pyatt, and the court, defense counsel, down on the left here we

11:41:37 6    have the Exhibit number of the binder, then we have the year marked,

11:41:40 7    and then this is the full citation.

11:41:42 8         This is your report or your paper in 2004, correct?

11:41:46 9    A.  This was a book chapter that I wrote in 2003, it was published

11:41:52 10   in 2004.

11:41:54 11   Q.  And at the time you were associated with ChemRisk, correct?

11:41:58 12   A.  I was associated with ChemRisk and the university.  I was both

11:42:02 13   places.

11:42:03 14   Q.  You were, in fact, an employee of ChemRisk, correct?

11:42:06 15   A.  That's right.

11:42:07 16   Q.  And you also thanked Dr. Dennis Paustenbach, who we'll talk

11:42:13 17   about shortly, and this is kind of your entry way, this is your

11:42:17 18   first paper on benzene, true?

11:42:19 19   A.  No, that's not true at all.  I've published several research

11:42:23 20   papers on benzene and the hematopoietic effects and the toxicology

11:42:28 21   of benzene metabolites.

11:42:30 22   Q.  Fair enough.  You recognize obviously that benzene causes AML.

11:42:35 23   In your paper, at page 531 of the paper you discuss benzene in the

11:42:41 24   context of service stations and gasoline, correct?

11:42:45 25   A.  Benzene is a natural component in petroleum, therefore, it's

11:42:50  1   not surprising that it's found in gasoline, yes.

11:42:53  2   Q.  And you finish some of your testimony talking about the

11:42:57  3   coadministration of toluene and some of these are the same citations

11:43:02  4   in 2004 that you're relying on for your opinions today in 2015,

11:43:07  5   correct?

11:43:07  6   A.  Sure.  Some of those competitive inhibition studies go back to

11:43:13  7   1972.

11:43:15  8   Q.  As of 2004, however, was it your position as articulated in

11:43:21  9   this paper that there are several areas of research that lack such

11:43:25 10   consensus on the metabolism, that was your position as of ten years

11:43:30 11   ago, correct?

11:43:31 12   A.  Well, what I said is that there is not consensus on which

11:43:35 13   metabolite or combination of metabolites is responsible.  I think

11:43:41 14   that's exactly what I said today, that we don't know which of those

11:43:44 15   metabolites or combination actually underline benzene's toxicology.

11:43:48 16   Q.  In other words, it's not generally accepted, it's not to that

11:43:53 17   point yet?

11:43:54 18   A.  It's not known.

11:43:55 19            THE COURT:  What is the "it"?

11:43:57 20   BY MR. PATTON:

11:43:57 21   Q.  The co-metabolism principle of toluene inhibiting benzene.

11:44:01 22   A.  No, no.

11:44:02 23   Q.  You disagree with that?

11:44:03 24   A.  That's not what I am saying here.  What I am saying here is

11:44:06 25   that we don't know; however, including agreement on which metabolite

11:44:11 1   or combination thereof is responsible for benzene toxicity.  So we

11:44:14 2   don't know if it's p-Benzoquinone, we don't know if it's

11:44:17 3   hydroquinone, we don't know if it's catechol, we don't know if it's

11:44:19 4   a combination of those things.  Which is precisely what I said

11:44:23 5   today.

11:44:24 6   Q.  In 2004 you also in your paper recognized the significance and

11:44:31 7   you called it a hallmark of secondary leukemias would include

11:44:36 8   general or cytogenetic abnormalities that frequently involve the

11:44:40 9   loss of part or all of chromosome seven or five.  That's your

11:44:44 10  statement as published in 2004, true?

11:44:47 11  A.  Yes.

11:44:48 12  Q.  And you even go a little further with it in your paper and you

11:44:54 13  talk about those secondary leukemias, and again, you use the word

11:44:59 14  hallmark, in the context of chemotherapeutic agents or benzene.

11:45:07 15  True?

11:45:09 16  A.  Yes.

11:45:10 17  Q.  In other words, in 2004 your publication you put them both

11:45:16 18  together in the context of benzene causing secondary leukemias,

11:45:20 19  characterized by five, seven chromosome damage just as with

11:45:24 20  therapeutic agents, true?

11:45:26 21  A.  Well, just as with alkylating chemotherapeutic agents.

11:45:32 22  Q.  Okay.  There was some testimony you gave to Mr. Gray about the

11:45:40 23  EPA analysis, and I believe it was the Anderson publication of 1987

11:45:45 24  where Anderson discusses benzene and gasoline or in the context of

11:45:52 25  1987 EPA regulation.  Do you remember that testimony, generally?

11:45:57  1   A.  Yeah.  I am not sure if it's a regulation.  It was just EPA's

11:46:02  2   position that they didn't have evidence that gasoline was

11:46:04  3   carcinogenic.

11:46:05  4   Q.  And the point that you made was it was .001, or maybe a couple

11:46:10  5   more zeros, do you remember that?

11:46:12  6   A.  No.  That's when we were talking about the linear extrapolation

11:46:18  7   model for how EPA conducts risk assessments for benzene exposure.

11:46:26  8   That if it's a linear extrapolation then you're able to calculate an

11:46:32  9   increased risk no matter how small the incremental exposure is.

11:46:37 10   Q.  Have you ever testified under oath in court using a similar

11:46:41 11   type of extrapolation theory to deliberately try to mislead a judge

11:46:46 12   or a jury?

11:46:47 13   A.  I am not sure what you're talking about.

11:46:49 14   Q.  Have you ever used such an extrapolation method in the context

11:46:59 15   of parts per million or percentage of benzene with a lot of zeros in

11:47:04 16   an effort to mislead a judge or a jury?

11:47:08 17   A.  I still don't know what you're talking about.

11:47:10 18   Q.  Well, let's look at it.  On October 22nd, 2014, --

11:47:16 19          MR. GRAY:  Your Honor, I am not sure this is proper

11:47:17 20   impeachment.  He's asked him a question that no one in the room

11:47:21 21   understands, and now he wants to show him testimony from another

11:47:24 22   case.

11:47:25 23          THE COURT:  What is the point?

11:47:28 24          MR. PATTON:  The point is he testified in response to

11:47:30 25   Mr. Gray's question about the EPA linear extrapolation model and he

11:47:36  1   went above and beyond to say, well, it's .001 or point -- maybe a

11:47:40  2   couple of extra zeros.  And my question was, has he ever tried to

11:47:44  3   mislead a court or a jury.  And he testified I am not sure or no.

11:47:49  4   And I am showing him his testimony in Exhibit 2 where he describes

11:47:59  5   smoking in the context of molecules as a parlor trick.  And my point

11:48:04  6   is, my question --

11:48:05  7        THE COURT:  This is really -- I am having trouble

11:48:07  8   following.  Did a judge say he tried to trick a jury?

11:48:12  9        MR. PATTON:  His testimony --

11:48:13  10        THE COURT:  Let me ask you.  Did a court find that he had

11:48:17  11   tried to mislead a jury or make a finding that that had happened?

11:48:23  12        MR. PATTON:  We had a side bar on that issue, which is

11:48:25  13   included in the record, and there was no ultimate finding, and he

11:48:28  14   was permitted to testify, he was cross-examined on this issue.  All

11:48:33  15   I'm trying to explain with this witness is whether --

11:48:35  16        THE COURT:  Maybe if you didn't use as much loaded

11:48:37  17   language and ask him what happened I can get an understanding.

11:48:40  18   Because if you ask somebody did you try to trick somebody, what do

11:48:43  19   you think he is going to tell you?

11:48:44  20        MR. PATTON:  That's fair, your Honor.

11:48:45  21   BY MR. PATTON:

11:48:46  22   Q.  Dr. Pyatt, in your testimony in Houston --

11:48:49  23        MR. GRAY:  Your Honor, may I assert the same objection?

11:48:52  24   This is improper impeachment.  The question was, did you try to

11:48:55  25   mislead a judge about some small numbers, and Dr. Pyatt said I am

| | | |
|---|---|---|
| 11:48:59 | 1 | not sure what you're talking about.  So now we're going to launch -- |
| 11:49:04 | 2 | THE COURT:  Are you refreshing his recollection? |
| 11:49:05 | 3 | MR. PATTON:  I am refreshing his recollection. |
| 11:49:07 | 4 | THE COURT:  You can show him the document and ask him if |
| 11:49:10 | 5 | it refreshes his recollection, that's how you use that. |
| 11:49:12 | 6 | MR. PATTON:  My apologies, thank you, your Honor. |
| 11:49:14 | 7 | MR. GRAY:  May I just ask, what is the question he is |
| 11:49:16 | 8 | having his recollection refreshed about? |
| 11:49:19 | 9 | MR. PATTON:  Let me ask that. |
| 11:49:19 | 10 | BY MR. PATTON: |
| 11:49:20 | 11 | Q.  Dr. Pyatt, do you recognize this slide the upper left-hand |
| 11:49:23 | 12 | corner, and it's contained in Exhibit 2, as something you prepared |
| 11:49:25 | 13 | for your testimony in a prior case?  Do you recall that? |
| 11:49:29 | 14 | MR. GRAY:  Same objection. |
| 11:49:29 | 15 | THE COURT:  What are you impeaching? |
| 11:49:31 | 16 | MR. PATTON:  I am impeaching his credibility in the |
| 11:49:33 | 17 | context -- |
| 11:49:35 | 18 | THE COURT:  But you're impeaching -- you asked him a |
| 11:49:38 | 19 | question.  Now is this a different line of questioning than the |
| 11:49:42 | 20 | question you just asked him. |
| 11:49:45 | 21 | MR. PATTON:  My ultimate -- |
| 11:49:47 | 22 | THE COURT:  I am not saying you can't use this, I am just |
| 11:49:49 | 23 | trying to figure out what you're doing. |
| 11:49:50 | 24 | MR. PATTON:  What I am trying to do, your Honor, and what |
| 11:49:52 | 25 | I'm trying to convey is, it's going to come up in this context, and |

11:49:55  1   we heard about benzene and bananas, that's the next slide.   There

11:49:58  2   were two slides that he prepared and presented to a jury in Houston

11:50:02  3   in which he admitted were a parlor trick, and the second one he

11:50:07  4   admitted he didn't even review the document.

11:50:11  5          THE COURT:  Do it quickly.

11:50:12  6   BY MR. PATTON:

11:50:13  7   Q.  Dr. Pyatt, did you prepare this slide to testify in front of a

11:50:17  8   jury about the molecules of benzene in cigarette smoke?

11:50:20  9   A.  Yes.

11:50:21 10   Q.  And you admitted under oath that the number of zeros -- you

11:50:28 11   admitted it was kind of a parlor trick as an interesting way of

11:50:31 12   expressing that amount, correct?

11:50:32 13   A.  Well, go back to that slide.

11:50:34 14   Q.  Well, your methodology was converting milligrams --

11:50:38 15          MR. GRAY:  I don't think he has finished with his answer.

11:50:41 16          THE COURT:  Let him answer the question.  What was your

11:50:43 17   answer?

11:50:43 18          THE WITNESS:  So you started this by saying that EPA

11:50:48 19   regulates benzene linearly and that you can calculate an increased

11:50:53 20   risk of benzene toxicity for any increased benzene exposure.  This

11:51:00 21   was where I was calculating the amount of benzene that came from

11:51:04 22   cigarette smoking.  And I can do it lots of ways, I could express it

11:51:10 23   in milligrams or I could express it in the number of molecules.

11:51:15 24          And I said it was an interesting way, and I did use that

11:51:18 25   term parlor trick, probably that wasn't the smartest thing to say.

11:51:22  1   But nonetheless that there's lots of ways of expressing the same

11:51:26  2   thing.  So I was just showing -- and this was related to testimony

11:51:30  3   from the other side that said all it takes is one molecule to give a

11:51:35  4   person leukemia.

11:51:37  5   BY MR. PATTON:

11:51:37  6   Q.  Converting milligrams into molecules of benzene, is that a

11:51:42  7   scientifically acceptable method?

11:51:44  8   A.  Oh, absolutely.  We do that all the time.  That's

11:51:47  9   stoichiometry, that's freshman chemistry in college.

11:51:50 10   Q.  You talked earlier about benzene in bananas and benzene in

11:51:53 11   strawberries, do you recall that testimony?

11:51:55 12   A.  Well, I have used this slide many times in the past.  I think

11:51:58 13   it was Mr. Gray that actually expressed those fruits, I didn't, but

11:52:03 14   I've used this in the past.

11:52:05 15   Q.  And when you used it in Houston, you were using it to explain

11:52:11 16   that benzene is everywhere, correct?

11:52:12 17   A.  Yes.

11:52:13 18   Q.  It's in the food that we eat?

11:52:14 19   A.  Yes.

11:52:15 20   Q.  However, in Houston at that time had you even read the whole

11:52:19 21   document for which you now say you've used this slide numerous times

11:52:23 22   to convey your point?

11:52:24 23   A.  I honestly didn't really care what the document said.  I was

11:52:28 24   just using this to illustrate that there's a little bit of benzene

11:52:31 25   in all of these materials.

11:52:33   1          MR. GRAY:  Your Honor, may I object?  He is bringing up

11:52:35   2   slides from another case and then impeaching him with cross-examine

11:52:39   3   from the other case without any foundation for the question.

11:52:41   4          THE COURT:  What is the point of all of this?

11:52:44   5          MR. PATTON:  In response to direct testimony --

11:52:46   6          THE COURT:  You're saying in another case he used that

11:52:50   7   slide which he's using to show there is a little bit of benzene in

11:52:53   8   everything to say there was something else on the page in that other

11:52:56   9   case that he didn't talk about.  I mean, that's too remote.  Get to

11:53:00  10   something sexier than that.

11:53:04  11   BY MR. PATTON:

11:53:05  12   Q.  Is the source of the benzene in common foods like fruits, isn't

11:53:09  13   that from contaminants in our environment from industrial sources;

11:53:13  14   is that true?

11:53:13  15   A.  No, no.

11:53:14  16   Q.  No?

11:53:15  17   A.  Benzene is present in all organic material.  I mean, it's a

11:53:19  18   very simple aromatic hydrocarbon.  You find it in any biological

11:53:25  19   tissue, so it's a natural part of our world.

11:53:28  20   Q.  Dr. Pyatt, when we talk about probability and carcinogenicity,

11:53:37  21   are you familiar with the *Black's Law Dictionary* definition of

11:53:40  22   probable?

11:53:41  23   A.  No.

11:53:41  24   Q.  You're not familiar with it.  Would you disagree with this

11:53:45  25   characterization --

11:53:46  1           MR. GRAY:  Your Honor, if I may, if he is not familiar

11:53:48  2   with it, why is he being cross-examined with it?  I don't think it's

11:53:52  3   proper foundation.

11:53:52  4           THE COURT:  This is legal, I mean that's a legal

11:53:54  5   dictionary, right?

11:53:55  6           MR. PATTON:  Yes, your Honor.

11:53:57  7   BY MR. PATTON:

11:53:58  8   Q.  Let me ask a better question.  Do you agree with the legal

11:54:01  9   dictionary definition of probable, meaning:  Having the appearance

11:54:04 10   of truth, having the character of probability, appearing to be

11:54:08 11   founded in reason or experience, having more evidence for than

11:54:13 12   against; supported by evidence which inclines the mind to believe,

11:54:17 13   but leaves some room for doubt; likely.  Do you agree with that

11:54:21 14   definition in the context --

11:54:22 15           THE COURT:  If they're equating to possible?  The standard

11:54:28 16   for a civil trial is more probable than not, not possibility.  I

11:54:33 17   mean, what does this have to do with anything?

11:54:37 18           MR. PATTON:  I'll move on, your Honor.

11:54:40 19   BY MR. PATTON:

11:54:40 20   Q.  We reviewed the ATSDR, it's Exhibit 45 in my materials,

11:54:47 21   defense's material six, and they included it as a probable

11:54:50 22   carcinogen, correct?

11:54:51 23   A.  Who?

11:54:52 24   Q.  The ATSDR concluded that benzene was a probable carcinogen?

11:54:57 25   A.  Right, based on the kidney tumors in male rats.

11:55:00  1   Q.  This is your report at page 7, and I want to go through very

11:55:04  2   briefly without detail because we've been through a lot of studies.

11:55:08  3   But your opinion is, generally speaking, or one of your opinions, is

11:55:12  4   that the data on gasoline exposure does not indicate that

11:55:18  5   occupational groups that work with or around gasoline are at an

11:55:21  6   increased risk of developing bone marrow or hemapoietic toxicity,

11:55:27  7   including an increased risk of developing AML?

11:55:29  8            MR. GRAY:  Your Honor, may I ask, where is this from?

11:55:31  9            MR. PATTON:  Page 7 of his report where he cites 30 to 42.

11:55:38  10           THE WITNESS:  Which binder is it in?

11:55:38  11  BY MR. PATTON:

11:55:41  12  Q.  Thirty to 42, should be in probably the second binder.

11:55:44  13  A.  Thirty to 42?

11:55:48  14  Q.  Well, it's your report, it's Exhibit 2, I believe, or

11:55:51  15  Exhibit 38.  We're at page 7 of your report.  Are you at page 7 of

11:56:42  16  your report?

11:56:44  17  A.  Yeah, I am just reading it, it goes over to page 8.  Okay.

11:56:47  18  Q.  And on this next slide you cited in the second column there 30,

11:56:52  19  all the way down to 42, and in the exhibit binders I've included are

11:56:57  20  the studies that you cite Exhibits 67 through 79.  Do you understand

11:57:02  21  that?

11:57:06  22  A.  Okay.

11:57:07  23           MR. GRAY:  Your Honor, I am confused.

11:57:09  24           THE COURT:  I think the witness -- it doesn't matter if

11:57:11  25  you're confused, the witness has to understand the questions; so if

11:57:14  1    he understands the question, we're going to move on.

11:57:16  2    BY MR. PATTON:

11:57:17  3    Q.  Dr. Pyatt, page 7 of your report.  For this conclusion on the

11:57:20  4    screen, do you cite references 30 to 42 among your 210 references?

11:57:31  5    A.  Yes.

11:57:32  6    Q.  I copied this as a picture from your report.  Exhibit 38.

11:57:38  7            Now, for the exhibits that I provided in front of you are

11:57:43  8    numbered but the citations are reflected here and the name of the

11:57:48  9    author as well as the year and some notes on those studies.  Do you

11:57:51  10   understand that?

11:57:52  11   A.  Yes.

11:57:52  12   Q.  And I want to just go over this with you a little bit.

11:57:56  13            THE COURT:  Who prepared that?

11:57:57  14            MR. PATTON:  I prepared this as a demonstrative aid.

11:57:59  15            THE COURT:  All right.

11:58:02  16   BY MR. PATTON:

11:58:02  17   Q.  Now, first of all, the ones in green I would represent show

11:58:10  18   something of a positive finding.  We talked about Hunting and I

11:58:15  19   think Brandt's been mentioned numerous times yesterday and today.

11:58:18  20   Would you agree with that?

11:58:20  21   A.  I wouldn't disagree with that, no.

11:58:22  22   Q.  Fair enough.  And the studies in red support what you are

11:58:27  23   saying about the studies don't show an increased risk.  And some of

11:58:32  24   those studies, as pointed out in red, Grandjean, Lagorrio, Sorahan

11:58:40  25   2007 and Sorahan 2005, those indeed support what you are trying to

11:58:44  1  convey in that paragraph and opinion, correct?

11:58:46  2  A.  Okay.

11:58:49  3  Q.  The leukemia is lower than expected, it supports your opinions,

11:58:52  4  right?

11:58:52  5  A.  Okay.

11:58:53  6  Q.  And the ones in blue are a little bit different.  Kolachana

11:58:58  7  deals with solvents and lymphoma and HL subtypes, it doesn't deal

11:59:05  8  with AML, true?

11:59:05  9  A.  No, Kolachana doesn't.

11:59:06  10  Q.  My statement is correct?

11:59:08  11  A.  Kolachana doesn't deal with gasoline or AML -- wait a minute.

11:59:15  12  Okay.

11:59:16  13  Q.  And then Henson, which you cite from '93 and '89, those also do

11:59:27  14  not examine AML, correct?

11:59:28  15  A.  I don't know, I'll have to look.

11:59:30  16         THE COURT:  It says AML on Hanson.

11:59:34  17         MR. PATTON:  Hanson no analysis for AML.

11:59:36  18         THE WITNESS:  Oh, no analysis for leukemia or AML, okay.

11:59:40  19  BY MR. PATTON:

11:59:40  20  Q.  And then Hanson 1989, no analysis for separate leukemia or AML.

11:59:47  21  A.  I'll have to look.

11:59:50  22  Q.  Meanwhile for Lindsey there's no analysis related to petrol,

11:59:56  23  AML or any lymphohematopoietic cancer, correct?

12:00:02  24  A.  Well, so on Hanson they looked at truck driver and they

12:00:04  25  followed up on the mortality of truck drivers.  If they had seen an

12:00:08  1   increase of leukemia or AML in these truck drivers then they would

12:00:12  2   have reported it.

12:00:13  3   Q.  What about for the Nesham study, that does not deal with AML,

12:00:21  4   correct?

12:00:21  5   A.  No.

12:00:21  6   Q.  My statement is correct?

12:00:23  7   A.  Your statement is correct.

12:00:24  8   Q.  Likewise or see deals with solvents and NHL, lymphomas only,

12:00:30  9   not myeloid leukemias or AML, true?

12:00:32 10   A.  True.

12:00:33 11   Q.  And then Pasqualetti does not provide any analysis for separate

12:00:39 12   leukemia or AML, correct?

12:00:40 13   A.  I don't know about Pasqualetti.

12:00:43 14   Q.  Let's go back to what you said in your report.  These are the

12:00:49 15   citations you rely on in this context.  We just went through 30 to

12:00:55 16   42, correct?

12:00:56 17   A.  Well, those are the citations that I put after that statement.

12:00:58 18   But if you go to the end of that section, taking collectively, this

12:01:02 19   body of literature does not support the position that being a

12:01:05 20   mechanic increases the risk of developing leukemia, AML

12:01:13 21   specifically, leukemia generally -- there's a long list of

12:01:17 22   citations.  I guess I just didn't put every single citation behind

12:01:20 23   ever single sentence.  But, I mean, the overall section has all of

12:01:26 24   the relevant literature in it.  I guess I just didn't go and make

12:01:31 25   this huge bibliography for every single statement that was in that

12:01:36  1    paragraph.

12:01:36  2    Q.  We're going to go through some of your additional statements.

12:01:39  3    Let's turn to page 8, this is the very next paragraph where you

12:01:43  4    discuss Lynge.  And I'll acknowledge with you, just as before you or

12:01:47  5    to you, just as Dr. Infante, that Lynge does not show a

12:01:54  6    significantly increased risk.  It shows it elevated to 1.3 but not

12:01:59  7    statistically significant, correct?

12:02:00  8    A.  Well, yes.

12:02:03  9            THE COURT:  We've said that three times.

12:02:05 10    BY MR. PATTON:

12:02:06 11    Q.  Right.  And Lynge was the Swedish or the Nordic country study,

12:02:09 12    correct?

12:02:13 13    A.  Lynge was a combined cohort of gasoline workers from a variety

12:02:18 14    of Nordic countries, yes.

12:02:20 15    Q.  And they pointed out, they point out in the study as you recite

12:02:25 16    in your report that gasoline at that time was between two to ten

12:02:30 17    percent with an advantage value of benzene at least five percent.

12:02:33 18    Higher than what you see in the U.S. correct?

12:02:36 19    A.  Yes.

12:02:37 20    Q.  And Lynge also concluded that the average exposures were from

12:02:45 21    .16 to .31, and it suggests that further studies on leukemia and

12:02:50 22    gasoline exposure should, to be informative include persons with

12:02:53 23    exposures above the level of Nordic service station workers,

12:02:58 24    correct?

12:02:59 25    A.  I don't know where you are.  Is that in my report?

12:03:02  1              THE COURT:  That's in the study.

12:03:03  2  BY MR. PATTON:

12:03:04  3  Q.  That's in the study.  I guess my point is this, in 1997 they

12:03:08  4  were recognizing the variability in benzene percentage in gasoline

12:03:13  5  and they also put it in the context of how it might compare in

12:03:18  6  different countries, true?

12:03:19  7  A.  Well, they're saying in 19,000 workers exposed to gasoline

12:03:27  8  vapors, we didn't see an increased risk of leukemia.  Maybe we need

12:03:32  9  to look at people that have higher exposures to benzene.  I don't

12:03:36 10  know that that's going to be a gasoline worker, but that's what

12:03:41 11  they're stating.

12:03:42 12  Q.  Would you agree, however, that given engineering controls and

12:03:45 13  vapor controls that there would have been higher exposures to

12:03:48 14  benzene from gasoline in earlier decades would you agree with that

12:03:52 15  as a general principle?

12:03:53 16  A.  I am not sure how far back Lynge went when they valued these

12:03:58 17  19,000 workers.  We would have to get out the study and look to see

12:04:02 18  when they started collecting cases.

12:04:04 19  Q.  That's fair.  Let's look at the next paragraph of your report.

12:04:09 20  You pointed out the Schnatter study, you cite the Lindquist,

12:04:14 21  Williams and Loomis as well.  For your proposition that studies of

12:04:20 22  service station attendants, truck drivers, mechanics, and others do

12:04:24 23  not indicate an increased risk.  These are your citations?

12:04:27 24  A.  Looks like it, yes.

12:04:29 25  Q.  And that would include the work by Schnatter -- again, MDS, not

12:04:35  1    AML, but nevertheless it does find an over fourfold risk, which was

12:04:44  2    statistically significant.  They examined peak exposure versus no

12:04:49  3    peak exposure.  Again, a sixfold risk.  And the highest exposure

12:04:54  4    category they found also over fivefold risk.  All statistically

12:05:00  5    significant, true?

12:05:01  6    A.  That's right.  But they also did AML specific analysis, so

12:05:06  7    since this was concerning AML that was the data that I talked about.

12:05:10  8    Q.  Right.  But you also acknowledged that the significant excess

12:05:15  9    in AML with being a tanker truck driver that's a doubling of the

12:05:18 10    risk, that was statistically significant, correct?

12:05:20 11    A.  Right.  And I say on there that this provides some evidence of

12:05:25 12    an association.

12:05:26 13    Q.  And this is -- this slide provides a summary of Lindquist '91,

12:05:30 14    William 1997 and Loomis 1991.  Loomis at the bottom does support

12:05:36 15    what you are saying here, and that there was no elevated risk,

12:05:40 16    correct?

12:05:43 17    A.  I would have to go and look at Loomis.  I don't know.  I don't

12:05:46 18    have all of these studies memorized.  I didn't put down -- (A) I

12:05:53 19    didn't put down every citation for every sentence; and (B) maybe I

12:05:58 20    need to but I didn't.  I didn't just put down the citations that

12:06:02 21    support my opinions.  I put down the citations that I thought were

12:06:06 22    relevant to the question irregardless of how the data came.

12:06:14 23    Q.  Let's look at your next paragraph.  You then summarize, provide

12:06:18 24    a summary citing IARC and you cite it as 1998.  We agree it's

12:06:23 25    actually 1989, true?  The IARC review on gasoline.

12:06:29  1   A.  Yeah, I mean, there was some discussion yesterday as to whether

12:06:34  2   or not it was updated in 1998, and I think that might be so looked

12:06:38  3   at bottom of the IARC monograph and it said updated in 1998 so that

12:06:42  4   might be that discrepancy.

12:06:44  5   Q.  The IARC monograph indeed is 1989, it's Exhibit 85, if you care

12:06:51  6   to look at it.  But this accurately represents IARC's position.

12:06:55  7          Would you agree with their conclusion in 1989 -- would

12:07:01  8   you agree today that gasoline is possibly carcinogenic to humans as

12:07:05  9   IARC was saying in 1989, some 26 years ago?

12:07:11 10   A.  I think we discussed that evidence and I think that there's

12:07:16 11   been a lot of studies of gasoline, and it doesn't support that

12:07:22 12   gasoline causes AML.  Whether it's probable or possible or limited

12:07:28 13   or strong, that has to do with these regulatory groups and

12:07:32 14   scientific bodies and the way they characterize risks.  I don't have

12:07:37 15   that same classification system.  I think what they're talking about

12:07:43 16   is basically the animal data.

12:07:48 17          THE COURT:  Are we talking about the rats and the kidney

12:07:50 18   cancer?

12:07:50 19          THE WITNESS:  Yes.

12:07:51 20   BY MR. PATTON:

12:07:52 21   Q.  Considering what Dr. Infante cited in his chart 1A and in the

12:07:56 22   chart that you provided as well today, you would agree with me that

12:07:59 23   there are numerous studies that repeatedly over the last 26 years do

12:08:04 24   show a positive association.  Now, some of them might not be

12:08:07 25   statistically significant, some of them might differ a lit bit in

12:08:11  1  characterization of service station attendants or truck drivers, et

12:08:15  2  cetera, but wouldn't you agree that over the last 26 years

12:08:19  3  additional literature has developed showing that a positive

12:08:23  4  association?

