UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YOLANDE BURST, INDIVIDUALLY,          * CIVIL ACTION NO. :
AND AS THE LEGAL REPRESENTATIVE       *  2:14-cv-00109-SSV-JCW
OF BERNARD ERNEST BURST, JR.          *
                                      * SECTION: R(2)
          Plaintiffs                  *
                                      * JUDGE: VANCE
VS.                                   *
                                      *
SHELL OIL COMPANY, ET AL.             *
                                      *
          Defendants                  *
************************************************

**MEMORANDUM IN SUPPORT OF DEFENDANTS-APPELLEES' MOTION FOR
APPEAL BOND PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 7**

Defendants-Appellees, Chevron U.S.A Inc. and Texaco Inc., (hereinafter "Defendants-Appellees") file this memorandum in support of their motion for appeal bond pursuant to Fed. R. App. Proc. 7 for reasons set forth below.  In support of this motion, Defendants-Appellees state as follows:

On June 29, 2015, the Court granted Defendants-Appellees' motion for summary judgment on causation, summarily dismissing Plaintiff-Appellant's claims (Rec Doc 154).  In its Order and Reasons for granting Defendant's motion for summary judgment, the Court determined that, because Plaintiff-Appellant could not prove general causation, and thereby specific causation as required under Louisiana jurisprudence, Plaintiff-Appellant's complaint must be dismissed.  (Rec Doc 54).  On July 2, 2015, the Court entered final judgment dismissing Plaintiff-Appellant's complaint with prejudice (Rec Doc 155).

Despite this Court's clear and unequivocal determination that Plaintiff-Appellant had failed to establish general causation, and thereby specific causation, as prescribed by applicable jurisprudence, on July 5, 2015, Plaintiff-Appellant nonetheless filed a notice of appeal to the

1

United States Court of Appeals for the Fifth Circuit from the District Court's final judgement dismissing Plaintiff-Appellant's complaint with prejudice (Rec Doc 156).

On July 29, 2015, Defendants filed and noticed their bill of costs for submission to the Clerk for decision on or before August 12, 2015 (Rec Doc 159; see Exhibit "1"). On August 4, 2015, Plaintiff-Appellant filed objections to Defendant-Appellees' bill of costs (Rec Doc 161). On August 12, 2015, Defendant-Appellees filed their reply to Plaintiff-Appellant's opposition to their bill of costs again to ensure prompt payment of Defendant-Appellees' costs on affirmance of this Court's final judgment order (Rec Doc 164; see Exhibit "2").[1]

District courts are given wide discretion when determining the appropriateness of an appellate bond.[2] Fed. R. App. Proc. 7 states, "In a civil case, the district court may require an appellant to file a bond or provide other security in any form and amount necessary to ensure payment of costs on appeal."

Defendants-Appellees request that this court require Plaintiff-Appellant to post an appeal bond in the amount of $37,376.87 pursuant to Fed. R. App. Proc. 7 to ensure prompt payment of Defendant-Appellees' costs on affirmance of this Court's final judgment order. (Rec Doc 155).

WHEREFORE, Defendants-Appellees respectfully request that this Court issue and order requiring Plaintiff-Appellant to post a bond to secure prompt payment of Defendant-Appellee's costs on the affirmance of this Court's final judgment order, pursuant to Fed. R. App. Proc. 7.

---

[1] Defendants will advise the Court of the final disposition regarding Defendants' bill of costs.
[2] A district court's ruling on a motion for an appeal bond under Fed. R. App. Proc. 7 is reviewed under an abuse of discretion standard. *Noatex Corp. v. King Constr. of Houston, L.L.C.*, 732 F.3d 479, 488 (5th Cir. 2013).

Respectfully Submitted,

**FORMAN WATKINS KRUTZ
&TARDY LLP**

*/s/ Tim Gray*
TIM GRAY, LA BAR #31748, (T.A.)
LEA ANN SMITH, LA BAR #35329
701 Poydras Street, Suite 4350
New Orleans, Louisiana 70139
(504) 799-4383 – Telephone
(504) 799-4384 – Telecopy
Email:  laeservice@formanwatkins.com

AND

BLANK ROME LLP
Robert Scott, *admitted pro hac vice*
TX State Bar No. 17911800
Email: rscott@blankrome.com
Marquel S. Jordan, *admitted pro hac vice*
TX State Bar No. 24048616
Email: mjordan@blankrome.com
700 Louisiana, Suite 4000
Houston, Texas 77002
(713) 228-6601
(713) 228-6605 Fax

*Attorneys for Defendants, Chevron U.S.A Inc. and Texaco
Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via the Court's Electronic Filing/Notification System, this the 18th day of August, 2015.

*/s/ Tim Gray*_____