UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YOLANDE BURST, individually                    CIVIL ACTION
and as the legal representative of
BERNARD ERNEST BURST, JR.


VERSUS                                         NO: 14-109


SHELL OIL COMPANY, ET AL.                      SECTION: R

## ORDER AND REASONS

Defendants-appellees Chevron U.S.A. Inc. and Texaco Inc. move the Court to require plaintiff-appellant to post an appeal bond in the amount of $37,376.97 under Federal Rule of Appellate Procedure 7.[1]

Following the Court's grant of summary judgment in favor of defendants, defendants filed a Bill of Costs in the amount of $37,376.97 with the Clerk of Court. This amount represents the fees and expenses defendants incurred proceeding in this Court. The Clerk of Court has not yet decided defendants' Bill of Costs. Following plaintiff's appeal to the Fifth Circuit, defendants request that plaintiff post an appeal bond in the same amount "to ensure prompt payment of Defendant-Appellees' costs on affirmance of this

---

[1]     R. Doc. 165.  Rule 7 reads: "In a civil case, the district court may require an appellant to file a bond or provide other security in any form and amount necessary to ensure payment of costs on appeal."  Fed. R. App. P. 7.

Court's final judgment order."[2]

"Costs for which a Rule 7 bond can be required include only costs *relating to the appeal.*"  16A Wright & Miller, Federal Practice and Procedure § 3953 (4th ed.) (emphasis added); *see also In re Am. President Lines, Inc.*, 779 F.2d 714, 716 (D.C. Cir. 1985) (holding that Rule 7 bond is limited to costs associated with an appeal); *U.S. for Use of Terry Inv. Co. v. United Funding & Inv'rs, Inc.*, 800 F. Supp. 879, 882 (E.D. Cal. 1992) ("Rule 7 bonds are to be strictly limited to the costs of filing and proceeding with a case in the court of appeals.").  Because defendants seek an appeal bond to cover the amount of costs they allegedly incurred in the district court proceedings, the Court DENIES the motion.


New Orleans, Louisiana, this _8th_ day of September, 2015.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE


---

[2]      *Id.* at 1.

2