12:08:24  5  A.  Well, so, first of all, I am not sure, I mean, in my program,

12:08:31  6  and I've got specific examples of this where people made the claim,

12:08:36  7  well, there was a non-significant elevation.  And I learned from my

12:08:43  8  thesis advisor and my chairman that if it's not statistically

12:08:46  9  significant, you don't know if it's elevated or not.  So saying that

12:08:50 10  1.3 is an elevation, well, yes, it's greater than one, but does that

12:08:58 11  mean anything in terms of understanding causation.  I am not sure I

12:09:02 12  necessarily agree with that.  There are positive studies and I think

12:09:06 13  I accurately reflected those on the slide that I made.

12:09:13 14  Q.  You mentioned your thesis advisor?

12:09:15 15  A.  No my -- yes, Rich Irons, but David Ross was the guy that made

12:09:21 16  that comment in a seminar that we had where a speaker said, well, it

12:09:28 17  was a non-significant increase.

12:09:32 18  Q.  Dr. Irons though, he was your -- what's the term?

12:09:37 19  A.  He was my thesis advisor.

12:09:39 20  Q.  You thesis advisor.

12:09:40 21  A.  Sometimes called a mentor.

12:09:44 22  Q.  Many of the studies that you cite -- I've circled the ones that

12:09:48 23  show an increase and I circled the ones -- I marked a G next to the

12:09:52 24  ones that were green on the color copy.  But do you see the small

12:09:57 25  red plus signs or X's?  All of those reflect a positive association,

12:10:03 1    correct?

12:10:04 2            Some of them don't meet statistical significance, but they

12:10:07 3    show a positive association and they're part of the body of the

12:10:09 4    literature in the last 26 years, and even prior.

12:10:15 5    A.  If by show of positive association you're saying that the odds

12:10:19 6    ratio or the SMR or whatever is greater than one, yes.

12:10:22 7    Q.  Meanwhile, Dr. Infante's studies yesterday, 23 of those were

12:10:27 8    since 1989, since that earlier IARC statement, correct?

12:10:32 9    A.  I don't know.  We can go through and count them up, if you

12:10:39 10   like.

12:10:40 11   Q.  If you could look at Exhibit 36, please.  It's going to be in

12:10:45 12   the first or second binder.  I think it's two tabs away from where

12:10:50 13   you're at right now.

12:11:04 14   A.  So this looks like a presentation I gave on cytogenetics?

12:11:10 15   Q.  Exhibit 36?

12:11:12 16   A.  You said it was two tabs -- I went the wrong way, I went to 40,

12:11:17 17   you went backwards.

12:11:18 18   Q.  Exhibit 36 is a 1980 Shell document that discusses safe

12:11:24 19   handling of benzene.  But before I go there, this way I can switch

12:11:28 20   from the screen one more time.

12:11:41 21           Dr. Pyatt, further to the point of the last chart that you

12:11:45 22   used.  Each of these studies that you went through with your

12:11:49 23   attorney show a positive association or each that is marked with a

12:11:53 24   red X or mark.  Some of them again not statistically significant,

12:11:57 25   but the ones with the big check mark and the circle, those are

12:12:00   1   significant, correct?

12:12:01   2   A.  Well, no, I mean, I don't necessarily agree with that.  Look at

12:12:05   3   the Wong study for gasoline.  You put a little check beside meaning

12:12:10   4   you think that has some meaning.  So he finds an odds ratio, yeah,

12:12:14   5   an odds ratio of 1.07.  Now, yes, that's greater than one.  But I

12:12:20   6   would maintain that that means nothing in terms of evidence of a

12:12:23   7   positive association -- wait, wait, wait, go back.

12:12:28   8   Q.  Sorry.

12:12:29   9   A.  Any more than the one down below it where the odds ratio is

12:12:38  10   0.8.  Am I going to say that shows a negative association and that

12:12:41  11   means that gasoline exposure protects?  I mean, that's just not the

12:12:48  12   way you're supposed to be interpreting this data.  Now, yes, some of

12:12:52  13   those numbers are greater than one.  You can interpret that however

12:12:56  14   you want.

12:12:58  15   Q.  And you might interpret it different than Dr. Infante.  But in

12:13:02  16   any event the ones marked here do indicate a positive association?

12:13:08  17   A.  Well, yes, I mean --

12:13:10  18          THE COURT:  I think we've --

12:13:12  19          THE WITNESS:  That's why I put it on there.

12:13:14  20          THE COURT:  Yeah, I get it.

12:13:16  21   BY MR. PATTON:

12:13:16  22   Q.  Are you familiar with the work by Richard Monson, his

12:13:20  23   *Occupational Epidemiology* textbook?

12:13:23  24   A.  I have a version of that on the shelf, I don't know if I have

12:13:26  25   your version or not.

12:13:27 1          THE COURT:  What's the name of it?

12:13:29 2          MR. PATTON:  Richard Monson, *Occupational Epidemiology*.

12:13:29 3   BY MR. PATTON:

12:13:45 4   Q.  Dr. Monson -- you've testified in other cases involving

12:13:48 5   Dr. Monson, correct, you've testified -- is that true?

12:13:52 6   A.  I can't remember.  I wouldn't think so.  I don't know him.

12:13:59 7   Q.  Are you familiar with -- do you recall the Wagner case in this

12:14:02 8   courthouse, dated Civil Action No. 09-7257, Wagner v. Exxon, do you

12:14:09 9   recall that case?

12:14:11 10  A.  I mean, I recall the name.  I've never been in this courthouse

12:14:15 11  before.

12:14:15 12  Q.  It was Judge Fallon?

12:14:18 13  A.  (WITNESS SHAKES HEAD IN THE NEGATIVE.)

12:14:19 14  Q.  There was testimony regarding the relationship between benzene

12:14:25 15  exposure and multiple myeloma, you were an expert in that case and

12:14:29 16  Dr. Monson was an expert, correct?

12:14:32 17  A.  I don't recall.

12:14:33 18  Q.  Do you recall the ultimate decision that the testimony as to

12:14:37 19  general causation between benzene and multiple myeloma was deemed

12:14:41 20  admissible, do you recall that?

12:14:43 21  A.  No.  I mean, I know what my opinions are regarding benzene

12:14:47 22  exposure and multiple myeloma, but I don't remember the specifics of

12:14:51 23  that case.

12:14:52 24  Q.  In any event Dr. Monson, the author of this textbook, he talks

12:14:58 25  about the purpose of epidemiology to measure the association between

12:15:04  1    exposure and disease, correct?

12:15:05  2    A.  That's what is written on that page, yes.

12:15:08  3    Q.  He talks about the strength of association and other terms as

12:15:13  4    well.  He notes because in the context of -- let's talk about the

12:15:19  5    settings we've reviewed:  Petroleum workers, tanker truck drivers,

12:15:24  6    refinery workers, et cetera.

12:15:26  7    A.  No, we never reviewed refinery workers.  We reviewed

12:15:31  8    distribution workers, but I have -- I mean, there's probably 60

12:15:35  9    refinery studies that I didn't talk about or bring in.  There's a

12:15:38 10    ton of refinery data.  We talked about gasoline exposed workers

12:15:41 11    where they said gasoline mechanics, service station attendants or

12:15:46 12    distribution workers.

12:15:47 13    Q.  And Dr. Monson recognizes the importance of consistency for a

12:15:52 14    variety of settings, just as you just described, true?

12:15:56 15    A.  I mean, I am not making the connection between what I just said

12:16:02 16    and that sentence.  But, yes, I mean, I think -- I always -- when I

12:16:07 17    was doing experiments in the lab I always wanted my experimental

12:16:11 18    results to be consistent with what other people were publishing,

12:16:15 19    even if they weren't doing exactly the same thing.  So, yes, I think

12:16:19 20    that is an important characteristic.

12:16:20 21    Q.  Do you agree with this conclusion that Dr. Monson's text, "That

12:16:25 22    the strongest evidence that an association is causal derives from

12:16:31 23    situations where the same association is seen in two or more

12:16:34 24    independent groups."  Do you agree with that statement?

12:16:39 25    A.  I don't know.  I mean, there's been 30 or 40 studies so I am --

12:16:48  1   I mean, that would -- two or more independent groups would provide

12:16:53  2   stronger evidence than if you only had it once.  Is that in here

12:16:57  3   somewhere, this chapter.

12:16:59  4   Q.  I don't believe it is?

12:17:00  5   A.  I'd like to see the chapter if we're going to talk about it.

12:17:04  6         MR. PATTON:  May I approach, your Honor?

12:17:05  7         THE COURT:  Yes.

12:17:08  8         THE WITNESS:  Thank you.

12:17:16  9   BY MR. PATTON:

12:17:16 10   Q.  My point, Dr. Pyatt, is --

12:17:19 11   A.  Hold on a second.  (WITNESS READS.)  Okay.

12:18:07 12   Q.  My question is this:  "His statement that the strongest

12:18:11 13   evidence that an association is causal derives from situations where

12:18:15 14   the same association is seen in two or more independent groups."

12:18:22 15   A.  And I answered that.

12:18:23 16   Q.  And you agreed with that?

12:18:24 17   A.  Well, I agree that if you have two or more independent groups

12:18:27 18   that would be stronger than if you just had a single study.  But in

12:18:30 19   the issue that we're talking about, there's 35 or 40 studies.

12:18:34 20   Q.  Right.  Which includes different independent groups, many, many

12:18:38 21   more than just two, correct?

12:18:39 22   A.  Yes, 40 is more than two.

12:18:44 23   Q.  So Brandt, Schwartz, Lindquist, Hunting and Jakobsson, those

12:18:56 24   are all statistically significant and they all show an increased

12:19:00 25   risk, true?

12:19:01 1   A.  Yes.

12:19:02 2   Q.  Meanwhile, though not statistically significant, a positive

12:19:08 3   association is observed in Schwartz 1987, Flodin 1990, Pasqualleti

12:19:17 4   1991, Schnatter 1992, Richardson 1992, Rushton 1993, Sassony 1993,

12:19:31 5   Schnatter 1993; Wong 1993, Saithiakamur 1995, Schnatter 1996, Lynge

12:19:43 6   1997, Wong 1999, Albin 2000 and Lewis 2000, those all show a

12:19:53 7   positive association though not statistically significant, correct?

12:19:55 8   A.  Well, those are all greater than one.  But each this chapter

12:20:00 9   that you just handed me, he says if the rate ratio was 1.0 to 1.2

12:20:08 10  that shows none in terms of strength of the association.  Which is

12:20:13 11  what I was arguing or discussing with you about that Wong 1.07.  I

12:20:18 12  just don't believe that this that that's actually telling you that

12:20:23 13  something is going on.

12:20:23 14  Q.  You would prefer the 1.5 or above increased risk, which is

12:20:28 15  moderate, 1.5 to three that range by Monson?

12:20:34 16  A.  He calls that moderate.

12:20:35 17  Q.  And you would agree with that?

12:20:37 18  A.  Well that's the terminology that he is using.  I wouldn't -- I

12:20:41 19  mean, that's what he says.

12:20:42 20  Q.  But three if you get a relative risk of three that is three to

12:20:47 21  ten that is strong?

12:20:48 22  A.  Yes.  Yeah, if it was statistically significant that would be a

12:20:55 23  strong finding, yes.

12:20:56 24  Q.  Let's go back and I apologize for going out of order, to

12:21:00 25  Exhibit 36.  Do you agree with Shell's statement --

12:21:09  1   A.  Oh, is that this thing (INDICATING)?  Yes.

12:21:13  2   Q.  It was a deposition at some point, it's marked in the binder as

12:21:17  3   Exhibit 36.

12:21:18  4   A.  Okay.  Got it.

12:21:19  5   Q.  And it references benzene in the context of gasoline.  This is

12:21:23  6   Shell's own statement in 1980, correct?

12:21:27  7          MS. MAHONEY:  Your Honor, I object to questions about a

12:21:30  8   document, an internal Shell document.

12:21:32  9          THE COURT:  Sustained.  I don't think this has anything to

12:21:34 10   do with the science.

12:21:49 11          By the way, I am only taking only one lawyer at a time on

12:21:53 12   a witness.  So if you put the witness on you make the objections, I

12:21:57 13   don't want to do this tag team stuff moan.

12:21:59 14          MS. MAHONEY:  Your Honor, I represent Shell and they

12:22:02 15   represent Chevron.

12:22:03 16          THE COURT:  Oh, I'm sorry.  Oh, okay.  I thought y'all

12:22:05 17   were all together.  All right.  Proceed.

12:22:20 18   BY MR. PATTON:

12:22:21 19   Q.  Dr. Pyatt, I want to talk about changes in your opinions

12:22:24 20   regarding five, seven in the context of general causation.  In 2005

12:22:32 21   you testified that secondary leukemias would include the five, seven

12:22:39 22   loss and you recognized that as significant in your case, in your

12:22:45 23   opinions in that case, correct?

12:22:47 24          MR. GRAY:  Your Honor, if this is for impeachment

12:22:49 25   shouldn't he be asked the question and then -- there's something on

12:22:53 1  the screen that purports to be his prior testimony in court.

12:22:57 2         THE COURT:  That is a better way to do it.

12:22:59 3         MR. PATTON:  Let me correct it.  I apologize.

12:23:00 4         THE COURT:  He is going to tell him he doesn't remember

12:23:02 5  and pull it up.  So he may have saved us a step but go ahead.

12:23:06 6  BY MR. PATTON:

12:23:07 7  Q.  Dr. Pyatt do you recall your testimony -- I'm sorry, your

12:23:12 8  report in 2005 in the Atkins case, which is Exhibit 3?

12:23:15 9  A.  No, I don't.

12:23:16 10  Q.  Would it reflect your recollection to show you a portion of

12:23:19 11  that report?

12:23:20 12  A.  I would like to see the whole thing.

12:23:22 13  Q.  The whole thing is behind the colored page on tab three.

12:23:26 14  Exhibit 3 in the binder that would be the first binder?

12:23:28 15  A.  The first binder.  Okay.  (WITNESS READS.)

12:24:26 16  Q.  Does that reflect your recollection?

12:24:28 17  A.  I have the report in my hand does, yes.

12:24:31 18  Q.  Was it your opinion in that case where the man did not have

12:24:35 19  chromosomal damage --  strike that.

12:24:38 20         Is it your opinion that secondary leukemia would involve

12:24:42 21  loss of part or all of chromosome seven and/or five?

12:24:47 22  A.  Well, so the first sentence there one hallmark of this type,

12:24:51 23  the this type referring to the sentence that you've blacked out.

12:24:56 24  And that says:  "AML arising secondary to treatment with alkylating

12:25:02 25  chemotherapeutic agents is a clinical entity distinct from AML

12:25:06  1    arising de novo.  One hallmark of this type of AML (a secondary

12:25:12  2    leukemia) is changes in chromosomes five and seven.

12:25:18  3    Q.  So in this case you didn't believe that included benzene

12:25:22  4    exposure?

12:25:24  5    A.  No, I am not saying that.  If you look down below I say:  "In

12:25:29  6    AML cases where they've been occupationally exposed where

12:25:32  7    appropriate analysis is conducted, they appear to possess the same

12:25:37  8    constellation of cytogenetic and morphological characteristics."

12:25:41  9    And these citations here, this whole literature, Golumb, Cuneo,

12:25:47 10    Mitelman, several where they basically they were case series.

12:25:51 11    Q.  Was it your opinion in 2005 that for someone to possibly have a

12:25:57 12    benzene-induced leukemia you would need to see that type of damage

12:26:02 13    to five or seven chromosome?

12:26:03 14    A.  I would say that if they had five and seven that would be

12:26:08 15    consistent with a benzene-induced disease.

12:26:10 16    Q.  Turning to Exhibit 4 in 2006, did you report in the Barker,

12:26:14 17    case that's Exhibit 4 in your binder four.  You characterize --

12:26:33 18    A.  Hold on a second.  Let me just get caught up.  (WITNESS READS.)

12:27:30 19           THE COURT:  While he is doing that.  Do you have an

12:27:33 20    idea -- I am just thinking about the lunch break -- how much longer

12:27:36 21    do you have with him?

12:27:38 22           MR. PATTON:  I have probably 20 minutes or less on the

12:27:41 23    cytogenetic issues, depending on how much time he reviews the paper;

12:27:42 24    and then I probably have 45 minutes or less on the --

12:27:46 25           THE COURT:  How many?

12:27:47  1          MR. PATTON:  45 minutes.  I have about 20 minutes left on

12:27:50  2   this issue, and then I have about 45 minutes of cross on the

12:27:54  3   competitive inhibition, toluene-benzene metabolism.

12:27:59  4          THE COURT:  Let me just tell you all the deal with today.

12:28:02  5   We've got a Mardi Gras parade and I have to get out of here by, you

12:28:06  6   know, between four and 4:30 or you're just not going to be able to

12:28:11  7   get anywhere.  So that's going to be closing time today.  Because I

12:28:18  8   wouldn't put anybody through the traffic and I can't get home.

12:28:21  9          MR. PATTON:  What is our walk out time today?

12:28:25 10          THE COURT:  Probably I am thinking 4:15 at the very

12:28:27 11   latest.

12:28:28 12          MR. PATTON:  Let me speed this up tremendously then if I

12:28:31 13   may.

12:28:34 14   BY MR. PATTON:

12:28:34 15   Q.  Dr. Pyatt, I've included in Exhibits 3, let me just go right to

12:28:41 16   the document camera here.  I've included as Exhibits 3 through 39

12:28:48 17   your reports and your testimony in prior lawsuits.  Do you recognize

12:28:53 18   some of those names, do you understand what this slide portrays --

12:28:58 19   well, this is the index.

12:29:00 20   A.  Yeah, I recognize some -- not all of them, no.  Some of them.

12:29:06 21   Q.  Do you recognize some of them?

12:29:07 22   A.  The more recent ones, yes.

12:29:10 23   Q.  In the interest of time, most, if not all, of these cases dealt

12:29:16 24   with benzene and mixtures, correct?

12:29:18 25   A.  No.  I mean, if it's a gasoline case like Barker is, I wouldn't

12:29:29  1   consider that, well, we're discussing benzene in a mixture.  I would

12:29:34  2   consider that this is a gasoline case and what does the gasoline

12:29:37  3   literature tell us.  In the Stromberg, No. 10, that was a toluene

12:29:41  4   case.  You may classify that as, well, there's benzene in toluene,

12:29:46  5   therefore, it's benzene in a mixture.  But I evaluated what the

12:29:50  6   toluene literature told us.

12:29:52  7   Q.  But you also evaluated in each of those reports, each of them

12:29:56  8   above the Irons work, it's in Exhibits 3 through 19, in every one of

12:30:01  9   those you also considered to support your opinions against causation

12:30:06  10   your testimony was and your opinions were that because that worker

12:30:11  11   did not have five, seven chromosome damage, therefore, he could not

12:30:15  12   have a secondary leukemia or a benzene-induced leukemia.  That was

12:30:20  13   consistently your position --

12:30:21  14   A.  I've never said that.  I've never said he cannot have -- I've

12:30:27  15   never said that.

12:30:27  16   Q.  Did you support causation in any of these cases?

12:30:30  17   A.  Probably.  I'll tell you, look at the toluene case.  Toluene

12:30:36  18   doesn't cause AML, so it really wouldn't matter what cytogenetic

12:30:41  19   changes that guy had.  The only way to know is to pull out these

12:30:45  20   reports and see what I said and see what the overriding

12:30:47  21   characteristics were.

12:30:47  22           THE COURT:  Let's put it this way.  Have you given

12:30:50  23   opinions in the past where you suggested that absent a five, seven

12:30:58  24   modification in a person's chromosomes, there couldn't be benzene

12:31:07  25   caused AML or leukemia?

12:31:14  1          THE WITNESS:  I have said that if they have five and seven

12:31:19  2   or if they don't have five and seven that is inconsistent with our

12:31:23  3   understanding of what benzene can do in an AML case.

12:31:27  4          THE COURT:  So that if they didn't have it it's

12:31:29  5   inconsistent with?

12:31:30  6          THE WITNESS:  The current scientific thinking.

12:31:33  7          THE COURT:  Okay.  I understand.

12:31:33  8   BY MR. PATTON:

12:31:33  9   Q.  That was your position generally in Exhibits 3 through 18,

12:31:37 10   these cases?

12:31:38 11   A.  Well, some of these cases they had a cytogenetically normal

12:31:46 12   AML, so that was a whole different set of arguments.  Sometimes the

12:31:52 13   plaintiff experts made claims that I needed to address in my report

12:31:57 14   that would change the wording necessarily.  So I am just not sure

12:32:01 15   how to answer that without looking at these reports.

12:32:04 16   Q.  Let's look at one of them, Exhibit 7, the Henricksen case

12:32:09 17   because we've heard about this already.  This is Exhibit 7 in your

12:32:13 18   binder.

12:32:14 19   A.  Okay.  Seven is the deposition.  Is that what you want to talk

12:32:32 20   about?

12:32:32 21   Q.  Yes, your deposition in Henricksen, dated April 17, 2008.

12:32:40 22          THE COURT:  I am familiar with the judge's opinion in that

12:32:43 23   case.  And if you want to cut through this, my impression is

12:32:46 24   consistent with your line of questioning that the position taken in

12:32:50 25   that case was that his AML didn't have the five and seven so it

12:32:55  1    couldn't have been the benzene, or was not consistent with

12:32:58  2    benzene-induced AML.  If that saves you any time.

12:33:04  3                  MR. PATTON:  That saves significant time.

12:33:04  4    BY MR. PATTON:

12:33:08  5    Q.  Let's go to -- I want to talk about some of your work with

12:33:12  6    Dr. Irons.

12:33:12  7    A.  Okay.

12:33:15  8    Q.  And I've included them as exhibits but your counsel also

12:33:20  9    included the cytogenetic literature separate exhibits.  It was the

12:33:26  10   1989 Narod article about five, seven; do you recall that?

12:33:32  11   A.  Okay.  You lost me.  I do recall the Narod article, yes.

12:33:38  12   Q.  And that was some 15 years before your 2004 article on benzene

12:33:44  13   and leukemia where you mentioned five, seven, true?

12:33:47  14   A.  Well, the timing was.  The Narod article was only significant

12:33:51  15   in that they looked at gasoline.

12:33:53  16   Q.  But nevertheless, even though they were looking at gasoline in

12:33:57  17   these other cases that I had pointed out, they looked at gasoline as

12:34:01  18   well, but you still consistently used the absence of five, seven as

12:34:07  19   one of your opinions, correct?

12:34:09  20   A.  That it was inconsistent with what we know, yes.

12:34:12  21   Q.  So let's go through some of the work by Irons.  Forgive me for

12:34:20  22   flipping back and forth here, but if you see that the Exhibit 21 is

12:34:28  23   the Irons publication.  You said Dr. Irons was your thesis advisor,

12:34:37  24   your mentor?

12:34:37  25   A.  Right.  But this is not 21.

12:34:42  1   Q.  Forgive me.  I am trying to speed this up.

12:34:46  2          THE COURT:  I know, you can slow down a little bit, you

12:34:49  3   don't have to --

12:34:55  4   BY MR. PATTON:

12:34:55  5   Q.  Dr. Pyatt, Richard Irons, is that a photograph of Richard

12:35:05  6   Irons?  We talked about all of his work, let's put it up here.

12:35:08  7   A.  It's kind of a skinny one, but, yes, that's him.

12:35:11  8   Q.  You published with Richard Irons, true?

12:35:13  9   A.  Yes.

12:35:14 10   Q.  And I have three slides included in Exhibit 2, this was your

12:35:21 11   testimony in the case in Houston, we have some 15 or -- I think it's

12:35:27 12   15 different studies that you published with Dr. Irons; is that

12:35:31 13   correct?

12:35:31 14   A.  Yeah, he was my thesis advisor and I did a post doc at his lab.

12:35:37 15   Q.  And up through 2009 -- up through 2009 you are consistently

12:35:45 16   offering those opinions regarding absent five, seven chromosome

12:35:49 17   damage you can't have a benzene-induced leukemia, correct?

12:35:52 18   A.  No, I've never said that you can't have a benzene-induced

12:35:57 19   leukemia if you don't have chromosome changes five and seven.  I

12:35:59 20   said it was inconsistent with the existing science.

12:36:03 21   Q.  Let's look at what Dr. Irons said in 2005.  This was included

12:36:08 22   in what your lawyers provided and it's included as Exhibit 20 in

12:36:13 23   your binder.  In 2005 Dr. Irons was supporting the position that

12:36:25 24   pattern might exist for AML developing after chronic benzene

12:36:28 25   exposure when you have five, seven deletions, correct?

12:36:31  1   A.  So what was your question?

12:36:33  2   Q.  That was his position in 2005, consistent with your position in

12:36:39  3   your 2004 paper?

12:36:40  4   A.  Well, what he is saying is that you see it a lot in

12:36:43  5   therapy-related MDS's, and this publication in 2005 is when he

12:36:48  6   started, he published what he was calling a unique form of

12:36:55  7   myelodysplasia which no one really quite understood what that was.

12:37:01  8   And that he really didn't see any clonal cytogenetic changes but he

12:37:07  9   didn't do specific analysis.

12:37:08 10   Q.  In 2009 he provided his new paper, I think we called it the

12:37:18 11   2010 or sometimes the 2009 paper.  It's included as Exhibit 21 in my

12:37:22 12   binder that I provided, but you were also handed another copy by

12:37:25 13   your counsel.

12:37:26 14   A.  I was?  No, no, I'm sorry, that was the question.  What exhibit

12:37:30 15   is it?

12:37:32 16   Q.  I'll just hand you the paper in the interest of time.  It is

12:37:36 17   Exhibit 21 to the binder.

12:37:39 18        MR. PATTON:  If I may approach.

12:37:41 19        THE WITNESS:  Okay.  That'll be easier.  I am going to

12:37:43 20   have to put on these goofy glasses because I can't read this paper.

12:37:49 21   Okay.

12:37:49 22   BY MR. PATTON:

12:37:50 23   Q.  My emphasis here, Dr. Pyatt, is the time frame and the origin

12:37:56 24   of this change in 2009.

12:38:01 25   A.  The time frame and the origin of this change in -- this was

12:38:06  1   published in 2010, but, okay.  Go ahead.

12:38:08  2   Q.  I'll call it 2010.

12:38:10  3   A.  Okay.

12:38:11  4   Q.  You do know, sir, consistent with what he publishes and

12:38:15  5   discloses in his own paper that the CMRC, that's received funds from

12:38:23  6   the Benzene Health Research Consortium on behalf of industry, true?

12:38:27  7   A.  I don't know what the CMRC is; but, yes, there was a group of

12:38:32  8   companies that sponsored this study.

12:38:39  9   Q.  Do you consider that at all as a factor in bias when affecting

12:38:44 10   your opinions on the significance of five, seven?

12:38:48 11   A.  No.  I've never believed that the source of the money has

12:38:54 12   anything to do with the scientific validity.  In this paper, as we

12:38:59 13   described earlier, this case-case analysis with 25 MDS's was the

12:39:03 14   first time that this kind of analysis had ever been done.  So I

12:39:08 15   think this was, you know, a very important data in terms of what a

12:39:12 16   benzene-related MDS might look like.

12:39:18 17   Q.  So this is one piece of data in 2010 that would cast doubt upon

12:39:25 18   the five, seven conclusions that were previously so well

12:39:28 19   established, or understood?

12:39:31 20   A.  Well, again, I think you're wording everything a little strong.

12:39:34 21   But I think this paper showed that in benzene-related MDS's, because

12:39:40 22   it didn't have anything to do with AML, benzene-related MDS's he did

12:39:45 23   not see an increased presence of chromosome changes five and seven.

12:39:51 24   Q.  You then after 2010 or during 2010 you testified in the Lewis

12:39:59 25   case in Las Vegas, you provided a report in 2010, and you ultimately

12:40:06  1   testified in that lawsuit, correct?

12:40:06  2   A.  Yes.

12:40:06  3   Q.  And your report is Exhibit 22.  Skip ahead here.  Your report

12:40:18  4   in Lewis was that even though he had five, seven chromosomal damage,

12:40:24  5   that it was completely consistent with a de novo MDS?

12:40:33  6   A.  Which --

12:40:34  7   Q.  This is Exhibit 22, your report in the Lewis-Las Vegas case.

12:40:41  8   A.  So lots of things about the Lewis case, it was gasoline, so I

12:40:46  9   don't believe gasoline causes MDS.  Therefore, it was my opinion

12:40:51  10  that his myelodysplastic syndrome was de novo and the completely

12:41:02  11  consistent has to do with more than just the cytogenetic changes,

12:41:06  12  that is all of the other morphological characteristics that

12:41:10  13  Dr. Irons presented in 2010.

12:41:13  14  Q.  One study.  Dr. Irons 2010 and you changed direction in your

12:41:17  15  opinions?

12:41:18  16  A.  I did with regard to MDS because there's never been anything

12:41:22  17  like it.

12:41:23  18  Q.  Mr. Lewis had a preceding MDS and then ultimately AML, correct?

12:41:28  19  A.  I don't recall.  I thought it was just MDS.

12:41:30  20  Q.  Mr. Lewis was a gasoline distributor -- he was a gasoline truck

12:41:36  21  driver, correct?

12:41:37  22  A.  That's my recollection.

12:41:38  23  Q.  His exposures -- do you recall where his exposures occurred?

12:41:43  24  A.  My recall is that his exposures were very low based on John

12:41:48  25  Spencer's evaluation --

12:41:51  1   Q.  My question was where they occurred.

12:41:53  2   A.  So we went out and evaluated those exposures, I don't know what

12:41:56  3   you call it, a terminal.

12:41:57  4   Q.  A terminal.  It was a Kinder Morgan terminal that had 18 lanes

12:42:04  5   where semis were loaded with gasoline.

12:42:06  6   A.  Okay.

12:42:06  7   Q.  So he would have been a terminal worker and a driver, Mr. Lewis

12:42:09  8   would have been, correct?

12:42:11  9   A.  Well, no, I think he would just be a driver.  A terminal worker

12:42:14  10  would be somebody that was actually working at the terminal.

12:42:16  11  Q.  He did work at the terminal when he loaded his truck five to --

12:42:22  12  I think the testimony was two to eight times a day for 15 to

12:42:26  13  30 minutes at a time.  He would have been working at the terminal

12:42:28  14  then.

12:42:29  15  A.  I am not sure how they make these distinctions between terminal

12:42:34  16  workers and drivers.

12:42:34  17  Q.  Understood.  So let me ask it this way.  Because of Irons 2009,

12:42:40  18  did you then take the position that -- did you then depart from your

12:42:45  19  previous position as to five, seven being a hallmark of a secondary

12:42:49  20  leukemia including a benzene-induced leukemia?

12:42:52  21  A.  I didn't depart from the hallmark of secondary leukemia

12:42:56  22  associated with alkylating agents because that didn't change.  But I

12:43:01  23  did think that now we know more about the cytogenetics of a

12:43:05  24  benzene-related MDS, and, yes, that did change.

12:43:08  25  Q.  So after 2009 you would have no reason to opine to try and

12:43:14  1   negate causation that someone would need a five, seven loss for

12:43:19  2   benzene-induced leukemia, true?

12:43:22  3   A.   No.   Because this only had to do with MDS.

12:43:27  4   Q.   Let's go to the Taylor case in Exhibit 26 -- actually, let's

12:43:38  5   build up to that and Exhibit 23 I included some of your testimony.

12:43:47  6           THE COURT:   Why don't you ask him a question before you

12:43:49  7   impeach him with that.

12:43:51  8           MR. PATTON:   I apologize, let's go back to where we were.

12:43:54  9   BY MR. PATTON:

12:43:54  10  Q.   Dr. Pyatt, did you testify -- did you give a report and testify

12:43:57  11  in the Taylor case, which is dated 2011, as reflected in Exhibits 26

12:44:03  12  and 27?

12:44:06  13  A.   That looks right.

12:44:10  14  Q.   Did you then return to that previous pre-Lewis-Las Vegas and

12:44:16  15  pre-Irons position about the five, seven issue?

12:44:22  16  A.   No.

12:44:24  17  Q.   Exhibits 26 and 27 may refresh your recollection.

12:44:36  18  A.   (WITNESS READS.)

12:44:55  19  Q.   Do you have the Taylor case in front of you, Exhibit 26?

12:44:58  20  A.   I am looking at the Taylor report, yes.

12:45:00  21  Q.   And Taylor, in that litigation you came back to your pre-Irons

12:45:13  22  2010 and your pre-Lewis-Las Vegas position?

12:45:20  23  A.   Well, not really.   I mean, I'm talking about alkylating

12:45:25  24  chemotherapy and what those cytogenetic changes look like, but then

12:45:29  25  I'm also saying that it's become less certain.

12:45:44  1   Q.  However, if you look at Exhibit 4, you still define later in

12:45:51  2   2010, secondary leukemias as related to benzene or exposure to

12:45:58  3   solvents, correct?

12:45:59  4   A.  I don't know what you're talking about.

12:46:01  5   Q.  Exhibit 24, your report in Sanderson.

12:46:05  6   A.  Okay.  Hang on a second.  (WITNESS READS.)

12:46:28  7            THE COURT:  You're talking about gasoline or talking

12:46:31  8   about --

12:46:32  9            MR. PATTON:  Sanderson is a gasoline case.  And it also

12:46:43 10   involved exposure to solvents.

12:46:45 11            THE WITNESS:  Okay.

12:46:46 12   BY MR. PATTON:

12:46:46 13   Q.  You returned to that pre-2010 position, did you not?

12:46:50 14   A.  This was in 2010.

12:46:56 15   Q.  Well, let's go forward to 2013.  The Authement case, which is

12:47:02 16   pending in this courthouse.  Exhibit 30.  Do you recall that

12:47:16 17   Authement, Mr. Authement was a tankerman?

12:47:23 18   A.  Yes.

12:47:25 19   Q.  He was exposed to gasoline, diesel fuel, and naphtha; do you

12:47:28 20   recall that?

12:47:29 21   A.  I am reading my report, yes.

12:47:33 22   Q.  And you opined in that case he had no cytogenetic

12:47:41 23   abnormalities, therefore, it wasn't consistent with benzene

12:47:44 24   exposure.

12:47:44 25   A.  That's a totally separate issue.  We've known that benzene has

12:47:50  1  been -- it's been known that benzene was clastogenic or about

12:47:54  2  50 years.  We've known that benzene can damage chromosomes almost as

12:47:59  3  long as we've known that humans have chromosomes.

12:48:01  4       So when you see a case of anything where there's no

12:48:05  5  cytogenetic damage, then that makes it inconsistent with what we

12:48:09  6  know about benzene.

12:48:10  7  Q.  Then let's look at Exhibit 31, please.  This would be your

12:48:14  8  report in the Cullum case, also in 2013.

12:48:20  9       MR. PATTON:  And I will be pretty much finished with this

12:48:23 10  five, seven issue.

12:48:24 11       THE COURT:  Okay.

12:48:25 12       THE WITNESS:  Okay.

12:48:26 13  BY MR. PATTON:

12:48:30 14  Q.  Based on what you just testified to, why did you in 2013

12:48:35 15  characterize that relationship with the loss of five as

12:48:41 16  hypothesized?  Mr. Cullum had chromosomal damage.

12:48:45 17  A.  Well, because now there's been uncertainty associated with

12:48:51 18  whether those things mean anything in terms of benzene-related

12:48:55 19  disease.

12:48:58 20  Q.  And that uncertainty comes from the Irons 2010 report sponsored

12:49:03 21  by industry?

12:49:04 22  A.  And perhaps the 2013, I don't remember the time line exactly.

12:49:07 23  Q.  Let's look at your deposition in the Cullum case, Exhibit 32.

12:49:22 24  And again, Mr. Cullum did have a loss of chromosome five.

12:49:32 25  A.  Okay.

12:49:35  1  Q.  You characterized the literature, the studies that discuss

12:49:43  2  changes in chromosome five as archaic?

12:49:55  3  A.  Well, what I'm saying is that a lot of these studies are

12:49:58  4  definitely archaic.  You go back to Golumb and Mitelman and Gollum,

12:50:05  5  Cuneo, so what they did in these cases, they just looked at a bunch

12:50:10  6  of AML's and then here there are cytogenetics, and they said, well,

12:50:15  7  what were you exposed to?  There was no epidemiological comparison.

12:50:18  8  So, yeah, I mean, those studies I think they were -- are archaic.

12:50:25  9  Q.  The final example to illustrate your position on this point

12:50:28 10  would be the Butler case, Exhibit 33; and then your trial testimony

12:50:33 11  in that case, Exhibit 34.

12:50:40 12  A.  Which one do you want to do?

12:50:42 13  Q.  Exhibit 33 and then Exhibit 34.

12:51:03 14  A.  (WITNESS READS.)  Okay.

12:51:04 15  Q.  Was that your position in the Butler case, you returned to this

12:51:08 16  a little over a year ago, 13 months ago; 13 months ago you once

12:51:13 17  again described it as a hallmark.

12:51:20 18  A.  I say:  "Two of the cytogenetic abnormalities observed in

12:51:27 19  Mr. Butler's AML deserve some additional discussion as he possessed

12:51:32 20  cytogenetic abnormality involving chromosomes five and seven.  As

12:51:36 21  previously discussed, AML and MDS have established etiological

12:51:41 22  features, including exposure with chemotherapy one hallmark of this

12:51:47 23  secondary to treatment with alkylating is recognizable cytogenetic

12:51:52 24  lesions, including the loss or part of chromosomes five and seven.

12:51:56 25  AML cases in workers occupationally exposed to benzene or chemical

12:52:01  1    mixtures where benzene was suspected to be present have also

12:52:04  2    inconsistently reported to possess some of these cytogenetic

12:52:09  3    characteristics.

12:52:10  4            Therefore, historically, the presence of cytogenetic

12:52:14  5    lesions on chromosomes five and seven and a specific AML would have

12:52:18  6    been consistent with the chemical etiology."

12:52:20  7    Q.  But because of Irons 2010, five, seven is no longer a hallmark

12:52:25  8    and it's no longer an indication of secondary leukemia?

12:52:28  9    A.  I have never said it was a hallmark of a benzene disease.  And

12:52:33 10    this was after not just 2010, but 2013 and probably 2014.

12:52:40 11    Q.  You said hallmark in your paper, Exhibit 1.

12:52:46 12    A.  Oh, okay.  Yeah, I remember that.  Yep, fair enough.

12:52:57 13    Q.  And then in Butler back in August of 2014.  Do you recall how

12:53:03 14    you characterized your opinions over the years on this subject?

12:53:09 15    A.  In the trial?

12:53:12 16    Q.  The trial of Butler.

12:53:13 17    A.  Yeah, I think I used the word schizophrenic.

12:53:18 18    Q.  Schizophrenic because you kept changing your position all

12:53:21 19    founded on one study, Irons 2010?

12:53:23 20    A.  It's not just founded on one study, it's founded on probably

12:53:25 21    three.  But what I meant by that, and again, that was a poor choice

12:53:29 22    of words, but what I meant was that it has changed.

12:53:33 23    Q.  And you would agree with me that each of these cases involved

12:53:40 24    gasoline in mixture -- benzene in mixtures and many of them were

12:53:44 25    gasoline cases, true?

12:53:46  1   A.  Many of them were gasoline cases, I haven't wavered in my

12:53:53  2   belief that the literature doesn't support the gasoline causes AML

12:53:58  3   or MDS.

12:54:00  4              THE COURT:  Are you done on that?

12:54:01  5              MR. PATTON:  This is a good stopping point.

12:54:03  6              THE COURT:  We are not going back to that point.

12:54:05  7              MR. PATTON:  We are not going back to 5, 7.

12:54:07  8              THE COURT:  Okay.  Half an hour for lunch.

12:54:09  9              THE DEPUTY CLERK:  All rise, please.

12:54:11 10      (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

13:33:46 11      (OPEN COURT.)

13:33:46 12

13:33:46 13                   P R O C E E D I N G S

13:33:46 14                    (AFTERNOON SESSION)

13:33:47 15      (OPEN COURT.)

13:33:47 16              THE DEPUTY CLERK:  Court's in session, please be seated.

13:33:52 17              THE COURT:  Ready?

13:33:53 18              MR. PATTON:  Yes, your Honor.  We had hoped to come up

13:33:55 19   with a plan to finish today in terms of time.  Mr. Bob Scott is

13:33:59 20   putting up Dr. Natelson, and we have two hours and 45 minutes of

13:34:03 21   daylight left, if you will, and our suggestion was going to be that

13:34:06 22   an hour be permitted for the direct of Natelson, an hour for the

13:34:10 23   cross-examination of Natelson, and then 15 minutes or less right now

13:34:15 24   with me and Dr. Pyatt and 15 minutes or less with Mr. Gray.

13:34:19 25              THE COURT:  Okay.

13:34:19  1           MR. PATTON:  I'd also point out that Mr. Scott took

13:34:22  2   about five or six hours--

13:34:23  3           THE COURT:  I know he did.  I understand that.  I don't

13:34:25  4   want to -- but you're willing to do it like this?

13:34:30  5           MR. WILLIAMS:  I can do it in an hour, Judge, on cross, if

13:34:34  6   I get my 3:15 to 4:15 we're good, I'll include my redirect or

13:34:38  7   anything.

13:34:38  8           MR. GRAY:  I'm comfortable Mr. Scott can do his direct in

13:34:41  9   an hour.

13:34:41 10           THE COURT:  Because Natelson is narrower than all of this,

13:34:43 11   right?

13:34:43 12           MR. WILLIAMS:  Exactly.

13:34:45 13           MR. GRAY:  We may need five minutes for redirect, but I

13:34:48 14   think we have 15 minutes of slack left.

13:34:49 15           THE COURT:  Okay.  Well, let's just go.

13:34:52 16   BY MR. PATTON:

13:34:53 17   Q.  Dr. Pyatt, I want to pick up on a new topic, and that being the

13:34:56 18   co-exposure testimony that you provided earlier.  When I talk about

13:34:58 19   co-exposure, can we be on the same page as far as your position of

13:35:02 20   competitive inhibition, co-exposure, toluene reducing the toxicity

13:35:07 21   of benzene, can we just call that the co-exposure theory or position

13:35:12 22   opinion?

13:35:13 23   A.  Well, there are a lots of things that can occur due to

13:35:19 24   co-exposure besides just competitive inhibition, but if that's what

13:35:24 25   you're talking about, that's okay with me.

13:35:26  1    Q.  I just want to use the same word for efficiency --

13:35:28  2            THE COURT:  You're talking about competitive inhibition?

13:35:30  3    Why don't you call it that.

13:35:32  4            MR. PATTON:  Okay.

13:35:32  5    BY MR. PATTON:

13:35:32  6    Q.  Let's talk about competitive inhibition.  One of the citations

13:35:36  7    in your report is the ATSDR profile for BTX, correct, that's a

13:35:43  8    mixture?

13:35:43  9    A.  Yes.

13:35:43  10   Q.  And that's cited as Exhibit 51 in the notebook.  Do you agree

13:35:48  11   with the statement by the ATSDR in 2004 that no studies are

13:35:53  12   available that directly characterize health hazards and dose

13:35:57  13   response relationships for exposures to whole mixtures of BTX; do

13:36:04  14   you agree with that?

13:36:06  15   A.  Yes.  I mean, because a whole mixture of BTX can be lots of

13:36:12  16   different things, and if it's 60 percent toluene versus .06% toluene

13:36:20  17   then they're going to have very different health hazards and very

13:36:24  18   different dose response relationships.  So just saying a mixture of

13:36:29  19   BTEX doesn't really tell you enough to understand the toxicity.

13:36:31  20   Q.  The "B" being benzene and the "T" being toluene.  In the

13:36:35  21   context of your gasoline opinions, would you agree with me that

13:36:38  22   there is more to the story of competitive inhibition than simply

13:36:42  23   benzene and toluene?

13:36:43  24   A.  There's -- yes.

13:36:44  25   Q.  The ATSDR in their review of BTEX, their profile, their

13:36:54  1   position was that it was best assessed using a component based

13:36:58  2   approach; and they decided that BTEX -- the carcinogenic hazards of

13:37:04  3   BTEX exposures should be evaluated on the basis of benzene alone.

13:37:09  4   Do you agree with that statement?

13:37:11  5   A.  Hematotoxic effects, yes, I wouldn't -- I am not quite sure

13:37:19  6   what they mean by that, but I wouldn't disagree with it.

13:37:21  7   Q.  However, when you get to gasoline, which is a similar or which

13:37:26  8   is another complex mixture, your position is that you don't evaluate

13:37:30  9   the benzene as the primary driver, if you will, of carcinogenic

13:37:37 10   hazards?

13:37:38 11   A.  With gasoline as a complex mixture, the components are in

13:37:41 12   relatively same proportions -- wait, go back.  With a BTEX mixture

13:37:46 13   if you're talking about hematotoxic effects, the only one of that

13:37:52 14   those chemicals that matter with terms of hematotoxicity is benzene.

13:37:57 15   So if you have a BTEX mixture again where it's .01 percent benzene,

13:38:00 16   well, that's one thing.  If the BTEX mixture is 60 percent benzene,

13:38:04 17   well, that's something totally different.

13:38:08 18   Q.  One of your -- this comes from page 7 of your report, and this

13:38:12 19   is the competitive inhibition section that you discussed earlier.

13:38:16 20   Do you recall that?

13:38:17 21   A.  Yes.

13:38:18 22   Q.  You said that it is well-documented that co-exposures to

13:38:23 23   toluene and benzene can decrease benzene metabolism; and then you

13:38:27 24   chose these words, did you not:  "Clearly established and

13:38:30 25   universally accepted that benzene must be metabolized."  Correct?

13:38:34  1    A.   I've never seen anything that would argue that that's not true.

13:38:37  2    Q.   Let's look at the studies that you cite with respect to this

13:38:41  3    notion, the work by Inoue, Exhibit 52 in your binder, you cite three

13:38:49  4    Inone studies, but the exposures in Inoue were to benzene and

13:38:53  5    toluene, not gasoline, correct?

13:38:55  6    A.   I don't know.

13:38:57  7    Q.   It's at page 122 to 127.

13:39:05  8    A.   Which Inone study are you talking about?  There are three.

13:39:08  9    Q.   The urinary t, t?

13:39:10  10   A.   Yep, yep, okay.

13:39:13  11   Q.   And I have it on the screen here.  Inoue describes this idea as

13:39:27  12   a hypothesis, and they say the possibility is yet to be proved.

13:39:33  13   A.   Which idea?

13:39:37  14   Q.   Of the competitive inhibition.

13:39:53  15   A.   So I think the hypothesis is that piece above it, but I am not

13:40:01  16   sure.

13:40:02  17   Q.   In any event, the work by Inoue, he puts rats in chamber,

13:40:07  18   exposes them to benzene, correct?

13:40:09  19   A.   Most of the Inoue studies were in humans.  This is in humans.

13:40:15  20   Q.   Okay.  In any event, this was not gasoline?  This is mice.

13:40:25  21   A.   There's no mice.  This is in humans.  Benzene workers were

13:40:31  22   mostly shoe workers, some painters, they had benzene exposures up to

13:40:40  23   200 ppm, toluene up to 100.  Okay.

13:40:47  24   Q.   Inoue expresses it as a possibility that he is yet to be proved

13:40:51  25   and this study does not involve gasoline, true?

13:40:54 1   A.  This study does not involve gasoline.

13:40:57 2   Q.  Thank you.  The other work by Inoue, "Determination of

13:41:04 3   catechol," they're just evaluating urinary metabolites, there is no

13:41:09 4   mention of toluene in that study, correct?

13:41:11 5   A.  I don't know.  The first Inone study was evaluating urinary

13:41:16 6   metabolites, too, I mean, that's how they determine what the benzene

13:41:19 7   exposures were.

13:41:24 8   Q.  I guess my point is, your Inoue citations, none of them deal

13:41:30 9   with gasoline, true?

13:41:31 10  A.  None of them deal with gasoline.

13:41:33 11  Q.  Thank you.  And I cited the final one, Exhibit 54 on this

13:41:40 12  slide, the "Mutual metabolic suppression."  And Inoue concludes,

13:41:45 13  this is Exhibit 54, and this is dealing with just benzene and

13:41:52 14  toluene, not gasoline, and he concludes that further studies are,

13:41:56 15  however, apparently needed before reaching any solid conclusion.

13:42:01 16  A.  Okay.

13:42:02 17  Q.  So let's go back to what you say in your report.  That it's

13:42:06 18  well-documented that co-exposures to toluene and benzene can

13:42:11 19  decrease benzene metabolism and resulting toxicity.  Do you stand by

13:42:16 20  that statement --

13:42:17 21  A.  Yes.

13:42:17 22  Q.  -- in the context of the work by Inoue?

13:42:19 23  A.  On the context of all of the work, not just these two or three

13:42:23 24  studies that we're talking about.  There are probably 60 or 70 in

13:42:27 25  the total world's literature.

13:42:32  1   Q.  Let's look at another one that you cite, your Exhibit 38 in the

13:42:35  2   binder, work by Gad-El-Karim.

13:42:39  3   A.  Wait a minute, I'm sorry, I was getting out the other Inoue,

13:42:42  4   54.  Which one was it, sir?

13:43:00  5   Q.  Gad-El-Karim Exhibit 38 in your binder.  38 is a report.  38 is

13:43:50  6   your report.  57, I'm sorry, Dr. Pyatt, 57.  Do you have

13:44:12  7   Gad-El-Karim?

13:44:12  8   A.  Yes.

13:44:13  9   Q.  Gad-El-Karim did not deal with benzene, true?

13:44:16 10   A.  Yes, it did.  The title is "Modifications in the

13:44:22 11   myeloclastogenic effect of benzene in mice with toluene,

13:44:26 12   phenobarbital --"

13:44:26 13   Q.  I misspoke, I meant gasoline.

13:44:29 14   A.  No.

13:44:29 15   Q.  My statement is correct?

13:44:30 16   A.  This study did not use gasoline.

13:44:33 17   Q.  Okay.  What they did in this study with mice was they exposed

13:44:40 18   them to benzene then they exposed them to phenobarbital, which is a

13:44:45 19   barbiturate, correct?

13:44:46 20   A.  Well, that's not why they used it.  Phenobarbital is an inducer

13:44:51 21   of 2E1, so that's going to change the enzymatic activity of the

13:44:56 22   enzyme that they're questioning.  So does the methylcholanthrene.

13:45:02 23   Go ahead, I'm sorry.

13:45:03 24   Q.  And they also use this product SKF-525A, which I had to look up

13:45:10 25   on WikiPedia, which seems to be an enzyme or metabolic inhibitor?

13:45:13 1    A.   Yeah.   I don't know what it is, but, yeah, I think you're

13:45:15 2    right, I think it's an inhibiter.

13:45:17 3    Q.   And then PCB's, they expose those mice to the PCB's as well?

13:45:24 4    A.   I don't know.

13:45:27 5    Q.   That's what Aroclor 1254 is.  I looked it up.

13:45:33 6    A.   Okay.

13:45:34 7    Q.   No gasoline in this study, true?

13:45:36 8    A.   No -- yes, I'm sorry, your statement is correct.

13:45:38 9    Q.   My statement is correct.

13:45:38 10   A.   Yes.

13:45:39 11   Q.   And then finally you cite the work by Toft, Exhibit 60.

13:45:53 12   A.   Yes.

13:45:53 13   Q.   Would you agree with this statement by Toft that:  "Despite the

13:45:56 14   extensive literature on benzene toxicity, there are few reports

13:46:00 15   describing attempts to measure adverse affects on bone marrow after

13:46:05 16   inhalation of benzene doses within the range of possible real life

13:46:09 17   exposure."  Then we're talking about human exposure?

13:46:13 18   A.   Okay.  Where are you?

13:46:15 19   Q.   Here on the slide.

13:46:18 20   A.   I am just looking for it in here.  I'm sorry -- oh, there it

13:46:39 21   is.  Okay.

13:46:51 22   Q.   They don't reach a firm conclusion and the study doesn't deal

13:46:54 23   with gasoline, true?

13:46:56 24   A.   Both of those are true.

13:46:57 25   Q.   You cite the work of, on this same subject, the work of Bird,

13:47:07  1   Wetmore and Jimenez-Garza.  Bird and Wetmore were each mice studies,

13:47:13  2   there was no gasoline in either study, and those authors were

13:47:17  3   included industry representatives, true?

13:47:19  4   A.  Yes.

13:47:20  5   Q.  Finally, Jimenez-Garza deals with the toluene, and again, we're

13:47:27  6   back to the idea that there is no gasoline in these, correct?

13:47:28  7   A.  There is no gasoline but the toluene does have relevance.  But,

13:47:32  8   yes, you're right, there's no gasoline.

13:47:33  9   Q.  Is that a new and novel scientific theory of yours, the fact

13:47:39 10   of, the idea of the co-exposures between benzene and toluene, which

13:47:44 11   are recognized to some extent in mice, that somehow translates into

13:47:48 12   humans in real life situations exposed to the complex mixture of

13:47:54 13   gasoline which includes benzene, are you taking that step, if you

13:48:00 14   will?

13:48:00 15   A.  Well, I don't think it's a novel finding.  I think the idea

13:48:07 16   that competitive inhibition can occur depending on the exposure

13:48:11 17   levels is established.  Whether or not this is the reason, whether

13:48:15 18   or not this is going on in an average gasoline exposed person, and

13:48:21 19   this is the reason why gasoline workers don't have an increased risk

13:48:25 20   of AML, I don't know.  I mean, I presented it as a hypothesis.

13:48:31 21   Q.  Dr. Pyatt, you testified earlier -- switching subjects -- that

13:48:36 22   the work by Shu, Steffen, Brosselin, Nordlinder, Jarvholm, and

13:48:41 23   Wetmore these were the children exposed to gasoline.  This is page 5

13:48:46 24   of Exhibit 1A, the chart with Dr. Infante.

13:48:49 25   A.  The only one that I said anything about was Steffen 2004.  And

13:48:54  1   there it was proximity to a gasoline station.  They don't have any

13:48:59  2   gasoline measurements or benzene measurements, so it's pretty hard

13:49:03  3   to interpret.

13:49:05  4   Q.  Did you consider -- I thought I heard you say, and I wrote it

13:49:08  5   down as fast as I could, you did not consider these childhood

13:49:12  6   exposure studies to be relevant to the discussion, but you

13:49:15  7   acknowledged that they drive the EPA's decision in the 2006 and

13:49:20  8   ultimately the 2007 mobile sources role, correct?

13:49:24  9   A.  Okay.  So which part --

13:49:27 10   Q.  The first part, the first part is what I think you said -- let

13:49:30 11   me start over.

13:49:33 12          The studies about children exposed to gasoline and benzene

13:49:36 13   and risk of leukemia including AML, you testified in response to

13:49:40 14   your lawyer's questioning that you did not consider those to be

13:49:42 15   relevant to the discussion of gasoline/benzene general causation; is

13:49:47 16   that your position?

13:49:48 17   A.  What I said was the Steffen paper, I didn't consider that to be

13:49:52 18   relevant because of what it is; and that if you're going to look at

13:49:58 19   that literature, there are dozens and dozens of studies that you

13:50:02 20   have to consider.

13:50:04 21   Q.  Okay.  You agree with me, would you not, Doctor, that at least

13:50:10 22   some of the childhood studies drive the EPA's recent 2007 mobile

13:50:16 23   sources rule, would you agree with that?

13:50:17 24   A.  I would have to go and look but I think they are concerned with

13:50:22 25   environmental exposures to benzene; so based on their mandate and

13:50:25  1    what they do, that makes sense to me.

13:50:28  2    Q.  Let's look at your 2010 paper that you authored.

13:50:35  3    A.  Which one is that?

13:50:36  4    Q.  Exhibit 41 in your binder, the review of the potential

13:50:40  5    association between childhood leukemia and benzene.

13:51:15  6    A.  Okay.

13:51:15  7    Q.  You acknowledge on the last page that the API provided partial

13:51:19  8    funding for this report?

13:51:20  9    A.  Yes.

13:51:20  10   Q.  And they have a long-standing interest in benzene toxicity in

13:51:24  11   epidemiology, correct?

13:51:25  12   A.  Yes.

13:51:26  13   Q.  This is a review article, and when you created it -- by the

13:51:34  14   way, this was written right around the same time as -- this was

13:51:37  15   published in the same journal around the same time as the work of

13:51:41  16   Dr. Irons right before that Las Vegas trial, true?

13:51:45  17   A.  I don't remember when it came out.

13:51:47  18   Q.  Well, anyway, let's look at page -- section three, your

13:51:54  19   methods, and I have it on the slide or I have it on the screen.

13:52:05  20   When you did your research to pull all of these studies, your key

13:52:09  21   words included solvents, petroleum, hydrocarbons, obviously benzene

13:52:13  22   and painting.  Correct?

13:52:17  23   A.  Yes, that's what it says.  I honestly don't -- childhood

13:52:22  24   leukemia was sufficient to find most of these, but, yes.

13:52:26  25   Q.  Okay.

13:52:27  1   A.  There it is, I am seeing it.

13:52:28  2   Q.  And also in 2010 you're saying the same thing that you said

13:52:33  3   before the Las Vegas trial about the five, seven issue?

13:52:38  4   A.  Well, I am saying AML cases induced by therapy without --

13:52:42  5              MR. GRAY:  Excuse me, your Honor, can we keep it on the

13:52:44  6   screen?

13:52:45  7              THE COURT:  Yes, keep it on the screen because I am not

13:52:47  8   sure th.

13:52:47  9   A.  It's saying anything about gasoline or benzene.

13:52:51 10              THE WITNESS:  It's not.  AML cases induced by therapy with

13:52:51 11   alkylating agents typically present several years, five to seven

13:52:57 12   years after therapy, and are frequently characterized by deletions

13:53:00 13   in 5q and/or 7q.

13:53:02 14   BY MR. PATTON:

13:53:02 15   Q.  Let's get to benzene and gasoline.  First of all, you review

13:53:12 16   solvents, you reviewed 15 different studies, all of various data

13:53:16 17   points.  And again, the article is titled exposure to benzene,

13:53:21 18   correct?

13:53:21 19   A.  Yes.

13:53:21 20   Q.  But you also considered these benzene containing mixtures in

13:53:24 21   your study, true?

13:53:26 22   A.  Well, I included the studies that dealt with childhood

13:53:31 23   leukemia, and whatever the source of the benzene was, I didn't

13:53:37 24   screen them out and say, oh, well it has to be pure benzene.  Any

13:53:42 25   study that was relevant to this topic I tried to include.

13:53:45 1   Q.  Understood.  And to your credit, you did include what may be

13:53:50 2   pure benzene, true?

13:53:51 3   A.  Whatever the study author suggested.

13:53:57 4   Q.  You considered benzene in the context of and/or hydrocarbons?

13:54:01 5   A.  Yes.

13:54:01 6   Q.  And then here is how you define a chemical class, this was your

13:54:15 7   description at Section 4.2, including solvent and/or organic solvent

13:54:24 8   is a wide assortment of chemical compounds, ranging from complex

13:54:29 9   mixtures such as gasoline did I read that correctly?

13:54:33 10  A.  Yes.  Yes.

13:54:34 11  Q.  Reading further it goes from either natural, these and on the

13:54:47 12  next page you have a chart on the bottom and at the top, but in the

13:54:50 13  middle is the rest of your language.  These different compounds

13:54:54 14  possess significantly different toxilogical profiles, so the

13:54:59 15  association's been difficult to interpret.  That's your position,

13:55:01 16  correct?

13:55:02 17  A.  Yes.

13:55:02 18  Q.  And then what about in the second column there, your statement

13:55:10 19  that benzene is the most important aspect of the hydrocarbons, do

13:55:17 20  you still agree with that statement?

13:55:19 21  A.  Well, if you're looking at childhood leukemia -- and remember,

13:55:26 22  this was a paper on benzene exposure in childhood leukemia -- yes,

13:55:29 23  this was the consideration if they had hydrocarbon exposures or

13:55:33 24  anything else.

13:55:38 25  Q.  And then finally you cite the same work, all of this, each of

13:55:45 1   the same studies that Dr. Infante reviewed Nordlinder and Jarvholm?

13:55:53 2   A.  Okay.

13:55:55 3   Q.  And that was the traffic density stuff, it seemed a little off

13:55:59 4   point but it was nevertheless discussed.  And then here is what I

13:56:02 5   really want to focus on, and then I'll turn you over to the defense,

13:56:08 6   but.

13:56:10 7          Table 9 here you consider proximity to industrial

13:56:12 8   facilities?

13:56:14 9   A.  I report on studies that considered that, yes.

13:56:16 10  Q.  All of this is in the context of benzene and mixtures, you go

13:56:23 11  through various facilities, petrochemical plants, and then gas

13:56:28 12  stations, petrol stations?

13:56:33 13  A.  Okay.

13:56:34 14  Q.  This is what you published in 2010, Doctor, correct?

13:56:37 15  A.  Yes.  It is as inclusive as possible.

13:56:43 16          MR. PATTON:  I have no further questions.

13:56:44 17          THE COURT:  All right.  Thank you.  Redirect.

13:56:46 18                      REDIRECT EXAMINATION

13:56:47 19  BY MR. GRAY:

13:56:51 20  Q.  Dr. Pyatt, I'll be brief.  We were going very quickly through

13:56:54 21  some studies, and I want to try to slow down through one or two of

13:56:59 22  them just to make sure we know what we're looking at as things are

13:57:03 23  flashed on the screen.  So this was cross-examine article No. 54 one

13:57:10 24  of the studies by Inoue.  Do you remember those being put in front

13:57:14 25  of you?

13:57:14  1    A.  Yes.

13:57:15  2    Q.  And you were asked to read this last sentence as apparently

13:57:24  3    evidence that there's some doubt as to whether or not competitive

13:57:28  4    inhibition is a well-recognized phenomenon.  This last sentence

13:57:33  5    says:  "Further studies are, however, apparently needed before

13:57:36  6    reaching any solid conclusion."  Did I read that correctly?

13:57:39  7    A.  Yes.

13:57:40  8    Q.  Let's go to the prior page.  So that statement is on page 20.

13:57:45  9    The top of that paragraph, page 19 it says:  "Opinion is unanimous

13:57:52  10   regarding the formation of phenol and quinone in that benzene is

13:57:57  11   converted to phenol via benzene oxide and that further oxidation of

13:58:03  12   phenol gives rise to quinone.  The pathway of catechol formation is,

13:58:12  13   however, still debatable."  Did I read that correctly?

13:58:15  14   A.  Yes.

13:58:15  15   Q.  And please take your time to read the rest of that paragraph on

13:58:19  16   page 19, heading over to page 20; but isn't it true that the further

13:58:23  17   studies that are needed are studies that deal with the pathway of

13:58:29  18   catechol formation, not further studies are needed to know whether

13:58:35  19   or not competitive inhibition really exists?

13:58:36  20   A.  That sounds correct, but I don't know.  Where is this study?  I

13:58:40  21   was trying to put them back when we were done with them.

13:58:42  22   Q.  I'll just bring you the whole thing.  It's No. 54.

13:58:47  23   A.  Okay.  No. 54.  I've lost 54.

13:59:05  24            MR. GRAY:  May I approach, your Honor?

13:59:06  25            THE COURT:  Sure.  You don't have to ask, just do it.

13:59:19  1          THE WITNESS:  Thank you.

13:59:19  2   BY MR. GRAY:

13:59:19  3   Q.  Again, the question is, is the statement about further studies

13:59:21  4   are needed related to further studies are need so that we know

13:59:27  5   competitive inhibition occurs or further study is needed to

13:59:30  6   elucidate the exact pathway of catechol formation?

13:59:34  7   A.  It looks like they're talking about catechol because that's

13:59:38  8   what the two sentences in front of it talk about.

13:59:40  9   Q.  We won't go through the rest of the study in detail that were

13:59:45 10   flashed so quickly.

13:59:46 11          There was a question about the Lynge paper and there was a

13:59:49 12   suggestion that maybe Lynge didn't involve workers who worked back

13:59:53 13   in the '70s.  Do you recall that testimony about the Lynge paper?

13:59:58 14   A.  I recall the question, I said I wasn't sure how far back the

14:00:01 15   workers went and I would need to look and see.

14:00:04 16   Q.  So if you go to the methods section in Lynge there were service

14:00:23 17   station workers from the 1970 census in Denmark.  Do you see that?

14:00:28 18   A.  Yes.  Norway, Sweden and Finland, all of them, yes.

14:00:31 19   Q.  So that would mean if they identified themselves as a service

14:00:33 20   station worker in 1970 they were a service station worker even --

14:00:37 21   well, as of that date many of them would have been service station

14:00:41 22   workers even earlier than '70, true?

14:00:44 23   A.  Yes.

14:00:46 24   Q.  ATSDR, very quickly, there was a flash on the screen and a

14:00:50 25   question about whether or not ATSDR had found that it was probable

14:00:55  1   that gasoline was carcinogenic.  Now to be clear ATSDR never

14:01:00  2   determined that gasoline was probably carcinogenic, right?

14:01:04  3   A.  I think they were referring to EPA's classification.

14:01:06  4   Q.  Yes.  And that's what we have here on the screen, right?  EPA

14:01:11  5   classified it as probably carcinogenic?

14:01:15  6   A.  Correct.

14:01:16  7   Q.  And even then, as the footnote said, that classification is not

14:01:21  8   verified, right?

14:01:22  9   A.  Right, not been verified by other groups within EPA.  It's not

14:01:28  10  on IRIS, which is their risk assessment database for all of the

14:01:33  11  chemicals that EPS regulates.  It is currently undergoing review.

14:01:37  12  Q.  And that probable classification to the extent it was discussed

14:01:41  13  probably relates to the findings in the male rats and kidney cancer,

14:01:47  14  true?

14:01:47  15  A.  Yes.

14:01:47  16  Q.  There was a reference to your report and one sentence was

14:02:05  17  picked out that begins here on page 7 at the very bottom, and it

14:02:13  18  began with consistent with data collecting and I am going to

14:02:16  19  highlight it here on the screen.  Do you see that?

14:02:19  20  A.  Yes.

14:02:20  21  Q.  And then at the end of that section you cited footnotes 30 to

14:02:26  22  42, right?

14:02:27  23  A.  Yes.

14:02:28  24  Q.  So first your discussion of gasoline began here on page 6,

14:02:45  25  correct?

14:02:45  1    A.  Yes, there were several pages.

14:02:47  2    Q.  And for basically just about every sentence in that discussion

14:02:52  3    you cited studies that were pertinent, right?

14:02:56  4    A.  Yes.

14:02:57  5    Q.  And then the same thing happened on page 7, you're referencing

14:03:02  6    citations 10 to 12, 8, 9 and 13, 20 to 22, 10 through 12, et cetera,

14:03:09  7    correct?

14:03:09  8    A.  Yeah, I just didn't think I needed to put the entire

14:03:13  9    bibliography behind every single sentence.

14:03:17  10   Q.  And this sentence where you cited footnotes 30 to 42, you were

14:03:22  11   actually talking about bone marrow or hematopoietic toxicity

14:03:29  12   including an increased risk of developing AML, right?

14:03:34  13   A.  Yes.

14:03:34  14   Q.  So the fact that Mr. Patton showed a bunch of studies on the

14:03:40  15   screen that related to footnotes 30 to 42 that didn't refer to AML,

14:03:43  16   well, couldn't those studies have referred to bone marrow or

14:03:48  17   hematopoietic toxicity?

14:03:50  18   A.  That makes some sense, yes.

14:03:52  19   Q.  And wouldn't it make sense that some of the studies you cite in

14:03:53  20   support of that sentence would refer to AML and others may just

14:03:56  21   refer to bone marrow and hematopoietic toxicity in general?

14:04:01  22   A.  Yes.

14:04:40  23   Q.  Finally, Dr. Pyatt, you were asked about your statement in

14:04:47  24   2010, and it's highlighted here, it's in your 2010 paper on page 3,

14:04:56  25   the statement is:  "AML cases induced by therapy with alkylating

14:04:59  1    agents typically present several years after therapy and are

14:05:02  2    frequently characterized by deletions in chromosomes five and

14:05:04  3    seven."  That's what it says?

14:05:06  4    A.  Yes.

14:05:06  5    Q.  Now, you were accused of going back to what you used to say or

14:05:10  6    doing the same thing in regard to that statement, right?

14:05:12  7    A.  Something like that, yes.

14:05:14  8    Q.  Has the literature ever changed about alkylating agents causing

14:05:21  9    changes at five and seven?

14:05:23 10    A.  No.

14:05:23 11    Q.  That's true today, it was known ten years ago, 15 years ago,

14:05:27 12    right?

14:05:27 13    A.  Started being known sometime in the '80s, maybe even earlier.

14:05:31 14    Q.  And you've been consistent with that in your testimony for

14:05:34 15    years, haven't you, sir?

14:05:35 16    A.  Yes.

14:05:35 17    Q.  So the suggestion that you were doing the same thing with

14:05:38 18    someone trying to suggest that this statement here really referred

14:05:42 19    to benzene and changes at five and seven as opposed to chemotherapy,

14:05:47 20    right?

14:05:47 21    A.  Yes.

14:05:51 22             MR. GRAY:  Dr. Pyatt, no further questions.  Thank you.

14:05:54 23             THE COURT:  Thank you, sir.  You may step down.

14:05:56 24             MR. PATTON:  As a housekeeping matter, your Honor, I would

14:05:57 25    ask that my exhibits be included as part of the record.

14:06:00  1          MR. GRAY:  Your Honor, some of those exhibits were

14:06:02  2     summaries that were Mr. Patton's summaries of what the literature

14:06:08  3     said.  We certainly would object to those going into the record,

14:06:11  4     because in many cases Dr. Pyatt didn't agree with the summary or

14:06:14  5     hadn't had a chance to look at the studies.

14:06:18  6          THE COURT:  We put in the first summary exhibit, right,

14:06:21  7     your 1A is in, right, which is your summary -- I mean, it was just

14:06:27  8     cross-examination stuff.

14:06:29  9          MR. PATTON:  Yes.

14:06:30  10         THE COURT:  This is a 104 hearing for one thing, so I

14:06:34  11    don't think the rules of evidence even apply.

14:06:36  12         MR. GRAY:  I understand the court's discretion.

14:06:39  13         THE COURT:  I'll let it in, that's fine.

14:06:42  14         MR. GRAY:  And, your Honor, there were a couple of things

14:06:44  15    that he did not refer to, for example, there was a book *Doubt is*

14:06:47  16    *Their Product*.

14:06:48  17         THE COURT:  I'm sorry, what?

14:06:49  18         MR. GRAY:  There was a book called *Doubt is Their Product*,

14:06:53  19    which is a book that was written to show that experts apparently --

14:06:57  20         THE COURT:  It hasn't been used, it's not coming in.

14:06:59  21         MR. GRAY:  Okay, your Honor.  And, your Honor, the last

14:07:03  22    thing is -- there were things that weren't used that aren't going to

14:07:07  23    come in.  May we just meet and confer after the hearing about what

14:07:10  24    those were?

14:07:10  25         THE COURT:  Yes, you have to tell Jay to get that

14:07:13  1   straight.

14:07:13  2           MR. GRAY:  And I brought a color copy of Exhibit 9 and

14:07:16  3   we'll provide a copy to counsel.  Thank you, your Honor.

14:07:17  4           THE COURT:  Thank you.

14:07:17  5           MR. PATTON:  And then do we have a clear understanding

14:07:19  6   with the use of how we're using the remaining time?

14:07:23  7           THE COURT:  So what's that, an hour and an hour, is that

14:07:26  8   what we said?

14:07:26  9           MR. SCOTT:  Yes, your Honor.

14:07:28  10          MR. WILLIAMS:  I hope to be less than an hour, your Honor.

14:07:31  11          THE COURT:  Okay.

14:07:32  12          MR. SCOTT:  And I know Dr. Natelson hopes I'm less than an

14:07:37  13  hour.

14:07:37  14          THE COURT:  I am not going to express any hopes.

14:07:40  15          MR. SCOTT:  The defendants call Dr. Ethan Natelson, your

14:07:43  16  Honor.

14:07:54  17          THE DEPUTY CLERK:  Good afternoon, Doctor, please raise

14:07:58  18  your right hand.

14:07:58  19      (WHEREUPON, ETHAN A. NATELSON, WAS SWORN IN AND TESTIFIED AS

14:08:09  20      FOLLOWS:)

14:08:09  21          THE DEPUTY CLERK:  State your name for the record, please,

14:08:15  22  sir.

14:08:15  23          THE WITNESS:  Ethan A. Natelson.

14:09:01  24                       DIRECT EXAMINATION

14:09:02  25  BY MR. SCOTT:

14:09:02  1    Q.  Dr. Natelson, would you introduce yourself to the court,

14:09:04  2    please.

14:09:04  3    A.  Yes.  My name is Ethan A. Natelson.

14:09:07  4    Q.  How are you employed, Dr. Natelson?

14:09:09  5    A.  I work at the Houston Methodist Hospital in Houston, Texas.

14:09:13  6    Q.  We're going to be very quick on the biographical information

14:09:17  7    because your curriculum vitae was attached to the motions to exclude

14:09:22  8    some of the plaintiffs' experts in this case.

14:09:25  9          The first slide indicates that you were at the Weill

14:09:29 10    Cornell Medical School and Institute For Academic Medicine, is that

14:09:32 11    part of the Houston Methodist Hospital?

14:09:34 12    A.  Yes.  Houston Methodist Hospital is a standalone operation, but

14:09:38 13    they have an affiliation agreement with Weill Cornell Medical

14:09:42 14    School.  And I am --

14:09:44 15          THE COURT:  Is that at NYU?

14:09:47 16          THE WITNESS:  No, it's in New York, yeah, Sloan Kettering,

14:09:50 17    I think.

14:09:50 18          THE COURT:  Okay.

14:09:51 19          THE WITNESS:  But they have a teaching agreement with

14:09:54 20    Weill Cornell Medical School who sends medical students to Texas,

14:09:59 21    and I am a professor of clinical medicine at that institution.

14:10:05 22          And also the Houston Methodist has an Institute for

14:10:10 23    Academic Medicine which was set up a couple of years ago because

14:10:14 24    they had thoughts of starting their own medical school, and they

14:10:18 25    grant professorships through that institution, which does a lot of

14:10:22  1  research.  So I am a professor of academic medicine at the Houston

14:10:28  2  Methodist operation.

14:10:29  3  BY MR. SCOTT:

14:10:29  4  Q.  The next slide gives a little history on you.  First, if you

14:10:33  5  don't mind my asking, how old of a man are you?

14:10:35  6  A.  Well, I am very ancient, I was just 73.

14:10:42  7  Q.  And on education, we have Haverford College, graduated in 1962.

14:10:50  8  Did you have any specialty there?

14:10:51  9  A.  I had a BS in biology at Haverford College, which is in

14:10:56 10  Pennsylvania.

14:10:57 11  Q.  Where did you go to medical school?

14:10:59 12  A.  And then I went to Baylor College of Medicine, which is in

14:11:01 13  Houston.

14:11:01 14  Q.  And hospital positions, Houston Methodist you've already

14:11:08 15  described.  The next entry is director of the transitional residency

14:11:13 16  program.  What is that?

14:11:13 17  A.  Well, Methodist Hospital recently -- well, it's been now nine

14:11:17 18  years ago, had a split with Baylor Medical School.  And prior to

14:11:21 19  that, the medical school controlled the residency programs and

14:11:25 20  Methodist was the teaching hospital, so the residents rotated

14:11:29 21  through Methodist Hospital.

14:11:31 22        But they had a divorce, for a variety of reasons, and

14:11:35 23  Methodist went to set up their own residency programs.  And, in

14:11:40 24  fact, over the last nine years Methodist now has about 236

14:11:46 25  residents, a number of fellowships, and so on.  And I direct the

14:11:50  1  transitional residency program.  And I have actually done that for,

14:11:55  2  since about 1975 at what was called the St. Joseph Hospital in

14:12:02  3  downtown Houston.

14:12:03  4        And when Methodist had their divorce from Baylor, the

14:12:08  5  sisters decided to sell St. Joseph Hospital and throw our residents

14:12:12  6  out on the street.

14:12:13  7  Q.  The sisters being?

14:12:15  8  A.  The Sisters of Charity of the Incarnate Word.

14:12:17  9        So I helped negotiate a deal where all of our residency

14:12:27 10  programs, which were going to disband, were transferred to Methodist

14:12:31 11  Hospital.  So prior to 1975 when I came to St. Joseph Hospital, I

14:12:36 12  used to live at Methodist Hospital, so I sort of had two careers

14:12:40 13  there.  So I moved back, not quite in my same old office but not too

14:12:44 14  far away.

14:12:46 15  Q.  And I take it that you have academic and teaching positions

14:12:49 16  given that you've negotiated this arrangement for the transition

14:12:52 17  program?

14:12:52 18  A.  Yes.  We have several residency programs.  And my involvement

14:12:57 19  is I am the director of what's called the transitional residency

14:13:02 20  program, and we have 12 transitional residents and these are people

14:13:06 21  who spend one year doing general internal medicine, a variety of

14:13:10 22  things, and then they go off into radiation therapy, opthalmology,

14:13:15 23  dermatology, radiology, specialties of that nature.

14:13:20 24        And I'm also involved, we have an internal medicine

14:13:23 25  residency program that has currently 30 residents, it's going up to

14:13:27  1    51, and I'm involved with the teaching in the internal medicine

14:13:31  2    residency.

14:13:31  3    Q.   There's an entry for the University of Texas Medical School at

14:13:34  4    Galveston.   What is your affiliation with that?

14:13:37  5    A.   Well, what happens at Methodist is we get medical students

14:13:41  6    rotating through Methodist Hospital from four medical schools, and

14:13:46  7    we have for this coming year we'll have about 250 medical students

14:13:49  8    rotating through Methodist.   And they come from Texas A&M, the

14:13:53  9    Medical School in Galveston, University of Texas medical branch,

14:13:57 10    from Weill Cornell Medical School, and from a German medical school

14:14:01 11    that I've forgotten the name of.

14:14:02 12    Q.   Chairman of the Methodist Hospital Institutional Review Board.

14:14:09 13    What is an institutional review board?

14:14:11 14    A.   Well, an institutional review board is a group of usually about

14:14:14 15    10 or 15 people and the membership is sort of specialized, set up by

14:14:20 16    government regulations meaning that you have to have members from

14:14:23 17    the community, you have to have people conducting research, you have

14:14:27 18    to have this and that on the committee and so on.

14:14:31 19            And the committee has to approve research projects in the

14:14:34 20    hospital that involve human subjects.   And because we've set up this

14:14:40 21    huge research institute, we have a large number of research

14:14:42 22    protocols on human subjects.   So what happens is that we review

14:14:48 23    these once a month, we meet and we review several protocols, suggest

14:14:53 24    changes in the informed consent, in the structure of the protocol,

14:14:58 25    confirm that it would give statistical significance if completed the

14:15:03  1  way it was scheduled, find out who is doing funding of it and so on.

14:15:07  2  And then the study may begin and then throughout the next succeeding

14:15:11  3  years, we monitor these studies looking for adverse events, other

14:15:16  4  things, and hopefully most of these protocols will end up with some

14:15:21  5  sort of publication when they're complete.

14:15:23  6  Q.  Is the oversight both with regard to medical ethics and with

14:15:26  7  regard to the substance of the studies themselves?

14:15:28  8  A.  Yes.  We have attorneys on the committee, some nurses, some lay

14:15:34  9  individuals.  A variety of interests are on that committee.

14:15:39 10  Q.  Are you board certified in any specialties by the American

14:15:43 11  Board of Medical Specialties?

14:15:44 12  A.  Yes.  By the American Board of Internal Medicine.  I am

14:15:53 13  specialized in hematology and in general internal medicine.

14:15:57 14  Q.  And I see those that certifications occurred in 1974, which

14:16:01 15  according to my numbers, is about 40 years ago.  Have you been

14:16:04 16  practicing hematology for at least that long?

14:16:06 17  A.  I actually I did my first bone marrow on someone in about 1964,

14:16:12 18  so that's a long time ago.

14:16:14 19  Q.  Have you done research?  And I've got on the screen here both

14:16:18 20  the Stehlin Foundation For Cancer Research and Camptothecin

14:16:23 21  Topoisomerase 1 projects.

14:16:26 22  A.  Yes, these are projects in what are called xenografts or mice

14:16:30 23  that have human tumors implanted in them, and then they're given a

14:16:35 24  variety of chemotherapy drugs to see what happens to the human

14:16:39 25  tumor.  And there's about an 80 percent correlation with the effect

14:16:42  1   on the tumor when it's in the mouse versus when it's in the human.

14:16:46  2   It's not perfect, but the mice serve as a very good model to study

14:16:52  3   ex vivo human tumors.

14:16:54  4   Q.   Is that Stehlin or at the topoisomerase I?

14:16:57  5   A.   Topoisomerase I is an enzyme, like topoisomerase II that was

14:17:02  6   mentioned earlier.  And you can inhibit chromosome development with

14:17:06  7   either one of these enzymes.  There are several topoisomerase

14:17:11  8   enzymes, but this particular one comes from a plant called

14:17:13  9   camptothecin acuminata, a Chinese plant, and it's remarkably

14:17:18  10  effective anti-cancer drug.  And we've been studying for a number of

14:17:22  11  years.

14:17:22  12  Q.   I haven't mentioned it, but next to your name is an M.D. which

14:17:26  13  I think we all understand; there's also FACP, what do those initials

14:17:31  14  stand for?

14:17:31  15  A.   That's a Fellow of the American College of Physicians.  And its

14:17:38  16  meaning has sort of changed over the years.  When I first got into

14:17:42  17  it, it was you had to be recommended and elected, you had to publish

14:17:46  18  some papers and so on.  And I think it was a little more prestigious

14:17:51  19  than it is today.  I think if you're able to pay the dues, you kind

14:17:56  20  of get in.

14:17:57  21  Q.   Have you published in the field of hematology?

14:18:00  22  A.   Yes.  I've published in fields of general internal medicine and

14:18:05  23  in hematology.

14:18:05  24  Q.   Your hematology publications include, as this slide indicates,

14:18:10  25  articles relating to acute myeloid leukemia, acute leukemia,

14:18:15 1  myelodysplasia, myeloproliferative neoplasms, and so on.

14:18:21 2  A.  Yes.

14:18:22 3  Q.  And those articles will be listed in your CV.  Have you

14:18:25 4  published specifically on the topic of benzene and leukemia?

14:18:29 5  A.  Yes.

14:18:31 6  Q.  We'll talk about those.  And finally, there's the last entry is

14:18:36 7  Overview of Clinical Hematology, chapter 39, looks like that's not

14:18:40 8  quite published yet, what is that?

14:18:41 9  A.  Well, this particular volume is thought to be the leading

14:18:45 10  textbook for family practice or family medicine.  And it's in its

14:18:51 11  9th edition and Dr. Rakel (PHONETIC), who formerly was a Baylor

14:18:58 12  person, got me to write the chapter on hematology for that book.  So

14:19:02 13  I was supposed to get a copy of it within a few months.

14:19:05 14  Q.  One of the advantages of doing the work?

14:19:07 15  A.  That's right.

14:19:08 16  Q.  Now I want to talk about your publications related to benzene.

14:19:11 17  Have you published peer-reviewed articles related to benzene?

14:19:14 18  A.  Yes.

14:19:15 19  Q.  We have four listed -- well, we have four articles listed here,

14:19:19 20  let's walk through them.  "Benzene-induced acute myeloid leukemia:

14:19:23 21  A physician's perspective."  What was that?

14:19:25 22  A.  Well, this was a general review article that I believe is from

14:19:31 23  2007.  And at that time I didn't think there was a good article for

14:19:39 24  general interns to look at in terms of if they were called as a

14:19:45 25  witness on a case or what was known about benzene and acute

14:19:50  1   leukemia.  There were lots of publications, but there weren't really

14:19:53  2   very good chapters in textbooks and there wasn't a single article

14:19:57  3   that was sort of unifying this issue.  And so I endeavored to write

14:20:04  4   that article on that basis.

14:20:06  5   Q.  "Benzene and sideroblastic erythropoiesis:  Is there an

14:20:11  6   association?"  What is that?

14:20:11  7   A.  That's one of my favorite illnesses.  Actually, the first bone

14:20:14  8   marrow I did was with someone with that illness when I was a medical

14:20:18  9   student.  And it's an -- it's a form of myelodysplastic syndrome.

14:20:24 10   And actually, within the last two or three years the chromosome

14:20:27 11   defect that causes it has become unraveled.  And so it's a whole new

14:20:33 12   era in terms of that particular illness.

14:20:37 13        And what this article points out is that it's a distinct

14:20:41 14   form of myelodysplastic syndrome and that it has never been

14:20:46 15   associated with benzene exposure.

14:20:49 16        And, in fact, Dr. Irons' work on all of the Chinese

14:20:53 17   subjects talked about before with myelodysplastic syndrome, one of

14:20:57 18   his signal findings is that none of them have ringed sideroblasts,

14:21:02 19   which is the key feature of this illness.  It's a standalone illness

14:21:06 20   and I think in the next World Health Organization there will be

14:21:09 21   substantial change in the way myelodysplastic syndromes are

14:21:13 22   presented because of this new information.  But this was a

14:21:16 23   discussion particularly having to do sideroblastic anemia.

14:21:20 24   Q.  Are some forms of myelodysplastic syndrome caused by exposure

14:21:26 25   to benzene?

A.  Yes.

Q.  Next article:  "Temozolomide induced myelodysplasia."  What is that?

A.  Well, temozolomide or Temodar is an alkylating agent drug, but it has the advantage over others that it penetrates into the central nervous system.  So the neurologists and the oncologists dealing with brain tumors like to use this drug.  It's a relatively new drug because it gets across the blood brain barrier and has some effect, certainly not curative, but certainly has a beneficial effect in brain tumors.

However, like all alkylating agents, it causes chromosome defects and can cause acute leukemia and myelodysplastic syndrome.  I picked up an article from the literature that was written by one of the neurosurgeons, and the article basically said, this drug is wonderful, it doesn't cause any symptoms, we can just put people on it and leave them on it for the rest of their life.  And I said, you can't do that.  Alkylating agents cause leukemia.  If you did that, they would never die of the brain tumor, they would die of leukemia.

So I decided -- I thought about writing an article and then it just so happened one of them referred me a patient with myelodysplastic syndrome that went into leukemia and was taking temozolomide, so that gave me the entree to write a report about that and research the literature on it.

Q.  Did you have a co-author on that article?

A.  Yes, Dr. Pyatt.

14:22:56  1    Q.  Dr. Pyatt who was here just moments ago?

14:22:59  2    A.  The one in the same.

14:23:00  3    Q.  And why was Dr. Pyatt involved in that article?

14:23:03  4    A.  Well, I needed his mathematical skills.

14:23:09  5    Q.  What does it have to do with this case with benzene or

14:23:12  6    gasoline, benzene in gasoline, and the development of AML?

14:23:15  7    A.  Well, in all forms of chemical-induced AML we find that there

14:23:25  8    is a cumulative threshold dose that one must get in order to get

14:23:29  9    into the game for catching leukemia.  In other words, if I take one

14:23:33  10   pill of cyclophosphamide, I am not going to get leukemia.  If I take

14:23:39  11   20,000 milligrams, I may well.

14:23:41  12           And so the article was to put temozolomide and match it

14:23:47  13   with other known chemotherapy drugs in terms of what was the latency

14:23:53  14   period to catch the leukemia, what was the cumulative threshold dose

14:23:57  15   to catch the leukemia.  So one could see its let's say potency, it's

14:24:08  16   a leukemogen, in comparison with its comrades in the spectrum of

14:24:10  17   chemotherapy drugs.

14:24:10  18   Q.  We'll show a slide from that article in a moment.

14:24:11  19   A.  But getting back, what does it do to benzene?  Well, when you

14:24:14  20   show the slide, I'll tell you what that has to do with benzene.

14:24:18  21   Q.  And then finally, an article:  "Acquired myelodysplasia

14:24:25  22   syndrome, AMD or myelodysplastic syndrome --" I may have dropped the

14:24:30  23   bottom part of that article off.  What is that about?

14:24:32  24   A.  It's an article, a general article about myelodysplastic

14:24:38  25   syndrome which often has myelodysplasia associated, meaning funny

14:24:42 1  looking blood cells.  But most people with myelodysplasia don't have

14:24:48 2  myelodysplastic syndrome, and a lot of physicians get very confused

14:24:52 3  when they read the pathologist's report and see the mention of

14:24:56 4  myelodysplasia and they think automatically it means myelodysplastic

14:25:01 5  syndrome, when that's far from it.

14:25:03 6          So this is a discussion of illnesses that can have plenty

14:25:06 7  of myelodysplasia but they're not myelodysplastic syndrome and

14:25:11 8  they're not even malignancies.  So it goes through -- it also, in

14:25:16 9  fact, gets into the sideroblastic anemia issue, which it was

14:25:22 10 interesting when this was written, this new chromosome defect hadn't

14:25:26 11 yet been discovered.  But one of the thrusts of this article is to

14:25:29 12 point out that all sideroblastic leukemias were the same.  And they

14:25:34 13 shouldn't be segregated in the WHO category.  And now I have

14:25:39 14 vindication.  That's true.

14:25:43 15 Q.  Now, in order to -- one of the things we've asked you to do is

14:25:46 16 to provide an opinion on what is called general causation.  And in

14:25:50 17 this case the question is whether benzene in gasoline causes acute

14:25:57 18 myeloid leukemia in humans.  Have you reached opinions with regard

14:25:59 19 to that subject?

14:26:00 20 A.  Well --

14:26:03 21 Q.  Don't tell me what they are yet just --

14:26:05 22 A.  No, I won't tell you what they are, but that's part.  My

14:26:11 23 contribution was to review the medical records and to see if this

14:26:15 24 person's leukemia was caused by, acute myeloid leukemia was caused

14:26:19 25 by benzene.  And the source of the benzene in this case would have

14:26:23  1   been gasoline.  And so those opinions were sort of one in the same.

14:26:27  2   Q.  In order to reach an opinion as to whether or not there is

14:26:32  3   general causation between a specific agent -- in this case gasoline

14:26:37  4   with benzene in it -- and a specific disorder or disease -- in this

14:26:42  5   case acute myeloid leukemia -- you have to know what the disease is?

14:26:45  6   A.  Yes.

14:26:45  7   Q.  And have you made a review of medical records to determine what

14:26:49  8   Mr. Burst's disease was?

14:26:50  9   A.  Yes.

14:26:51 10   Q.  Can you describe -- we've got some slides here.  If you will

14:26:56 11   walk through the history of what you believe is relevant about the

14:27:00 12   hematologic disease or diseases from which he suffered?

14:27:03 13   A.  The history was quite interesting.  Mr. Burst's illness I think

14:27:07 14   began with a persistent skin rash on his legs around in 2011.  And

14:27:13 15   it got progressively worse despite various local remedies and other

14:27:17 16   medicines and steroids.  And he had workups for what might cause it

14:27:24 17   but no cause was identified.

14:27:26 18         And a few years passed and finally he got a little more

14:27:32 19   detailed workup, and that was we're getting into 2013.  And a number

14:27:38 20   of things were identified during this more intensive workup.  One

14:27:42 21   was that he also had pernicious anemia, and pernicious anemia is

14:27:47 22   actually a hereditary illness, but in Caucasians it doesn't usually

14:27:52 23   show up until you're about 70 or 60, usually late in life.  What it

14:27:57 24   has to do with is that the stomach starts to atrophy and you don't

14:28:01 25   absorb vitamin B12 properly, and as a result, you have very low B12

14:28:07  1   levels in the blood and get a number of symptoms including anemia.

14:28:11  2         And one of the things you get are very large red cells.

14:28:15  3   The red cells have a particular diameter or size, we refer to as the

14:28:19  4   MCV or mean corpuscular volume.  The normal MCV is about 86 or 88

14:28:28  5   and Mr. Burst's MCV was 102.  Well, if you look in the general

14:28:32  6   population, only about two percent of the people would have an MCV

14:28:35  7   that large, unless they happen to have pernicious anemia or some

14:28:41  8   other illness.

14:28:42  9         And so they measured the B12 level on him and it was very

14:28:43 10   low, and they treated him with B12, and indeed his MCV went back

14:28:48 11   down to 88 or so.  And his blood counts remained normal.

14:28:52 12         And so that didn't help his skin rash.  So still

14:28:56 13   searching for a cause for the skin rash.  One of the tests performed

14:29:00 14   was what's called a serum protein electrophoresis, and it separates

14:29:05 15   the proteins in the blood by charge and separates albumin, for

14:29:09 16   example, from the gamma globulins.  And what was found is that he

14:29:13 17   had what's called a monoclonal gammopathy.  And what that is is

14:29:17 18   gamma globulins are a very diverse group of molecules with different

14:29:21 19   charges, different sizes, and different migration on the

14:29:25 20   electrophoresis.  But if you have one clone, it makes repeated

14:29:30 21   copies of an identical gamma globulin and so you get a peak, it's

14:29:35 22   called an M spike or a monoclonal peak in the electrophoretic

14:29:40 23   pattern.  And only about two or three percent of the population

14:29:43 24   develop that during their life.  And a number of them go on to

14:29:46 25   develop multiple myeloma or other hematologic illnesses.

14:29:50  1        So that got their attention, the monoclonal gammopathy.

14:29:55  2   And so they decided that they would do a bone marrow to try to rule

14:29:58  3   out one of these malignancies.  And you have a copy of the bone

14:30:02  4   marrow you probably could show.

14:30:04  5        What the bone marrow showed:  When the bone marrow has

14:30:07  6   done, his peripheral blood count was perfectly normal.  He had a

14:30:10  7   hemoglobin of 14.4, he was not anemic, his white cell count was

14:30:15  8   normal, platelet count was normal.  And they did the bone marrow and

14:30:18  9   what the pathologist noted was that the bone marrow in terms of the

14:30:21 10   native cells was perfectly normal, there was no myelodysplasia in

14:30:26 11   any cell line; but there was an increase incidence of atypical

14:30:31 12   lymphocytes suggestive that that monoclonal peak was a malignancy

14:30:35 13   caused by what's called Waldenstrom's macroglobulinemia because of

14:30:38 14   the nature of the monoclonal gammopathy.  The IGM types, the tumor

14:30:45 15   in the blood you might say or the protein in the blood, is very

14:30:48 16   heavy and it can come out of the circulation in your legs when they

14:30:53 17   get cold and it can cause cryoglobulinemia.

14:30:57 18        So it looked to them like that there was maybe an

14:31:00 19   association with the rash that set all of this off and the

14:31:03 20   Waldenstrom's macroglobulinemia.  So they sent him to the then

14:31:06 21   expert of the southwest Dr. Raymond Alexanian at M.D. Anderson

14:31:12 22   Hospital for further studies.

14:31:13 23   Q.  Before we get to Dr. Alexanian at M.D. Anderson.  Under

14:31:18 24   monoclonal gammopathy of undetermined significance, or MGUS as we

14:31:22 25   have been calling it, is that disorder a risk factor for the

14:31:25 1   development, subsequent development of acute myeloid leukemia?

14:31:28 2   A.  Yes.  For many years it's been known as a risk factor for the

14:31:32 3   development of multiple myeloma and a number of lymphomas.  But in

14:31:35 4   the last couple of years there have been some large studies showing

14:31:38 5   that it also predisposes to myelodysplastic syndrome and AML.

14:31:45 6   Q.  We have on the slide here you mentioned bone marrow exam, that

14:31:50 7   MGUS is a diagnostic feature of Waldenstrom's macroglobulinemia,

14:31:54 8   which you've already mentioned.  What does that mean?

14:31:56 9   A.  Well, what happens in Waldenstrom's macroglobulinemia is it's a

14:32:00 10  form of lymphoma, a B-cell lymphoma.  The etiology is generally

14:32:05 11  unknown, although it's got a very strong family history.  And I have

14:32:11 12  a family with a grandmother, the mother and the son all have

14:32:15 13  Waldenstrom's macroglobulinemia, that's very well-known.

14:32:17 14          And it moves very slowly and so there's usually no urgency

14:32:22 15  about treating it.  We have many drugs that can suppress it and make

14:32:25 16  it go away.

14:32:27 17          But in some instances the IGMP starts to cause big

14:32:34 18  trouble because it increases the viscosity of the blood and you get

14:32:37 19  vision problems, thinking problems, rash problems, and other

14:32:42 20  trouble.

14:32:42 21          In addition, sometimes the lymphocytes proliferate and

14:32:45 22  you get swollen lymph nodes and a big spleen, so many times you're

14:32:50 23  forced to treat it even though the patient really isn't very sick

14:32:53 24  from it to get those things to go away.

14:32:55 25  Q.  Because our time is limited here, let me move on.  You

14:32:58  1   mentioned Dr. Alexanian at M.D. Anderson.  What is he a specialist

14:33:04  2   in?

14:33:04  3   A.  Well, I've known Dr. Alexanian since about 1965 when we did

14:33:08  4   studies together on erythropoietin, which stimulates red blood cell

14:33:15  5   production.  And he long has been interested in monoclonal

14:33:19  6   gammopathies and was the senior person in Houston and really in the

14:33:21  7   Southwest for study of those illnesses.  He only recently retired

14:33:25  8   and I believe he's 84 now, or 85 years old.  But I think M.D.

14:33:31  9   Anderson forced him to retire, so he is no longer active at the

14:33:34 10   institution.

14:33:34 11   Q.  The next entry we have here is Schnitzler syndrome.  What is

14:33:38 12   that?

14:33:38 13   A.  One of Dr. Alexanian's interesting contributions to this case

14:33:43 14   is he took one look at this man with Waldenstrom's macroglobulinemia

14:33:48 15   and he looked at his legs and he said, aha, you have Schnitzler

14:33:54 16   syndrome.

14:33:54 17   Q.  Is that a rare disorder?

14:33:56 18   A.  Yeah, you bet.  And everybody probably in the room looked

14:33:58 19   around and said, "what's that?"

14:33:59 20          And what happened is that in the early '70s a French

14:34:05 21   dermatologist with the name Schnitzler, I don't know how she got the

14:34:10 22   name Schnitzler and lived in France.  But nevertheless, she wrote an

14:34:14 23   article on what was then called Schnitzler syndrome, even though she

14:34:17 24   was actually the second author on the paper, so somehow she had some

14:34:20 25   input.  And it's now known as Schnitzler syndrome.

14:34:23  1          And she had five patients, all of whom had this peculiar

14:34:28  2   skin rash and developed lymphomas.  Notably Waldenstrom's

14:34:28  3   macroglobulinemia.

14:34:34  4          So Dr. Alexanian probably had a big smile on his face

14:34:37  5   because he could one up most of the other physicians there.

14:34:40  6   Q.  And, in fact, Mr. Burst did develop Waldenstrom's

14:34:44  7   macroglobulinemia, a form of lymphoma?

14:34:46  8   A.  A form of lymphoma, yes.

14:34:48  9   Q.  I want to go pernicious anemia, which you mentioned earlier.

14:34:52 10   You've sort of described for us a skin rash that became Schnitzler's

14:34:56 11   that became Waldenstrom's.  Does pernicious anemia have anything to

14:35:00 12   do with that or is that an independent disorder?

14:35:02 13   A.  No, that's an independent diagnosis.  It's also a hereditary

14:35:05 14   illness, interestingly.  As I said, in white people you don't

14:35:08 15   normally see it until they're 60 or 70; in black people you'll see

14:35:15 16   it when they're 20.  Kind of an interesting difference.

14:35:16 17          And what happens is the B12 level goes down very low; if

14:35:19 18   it stays down, you develop neurological problems which can be

14:35:23 19   irreversible, and you get severe anemia, actually a pancytopenia

14:35:29 20   from it.

14:35:30 21          While not widely known, pernicious anemia causes

14:35:35 22   chromosome aberrations, it's as though you're getting chemotherapy.

14:35:39 23   When people have done chromosome studies on patients with pernicious

14:35:41 24   anemia, they're abnormal until you treat them and then if the

14:35:45 25   pernicious anemia goes away with treatment, the chromosome studies

14:35:49  1    may resolve or they may not resolve.

14:35:51  2           And it's been known for many years that pernicious anemia

14:35:54  3    is associated with AML.  It's associated with two cancers:  AML and

14:35:58  4    gastric cancer.  And about five percent of people with pernicious

14:36:03  5    anemia get both of those illnesses or either one.

14:36:07  6    Q.  You mentioned on the slide a mechanism for pernicious anemia

14:36:11  7    developing into acute myeloid leukemia.  Can you briefly tell us

14:36:14  8    what that mechanism is?

14:36:15  9    A.  Yes.  In my report I listed several references on that.  And

14:36:20 10    what happens is that it creates chromosome damage, and so now we

14:36:25 11    think that many drugs cause leukemia through causing chromosome

14:36:30 12    damage; and if it can be repaired and doesn't revert to something

14:36:34 13    else, nothing may happen.  So, for example, we give people

14:36:38 14    chemotherapy, they'll often get chromosome damage; but once we take

14:36:41 15    away the chemotherapy, the body can repair it through repair

14:36:45 16    mechanisms.  And the thinking is that likely the chromosome damage

14:36:49 17    in some of these people is why they come down with AML.

14:36:53 18    Q.  Now, what disease did Mr. Burst have, the one that we're

14:36:59 19    interested in here with regard to whether gasoline causes it?

14:37:02 20    A.  Well, it was interesting because when he got only about a month

14:37:06 21    I guess elapsed between the first bone marrow when he had a normal

14:37:10 22    blood count, and they also did a flow cytometry study which was

14:37:16 23    nearly normal.  And he gets over to M.D. Anderson and Dr. Alexanian

14:37:20 24    thought, well, he's over at Anderson, we always repeat everything.

14:37:23 25    And do they repeated his bone marrow.  And low and behold, in that

14:37:26 1   short time now he had visible blasts in his bone marrow and he

14:37:30 2   clearly had acute myeloid leukemia.

14:37:33 3        And that's the way -- leukemia often starts -- it's

14:37:35 4   remarkable the speed that leukemia when it's acute can totally

14:37:41 5   replace the bone marrow.  I've seen many cases that, for example,

14:37:45 6   we've treated their leukemia and they're in remission and we do a

14:37:48 7   bone marrow and it's perfectly normal.  They come back two weeks

14:37:51 8   later, it's 90 percent blast cells.  So it's just staggering the

14:37:54 9   growth rate of these cells.

14:37:55 10  Q.  Did Mr. Burst have myelodysplastic syndrome?

14:37:59 11  A.  No.  The confusion there might be is that the M.D. Anderson

14:38:04 12  physicians used a term that the World Health Organization promoted a

14:38:08 13  number of years ago, called AML with myelodysplastic changes,

14:38:13 14  meaning that in the few residual normal cells in the bone marrow,

14:38:19 15  they looked funny looking.

14:38:21 16       And many people have shown that that's really not useful.

14:38:27 17  One large study looked at people with that diagnosis and segregated

14:38:31 18  the patients out as to whether they had myelodysplasia in the bone

14:38:39 19  marrow in leukemia or bad chromosomes in leukemia or a history of

14:38:46 20  myelodysplastic syndrome in the past.  It was very significant if

14:38:50 21  they had chromosome defects, it was very significant if they had a

14:38:53 22  real history of myelodysplastic syndrome months or years earlier.

14:38:59 23  It was of no significance if they had myelodysplasia and they had

14:39:02 24  funny looking residual cells.

14:39:04 25  Q.  The parties in this case have essentially stipulated that

14:39:08  1    Mr. Burst had a disease called by the World Health Organization

14:39:12  2    called acute myeloid leukemia with myelodysplasia related changes.

14:39:18  3    Do you agree with that diagnosis?

14:39:19  4    A.   There is nothing the matter with that diagnosis.  And according

14:39:21  5    to the WHO, about a third of leukemias can be put into that category

14:39:26  6    because they have dysplastic residual cells.  But it's a category

14:39:31  7    that most feel, and I think I put some quotes in my studies, that

14:39:36  8    it's going to disappear because it has no meaning.

14:39:39  9          Really the truth of the matter is if you show me a bone

14:39:43 10    marrow with acute leukemia, I'll show you myelodysplastic changes in

14:39:47 11    the few residual cells.

14:39:49 12    Q.   Dr. Infante yesterday suggested that Mr. Burst had

14:39:53 13    myelodysplastic syndrome which in a matter of weeks converted to

14:40:00 14    acute myeloid leukemia.  Do you have an opinion about that?

14:40:01 15    A.   No, that's not correct.  He never was diagnosed with

14:40:04 16    myelodysplastic syndrome by anybody, and that's not the way

14:40:07 17    myelodysplastic syndrome operates.  That's a generally slow moving

14:40:12 18    illness and it has certain -- usually begins with anemia that very

14:40:16 19    slowly gets worse and then other cytopenias, and there are many

14:40:22 20    let's say requirements to come to a diagnosis of myelodysplastic

14:40:26 21    syndrome.  But as I say, every leukemia, AML, many leukemias start

14:40:33 22    abruptly and not in the setting of a myelodysplastic syndrome.

14:40:36 23    Q.   And I am going to try to move quickly here so that I can honor

14:40:41 24    my commitment to less than hour.  What are the known causes of acute

14:40:45 25    myeloid leukemia?

14:40:45 1   A.  The most common cause that throughout the medical literature,

14:40:49 2   and there are many, many papers on this, it is what we call de novo

14:40:54 3   or some call it primary or some call it idiopathic or some call it

14:40:59 4   endogenous.  The latter term meaning that it comes from within, that

14:41:03 5   nothing you took or nothing anyone gave you caused the leukemia, it

14:41:09 6   was a consequence of an aberration in rapidly growing cells in your

14:41:15 7   bone marrow.

14:41:16 8         In the case of blood cells, the production of normal blood

14:41:22 9   cells by the bone marrow is really staggering.  It's thought that

14:41:26 10  there is ten to the 11th new blood cells per kilogram body weight

14:41:32 11  are required to be produced every day.  And in order to do that what

14:41:36 12  has to happen is the stem cells have to break apart, their DNA

14:41:41 13  unravel, the cells duplicate, the DNA re-ravel, and the new cell

14:41:47 14  gets released and then the process starts over again.  There are

14:41:50 15  various enzymes systems, notably the topoisomerase systems that help

14:41:55 16  the cells unravel, their DNA rapidly.

14:41:58 17        But mistakes happen.  And what happens is sometimes when

14:42:01 18  the cells recover, they recover with a fixed abnormality that the

14:42:06 19  body can't repair.

14:42:08 20  Q.  Let me stop you there because we're going to address that

14:42:11 21  subject in just a little more detail in a minute.

14:42:13 22        Dr. Infante suggested yesterday that it was, I don't

14:42:17 23  remember the word he used, silly or ridiculous or something where

14:42:20 24  would you get a number 80 to 85 percent are of unknown cause, how

14:42:24 25  would you know, we just don't know the cause.  You have a view of

14:42:26   1    that?

14:42:27   2    A.  Well, I think anybody who has been involved in the leukemia

14:42:33   3    field recognizes that's correct.  And of course many, many

14:42:36   4    publications point that out, many studies have been done; and of

14:42:39   5    course when we see someone with acute leukemia, many people take

14:42:44   6    their history from medical student to interns and residents and

14:42:47   7    staff people, and there is just as no apparent cause.

14:42:50   8    Q.  Dr. Infante also suggested that physicians don't, aren't

14:42:55   9    concerned about these histories and occupational histories; is that

14:42:58   10   true in your experience?

14:42:59   11   A.  No, that's false.

14:43:01   12   Q.  With regard to the number of unknown caused leukemias, you have

14:43:06   13   three references in your original affidavit in this case, including

14:43:10   14   your own "Benzene induced acute myeloid leukemia" article, an

14:43:17   15   article by Peterson-Berger, and an article by Deschler,

14:43:23   16   D-E-S-C-H-L-E-R.  Are there others?

14:43:24   17   A.  There are others.  I think Peterson-Bergard is one in the same.

14:43:28   18   He has a hyphenated name.  But there are many, many others.

14:43:32   19   Q.  Next entry on known causes of acute myeloid leukemia is

14:43:36   20   smoking, and while that's not relevant in this case, is that a known

14:43:41   21   cause of acute myeloid leukemia?

14:43:42   22   A.  Yes.  It's well recognized now since the surgeon general

14:43:48   23   perhaps, I don't know ten or 15 years ago at least, wrote an article

14:43:51   24   saying if you smoked for 20 years, you had a doubling of risk of

14:43:57   25   AML.  And subsequent studies have refined that.  So we know a lot

14:44:01 1   more about smoking-induced AML than we did.  But estimates of its

14:44:05 2   frequency in literature range anywhere from around nine to

14:44:09 3   16 percent of all AML's are thought to be smoking related.

14:44:13 4   Q.  The next entry I see that I have somehow dropped off the

14:44:17 5   important part the ten percent of all AML's, it should say

14:44:21 6   chemotherapy and I don't know where that went, it was on there last

14:44:24 7   night.

14:44:24 8   A.  It's really a category of what we call secondary leukemias or

14:44:28 9   leukemia secondary to something; that something usually is therapy,

14:44:33 10  radiation therapy, chemotherapy.  And benzene is placed, has been

14:44:38 11  placed in that category for many years.

14:44:42 12  Q.  You mentioned to me the other night that actually benzene in

14:44:45 13  many years prior was used as a treatment for leukemia?

14:44:48 14  A.  Yes.  Benzene has got a union card as a chemotherapy drug and

14:44:53 15  was used for the treatment of chronic myeloid leukemia for about

14:44:57 16  40 years.  And you would pour about a gram of benzene, liquid

14:45:00 17  benzene into a gelatin capsule and swallow it.  And you would be

14:45:06 18  able to lower the elevated white cell count in chronic myeloid

14:45:11 19  leukemia.

14:45:11 20  Q.  The next entry is:  "Evolution from de novo myelodysplastic

14:45:15 21  syndrome, about four percent."  Where does that number come from?

14:45:17 22  A.  Well, I think we have reasonably good evidence on de novo

14:45:23 23  myelodysplastic syndrome.  Myelodysplastic syndrome, I think as

14:45:25 24  Dr. Infante pointed out, is a pre-leukemic state.  But many of these

14:45:29 25  people are older and they may die from something else before they

438

14:45:34   1   catch leukemia.  So we generally say somewhere between 20 and

14:45:40   2   30 percent of myelodysplastic syndrome will eventuate in AML and

14:45:45   3   death on that basis.

14:45:46   4   Q.  Next is a similar entry for myeloproliferative neoplasms.  What

14:45:53   5   are those?

14:45:53   6   A.  I think you got that four percent wrong.  It should be about

14:45:56   7   one percent I think.

14:45:58   8       But myeloproliferative neoplasms are illnesses like

14:46:03   9   chronic myeloid leukemia, which used to 100 percent of the time go

14:46:07  10   into AML, what we called a blast crisis, unless we did a bone marrow

14:46:12  11   transplant.  And years ago I did bone marrow transplants on people

14:46:17  12   with CML.  Today we give them a pill and they take a pill and the

14:46:21  13   disease goes away, as long as they take the pill.  So essentially

14:46:24  14   you've eliminated all of those leukemias in one fell swoop when you

14:46:32  15   found effective treatment for chronic myeloid leukemia.

14:46:36  16   Q.  Next entry is:  "Less than one percent associated with

14:46:38  17   underlying genetic syndromes."  What are those?

14:46:41  18   A.  Well, there are many genetic syndromes that are associated with

14:46:47  19   malignancies, most commonly people think of down syndrome or

14:46:53  20   Chromosome 21, and that commonly goes into both acute lymphoid

14:46:56  21   leukemia and acute myeloid leukemia.

14:46:59  22       Another one is called Lynch syndrome, which is

14:47:02  23   predominately cancers of the GI tract but also can be cause ovarian

14:47:07  24   cancers, pancreatic cancers, and leukemia.  There are really several

14:47:11  25   of those, but they're all relatively rare.  The Li-Fraumeni syndrome

14:47:17 1   is another one.

14:47:18 2              There are a bunch of those, but the bottom line is

14:47:23 3   they're -- in the great scheme of things, they're very rare.

14:47:25 4   Q.  The last entry is .14 percent from benzene exposure.  Where did

14:47:30 5   you get that number?

14:47:30 6   A.  Well, this is from a study by Dr. Rushton and it's part of a

14:47:36 7   symposium I believe on benzene and related illnesses.  And she has a

14:47:43 8   table in there where basically the way it works is it says diseases

14:47:49 9   you could eliminate if you could reduce or make benzene disappear.

14:47:54 10  And so, for example, butadiene is 0 because it's not thought

14:48:00 11  butadiene can cause acute myeloid leukemia.  From benzene you would

14:48:05 12  save 1.4 percent people were thousand from leukemia if you

14:48:10 13  eliminated benzene according to that publication.

14:48:13 14  Q.  And that is reference 34 to your original affidavit in this

14:48:17 15  case by Dr. Leslie Rushton, "How much does benzene contribute to the

14:48:21 16  overall burden of cancer due to occupation?"  Correct?

14:48:24 17  A.  Yes.

14:48:25 18  Q.  A 2010 article.  Let's move on.

14:48:28 19             Now, is age -- do people develop AML at an increasing

14:48:34 20  risk as they get older?

14:48:35 21  A.  Yes.  Unfortunately that is true.  And I've had several

14:48:40 22  hematology friends die of acute leukemia were older than I am.  And

14:48:45 23  it's a fact of life and you can see the numbers on that age-related

14:48:50 24  incidence where if you're less than 40 it's only -- you know, this

14:48:55 25  is per 100,000 people -- only .4 per 100,000, whereas it goes up to

14:49:04  1    16.75 for 100,000.

14:49:06  2    Q.  So between age less than 40 and, say, age 70, the age of which

14:49:10  3    Mr. Burst developed acute myeloid leukemia, the incidences is about

14:49:14  4    35 times higher; is that true?

14:49:17  5    A.  Yes.

14:49:17  6    Q.  We're going to talk about Applebaum in just a minute, so let's

14:49:21  7    move on.  We talked about pernicious anemia being a known cause of

14:49:26  8    AML.  Now, is MGUS a known cause?

14:49:29  9    A.  Well, there are two recent articles that indicate that that's

14:49:33  10   so very large studies showing that there is an association.  There

14:49:40  11   are also some, I guess you might call them anecdotal studies showing

14:49:46  12   that people with Waldenstrom's may eventuate an AML, even if it's

14:49:50  13   without therapy.  Of course we give them chemotherapy, then the

14:49:54  14   chemotherapy may cause AML.  But there are cases in which no

14:50:00  15   chemotherapy was given and they can get AML.

14:50:02  16   Q.  You put together this chart, which I think includes all of the

14:50:06  17   information we've already talked about with regard to each of these

14:50:09  18   various causes or risk factors for acute myeloid leukemia.

14:50:17  19   A.  Well, the point of the slide is that you can just at a glance

14:50:23  20   see what we think about.  We always do whatever we see a patient who

14:50:26  21   is ill, like Mr. Burst, we do a differential diagnosis, what's the

14:50:31  22   differential diagnosis on that type of skin rash, what's the

14:50:35  23   differential diagnosis on monoclonal gammopathy.

14:50:36  24        So when we identify someone with AML, we're thinking,

14:50:41  25   well, what are we looking for?  Well, we know that 80, 85 percent

14:50:46  1    we're not going to find a particular etiology.  The next one was

14:50:50  2    smoking.  And so on.  And we get to the therapy-induced AML, and

14:50:56  3    generally for many, many years benzene has been placed in that

14:51:02  4    category.  And what we know about therapy-induced leukemias is that,

14:51:08  5    unlike de novo leukemias which often have normal chromosomes, if you

14:51:13  6    have a therapy-induced leukemia from your alkylating agent or

14:51:18  7    whatever you're giving, about 90 percent of them have some kind of

14:51:23  8    chromosome abnormality.  And depending on the series you look at --

14:51:25  9    and we're talking strictly not benzene but chemotherapy type -- 40

14:51:31 10    to 70 percent would have abnormalities in either five or seven or

14:51:37 11    both.

14:51:39 12         So, yes, five and seven are common aberrations in

14:51:43 13    secondary chemotherapy-induced leukemias.  And when I wrote the

14:51:50 14    article in 2007, the literature suggested at that time, although

14:51:53 15    there was really no direct evidence of any substance, but the

14:51:56 16    literature said, well, you know, benzene is a chemotherapy drug, we

14:52:00 17    don't really know the mechanism of action, but like we don't know

14:52:03 18    the mechanism of action in many of the drugs, and it looks like you

14:52:09 19    got to have a cumulative dose to get to it, looks like you have a

14:52:13 20    latency period.

14:52:14 21         In fact, in the Hayes study, he compared benzene to AML --

14:52:19 22    with chemotherapy-related AML with a wave and fall in the incidence

14:52:24 23    of it.  So everybody sort of assumed, well, it ought to be just like

14:52:28 24    chemical-induced leukemia and have five and seven.  And so in my

14:52:36 25    article I repeated that, I said the literature suggests that.  But

14:52:37 1    everybody knew at that time that having a five and seven is also a

14:52:40 2    feature of being old.  And five, if you look in the aggregate, de

14:52:48 3    novo leukemia is much more common than therapy-induced leukemia.

14:52:54 4    And many people with de novo leukemia have five and seven

14:52:58 5    aberrations.

14:52:59 6         On a percentage basis, the five and seven aberrations are

14:53:03 7    much higher in the chemical-induced leukemias.  But if you looked at

14:53:07 8    absolute numbers, there are more five and sevens in de novo leukemia

14:53:12 9    than there are in secondary leukemia.

14:53:13 10   Q.  We'll go into that in just one minute.  Now, I know this is

14:53:19 11   sort of a silly question, but is there a cause for de novo or

14:53:24 12   unknown cause AML?

14:53:26 13   A.  Right.  This is a quote from Dr. Lichtman, who I think writes

14:53:29 14   very well.  He is much older than I am and he's been a professor at

14:53:37 15   the Rochester Medical School for many, many years and a hematologist

14:53:40 16   there.  He's written or edited a textbook on the subject, and writes

14:53:45 17   frequently.  And he writes in an interesting style.  I like to read

14:53:51 18   his papers.  And so this is from one of his papers commenting about

14:53:56 19   the fact that when we're talking about blood cancers, only a very

14:54:00 20   small percentage of them really have an exogenous cause or

14:54:05 21   environmental cause, they're endogenous, meaning it's a spontaneous

14:54:09 22   mutation consequent to the necessity to grow tons of cells every

14:54:15 23   day.

14:54:17 24   Q.  Within the last six or eight weeks has there been a new article

14:54:21 25   written that's getting quite a bit of attention with regard to

14:54:25  1   Dr. Lichtman's earlier statement but the cause of unknown cause?

14:54:29  2   A.  Yes.  What this article was is in the *Journal of Science*, which

14:54:33  3   is a prominent journal, and it's also got an editorial associated

14:54:37  4   with this paper.  And what these people, authors did is they sort of

14:54:44  5   expanded on what Dr. Lichtman wrote.  In other words, he was writing

14:54:47  6   specifically to AML and tremendous numbers of cell divisions causing

14:54:54  7   AML.  Well, they looked at situation among all cancers, and they

14:54:58  8   said, you know, we think that the cancers that -- the tissues in the

14:55:04  9   body that require massive cell divisions, they seem to be the ones

14:55:09 10   that give you the most cancers.  And so they sort of expanded on

14:55:14 11   Dr. Lichtman's comments to show that, for example, in the GI tract,

14:55:18 12   the areas of the GI tract that had the most cell divisions per day,

14:55:22 13   they had the most cancers.  And so that they claimed in this

14:55:28 14   particular article they calculated that most, same as

14:55:35 15   Dr. Lichtman did except they tried to put a number on it, that most

14:55:39 16   cancers that we see are not due to environmental or occupational

14:55:44 17   or -- they're bad luck.  They may be influenced by genetic factors,

14:55:48 18   but they're basically a random aberration in a chromosome that

14:55:55 19   couldn't be repaired.

14:55:56 20           MR. SCOTT:  Your Honor, I would like to offer Exhibit 12,

14:56:00 21   which is a document that we had made plaintiff's counsel aware of

14:56:05 22   several a week or so ago, as soon as we got the article, it's six

14:56:09 23   weeks old.  I would like to offer it and if I could approach the

14:56:13 24   witness with the article.  And I think 12 is our next exhibit.

14:56:16 25           THE DEPUTY CLERK:  Yes.

14:56:33  1  BY MR. SCOTT:

14:56:34  2  Q.  Dr. Natelson, Dr. Tomasetti, the lead author on this particular

14:56:40  3  article, what university is he associated?

14:56:44  4  A.  Division of biostatistics and bioinformatics, Department of

14:56:49  5  Oncology, Sidney Kimmel Cancer Center, Johns Hopkins University,

14:56:53  6  School of Medicine.

14:56:55  7  Q.  Will you turn to the second page of Exhibit 12 and specifically

14:57:09  8  this chart at Figure 1.  And what does that tell us about acute

14:57:20  9  myeloid leukemia and whether or not it is -- when we have unknown

14:57:24 10  cause acute myeloid leukemia whether this is a biologically

14:57:29 11  plausible explanation for why?

14:57:30 12  A.  Well, if you go where it says ten to the eleventh on the bottom

14:57:37 13  axis and you push your finger up a ways, right there you hit AML and

14:57:43 14  CLL, and those are illnesses in those are very high cell turnover

14:57:50 15  and a lot of production and so it's sort of midway on that list.

14:57:52 16  And the tumors, let's say, that are to the left, ten to the seventh

14:57:58 17  or ten to the third, those would be where it's not a common

14:58:04 18  occurrence to see cancer because the turnover isn't as high.

14:58:08 19          THE COURT:  Because the turnover is what?

14:58:09 20          THE WITNESS:  Is not as high, is not -- the number of cell

14:58:13 21  production that's required is less.

14:58:16 22          THE COURT:  Okay.

14:58:17 23  BY MR. GRAY:

14:58:17 24  Q.  So there are certain cancers where the cell turnover, the

14:58:23 25  tissue cell turnover is higher, such as acute myeloid leukemia, and

14:58:28  1   certain ones, such as head cancers and that sort of thing, where the
14:58:33  2   cell division or turnover is slower, correct?
14:58:35  3   A.   Yes.
14:58:36  4   Q.   And the hypothesis here is that the random events of rapid cell
14:58:42  5   turnover or a reasonable explanation for why we don't know why
14:58:47  6   people get some of these cancers?
14:58:48  7   A.   That's the theory, of course.   You know, this is like anything
14:58:51  8   else, they have made an observation and done some work on it.   And I
14:58:58  9   am sure certainly not everybody agrees with that theory.   But from
14:59:01 10   what we know in hematology, we have made no inroads in trying to
14:59:09 11   find an etiology for most cases of AML.
14:59:13 12   Q.   From a physician's perspective who is treating diseases, what
14:59:17 13   does this information, the notion of unknown cause or rapid cell
14:59:21 14   turnover being a cause of these malignancies, what does that add to
14:59:26 15   you, why is it important?
14:59:28 16   A.   Well, truthfully I don't know that it's so much important to
14:59:34 17   me.   In other words, I haven't changed my thinking because of this
14:59:37 18   article.   And where leukemia therapy is going these days is to get
14:59:45 19   very submicroscopic in the genetic aspect of things and find the
14:59:50 20   aberrant chromosome and then find some kind of a chemical that can
14:59:55 21   block that expression and then leukemia will go away.   As we have a
15:00:00 22   chemical for chronic myeloid leukemia.
15:00:06 23   Q.   Now, I want to ask how you came to your general causation
15:00:10 24   opinions in this case, what literature did you look at, how did you
15:00:13 25   decide whether gasoline with benzene in it is a cause of acute

15:00:19  1   myeloid leukemia?

15:00:19  2   A.  Well, I have some familiarity with the benzene literature, I

15:00:24  3   have a lot of familiarity with the hematologic literature, and so I

15:00:30  4   know, as that pie chart showed us, what our differential diagnosis

15:00:33  5   is.  So when one looks at the chart, and the question is is the

15:00:41  6   leukemia from the gasoline and/or the benzene within it, I know that

15:00:45  7   if that were so it would be a very rare instance, possible but

15:00:49  8   extremely rare.  That is to say that we know benzene can cause AML,

15:00:56  9   albeit rare.  The question is whether there's some difference if the

15:01:00  10  benzene is in a mixture of other chemicals as discussed by

15:01:05  11  Dr. Pyatt.

15:01:05  12          And so I looked for new reviews on the subject where

15:01:10  13  people in the epidemiology field, more expert than I, have analyzed

15:01:15  14  articles and tried to come to a conclusion, and you look at

15:01:18  15  regulatory agencies and the question is is gasoline, since that's

15:01:23  16  the source, alleged source of benzene here, is gasoline a known

15:01:30  17  leukemogen.  And the literature suggests it's not.

15:01:32  18  Q.  Did you go through the detailed review of the epidemiology

15:01:39  19  studies that we've heard about for the last two days?

15:01:42  20  A.  No.

15:01:42  21  Q.  Now, last question I think or two other questions.  Does the

15:01:48  22  fact that an AML, particular case of AML has a five or seven,

15:01:53  23  chromosome five or seven deletion suggest that it is caused by

15:01:57  24  benzene or gasoline?

15:01:58  25  A.  Well, it doesn't rule it out; but having that in today's, with

15:02:06 1  what we know today, that doesn't make it more likely than not let's

15:02:11 2  say that it is from benzene.

15:02:12 3  Q.  Now, I want to talk a little bit, a couple of other questions

15:02:16 4  about five, seven chromosome deletions.  Do people who have

15:02:20 5  developed AML but have no occupational exposures, no occupational

15:02:25 6  chemical exposures have deletions of chromosomes five and/or seven?

15:02:30 7  A.  Yes.

15:02:31 8  Q.  At what rate?

15:02:32 9  A.  I'd have to look.  There's a very large article by a man named

15:02:42 10  Morrison that I have as one of my references, and he studied this in

15:02:45 11  about five to 6,000 cases of AML and MDS, and he's got exact numbers

15:02:50 12  in there depending on the chromosome defect and so on.  But it's not

15:02:55 13  rare, let's put it that way.

15:02:59 14  Q.  I understand.  And then another question -- and you've already

15:03:01 15  mentioned this about Appelbaum's article and we'll look at that --

15:03:05 16  how often do people diagnosed with AML in their 60's or 70's have

15:03:11 17  deletions of chromosome five or seven?

15:03:14 18  A.  It's there with some frequency.

15:03:16 19  Q.  And I have an article here by Frederick Appelbaum, and this may

15:03:21 20  be a chapter, I am not sure.  Can you tell us what this is?

15:03:25 21  A.  Yes.  Each year the American Society of Hematology has a

15:03:29 22  meeting; and related to the meeting, they publish a book.  And as a

15:03:37 23  member I got a copy each year.  And in the books they tackle

15:03:45 24  different illnesses like in little chapters, they may have a chapter

15:03:49 25  on Waldenstrom's macroglobinemia, chapter on AML, chapter on

15:03:55  1   whatever you like.  And this particular year, which was 1996,

15:03:59  2   Dr. Appelbaum who is very active in the American Society of

15:04:04  3   Hematology, and Dr. LeBeau, who is a chromosome expert at the

15:04:08  4   University of Chicago, and another person that I don't know, wrote

15:04:12  5   this chapter on secondary leukemias.

15:04:14  6   Q.  Let's go on through.  In Appelbaum in the same article -- your

15:04:20  7   Honor, this is Exhibit 13 that I would like to offer.

15:04:43  8           First, Dr. Natelson, was this one of the references in

15:04:45  9   your original affidavit in this case?

15:04:47  10  A.  Yes.

15:04:48  11  Q.  Now, Dr. Appelbaum says:  "As early as 1982, Dr. Janet Rowley

15:04:56  12  and colleagues first noted that de novo AML cases arising in elderly

15:05:00  13  individuals had similar cytogenetic features to AML cases developing

15:05:06  14  after aggressive therapy or occupational exposure."  What is that

15:05:12  15  about?

15:05:13  16  A.  Dr. Rowley died about three years ago and she was really

15:05:16  17  probably the first one to really get into detailed genetic studies,

15:05:24  18  chromosome studies on cancer patients and patients undergoing

15:05:27  19  therapy.  So she wrote a lot of the original work about secondary

15:05:31  20  leukemias and cytogenetic features in AML.  And what she tells us is

15:05:39  21  that de novo AML cases arising in elderly individuals had similar

15:05:45  22  cytogenetic features to AML cases developing after aggressive

15:05:52  23  therapy or occupational exposure.

15:05:54  24  Q.  And on page 41 in Table 4 of Exhibit 13, Dr. Appelbaum's paper,

15:06:05  25  did they describe the numbers, that is make the comparison between

15:06:10  1  chemotherapy at five, seven deletion, and five, seven deletions in

15:06:16  2  elderly newer cases of AML?

15:06:19  3  A.  Yes.  There are four -- well, five columns on that slide.  The

15:06:23  4  fourth one from the left is entitled Elderly "De Novo" AML, and they

15:06:28  5  point out some of the features.  And they point out that it may have

15:06:34  6  dysplasia as we talked about, myeloid dysplasia, it's present; they

15:06:39  7  have abnormal chromosomes; they respond poorly to chemotherapy.  And

15:06:47  8  it's not good when you have that illness in an older person.

15:06:52  9  Q.  Is it a surprise that a person diagnosed at age 70 with acute

15:06:58 10  myeloid leukemia would have five and/or seven deletions?

15:07:02 11  A.  No.

15:07:02 12  Q.  Let's move to latency and I'll be through.  We talked earlier

15:07:07 13  about your temozolomide induced myelodysplasia article with

15:07:15 14  Dr. Pyatt.  And did that article include this chart?

15:07:19 15  A.  Yes.  This is a table that we developed for the article, and

15:07:25 16  temozolomide, the top drug, is the one we were studying.  So what we

15:07:29 17  found by reviewing the number of cases that had been reported is

15:07:32 18  that it took you -- you didn't see any cases of ALM or MDS until you

15:07:37 19  got up to about 18 to 20 milligrams per meter squared.

15:07:43 20          And of course these numbers are easier to come by than

15:07:48 21  things like benzene or environmental toxins because here, you know,

15:07:51 22  the patient gets a 100 percent of the dose, you're injecting an IV

15:07:56 23  or giving it by a pill.  So there is no argument and there are

15:07:59 24  excellent records so you know exactly what the dose was and you know

15:08:02 25  exactly when they caught the illness.  And so it's actually, even

15:08:05  1    though it's an alkylating agent, it takes more drug than

15:08:08  2    cyclophosphamide, which is eight to 10,000.  And Alcoran, which was

15:08:15  3    one of the first drugs shown to cause secondary leukemia, it only

15:08:18  4    takes 80 milligrams per meter squared.

15:08:22  5           And nitrogen mustard, which is an mechlorethamine -- it's

15:08:27  6    like benzene, it's obsolete -- it's only took 60 milligrams per

15:08:32  7    meter squared.

15:08:32  8    Q.  The third column, the CTD is the dose of the particular agent;

15:08:38  9    is that correct?

15:08:38 10    A.  That's correct.  That's the threshold dose after which you

15:08:42 11    start to see cases of AML.  And, of course, if you give more, you

15:08:45 12    see more case.  But those are where the index cases start to begin.

15:08:49 13    Q.  Why is benzene on this chart?

15:08:51 14    A.  Well, number one, benzene is a chemotherapy drug or it was just

15:08:55 15    like -- it's obsolete now just like mechlorethamine is obsolete.  It

15:09:03 16    wasn't originally on the graph.  What happened was I wrote the paper

15:09:06 17    or really was interested in writing the paper specifically for

15:09:09 18    temozolomide.  And what happened, I got back a long review and the

15:09:13 19    reviewer liked the paper, and he said that can you put benzene on

15:09:18 20    there and any other chemical you think you might want to put on

15:09:22 21    there.  So I said, well, that's interesting that reviewers asked me

15:09:26 22    to do that.  I hadn't thought about it.

15:09:28 23           So since David was better at math than I was, I said,

15:09:32 24    David, can we sit down and calculate how much benzene it takes if

15:09:37 25    you're looking at someone who has 40-part per million year exposure,

15:09:41  1   which is the lower limit of thought to cause AML.  So we did

15:09:47  2   calculations based on the number of days worked, the rate of

15:09:52  3   breathing, the normal vital capacity, the fact that you blow out

15:09:56  4   about 50 percent of the benzene that you take in, and we came up

15:10:00  5   with this number of about 46,000 milligrams per meter squared to

15:10:05  6   show you how much benzene you have to really get to get in league

15:10:12  7   with these other chemotherapy drugs.  It's really a very, very weak

15:10:16  8   leukemogen.  No question it causes AML, but it takes a lot of it.

15:10:20  9   Q.  Certainly compared to the chemotherapy drugs?

15:10:23 10   A.  Compared to chemotherapy, yeah, you can just see the

15:10:27 11   difference.  It's hard to compare it when you're talking about part

15:10:29 12   per million years than when you're simply talking about milligram

15:10:33 13   per square meter, you can compare it better that way.

15:10:36 14   Q.  And then finally, the latency to myelodysplastic syndrome or

15:10:40 15   AML in years, why is that fourth column on there?

15:10:42 16   A.  Well, we were just contrasting that.  And you see the problem

15:10:46 17   with temozolomide is that like myelodysplastic syndrome, people with

15:10:52 18   brain tumors don't live a long time.  So when they start giving them

15:10:56 19   these drugs, the latency looked real early because we're only seeing

15:11:00 20   the early cases, they're dead of brain cancer before they get out to

15:11:04 21   eight or ten years; so that latency is ifie but we can certainly see

15:11:09 22   it's short.  I mean, a number of cases arrived early on with that

15:11:13 23   treatment.  Once they cross that drug threshold.

15:11:16 24        And the benzene, we based the two to ten-year exposure on

15:11:21 25   what is in the peer reviewed modern scientific literature.

15:11:24  1   Q.  I am going to talk about that in just one minute.

15:11:27  2        Do you know of a leukemogen that has a 30, 40 or 50-year

15:11:32  3   latency period?

15:11:33  4   A.  No.

15:11:33  5   Q.  Now, a little bit about the literature on latency.  The first

15:11:39  6   quote is from Aksoy.  If I can just summarize, Aksoy was a Turkish

15:11:45  7   doctor who looked at a whole lot of people who were exposed to

15:11:49  8   massive amounts of benzene in the shoe working industry?

15:11:51  9   A.  Yes.  He trained in the United States actually with the most

15:11:55  10  prominent hematology of the day, who was the founder of the American

15:12:01  11  Society of Hematology.  And then he went back to Turkey and he got

15:12:04  12  interested in AML and other illnesses in shoe workers.

15:12:10  13  Q.  And the quote from Dr. Aksoy was:  "A latency of one to

15:12:19  14  15 years with a mean of 9.7."  Is that correct?

15:12:21  15  A.  Yes.

15:12:22  16  Q.  And the next is Silver.  Silver was one of the co-authors with

15:12:25  17  Dr. Infante and Rinsky others on this Pliofilm cohort, correct?

15:12:30  18  A.  Yes.  And I think Rinsky is on this Silver paper as one of the

15:12:35  19  co-authors of that I believe.

15:12:35  20  Q.  What did they conclude about their benzene workers and what the

15:12:38  21  latency period was?

15:12:40  22  A.  Well, they suggested short, the results suggested risk is

15:12:46  23  maximum the first five years since last exposure and increases with

15:12:51  24  increasing time since last exposure.  The results suggest that the

15:12:56  25  maximum, I think you --

15:12:58   1   Q.  Sorry.

15:12:59   2   A.  -- requires assessing risk at its peak of five to ten years

15:13:02   3   since last exposure.

15:13:03   4   Q.  Trebig I think we've talked about already as well.  Did they

15:13:08   5   calculate --

15:13:09   6   A.  Well, this was a review article from the symposium and he point

15:13:19   7   out that despite the fact that you have a small number of cases --

15:13:22   8   and unlike chemotherapy where you exactly know --

15:13:26   9        THE COURT:  You're running out of time, so you better wrap

15:13:30  10   it up.

15:13:30  11        MR. SCOTT:  We'll go on.

15:13:31  12        THE WITNESS:  And this one is another quote that says the

15:13:33  13   same thing, that it's a short latency.

15:13:33  14   BY MR. SCOTT:

15:13:36  15   Q.  And finally, Dr. Deborah Glass, the Australian Health Watch

15:13:41  16   author.

15:13:41  17   A.  Yes.  And she says implication of our finding is that exposure

15:13:46  18   estimation to investigate the risks of benzene-induced leukemia can

15:13:49  19   be restricted to the period of up to 15 years prior to diagnosis.

15:13:56  20   Q.  What do gasoline studies say about latency?

15:13:59  21   A.  Well, they don't say in the main that the gasoline can cause

15:14:04  22   AML.

15:14:04  23   Q.  In other words, they don't say anything about latency because

15:14:06  24   they don't find AML's?

15:14:08  25   A.  Well, they don't mind AML's and they don't mind AML's and they

15:14:14  1   don't discuss latency.

15:14:17  2          MR. SCOTT:  Thank you.  I pass the witness, your Honor.

15:14:20  3          THE COURT:  Cross-examination.

15:14:25  4          MR. WILLIAMS:  Your Honor, as matter of housekeeping, we

15:14:28  5   have a book for my exhibits that he is going to bring up right now.

15:15:09  6          THE COURT:  Proceed.

15:15:09  7                        CROSS-EXAMINATION

15:15:09  8   BY MR. WILLIAMS:

15:15:23  9   Q.  Good evening, Dr. Natelson.  Have you been here for two days

15:15:26 10   listening to all of the testimony?

15:15:27 11   A.  I have.

15:15:27 12   Q.  So you're familiar with what everybody has talked about and

15:15:31 13   should help us expedite this matter?

15:15:33 14   A.  Yes.

15:15:34 15   Q.  Great.  Can benzene cause AML?

15:15:35 16   A.  Yes.

15:15:35 17   Q.  Do persons that are -- does an individual exposed to benzene

15:15:42 18   have to be exposed to pure benzene to contract AML?

15:15:45 19   A.  I don't think so.  I think it's the dose of the benzene.  And

15:15:53 20   the vehicle may play some role, but I would say as an absolute

15:15:56 21   statement, no.

15:15:56 22   Q.  And did Dr. Infante testify yesterday there's actually only one

15:16:02 23   study in the literature that looked at pure benzene and AML?

15:16:06 24   A.  Well, Dr. Alexanian actually looked at pure benzene.  What

15:16:11 25   these people were doing is they would take a vial and they would

15:16:15  1   have resin in the vial and they'd put pure benzene in the vial until

15:16:18  2   they had a gel forming and then that was used as a paste to glue

15:16:24  3   soles on shoes.  That was virtually pure benzene in a closed

15:16:28  4   environment.

15:16:29  5   Q.  Let me rephrase my question.  Did Dr. Infante testify there was

15:16:34  6   only one cohort epidemiological study that addressed pure benzene?

15:16:38  7   A.  He may have, I don't remember that.  I don't disagree with

15:16:40  8   that.

15:16:40  9   Q.  Do you disagree that the Pliofilm study is the only cohort that

15:16:45  10  addresses pure benzene?

15:16:46  11  A.  Well, that does address pure benzene and that's why it's so

15:16:50  12  often cited as the best cohort study to look at that.

15:16:54  13  Q.  It's an important piece in the literature, correct?

15:16:57  14  A.  Yes.

15:16:57  15  Q.  Was Mr. Burst diagnosed with AML with MDS?

15:17:05  16  A.  No.  He was diagnosed as AML with myelodysplasia related

15:17:11  17  changes.

15:17:12  18  Q.  And for the record, Doctor, you wrote two affidavits in this

15:17:17  19  case that you submitted, one for the summary judgment, which was

15:17:20  20  like 19 pages and the other one was four pages; is that correct?

15:17:23  21  A.  Yes.

15:17:24  22  Q.  And I want to show you your first affidavit that you executed

15:17:28  23  on May 8th, 2014.  And this is your language, correct?

15:17:34  24  A.  (WITNESS READS.)

15:17:38  25  Q.  Do you see where you testified that Dr. Stefan Faderl of the

15:17:46  1   Leukemia Service described Mr. Burst's classification as AML with

15:17:51  2   MDS, do you see that?

15:17:52  3   A.  I saw that, yes.

15:17:54  4   Q.  And that's what you put in there in that affidavit?

15:17:55  5   A.  Because that's a quote from what he said.

15:17:57  6   Q.  And that's what his treating physician said, correct?

15:17:59  7   A.  No.  The diagnosis, there is no such thing -- the category is

15:18:03  8   acute myeloid leukemia with myeloid dysplasia related changes.

15:18:08  9   Q.  Did his treating physician say that he had AML with MDS?

15:18:11 10   A.  That's what's in the report, yes, I quoted the report.

15:18:14 11   Q.  And MDS stands for myelodysplastic syndrome, correct, sir?

15:18:18 12   A.  MDS stands for myelodysplastic syndrome, yes.

15:18:21 13   Q.  Do you remember when I asked you in your deposition is there a

15:18:27 14   difference between myelodysplasia and myelodysplastic syndrome?

15:18:32 15   A.  Absolutely.

15:18:33 16   Q.  Do you remember your answer?

15:18:34 17   A.  I don't remember what the answer was.  If you asked me that

15:18:36 18   question I would have answered it.

15:18:38 19   Q.  Did I ask you if they were the same thing and did you respond

15:18:41 20   "could be"?

15:18:42 21   A.  Well, yes.  In other words, myelodysplasia could be

15:18:45 22   myelodysplasia and myelodysplastic syndromes may have myelodysplasia

15:18:51 23   associated with them, yes, that's true.

15:18:52 24   Q.  Did Mr. Burst have a minus five and a minus seven chromosome

15:18:58 25   abnormality?

15:18:58  1    A.  Yes.

15:18:59  2    Q.  So let's summarize.  The doctor up there says he has AML with

15:19:02  3    MDS and he also has minus five and minus seven, correct?

15:19:06  4    A.  Correct.

15:19:08  5    Q.  And does Mr. Burst's death certificate list the cause of death

15:19:13  6    as AML?

15:19:14  7    A.  Yes.

15:19:14  8    Q.  Did you offer in either one of your sworn affidavits a cause of

15:19:19  9    Mr. Burst's AML?

15:19:21 10    A.  No, I don't know the cause of his AML.

15:19:23 11    Q.  So all of that talk about Waldenstrom's syndrome and pernicious

15:19:31 12    anemia and Schnitzler syndrome, you didn't offer any of those as a

15:19:34 13    cause for his AML?

15:19:35 14    A.  No.  They're potential causes.

15:19:37 15    Q.  You said that they were risk factors, correct?

15:19:39 16    A.  Risk factors.  As in any case with AML, even if I take a

15:19:44 17    patient and I gave them chemotherapy and eight or nine years later

15:19:47 18    they catch AML, I can think strongly the chemotherapy did it.  But

15:19:52 19    there's really no proof of that.  In other words, we don't have a

15:19:56 20    way in any individual case of proving causation, we simply can say

15:20:00 21    what's likely and what's more frequent and what's not likely.

15:20:04 22    Q.  Doctor, do you understand the purpose of today's hearing and

15:20:07 23    yesterday's hearing is to talk about general causation, can benzene

15:20:11 24    in gasoline cause AML?

15:20:12 25    A.  Yes.

15:20:13 1    Q.  And that's what I want to talk about for the remaining time I

15:20:17 2    have, okay.

15:20:18 3          In your references in your first affidavit, sir, would

15:20:22 4    you agree with me that the only document you cite that even talks

15:20:27 5    about gasoline and AML would be Keenan?

15:20:30 6    A.  Yes.

15:20:31 7    Q.  Quickly let me show you your references on the second one so we

15:20:35 8    can talk about that.  Again, same question, you cite Keenan again;

15:20:41 9    and out of fairness to you, you attempt to cite Sim 2007 and Sim

15:20:48 10   2013, correct?

15:20:50 11   A.  I do cite them, yes.

15:20:51 12   Q.  So that's three references that you use for your general

15:20:56 13   causation purposes; is that correct?

15:20:58 14   A.  Yes.

15:20:58 15   Q.  And the rest of the references had to do with something else?

15:21:02 16   A.  The rest of the references had to do with causation of AML.

15:21:05 17   Q.  Well, back to the pernicious anemia, the Schnitzler, it didn't

15:21:11 18   have to do with gasoline and AML; is that a fair statement?

15:21:15 19   A.  It didn't specifically have to do with gasoline and AML, yes.

15:21:19 20   Q.  Okay.  Great.  In your first affidavit do you write that the

15:21:27 21   opinions in your affidavit are not the opinions of HMH Systems, your

15:21:34 22   employer?

15:21:34 23   A.  That's correct.

15:21:35 24   Q.  Are you saying your employer doesn't necessarily agree with the

15:21:38 25   opinions that you put in these affidavits?

15:21:40  1   A.  No, I didn't say that.  I just said that I have no knowledge if

15:21:44  2   they would or wouldn't.  In other words, they're not the opinions --

15:21:48  3   they're my opinions, not anything anybody in the institution has

15:21:50  4   told me.

15:21:51  5   Q.  A little while ago Mr. Scott asked you did you rely on the

15:21:58  6   regulatory agency opinions.  Do you cite regulatory agency opinions

15:22:02  7   in any of your references?

15:22:04  8   A.  I cite them with the Keenan reference because that's referenced

15:22:07  9   there.

15:22:08  10  Q.  But do you individually cite any regulatory authority?

15:22:11  11  A.  No.

15:22:12  12  Q.  Real quick I want to look at -- we talked about these health

15:22:22  13  watches yesterday.  This is Sim 2007, which is the Australian Health

15:22:30  14  Watch, Thirteenth Report.  That's one of your references, correct?

15:22:33  15  A.  Yes.

15:22:33  16  Q.  Can you tell me whether or not this report says for ANLL, which

15:22:39  17  is AML, "while this may suggest that benzene exposure in this

15:22:47  18  industry may be too low to cause a detectable increase in the

15:22:50  19  incidence of ANLL."?

15:22:53  20  A.  Well, this may suggest that exposed may be too low to cause --

15:22:59  21  that's what it says, yes.

15:23:01  22  Q.  And, Doctor, this publication does not produce a result for

15:23:05  23  gasoline in AML or ANLL, correct?

15:23:08  24  A.  No.

15:23:09  25  Q.  And this publication in earlier years reported an increase

15:23:15  1   incidence of AML in the distribution workers; is that correct?

15:23:19  2   A.  I think in the early studies Dr. Glass had a so-called -- I

15:23:27  3   forgot the name she put in it.  But she did a study suggesting that

15:23:31  4   the -- in this particular one you're showing me?

15:23:36  5   Q.  Would you agree 1987, 3.36; 1990 on 2.2; 1993, 1.77; 1996, 1.4;

15:23:46  6   and so on.  And it goes down as the years follow, correct?

15:23:48  7   A.  Yes.

15:23:49  8   Q.  And what this publication that you relied on says the exposure

15:23:55  9   may be too low to show any kind of association with leukemia,

15:23:59 10   correct?

15:23:59 11        THE COURT:  What is the association we're talking about

15:24:01 12   here?

15:24:02 13        MR. WILLIAMS:  Well, this is the health watch that they

15:24:03 14   talked about yesterday, and I think we spent --

15:24:04 15        THE COURT:  I know but association, between what and what?

15:24:07 16        MR. WILLIAMS:  Leukemia and exposure -- these are terminal

15:24:13 17   distribution workers in the Australian Petroleum Institute, which

15:24:16 18   they covered pretty heavily yesterday.

15:24:16 19   BY MR. WILLIAMS:

15:24:17 20   And my point is, this current 2007 publication says exposure may be

15:24:22 21   too low to show any kind of association with benzene and leukemia,

15:24:28 22   correct?

15:24:28 23   A.  Well, but what this did is this study took a cut of people, a

15:24:33 24   large cut of what's workers in the petroleum industry starting in

15:24:37 25   1980 and finishing in 2000, and those 18,000 people were the bulk of

15:24:43  1   the study; and the study isn't over until those 18,000 people are

15:24:47  2   dead and you know what they died from.  And so if you just start the

15:24:51  3   study, and start to interrupt the study and you may have a cluster

15:24:56  4   or something unusual, that's not the accurate results.  The only

15:25:00  5   accurate results of this study would be the final ones.  That's the

15:25:04  6   way the way the study was designed.

15:25:07  7   Q.  Can you confirm the sponsors of this publication are two of the

15:25:12  8   defendants here, Chevron and Shell?

15:25:14  9   A.  Yes.

15:25:15 10   Q.  Let's move to the 2013.  This is just seven years or six years

15:25:22 11   down the road, same group of people, correct?

15:25:26 12   A.  Yes.

15:25:26 13   Q.  And again, they report the exposure -- "this may suggest that

15:25:34 14   benzene exposure in the industry may be too low to cause a

15:25:36 15   detectable increase in the incidence of ANLL."

15:25:39 16   A.  Yes.  The mean exposure of these people is thought to be about

15:25:44 17   4.6 or 4.9-parts per million years.  Some of them had higher than

15:25:51 18   that, but the mean exposure is modest.

15:25:52 19   Q.  With safety equipment and engineering controls, exposures have

15:25:55 20   gone down over the last decades, correct?

15:25:58 21   A.  I would assume so, yes.

15:25:59 22   Q.  And again, would you confirm same oil companies, same two

15:26:04 23   defendants in this case sponsored the study?

15:26:05 24   A.  These are major petrochemical firms.

15:26:09 25   Q.  Thank you.  Doctor, I want to talk about statistical

15:26:14  1   significance.  When a result of a study is statistically

15:26:17  2   significant, does that mean that you can rule out that the result

15:26:20  3   occurred by chance alone?

15:26:21  4   A.  No.

15:26:21  5   Q.  What does it mean?

15:26:22  6   A.  It means the study is statistically significant, but it doesn't

15:26:26  7   necessarily mean the data put into it was accurate.  If you put in

15:26:30  8   inaccurate data and you get a statistically significant result, it

15:26:34  9   doesn't mean that result is correct.  It just simply means the study

15:26:38  10  was statistically significant.

15:26:39  11  Q.  What is your definition of statistically significant, doctor?

15:26:42  12  A.  I think it was discussed by people who were epidemiologist, of

15:26:47  13  which I am not, that you look at the confidence levels and you want

15:26:51  14  it to be at least one and then look at the other figure toward the

15:26:56  15  end of the confidence level.

15:26:58  16  Q.  Doctor, you're not an industrial hygienist, correct?

15:27:01  17  A.  Absolutely not.

15:27:02  18  Q.  Not an epidemiologist?

15:27:03  19  A.  No.

15:27:04  20  Q.  Not an occupational medicine doctor?

15:27:05  21  A.  No.

15:27:06  22  Q.  Not a toxicologist?

15:27:07  23  A.  No.

15:27:07  24  Q.  And not a pathologist?

15:27:08  25  A.  No.

15:27:08  1    Q.  So you're not offering opinions in those areas as it relates to

15:27:12  2    this case?

15:27:13  3    A.  Well, only in pathology as a hematologist looks at the

15:27:19  4    pathology of bone marrows.

15:27:20  5    Q.  So, Doctor, would you agree with me that the only study that

15:27:27  6    you've relied on besides the two health watches that we just

15:27:32  7    discussed was Keenan, 2013?

15:27:35  8    A.  Well, the Keenan study represents about 99 other studies, so

15:27:40  9    that's actually much more than one study, it's one report.  But it's

15:27:44 10    detailing a large number of other studies.

15:27:46 11    Q.  And, Doctor, this is not an epidemiological study, correct?

15:27:50 12    A.  It's a review of these cases.

15:27:52 13    Q.  A review --

15:27:53 14    A.  Of these -- it's a review paper, yes.

15:27:55 15    Q.  And, Doctor, they talked about it earlier.  Keenan and

15:28:00 16    Paustenbach and the rest of these authors, they're all with the

15:28:05 17    group ChemRisk, correct?

15:28:07 18    A.  Yes, I think ChemRisk is on the paper some place or something,

15:28:11 19    yeah.

15:28:11 20    Q.  And did you happen to look at their disclosure that this paper

15:28:16 21    was prepared and may be used in litigation and the authors of this

15:28:20 22    paper may be called to testify in litigation?

15:28:22 23    A.  Yes, I saw that.

15:28:23 24    Q.  Do you have any problem with that statement?

15:28:26 25              THE COURT:  Did it say it was prepared in litigation?

15:28:28  1          MR. WILLIAMS:  No, it said it was -- let me get to it, I

15:28:32  2  want to make sure I say it correctly.

15:28:32  3  BY MR. WILLIAMS:

15:28:40  4  Q.  On page 1019, I highlighted it.  "All of the authors are

15:28:45  5  employed by ChemRisk, a consulting firm that provides scientific

15:28:49  6  advice to the government, corporations, law firms, and various

15:28:52  7  scientific/professional organizations.  This paper was prepared and

15:28:57  8  written exclusively by the authors without review or comment by

15:29:00  9  employees or counsel for these entities.  It is likely this work

15:29:04 10  will be relied upon in industrial hygiene research, risk assessment

15:29:08 11  research, and litigation.  Some of the authors may be called upon to

15:29:12 12  serve as expert witnesses."

15:29:16 13  A.  That's what it says, yes.

15:29:18 14  Q.  Yes.  And, Doctor, I would like to -- you talked about the

15:29:25 15  amount of references in this paper.  Dr. -- well, Paustenbach and

15:29:31 16  his group pulled together a bunch of studies supposedly relating

15:29:35 17  gasoline exposure, and this deals with AML and all types of other

15:29:39 18  blood cancers, correct?

15:29:42 19  A.  Well, I haven't reviewed those individual cases, but from what

15:29:45 20  I saw, I think Dr. Infante showed a case of one study where there

15:29:52 21  was one patient with CML and one with AML and one with ALL, I think

15:29:58 22  three different leukemias.

15:29:59 23  Q.  I'm sorry, I gave you a bad question.  The table in this study

15:30:02 24  deal with multiple different types of blood cancer, would you agree

15:30:06 25  with that?  If you look at Table 4, these studies talk about --

15:30:09  1   A.  Yes, they're looking at other illnesses besides AML.

15:30:13  2   Q.  About seven or eight different categories, correct?

15:30:16  3   A.  Yes.

15:30:16  4   Q.  And my question is, if you look at the Tables 4 through 6 then

15:30:23  5   they give you the ranking of relevant studies, and in this study

15:30:28  6   they give a four for what they call strong evidence of gasoline

15:30:34  7   exposure, okay?

15:30:35  8   A.  All right.

15:30:35  9   Q.  And if you go through all of the studies that are used in the

15:30:39  10  tables showing specificity to gasoline, I count on this page 7 that

15:30:48  11  they say strongly relate, give them a four, and then on the next

15:30:53  12  page there's 12 with a one, which is doesn't even count distribution

15:30:58  13  of terminal workers.  Again, there's two with a four and then there

15:31:04  14  is -- I'm sorry, one study with a four and four studies with a two.

15:31:09  15  And again, we go to the next page, there's 17 ones, again one is the

15:31:14  16  worst category, no relation to gasoline.  And then if we go to the

15:31:18  17  last page, 11.  I did some math while they were talking earlier

15:31:22  18  today, and if you add them all up, 40 of the studies relied on by

15:31:28  19  Keenan and Paustenbach got a one, didn't even include distribution

15:31:33  20  or terminal workers.  Did you know that?

15:31:35  21  A.  No, I haven't looked at these in detail.

15:31:39  22  Q.  Did you know four of them had a two which were the second to

15:31:42  23  worst category?

15:31:42  24  A.  No.

15:31:44  25  Q.  And if you look at the ones that got a four, he claims eight of

15:31:49  1    them have a four which have some type of analysis for distribution
15:31:53  2    workers.  So out of 52 studies Keenan used, only eight showed strong
15:32:01  3    evidence of exposure to gasoline.  According to their ranking; is
15:32:05  4    that correct?
15:32:06  5    A.  That's what you've shown me, yes.
15:32:08  6    Q.  Okay.  Great.  Now, Doctor, I want to talk about -- I want to
15:32:17  7    show you a couple of studies.  Yesterday there was a lot of talk
15:32:21  8    about terminal workers -- let me ask you this first.  Dr. Keenan --
15:32:23  9    you know who Dennis Paustenbach is, correct?
15:32:26 10    A.  I know his name, I don't know him personally.
15:32:28 11    Q.  Have you ever heard of any scientific misconduct on behalf of
15:32:34 12    ChemRisk or Dr. Paustenbach with any retraction of articles out of a
15:32:39 13    journal?
15:32:39 14    A.  No.
15:32:40 15    Q.  Are you familiar -- have we ever talked about Dr. Paustenbach
15:32:46 16    writing a letter to the American Petroleum Institute on behalf of
15:32:49 17    ChemRisk asking for Goodyear to adjust the exposure data so they can
15:32:56 18    change the outcome of litigation?
15:32:58 19         MR. SCOTT:  Your Honor, I object to the relevance of this.
15:33:00 20    He is talking about, I think trying to talk about something related
15:33:05 21    to Pliofilm cohort, something done 30 years later by a witness who
15:33:09 22    is not here and not retained in this case.
15:33:11 23         THE COURT:  I think this is a side show.  Move on to
15:33:14 24    something else.
15:33:14 25         MR. WILLIAMS:  Okay.

15:33:28  1   BY MR. WILLIAMS:

15:33:28  2   Q.  Doctor, do you recall when I asked you in your deposition are

15:33:31  3   there studies that show a positive association for service station

15:33:35  4   attendants or mechanics and gasoline, do you recall your answer?

15:33:38  5   A.  I don't recall my answer.  But we've seen, I think we've seen

15:33:43  6   some in the last day or two.

15:33:45  7   Q.  Well, would you agree with me at the time of your deposition

15:33:47  8   you didn't know one way or the other whether there were any of those

15:33:50  9   types of studies?

15:33:51  10  A.  That's correct.

15:33:51  11  Q.  Do you have a copy of Keenan handy?

15:33:58  12  A.  Not in front of me -- oh, maybe I do.  No, I don't.

15:34:02  13  Q.  I will be happy to give you one.  I have a --

15:34:07  14          MR. WILLIAMS:  Your Honor, may I hand this to him?

15:34:09  15          THE COURT:  Yes, sure.

15:34:13  16  BY MR. WILLIAMS:

15:34:14  17  Q.  Just hold that, Doctor, and we will go to a chart I prepared,

15:34:19  18  which deals with the gasoline service station attendants, it's

15:34:25  19  Exhibit 9 in my book, and I have to figure out how to do this

15:34:30  20  thing -- Exhibit 9 in my book.  This deals with either mechanics or

15:34:39  21  service station attendants.  And I think you said you didn't look at

15:34:43  22  any before you wrote your reports, correct?

15:34:45  23  A.  That's correct.

15:34:45  24  Q.  Earlier Dr. Pyatt testified, we talked about a couple of

15:34:52  25  different Dubrow, which was done by NIOSH, and he said it didn't

15:34:56  1  exist.  And my point is, you didn't look at this and you don't know

15:35:01  2  the results of this one, correct?

15:35:02  3  A.  No.

15:35:03  4  Q.  Does -- in this study Dubrow reported an odds ratio of 2.38.

15:35:12  5  And the next one is Milham, 1983.  Again, for mechanics, they were

15:35:16  6  PMR's of 2.46, 2.48 and 2.07 that was statistically significant.

15:35:23  7  Schwartz, 1987, there was a PMR of 3.28, which was statistically

15:35:29  8  significant.  Shu, 1988, there was an odds ratio of 2.1, that was

15:35:34  9  statistically significant.  Flodin, 1990, there was odds ratio of

15:35:39 10  2.7, that was statistically significant.  Jakobsson, 1992, odds

15:35:44 11  ratio of 3.6, that was statistically significant.  And Hunting, '95,

15:35:50 12  odds ratio 9.2, statistically significant.  Lynge, there's a 1.3 and

15:35:56 13  a 1.4 in there but it's not statistically significant.  And Patel,

15:36:01 14  there's a 4.4, statistically significant.  Steffen, 7.7,

15:36:06 15  statistically significant.  Terry, 2005, there's a 2.3,

15:36:12 16  statistically significant, for greater than three years as a service

15:36:15 17  station attendant; and 1.8 for greater than one year.  And then

15:36:20 18  Brosselin, 2009, there's a 1.6.  And then Talbott, finally, there's

15:36:26 19  11.54.

15:36:27 20          And my question to you, sir, is I just read 13 studies

15:36:31 21  that are statistically significant.  Can you confirm by looking at

15:36:34 22  Keenan in Table 4 through 6 that he didn't include one of these

15:36:38 23  studies in his review on gasoline exposure?

15:36:46 24  A.  Let me look at the bibliography and see if I can confirm that.

15:36:51 25  Might take some time.

15:36:53   1   Q.  Take your time.

15:36:54   2   A.  We're looking for Patel.  Let's see.  I don't see the first one

15:37:26   3   in here, Steffen.

15:37:27   4   Q.  I'm sorry?

15:37:28   5   A.  I don't see Patel in here.  Let me go through and look and see

15:37:32   6   if I see the other ones.  Like I said, this will take some time.  No

15:37:55   7   Steffen.  Let's see Terry.  Let's see if there's a Terry.  No Terry.

15:38:30   8   Talbott, let's see if I see a Talbott.  No, I don't see these

15:38:31   9   studies in here.

15:38:33  10   Q.  And, Doctor, earlier we discussed 40 of the 52 -- 44 of the 52

15:38:39  11   studies either had a one or two, not specific to gasoline, and

15:38:43  12   Mr. Keenan and Paustenbach -- or Drs. Keenan and Paustenbach

15:38:49  13   excluded 15 studies or 13 studies with significantly statistical

15:38:53  14   results.

15:38:53  15   A.  I don't know that and you already determined I am not an

15:38:56  16   epidemiologist, so I am not qualified to decide which of these

15:38:59  17   studies are better than others.  I don't know which ones had the

15:39:02  18   most cases.  I do know that the Lynge study that I've seen before

15:39:06  19   had a lot of cases.  So I am really not qualified to discuss which

15:39:10  20   ones they selected and why they didn't and why they did.

15:39:15  21   Q.  And I understand that, Doctor.  But would the results have been

15:39:21  22   different had they not relied on studies if there's no evidence of

15:39:24  23   gasoline exposure and included 13 studies with strong statistically

15:39:28  24   significant results for exposure to gasoline and AML?

15:39:30  25   A.  I don't know.  I am not an epidemiologist.  It depends on the

15:39:34  1  power of the studies and the number of people in the cohort and so

15:39:38  2  on.

15:39:38  3  Q.  Would you still rely on that Keenan study tomorrow in another

15:39:43  4  AML case with exposure to gasoline?

15:39:46  5  A.  Well, I don't see why not.  This study was reviewed by probably

15:39:51  6  a number of reviewers, it references a large number of papers, and

15:39:57  7  I'm sure it's widely accepted in the literature.

15:40:02  8  Q.  Doctor, if we want to know if a service station attendant or

15:40:07  9  mechanic is at an increased risk of AML from exposure to gasoline,

15:40:11 10  shouldn't we look at the studies of service station attendants and

15:40:14 11  mechanics?

15:40:14 12  A.  Yes, people working in that era where the person in question

15:40:19 13  worked.

15:40:19 14  Q.  Doctor, how many cases have you testified as an expert

15:40:22 15  involving some type of blood cancer?

15:40:24 16  A.  Could be possibly in the range of 60.

15:40:32 17  Q.  And that's what you testified to in your deposition.  And I

15:40:37 18  have a list here from another deposition in 2010 when it was 74.

15:40:44 19  Does that sound possible?

15:40:45 20  A.  It could be.  But you know a lot of times when I testify the

15:40:49 21  number of cases, I think overall I've given about maybe 93

15:40:55 22  depositions or testimony in my career, and many of them were

15:41:00 23  malpractice cases, cases involving residents, deed restriction

15:41:09 24  cases.  I would have to look at the numbers to count, I don't keep

15:41:12 25  that in my head.  It's just a rough guess.

15:41:15  1    Q.  Maybe you can answer this.  In your 75 to 100 or whatever the

15:41:20  2    number is, have you ever opined that the plaintiff's blood cancer

15:41:23  3    was caused by exposure to benzene from a petroleum product?

15:41:26  4    A.  No.

15:41:26  5    Q.  And I believe you testified you had at least 28 AML cases,

15:41:30  6    correct?

15:41:30  7    A.  I don't remember, I don't have my list in front of me.

15:41:33  8              THE COURT:  Twenty-eight as patients or as litigation?

15:41:36  9              MR. WILLIAMS:  No, as an expert.

15:41:38 10    BY MR. WILLIAMS:

15:41:38 11    Q.  I'm sorry, that you've served as an expert in at least 28 AML

15:41:42 12    cases?

15:41:42 13    A.  True.

15:41:43 14    Q.  And again, you never opined one time that the patient's AML was

15:41:49 15    caused by exposure to benzene?

15:41:50 16    A.  Correct.

15:41:50 17    Q.  And, Doctor, you regularly have since 1992 have done work for

15:41:55 18    all of the major oil companies?

15:41:56 19    A.  I'm sure I have, because most of these cases have multiple

15:42:00 20    defendants, so; which I don't pay much attention to, but they're a

15:42:06 21    legion, and so I'm sure I've testified for most of the large oil

15:42:09 22    companies.

15:42:09 23    Q.  Doctor, do you recall in your deposition when I asked you did

15:42:13 24    you agree with this statement that Shell issued to their -- through

15:42:18 25    their health and safety committee to be given to the public that

15:42:21  1   benzene and benzene in gasoline can cause leukemia?

15:42:25  2           MS. MAHONEY:  Same objection that I voiced earlier.

15:42:27  3           THE COURT:  That has no scientific bearing, you know.

15:42:32  4           MR. WILLIAMS:  Your Honor, the only reason I brought it up

15:42:34  5   because it is a health and safety committee document given as a

15:42:37  6   warning.

15:42:38  7           THE COURT:  But, you know, it's not a scientific document

15:42:42  8   that I would rely on to show whether somebody's opinion is reliable

15:42:46  9   or not because I wouldn't expect them to rely on that.

15:42:48  10          MR. WILLIAMS:  Okay.

15:42:51  11  BY MR. WILLIAMS:

15:42:51  12  Q.  Doctor, do you recall in your deposition when I asked you:  "If

15:42:54  13  someone is exposed to gasoline and encounters a 40-part per million

15:42:59  14  years of benzene exposure, can they contract AML? "

15:43:02  15  A.  Well, I think you would have to read exactly what I said,

15:43:05  16  because I explained that if they got 40-part per million years and

15:43:11  17  were able to survive because they would get many other chemicals

15:43:15  18  with it, it's not likely they could achieve a 40-part per million

15:43:19  19  year.  You would have to read exactly what I said.  I think I

15:43:21  20  explained that.

15:43:22  21  Q.  But my question is, do you agree that you testified if someone

15:43:26  22  was exposed to 40-part per million years of benzene from gasoline

15:43:30  23  that it is capable of causing AML?

15:43:32  24  A.  If they survived and didn't die and lived to develop AML, yeah,

15:43:38  25  40-part per million I think would give a person AML, but they've got

15:43:41  1   to be able to survive to achieve that.

15:43:44  2   Q.  When you say survive can you explain what you mean by that?

15:43:48  3   A.  When you're starting to sniff benzene and sniffing it to

15:43:51  4   accumulate 40-part per million years, you're sniffing to accumulate

15:43:55  5   staggering amounts of toluene and other things that would knock you

15:43:58  6   unconscious very quickly.

15:43:59  7   Q.  Doctor, do you recall seeing -- you read the expert reports of

15:44:02  8   the plaintiffs in this case?

15:44:03  9   A.  Yes, I did -- of the plaintiffs --

15:44:09  10  Q.  Dr. Infante's report.

15:44:10  11  A.  No -- I glanced through it, yes, I've seen his reports many

15:44:15  12  times.

15:44:16  13  Q.  And this is a self-service station vehicle refuelling exposure

15:44:21  14  study, and I don't know if you're familiar with the first paragraph

15:44:28  15  but he says -- I'll have to read it.  "On August 8th, 1984, EPA gave

15:44:34  16  notice in the *Federal Register* of the availability of a document

15:44:36  17  prepared by the Office of Air Quality Planning and Standard

15:44:39  18  describing the risk analysis and control options for gasoline

15:44:43  19  vapors.  This document indicates the risk analysis and control

15:44:48  20  options for gasoline.  This document indicated that although there

15:44:54  21  are several sources of exposure by the public to gasoline vapors,

15:44:58  22  80 percent of the estimated cancer incidence was due to gasoline

15:45:02  23  vapors emitted during self-service refuelling of motor vehicles."

15:45:06  24       Are you familiar with that statement in the *Federal

15:45:09  25  Registry* (VERBATIM)?

15:45:09  1   A.   No.

15:45:10  2   Q.   My question to you is, Doctor, you said it would be hard to get

15:45:15  3   40-part per million, correct, benzene exposure from gasoline?

15:45:19  4   A.   Yes.   Because you could get it, but you would have to also get

15:45:23  5   everything else that's in gasoline.   And that's very toxic.

15:45:27  6   Q.   And I think Mr. Scott said yesterday that, oh, to get high

15:45:32  7   exposure levels to benzene people would be dropping dead or

15:45:37  8   explosions would occur.   Do you recall that testimony?

15:45:39  9   A.   Well, I heard some of that testimony.   Yeah, if the gasoline

15:45:43 10   levels get to a certain extent and you get ignition, yes, you can

15:45:48 11   get a fire.

15:45:49 12   Q.   And, Doctor, if you look at this chart, this is where the EPA

15:45:53 13   went in and did real world monitoring in 1985 of people filling up

15:45:57 14   their cars with gas.   And they showed the total hydrocarbon, the

15:46:02 15   gasoline vapor --

15:46:02 16            THE COURT:   Wait, stop, stop, stop.

15:46:05 17            MR. SCOTT:   I'm sorry, I need to object.   This is an

15:46:07 18   industrial hygiene document.   This is to tell you what the test is,

15:46:12 19   it's at the source, if you stick your nose where -- right at the

15:46:16 20   nozzle where you're filling it up.   This is an industrial hygiene

15:46:21 21   question, Dr. Natelson said he is not an industrial hygienist, and

15:46:25 22   it has nothing to do with general causation here.

15:46:27 23            MR. WILLIAMS:   Can I respond to that just a quick two

15:46:31 24   seconds?

15:46:31 25            THE COURT:   I know but it's like, you know, what is --

15:46:35  1          MR. WILLIAMS:  What's the significance?

15:46:37  2          THE COURT:  Yeah.

15:46:37  3          MR. WILLIAMS:  Well, he just said if someone was to get

15:46:39  4  40-part per million of benzene in the air they wouldn't survive.

15:46:43  5  And the significance of this is the EPA did a test, when you fill

15:46:47  6  the car with gas in a closed zone, they had ranges of 14,000

15:46:52  7  gasoline vapor in the air.  That's totally contrary to what

15:46:56  8  Mr. Scott said yesterday.

15:46:57  9          THE COURT:  I hear you.  You can ask him that question.

15:47:00 10  If he can comment on that, go for it.

15:47:03 11          THE WITNESS:  I can only comment on that you had so much

15:47:06 12  gasoline in the air but only a small amount of that was benzene.  So

15:47:10 13  to get that small amount of benzene to mount up to a 40-part per

15:47:15 14  million cumulative exposure, you have to have a lot of other stuff.

15:47:18 15  BY MR. WILLIAMS:

15:47:18 16  Q.  Let me ask you this.  Did you hear Dr. Pyatt testify earlier

15:47:22 17  today that when they did some experiments with gasoline and mice

15:47:25 18  that there was 2,056-part per million gasoline vapor in the air,

15:47:30 19  with two percent benzene content, and it created 40-part per million

15:47:35 20  benzene in the air?

15:47:36 21  A.  Yeah, you were talking about mice studies, I did hear him talk

15:47:40 22  about that.  But a mouse is different than a person.

15:47:43 23  Q.  I couldn't agree with you more, Doctor.  So my point is, when

15:47:46 24  you see up to 14,000-part per million of gasoline vapor, that's

15:47:51 25  seven times what Dr. Pyatt was talking about?

15:47:53  1          MR. SCOTT:  Again, I object.  We have testimony in this

15:47:55  2  case from the industrial hygiene people about what the 14,000 is.

15:47:58  3          THE COURT:  He can ask him this question.  The witness

15:48:00  4  is -- if he can comment on it and feel like you can comment on it,

15:48:03  5  go ahead.  The lawyer's questions are not evidence.

15:48:07  6          MR. WILLIAMS:  Right.

15:48:08  7          THE COURT:  The only evidence is what the witness says.

15:48:10  8          THE WITNESS:  Well, as Mr. Scott said, and I've said, I am

15:48:15  9  not an environmental person, I am not an occupational hygiene

15:48:19 10  person, I don't measure benzene exposures.  So I can't really

15:48:23 11  evaluate these numbers.

15:48:25 12  BY MR. WILLIAMS:

15:48:26 13  Q.  Let me ask you this.  Are you aware of anybody pumping gas and

15:48:31 14  exploding or dropping dead from the total gasoline vapor?

15:48:36 15  A.  Well, I am not sure I would know that, but I don't know that.

15:48:41 16  But I am not sure that I would if something like that happened.

15:48:45 17  Q.  Doctor, earlier -- I just want to touch on one study that you

15:48:58 18  brought up, the Lynge 1994 study.

15:49:01 19  A.  Yes.

15:49:02 20  Q.  And that's mentioned in Keenan, but do they say that the cohort

15:49:10 21  exposed to gasoline vapor with benzene levels estimated to be 0.5 to

15:49:15 22  one microgram per cubic meter?

15:49:18 23  A.  Yes.

15:49:19 24  Q.  And, Doctor, just for the record, is that 0.5 in the upper

15:49:24 25  boundary would be about .3-part per million?

15:49:30   1   A.  As I say, I can't do the math and discuss part per million

15:49:36   2   conversions.

15:49:36   3   Q.  Do you have any reason to dispute that 0.3-part per million is

15:49:41   4   one microgram per cubic meter?

15:49:44   5   A.  I have no reason to dispute that.

15:49:46   6   Q.  Thank you.  Would you agree with me that less than one part per

15:49:57   7   million is pretty, pretty low exposure to benzene?

15:49:59   8   A.  Yes.

15:49:59   9   Q.  I want to go to your deposition.  I think we left that.  On

15:50:28  10   page 27 of your deposition, Doctor, I asked you earlier and I think

15:50:32  11   we got sidetracked with some of other -- I asked you did you

15:50:44  12   testify --

15:50:44  13       MR. GRAY:  Your Honor, I'm sorry, I hate to do this, I

15:50:47  14   know this is for the court, but this is intended to be

15:50:49  15   impeachment --

15:50:50  16       THE COURT:  Are you impeaching a prior answer is that what

15:50:53  17   you're doing?

15:50:54  18       MR. WILLIAMS:  I'll restate the question so I am clear on

15:50:56  19   that.

15:50:56  20   BY MR. WILLIAMS:

15:50:57  21   Q.  Doctor, have you testified earlier that 40-part per million

15:51:00  22   years of benzene exposure through gasoline is capable of causing

15:51:07  23   AML?

15:51:08  24   A.  Well, that's what I said to this question.  I am not sure

15:51:11  25   you're showing the rest of what I said.

15:51:15  1   Q.  And I am -- so I want to clarify it.  40-part per million years

15:51:20  2   of benzene exposure is through gasoline is capable of causing AML?

15:51:25  3   A.  Yeah.  Again, as I said earlier, if you could survive to

15:51:28  4   accumulate that, if you could capture 40-part per million year

15:51:34  5   exposure from benzene -- from gasoline and survive to catch

15:51:39  6   leukemia, that's the number we use is 40-part per million regardless

15:51:43  7   of how you got it.

15:51:44  8          But when you're getting it from gasoline, you're getting

15:51:46  9   a gigantic number of non-benzene products, which would make you very

15:51:51  10  sick very quickly.

15:51:54  11         THE COURT:  I think we've been over this.  I understand

15:51:58  12  this issue, we've been over it, so let's go over something else.  Do

15:52:03  13  you have something to follow-up with that?

15:52:04  14  BY MR. WILLIAMS:

15:52:05  15  Q.  I was just going to ask him, Doctor, does that question answer

15:52:10  16  the general causation question that we're here for today?

15:52:14  17  A.  I don't know -- I don't know whether I satisfy it or not.  What

15:52:18  18  I said is that we think that the lower limit of benzene cumulative

15:52:24  19  dose to cause AML is 40-part per million years.  So if you get

15:52:30  20  40-part per million years, no matter how you're able to get it as

15:52:33  21  long as you're able to survive sometime after that administration,

15:52:38  22  yes, that would give you AML.  That's the number we have to go

15:52:42  23  because that's what the number that's published by the regulatory

15:52:45  24  agencies.

15:52:46  25  Q.  And, Doctor, just so you're clear.  The general causation

15:52:49  1   question today:  Is benzene in gasoline capable of causing AML in

15:52:55  2   humans?

15:52:56  3   A.  If the person could survive a dose that gave them 40-part per

15:53:02  4   million year exposure, but I don't think they could.

15:53:09  5   Q.  And, Doctor, have you testified in the past that it doesn't

15:53:12  6   matter the source whether it's gasoline, toluene, xylene, crude oil,

15:53:17  7   if you get 40-parts per million years of exposure it can cause AML?

15:53:20  8   A.  I think that's the case if you have 40-part per million year

15:53:23  9   exposure and you remain standing, it's possible that that could give

15:53:29 10   you leukemia.

15:53:29 11   Q.  Doctor, earlier you were talking about a few papers you

15:53:37 12   published related to benzene.

15:53:39 13   A.  Yes.

15:53:39 14   Q.  And I believe this was the first one that came up.

15:53:42 15   "Benzene-induced acute myeloid leukemia:  A clinician's

15:53:46 16   perspective."

15:53:48 17   A.  Yes.

15:53:48 18   Q.  Did you disclose to the journal when you submitted this article

15:53:53 19   that you were working on benzene litigation in AML?

15:53:58 20   A.  No -- you know, I may have in a letter to them, but there was

15:54:06 21   no form that that was on.  But it's quite possible, I would have to

15:54:12 22   look back at the original letter that I sent to the journal.

15:54:16 23   Because this went to actually two sets of editors.

15:54:20 24   Q.  The next article y'all discussed was:  "Benzene exposure in

15:54:24 25   refractory sideroblastic erythropoiesis:  Is there an association?"

15:54:30  1   By Ethan Natelson.  Do you recall this one?

15:54:31  2   A.  Yes, correct.

15:54:32  3   Q.  Doctor, is it a fact that you filled out a document to this

15:54:36  4   journal certifying that you had no financial interest in the subject

15:54:40  5   matter, including expert witnessing at the time you submitted this

15:54:44  6   article?

15:54:45  7   A.  I don't remember what I filled out.  But I was asked if there

15:54:48  8   was a conflict of interest, and I said no because this is a review

15:54:52  9   article.  I'm only offering information on what's already been

15:54:56 10   published.

15:54:56 11   Q.  Doctor, is that your signature right there (INDICATING)?

15:54:59 12   A.  That's my signature, yes.

15:54:59 13   Q.  That's 1/16/2007?

15:55:02 14   A.  That's correct.

15:55:02 15   Q.  And there's a financial disclosure there.  It says:  "I certify

15:55:05 16   that any affiliations with or involvement, either competitive or

15:55:09 17   amicable, in any organization or entity with the direct financial

15:55:12 18   interest in the subject matter or materials discussed in the

15:55:16 19   manuscript, e.g. employment, consultancy, stock ownership, honorary

15:55:21 20   and expert testimony are noted below.  Otherwise my signature

15:55:25 21   indicates that I have no such financial interest or financial

15:55:29 22   research or project support is identified in an acknowledgment in

15:55:34 23   the manuscript."

15:55:34 24   A.  Yes.  I was not picked to write this.  I was not asked to write

15:55:38 25   this by any entity.  It's a review article and I saw no conflict of

15:55:42  1   interest with anything that I did.  Any article in the literature

15:55:45  2   could be cited in a trial like this.

15:55:48  3   Q.  Doctor, does this financial disclosure specifically say I have

15:55:51  4   no financial interest in expert testimony regarding the subject

15:55:55  5   matter?

15:55:56  6   A.  That's what it says, yes.

15:55:58  7   Q.  And, Doctor, who peer reviewed this article for you?

15:56:04  8   A.  Well, I didn't know.  You told me that Dr. Pyatt did, or

15:56:09  9   someone did, because you queried the journal.  But what happens in

15:56:15 10   certain journals when you write a paper, you're asked to give a

15:56:18 11   couple of names of people who might be reviewers and I gave them

15:56:23 12   three names as I recall.  And the paper was accepted.  I was never

15:56:28 13   told by the journal or by Dr. Pyatt that he was one of the three

15:56:32 14   reviewers.  And they don't have to use the three names I give them

15:56:37 15   and they usually never do, but they happened to in this case.

15:56:40 16   Q.  And, Doctor, did Dr. Pyatt's comments say:  "Found this be to

15:56:46 17   very interesting, if somewhat abbreviated review of the subject.

15:56:49 18   This topic is also quite timely as benzene-related issues (mostly

15:56:53 19   toxic tort litigation) are on the rise and MDS is a frequent

15:56:57 20   issue."?

15:56:58 21   A.  I can't control what he wrote.

15:56:59 22   Q.  And I understand that, Doctor.  And, Doctor, isn't it a fact

15:57:04 23   that -- I took your deposition regarding those articles in the past?

15:57:07 24   A.  Yes.

15:57:08 25   Q.  And didn't you testify that you were working on RARS, let's

15:57:11  1   call it RARS, refractory anemia with ringed sideroblasts, the

15:57:17  2   subject matter of this paper, you were working on those types of

15:57:19  3   cases -- as a matter of fact, against Mr. Patton here -- before,

15:57:22  4   during, and after your submission of the publication?

15:57:23  5   A.  I'm sure that's true.  I said I was interested in RARS since

15:57:28  6   about 1964, so I've been interested in that illness for a long time.

15:57:33  7   Q.  Were you working on those same cases with Dr. Pyatt before

15:57:37  8   during and after the publication?

15:57:38  9   A.  Probably so.  I don't remember.

15:57:40  10  Q.  Did you disclose that to the journal?

15:57:41  11  A.  No.

15:57:42  12  Q.  Basically the subject matter of this article you published says

15:57:47  13  benzene causes MDS, and refractory anemia is a form of MDS, correct?

15:57:53  14  A.  Correct.

15:57:53  15  Q.  But you have a little thing called iron deposits, ringed

15:57:55  16  sideroblasts, it doesn't cause it?

15:57:57  17  A.  That's correct.  And we know that's true today.

15:57:58  18  Q.  And, Doctor, you're the only one who, in the world's literature

15:58:02  19  that has done a review of this type for ringed sideroblasts

15:58:06  20  refractory anemia, correct?

15:58:08  21  A.  Well, that's not correct.  In other words, there are numerous

15:58:13  22  recent papers on refractory ringed sideroblasts and demonstrating

15:58:18  23  the particular unusual chromosome defect that they have and that

15:58:21  24  it's a unique syndrome.  And we don't know what causes that

15:58:25  25  chromosome defect and there is no evidence that benzene causes it.

15:58:28  1    So everything I said in that article is completely accurate.

15:58:32  2    Q.  And, Doctor, I believe earlier you were talking about an

15:58:35  3    alkaline agent article that you and Dr. Pyatt published together,

15:58:39  4    just a few minutes ago?

15:58:40  5    A.  Oh, oh, the chemotherapy, yes.

15:58:43  6    Q.  Did you disclose to the journal that you and Dr. Pyatt were

15:58:46  7    working on benzene-related litigation?

15:58:48  8    A.  No.

15:58:48  9    Q.  Next you published a recent article, "MDS versus myelodysplasia

15:58:58  10   fault."

15:58:58  11   A.  Yes.

15:58:58  12   Q.  Did you disclose to the journal that you were working on

15:59:00  13   benzene litigation with Dr. Pyatt at that time?

15:59:02  14   A.  Never was asked and didn't disclose it.

15:59:05  15   Q.  Do the journals have forms that you fill out that require you

15:59:08  16   to disclose --

15:59:09  17   A.  Not all journals do and that one did not.  That's an online

15:59:14  18   journal.

15:59:26  19   Q.  Did you testify in your deposition that a loss of all or part

15:59:31  20   of chromosome five or seven is a useful marker for benzene-induced

15:59:34  21   AML cases?

15:59:36  22            THE COURT:  What are you -- which deposition are you

15:59:38  23   talking about?

15:59:39  24            MR. WILLIAMS:  The deposition in this case.

15:59:41  25            THE COURT:  That's not impeaching.  Are you asking him --

15:59:44  1          MR. WILLIAMS:  Has he testified to that before.

15:59:47  2          THE COURT:  Is that impeaching something that he said

15:59:49  3  today?

15:59:50  4          MR. WILLIAMS:  I am just asking the question has he

15:59:51  5  ever --

15:59:51  6          THE COURT:  I know, but you don't bring up somebody's

15:59:54  7  deposition, which is an out-of-court statement, and ask them if they

15:59:57  8  said it.

15:59:58  9          MR. WILLIAMS:  I'll rephrase it.  You're correct.  It's

15:59:59 10  late, I'm sorry.

16:00:00 11          THE COURT:  I know I'm right.

16:00:02 12          MR. WILLIAMS:  Let me rephrase this, Doctor.

16:00:04 13  BY MR. WILLIAMS:

16:00:05 14  Q.  Have you ever testified that loss of five or seven chromosome

16:00:08 15  abnormalities is a useful hallmark for etiology?

16:00:13 16  A.  Well, I said that in my 2007 article, because at the time that

16:00:20 17  was the theory that five and sevens, just like they're seen in

16:00:25 18  excess in chemotherapy, they should be seen in excess in benzene

16:00:31 19  exposure, and that was written in many articles of the literature.

16:00:37 20  Q.  Doctor, I want to talk about -- you recall being an expert in

16:00:42 21  the Henricksen case, correct?

16:00:44 22  A.  Actually, I didn't participate in that trial.  I may have

16:00:47 23  written a report in that trial, but I wasn't involved in the actual

16:00:52 24  proceedings.

16:00:52 25  Q.  Did you write a sworn affidavit?

16:00:56 1    A.  I wrote something, I don't remember what it was.  But I wasn't

16:01:02 2    actually at the trial.

16:01:03 3    Q.  Doctor, I am going to ask you a few questions about your sworn

16:01:07 4    affidavit in that case.

16:01:08 5    A.  Okay.

16:01:09 6    Q.  Do you recall Mr. Henricksen had an AML but didn't have a five

16:01:12 7    or seven or MDS?

16:01:13 8    A.  I don't remember anything about the case.

16:01:15 9    Q.  Let me -- did you testify in that case that part or all of the

16:01:23 10   five, seven chromosome abnormalities had been seen in 90 percent of

16:01:27 11   individuals with AML, they were exposed to benzene or radiation?

16:01:32 12   A.  You would have to show me what I wrote.  That doesn't sound

16:01:37 13   like something I would say.

16:01:39 14   Q.  Doctor, I am going to show you a copy of your affidavit, and I

16:01:43 15   will turn to page 7.

16:01:50 16            MR. GRAY:  Can we have a copy of the entire thing?

16:01:52 17            MR. WILLIAMS:  You have it right there.

16:01:54 18            MR. SCOTT:  Does Dr. Natelson have it?

16:01:59 19            MR. WILLIAMS:  I am limited, I gave one copy to the judge.

16:01:59 20            MR. SCOTT:  Let me give him mine.

16:02:04 21            MR. WILLIAMS:  Thank you.

16:02:04 22            MR. SCOTT:  I'm sorry, your Honor.  May I give the

16:02:06 23   witness --

16:02:06 24            THE COURT:  Sure.

16:02:27 25   BY MR. WILLIAMS:

16:02:28  1   Q.  Let me start with the question fresh.  Doctor, since you don't

16:02:32  2   remember testifying in this case, have you ever testified that for

16:02:42  3   more than 50 years we have known that chemotherapy can cause

16:02:48  4   secondary leukemia?

16:02:51  5   A.  That's a correct statement, I probably have said that.

16:02:53  6   Q.  And I believe you testified in the olden days, we used to treat

16:02:58  7   certain blood cancers with benzene?

16:03:01  8   A.  Yeah, I said that today.

16:03:03  9   Q.  And benzene was considered a form of chemotherapy back then?

16:03:07 10   A.  Yes.

16:03:07 11   Q.  So that benzene treatment would be in the literature back then,

16:03:11 12   too, correct?

16:03:12 13   A.  It is, it's listed in Dr. Wintrobe's original textbook of

16:03:17 14   hematology.

16:03:18 15   Q.  Did you testify that part or all of minus five or seven

16:03:23 16   chromosome abnormalities have been seen in 90 percent of individuals

16:03:26 17   with AML?

16:03:29 18   A.  You'll have to show me the context of that in here.  What page

16:03:32 19   are you on?

16:03:37 20   Q.  That is on seven.

16:03:39 21         THE COURT:  Ninety percent of the people who have AML from

16:03:41 22   any source?

16:03:42 23         MR. WILLIAMS:  No, he said from exposure to benzene or

16:03:47 24   radiation.

16:03:48 25         THE COURT:  Okay.  You didn't put that in your question.

16:03:50  1          MR. WILLIAMS:  I'm sorry if I didn't.

16:03:52  2    BY MR. WILLIAMS:

16:03:52  3    Q.  Page 7, Doctor.

16:03:53  4    A.  I can't read it on page 7 because it's black.  You have it in

16:03:57  5    front of me here.

16:03:59  6    Q.  Yes, sir.

16:03:59  7    A.  What did I say, general de novo and secondary AL are not

16:04:04  8    morphologically or cytogenically similar, blah, blah, blah.  Losses

16:04:09  9    of part or all of the chromosomes have been considered

16:04:12 10    characteristic findings in some institutions in almost 90 percent of

16:04:17 11    cases.

16:04:17 12          That's true but that's talking about chemotherapy cases.

16:04:22 13          Identified occupational risks include benzene blah, blah,

16:04:26 14    blah.  So I don't see that I said benzene causes that, I said --

16:04:35 15    there are two different thoughts here; in other words, what I'm

16:04:38 16    talking about is in people who have chemotherapy, 90 percent of

16:04:44 17    cases have some kind of chromosome aberrations and I said today that

16:04:50 18    about 50 percent of the time those aberrations are five and seven.

16:04:55 19          It's a second thought that secondary AML's, including

16:04:59 20    benzene, are considered secondary AML's, but I didn't specifically

16:05:04 21    say benzene and diagnostic radiation produce 90 percent chromosomes

16:05:09 22    five and seven.  I talked -- there are two different thoughts there.

16:05:12 23    Q.  Let me ask you this, Doctor.  Did you testify in that case

16:05:22 24    that --

16:05:23 25    A.  You said --

16:05:24  1    Q.  "-- unified concepts of de novo and secondary forms of AML and

16:05:28  2    MDS became widely accepted by the medical community by 1998."?

16:05:33  3    A.  That's true.

16:05:48  4    Q.  And I'm sorry --

16:05:49  5    A.  Here I say this separate therapy induced differs in several

16:05:52  6    respects from blah, blah, blah, but has similarities to the other

16:05:56  7    situation.

16:05:56  8    Q.  Right.  Go to page 11.  Did you testify that:  "Similar to

16:06:10  9    pattern of clonal chromosome aberrations observed in patients

16:06:13 10    developing AML secondary to treatment with alkylating chemotherapy,

16:06:19 11    clonal loss of all or part of chromosome five or seven frequently is

16:06:23 12    observed in AML arising in patients occupationally exposed to

16:06:26 13    benzene or solvents among which benzene is a major constituent."

16:06:30 14    A.  Yes.  There's been testimony here that metabolites of benzene

16:06:34 15    can produce quinones that inhibit topoisomerase systems, and it has

16:06:42 16    been speculated, although unproven, that that could be a mechanism

16:06:45 17    of causing the AML.

16:06:47 18    Q.  And on page 20, sir, did you testify:  "If one is to provide

16:06:59 19    expert testimony with consideration of the peer-reviewed scientific

16:07:02 20    medical literature in order to render a conclusion on medical

16:07:06 21    probability, Mr. Henricksen's form of AML must be considered de novo

16:07:12 22    rather than benzene-induced, which by definition would be a

16:07:15 23    secondary event form of AML."?

16:07:19 24    A.  Yes.

16:07:20 25    Q.  And did you base that on the fact that he didn't have minus

16:07:23 1   five or minus seven chromosome abnormalities?

16:07:26 2   A.  No.  What I said, as I said before in this paper, is that we

16:07:32 3   have therapy-induced leukemia and that initially when that was set

16:07:39 4   up we talked about -- we're talking modern chemotherapy.  Secondary

16:07:45 5   leukemia is close to therapy induced, and secondary leukemia does

16:07:50 6   have benzene in it.  But what we're looking at here under

16:07:55 7   therapy-induced leukemia where we really have data, the data I am

16:08:00 8   talking about of 90 percent and 50 to 70 percent, five and seven,

16:08:06 9   those come from University of Chicago, places like that.  Those are

16:08:09 10  studies done on chemotherapy-induced leukemia.  The speculation has

16:08:14 11  been that it might be similar for benzene because benzene is a

16:08:19 12  secondary leukemia, but the proof of that was never there.  It was

16:08:25 13  almost speculation.

16:08:30 14  Q.  Do you state on page 17 that:  "Mr. Henricksen's

16:08:35 15  benzene-induced AML with the added feature of the absence of clonal

16:08:39 16  chromosomal aberrations would be a rare event."?

16:08:42 17  A.  At that time, yes, that would be the case.  People thought at

16:08:46 18  that time that you would likely have chromosome aberrations with

16:08:50 19  benzene exposure.

16:08:53 20  Q.  Doctor, are you familiar with IARC?

16:08:56 21  A.  Yes.  In a general fashion.

16:09:00 22  Q.  Have we talked about the IARC 2012 profile on benzene many

16:09:05 23  times in the past?

16:09:06 24  A.  We probably have, yeah.

16:09:07 25  Q.  Has IARC identified benzene as a major source for gasoline?

16:09:18  1    A.  Has IARC identified benzene as a major --

16:09:20  2              THE COURT:  You got it backwards.

16:09:22  3              THE WITNESS:  You got it backwards.

16:09:24  4    BY MR. WILLIAMS:

16:09:24  5    Q.  I'm sorry.  Do they state that one of the main places that

16:09:27  6    gasoline -- benzene would be present in exposure to gasoline?

16:09:32  7    A.  I'm still not getting exactly what you're asking me.  I can

16:09:36  8    read something.

16:09:37  9              THE COURT:  Did IARC say that gasoline was a source of

16:09:40 10    benzene?

16:09:41 11              THE WITNESS:  Yes, certainly that's true.

16:09:47 12    BY MR. WILLIAMS:

16:09:48 13    Q.  I want to talk quickly about IARC, what they say about the five

16:09:51 14    and seven.  They talk about mechanisms of myeloid leukemia

16:09:57 15    development.  Have you ever looked at this before?

16:09:59 16    A.  I may have, but let's go ahead and look at it again.

16:10:03 17    Q.  Doctor, do they say:  "There is strong evidence that benzene

16:10:07 18    can induce AML via pathways I, II and IV, considerable support of

16:10:13 19    evidence for pathway V."  I need to show you the chart.  This is

16:10:19 20    IARC's profile on benzene.  I is chromosome abnormality seven, II is

16:10:26 21    chromosome abnormality five, and IV is another chromosome

16:10:30 22    abnormality seven.

16:10:32 23    A.  Yes.  And I've said that at the time that I testified and the

16:10:35 24    time that I wrote that article in 2007 that was the theory that

16:10:39 25    benzene could produce these aberrations.  But as Dr. Pyatt pointed

16:10:46  1  out today with Dr. Irons' articles, that's come into question.  And

16:10:54  2  I don't have a strong opinion one way or the other.  Dr. Irons has a

16:10:58  3  lot of data and does find five and sevens.  On the other hand, he's

16:11:03  4  got an unusual population in China.  And so what's the right answer,

16:11:10  5  I don't know.

16:11:10  6  Q.  Doctor, does IARC state that the mechanism is through the five

16:11:15  7  or seven chromosome for the benzene-induced AML?

16:11:19  8  A.  They may state that, yes.

16:11:20  9  Q.  IARC is comprised of experts from around the world, correct?

16:11:23 10  A.  I don't know how one gets on IARC.  But I don't believe that

16:11:28 11  it's proven that it goes through the five or seven chromosome, or

16:11:33 12  ever has been.  It's been speculated that that's the case.

16:11:36 13  Q.  And IARC says there's sufficient evidence that benzene can

16:11:38 14  induce AML, correct?

16:11:40 15  A.  Yes.

16:11:41 16          THE COURT:  I think if I hear that one more time --

16:11:44 17          MR. WILLIAMS:  I'm finished with that.

16:11:46 18  BY MR. WILLIAMS:

16:11:46 19  Q.  Doctor, I want to show you one more thing.  Does the IARC cite

16:11:50 20  Richard Irons' evidence of five or seven what we just discussed?

16:11:56 21  A.  I don't know.  They may have because as I think Dr. Pyatt said,

16:11:59 22  he originally believed that to be true.

16:12:01 23  Q.  You believe Irons 2010 and Irons 2013 that he doesn't opine or

16:12:16 24  report that minus five or minus seven has anything to do with

16:12:21 25  benzene?

16:12:21   1   A.  Well, he reports that in his benzene-induced leukemias he

16:12:26   2   doesn't see that there's a standout number of five and seven, as was

16:12:32   3   previously thought to be the case.

16:12:33   4   Q.  Do you know his opinion whether or not minus five or minus

16:12:39   5   seven more probable than not means it's a benzene-induced MDS or

16:12:46   6   AML?

16:12:48   7            MR. SCOTT:  Your Honor, we're asking for somebody else's

16:12:50   8   opinion on this issue.  If sometime he published literature, that's

16:12:53   9   one thing.  I think Dr. Natelson discussed that.

16:12:55   10            THE COURT:  If he doesn't know he can tell me he doesn't

16:12:58   11   know.

16:12:58   12            THE WITNESS:  Your question is?

16:12:59   13   BY MR. WILLIAMS:

16:13:00   14   Q.  Let me give you another question.

16:13:00   15   A.  All right.

16:13:01   16   Q.  Do you believe Dr. Irons' 2010, 2013 paper disproves or recants

16:13:07   17   any position that a five or seven chromosome abnormality means that

16:13:12   18   it's a benzene-induced AML?

16:13:15   19   A.  Well, I don't believe having a five and seven abnormality under

16:13:20   20   any circumstances proves a leukemia to be benzene related.  Now, if

16:13:26   21   you're asking me whether Dr. Irons' paper proves that five and seven

16:13:33   22   can't be seen in benzene-induced leukemia, I don't know the answer

16:13:37   23   to that.

16:13:38   24   Q.  I want to show you a deposition of Dr. Irons, Richard Irons of

16:13:43   25   2010, Mr. Scott was present.

16:13:44  1          THE COURT:  No, no, no.

16:13:47  2          MR. WILLIAMS:  No?

16:13:47  3          THE COURT:  No.

16:13:47  4          MR. WILLIAMS:  Okay.

16:14:04  5   BY MR. WILLIAMS:

16:14:04  6   Q.  And, Doctor, real quick.  Have your opinions in the

16:14:30  7   peer-reviewed literature ever been disputed or -- by the federal

16:14:38  8   international agencies that declare chemicals as carcinogens?

16:14:43  9   A.  I don't think I've ever received a letter from any of those

16:14:45 10   agencies telling me that my articles are incorrect.

16:14:50 11   Q.  Let me ask you this.  Did you and Dr. Pyatt publish a paper on

16:14:54 12   formaldehyde and biological plausibility in 2008?

16:14:58 13   A.  Yes, I was a coauthor on that paper, yes.

16:15:00 14   Q.  And did you and Dr. Pyatt say:  "It's not biologically

16:15:05 15   plausible that formaldehyde can cause AML leukemia and the

16:15:09 16   epidemiological evidence doesn't prove that."

16:15:10 17   A.  That may be in the paper.  As I say, I was a minor author on

16:15:15 18   the paper.  And when we looked at the literature, at least the

16:15:18 19   literature that I looked at, I didn't see any good plausibility

16:15:23 20   because formaldehyde is detoxified so rapidly it's hard to get blood

16:15:28 21   levels of it.  And that was one of the theories as I recall of the

16:15:32 22   paper.

16:15:32 23   Q.  Did the National Toxicology Program come behind y'all in 2011

16:15:37 24   and say benzene causes AML?

16:15:42 25   A.  Benzene causes AML --

16:15:44 1    Q.  I'm sorry, formaldehyde causes AML.

16:15:47 2    A.  I think that they may have -- yes, there are some papers that

16:15:48 3    says it does, yes.

16:15:49 4    Q.  And in 2012, did IARC come and right write a final paper saying

16:15:54 5    formaldehyde causes AML?

16:15:55 6    A.  They may have, I haven't followed that.

16:16:03 7                MR. WILLIAMS:  I'm done, your Honor.

16:16:04 8                THE COURT:  Thank you.  You have like maybe a minute and a

16:16:11 9    half.

16:16:11 10               MR. SCOTT:  I wouldn't dare.  Thank you, your Honor.

16:16:13 11               THE COURT:  Okay.  Good.  I'll take this under advisement.

16:16:18 12               MR. SCOTT:  Your Honor, I apologize.  May the parties --

16:16:20 13   should the parties submit some supplemental --

16:16:23 14               THE COURT:  No.

16:16:24 15               MR. SCOTT:  You have no interest in further briefing?

16:16:26 16               THE COURT:  No.

16:16:27 17               MR. SCOTT:  Okay.  Thank you.

16:16:28 18         (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

19

20                             *  *  *  *  *  *

21

22

23

24

25

```
 1
 2
 3
 4                      REPORTER'S CERTIFICATE
 5
 6        I, Karen A. Ibos, CCR, Official Court Reporter, United
 7   States District Court, Eastern District of Louisiana, do hereby
 8   certify that the foregoing is a true and correct transcript, to the
 9   best of my ability and understanding, from the record of the
10   proceedings in the above-entitled and numbered matter.
11
12
13                      /s/ Karen A. Ibos
                   _____
14                 Karen A. Ibos, CCR, RPR, CRR, RMR
15                 Official Court Reporter
16
17
18
19
20
21
22
23
24
25
```